IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the Court upon the Parties' Joint Motion to approve and adopt the parties' Settlement Agreement as the Order of this Court. The Court finds that the terms of the Parties' Settlement Agreement are fair and equitable; that the requirements set forth in the Settlement Agreement are designed to achieve significant and effective reforms in the manner in which police services are provided throughout the City of Cleveland; and that those reforms are consistent with the purposes of 42 U.S.C. § 14141 and the requirements of the Constitution. The Court further finds that in reaching the terms of the Settlement Agreement, the Parties elicited significant community involvement and that the Settlement Agreement has been drafted in a manner the Parties believe will address the issues and concerns voiced through the community involvement.

Therefore, this Court, having considered the United States' claim under 42 U.S.C. § 14141 and the terms of the Settlement Agreement entered into by the Parties, and having determined that it has jurisdiction over this claim, hereby enters the relief set forth in the Settlement Agreement and incorporates the terms of the Settlement Agreement herein.

ENTERED and ORDERED this 12th day of June, 2015.

      /s/SOLOMON OLIVER, JR.
      CHIEF JUDGE