UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER OF DEPOSIT |

As agreed to by the Parties, the court hereby orders the City of Cleveland to deposit into the Court Registry, as needed, payment for costs incurred by the Monitor. Each month, for a period of five (5) years, the Monitor will submit statements to the court, with copies to the United States of America and the City of Cleveland, detailing all expenses the Monitor incurred during the prior month.  The Parties will promptly communicate, via email to the Monitor, whether they approve of the expenses.  The Monitor will, thereafter, forward the statements and the approval of the Parties, and/or their exceptions, to the court via the court's clerk.  The court will review all statements and, if and when satisfied that they reflect a fair and accurate accounting, order the clerk to make payments to the Monitor. The Monitor will make the monthly statements available to the public within a reasonable period after the clerk has dispersed funds.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

November 25, 2015