IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND | ) | **MEMORANDUM SUBMITTING** |
| | ) | **BASELINE ASSESSMENT AND** |
| Defendant. | ) | **COMMUNITY SURVEY PLANS** |

The Third-Year Monitoring Plan requires that the Monitoring Team submit to the Court two plans for conducting two of the important classes of "compliance and outcome assessments": (1) a plan for conducting the biennial community survey required by paragraphs 361 through 366 of the Consent Decree (the "Biennial Community Survey Plan"), and (2) a plan for conducting baseline measurements and assessments in the areas identified in paragraph 367 of the Consent Decree (the "Baseline Assessment Measurement Plan"). Dkt. 43-1 at 61, 63.

The Parties have reviewed and commented on both the Biennial Community Survey Plan and Baseline Assessment Measurement Plan. Their feedback and input has been incorporated into both. Because both plans primarily identify project stages, deliverables, and deadlines, the Monitoring Team – mindful of the significant contributions that the Community Police Commission ("CPC" or "Commission") is currently making on recommendations on bias-free policing, the Cleveland Division of Police's mission statement, and use of force policies – has

elected to defer requiring input from the CPC until substantive work begins on the nature of questions asked in the survey, process for contemplated focus groups, and the like.  The Commission will be fully consulted at those junctures.

The final version of the Biennial Community Survey Plan is attached hereto as Exhibit A. The final version of the Baseline Assessment Measurement Plan is attached hereto as Exhibit B. The Monitor and Parties together respectfully request that the Court approve the plans and incorporate their requirements and deadlines into the First-Year Monitoring Plan, as contemplated in the previously-approved Monitoring Plan.

Respectfully submitted,

/s/  Matthew Barge
MATTHEW BARGE
Monitor
115 West 18th Street, Second Floor
New York, New York 10001
Tel: (202) 257-5111
Email:  matthewbarge@parc.info

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I served the foregoing document entitled Memorandum Submitting First-Year Monitoring Plan via the court's ECF system to all counsel of record.

/s/  Matthew Barge
MATTHEW BARGE