# EXHIBIT A

# Cleveland Division of Police
# Equipment and Resource Plan





**Issued by the City of Cleveland**

**Department of Public Safety**

**Division of Police**

**Department of Finance**

**Information Technology Services**

## Contents

I.      INTRODUCTION ...................................................................................2

II.     RECORD MANAGEMENT SYSTEM ................................................3

III.    COMPUTER AIDED DISPATCH-(CAD)....................................14

IV.    TECHNOLOGY GOVERNANCE ..............................................18

V.     MOBILE TECHNOLOGY.............................................................28

VI.    IN-STATION (DISTRICT) TECHNOLOGY .............................40

VII.   ADMINISTRATIVE/MANAGEMENT APPLICATIONS ........49

# I.   INTRODUCTION

This report was created to summarize Cleveland Division of Police equipment and resources.  We will look at overall equipment required by officers to perform their jobs safely, effectively, and efficiently.  We will look specifically at:

- Records Management System
- Computer Aided Dispatch
- Technology Governance
- Mobile Technology
- In-Station (District) Technology
- Administrative/Management Applications
- Creation of a Patrol Vehicle Modernization Plan

The Cleveland Division of Police is comprised of Field Operations, Administrative Operations and Homeland Special Operations.  Field Operations has the five neighborhood districts, and are the front line and first responders to calls for service in the community neighborhoods.  First responders account for a large portion of personnel in the Division of Police.  Because of this, they require more equipment and resources.

Several processes are used to collect, store, and manage equipment and resources.  Within the Cleveland Division of Police, a traditional process for collecting/managing inventory is used.  Collecting inventory requires contacting specific districts/units, having individuals collect the required information, enter the information into an excel spreadsheet and send a completed spreadsheet to a designated person.  Once the designated person has the inventory spreadsheet, he/she must compile the information into one collective spreadsheet.  This type of inventory management system spans multiple people over multiple units.  It requires constant updates to ensure accurate reporting.  This is the primary mechanism used to collect the data in this report.   Follow up with various units was done on occasion to verify or clarify reported information.

## II.    RECORD MANAGEMENT SYSTEM

**Overview**

Law Enforcement Records Management System (LERMS) serves as Cleveland Division Police system of record.  LERMS was recently implemented and expected to be used to enter evidence, property and all field reporting.  LERMS is managed by CDP.  Specifically, the Technology Integrated Unit (TIU) handles the administration of LERMS.

**Historical Project Information**

The City entered into an agreement with New World Systems Corporation in September 2011 for the Record Management System upgrade for the Division of Police.  Unfortunately due to a lack of project oversight and instability, this implementation endured several setbacks, staff turnover and numerous missed Go-Live system cut over dates.  In February of 2015 a new project team was put in place and the Division of Police cutover to LERMS on November 15, 2015.  The Division of Police, Information Technology Services and Tyler Technologies spent the next couple of months stabilizing the LERMS environment and improving system functionality.  Final system acceptance was achieved by the Division of Police in August 2016.

**Key Themes**

All the action items listed below in the Technical Equipment / Monitor Finding's area are related to the implementation of Field Based Reporting and LERMS

**Technical Equipment / Monitor's Findings**

1. Number of Computers Available for Officers
2. Equipment Tracking System
3. Decentralize Data Entry into LERMS
4. In-Vehicle Computers in All Patrol Vehicles
5. Provision of Refresher Training for LERMS
6. Post Training Materials, User Manuals and Quick Reference Materials Online

7. Consulting Group to Implement Governance Structure, Document Business Requirements, Conduct Gap Analysis, and Provide Program Management and Quality Assurance

**Summary of Strategy**
1. Number of Computers Available for Officers
   - The City utilized grant funding for the purchase of 105 computers for Field Based Reporting
     - State of Ohio Homeland Security Region 2 Fiscal Year 2014 Homeland Security Grant Program – Law Enforcement
     - Department of Homeland Security mandate 25% of awarded Homeland Security Grant Program funds have to be allocated toward Law Enforcement
     - Ohio Homeland Security Region 2 group allocates funding to the 5 County region
   - Computers are dedicated for Basic Patrol section only and deployment is limited to the Roll Call & Reporting Room areas for the Basic Patrol section to access
     - Computers that are allocated to Basic Patrol Section carry a ratio of 1 computer for every 2.24 Personnel
     - The additional 105 new computers brings the ratio down to 1 computer for every 1.92 Basic Patrol Section Personnel
   - IT is tasked with completing a Network Assessment of all 5 Districts to ensure sufficient bandwidth is in place for the operation of all systems.
   - Division of Police determined the number of computers to be placed at each District in the Basic Patrol Section is equal to the number of Zone Cars on the largest shift
     - TIU to complete Computer deployment review every six months to determine if the computer resources are adequately meeting the needs of the Basic Patrol Section members

**Project Milestone Completion Dates**
   - Identify the number of Computers to be deployed at each District
     - 1st Quarter of 2017

- Complete network assessment of the 5 Police Districts
  - 1st Quarter 2017
- Complete computer deployment across all 5 Districts for Field Based Reporting
  - 1st District 1st Quarter 2017
  - 2nd District 1st Quarter 2017
  - 3rd District 2nd Quarter 2017
  - 4th District 2nd Quarter 2017
  - 5th District 2nd Quarter 2017

**Resources**
- Public Safety IT
- ITS – Telecommunications
- Division of Police

**Estimated Timeline**
- 11/7/16 –6/30/17

**Budget**
- $54,817.50
  - FY 2014 State Homeland Security Program – Law Enforcement

**Summary of Strategy**
2. Equipment Tracking System
   - The City will be using the Inventory module within the  LERMS application to track any  related equipment that is utilized by the Police Officer as part of their Tour of Duty
   - Technology Integration Unit (TIU) is responsible for providing Inventory Module Training TIU serves as the LERMS Operations Administrator and coordinates the usage of LERMS related modules throughout the Division
   - Current paper based equipment sign-in/out Log Books to be decommissioned with the Inventory Module roll out

**Project Milestone Completion Dates**
- Installation of the Inventory Module in LERMS
  - 8/11/16 Completed

- web-based vendor training for the Inventory Module
  - 11/10/16 Completed
- recommendations to the LERMS Steering Committee on which paper based sign-in/out Log Books are to be decommissioned
  - 4th Quarter 2016
- The respective Division are alerted to the operational change of business as it relates to the paper based Log Books
  - 1st Quarter 2017
- Training for the units and officers who are impacted by the decommissioning of the respective Log Books
  - 1st Quarter 2017
- The Division of Police launches a soft go-live of the Inventory Module with the respective units
  - 2nd Quarter 2017
- Inventory Module Go-Live
  - 2nd Quarter 2017

**Resource**
- Technology Integration Unit
- Budget Unit
- Personnel Unit
- Inspections Unit
- Tyler Technologies

**Estimated Timeline**
- 8/11/16– 5/1/17

**Budget**
- $23,200.00
  - Inventory Module was funded from a change order with New World/Tyler as part of the LERMS project

**Summary of Strategy**
3. Decentralize Data Entry into LERMS
   - Field Based Reporting allows Basic Patrol Officers to directly enter incident reports into LERMS

- Basic Patrol Section Officer to utilize their In-Vehicle Mobile Data Terminals to complete incident reports into LERMS
- Basic Patrol Section dedicated workstations to be deployed at all 5 Districts for In-Station Reporting
- In-Station Reporting allows Basic Patrol Section Officers to complete and/or update Field Based Reports
  - Any additional information and/or corrections related to the incident report can be added using the dedicated workstations via the In-Station Reporting Module
- Field Based Reporting refresher training will be offered on a continuous basis

**Project Milestone Completion Dates**
- Field Based Reporting Project Charter approved and adopted
  - 10/13/16 Completed
- Field Based Reporting Scope of Work approved and adopted
  - 4th Quarter 2016
- Field Based Reporting Project Plan approved and adopted
  - 4th Quarter 2016
- Field Based Reporting Business Process Review and Workflow analysis documenting the current and future state of report entry
  - 1st Quarter 2017
- Field Based Reporting incident form creation and workflow process
  - 2nd Quarter 2017
- Field Based Reporting workstation deployment to all 5 Districts
  - 2nd Quarter 2017
- Field Based Reporting soft Launch including In-Station Reporting Module
  - 3rd Quarter 2017
- Field Based Reporting project training
  - 3rd Quarter 2017
- Field Based Reporting Go-Live implementation
  - 4th Quarter 2017

**Resources**
- TIU
- Public Safety IT
- ITS
- Mobile Support
- Training Academy

**Estimated Timeline**
- 9/1/16 – 9/30/17

**Budget**
- $956,080.00
  - Field Based Reporting project includes Software, installation, implementation, training, go-live and additional support services

**Summary of Strategy**
4. In-Vehicle Computers in all Patrol Vehicles
   - Mobile Support to identify the current number of vehicles that should be equipped with In-Vehicle Computers
   - The Division of Police criteria for which vehicles will be scrapped out
     - Age and mileage by themselves do not determine if a vehicle will be removed from service
     - Criteria for vehicle evaluation includes:
       - Age
       - Mileage
       - Current Condition
       - Repair Cost to keep the vehicle operational
         - Lifetime Maintenance Cost
   - 102 vehicles have been identified that do not currently have In-Vehicle Computers
     - Funding for the purchase of In-Vehicle Computers has been identified

**Project Milestone Completion Dates**
- The Division of Police to provide the criteria for when vehicles will be scrapped out due to age and/or mileage
  - Completed - 11/15/16
- Mobile Support to re-evaluate the vehicle fleet to determine how many vehicles need Mobile Data Terminals – Part of the Patrol Vehicle Fleet Assessment
  - 1st Quarter 2017
- ITS to order Mobile Data Terminals for the Patrol Vehicles that are required to be equipped
  - 2nd Quarter 2017
- Receive Mobile Data Terminal computers and mounts
  - 2nd Quarter 2017
- Installation of Mobile Data Terminals
  - 2nd Quarter 2017

**Resources**
- Mobile Support
- ITS

**Estimated Timeline**
- 11/7/16 – 6/30/17

**Budget**
- $526,565.50
  - Budget covers the installation of  Mobile Data Computers which includes the Mobile Data Terminal, Keyboard, Universal Mount and Installation

**Summary of Strategy**
5. Provision of Refresher Training for LERMS
- Technology Integration Unit (TIU) is responsible for providing Division of Police Personnel with LERMS refresher training
  - The log sign-in sheet of all the Divisional members who have received LERMS refresher training to date will be provided as a follow up document to this plan

- TIU currently provides LERMS training on an as requested/as needed basis
- A training lab was created in the TIU office space to provide CPD Personnel a LERMS training space
- TIU to provide In-District training to Officers who need LERMS refresher training
- A Divisional Notices were created and sent out to inform Personnel of the LERMS refresher training opportunities

**Project Milestone Completion Dates**
- 2017 LERMS refresher training calendar created
  - 4th Quarter 2016
- Divisional Notice indicating the 2017 LERMS refresher training calendar
  - 1st Quarter 2017
- 2017 LERMS refresher training calendar to be posted on the Division of Police Intranet site
  - 1st Quarter 2017
- Monthly E-mail blast to all Divisional members reminding them of the 2017 LERMS refresher training calendar and how to request training
  - 1st Monday of each month in 2017

**Resource**
- Technology Integration Unit
- Policy Unit

**Estimated Timeline**
- 11/7/16 – 12/29/17

**Budget**
- N/A
  - No budget is allocated for this task, as providing LERMS refresher training is considered a part of TIU's roles and responsibilities

**Summary of Strategy**

6. Post Training Materials, User Manuals and Quick Reference Materials Online

   - A Divisional Notice notifies Division of Police Personnel of the Intranet site which houses LERMS training materials, user manuals and quick reference materials
   - A monthly E-mail blast to all Division of Police Personnel alerting the Officers of the Intranet sites/webpages available to them for related quick reference materials and how to request refresher training
   - TIU is responsible for maintaining the Intranet site which contains LERMS manuals, videos  and FAQ's

**Project Milestone Completion Dates**

   - Divisional Notice language relating to how Officers can access the Intranet sites for training materials, user manuals and quick reference materials
     - 1st Quarter 2017
   - Monthly E-mail blast to all Divisional members reminding them of how to access the Intranet sites for training materials, user manuals and quick reference materials
     - 1st Monday of each month in 2017

**Resources**

   - TIU
   - Policy Unit

**Estimated Timeline**

   - 11/7/16 – 12/29/17

**Budget**

   - N/A
     - No budget is allocated for this task, as providing LERMS refresher training is considered a part of TIU's roles and responsibilities

**Summary of Strategy**

7. Consulting Group to Implement Governance Structure, Document Business Requirements, Conduct Gap Analysis, and Provide Program Management and Quality Assurance

- The Department of Finance, Information Technology Services, and Project Management Office provide a standard project management methodology to enable the delivery of projects with higher quality, on schedule and within estimates and expectations.
- The PMO currently utilizes outside consults in the implementations of various citywide IT projects
- The LERMS project failed due to a lack of project management structure, governance, documentation, executive sponsorship and oversight
  - The following should be noted:
    - No member that was involved with the original LERMS project is a part of the Field Based Reporting Project
    - There was no Chief Information Officer of the City of Cleveland when the initial LERMS project was started
    - No project management approach was in place during the problematic roll-out of LERMS
- Using the PMO's standard forms and templates the Project Manager developed a Field Based Reporting Project Charter which provides the Project Governance and Structure for Field Based Reporting
- As part of the Field Based Reporting planning process an outside consultant from Centric Consulting is assisting with this project by conducting a Business Process and Analysis Workshop to identify current and future state business requirements and aid in the project gap analysis
- LERMS Steering Committee
  - The LERMS Steering Committee includes representatives from the Division of Police and Information Technology Services (Chief Williams, Deputy Chief O'Neill, Deputy Chief McCaulley, Chief Phillips, Sgt. Melzer, Sgt. Ciritovic, Todd Wiles, Commander Fay, Deputy Commissioner Roy Wilson)

- It should be noted that there was no involvement from the Chief or Deputy Chief level for the LERMS project

**Project Milestone Completion Dates**
- The Field Based Reporting Project Charter created, approved and adopted
  - Completed - 10/13/16
- The LERMS Steering Committee has been established and conducted its first meeting
  - Completed - 11/7/16
- Field Based Reporting Project Kick-Off meeting with Tyler Technology and the Executive Sponsors, Steering Committee and Project Team
  - Completed - 11/18/16
- Business Process Workshop identifying the current and future state mapping of technical requirements for the Division of Police
  - 1st Quarter 2017

**Resource**
- Division of Police
- ITS
- Public Safety IT
- Centric Consulting
- Cleveland Police Monitoring Team
- Greg White

**Estimated Timeline**
- 11/7/16 – 9/30/17

**Budget**
- $956,080.00
  - Field Based Reporting project includes Software, installation, implementation, training, go-live and additional support services

## III.   COMPUTER AIDED DISPATCH-(CAD)

**Overview**

CDP dispatch uses Intergraph for call handling, assignments and field notifications.  Intergraph allows the user(s) insight to critical information that is pertinent to a specific assignment.  Additionally, CAD technology will provide an accurate and consistent picture of an incident in progress for personnel in the field.

**Historical Project Information**

The Department of Public Safety implemented Intergraph's Computer Aided Dispatch solution in 2005 for the Police, Fire and EMS dispatchers and safety forces.  In 2008 the City upgraded the CAD system to include Silent Dispatching which allows for the dispatcher to dispatch calls for service via the Mobile Data Terminal instead of over the 800 MHz radio system.  EMS and Fire migrated to Silent Dispatching for their respective operations and the Division of Police decided to continue to utilize the 800 MHz radio system to dispatch all calls for service.

In 2016 the City signed a contract with Intergraph for a CAD system upgrade which includes Silent Dispatching for the Division of Police.

**Key Themes**

 All the action items listed below in the Technical Equipment / Monitor's Findings area are related to Computer Aided Dispatch.

**Technical Equipment / Monitor's Findings**

1. Computer Aided Dispatch to In-Vehicle Computers
2. Computer Aided Dispatch

**Summary of Strategy**
1. Computer Aided Dispatch to In-Vehicle Computers
   - The City is in the process of reviewing the Intergraph CAD 9.3 upgrade Scope of Work which includes Silent Dispatching for the Division of Police as well as an operational and functional upgrade of CAD for the Division of Fire and Emergency Medical Services

- The Division of Police Logistics Section to evaluate the current vehicle fleet to determine the number of Patrol Vehicles that need to be equipped with Mobile Data Terminals
- Funding is currently in place to order and install the recommended number of Mobile Data Terminals need to outfit the Patrol Vehicle fleet
- The implementation of the CAD upgrade will allow for Silent Dispatching for the Division of Police and other operational efficiencies

**Project Milestone Completion Dates**

- Police Vehicle Replacement Plan developed to identify when vehicles will be scrapped out due to age and/or mileage
  - Completed – 11/15/16
- Re-evaluation of the vehicle fleet to determine how many vehicles need Mobile Data Terminals – Part of the Patrol Vehicle Fleet Assessment
  - 1st Quarter 2017
- ITS to order Mobile Data Terminals for the Patrol Vehicles that are required to be equipped
  - 2nd Quarter 2017
- Installation of Mobile Data Terminals
  - 2nd Quarter 2017

**Resources**

- Mobile Support
- Logistics

**Estimated Timeline**

- 11/7/16 – 6/30/17

**Budget**

- $526,565.50
  - Budget covers the purchase and installation of  Mobile Data Computers which includes the Mobile Data Terminal, Keyboard, Universal Mount and Installation

- $634,570.00
  - Budget covers the installation of the CAD Database, Test, Backup and Archive/Report Servers, Interfaces, Mobile for Public Safety (Silent Dispatching), Training, Project Management and Go-Live services

**Summary of Strategy**
2. Computer Aided Dispatch
   - The Department of Public Safety scheduled to  upgrade the current CAD system to Intergraph CAD version 9.3
   - This upgrade migrates the Division of Police to Silent Dispatching
   - Silent Dispatching enables the dispatcher to send a call for service to the responding Officer's Mobile Data Terminal
   - Silent Dispatching allows the capturing of Officer and Citizen defined DOJ data points
   - Final Scope of Work for the CAD system upgrade to include data requirements document outlining associated Department of Justice data points that are not currently captured
   - Centric Consulting to conduct Business process analysis with the Division of Police to capture the current and future state of dispatching operations
   - Functional design of the Silent Dispatching Officer enabled tabs which will capture Officer & Citizen engagement/interaction data
   - This data will be captured and exported in a format that can be queried and reported off

**Project Milestone Completion Dates**
   - CAD system upgrade hardware infrastructure ordered
     - Completed - 11/11/16
   - CAD system upgrade Scope of Work
     - 4th Quarter 2016
   - CAD system upgrade Project Charter
     - 4th Quarter 2016
   - CAD system upgrade Project Plan
     - 1st Quarter 2017

- Consultant CAD Business Process Review and Workflow analysis documenting the current and future state of Silent Dispatching
    - 1st Quarter 2017
- CAD Silent Dispatching incident workflow process
    - 2nd Quarter 2017
- CAD training for Police, Fire and EMS
    - 3rd Quarter 2017
- CAD Cut-over/Go-Live for Police, Fire and EMS
    - 4th Quarter 2017
- CAD Silent Dispatching Go-Live Soft Launch for the Division of Police
    - 4th Quarter 2017
- CAD Silent Dispatching Go-Live implementation
    - 4th Quarter 2017

**Resources**

- ITS PMO
- Centric Consulting
- Public Safety IT
- Division of Police
- Communications Control Section
- Hexagon/Intergraph

**Estimated Timeline**

- 10/26/16 – 11/30/17

**Budget**

- $634,570.00
    - Budget covers the installation of the CAD Database, Test, Backup and Archive/Report Servers, Interfaces, Mobile for Public Safety (Silent Dispatching), Training, Project Management and Go-Live services

## IV.  TECHNOLOGY GOVERNANCE

**Overview**

Technology Governance is structured between the IT Business Governance Model and the IT Project Governance Model.

- IT Business Governance Model – The IT Strategic Council communicates the business needs and assesses the enterprise-wide strategic direction for the City of Cleveland
  - Compromised of Mayor's Cabinet level Chiefs and associated Directors
  - Chief Information Officer (CIO) co-chairs the IT Strategic Council and recommends, evaluates the business strategy and assures that IT operations align with the business need and strategic direction
    - The Technology Advisory Council (TAC) provides the CIO with guidance, information and technical competency
      - TAC Approval Board – Formal approval and recommending body
      - IT Program Review – Collaborative Informational arm of TAC
      - IT Program Management Office (PMO) – Project Standards & Compliance
      - IT Enterprise Architecture Committee (ITEAC) – Technology Standards
- IT Project Governance Model – The Executive Steering Committee (Executive Sponsorship) communicates the business needs, provides funding and strategic direction and includes key executive stakeholders (Executive Sponsor, Program Manager, Chiefs and Directors)
  - Program Manager has overall ownership for the IT program and recommends, evaluates and executes the business strategy and technology for the program
    - Manages relationships with the Executive Sponsors, Project Teams and Technical Support Teams

- Project Manager is responsible for the day-to-day delivery of the project
  - Implementation Team consist of Subject Matter Experts who provide knowledge of the as-is-state and the future state to be implemented
  - User Groups provide ongoing support of programs, applications and systems

The City's Strategic Direction consists of IT Projects that RUN / GROW / TRANSFORM the way the City does business.  The IT Strategic Council sets the Priority, The CIO provides the Direction and TAC sets the Standards.

**Historical Information**

In the past the Department of Public Safety lacked a coherent technology governance structure that made the adaption of certain technologies difficult depending on what resources were available to implement the projects.  The Department of Public Safety has now been rolled into the IT Governance Structure.

**Key Themes**

All the action items listed below in the Technical Equipment / Monitor's Findings area are related to IT Governance and Strategy.

**Technical Equipment / Monitor's Findings**

1. Use Consulting Group to Establish Proper IT Governance
2. CPD Designation of a "Business Owner" for Major IT Projects
3. Develop a Multi-Year Plan for IT Strategy, Support, Maintenance, Upgrade and Replacement of All CPD IT Systems & Equipment
4. Designate Department of Public Safety as Functional Administrator of IA Pro, with CPD, OPS and Public Safety all having Technological Administrative Privileges
5. Train & Hold IT Staff Accountable for How to Monitor and Update IT Help Tickets
6. Provide a User Feedback System for Each IT Ticket

**Summary of Strategy**

1. Use Consulting Group to Establish Proper IT Governance
   - The City has implemented a Project Management Office to oversee the project governance structure, methodology and approach
   - The PMO has utilized the lessons learned/best practices from outside consultants who have provided project management expertise for Citywide projects
     - The City utilizes Consultants for Professional Services related to Project Management for Major IT Projects
   - All projects now consist of the appropriate documentation and involvement from the Executive Sponsorship level to the project workgroup teams
   - This change in culture and strategy provides the framework to ensure new technologies are implemented on time and within budget
   - The PMO is charged with evaluating and upgrading current project management methodologies and approaches and implementing new strategies

**Project Milestone Completion Dates**
- Creation of the Project Management Office
  - Completed
- Standardized Project Documentation and Processes
  - Completed
- Hiring of additional Project Management Office staff including Project Managers and Administrative Support Staff
  - 1st Quarter 2017

**Resources**
- Chief Phillips
- Deputy Commissioner Roy Wilson
- Larry Jones II

**Estimated Timeline**
- IT Governance is a continuous improvement process.  The City currently has an IT Project Governance Structure in place

- The City's focus is on process improvement opportunities and strategies
- The City recognizes the need to remain agile as methodologies change in the industry

**Budget**
- N/A
    - There is no separate budget allocation task, IT Governance for the City of Cleveland is part of the roles and responsibilities of the Chief Information Officer
    - The City is currently engaged with a consultant for IT Professional Services to assist with the PMO and IT Projects


**Summary of Strategy**
2. CPD Designation of a "Business Owner" for Major IT Projects
    - The PMO has established a cultural change with how Major IT Projects are implemented within the City of Cleveland
    - To date the Division of Police has designated the following "Business Owners" for the following Major IT Projects
        - Body Worn Cameras – Deputy Chief Drummond
        - In-Car Dash Cameras – Deputy Chief Drummond
        - Mobile/Smartphone Device – Deputy Chief Drummond
        - In-Vehicle Mobile Data Terminals – Deputy Chief O'Neill; Commander Cavett
        - Field Based Reporting – Deputy Chief McCaulley; Commander Fay
        - CAD upgrade – Deputy Chief McCaulley; Commander Cavett
        - 800 MHz Radio System – Commander Cavett
        - Video Surveillance Camera System – Deputy Chief Tomba; Commander Pretel
        - Ohio LEADS integration – Deputy Chief McCaulley
        - Media Sonar – Commander Pretel
    - Major IT project criteria will be evaluated on a project by project basis

- o Projects that represent a change in the way the Division conducts business/operations will be deemed major
  - ▪ I.E. CAD upgrade including Silent Dispatching, Field Based Reporting
  - ▪ I.E. PC refreshment project would not be considered a Major IT project

**Project Milestone Completion Dates**
- None

**Resources**
- PMO
- Chief Williams
- Deputy Chief O'Neill

**Estimated Timeline**
- The Division of Police and the PMO will evaluate the Divisions slated IT projects and determine the required project methodology and appropriate Business Owner.  This is a continuous evaluation based upon the IT plan and which projects will be implemented during the fiscal year as well as those projects that are pursued because of operational or technical need.

**Budget**
- N/A
  - o There is no separate budget allocated for this task, designated Cleveland Division of Police Business Owners are assigned as part of the roles and responsibilities of the Deputy Chief's and Command Staff

**Summary of Strategy**
3. Develop a Multi-Year Plan for IT Strategy, Support, Maintenance, Upgrade, and Replacement of All CPD IT Systems & Equipment
   - Historically the Department of Public Safety has not had a fully developed IT strategy that supports, maintains, upgrades and replaces CPD systems and equipment
   - The creation of the Technical Advisory Committee (TAC) has led the Division of Police to evaluate new IT projects based on business

requirements and need and include support, and end of life replacement

- o Body Worn Camera project was one of the first Division of Police projects which included a technology refreshment / equipment replacement plan over a 5 year life cycle
- o The Division of Police is currently replacing the original Axon Body Worn Cameras with Taser's Axon 2 Body Camera
- The Public Safety Strategic Technology Executive Committee is tasked with developing the IT strategy for the entire Department of Public Safety
  - o Current Lifecycle Replacement projects that are slated for 2016 – 2017 included the following:
    - PenBase Patient Care Records Management System for EMS
    - Fire Records Management System
    - Video Surveillance Wireless Infrastructure Network
    - Body Worn Camera replacement
  - o The Technology Executive Committee  which includes the Chief of Police and Deputy Chiefs is responsible for setting the Division of Police IT strategy plan
  - o The evaluation of this plan will begin in November 2016 with the review of the 2017 capital request
  - o This evaluation will set the priority for the 2017 and beyond as it relates to Major IT projects and the maintenance, support and upgrades of existing systems

**Project Milestone Completion Dates**

- Evaluation and prioritization of the 2017 Public Safety IT Capital Projects
  - o 4th Quarter 2016
- Creation of the Division of Police IT Strategy Plan
  - o 2nd Quarter 2017

**Resources**

- Safety Director; Assistant Directors

- Chief of Police; Deputy Chief
- Fire Chief; Assistant Chief
- Jail Commissioner
- EMS Commissioner; Deputy Commissioner
- Chief Animal Control Officer

**Estimated Timeline**
- 11/14/16 – 9/30/17
  - The Public Safety IT Strategy will be incorporated into the overall City IT Strategy

**Budget**
- N/A
  - There is currently no separate budget allocated for this task, The Public Safety IT Strategy is part of the City of Cleveland 5 year IT Strategic Plan
  - The respective IT Strategic Plan budget will be developed in coordination with adoption of the plan

**Summary of Strategy**
4. Designate Department of Public Safety as Functional Administrator of IA Pro, with CPD, OPS and Public Safety all having Technological Administrative Privileges
   - The Director of Public Safety will appoint a Functional Administrator over IA Pro who will be responsible for implementing all technological related changes to the system
   - Any technological changes/recommendations to the system will be presented to the Functional Administrator who will evaluate the implications of the changes on the overall functionality of the system
   - The Functional Administrator will present a report to the Safety Director, Chief of Police and OPS Administrator outlining the impact on the request change on system functionality
   - CPD and OPS will not have Technological Administrative Privileges in the system

**Project Milestone Completion Dates**

- Director of Public Safety appoint a Functional Administrator over IA Pro
  - 4th Quarter 2016
- Functional Administrator is trained
  - 2nd Quarter 2017

**Resources**

- Director of Public Safety

**Estimated Timeline**

- 11/7/16 - 5/31/17

**Budget**

- N/A
  - The Director of Public Safety will designated a Functional Administrator of IA Pro
  - Funding to be allocated for the Functional Administrator to attend IA Pro training and conferences

**Summary of Strategy**

5. Train & Hold IT Staff Accountable for How to Monitor and Update IT Help Tickets

- Public Safety IT staff have been instructed to monitor their respective IT Helpdesk Ticket count
  - Staffing levels severely impacted Public Safety IT's ability to respond to helpdesk tickets in 2016
    - Public Safety IT had no PC Tech staff members to respond to open tickets
    - Operations staff was responsible for network, systems and Helpdesk tickets
- Public Safety IT staff have been instructed to close out completed IT Helpdesk tickets
- Public Safety IT staff attend and participate in ITS IT Helpdesk ticket meeting to discuss open item tickets, lessons learned and aid in the development of the new Citywide Helpdesk software KACE

- Public Safety IT Manager weekly monitors the Helpdesk ticket count assigned to the Department and the individual tickets assigned to the staff
- Weekly Public Safety IT Helpdesk ticket counts are provided to CIO
  - Appendix C Inventory of the number of tickets that have exceeded the Service Level Agreement during 2016

**Project Milestone Completion Dates**
- 3 Additional PC Techs hired to improve the Public Safety IT Helpdesk Ticket response
  - Completed
- 1 Additional PC Tech to be hired who will also assist with answering Public Safety IT Helpdesk tickets
  - 1st Quarter 2017
- Public Safety IT staff attends the weekly ITS Helpdesk meetings
  - Continuous
    - Weekly meeting held on Tuesdays

**Resources**
- Public Safety IT
- ITS

**Estimated Timeline**
- 10/3/16  - 3/31/17

**Budget**
- $40,000
  - The budget for this task is the hiring of an additional PC Tech
  - This increases the number of PC Techs from 3 to 4
    - January – June 2016 Public Safety had 0 PC Techs
      - June 2016 1 PC Tech hired
      - August 2016 2 PC Techs hired

**Summary of Strategy**
6. Provide a User Feedback System for Each IT Ticket
   - IT is implementing a Citywide Helpdesk Ticket system (KACE Service Desk Ticket)

- KACE provides a Satisfaction Survey that enables the Service Desk Ticket submitter to provide feedback on the handling of their ticket issue
- Once the Service Desk ticket status has been changed to closed, an email message describing the survey is immediately sent to the Service Desk ticket submitter
- Three options can be applied to the Satisfaction Survey: not required, always required, and required on close
- Satisfaction Survey is visible to the ticket submitter when they access a closed ticket for the first time and thereafter until the survey has been completed
- Survey scores and comments are stored in the service desk ticket and are not editable by the Helpdesk staff
- Various reports can be run to display and analyze the Helpdesk survey data

**Project Milestone Completion Dates**
- KACE Service Desk Ticket IT User Training
  - Completed
- Citywide/Department configurations of the KACE Service Desk Ticket
  - 1st Quarter 2017
- IT launch of the KACE Service Desk Ticket system
  - 2nd Quarter 2017
- Public Safety IT end user helpdesk training
  - 2nd Quarter 2017
- Public Safety IT KACE Service Desk Ticket system launch
  - 2nd Quarter 2017

**Resources**
- Public Safety IT
- ITS

**Estimated Timeline**
- 8/1/16 – 5/1/17

**Budget**
- $200,886.65
  - The budget covers the KACE Service Desk Design and Implementation for a Citywide IT Helpdesk Ticket solution
  - 1 Service Desk Solution for creation of standard reports, ticketing rules, and manage all end user IT Helpdesk Tickets across 4 Departments

## V.   MOBILE TECHNOLOGY

**Overview**

The City of Cleveland, Division of Police utilizes Mobile Technology to enhance the effectiveness of Law Enforcement while promoting professional accountability and aiding in event documentation.  Mobile Technology covers a wide spectrum of police operations from Body Worn Cameras, In-Car Dash Cameras, Mobile Data Terminals, Vehicle Modems, Automated Vehicle Location System and Mobile Devices.

**Historical Project Information**

**Body Worn Cameras -** The Division of Police successfully completed Phase I of the Body Worn Camera project 2015.  Phase I included equipping all 5 Police Districts, Bureau of Traffic, Mounted Unit, and City Hall Officers with Body Worn Cameras.  Phase II of the Body Worn Camera includes equipping Cleveland Hopkins International Airport and Police Headquarters/Specialty Units with Body Worn Cameras.

**In-Vehicle Dash Camera -** In 2010 the City implemented an In Car Dash Camera system.  The City equipped 15 vehicles with the Data 911 Dash Camera System.  The non-functionality of the wireless In Car Dash Camera upload proved to be significant deterrent to moving forward with the project. Wireless upload times were averaging over an hour, which is unacceptable for the current demands of the vehicle fleet.  Each Dash Camera unit was $10,000 per vehicle which also made the program cost prohibitive.

**In-Vehicle Computers -** The Division of Police, Mobile Support Unit maintains Spare In-Vehicle Computers in stock for minimal downtime of Patrol Vehicles.  Mobile Support is in charge of resolving all issues related to the In-Vehicle Computers.  Mobile Support is responsible for updating all applications on the In-Vehicle Computers.  Mobile Support regularly updates the In-Vehicle Computer fleet.

**Automated Vehicle Locator -** The Division of Police utilizes APS Skyview as its legacy Automated Vehicle Location (AVL) system.  All Division of Police Patrol Vehicles units report via the APS Skyview AVL system.  The Division of Police is in the process of migrating from their legacy system to the Citywide Webtech Wireless AVL system.  To date 126 of the Division of Police units have been migrated to the Webtech Wireless system.  The remaining units still report on the APS Skyview system.

**Vehicle Modem Network/Bandwidth -**The Division of Police utilizes a Sierra Wireless Modem which operates on the Verizon Wireless 4G LTE private network for Public Safety in all Division of Police Patrol Vehicles. Verizon Wireless provides the City with a quarterly data usage report. Applications running via the modems are operating in the Kilobit data usage range.  Applications are communicating/updating text-based data back and forth to In-Car applications which is not network/bandwidth intensive. This network provides sufficient bandwidth for all of Public Safety (Police, Fire, EMS, and Animal Control and Care) to operate their respective mission critical applications in-vehicle / in-field.

**In-Vehicle Email Access -** All Division of Police Officers were assigned an email account as part of the Body Worn Camera Project.  Officers are capable of checking their email via Outlook Web Address (OWA) with their In-Vehicle Computers.

**Key Themes**

All the action items listed below in the Technical Equipment / Monitor's Findings area are related to Mobile Technology –worn by the officer and in-vehicle.

**Technical Equipment / Monitor's Findings**

1. Body Worn Cameras
2. Deploy Mobile Devices/Smartphones for Tagging Videos
3. In-Car Video Systems in All Patrol Vehicles
4. Spare In-Vehicle Computers in Stock for Minimal Downtime
5. Automated Vehicle Locator (AVL) on all Patrol Vehicles
6. Network/Bandwidth Sufficient to Handle Data to Vehicles
7. Access to Email in Vehicles

**Summary of Strategy**
1. Deploy Body Cameras to All specialized units and the Airport
   - Phase II of the Body Worn Camera project included deployment of Body Worn Cameras to the Cleveland Hopkins International Airport and specialized units
   - IT ensures that the proper network configuration and circuits have been installed to support the video uploads
   - Wiring and docking stations installed
   - Mobile Support and the Training Academy provide Body Worn Camera Training on the operation of the equipment and the Body Worn Camera policy

**Project Milestone Completion Dates**
   - Body Worn Camera circuits, wiring and docking stations have been installed at the Cleveland Hopkins International Airport
     o Completed
   - Officers and Traffic Controller stationed at Cleveland Hopkins International Airport have been trained on the operation and policy for Body Worn Cameras
     o Completed
   - Body Worn Cameras have been deployed and implemented at Cleveland Hopkins International Airport
     o Completed

- Space has been identified in the Justice Center/Police Headquarters for the placement of docking station bays for Body Worn Cameras to specialty units
  - Completed
- The Division of Police is in the process of a technology/equipment refresh, and the Axon Body Cameras are being swapped out 1 for 1 for the Axon 2 Body Worn Cameras
  - 4th District Completed
  - 2nd District 4th Quarter 2016
  - 5th District 4th Quarter 2016
  - 1st District 1st Quarter 2017
  - 3rd District 1st Quarter 2017
- Upon completion of the technology/equipment refresh Police Headquarters/Specialized units will be trained and outfitted with Axon 2 Body Cameras
  - 1st Quarter 2017

**Resources**
- Mobile Support
- Training Academy
- Public Safety IT
- ITS

**Estimated Timeline**
- 10/17/16 – 3/31/17

**Budget**
- $1,280,742.53
  - The budget covered the cost of Body Worn Cameras, Docking Stations, Evidence.com storage, Evidence.com licenses, Installation, Training, Setup and CAD Integration

**Summary of Strategy**
2. Deploy Mobile Devices/Smartphones for Tagging Videos
   - The Division of Police were awarded a Fiscal Year 2015 State Homeland Security Program – Law Enforcement Grant Program for the purchase of deployable mobile devices/smartphones

- Ruggedized mobile devices will allow for Officers to capture citizen contact information and perform other mission critical Law Enforcement operations
- Provide connectivity to Law Enforcement databases
  - LEADS
  - OHLEG
  - LERMS
- Provide a cellular device for Division of Police Officers

**Project Milestone Completion Dates**
- Demo mobile devices and evaluate the functionality, ease of use and capabilities
  - 2nd Quarter 2017
- Release bid specifications for a ruggedized mobile device
  - 2nd Quarter 2017
- Evaluate bid specifications and select a ruggedized mobile device
  - 3rd Quarter 2017
- Deploy ruggedized mobile devices
  - 4th Quarter 2017

**Resources**
- Division of Police
- Purchasing and Supplies
- ITS

**Estimated Timeline**
- 9/1/16 – 9/1/17

**Budget**
- $50,000.00
  - The budget will cover the initial purchase of mobile/smart devices that will be deployed to Division of Police Personnel to aid in Law Enforcement Operations
  - Mobile/smart devices will aid those Officers who do not have access to In-Vehicle Computers (Bike Patrol, Mounted Unit, Motor Cycle Unit)

**Summary of Strategy**

3.  In-Car Video Systems in All Patrol Vehicles

- The Division of Police is currently running an In-Car Dash Camera system demo with 5 Bureau of Traffic vehicles
- The Taser In-Car Dash Camera System links the Dash Cameras to the Officers Body Worn Cameras
- The Dash Camera system also triggers the Body Worn Camera to activate based upon predefined criteria including but not limited to overhead lights, shotgun release, backseat door opening, crash detection, and speed

**Project Milestone Completion Dates**

- Deputy Chief Drummond has been identified as the CPD In-Car Dash Camera Business Owner
  - Completed
- 5 In-Car Dash Camera system units have been installed for the Bureau of Traffic
  - Completed
- Designated Bureau of Traffic Officers have received training on the In-Car Dash Camera system
  - Completed
- Cuyahoga County Prosecutor's Office providing funding for the In-Car Dash Camera system
  - 4th Quarter 2016
- In-Car Dash Camera scope of work and project plan
  - 1st Quarter 2017
- Complete Installation of In-Car Dash Camera systems for the Bureau of Traffic
  - 1st Quarter 2017
- In-Car Dash Camera System burn-in and system testing
  - 2nd Quarter 2017
- In-Car Dash Camera System training
  - 4th Quarter 2017
- In-Car Dash Camera Installation and Implementation for all District Frontline Cars

o 4th Quarter 2017

**Resources**
- Taser International
- Mobile Support
- Training Academy
- Public Safety IT

**Estimated Timeline**
- 10/30/16 – 9/30/17

**Budget**
- $500,000
  - Cuyahoga County Prosecutor has provided the City with a grant to assist in the purchasing of In-Car Dash Cameras

**Summary of Strategy**
4. Spare In-Vehicle Computers in stock for minimal downtime
   - Mobile Support Unit maintains an inventory of spare In-Vehicle Computers, parts, pieces for break/fix serviceability of the In-Car Computer fleet
     - Patrol Vehicles are not sent to Motor Vehicle Maintenance "service shop" for Mobile Data Computer issues/problems
     - Division of Police maintains an Open Purchase order with a vendor to fix any issues/problems that exceed the expertise of Mobile Support Unit
   - Mobile Support Unit is responsible for the entire In-Car Computer fleet
   - Mobile Support Unit evaluates the age of the current In-Car Computer fleet and develops a replacement plan for aged out mobile data computer equipment
   - Mobile Support Unit is responsible for providing maintenance and software updates to the Mobile Data Computers
     - Mobile Support Unit routinely touches the entire Mobile Data Computer fleet when providing application updates

**Project Milestone Completion Dates**
- Division of Police to provide email blast and Divisional Notice informing all Divisional Personnel the process for Mobile Data Computer repairs/issues/problems
  - 1st Quarter 2017
- Division of Police to start Mobile Data Computer spares, pieces and parts refresher program with the 2017 general fund budget
  - 2nd Quarter 2017
- Mobile Support Unit to maintain Mobile Data Computer fleet status which will include the current age of the Mobile Data Computer, Service Record and replacement plan
  - 4th Quarter 2017

**Resources**
- Division of Police
- Mobile Support
- Bearcom

**Estimated Timeline**
- 11/18/16 – 9/30/17

**Budget**
- $39,000.00
  - The Department of Public Safety maintains a Purchase Order with Bearcom for the break/fix items that exceed Mobile Support Unit's capabilities
    - Examples include the Replacement of Mobile Data Computer Monitor, replacement power cables, GPS antenna replacement

**Summary of Strategy**
5. Automated Vehicle Locator (AVL) on all Patrol Vehicles
- The Division of Police is in the process of migrating from its legacy AVL system APS Skyview to the Citywide AVL Webtech Wireless system
  - The Division of Police has migrated 126 Patrol Vehicles onto the AVL Webtech Wireless system

- The AVL Webtech Wireless system allows for the viewing of all Division of Police Patrol Vehicles by District
  - Communications Control Section can now view Patrol Vehicles reporting on the AVL Webtech Wireless system
- The AVL Webtech Wireless system can display all Public Safety Vehicles and All City vehicles if need
- District vehicles requiring new modems or expansion ports have been identified
- Equipment installer has been identified
- This project is not considered a major IT project that would warrant a CPD Business Owner, however Commander Cavett serves as the CPD Business Owner for this AVL migration project

**Project Milestone Completion Dates**
- New and additional Modem hardware ordered and received to replace and refresh current vehicle modem fleet
  - Completed - 10/31/16
- Monitors to be installed in the Officer in Charge area for viewing District AVL vehicles
  - 1st Quarter 2017
- Modem equipment installation by installer
  - 1st District – 1st Quarter 2017
  - 2nd District – 1st Quarter 2017
  - 3rd District – 2nd Quarter 2017
  - 4th District – 2nd Quarter 2017
  - 5th District – 3rd Quarter 2017
    - As soon as equipment is installed in vehicles they will be programmed into the new AVL Webtech Wireless system for reporting

**Resources**
- Division of Police
- Mobile Support
- Public Safety IT
- DH Wireless

**Estimated Timeline**

- 10/30/16 – 8/31/17

**Budget**

- $286,720.00
  - The budget covers the purchase of GX 450 modems, GX 440 I/O expansion cards, GPS Antennas and installation

**Summary of Strategy**

6. Network/Bandwidth Sufficient to handle data to vehicles
   - IT and Verizon Wireless will continue to monitor Sierra Wireless Modem bandwidth to ensure that the Quality of Service is not being compromised
     - Verizon Wireless to provide a monthly Quality of Service report relating to the Public Safety Network/Bandwidth
     - IT will report any Quality of Service issues relating to the application and/or connectivity to Verizon Wireless
   - IT will instruct Verizon Wireless to make any necessary network/bandwidth changes need to improve Quality of Service
   - Helpdesk tickets are to be completed by Division of Police Mobile Data Computer users who experience a network/application connectivity issue
     - IT will conduct the initial Helpdesk ticket investigation to determine if it is a Quality of Service issue
     - Verizon Wireless will respond to all Quality of Service issues
       - IT and Verizon Wireless will mutually agree upon issue resolution when needed

**Project Milestone Completion Dates**

- Verizon Wireless to provide monthly Quality of Services reports
  - 1st Quarter 2017
- Division of Police to distribute Divisional Notice and email blast informing Officers to report any Quality of Service network/bandwidth In-vehicle modem issues
  - 1st Quarter 2017

- Public Safety IT to categorize all reported Verizon Wireless network/bandwidth Quality of Service incidents
  - 2nd Quarter 2017

**Resources**
- Public Safety IT
- Verizon Wireless

**Estimated Timeline**
- 11/7/16 – 5/31/17

**Budget**
- N/A
  - There is no separate budget allocated for this task, Verizon provides data/network/bandwidth reports with no additional surcharge to the IT

**Summary of Strategy**
7. Access to  Email in Vehicles
- Division of Police Personnel are capable of accessing their City email accounts via the Patrol Vehicle's Mobile Data Terminal
- District Training Coordinators to provide refresher training on how to access email via Outlook Web Address
- Outlook Web Address will be added as an Internet Explorer bookmark for ease of use access
- Patrol Officers will be required to submit an email via Outlook Web Address from the Mobile Data Terminal to the District Training Coordinators confirming they have been trained
  - Patrol Officers who do not send emails will receive follow up training

**Project Milestone Completion Dates**
- District Training Coordinators to provide Outlook Web Address refresher training
  - 1st District – 1st Quarter 2017
  - 2nd District – 1st Quarter 2017

- o 3rd District – 1st Quarter 2017
- o 4th District – 1st Quarter 2017
- o 5th District – 1st Quarter 2017
- Trained Patrol Officers to provide confirmation email to District Training Coordinates using the Mobile Data Terminal via Outlook Web Address
  - o 2nd Quarter 2017
- District Training Coordinators to provide roster of those individuals who have been successfully trained
  - o 2nd Quarter 2017
- District Training Coordinator to provide a  roster of those individuals who will scheduled for additional training
  - o 2nd Quarter 2017
- District Training Coordinators to complete additional Outlook Web Address training
  - o 2nd Quarter 2017
- Trained Patrol Officers to provide two confirmation emails to District Training Coordinators using the Mobile Data Terminal via Outlook Web Address
  - o 3rd Quarter 2017

**Resources**
- Division of Police

**Estimated Timeline**
- 11/7/16 – 8/31/17

**Budget**
- N/A
  - o There is no separate budget allocated for this task, training is a responsibility of designated District Training Coordinators roles and responsibilities

# VI. IN-STATION (DISTRICT) TECHNOLOGY

## Overview

The City of Cleveland, Division of Police utilizes In-Station (District) Technology to enhance the effectiveness of Law Enforcement while promoting professional accountability and aiding in event documentation. In-Station (District) Technology covers a wide spectrum of police operations from Roll Call Room Equipment to Deliver Training, Single Sign-On to Eliminate Multiple Logins/Passwords, Social Media Monitoring Software, Video Playback Platform for Various Private Video Formats, Printers Available for Officers, Network Analysis to Ensure Support of Data Transfer for All Systems and Refresher Training to CPD Employees on How to Open an IT Help Ticket.

## Historical Project Information

**Roll Call Room Equipment** - was implemented by the Department of Public Safety in the form of a Polycom Video Conferencing System that provided video conferencing throughout Public Safety and the Division of Police. Polycom equipment was placed in the District Roll Call rooms to implement video roll call. The Polycom equipment maintenance lapsed and the equipment is now out of warranty and out of service. The City is now evaluating a complete replacement of the Polycom Video Conferencing System. The plan is to provide a Video Conferencing Solution that can support the Division of Police with the capability of expanding to other City departments.

**Media Sonar -** is a social media research tool which collects <u>public</u> social media data without privacy settings. It is intended for use by Division of Police Personnel who are engaged in special event planning and support, intelligence, investigations and various enforcement efforts. It provides a tremendous amount of situational awareness for special events, high profile incidents, and supporting indicators of criminal activity by those posting photos or other media memorializing their activities, involvement, or presence at a location.

It collects <u>public</u>, geo-located and non-geo-located posts from identified networks based on the parameters set in the Sonar. It is limited to the data provided by the networks and the format in which they provide it. Its operation respects all local and federal laws and regulations, civil rights, and civil liberties. <u>It only accesses publicly posted information sent without privacy settings</u>. <u>It does not and cannot access data protected by a user's privacy settings on a network or phone</u>.

Its objectives are:

- To provide an investigator or officer a collated view of social media activity on a specific key word, location, time frame, or user. Information which is already on the world wide web but would take countless hours to amass
- To provide the user real time situational awareness based on social media postings at a special event or developing critical incident so executive leaders can make informed decisions regarding responding resources, street closures, traffic matters, evacuations, suspects or endangered persons information and the like

Media Sonar is currently only used by select members of the Bureau of Homeland Services, the Gang Impact Unit, and District Detectives.

**Video Playback Platform for Various Private Video Formats -** is currently being explored by Public Safety IT. There are hundreds of private video formats and currently no one system exists that is capable of converting every single video format. In the interim, Evidence.com is capable of ingesting 3rd party private video formats. The City will purchase the Axon Convert software that will allow for videos to be loaded and formatted to play in evidence.com.

**Printers Available for Officers -** Additional Printers Available for Officers at the Districts is a task that is in process with the Division of Printing and Reproduction. The City of Cleveland is made up of various Departments and Divisions that are responsible for specific task. The Division of Printing

and Reproduction will provide 1 additional Printer/Copier/Fax/Scanner machines for each of the 5 Police Districts.

**Network Analysis to ensure support of data transfer for all systems -** the Department of Public Safety's network performance is monitored on a regular basis which includes the Division of Police.  IT utilizes Solar Winds and NetMotion's Mobile Performance Management.  NetMotion allows for IT to evaluate the Network Traffic, Performance Analytics and Diagnostics.

## Key Themes

All the action items listed below in the Technical Equipment / Monitor's Findings area are related to the In-Station (District) Technology.

### Technical Equipment / Monitor's Findings
1. Roll Call Room Equipment to Deliver Training
2. Single Sign-on to Eliminate Multiple Login/Passwords
3. Video Playback Platform for Various Private Video Formats
4. Printers Available for Officers
5. Network Analysis to ensure Support of Data Transfer for all Systems
6. Refresher training to CPD employees on how to open an IT Helpdesk Ticket

## Summary of Strategy
1. Roll Call Room Equipment to Deliver Training
   - The City is exploring Microsoft Skype for Business as a possible Video Conferencing solution
   - The City is also in the process of a Cisco phone upgrade and plans to explore the Cisco Video Conferencing platform
   - Public Safety IT and the Division of Police to evaluate the capabilities and functionality of Skype for Business
     - The Division of Police requires the capability of recording messages and trainings that can be played in Roll Call Rooms

**Project Milestone Completion Dates**
- IT completes business requirements assessment with the Division of Police
    - 4th Quarter 2016
- IT completes Microsoft Skype for Business assessment
    - 1st Quarter 2017
- IT completes Cisco Video Conferencing platform assessment
    - 1st Quarter 2017
- Roll Call Room Video Conferencing recommendation presented to Public Safety Strategic Technology Executive Committee
    - 2nd Quarter 2017

**Resources**
- IT
- Division of Police
- Director of Public Safety
- CIO

**Estimated Timeline**
- 11/7/16 – 6/30/17

**Budget**
- N/A
    - Project is currently in the exploratory phase and no projected budget has been identified

**Summary of Strategy**
2. Single Sign-on to eliminate multiple logins/password
- IT and Division of Police to standardize login/password creation for all new applications/systems
    - Standardization includes utilizing the same login and password for multiple system
    - Login – Windows Account login and/or email address
    - Password – set password parameters based upon application requirements
- Division of Police and IT to evaluate logins/passwords for applications and systems

- IT to investigate and implement Active Directory link for those applications that can be linked

**Project Milestone Completion Dates**
- IT and Division of Police to standardize login/password creation for all new applications/systems
  - 2nd Quarter 2017
- Division of Police to provide a list of application that Patrol Officers, Detectives, Sergeants, Lieutenants, Captains and Commanders log into
  - 3rd Quarter 2017
- IT and Division of Police to review login/password and evaluate Active Directory link
  - 4th Quarter 2017

**Resources**
- IT
- Division of Police

**Estimated Timeline**
- 3/31/17 – 10/31/17

**Budget**
- N/A
  - There is no separate budget allocated for the project milestones
  - IT and Division of Police functional administrators will be charged with review system log-in/passwords
  - IT will be responsible for any Active Directory links

**Summary of Strategy**
3. Video Playback Platform for Various Private Video Formats
   - The Division of Police is exploring various applications capable of playing private/propriety video formats

**Project Milestone Completion Dates**
- The Division of Police to purchase the Taser Axon Converter Software and Maintenance Support to format 3rd party videos in Evidence.com for playback
  - 2nd Quarter 2017
- The Division of Police to explore various applications for the video playback of private video formats
  - 4th Quarter 2018
    - As noted by the Cleveland Monitoring Team there is not one application that currently exist that will resolve this action item
    - The exploration for private video playback formats will continue

**Resources**
- Division of Police
- ITS

**Estimated Timeline**
- 11/7/16 – 12/31/18

**Budget**
- $2,900.00
  - The budget covers the purchase of the Taser Axon Convert software
  - Axon convert software allows third party formatted videos to be loaded into Evidence.com for video playback
  - This budgeted item provides some initial functionality while the Division of Police continues its exploration of video playback systems

**Summary of Strategy**
4. Printers Available for Officers
   - The Division of Police to order 1 additional Printer/Copier/Scan/Fax machines for each Police District

**Project Milestone Completion Dates**
- Division of Police to complete Printer/Copier/Scan/Fax machine equipment order to the Division of Printing and Reproduction
  - Completed
- IT and Division of Police to complete a walk-through of each Police District for the placement of the Printer/Copier/Scan/Fax machines
  - Completed
- Division of Printing and Reproduction to coordinate the delivery and installation of the Printer/Copier/Scan/Fax machines
  - Completed - 10/28/16

**Resources**
- Division of Printing and Reproduction
- IT
- Division of Police

**Timeline**
- Completed

**Budget**
- Operational Chargeback
  - The Division of Printing and Reproduction will assess the Division of Police an operational chargeback for the Multi-Functional Printing (Printer/Copier/Scan/Fax) machines

**Summary of Strategy**
5. Network Analysis to ensure support of Data Transfer for all systems
- IT utilizes Solar Winds and NetMotion toolkit to independently evaluate the Network performance
  - This network analysis is a monthly IT task
  - NetMotion Analysis and Diagnostic report attached as Appendix
    - IT will developed an acceptable Network baseline
- IT to provide monthly Public Safety Network Analysis reports to the Assistant Commissioner of Infrastructure
  - Reports to be evaluated and recommended infrastructure changes based on network performance and baseline targets

**Project Milestone Completion Dates**
- Creation of the Network Analysis baseline
  - 2nd Quarter 2017
    - Baseline to be developed based off of 6 months of Network Analysis data

**Resources**
- ITS
- Public Safety IT

**Estimated Timeline**
- 11/7/16 – 12/31/19

**Budget**
- $50,000
  - This budget included the purchase of the Solar Winds Software for the monitoring of the Public Safety Network

**Summary of Strategy**
6. Refresher training to CPD Employees on how to open an IT Helpdesk Ticket
   - The Department of Public Safety is migrating from using the Track-It to manage helpdesk tickets to the Citywide Dell KACE Service Desk Ticket system
     - IT is in the process of system design with an expected Go-Live date of March 2017
       - Train the trainer, helpdesk tech and desktop support staff training is under way for Public Safety IT
       - Standard queue template build out completed for ITS, Public Safety, Airport and Department of Public Utilities
         - Internal pilot is underway which includes the entering of tickets, notifications, resolution and closing of tickets
         - Public Safety customized queue is also included in the internal pilot

- In the interim District Training Coordinator to provide Track-It Helpdesk refresher training

**Project Milestone Completion Dates**

- District Training Coordinators to survey District Personnel regarding Track-It Helpdesk Ticket Entry
  - 4th Quarter 2016
- District Training Coordinators to provide District Personnel with refresher training for Track-It Helpdesk Ticket Entry
  - 1st Quarter 2017
- ITS Assistant Commissioner Mark Bussey is the Business Owner for the Dell KACE Service Desk Ticket System
  - Completed
- Dell KACE Service Desk Design
  - Completed 10/28/16
- Dell KACE Service Desk Configuration, Migration, Knowledge Transfer
  - 4th Quarter 2016
- Train the Trainer training provided to the District Training Coordinators, Mobile Support, Technology Integration Unit
  - 1st Quarter 2017
- Divisional Notice and Email blast providing information on the new Helpdesk ticket system
  - 1st Quarter 2017
- Provide Division of Police Personnel with a test mode terminal for the entry of Helpdesk Tickets in the KACE Service Desk
  - 2nd Quarter 2017
- Complete Division of Police KACE Service Desk Training
  - 2nd Quarter 2017
- KACE Service Desk Go-Live
  - 2nd Quarter 2017

**Resources**

- ITS
- Public Safety IT

- Division of Police

**Estimated Timeline**
- 10/24/16 – 6/30/17

**Budget**
- $200,886.65
  - The budget covers the KACE Service Desk Design and Implementation for a Citywide IT Helpdesk Ticket solution
  - 1 Service Desk Solution for creation of standard reports, ticketing rules, and manage all end user IT Helpdesk Tickets across 4 Departments
    - The Department of Public Safety (Division of Police) is included in the 4 Departments referenced above
    - There will be no additional charges to the Division of Police for training and refresher training for the KACE Service Desk Solution

## VII.  ADMINISTRATIVE/MANAGEMENT APPLICATIONS

**Overview**

The City of Cleveland, Division of Police Administration utilizes a portfolio of various management applications to enhance the effectiveness of Law Enforcement while promoting professional accountability and aiding in event documentation.  Administrative/Management Applications covers a wide spectrum of tools which includes IA Pro, Learning Management System, Fleet Management System, Time-Keeping System, Deployment Plan, and Patrol Vehicle Car Plan.

**Historical Project Information**

**Blue Team** - software allows Division of Police Supervisors to enter and manage incidents from "the field".  Incidents include use of force, field level discipline, complaints, vehicle accidents and pursuits.  Blue Team interfaces into IA Pro which provides a broad range of proactive early intervention support features.  Early Identification/warning and intervention allows for the Division to identify performance issues in "real-time".

**Learning Management System** - The Division of Police released a Request for Proposal for a Learning Management System.  The Learning Management System will provide the following: Pre-produced educational content, self-produced courses, field training evaluations, class scheduling, training records, tech support, policy delivery with electronic signature, connectivity to existing Division of Police Records Management System, and Professional development courses.

**Decentralized Vehicle Fleet Management System** - The Department of Public Works, Motor Vehicle Maintenance is responsible for maintaining and servicing the City's Motor Vehicle Fleet.  Motor Vehicle Maintenance also orders all new City vehicles which includes Division of Police vehicles.  Motor Vehicle Maintenance utilizes a Fleet Management System to order, to track and service the City vehicle fleet.

**Decentralized Time Keeping System -** The Division of Police utilizes Kronos as its Time Keeping system.  The Division of Police is currently operating on a legacy time keeping system that is separate from the rest of the City of Cleveland.  The City is working a migration plan that will move the Division of Police onto the City's hosted Cloud based Kronos system.

**Patrol Cars -** The Division of Police has a total of (358) three hundred fifty-eight marked zone cars spread out throughout the Cleveland Division of Police.  The benchmark for marked vehicles is (394) three hundred ninety-four for a deficit of 9.2%.  The five neighboring police districts account for (285) two hundred eighty-five marked vehicles for a total of 79.6% of the fleet.  Downtown Services Unit, Traffic, Cleveland Hopkins International Airport and Other account for (73) seventy-three vehicles for a total of 20.4% of the fleet.  There are (31) thirty-one cars in vehicle maintenance at the E. 55th garage totaling 8%.  Currently (138) one hundred thirty-eight of the (358) three hundred fifty-eight zone cars are over 90,000 miles totaling 38% of the fleet.

**Zone Cars by District:**
- District 1: 58 zone cars
- District 2: 59 zone cars
- District 3: 58 zone cars

- District 4: 54 zone cars
- District 5: 56 zone cars
- Downtown Services Unit: 18 zone cars
- Bureau of Traffic: 17 zone cars
- Cleveland Hopkins International Airport (CHIA): 11 zone cars
- [1]Other: 27 zone cars

The Division of Police has historically replaced approximately 30 vehicles a year.  Vehicles are replaced annually based on the allocated Capital Budget funding.  Motor Vehicle Maintenance is responsible for purchasing all vehicles for the entire City which includes but is not limited to Division of Streets, Waste Collection and Disposal, Parks and Recreation, Snow Removal Trucks, Fire Pumper and Ladders Engine Trucks, Emergency Medical Services Ambulances and Division of Police Patrol Cars.  The Capital request, which includes all City Departments/Divisions are reviewed, prioritized and a Capital Budget is created.  From this Capital budget a set number of vehicle purchases are included which may or may not include Patrol Cars for the Division of Police.

The Patrol Car vehicle fleet condition is currently assessed by utilizing the Fleet Management Software via a points based system for vehicle replacement.  Replacement criteria/factors include: Vehicle Age, Mileage, Condition, Repair History, Cost of Repairs and Depreciation.  It should also be noted that historically we expect to lose 10 vehicles a year due major collision damage

## Key Themes

All the action items listed below in the Technical Equipment / Monitor's Findings area are related to Administrative/Management Applications.

## Technical Equipment / Monitor's Findings

1. Information Entered into Blue Team is delayed to get into IA Pro, so Early Intervention triggers occur late

---

[1] Other includes: Community Policing, Canine, City Hall, Mobile Support, Vehicle Impound, Accident Investigations Unit and Mounted Unit. These are the only units with Marked Zone Cars.

2. Long-Term consulting relationship with vendor to understand best practices workflow recommendations
3. Learning Management System
4. Decentralize Access to Fleet Management System
5. Decentralize Time Keeping System
6. Decentralize Deployment Plan
7. Patrol Cars

**Summary of Strategy**
1. Information entered into Blue Team is delayed to get into IA Pro, so Early Intervention triggers occur late
   - The Division of Police will review the current Blue Team workflow process
     - Blue Team is a new software product and The Division of Police is navigating the initial learning curve
       - Supervisors are becoming more familiar with the product as they continue to use it and understand the it
       - Patrol Officers are in the process of being trained on Blue Team entry

**Project Milestone Completion Dates**
- Complete Patrol Officer Blue Team training
  - 2nd Quarter 2017
- Business Process workflow review of Blue Team entry and approvals
  - 2nd Quarter 2017
- Create Blue Team entry and approval process baseline
  - 3rd Quarter 2017
- Revised workflow entry and approvals based upon Business Process review recommendations
  - 4th Quarter 2017
- Monitor workflow changes against Blue Team entry and approval baseline
  - 4th Quarter 2017

**Resources**
- Division of Police

- Data Coordinator

**Estimated Timeline**

- 10/3/16 – 12/31/17
  - The monitoring of the entry and approval baseline task will be assigned to the Data Coordinator

**Budget**

- N/A
  - There is no separate budget associated with the project milestone dates
  - Once a baseline has been established and approved
    - Implementations of lessons learned and functional enhancements may require future budget allocations

**Summary of Strategy**

2. Long-term consulting relationship with vendor to understand best practices workflow recommendations
   - The Division of Police constantly works with CI Technologies to improve the Software functionality and usages
   - Divisional Personnel attend conferences to learn best practices of the software including:
     - Contribute to user group meetings to discuss issue with the software
     - Learn about software upgrades
     - Network with other Police Department that utilize the software

**Project Milestone Completion Dates**

- There are currently no project milestone completions dates associated with the summary of strategy

**Resources**

- Division of Police

**Estimated Timeline**

- 11/7/16 – 6/30/17

**Budget**

- $8,500.00

        o  The current allocated budget provides maintenance for CI Technologies Software products

## Summary of Strategy
3.  Learning Management System
- The Division of Police released a Request for Proposal for a Learning Management System
- The Learning Management System provides a wide range of content for numerous law enforcement disciplines
- Pre and post assessment knowledge based testing
- Maintenance of training records
- Ability to schedule training electronically
- Delivery of Division of Police policy with electronic signature receipt

## Project Milestone Completion Dates
- Learning Management System CPD Business Owner Identified (Commander Fay)
  - Completed
- Learning Management System Request for Proposal released
  - Completed - 3/31/16
- Learning Management System Proposals received
  - Completed - 5/6/16
- Learning Management System Demonstrations
  - Completed - 11/11/16
- Learning Management System Selection
  - 4th Quarter 2016
- Learning Management System Implementation
  - 1st Quarter 2017
- Learning Management System Training
  - 1st Quarter 2017
- Soft Launch of the Learning Management System
  - 2nd Quarter 2017
- Learning Management System Go Live
  - 2nd Quarter 2017

**Resources**
- Division of Police

**Estimated Timeline**
- 3/31/16 – 6/30/17

**Budget**
- $150,000
  - The current allocated budget provides funding for a Learning Management System for the Division of Police

**Summary of Strategy**
4. Decentralize Access to Fleet Management System
   - The Division of Police Logistics Section is located in the same building with Motor Vehicle Maintenance
   - The Division of Police receives real time on-demand reports when requested from Motor Vehicle Maintenance
   - The Director of Public Safety is provided with a Division of Police fleet update as part of the Division's bi-weekly report

**Project Milestone Completion Dates**
- The Division of Police has access to real time vehicle fleet information on demand
  - Completed
  - The Lt. in charge of the Logistics Section works in the office next door to the Manager of the fleet management system

**Resources**
- Division of Police
- Motor Vehicle Maintenance

**Estimated Timeline**
- Completed

**Budget**
- N/A
  - There is no separate budget associated with the project milestone dates

**Summary of Strategy**

5. Decentralize Time Keeping System
   - The Division of Police will migrate from its legacy Kronos system to the City's cloud-based hosted Kronos system
   - The Kronos update will increase the Time Keeping capabilities and functionality for the Division of Police

**Project Milestone Completion Dates**

- The Division of Police identified a CPD Business Owner for this project (Deputy Chief O'Neill)
  - Completed
- Kronos completed an initial assessment of the Division of Police's current Time Keeping workflow
  - Completed
- The Division of Police reviewed the assessment and recommended additional changes for the final scope of work
  - Completed
- Kronos to complete the Time Keeping upgrade configurations for the Division of Police
  - 2nd Quarter 2017
- Division of Police to complete environment and functionality testing
  - 2nd Quarter 2017
- Division of Police to Go Live with Cloud Based/Hosted Kronos Time Keeping system
  - 3rd Quarter 2017

**Resources**

- Division of Police
- ITS

**Estimated Timeline**

- 5/1/16 – 8/1/17

**Budget**

- $70,000
  - The current projected budget for the Division of Police Kronos Time Keeping System is $70,000.00

- $50,000 for the Cloud based time keeping system upgrade
- $20,000 for the training, change management rollout

**Summary of Strategy**

6. Decentralize Deployment Plan
   - Decentralization of the Deployment Plan is a component of the Staffing Plan.  Upon approval of the Staffing Plan, the Division of Police will explore various technology tools that can be utilized throughout the Districts and Specialty Units.

**Project Milestone Completion Dates**
   - Exploration of Software based products for Deployment
     - 2nd Quarter 2017

**Resources**
   - Division of Police

**Estimated Timeline**
   - 6/30/17

**Budget**
   - N/A
     - There is no separate budget associated with the project milestone dates

**Summary of Strategy**

7. Patrol Cars
   - The Division of Police will develop a Patrol Vehicle Modernization Plan
     - This plan includes a Patrol Vehicle Fleet assessment
       - Determination of the adequate number of Marked Patrol Cars
         - 394 Marked Cars may or may not be sufficient
       - Re-evaluation of vehicle replacement criteria
         - 90,000 miles vs 100,000 miles

- Completed District by District assessment of the Zone Car fleet
  - Identify and prioritize those Zone Cars in poor condition that should be replaced first
  - Identify the number of Zone Cars required for each District based upon the new Staffing Plan
- The assessment will include the researching of Law Enforcement vehicle leasing plans
  - Explore the feasibility of a Law Enforcement based leasing program from a functionality/operational and financial standpoint as it relates to the City
- Creation of the Patrol Modernization Plan based upon the results of the Patrol Vehicle Assessment
  - Identify the total number of vehicles required for the Division of Police
  - Established criteria that the Division of Police and Motor Vehicle Maintenance utilize for Patrol Car fleet evaluations
  - Identify the total number of vehicles required for each District
  - Policy recommendation concerning Law Enforcement based leasing program
  - Creation of a Procurement timeline based upon the results of the Patrol Vehicle Fleet Assessment results
    - Streamline procurement process and in-vehicle equipment installation
  - Create a policy to address the Patrol Vehicles which are lost/decommissioned/scrapped due to Major Collision damage

**Project Milestone Completion Dates**
- Patrol Vehicle Fleet Assessment
  - 2nd Quarter 2017

- Patrol Vehicle Modernization Plan
  - 2nd Quarter 2017

**Resources**
- Division of Police
- Motor Vehicle Maintenance

**Estimated Timeline**
- 1/1/17 – 6/30/17

**Budget**
- TBD
  - The budget for Patrol Vehicle Modernization Plan is to be determined.  Upon completion of the Patrol Vehicle Fleet Assessment the Division of Police will have an accurate review of the current vehicle fleet and its deficiencies.  The Patrol Vehicle Modernization Plan will provide the procurement timeline and purchasing agent for Patrol Cars for the Division of Police.
  - The Division of Police will amend the Equipment and Resource Plan to include the completed Patrol Vehicle Moderination Plan