# EXHIBIT B

# CLEVELAND
# DIVISION OF POLICE



# EQUIPMENT AND RESOURCE STUDY

## *Calvin Williams, Chief of Police*

# Table of Contents

Introduction and Methodology                                      Page 3

Computers to CDP Personnel                                        Page 4

- Findings                                                        Page 4-6

Marked Zone Cars to Condition                                     Page 7

- Findings                                                        Page 7-8

Marked Zone Cars per Officers                                     Page 9

- Findings                                                        Page 9-10

Marked Zone Cars with In-Car Computers                            Page 11

- Findings                                                        Page 11-12

Marked Zone Cars and Trauma Kits                                  Page 13

- Findings                                                        Page 13-14

Technical Resources                                               Page 15-16

Conclusion and Recommendations                                    Page 17-19

**Cleveland Division of Police**
**Equipment and Resource Study**

Introduction and Methodology

This report was created to summarize Cleveland Division of Police equipment and resources.  We will look at overall equipment required by officers to perform their jobs safely, effectively, and efficiently.  We will look specifically at:

- Computers to CDP Personnel ratios
- Zone Car condition
- Zone Cars to Officers ratios
- Zone Cars with computers
- Zone Cars with Trauma Kits
- District Computers to Officers ratios
- Technical Resources

The Cleveland Division of Police is comprised of Field Operations, Administrative Operations and Homeland Special Operations.  Field Operations has the five neighborhood districts, and are the front line and first responders to calls for service.  First responders account for a large portion of personnel in the Division of Police.  Because of this, they require more equipment and resources.

Several processes are used to collect, store, and manage equipment and resources.  Within the Cleveland Division of Police, a traditional process for collecting/managing inventory is used.  Collecting inventory requires contacting specific districts/units, having individuals collect the required information, enter the information into an excel spreadsheet and send a completed spreadsheet to a designated person.  Once the designated person has the inventory spreadsheet, he/she must compile the information into one collective spreadsheet.  This type of inventory management system spans multiple people over multiple units.  It requires constant updates to ensure accurate reporting.  This is the primary mechanism used to collect the data in this report.   Follow up with various units was done on occasion to verify or clarify reported information.

Additionally, information on this report is static and considered a snapshot of data as of Tuesday, February 23rd, 2016.  The Cleveland Division of Police is a dynamic organization and data changes from day-to-day.  An example of changing data exists in personnel that retire, resign or get separated from the Cleveland Division of Police.  This example holds true for equipment and resources.  During a tour of duty, equipment can fall to disrepair and resources dwindle as calls for service are completed.

February 23, 2016 **EQUIPMENT AND RESOURCE STUDY**

**Computers to CDP Personnel**



Computers available to personnel:
- As of December 16, 2015, there are:
  - 1485 sworn personnel
  - Total of 666 [1]computers issued (excluding in-car computers)
  - 20 computers are in disrepair
  - This results in a ratio of 1 computer for every 2.24 personnel
    - 105 computers are on-order
    - The computer total will be 771
    - Resulting in a 1:1.92 ratio
  - 646 computers are in working order and available for use
  - The five neighboring district account for 234 (36.2%) of the 646 working computers
  - Other units make up the remainder of the 412 computers (63.8%)
  - Basic Patrol A, B and C-Platoons for all five neighborhood districts share computers
  - Included in personnel numbers for the five neighboring districts are 3 supervisors per shift

---

[1] Computers: includes desktop and laptop computers. In-car computers will be included in a separate segment.

## Computer to Personnel (cont.)

| | Computers | Personnel | Ratio | | | Computers | Personnel | Ratio |
|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | **Bureau of Special Investigation Command** | | | |
| A Platoon | 7 | 19 | 2.71 | | Platoon | 7 | 6 | 0.86 |
| B Platoon | 7 | 23 | 3.29 | | **Budget Unit** | | | |
| C Platoon | 7 | 18 | 2.57 | | Platoon | 4 | 3 | 0.75 |
| Detective Unit | 7 | 15 | 2.14 | | **Canine Unit** | | | |
| VICE Unit | 3 | 9 | 3.00 | | Platoon | 5 | 4 | 0.80 |
| Community Services Unit | 3 | 14 | 4.67 | | **Central Charging** | | | |
| **District 2** | | | | | Platoon | 3 | 2 | 0.67 |
| A Platoon | 20 | 27 | 1.35 | | **Chief's Office** | | | |
| B Platoon | 20 | 28 | 1.40 | | Platoon | 15 | 11 | 0.73 |
| C Platoon | 20 | 20 | 1.00 | | **Communications Unit (Radio Dispatch)** | | | |
| Detective Unit | 18 | 13 | 0.72 | | Platoon | 109 | 105 | 0.96 |
| VICE Unit | 9 | 9 | 1.00 | | **Domestic Violence Unit** | | | |
| Community Services Unit | 5 | 24 | 4.80 | | Platoon | 13 | 15 | 1.15 |
| **District 3** | | | | | **Environmental Crime Task Force** | | | |
| A Platoon | 13 | 20 | 1.54 | | Platoon | 1 | 2 | 2.00 |
| B Platoon | 13 | 23 | 1.77 | | **Field Operations** | | | |
| C Platoon | 13 | 15 | 1.15 | | Platoon | 6 | 9 | 1.50 |
| Detective Unit | 20 | 16 | 0.80 | | **Narcotics Unit** | | | |
| VICE Unit | 4 | 6 | 1.50 | | Platoon | 14 | 14 | 1.00 |
| Community Services Unit | 7 | 15 | 2.14 | | **Gang Unit** | | | |
| Downtown Services Unit | 5 | 15 | 3.00 | | Platoon | 12 | 13 | 1.08 |
| **District 4** | | | | | **Homicide Unit** | | | |
| A Platoon | 17 | 28 | 1.65 | | Platoon | 18 | 20 | 1.11 |
| B Platoon | 17 | 33 | 1.94 | | **Inspection Unit** | | | |
| C Platoon | 17 | 23 | 1.35 | | Platoon | 8 | 8 | 1.00 |
| Detective Unit | 21 | 21 | 1.00 | | **Internal Affairs Unit** | | | |
| VICE Unit | 10 | 5 | 0.50 | | Platoon | 10 | 7 | 0.70 |
| Community Services Unit | 5 | 26 | 5.20 | | **Logistics Unit** | | | |
| **District 5** | | | | | Platoon | 4 | 3 | 0.75 |
| A Platoon | 16 | 21 | 1.31 | | **Medical Unit** | | | |
| B Platoon | 16 | 25 | 1.56 | | Platoon | 3 | 4 | 1.33 |
| C Platoon | 16 | 21 | 1.31 | | **Mobile Support Unit** | | | |
| Detective Unit | 15 | 18 | 1.20 | | Platoon | 7 | 7 | 1.00 |
| VICE Unit | 9 | 9 | 1.00 | | **Mounted Unit** | | | |
| Community Services Unit | 10 | 21 | 2.10 | | Platoon | 2 | 9 | 4.50 |
| **Cleveland Hopkins International Airport (CHIA)** | | | | | **Personnel Unit** | | | |
| A Platoon | 6 | 24 | 4.00 | | Platoon | 14 | 16 | 1.14 |
| B Platoon | 6 | 22 | 3.67 | | **Policy & Procedures Unit** | | | |
| C Platoon | 6 | 15 | 2.50 | | Platoon | 5 | 2 | 0.40 |
| **Academy** | | | | | **Record Section** | | | |
| Platoon | 15 | 15 | 1.00 | | Platoon | 42 | 35 | 0.83 |
| Computer Lab | | 35 | | | **Sex Crimes Unit** | | | |
| **Gymnasium** | | | | | Platoon | 25 | 20 | 0.80 |
| Platoon | 3 | 4 | 1.33 | | **Statement Unit** | | | |
| **Ordnance** | | | | | Platoon | 2 | 2 | 1.00 |
| Platoon | 7 | 9 | 1.29 | | **Supply Unit** | | | |
| **Auto Investigation Unit** | | | | | Platoon | 2 | 2 | 1.00 |
| Platoon | 9 | 5 | 0.56 | | **Property Unit** | | | |
| **Hit Skip Unit** | | | | | Platoon | 11 | 6 | 0.55 |
| Platoon | 5 | 2 | 0.40 | | | | | |

## Computer to Personnel (continued)

|  | Computers | Personnel | Ratio |
|---|---|---|---|
| **Timekeeping Unit** | | | |
| Platoon | 9 | 4 | 0.44 |
| **Bureau of Traffic** | | | |
| Platoon | 13 | 32 | 2.46 |
| **Technology Integration Unit** | | | |
| Platoon | 8 | 5 | 0.63 |
| **Vehicle Investigation Unit** | | | |
| Platoon | 11 | 11 | 1.00 |
| **Vehicle Custodial Unit** | | | |
| Platoon | 4 | 3 | 0.75 |

**Computer to Personnel graph:**
- The graph represents the Car Plan
  - The Car Plan is a projected amount of personnel needed to cover a given shift.
  - The actual number of employees is higher for each platoon/unit.  The Car Plan does not account for those individuals that are on vacation days, sick days, furlough, and etcetera.

**Computer programs accessible to officers:**
- Internet
- Intranet
- Law Enforcement Records Management System (LERMS)
- Law Enforcement Automated Data System (LEADS)
- Ohio Law Enforcement Gateway (OHLEG)
- Microsoft Office Software

February 23, 2016 **EQUIPMENT AND RESOURCE STUDY**

**Marked Zone Cars vs. Condition**



**Zone Cars by District:**

- District 1: 58 zone cars
- District 2: 59 zone cars
- District 3: 58 zone cars
- District 4: 54 zone cars
- District 5: 56 zone cars
- Downtown Services Unit: 18 zone cars
- Bureau of Traffic: 17 zone cars
- Cleveland Hopkins International Airport (CHIA): 11 zone cars
- [2]Other: 27 zone cars

**Zone Cars over 90,000 miles by District:**

- District 1: 58 zone cars of 26 zone cars over 90,000 (44%)
- District 2: 59 zone cars of 32 zone cars over 90,000 (54%)
- District 3: 58 zone cars of 20 zone cars over 90,000 (34%)
- District 4: 54 zone cars of 17 zone cars over 90,000 (31%)
- District 5: 56 zone cars of 25 zone cars over 90,000 (44%)
- Downtown Services Unit: 18 zone cars of 3 zone cars over 90,000 (16%)
- Bureau of Traffic: 17 zone cars of 4 zone cars over 90,000 (23%)
- Cleveland Hopkins International Airport: 11 zone cars of 3 zone cars over 90,000 (27%)
- Other: 27 zone cars of 8 zone cars over 90,000 (29%)

---

[2] Other includes: Community Policing, Canine, City Hall, Mobile Support, Vehicle Impound, Accident Investigations Unit and Mounted Unit. These are the only units with Marked Zone Cars.

**Zone Cars to Zone Cars bad ordered for repair / service:**
- District 1: 58 zone cars to 0 in for repair/service
- District 2: 59 zone cars to 3 in for repair/service
- District 3: 58 zone cars to 8 in for repair/service
- District 4: 54 zone cars to 9 in for repair/service
- District 5: 56 zone cars to 8 in for repair/service
- Downtown Services Unit: 18 zone cars to 0 in for repair/service
- Bureau of Traffic: 17 zone cars to 2 in for repair / service
- Cleveland Hopkins International Airport: 11 zone cars to 0 in for repair / service
- Other: 27 zone cars to 1 in for repair / service

**Additional Information:**
- CDP has a total of (358) three hundred fifty-eight marked zone cars spread out throughout the Cleveland Division of Police.
- The benchmark for marked vehicles is (394) three hundred ninety-four for a deficit of 9.2%
- The five neighboring police districts account for (285) two hundred eighty-five marked vehicles for a total of 79.6% of the fleet.
- Downtown Services Unit, Traffic, Cleveland Hopkins International Airport and Other account for (73) seventy-three vehicles for a total of 20.4% of the fleet.
- There are (31) thirty-one cars in vehicle maintenance at the E. 55th garage totaling 8%.
- Currently (138) one hundred thirty-eight of the (358) three hundred fifty-eight zone cars are over 90,000 miles totaling 38% of the fleet.

February 23, 2016    **EQUIPMENT AND RESOURCE STUDY**

### Marked Zone Cars per Officers



**Zone Car per Personnel by District / Unit:**
- District 1: 1 zone cars to every 2.81 officers
- District 2: 1 zone cars to every 3.45 officers
- District 3: 1 zone cars to every 3.94 officers
- District 4: 1 zone cars to every 4.22 officers
- District 5: 1 zone cars to every 3.30 officers
- Downtown Service Unit: 1 zone cars to every 2.44 officers
- Bureau of Traffic: 1 zone cars to every 1.70 officers
- Cleveland Hopkin International Airport: 1 zone cars to every 5.54 officers
- Other: 1 zone cars to every 1.74 officers

## Marked Zone Cars per Officers (continued)

| | Zone Cars | Personnel | Ratio |
|---|---|---|---|
| **District 1: 58 Zone Cars** | | | |
| A Platoon | 49 | 19 | 0.39 |
| B Platoon | 49 | 23 | 0.47 |
| C Platoon | 49 | 18 | 0.37 |
| Community Services Unit | 8 | 14 | 1.75 |
| **District 2: 59 Zone Cars** | | | |
| A Platoon | 50 | 27 | 0.54 |
| B Platoon | 50 | 28 | 0.56 |
| C Platoon | 50 | 20 | 0.40 |
| Community Services Unit | 9 | 24 | 2.67 |
| **District 3: 58 Zone Cars and 18 Zone Cars for DSU** | | | |
| A Platoon | 49 | 20 | 0.41 |
| B Platoon | 49 | 23 | 0.47 |
| C Platoon | 49 | 15 | 0.31 |
| Community Services Unit | 9 | 15 | 1.67 |
| **Downtown Services Unit** | 18 | 15 | 0.83 |
| **District 4: 54 Zone Cars** | | | |
| A Platoon | 45 | 28 | 0.62 |
| B Platoon | 45 | 33 | 0.73 |
| C Platoon | 45 | 23 | 0.51 |
| Community Services Unit | 9 | 26 | 2.89 |
| **District 5: 56 Zone Cars** | | | |
| A Platoon | 47 | 21 | 0.45 |
| B Platoon | 47 | 25 | 0.53 |
| C Platoon | 47 | 21 | 0.45 |
| Community Services Unit | 9 | 21 | 2.33 |
| **Cleveland Hopkins International Airport (CHIA) 11 Zone Cars** | | | |
| A Platoon | 11 | 24 | 2.18 |
| B Platoon | 11 | 22 | 2.00 |
| C Platoon | 11 | 15 | 1.36 |
| **Bureau of Traffic: 17 Zone Cars / 30 Motorcycles** | | | |
| A Platoon | 17 | 12 | 0.71 |
| B Platoon | 17 | 11 | 0.65 |
| **Motorcycle** | | | |
| A Platoon | 30 | 12 | 0.40 |
| B Platoon | 30 | 11 | 0.37 |
| **Other Units: 47  Zone Cars** | | | |
| Platoon | 47 | 24 | 0.51 |
| | | | |

**Marked Zone Car with In-Car Computers**



**Results for in-car computers are as follows:**
- (358) three hundred fifty-eight marked vehicle fleet.
- (241) two hundred forty-one have working in-car computers equaling 67% of the fleet.
- All (241) of the in-car computers have access to use:
    - Internet/Intranet
    - Law Enforcement Records Management System
    - Law Enforcement Automated Data System
    - Ohio Law Enforcement Gateway
    - Microsoft Office Software
        - These computer programs give officers the ability to search law enforcement databases.

**In-car computer zone cars by District:**
- District 1: 41 in-car computers (71%)
- District 2: 34 in-car computers (57%)
- District 3: 48 in-car computers (83%)
- District 4: 42 in-car computers (66%)
- District 5: 37 in-car computers (82%)
- Downtown Services Unit: 13 in-car computers (72%)
- Bureau of Traffic: 14 in-car computers (82%)
- Cleveland Hopkins International Airport: 5 in-car computers (45%)
- Other: 8 in-car computers (29%)

**EQUIPMENT AND RESOURCE STUDY**

**Additional information:**
- (117) One hundred, seventeen marked zone cars are without computers.
- The result is 33% of marked zone cars are without computers.
- The marked zone cars that are without computers are 2011 or older models.
- All marked zone cars from 2012 or newer are equipped with in-car computers.

**Computer programs accessible to officers:**
- Internet
- Intranet
- Law Enforcement Record Management System
- Law Enforcement Automated Data System
- Ohio Law Enforcement Gateway
- These computer programs give officers the ability to search various law enforcement databases.

### Marked Zone Cars with Trauma Kits



**Trauma Kits:**

- As of October 23, 2015, all five districts were distributed Trauma Kits.
- The five neighborhood districts have a reserve over-and-above the amount of zone cars assigned to the districts.
- Cleveland Emergency Medical Services (EMS) is managing CDP's inventory for Trauma Kits.
  - Cleveland EMS manages 700 Trauma Kits for CDP.
    - 299 Trauma kits in reserve
    - 381 distributed to CDP
    - 20 kits "broken down" into individual contents.
      - Cleveland EMS will exchange trauma kits that are used or damaged (as needed)
- CDP's Trauma kits have: 1 - 5x9 Abdominal Pad, 8 Pairs - Gloves Size XL, 1 roll – ½" Clear tape, 1 - 4x4 gauze pad, 1 – Shear, 2 - Conform Sterile Bandage 4" x 4', 5 - Sani-Hand wipes, 1 - pocket mask, 1 - Silver Emergency Blanket, 1 - SOF Tactical Tourniquet, 1 - Eye wash bottle 1 oz., 1 - Halo Vent, 2 - Quikclot 1st response hemostatic sponge

**Trauma Kits by District / Units:**

- District 1: 68 Trauma Kits
- District 2: 68 Trauma Kits
- District 3: 66 Trauma Kits
- District 4: 64 Trauma Kits
- District 5: 65 Trauma Kits
- Downtown Service Units: 20 Trauma Kits

- Bureau of Traffic: 27 Trauma Kits
- Cleveland Hopkin International Airport: 11 Trauma Kits
- Other: 7 Trauma Kits

**Trauma Kits per Zone Cars by Districts / Units:**

- District 1: 58 Zone Cars, 68 Trauma Kits
- District 2: 59 Zone Cars, 68 Trauma Kits
- District 3: 58 Zone Cars, 66 Trauma Kits
- District 4: 54 Zone Cars, 64 Trauma Kits
- District 5: 56 Zone Cars, 65 Trauma Kits
- Downtown Service Unit: 18 Zone Cars, 20 Trauma Kits
- Bureau of Traffic: 17 Zone Cars, 27 Trauma Kits
- Cleveland Hopkin International Airport: 11 Zone Cars, 11 Trauma Kits
- Other: 27 Zone Cars, 7 Trauma Kits

## Technical Resources

**IA Pro / Blue Team:**

 IA Pro / Blue Team will work to streamline the process of recording essential data.  Blue Team cooperates with IA Pro for case management, reporting and statistical information according to set parameters.  CDP currently uses Blue Team to capture data and IA Pro is used for reporting data.

**Automated Fingerprint Identification System (AFIS)**

 The Automated Fingerprint Identification System is used to identify, obtain, store and analyze fingerprint data.  Primarily, the Cleveland Division of Police Corrections uses AFIS for positive identification of an arrestee.  Latent fingerprints entered into AFIS can result in a positive identification.

**Ohio Law Enforcement Gateway (OHLEG)**

 Ohio Law Enforcement Gateway (OHLEG) is a system that is maintained by the State of Ohio, Attorney General Office.  OHLEG uses the Law Enforcement Automated Data System (LEADS) as an information pool for to populate OHLEG with sensitive information.  OHLEG is used by CDP as an investigative tool and on-line training resource.

**Law Enforcement Automated Data System (LEADS)**

 The Law Enforcement Automated Data System is maintained by the State of Ohio.  Specifically, the Superintendent of the Highway Patrol is responsible for the administration, implementation of rules and participation into the LEADS program.  LEADS are used by CDP as data stream containing investigative information about property and/or persons of interest.  Ohio Revised Code 5503.10 speaks to the administration of LEADS for law enforcement entities.

**Law Enforcement Records Management System (LERMS)**

 Law Enforcement Records Management System (LERMS) serves as Cleveland Division Police system of record.  LERMS was recently implemented and expected to be used to enter evidence, property and all field reporting.  LERMS is managed by CDP.  Specifically, the Technology Integrated Unit (TIU) handles the administration of LERMS.

**Intergraph – Computer Aided Dispatch**

 CDP dispatch uses Intergraph for call handling, assignments and field notifications.  Intergraph allows the user(s) insight to critical information that is pertinent to a specific assignment.  Additionally, this helps those personnel in the field with an accurate and consistent picture of an incident in progress.

**Crash Data Recorder (CDR)**

 Crash Data Recorder (CDR), by Bosch, is used to download crash events from the "black box" located in vehicles.  The Accident Investigation Unit (AIU) uses the data for accident inquiry.

## FX3 Diagramming

The Accident Investigation Unit (AIU) uses FX3 software to diagram a motor vehicle crash.

## Aris360

Aras360 is used by the Accident Investigation Unit (AIU) to animate and analyze crash sequences.

## COBAN

COBAN is a multi-camera video management system used primarily by Sex Crimes to capture critical information during and after an interview. Other units to include Homicide, Narcotics and Internal Affairs have their own crude systems which they use to record interviews for the same purposes. The Ohio Revised Code mandates that interviews of suspects in certain offenses are audio / video recorded. The Division is in the process of researching alternative vendors in an effort to provide this technology via a uniform platform which will be available to all units.

## Video Remote Interpreting (VRI)

Video Remote Interpreting (VRI) is used when a communication gap exists during an investigation involving a person who is deaf and is fluent in the American Sign Language.  VRI allows interaction and interpretation between CDP, the citizens they serve and an accredited and certified translator. The Division has six (6) I-Pads that are used exclusively for this purpose. Five (5) of the units are housed at each neighborhood district and the sixth unit is at the Justice Center.

## Cellebrite UFED Physical Analyzer

Currently the Division owns 2 Cellebrite units which are housed in the Narcotics Unit. The Cellebrite system is used to download cellphones for analysis by investigators. Several specialized units to include Homicide, Sex Crimes, District, detective bureaus and vice units utilize this technology.  A detective from the Gang Impact Unit and a second detective from the Narcotics Unit are trained to perform the analysis.  The current Cellebrites being used are the basic model. While the detectives have been retrained since the original implementation of Cellebrite the basic program has not been updated.  The purchase of additional units as well as the training and certification of additional detectives from Homicide and Intelligence along with the latest software and updates is recommended.

### Conclusion and Recommendations

CDP uses effectiveness over efficiency in the inventory management arena.  Due to this practice, inventory management in CDP requires a substantial amount of resources to produce an accurate report.  CDP must find a balance between effectiveness and efficiency to minimize the resources needed when collecting and analyzing inventory. CDP should set targets to reduce unnecessary inventory ordering, and review progress quarterly to establish whether its benchmarks are working and whether further reductions in expenditures are possible.

Currently, there is an ongoing discussion to understand if existing technologies (Law Enforcement Records Management System - LERMS) can be used to automate the inventory management process.  If it is found that the existing technology (Law Enforcement Records Management System (LERMS) is unable to support the current/future needs of CDP, another system for inventory management will be required.

It is recommended that the Cleveland Division of Police (CDP) move away from the traditional process for collecting and maintaining inventory.  This process involves multiple groups of individuals that maintain separate inventory levels.  This becomes problematic when separate parties are lobbying for inventory replenishment.  The traditional method used by CDP for collecting, monitoring, and analyzing inventory is time-consuming and difficult to keep current and accurate.  CDP must understand that taking good care of inventory is very important.  One of the researched reasons some organizations/business fail is due to its lack of abilities in the area of inventory management.

There are many ways to fight against failure due to inventory inefficiency. One way to correct inventory inefficiency is through the use of new inventory management technologies.  There are many different inventory applications that can help maintain and supervise inventory.  What can be done is; implement, adapt and evaluate CDP practices in this field.

Additionally, it is recommended that an automated inventory system be implemented for all CDP property.  Deputy Chief Drummond also recommends an automated method for tracking inventory.  Once a system is developed, the Property Unit should be tasked with this responsibility.

Using an automated system would help CDP answer questions such as:
- When should an order be placed?
- How much inventory is required?
- How much inventory is on hand?

- How much inventory has been lost?
- What is the cost associated with a specific item?

Inventory management systems also:
- Give real-time access to inventory levels.
- Gives the ability to view profit and loss.
- Allows for automated ordering of required items.
- Takes the burden away from multiple parties maintaining separate inventory levels.

Analysis of the accounting received in response to requests in order to complete this study show the following strengths, weaknesses and needs:

### Computers per CDP Personnel

Computers that are allocated to staff throughout CDP carry a ratio of 1 computer for every 2.24 CDP personnel.  With the addition of 105 new computers to be deployed solely in the neighborhood districts in the near future, the ratio is brought down to 1 computer for every 1.92 CDP personnel.  Computers appear to be sufficient to support the amount of personnel throughout CDP.

### Marked Zone Cars to Condition

An area of concern is the amount of marked zone cars that are over 90,000 miles.  As a vehicle ages, an inspection is conducted to understand what repairs need to be made.  Generally, a vehicle is replaced when repairs exceed the value of the vehicle.  As it stands today, 38% of the fleet could be replaced around the same time. This will be costly to the City of Cleveland if the fleet is not managed and maintained.

### Marked Zone Cars per Officer

Marked zone cars have various reasons for becoming insufficient (inoperable) for police personnel.  For example; when a marked zone car is involved in a motor vehicle crash, or is bad ordered for a necessary repair, or due for service, it takes the vehicle out of the rotation for police officers to use for their tour of duty.  The Motor Vehicle Maintenance Division handles all service repairs for CDP except those that may be covered by the vehicle's warranty. A source of frustration by all personnel is the lack of vehicles due to the turnaround time when a vehicle is bad ordered and waiting to be serviced or repaired at Motor Vehicle Maintenance.

Additionally, Deputy Chief Drummond, CDP, recommends two (2) additional marked SUV police interceptor's for the five neighborhood districts and six (6) additional marked zone cars for the 4th District.

## Marked Zone Car with In-Car Computers

In-car computers are currently installed and operable in 67% of marked zone cars.  The vehicles that do not have computers are vehicles that are 2011 and older.  As of 2012, all newly acquired marked zone cars have in-car computers.  Once older vehicles get removed from circulation, newer vehicles with in-car computers will take their place.  As a result, the percent of marked zone cars with computers will raise to 100% as older vehicles get removed from circulation.  This is relevant as the Division moves to in-car reporting as is expected.  The in-car reporting process is being handled primarily by a City entity outside of the Division of Police; consequently it is not addressed in this study.

## Marked Zone Cars and Trauma Kits

CDP has more than sufficient Trauma Kits for first responders and those that have contact with citizens of the City of Cleveland.  CDP also has an established means to replenish used first-aid kits through Cleveland Emergency Medical Services.

## Detective / Undercover / Surveillance Vehicles

Although detective/undercover/surveillance vehicles are not part of this study, this area needs to be addressed Division wide. In addition to the lack of vehicles throughout specialized units, there are additional concerns relating to the process of repairing and maintaining these vehicles. While detective cars are serviced by the Motor Vehicle Maintenance Division (MVM), undercover and surveillance vehicles are generally repaired and serviced through outside vendors which are scheduled by MVM.  Common complaints received include the condition of vehicles upon return from the vendor, length of time vehicles are at the vendor for service and quality of repairs to the vehicles.

This study focused primarily on the equipment and resources used by neighborhood districts in patrol. The number of working computers and the availability to all personnel is clearly an asset.  IT support while not captured in this report, is an area that is lacking, particularly as the Division continues its transition into the electronic world.  It is also clear from review of the data that the process of maintaining and repairing vehicles needs to be addressed.

The implementation of Blue Team / IA Pro, existing technologies used by the Accident Investigation Unit as well as the recent acquisition of the six (6) VRI's are areas of strengths for the Division.

Existing needs in the area of undercover vehicles, repairs and maintenance of all vehicles as well as the maintenance and upgrade of existing technologies used to support patrol are evident.