UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

Counsel for the parties, and the Monitor, shall, at the status conference scheduled on January 24, 2018, be prepared to discuss the following:

1. Progress made on the Use of Force Policy, including training and implementation.

2. Progress made on the Crisis Intervention Program.

3. Update on the Community and Problem-Oriented Policing Plan.

4. Update on community engagement, including the Community Police Commission.

5. Update on the Office of Professional Standards and the civilian complaint backlog.

6. Update on use of force investigation and review.

7. Status of equipment and resources.

8. Any other matters requiring the court's attention or assistance.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 18, 2018