UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Monitor Matthew Barge's ("Monitor") Motion to Approve Cleveland Division of Police Bias-Free Policing Policy (ECF No. 186). The Monitor indicates that the United States of America has reviewed and approved the City of Cleveland's proposed Bias-Free Policing General Police Order 1.07.08 (ECF No. 186-1). Pursuant to the recommendation of the Monitor that the court approve the Bias-Free Policing General Police Order 1.07.08, the court hereby approves said policy and orders it effective immediately.

Also pending before the court is the Monitor's Motion to Approve Cleveland Division of Police Learning Management System (ECF No. 191). Pursuant to the recommendation of the Monitor that the court approve the City of Cleveland's proposed Learning Management System General Police Order 1.03.08 (ECF No. 191-1), the court hereby approves said policy and orders it effective immediately.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 23, 2018