IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **MOTION TO APPROVE REVISED** |
| CITY OF CLEVELAND | ) | **THIRD-YEAR MONITORING PLAN** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Court-approved Third-Year Monitoring Plan (the "Monitoring Plan," "Third-Year Plan," or "Plan"), Dkt. 195, endeavored to "set goals, deadlines, and milestones for complying with the Decree's requirements while ensuring that individuals and organizations across Cleveland's diverse communities—including the men and women of the Division themselves—have a voice in how police services are delivered." Dkt. 195 at 1-2. The Plan was "intended to provide a structure for the day-to-day and week-to-week efforts that stakeholders from across the Cleveland community need to undertake to ensure that the Consent Decree is implemented in a manner" that is "constitutional, effective, and consistent with community values, while preserving officer and public safety." *Id.* at 2 (citation omitted).

Previously, the Monitoring Team has observed that "[a]s work progresses in earnest toward accomplishing the tasks in that Plan, the Parties and Monitor may, from time to time, agree that some adjustments to certain timelines are necessary . . . ." Dkt. 51. Both the First-Year and Second-Year Monitoring Plans were updated to "reflect the current state of progress and to prioritize focus on a number of key areas." Dkt. 80 at 2; Dkt. 147 at 2.

Based on the progress of the CDP and a better understanding of the goals for various compliance-related tasks, the Parties and Monitoring Team have agreed that this Court's approval of a Revised Third-Year Monitoring Plan, attached hereto as Exhibit A, would continue to promote steady progress towards achieving the Consent Decree's objectives.  A redline identifying the full changes between the Court-approved Third-Year Plan and the Revised Third-Year Monitoring Plan is attached as Exhibit B.

In short, the Revised Third-Year Monitoring Plan reflects changes to the timing of a number of key areas between now and the end of January 2019, which is the end of the year covered by the original Plan. These areas include, among other things, crisis intervention; search and seizure policies; and policies, manuals, and training relating to the investigation and review of uses of force. The Revised Plan also reflects important changes to CDP's in-service training that will help to ensure that officers receive high-quality training on a number of Decree-mandated topics, including collaborative problem-solving, procedural justice principles, bias-free policing, and crisis intervention.

Because the Revised Third-Year Monitoring Plan is a pragmatic plan that continues to set appropriate timeline, the Monitoring Team respectfully requests that the Court approve the Revised Third-Year Monitoring Plan and orders its requirements and deadlines effective immediately.

Respectfully submitted,


/s/  Matthew Barge

MATTHEW BARGE
Monitor
234 5th Avenue, Suite 314
New York, New York 10001
Tel: (202) 257-5111
Email:  matthewbarge@parc.info

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2018, I served the foregoing document entitled Motion to Approve Revised Third-Year Monitoring Plan via the court's ECF system to all counsel of record.


/s/  Matthew Barge
MATTHEW BARGE