IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) |
| vs. | ) JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) **NOTICE REGARDING EXTENSION OF DEADLINES IN THE REVISED THIRD-YEAR MONITORING PLAN** |
| Defendant. | ) |

Pursuant to the Revised Third-Year Monitoring Plan in the above-captioned matter, the City of Cleveland (the "City") and Department of Justice (collectively, "the Parties"), as well as the Monitoring Team, have agreed to extend the deadline for a number of milestones relating to the Cleveland Division of Police's ("CDP") Search and Seizure policies, the Community and Problem-Oriented Policing ("CPOP") Plan, the Staffing Plan, and the Recruitment Plan.  The Monitoring Team and Parties respectfully request that the Court approve the extension of the milestones.

The Parties and Monitoring Team have agreed to extend the submission of the Final Draft of the Search and Seizure policies from July 17, 2018 to August 15, 2018.  The Parties and Monitoring Team continue to work through the Search and Seizure policies and require additional

time to finalize them before they are available to the Cleveland Community Police Commission ("CPC") for broader public comment.

The CDP will provide the Final Draft of the Search and Seizure policies on August 15, 2018 to the Parties, Monitoring Team, and the CPC. Subsequent deadlines relating to the Search and Seizure policies under the Revised Third-Year Monitoring Plan will be extended by the same amount of time to ensure that the Cleveland community has no less opportunity to provide meaningful input.

The below deadlines reflect the proposed new timeline for finalization and approval of the Search and Seizure policies, with new deadlines in red:

| Milestone | Responsible Stakeholder(s) | Deliverable | Deadline |
|---|---|---|---|
| CDP revises the Third Draft to incorporate feedback, where appropriate, provided by the Monitor and DOJ and submits a Final Draft to the Parties, the Monitor, and the CPC. | CDP | Submission of Final Draft | ~~7/17/18~~ 8/15/18 |
| CPC will obtain community input on the Final Draft of the Search and Seizure policies and provide written feedback, in-person feedback, or both to CDP, the Parties, and the Monitoring Team. The Parties and the Monitoring Team will also provide written feedback, in-person feedback, or both. | CPC, Parties, Monitoring Team | Submission of Community Feedback on Final Draft | ~~9/14/18~~ 10/12/18 |
| CDP revises the Proposed Final Draft to incorporate the feedback, where appropriate, provided by the CPC and submits a Final Draft to the Parties and the Monitor. | CDP | Submission of Final Draft | ~~10/5/18~~ 11/2/18 |
| The Monitor recommends approval or disapproval of the Searches and Seizures Policies to the Court, either in whole or in part. The determination will be based on the extent to which the policy adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | ~~10/19/18~~ 11/16/18 |

Additionally, the Parties and Monitoring Team have agreed to extend the community input period for the CPOP Plan, Staffing Plan, and Recruitment Plan from August 10, 2018 to September 28, 2018. Given the complexity of the Plans and their importance to the Consent Decree process, it is vital that the Cleveland community has ample time to provide comments to the Plans.

2

Subsequent deadlines relating to the Plans' finalization and ultimate approval by the Court will be extended by the same amount of time to ensure that the Parties and Monitoring Team have sufficient time to review and consider public feedback to the three Plans.

The below deadlines reflect the proposed new timeline for finalization and approval of the CPOP Plan, Staffing Plan, and Recruitment Plan, with new deadlines in red:

| Milestone | Responsible Stakeholder(s) | Deliverable | Deadline |
|---|---|---|---|
| CPC will obtain community input on the Final Draft of the updated CPOP Plan and provide written feedback, in-person feedback, or both to CDP, the Parties, and the Monitoring Team. The Parties and the Monitoring Team will also provide written feedback, in-person feedback, or both. | CDP, Parties, Monitoring Team, CPC | Submission of Feedback on the CPOP Plan | 8/10/18 9/28/18 |
| CDP revises the draft CPOP Plan to incorporate the feedback, where appropriate, provided by the Monitor, CPC, the Parties, and community input and submits a Proposed Final Draft to the Parties and the Monitor. | CDP | Submission of Proposed Final Draft | 8/24/18 10/12/18 |
| The Monitor recommends approval or disapproval of the Final Draft of the Cleveland Community and Problem-Oriented Policing Plan to the Court, either in whole or in part. The determination will be based on the extent to which the plan adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 9/7/18 10/26/18 |
| Upon approval, CDP will begin to implement the Community and Problem-Oriented Policing Plan according to the deadlines set forth in the Plan. | CDP | Beginning of Community and Problem-Oriented Policing Plan | 9/7/18 10/26/18 |
| CPC will obtain community input on the updated Recruitment Plan and provide written feedback, in-person feedback, or both to CDP, the Parties, and the Monitoring Team. The Parties and the Monitoring Team will also provide written feedback, in-person feedback, or both. | Monitoring Team, Parties, CPC | Submission of Feedback on Updated Draft | 8/10/18 9/28/18 |
| CDP revises the Proposed Final Draft to incorporate the feedback and expectations of the Monitor, Parties, and CPC. In consultation with the Monitor and Parties, the City submits a Final Draft that adequately incorporates the feedback of the Parties and the Monitor. | City | Submission of Final Draft | 8/24/18 10/12/18 |
| The Monitor recommends approval or disapproval of the Final Draft Recruitment Policy and Strategic Recruitment Plan to the Court, either in whole or in part. The determination will be based on the extent to which the plan adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 9/7/18 10/26/18 |

| | | | |
|---|---|---|---|
| CPC will obtain community input on the Final Draft of the Revised Staffing Plan and provide written feedback, in-person feedback, or both to CDP, the Parties, and the Monitoring Team. The Parties and the Monitoring Team will also provide written feedback, in-person feedback, or both. | CPC, Parties, Monitoring Team | Submission of Feedback on Revised Staffing Plan | ~~8/10/18~~ 9/28/18 |
| As part of the Monitor's process of "assess[ing] the Staffing Plan and reporting to the Parties whether it is appropriate, effective, and consistent with the requirements of the Agreement," (¶ 321), CDP, in collaboration with the Monitor and leadership of CPPA, FOP, and other police officer organizations, will convene a series of meetings and establish and publicize alternative forms of officer outreach (email, surveys, anonymous written submissions, roll call discussions, etc.) to collect the concerns, experiences, values, and issues of officers related to staffing and personnel resource issues. The Monitor, DOJ, and City may collaborate and participate. CDP will generate a single, written document that summarizes the officer input received (the "CDP Staffing Work Product") and submit the document to the Parties and the Monitor. | CDP | Written Summary of Officer Input | ~~8/10/18~~ 9/28/18 |
| Incorporating feedback from the Parties, Monitoring Team, and stakeholders, as appropriate, CDP will submit a Final Draft of the Staffing Plan to the Parties and the Monitoring Team. | CDP | Submission of Final Draft | ~~8/24/18~~ 10/12/18 |
| The Monitor recommends approval or disapproval of the Staffing Plan to the Court, either in whole or in part. The determination will be based on the extent to which the plan adequately addresses with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Staffing Plan | ~~9/7/18~~ 10/26/18 |

Respectfully submitted,

/s/ Matthew Barge

MATTHEW BARGE
Monitor
40 Washington Square South
New York, New York 10012
Tel: (202) 257-5111
Email: matthew.barge@21cpsolutions.com

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2018, I served the foregoing document entitled Notice Regarding Extension of Deadlines in the Revised Third-Year Monitoring Plan via the court's ECF system to all counsel of record.

                                                  /s/ Matthew Barge
                                                  MATTHEW BARGE