UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

The court held a status conference on the record with counsel for the parties in the within case, as well as the Monitor, on August 15, 2018, at 12:00 p.m. At the conference, the Monitor and the parties discussed the Monitor's Fifth Semiannual Report and Comprehensive Re-Assessment (ECF No. 214), including the challenges faced by the City of Cleveland in implementing the reforms called for by the Consent Decree, as well as areas of progress. Specifically, the Monitor and the Department of Justice commended the City's efforts in the areas of use of force and crisis intervention. The City noted, and the Monitor and Department of Justice acknowledged, that significant progress has been made, but challenges remain regarding the Office of Professional Standards. The parties note the contributions of the Community Police Commission, but agreed with the court's tentative assessment that problems with staffers and other issues are having some impact on its effectiveness. The court recognized the work of the parties toward implementation of the Consent Decree, and encouraged the parties to bring challenges to the court's attention as they arise.

During the conference, after careful review, the court granted the following motions: the Monitor's Motion to Approve Revised Third Year Plan (ECF No. 203); the Monitor's Motion Submitting Officer Focus Groups Report (ECF No. 204); the Monitor's Motion to Approve

-2-

Cleveland Division of Police Proposed Community Engagement and Problem-Solving Policing Training and Bias-Free Policing Training Curricula (ECF No. 207); and the Monitor's Motion to Approve Cleveland Division of Police Proposed Second Year-Crisis Intervention In-Service Training Curriculum (ECF No. 208). The court hereby orders the Revised Third-Year Monitoring Plan (ECF No. 203-1), the Community Engagement and Problem-Solving Training Curriculum (ECF No. 207-1), the Bias-Free Policing Training Curriculum (ECF No. 207-2), and Second-Year Crisis Intervention Training Curriculum (ECF No. 208-1), effective immediately.

    IT IS SO ORDERED.

                                              */s/ SOLOMON OLIVER, JR.*
                                              UNITED STATES DISTRICT JUDGE

August 20, 2018