# EXHIBIT A



# CITY OF CLEVELAND

## DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF POLICE

**INFORMATION TECHNOLOGY STRATEGIC PLAN**
**12 OCTOBER 2018**

# Information Technology (IT) Strategy

◦ An IT strategy articulates clear vision and objectives and sets a roadmap to attain and maintain the strategy. The Division of Police IT strategy incorporates the following:

  ◦ Supports existing operational priorities and enable achievement of new priorities.
  ◦ Anchored in core values and principles of the Division of Police and balances visionary thinking with pragmatic operational realities.
  ◦ Provide an initial statement of direction to guide activity in all aspects of IT.
  ◦ Be an on-going process that needs continual refinement.



# Cleveland Division of Police IT Strategic Goals

1.  IT Governance
    - Governance Strategy
    - IT Business Governance Model
    - IT Project Governance Model
    - RUN / GROW / TRANSFORMATION

2.  Formalize & Prioritize IT Strategy
    - Establish Police Technology Oversight Committee
    - Identify and implement new technologies to enhance Public Safety, strengthen the quality of the Division's service to the community, and fulfill its mission
    - Establish a process for continual identification and prioritization of technology needs
    - Develop and implement program evaluations – continuous assessments of effectiveness

3.  Secure and streamline IT Infrastructure
    - Deploy a modernized IT Infrastructure that enables seamless access to information resources
    - Drive centralized and streamlined cloud applications to meet the business needs of the Division
    - Improve mobile and remote access to Divisional Vehicles and personnel

# Division of Police IT Strategic Initiatives Goals

4.  Administrative Management Performance

   ◦ Professional Accountability

   ◦ Performance Management Measures

   ◦ Enhance the automation of administrative systems & processes

5.  Application & Data Modernization

   ◦ Consolidate and update legacy systems and database

   ◦ Records Management, Computer Aided Dispatch, P25 Radio System, Inventory Management, Case Management, Field Based Reporting, Mobile Dispatch, Next Generation 911

   ◦ System Integration

# DIVISION OF POLICE PROJECTED CAPITAL & YEARLY OPERATION BUDGET

| | 2018 – 2023 Capital Budget | Yearly Operating (Maintenance) Budget |
|---|---|---|
| **IT Governance**<br>— Mobile Devices (Smartphone & Tablet based), New Police Headquarters IT infrastructure (Cabling, UPS, Wireless, AV, Server Room, IT Design, Access Control), Real Time Crime Center, | **$8,150,000** | **N/A** |
| **Formalize & Prioritize IT Strategy**<br>— Real Time Crime Center, Citywide Video Surveillance | **$9,250,000** | **$450,000** |
| **Secure and Streamline IT Infrastructure**<br>— Verizon Private Network, FlexPod & Net App Storage, Smart Net, Solar Winds, | **$415,000** | **$300,000** |
| **Administrative Management Performance Initiatives**<br>— Pro QA, PC Refresh, Mobile Data Computers Refresh, Inventory Management, Learning Management System, Blue Team & IA Pro, | **$1,550,000** | **$145,000** |
| **Application & Data Modernization**<br>— Body Worn Cameras, LERMS, CAD, LEADS, Media Sonar, AFIS, Coplogic, Field Based Reporting, Mobile Dispatching, Police Reports US, Access Control System | **$8,000,000** | **$1,704,000** |
| TOTAL | **$27,365,000** | **$2,599,000** |

**Projected Capital dollar figures can fluctuate depending on the City's Budget**

***Operating (Maintenance) Budget is needed yearly to keep systems and applications operational***

# IT GOVERNANCE

## Scope and Objectives

- Develop Governance structure to provide an operational and content centric foundation that facilities growth, increase quality, decision making and management of the work
- Develop Governance process for deploying standards, public safety applications, system upgrades and for managing exceptions
- Provide enhanced and streamlined decision making capabilities pertaining to IT investments, resources, and vendor management, etc. resulting in cost-effective use and prioritization of scarce department budget.
- More collaborative decision making processes pertaining to IT investments, including input from Division of Police Business Owners and Support Personnel
- Improve communications of IT projects and investments
- More transparent decision making processes leading to shorter timeframes to deploy and implement recommendations/initiatives

| Executive Sponsor / IT Owner | Time Frame | Budget |
|---|---|---|
| Sponsor: Chief Information Officer, Safety Director, Chief of Police<br>IT Owner: ITS PMO | **On-Going** | **Yearly Capital and Operating Budget Allocations** |

## Key Activities

- Establish a IT Program Manager who is accountable for planning, and completing application and system upgrades and maintaining network infrastructure that supports the future state of the IT Strategic Plan
- Creation of ITS Project Management Office to support Public Safety IT Executive Committee initiatives
- Standardized project documentation and decision making processes
- Determine key decisions to be made – IT strategic investments, technical standards, resource priorities, operational changes
- Establish Project Charters, Executive Steering Committee Meetings and other governance bodies needed with appropriate representatives.

# IT GOVERNANCE

| **Organization Implications** |
|---|
| ■ Change in culture and strategy in the delivery of IT projects & initiatives |
| ■ RUN / GROW / TRANSFORMATION projects |
| ■ All projects consist of the appropriate documentation and Executive Level Sponsorship |
| ■ Designated Division of Police Business Owners who are accountable for IT applications, systems and technology |
| ■ Continuously improvement process, lessons learned, exploiting strengths and mitigating weakness |

| **Technology Considerations** |
|---|
| ■ While IT Governance focuses on decision making and strategy, it should be noted that the Division of Police has made cultural change to its support of IT Projects and On-Going End User Support Models |
| ■ CDP has designated Business Owners for the following Technologies: Body Worn Cameras, In-Car Dash Cameras, Mobile/Smartphone Devices, Mobile Data Computers, Field Based Reporting, Learning Management System, Computer Aided Dispatch, 800 MHz Radio System, Video Surveillance, Time Keeping, Records Management System, and Vehicle Enhancements |
| ■ Division of Police Personnel actively participate in the Public Safety IT Executive Meetings, Executive Steering Committee and the respective Project Meetings and Workgroup Functional Teams |
|    ■ The successful implementation of Field Based Reporting, Computer Aided Dispatch Upgrade and Mobile Dispatching for Police was due to the Division of Police's commitment to participating on the Executive Steering Committee, Project Meetings and Functional Workgroups |
|    ■ Project Charters, Project Plans, Project Budgets, Project Reports have integrated the Division of Police into the project process |
|    ■ The Division of Police continues to focus on Process Improvement and Change Management even after the technology has been implemented |
| ■ Division of Police utilize Public Safety IT Executive Meetings prioritize technology initiatives, set strategic goals, evaluate project outputs, establish roles and responsibilities and facilitate the decision making process |

# FORMALIZE & PRIORITIZE IT STRATEGY

| Scope and Objectives |
|---|
| ■ Formalize Chief of Police and Deputy Chiefs bi-annual IT Strategy meetings |
| ■ Clearly define decision makers and decision making criteria |
| ■ Develop enhanced and streamlined decision making capabilities for Division of Police IT investments and resources |
| ■ Improve the collaborative decision making process for future IT investments by including input from Patrol Section, Detectives, Supervisors, Command Staff and Specialty Units |
| ■ Improve communications of IT projects and investments |

| Executive Sponsor / IT Owner | Time Frame | Budget |
|---|---|---|
| Sponsor: Chief & Deputy Chiefs<br>IT Owner: IT Program Manager | 2018 - 2021 | **Yearly Capital Budget Request** |

| Key Activities |
|---|
| ■ Develop a Public Safety IT Executive committee to determine key decisions concerning IT investments and Division of Police priorities (This committee must include the input from end-users, Patrol Section Officers who will use the technology in their daily duties) |
| ■ Establish IT Program Manager responsible for planning, piloting, deploying and application/system acceptance |
| ■ Identify technology needs over the next 3 years |
| ■ Identify equipment needs over the next 3 years |
| ■ Prioritize technology and equipment needs |
| ■ Purchase equipment based on priority list |
| ■ Ongoing re-fresh and evaluation of technology and equipment |

# FORMALIZE & PRIORITIZE IT STRATEGY

| Organization Implications |
|---|
| ■ Chief and Deputy Chiefs involved in the IT Strategy and decision making process |
| ■ IT Strategic meetings are held to discuss Administrative and Operational units and sections and the equipment and technology needs |
| ■ Ensure the appropriate involvement of Division of Police Personnel for the evaluation of equipment and technology |
| ■ Secure buy-in from the Administrative and Operational units and sections to ensure representation of the entire Division |
| ■ Establish common Administrative and Operational goals for the Division of Police IT |
| ■ Strong Executive Level support from the CIO, Safety Director and Chief of Police |
| ■ Strong IT leadership to link technology and equipment needs to resources and capital funding |

| Technology Considerations |
|---|
| ■ Evaluation of Technology Trends |
| ■ Evaluation of Technology and Equipment needs |
| ■ Technology and Equipment is viewed as a strategic asset to the Division of Police |
| ■ The Change management of Technology and Equipment for the Division of Police must be well communicated to ensure successful deployment to Divisional Personnel |
| ■ Real Time Crime Center |
| ■ Crime Analysis Data Analytics |
| ■ In Field Mobile notes, data collection and information dissemination |
| ■ Rugged Mobile Handheld Devices & Tablets |

# SECURE AND STREAMLINE IT INFRASTRUCTURE

| Scope and Objectives |
| --- |
| ■ Document network and infrastructure current state capability and performance |
| ■ Deploy IT infrastructure to support the IT Strategic Plan |
| ■ The IT infrastructure shall meet the mission critical and day to day IT operations |
| ■ The IT infrastructure shall have the capabilities of supporting future IT investments and network growth |
| ■ Provide enhanced and responsive support for IT services including Helpdesk support, Network support, Server and software application support |

| Executive Sponsor / IT Owner | Time Frame | Budget |
| --- | --- | --- |
| Sponsor: CIO and Commissioner of ITS<br>IT Owner: IT Program Manager | On - Going | **Yearly Capital and Operating Budget** |

| Key Activities |
| --- |
| ■ ITS completed a detailed network and infrastructure assessment of IT service deliver to Public Safety Divisions |
| ■ Upgraded Public Safety Core Infrastructure (Flexpod) and network systems based upon the network and infrastructure assessment |
| ■ Public Safety IT staff reorganization and IT Support Model to clarify and document the roles and responsibilities of staff, sworn officers in their associated IT roles |
| ■ Establish service level agreements and service descriptions |
| ■ Monitor VMware and Network Infrastructure performance |

# SECURE AND STREAMLINE IT INFRASTRUCTURE

| Organization Implications |
|---|
| ■ Monitor Vmware environment, servers and network closely – Solarwinds and other network and Vmware tools in place to alert the staff of potential issues |
| ■ Establish service descriptions and service level objectives with the Division of Police on their enterprise-wide services |
| ■ Build IT service delivery capabilities through dedicated Internet Service Providers, FirstNet, Public Safety LAN– in order to address in-progress initiatives and day-to-day operational needs |
| ■ IT service delivery to be tightly integrated with operational functions of the Division of Police and understanding the operational priorities and requirements |

| Technology Considerations |
|---|
| ■ Migrate all servers over from their physical environment to the virtual environment |
| ■ Monitor network traffic between servers and desktops with response times and performance measuring tools |
| ■ Network utilization impacts due to high demand for cloud / web-based and video surveillance applications |
| ■ Implementation of new or improved network technologies: AT&T Network on Demand, FirstNet and Verizon Private Network |
| ■ System backup and recovery setup for all servers and applications |

# ADMINISTRATIVE MANAGEMENT PERFORMANCE

| Scope and Objectives |
| --- |
| ■ Determine professional accountability applications for the Division of Police Personnel |
| ■ Develop performance measure goals and triggers for Officer evaluation and Officer intervention |
| ■ Develop process for consolidating paper based forms and log books into electronic based applications |
| ■ Develop electronic based system for tracking trainings and certifications |

| Executive Sponsor / IT Owner | Time Frame | Budget |
| --- | --- | --- |
| Sponsor: Deputy Chief McCaulley, Deputy Chief O'Neill<br>IT Owner: Project Manager / Business Analyst | 2018 - 2021 | **Yearly Operating Budget & Capital Budget Request** |

| Key Activities |
| --- |
| ■ Identify project manager / business analyst that is accountable for ensuring the completion of Blue Team and IA Pro Early Intervention Triggers |
| ■ Implement electronic based equipment and resource tracking system |
| ■ Implement electronic based learning management system |
| ■ Administrative Operations to review paper based forms and log book processes |
| ■ Upgrade time keeping system |
| ■ Implement electronic based public records system |

# ADMINISTRATIVE MANAGEMENT PERFORMANCE

| Organization Implications |
|---|
| ■ Coordination of Administrative Operations units and sections (Personnel, Time Keeping, Policy, Budget, Medical, Academy, Gymnasium, Ordinance, Records and Property) to incorporate electronic based applications and systems into the Divisions workflow and operations |
| ■ Develop post training materials, user guides and quick reference guides that can be accessed via the learning management system |
| ■ Development of Divisional Policies and Procedures concerning electronic tracking systems and Officer accountability |
| ■ Extensive training will be required for end users, Division of Police technical staff and IT helpdesk in order to ensure a successful deployment |

| Technology Considerations |
|---|
| ■ Division of Police Personnel equipped with sufficient desktop PCs to access electronic based systems |
| ■ Desktop PCs imaged with the appropriate applications and application web links for easy of access for the Officers |
| ■ Network bandwidth has been increased to handle/meet the demands cloud hosted / web-based applications |
| ■ Desktop PC refresh program to replace Division of Police PCs over 5 years old |
| ■ Patrol Vehicles equipped with Mobile Data Computers to access electronic based systems |
| ■ Mobile Data Computers refreshed to handle applications |

# APPLICATION & DATA MODERNIZATION

| Scope and Objectives |
|---|
| ■ The Division of Police is automating its Public Safety Applications portfolio to increase access to real time data to improve decision making, deployment, response and Officer safety |
| ■ This initiative is to maximize access by Officers in the field to critical data |
| ■ As part of the City's Public Safety upgrades the Computer Aided Dispatch and Law Enforcement Records Management System were both upgraded to provide Officers with vital information from Dispatch as well as the ability to complete incident reports at the scene from their Mobile Data Computers |
| ■ This initiative focused on enhancing the officer's ability to quickly retrieve essential information from LERMS and CAD that is essential in quickly assessing situations and identifying individuals (persons of interest, warnings regarding locations and addresses, BMV photos, mugshot photos and warrant information) |
| ■ Safe Smart CLE Video Surveillance will increase the video surveillance footprint by providing video surveillance coverage at City Recreation Centers, Parks, Major thoroughfares, Business Districts and Hot Spots |
| ■ Objective of this initiative is to maximize access by officers in the field to critical data, which can enhance officer safety. |

| Executive Sponsor / IT Owner | Time Frame | Budget |
|---|---|---|
| Sponsor: Chief of Police, Deputy Chiefs<br>IT Owner: IT Program Manager | 2018 - 2023 | **Yearly Capital Budget Request** |

| Key Activities |
|---|
| ■ Determine procurement and implementation needs |
| ■ Develop detailed functional and technical requirements. |
| ■ Provide higher bandwidth (via modem/wireless, Verizon Private Network, AT&T FirstNet) to expand data access from the frontline Zone Car |
| ■ Upgrade Mobile Data Computers and ensure all frontline Zone Cars are equipped with a MDC |

# APPLICATION & DATA MODERNIZATION

| Organization Implications |
|---|
| ■ Implementation of automated systems that impact information sharing, data access throughout the entire Division of Police |
| ■ Changes in workflow, processes, procedures (GPOs) |
| ■ Ongoing training and technology capability refresh training |
| ■ Multi-year, multi-phased project plans for technology implementations |
| ■ Continuous re-evaluation of project scope and project objectives to ensure that the IT Strategic plan aligns with the Division's operational needs |
| ■ On-going budgetary support for system maintenance and upgrades |

| Technology Considerations |
|---|
| ■ Ensure that applications and infrastructure is scalable for current needs and future growth |
| ■ Ensure Desktops, Mobile Data Computers, Mobile Ruggedized Devices (Phones & Tablets) meet the minimum operating system specifications |
| ■ Ensure wireless infrastructure including Verizon Private Network and First Net and bandwidth is in place to meet the large data demands |
| ■ Ensure IT resources, system admins, network analyst, helpdesk, end user support is in place to maintain systems and applications |

# IT STRATEGIC PLANNING PROCESS FOR THE CLEVELAND DIVISION OF POLICE



# IT STRATEGIC PLAN INITIATIVES



| Initiatives | 2 - 2018 | 1 - 2019 | 2 - 2019 | 1 - 2020 | 2 - 2020 | 1 - 2021 | 2 - 2021 |
|---|---|---|---|---|---|---|---|

**Initiative #1** – Real Time Crime Center

- Integration with existing systems
- Citywide Video Surveillance Expansion
- Division of Police Personnel
- Video Analyst & Techs

**Initiative #2** – Intelligence-led Policing
- Data Analytics
- Data warehouse

**Initiative #3** – In Field mobile notes, data collection and information dissemination

**Initiative #4** – Rugged Mobile Handheld devices & Tablets

**Initiative #5** – Mobile Data Computer Refresh

# IT STRATEGIC PLAN INITIATIVES



| Initiatives | 2 - 2018 | 1 - 2019 | 2 -2019 | 1 - 2020 | 2 - 2020 | 1 - 2021 | 2 - 2021 |

**Initiative #6** – First Net & Safety Private Network

**Initiative #7** – Combined LERMS & CAD application

**Initiative #8** – In Car Camera & Body Worn Camera next generation platform

**Initiative #9** –  Public Records System

- Public Records Manager for the Division of Police Records

- Implementation of Subpoena module

**Initiative #10** – Blue Team & IA Pro – Early Warning Intervention Triggers

# REAL-TIME CRIME CENTER

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Application & Data Modernization<br>2. Formalize & Prioritize IT Strategy | Complete operating picture, integrating real time intelligence remotely to assist Officers in the field. Unification of City's crime data into analytical views that are easy for decision makers to recognize patterns and drill down into the details. | • Voice, Data and Video can be monitored simultaneously by a single analyst<br>• Improve decision making<br>• Reduce crime<br>• Case support for Detectives in the field |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| IT Program Manager | Deputy Chief – Homeland Special Operations | Chief of Police & CIO | June 2018 |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | | | |
|---|---|---|---|---|---|
| Capital | $2,250,000 | 1. Initiate Project - Contracts | | 4. CAD integration | |
| Operating Maintenance  Year 2 | $67,972 | 2. Installation & Configuration of Command Central AWARE (4 Positions) | | 5. Data Analytics | |
| Operating Maintenance Year 3 | $69,331 | 3. Video Integration, Video mapping, ALPR, 800 MHz, Brief Cam | | 6. Expand Civil personnel in the RTCC | |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager (ITS)<br>Division of Police (Patrol Officers, Sgt, Commander, Deputy Chief, Crime Analysis Analyst) | Motorola Solutions, NC4, Scene Doc, City of Detroit Police Department, Secret Service Special Detailed Agent, | • RTCC temporary setup location due to new Police HQ<br>• CAD integration delayed due to implementation of Edge Frontier<br>• Additional video cameras feeds from outside agencies |

# INTELLIGENCE-LED POLICING

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Formalize & Prioritize IT Strategy<br>2. IT Governance<br>3. Application & Data Modernization | Increased collaboration in information gathering and intelligence sharing; Intelligence is not what is collected, it is what is produced after collected data is evaluated and analyzed. | • Tactical Intelligence for specific investigations<br>• Strategic Intelligence for planning and staffing/deployment decisions<br>• Evidential Intelligence provides leads for investigators to follow<br>• Operational Intelligence supports long term investigations |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| ITS Project Manager | Fusion Center Director & Commander | Chief of Police & Deputy Chief | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES |
|---|---|---|
| Capital | N/A | 1. Research data analytic and data mine applications |
| Operating Maintenance  Year 2 | N/A | 2. Purchase data analysis tools recommended by Crime and Intelligence analyst |
| Operating Maintenance Year 3 | N/A | 3. Data connections to system (RMS, CAD, 911, Fire RMS, Patient Tracking) & Data warehouse |
| | | 4. Develop dashboards and actionable work products |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Division of Police (Crime Analysis Analyst, Intelligence Analyst and Fusion Center Director) | First Watch, Motorola Solutions | • Connection to data systems and acquiring the proper data feeds for actionable analysis and intelligence |

# REAL TIME – IN FIELD DATA ACCESS

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Formalize & Prioritize IT Strategy<br>2. IT Governance | Providing historical crime data and real-time, field intelligence in an easy to use and highly efficient mobile interface | • Provide real time information to Officers in the field<br>• Providing better situational awareness to increase the safety and effectiveness of the Division |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| ITS Project Manager | Deputy Chief – Field Operations | Chief of Police | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | $173,300 | 1. Initiate Project – Funding & Contract | 4. Implement Crime Alerts, Officer Safety and Intelligence |
| Operating Maintenance Year 2 | $158,300 | 2. Evaluate applications and phased rollout of Bulletin Management, Map Viewer, Case Management | 5. Pilot Officer blogging application |
| Operating Maintenance Year 3 | $158,300 | 3. Pilot applications with Mobile, Tablets and MDCs | 6. Evaluate applications effectiveness |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager<br>Division of Police (Patrol Officers, Detectives, Sgts, Commander, Crime Analysis Unit, Intelligence Unit, Fusion Center) | NC4, Scene Doc | • Implementing too many applications at one time and it becomes data overload for the Officers<br>• Implementing too many applications that overlap each other with the same information |

# MOBILE HANDHELD DEVICES

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. IT Governance<br>2. Formalize & Prioritize IT Strategy<br>3. Application & Data Modernization | Ruggedized smartphone built to provide front line Officers with the communication and access to applications they need via apps and web-based. | • Smartphone deployment for Patrol Section, Motorcycle Unit, Mounted Unit, Bike Patrol and Foot Patrols<br>• Information sharing apps for real-time data sharing and CAD |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | TIMELINE |
|---|---|---|---|
| ITS Telco Manager | Deputy Chief – Field Operations | Chief of Police & Commissioner of ITS | January 2019 – December 2020 |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | $150,000 | 1. Initiated Pilot Project – Deployment of Sonim XP8 devices 2 per District for Patrol Section | 4. Determine mix of Smartphone devices, ruggedized and tablet for deployment |
| Operating Maintenance Year 2 | N/A | 2. Implement information sharing Apps and CAD Mobile Apps | 5. Purchase and Deployment to Districts |
| Operating Maintenance Year 3 | N/A | 3. Test Apps and devices for Officers feedback | 6. Deployment to Specialized Units |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| ITS Telco Manager<br>Division of Police (Real Time Crime Center, Fusion Center, Crime Analysis Unit, Intelligence Unit, Specialty Units) | Motorola Solutions, AT&T, Sonim, Panasonic | • Number of devices to purchase to fit the Divisions needs<br>• First Net device cost, data and plan cost<br>• Accountability for the devices |

# MOBILE DATA COMPUTER REFRESH

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. IT Governance<br>2. Formalize & Prioritize IT Strategy<br>3. Application & Data Modernization | Mobile Data Computer refresh for all Division of Police Patrol Section Zone Cars.  Standardizing the entire Public Safety vehicle fleet with the Panasonic Toughbook 33. | • Ensure Front Line Zone Cars Mobile Data Computer fleet stays current and can support existing and future applications<br>• Field Based Reporting, Mobile CAD, Blue Team & Information sharing applications |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | TIMELINE |
|---|---|---|---|
| ITS Project Manager | Deputy Chief – Administrative Operations | Chief of Police | OCTOBER 2018 – DECEMBER 2021 |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | $300,000 | 1. | Replace and Install 50 M6 Data 911 MDC in 2018 |
| Capital 2019 | $300,000 | 2. | Replace and Install 50 M7 Data 911 MDC in 2019 |
| Capital 2020 | $300,000 | 3. | Replace and install 50 M7 Data 911 MDC in 2020 |
| Capital 2021 | $300,000 | 4. | Replace and install 50 M7 Data 911 MDC in 2021 |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager<br>Division of Police (Mobile Support Unit, Logistics Unit) | Panasonic | • Contract with installation vendor<br>• The ability to take cars out of service for installation |

# FIRST NET & SAFETY PRIVATE NETWORK

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Secure and Streamline IT Infrastructure<br>2. Applications & Data Modernization | Provide a dedicated, priority based wireless broadband network that is capable of supporting and access to Law Enforcement based applications and systems | • Private network capable of supporting data and video for the Division of Police<br>• Priority based network that can provide connectivity during large scale events |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| Infrastructure & Computer Ops Supervisor | IT Program Manager | CIO & Commissioner of ITS | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | N/A | 1. AT&T First Net Virtual Private Network setup for testing | 4. Migration of Modems, Aircards and SIMS |
| Operating Maintenance Year 2 | N/A | 2. Verizon Private Network upgrade | 5. Evaluation of First Net network, connectivity and apps |
| Operating Maintenance Year 3 | N/A | 3. Purchase new Cradlepoint modems capable of supporting dual SIMS | 6. Hybrid solution of First Net and Verizon |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Infrastructure & Computer Ops Supervisor<br>Division of Police (Mobile Support Unit, Patrol Section Section, Detectives) | AT&T, Verizon | • Maintaining and trouble shooting two broadband wireless networks |

# COMBINED RMS AND CAD SYSTEM

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Application & Data Modernization<br>2. IT Governance<br>3. Formalize & Prioritize IT Strategy | Computer Aided Dispatch and automated Records Management System are powerful tools that support the day to day operations of the Division of Police. | • CAD and RMS support crime analysis, information sharing, deployment planning, person, location and offense queries, resource availability, resource status and incident response, and post event recreation<br>• Missing information that does not pass through system interfaces<br>• Dual entry in Field Based Reporting and Mobile CAD |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| IT Program Manager | Deputy Chief – Administration Operations | Chief of Police & CIO | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | $5,000,000 | 1. Research & Product Demos of Combined RMS and CAD systems | 4. Release and Evaluate the RFP |
| Operating Maintenance Year 2 | $900,000 | 2. Evaluate the pros and cons of having a joint RMS and CAD system | 5. Enter into a contract with the winning vendor |
| Operating Maintenance Year 3 | $927,000 | 3. Develop RFP specifications, evaluation criteria and committee | 6. Project Charter, Kickoff, Project Team and Executive Steering Committee |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager<br>Division of Police (TIU, Mobile Support Unit, Dispatch) | Motorola Solutions, Tri-Tech, Superion, Hexagon, Tyler Technologies | • Implementation of CAD and RMS is minimum 2 year project<br>• Continuity of operations during the transition<br>• Support of two CADs and RMSs during the transition |

# IN CAR CAMERA & BODY WORN CAMERA

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Application & Data Modernization<br>2. IT Governance<br>3. Formalize & Prioritize IT Strategy | In Car Camera system for Division of Police Traffic Unit, Community Service Unit and other Patrol Section Zone Cars.  Body Worn Camera system to record all public interactions. | • In Car Camera system that's triggered by speed, lights and sirens, rear car doors opening, and shot gun release,<br>• Body Worn Camera system that's directly connected to the In Car Camera System<br>• Cloud based storage site that will automatically tag video by the CAD number and place videos in retention categories<br>• Built in redaction component for videos – Public records request |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | TIME LINE |
|---|---|---|---|
| IT Program Manager | Deputy Chief – Field Operations | Chief of Police & CIO | June 2019 |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES |
|---|---|---|
| Capital | $3,000,000 | 1. Release RFP for an integrated In Car Camera System & Body Worn Camera System |
| Operating Maintenance  Year 2 | $350,000 | 2. Evaluate RFP, Select Vendor, create Project Charter, Project Plan, Implementation Team and Steering Committee |
| Operating Maintenance Year 3 | $350,000 | 3. Rollout BWC by Districts and Specialty Units, Initial Rollout of In Car Cameras to Traffic Unit and CSU |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager, Division of Police (Mobile Support Unit) | Motorola Solutions, Axon | • Possible transferring data from one Cloud storage system to another |

# PUBLIC RECORDS SYSTEM

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Administrative Management Performance<br>2. IT Governance | Web-based solution for monitoring Division of Police subpoenas while improving the delivery, acceptance and management of the process. | • Streamline Subpoena process<br>• Track Subpoenas process<br>• Keep data secure<br>• Web portal for Officers |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| ITS Project Manager | Deputy Chief – Administrative Operations | CIO | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | |
|---|---|---|---|
| Capital | N/A | 1. Add Subpoena Management module to the City's Gov QA system | 4. Evaluate the pilot rollout and update the GPO |
| Operating Maintenance Year 2 | N/A | 2. Develop policy and procedures for Web-based Subpoena notification | 5. Implement the Subpoena Management Module throughout the Division of Police |
| Operating Maintenance Year 3 | N/A | 3. Subpoena pilot project | |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Project Manager<br>Division of Police (Record File Section) | Gov QA | • Ensure Officers are checking their email to receive their subpoenas<br>• Officers must have login and password to access Gov QA |

# BLUE TEAM & IA PRO

| STRATEGIC GOAL ALIGNMENT | PROJECT DESCRIPTION | BUSINESS NEED |
|---|---|---|
| 1. Administrative Management Performance<br>2. IT Governance<br>3. Formalize and Prioritize the Division's Technology Strategy | Early Intervention allows the Division of Police to Identify and address errant performance early on, before it escalates. This project will reduce liability, mitigate risk and enhance the integrity and reputation of the Division. | • Deal with Blue Team use of force issues in the early stage of the occurrences<br>• Non-disciplinary programs that provide Officer training for performance improvements, behavior and professional conduct |

## PROJECT OWNERSHIP / APPROVAL

| IT OWNER | BUSINESS OWNER | PROJECT SPONSOR(s) | APPROVAL DATE |
|---|---|---|---|
| IT System Administrator | Deputy Chief – Executive Officer & Deputy Chief Administrative Operations | Chief of Police & Assist Safety Director | N/A |

## FINANCIAL & PROJECT TIMING GOALS

| CAPITAL & OPERATING EXPENSES | | PROJECT MILESTONES | | |
|---|---|---|---|---|
| Capital | $0.00 | 1. Develop Early Warning Intervention Team | | 4. Determine Intervention steps and training |
| Operating Maintenance Year 2 | $9,600 | 2. Determine early warning triggers for Blue Team Use of Force | | 5. Conduct workflow pilot with sample size of Officers |
| Operating Maintenance Year 3 | $9,600 | 3. Configure Early Intervention settings for IA Pro Application | | 6. Evaluate and rollout through the entire Division |

## RESOURCES & PROJECT RISK

| INTERNAL RESOURCE | EXTERNAL RESOURCES | PROJECT RISK |
|---|---|---|
| Assistant Safety Director, Assistant System Administrator Division of Police (IA Pro system support) | CI Technologies | • Determining the early warning triggers and what actions require additional training vs discipline<br>• Rollout to the entire Division and support staff to monitor trigger alerts |