# EXHIBIT A

# 2019

# Community & Problem-Oriented Policing Plan





**CITY OF CLEVELAND**
Mayor Frank G. Jackson



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

**Executive Summary**

Police cannot produce a safe community by their efforts alone. Partnerships and relationship building are tantamount to safe neighborhoods. The Community and Problem-Oriented Policing Plan or CPOP is an organizational strategy that promotes community partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. It is the responsibility of all members of the Cleveland Division of Police (CDP) beginning with the Chief thru the chain of command to every officer. All officers are responsible for engaging in community and problem-oriented policing without regard to where they are assigned. It is not the sole responsibility of any single bureau or unit.

The CDP has incorporated input and feedback from the community in the creation of the CPOP and recruitment plans, and in many of its other policies. CPOP illustrates how CDP will align its structure to reflect and support partnerships to coproduce safety and how CPOP will be the foundation by which police services are built.

CPOP will be a part of how the Division recruits and hires, allocate resources, trains, promote, and evaluate officers and the Division, and collects data. In addition to aligning the organizational structure to encourage and support CPOP, the Division will also expect officers assigned to the neighborhood districts spend at least 20% of their time engaging and solving community problems. To ensure that the officers can meet the 20% expectation, CDP created an aggressive Recruitment Plan, and also a Staffing Study to address efficiency and gaps. CPOP, the Recruitment Plan, and the Staffing Study are therefore commingled.

The plan also addresses the use of District Policing Committees as tools to elicit feedback on policies and practices, the use of planned and unplanned meetings and events to engage, social media strategy, officer wellness, and the rebranding of the Bureau of Community Policing.

CDP will ensure that all officers are trained about the CPOP Plan, collaborative problem-solving/SARA Model (Scanning, Analysis, Response, and Assessment), and Procedural Justice during annual in-service training. In addition to yearly in-service training, District Training Coordinators and District Community Engagement Officers will create a District Awareness Training that will provide current and newly assigned officer's information about the various communities within their district, historical occurrences, and topics related to police/community relations.

In closing, while there have been numerous incidents, both current and historical, where police officers have been a part of situations that have fractured community trust, the CPOP is a plan about moving forward. Moving forward entails creating an atmosphere conducive to community engagement and partnerships. This plan outlines how that atmosphere will be created within the Division.


## Contents

1. Introduction ............................................................................................................. 5
   a. Chief's Vision ..................................................................................................... 5
   b. What is CPOP ..................................................................................................... 5
   c. All Officers are Responsible for CPOP ............................................................. 6
   d. Division Support through Structural Changes .................................................... 6
   e. Bolstering Efforts through Partnerships/Relationships ...................................... 7
2. Policing Going Forward ........................................................................................... 7
   a. Cleveland Division of Police Mission Statement .............................................. 7
   b. Changing How Officers Deliver Service ........................................................... 8
      i. Scanning Analysis Response Assessment (SARA) .................................. 8
      ii. 20% Time Committed to CPOP ............................................................... 10
   c. Officer Wellness ............................................................................................... 11
   d. Business Cards .................................................................................................. 12
   e. Reduction in Officer Demands ......................................................................... 13
3. Organizational Transformation ............................................................................. 14
   a. Leadership ......................................................................................................... 14
   b. Policies .............................................................................................................. 15
   c. Community Engagement .................................................................................... 15
   d. De-centralization .............................................................................................. 16
      i. Rebranding the Bureau of Community Policing as the Bureau of Community Relations ....... 16
      ii. Responsibilities of the new Bureau of Community Relations ................. 17
   e. Geographic Assignments and Zone Integrity .................................................... 17
      i. Neighborhood Districts ........................................................................... 18
      ii. Zone Integrity ......................................................................................... 19
   f. Personnel ........................................................................................................... 20
      i. Staffing .................................................................................................... 20
      ii. Recruitment and Hiring ........................................................................... 21



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

g.   Performance Evaluations ........................................................................................ 22

h.   Promotions ............................................................................................................. 22

i.   Training ................................................................................................................... 22

    i.   Training Review Committee ............................................................................ 23

    ii.   Recruit Training ............................................................................................. 23

    iii.   In-Service Training ........................................................................................ 24

    iv.   Field Training Officer Program and Probationary Police Officers .......................... 25

j.   Equipment and Resources ....................................................................................... 26

k.   Social Media strategy ............................................................................................. 26

4.   Organizational/Community Partnerships ...................................................................... 28

a.   Asset Mapping ........................................................................................................ 28

b.   District Neighborhood Awareness Training ............................................................ 28

c.   Partnerships and Programs ..................................................................................... 29

d.   District Policing Committees .................................................................................. 31

5.   Measuring Success ...................................................................................................... 32

a.   Data Collection ....................................................................................................... 32

b.   Community Surveys ................................................................................................ 32

c.   Community and Problem-Oriented Policing Review Committee .................................. 32

6.   Conclusion ................................................................................................................... 33

7.   APPENDIX I: Engagement with Youth ........................................................................ 34

8.   APPENDIX II: 2019 Action Steps ............................................................................... 37

9.   APPENDIX III: General Police Order 1.1.32 Wellness Program .................................. 38

10.   APPENDIX IV: General Police Order 1.1.38 Post Traumatic Incident Protocol ........... 39



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

1. Introduction

   a. Chief's Vision

   Community policing is essentially a way of preserving and encouraging the health of a community.  In other words, a healthy community will have thriving residential and business areas.  A healthy community's parks, recreation centers, and other communal areas are safe and inviting gathering places for individuals and families.  Healthy communities appear well maintained, not only because of the municipality's efforts but also because of the efforts of motivated individual residents and businesses in the neighborhood.  In a healthy community, if it begins to fray at the edges or when a condition manifests itself, community specialists (police, social workers, housing inspectors, etc.) immediately identify the situation and work quickly to correct it. This "health approach" forms the basis of the "Community Wellness" Model.

   The Wellness Model posits that a body's health is not only dependent on identifying an event/condition and immediately reacting to it, the body's health is also dependent on a maintenance plan to prevent conditions from occurring in the first place.  Metaphorically speaking, the community needs nourishment and exercise to sustain itself healthily. Our vision is to identify and deliver those services that promote nourishment and exercise. The "Wellness Model" is the community policing model, and it is our vision that every officer is a community policing officer.

   The Cleveland Division of Police will use the "Wellness Model" as a metaphorical guide in building the community policing philosophy as the foundation on which police services are developed. The purpose of using the model as a metaphoric guide is to ensure that the Division strives to address the root causes of crime, not just the symptoms. It refers to looking at crime from a macro perspective (overall cause), as opposed to a micro view (crime + suspect = arrest). The Community and Problem-Oriented Policing plan will outline how the Division will promote community health by ingraining the community policing model in every facet of service delivery.

   b. What is CPOP

   CPOP is a combination of the core principles of community policing and the methodology of collaborative problem solving (also referred to as problem-oriented policing). Community policing principles refer to the manner in which the Division and its officers routinely and proactively engage the community to create partnerships and co-produce public safety. It also applies to the aligning of organizational structure to reflect and support partnerships and community needs/wants throughout the Division. Collaborative problem-solving describes the practice of routine collaboration between police and



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

community members/stakeholders to identify problems, co-produce a solution, and assess the outcome.

CPOP is an organizational strategy that promotes community partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. CPOP is the responsibility of all members of the CDP beginning with the Chief thru the chain of command to every officer.  The Division and the City of Cleveland are committed to building and maintaining partnerships with all community stakeholders within the city and working with those partners to find sustainable methods to prevent and solve crimes.

c.   All Officers are Responsible for CPOP

All officers are responsible for engaging in community and problem-oriented policing without regard to where they are assigned. It is not the sole responsibility of any single bureau or unit. The officer's assignment will dictate how often they have the opportunity to practice CPOP. For instance, an officer assigned to the Personnel Unit will not have as many opportunities to practice CPOP as an officer in the Patrol Section. Opportunities exist in every assignment. Minimal opportunities for CPOP do not absolve an officer from exercising community policing principles to the most meaningful extent possible.

d.   Division Support through Structural Changes

In building this CPOP plan, the CDP has incorporated input and feedback from the community in the creation of CPOP, the recruitment plan, and many of its policies.

A component crucial to implementing/supporting CPOP is the need to establish clear expectations of officers and the Division itself. Expectations are as follows:

All officers shall:

- Incorporate CPOP principles in their daily duties.
- Strengthen relationships and build engagement opportunities between the CDP and the communities within the City.
- Actively participate in community meetings and events.
- Incorporate bias-free and procedural justice principles in interactions with citizens.
- Proactively learn about and engage the communities in their assigned areas.

All supervisors shall:

- Ensure that officers assigned to the Patrol Section devote at least 20% of their workday to community engagement opportunities.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

- Provide support and guidance to officers about CPOP
- Recognize officers who excel using CPOP principles and remediate those that do not.
- Ensure that officers are actively participating in community meetings and events.
- Ensure that officers incorporate CPOP, Bias-Free, and Procedural Justice Principles during interactions with citizens.

The CDP as a whole shall:

- Increase participation from a cross-section of the community in the District Policing Committees.
- Build community confidence and trust.
- Engage the community in policing policies and procedures.
- Increase positive public perceptions of the CDP.

Other structural changes include the way that officers engage the community and collaborate to solve problems, decentralizing community engagement, changes to CDP's training and hiring practices, and the promotional and evaluation processes, and how officers do their jobs. CPOP is a Division-wide effort.

e. Bolstering Efforts through Partnerships/Relationships

The police cannot produce a safe community through their efforts alone. Partnerships and relationship building are tantamount to successful community policing. The Division will reinforce its efforts to practice CPOP and coproduce safety by building alliances with community members/groups. Partnering with groups such as the Partnership for a Safer Cleveland and the Peacemakers Alliance, in addition to the Office of Prevention, Intervention, and Opportunity for Youth and Young Adults is essential to tackling problems such as youth violence. The Division will bolster the alliances and make structural changes to enhance how it delivers service going forward.

2. Policing Going Forward

a. Cleveland Division of Police Mission Statement

"The mission of the Cleveland Division of Police is to serve as guardians of the Cleveland community. Guided by the Constitution, we shall enforce the law, maintain order, and protect lives, property, and rights of all people. We shall carry out our duties with a reverence for human life and in partnership with members of the community through professionalism, respect, integrity, dedication, and excellence in policing".



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

Changing the way officers deliver service will require all officers and management to support proactive strategies that embrace collaborative problem-solving and community partnerships. The mission statement was changed to reflect the philosophy that officers are community "guardians" as opposed to "warriors." This shift lays the foundation where officers consider themselves as a part of the community working in conjunction with other community stakeholders to address public safety concerns with mutual respect and dignity. The community guardian mindset is consistent with the President's Task Force on 21st Century Policing's final report which "calls for law enforcement to protect the dignity and human rights of all, and to be the protectors and champions of the Constitution." This rethinking of the role of police in a democracy requires leadership, and commitment across law enforcement organizations to ensure internal and external policies, practices, and procedures that guide individual officers and make organizations more accountable to the communities they serve.[1]

b. Changing How Officers Deliver Service

Lord Stevens, a previous commissioner of the London Metropolitan Police Service, once explained the fundamental challenge of policing with an analogy. He asked his audience to imagine a fast-flowing river, sweeping hundreds of people away in its current. Lord Stevens argued that the traditional police response is to jump into the river and try to help as many people as possible, rather than to head upstream to determine why and how people are falling into the river in the first place. He stated, "And so begins a reactive cycle of uncontrolled demand and equally uncoordinated response. The police become like lifeguards frantically swimming against the tide from one incident to another, employing different tactics in a disjointed and unfocussed manner with little or nothing to show for it at the end of the day."[2] This quote explains where the Division was and where it is headed by changing how officers deliver service and refocusing officers on prioritizing prevention.

i. Scanning Analysis Response Assessment (SARA)

A core component of CPOP involves officers collaboratively engaging the community to address safety issues in an area. It primarily includes officers assigned to the Patrol Section connecting with community members and developing solutions to neighborhood problems. Collaborative problem-solving states that public safety issues revolve around factors that reflect broad, underlying

---

[1] U.S. Department of Justice, *President's Task Force on 21st Century Policing Implementation Guide*, Office of Community Oriented Policing Services, August 7, 2017, https://cops.usdoj.gov/pdf/taskforce/Implementation_Guide.pdf.
[2] Stevens, John. 2001. *Intelligence-Led Policing*. Paper presented to the 2nd World Investigation of Crime Conference, Durban, South Africa. Cited in J. Ratcliffe. 2008. Intelligence-Led Policing. Cullompton, U.K.: Willan Publishing.





**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

issues that contribute to crime and disorder.[3]   It also involves the understanding that the police can't always solve public safety concerns alone and as Lord Stevens alluded, requires more than reacting to uncontrolled demand. Collaborative problem-solving promotes and strengthens community partnerships through co-investments in positive public safety outcomes.

There are different ways to engage the community to co-produce public safety. One method that CDP officers will use is the SARA model (Scanning, Analysis, Response, and Assessment). The "scanning" step refers to several methods to identify problems and potential consequences of the problem.  "Analysis" refers to identifying the conditions of the problems, understanding and researches the known elements of the problem, and identifying relevant data and available resources. The "response" portion of SARA refers to the steps taken to solve the problem, and "assessment" refers to the evaluation of the strategy used.

The SARA model provides officers with an alternative way to think about crime and therefore better identify the causes.  It will also give officers an enhanced approach to interviewing members of the community.  When conferring with members of the community about crime, officers will probe more deeply into the incidents as opposed to only asking the questions needed to complete a report. It will also provide the officers with a method to organize and assess their efforts.

Officers are expected to practice collaborative problem-solving. To track their efforts, they are also required to enter necessary collaborative problem-solving data into the Computer Aided Dispatch system (CAD). CAD is a computer program designed to assist dispatchers to assign calls for service but will also be used to store data. In CAD, officers will input needed information about the action taken (when contact was made, who made the connection, etc.).

When instances arise where officers use the SARA model to tackle a particular problem, they will create a "work plan." When feasible, officers will collaborate with community members in creating the plan and enter as much of the initial "scanning" information into CAD as possible. The remaining steps will be entered into a separate program. The Division is researching the usage of one of its software systems to track problem-oriented policing efforts. To date, the software and process for the work plans are not determined.

---

[3] Cleveland Police Monitoring Team, *A Framework for Community Policing in Cleveland,* 2016, (hereinafter "Framework")


**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

To explain how the process will work, consider the following example:

> Officer Jones noticed that in her zone, there were a lot of fights after school between students from different schools. She realized that if the school bus routes were reversed, the students wouldn't have as many opportunities for confrontations with each other. So, she worked with the school administration to have the routes changed. Officer Jones, in collaboration with the school administration, was able to diminish the number of school fights in the area.

When Officer Jones determined that she would find a solution to the multiple fights, she will begin a "work plan." Using the assignment number, she will input the work plan and the steps that she used to scan, analyze, respond, and assess the problem. The Division will identify the appropriate program and process by the end of 2019.

In July 2018, CDP began training officers about the SARA model. The training provides an overview of the model and its usage and includes a written scenario and two examples of collaborative problem solving by current CDP officers. During the scenario training, officers are divided into groups, given the scenario, a problem-solving guide, and a worksheet. Each group elects a spokesperson, who presents the answers to the entire class for a group discussion.

ii.  20% Time Committed to CPOP

Operationalizing and transforming the Division to become more CPOP oriented requires officers to dedicate a portion of their day to performing CPOP activities. The end goal is to spend dedicated time engaging in problem-solving and developing relationships. Ways to meet the goal include bike/foot patrols, attending community meetings, meeting with business leaders, creating action plans with community members to address their concerns, etc. Under CDP's new CPOP model, officers will be expected to spend on average, 20% of their time devoted to CPOP activities. In 2019, the CDP will create training devoted to the 20% expectation.

Bike and foot patrols are popular methods of patrol due to their high visibility and the opportunity for more personal interaction with community members. Bike and foot patrols promote police-community interaction and are highly useful engagement tools that offer the possibility of reducing crime and increasing positive perceptions about safety and the police.[4]  The CDP is committed to having

---

[4] *See Framework, pg. 8.*


**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

officers patrol on bikes and foot in each district. The Third District has periodic bike patrols in the business district, whereas the Fourth District has regular bike patrols in the Buckeye-Shaker Blvd area. The Second District has an active foot patrol program. CDP plans to roll out bike and foot patrols in other Districts by the end of 2019.

Bike and foot patrols are not specialized units within the districts. Each District Commander will determine the bike and foot deployment in their District. The rollout will take into account safety, staffing and CPOP principles. Commanders will utilize hotspot data to identify areas where collaborative problem-solving and high visibility police would be appropriate and prioritize deployment of bike and foot patrols in those areas.

In addition to bike and foot patrols, District Commanders and officers will be more accessible to the community by participating in neighborhood walks. Neighborhood walks are similar to foot patrols but more formalized. However, during neighborhood walks, district commanders and officers walk through a neighborhood along with their Community Relations representative and sometimes a city council member. The walks are designed to promote police/community relations and provide information about safety.

While bike and foot patrols are popular forms of community engagement, they are not the only ways. CDP will also engage in and track other activities aimed at community engagement, including participation in planned/unplanned events/presentations in the community, at schools or business establishments, attending community meetings and also, participating in impromptu engagement such as playing ball, having casual conversations and making random community visits, or any non-enforcement related interaction. Also included are referrals to outside entities, improving the quality of life for community members, conducting mediation and conversations with citizens encouraging them to participate in the District Policing Committees.

c.  Officer Wellness

"The Division strives to create the best working environment for its members. By assisting members, when they are in need emotionally, physically, spiritually, financially or socially, the health of the member prevails. Healthy members are generally more safe, productive, compassionate and responsive to others.[5] An officer's "well-being" is encapsulated in five dimensions; mental (psychological), emotional, physical, social, and spiritual. The five dimensions comprise a "whole person." In 2017, the Division launched

---

[5] Cleveland Division of Police General Police Order, *Wellness Program 1.1.32,* January 11, 2007.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

a well-being initiative designed to support "the whole person" called the Cultural Transformation Project. The program began in the 4th District with the goal of teaching the skills needed to strengthen and protect personal health and well-being so that officers can more effectively fulfill the CDP's mission.[6] With the assistance of mental health professionals, the CDP's Employee Assistance Unit (EAU), and the Cleveland Police Foundation, a cultural diagnostic survey was created to focus the program on specific needs that officers have. Currently, the program is on-going and therefore a review of the program is forthcoming.

In addition to the piolet program, the Division employs a full-time Psychologist and participates in the City of Cleveland's Ease@Work Program and CARE-Line. Protocols about this are contained in the CDP Wellness Program G.P.O.  The order outlines the Divisions commitment to officer wellness and protocols for making contact and referral. For more, please see APPENDIX III, page 39.

Participation during traumatic incidents can have a significant impact on officer wellness. Therefore, CDP created protocols for officers to use when responding to traumatic events and debriefing and providing assistance afterward. A traumatic incident is defined as an event that can cause great distress or disruption in a member's life.[7] The protocols for officers are contained in G.P.O. 1.1.38 (see APPENDIX IV page 40).

In addition to internal protocols for responding to traumatic events, the CDP works closely with the Director of Public Safety, Community Relations Board, and several other community leaders and violence interrupters to respond to traumatic events that affect the community. The resources are not only utilized for police involved incidents, they are also used when traumatic events occur without police involvement.

d.  Business Cards

The CDP has created "District Business Cards" to increase accessibility and promote engagement. These cards can be used to provide follow-up information to citizens in connection with calls for service, and they can also be used simply to help officers build relationships with citizens they interact with during engagement activities. They are pre-printed with Neighborhood Police District information and contain blank spaces for officers to fill in their name, badge number, and where appropriate, Incident Number, and a referral phone number.

---

[6] Fourth District Cultural Transformation Project, *Talking Points for Chief Calvin Williams,* April 19, 2017.
[7] Cleveland Division of Police General Police Order, *Post Traumatic Incident Protocol,* March 2, 2015.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

When used as an engagement tool, issuing "Business Cards" will allow the community to familiarize themselves with their neighborhood officers. Officers may also utilize them to assist citizens by providing them with contact information for the officer, follow-up detectives, and other Division or City telephone numbers.

e.  Reduction in Officer Demands

Another way in which the Division and the City are supporting the CPOP model is by alleviating the workload of frontline officers assigned to districts.  The goal is to make the Division more efficient, while still fully protecting public safety, thereby freeing up additional time for engagement activities. Often, officers will spend entire shifts running from one call for service to the next call leaving little time to engage and problem-solve. By freeing up officers from non-emergency tasks, they will have more time to focus on immediate tasks and connect to the community. One of the ways that the city has done that is by implementing an Online Crime Reporting System or "Coplogic." Coplogic allows citizens the opportunity to complete reports online without having to confer with an officer. The reports are for incidents that do not necessarily require an officer's immediate response and include the following:

- Property damage (accidental or criminal)
- Petty theft
- Theft from a vehicle
- Bicycle theft
- Lost property
- Supplemental reports

The Division is also researching the feasibility of adding other crimes/incidents that citizens can make in Coplogic. It is also examining the possibility of online motor vehicle accident reporting. Furthermore, the Division will increase its public education and advertising of the Coplogic program by periodically and systematically posting descriptions of the program on the City and Divisions social media platforms and explaining the program at community meetings.

In addition to online reporting, the Division is researching the possibility of reducing workload in relation to responding to burglary or residential alarms. Responding to false alarms is a significant contributor to the calls for service and therefore a substantial demand on the officer's time. As such, the Division is researching a "verified" response to alarms policy. A "verified" response to alarms describes a process in which dispatchers will consider several factors before assigning to a zone car.


**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

Both the Coplogic program expansion and the verified alarm response initiative are in the infancy stage and will not be available for the initial phase of implementing the CPOP plan. However, it is important to highlight some of the steps that the Division is researching to alleviate officer workload.

3. Organizational Transformation

Organizational transformation describes the manner in which an organization aligns its practices, policies, standards, and expectations to meet the needs of modern society. Policing in contemporary society is dynamic and, in many ways, different than traditional policing. Traditional policing emphasizes responding to severe crimes. There is a strict hierarchy where only leadership at the very top interacts with the community and frontline officers were not empowered to make community decisions on their own. CDP will embrace policing that will empower frontline officers to work directly with the community to co-produce public safety to root out underlying causes of crime. To transform the CDP and operationalize CPOP, the Division will refocus its practices and expectations relating to leadership, policy, decentralization, geographic assignment of officers, recruitment, hiring, training, performance evaluations, promotions, data collection, and equipment and resources.

a. Leadership

"Leadership is one of the most important predictors of whether organizations can effectively function in dynamic environments and as such the need for effective police leadership is greater than ever."[8]  To ensure that CDP supervisors are leading their subordinates successfully, the Division of Police must give them the tools that they need to be effective. To accomplish this, the Training Section is creating a mandatory course on leadership that will be exclusive to supervisors. The supervisor training course will cover topics such as necessary leadership skills, evaluating written reports, and assessing officer performance. The course will conclude with a test to verify mastery of the subject matter. The leadership portion of the training will include scenarios and problems that involve qualities of a good leader, accountability, elements of Bias-Free policing and CPOP. For more details about the supervisor training course, see the Supervisor Training Plan.

In addition to leadership training for supervisors, the CDP will revamp the evaluation and promotion processes to be more reflective of CPOP principles (discussed further on page 16).

CDP leadership will promote CPOP by encouraging and empowering frontline officers to take independent action to solve problems and work with community members to co-

---

[8] Mitchell Pearson-Goff & Victoria Herrington, *"Policing: A Journal of Policy and Practice, Volume 8, Issue 1"*, https://doi.org/10.1093/police/pat027.




produce public safety. They will also support CPOP by ensuring that the organization has the tools and resources needed so that officers can efficiently perform their duties. The supervisor will also ensure that their subordinates understand their role in the community which includes the principles of community and problem-oriented policing.

b.  Policies

In addition to current General Police Orders (GPO), CDP is creating a Community Policing GPO that will memorialize expectations regarding officers' community engagement activities and obligations. CDP will ensure that all of its policies are consistent with and incorporate the CPOP model of policing.

Community members have expressed a desire to provide input on several of CDP's policies and practices.[9] Further, the CDP recognizes that community input on policies and practices builds trust and legitimacy in the eyes of the public. Through the biennial survey, targeted community engagement, and the use of social media, the CDP will elicit community feedback on policies and practices and incorporate the input into the procedures where appropriate.

c.  Community Engagement

The reference to "guardians of the community" in the mission statement directs officers to consider themselves an integral part of the community. One of the important aspects of the "guardian" mission is to understand the communities within the city. To fulfill this mission, officers must engage the community outside of a typical law enforcement action and have a basic knowledge of the communities in their assigned area.

The community has expressed a desire to see the officers who patrol their district be actively engaged at events and proactively learn about their community as opposed to having the public interact only with designated "community policing officers" or even command officers.[10]   All CDP officers are expected to know the community that they patrol. Understanding the community and having the community know them will promote trust and mutual understanding.  Getting acquainted with the community requires officers to engage the community outside of enforcement or investigative activities. Over time, having the community and the officers know each other will more likely lead to the community reporting more crimes, and actively participating in collaborative problem-solving efforts.

---

[9] *See Community Feedback, pg. 5.*
[10] *See Community Feedback.*



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

Getting to know community members that do not typically attend meetings and who may have little trust in officers requires officers to engage them in places where they are most comfortable. Officers must be more approachable than what a zone car can offer. As discussed earlier, officers will participate in alternatives to motorized patrol such as bike and foot patrols. Officers will also participate in activities where the police are not commonly seen in an enforcement role such as neighborhood events and meetings. Getting to know the community can be spontaneous such as playing ball with children or stopping to talk to community members in coffee shops, on the street, or in local parks. These encounters can also be the result of a police action such as conversing with a member of the community about driving safety while at the scene of an accident, or, after checking a complaint about an alarm, giving residents on that street safety tips about burglaries. Officers will input their engagement activities into the Computer Aided Dispatch System (CAD) where it will be tracked and assessed by their supervisors.

d.  De-centralization

Full adoption of the CPOP model requires a de-centralized approach where problem-solving decisions and community engagement activities reside at the street level. Officers who have direct contact with the community must be able to determine the appropriate course of action to solve problems within the community. CDP will build decision-making and community engagement into its already flattened command structure, in which officers report directly to sergeant, who report to lieutenants. This system encourages officers and sergeants to be the drivers of CPOP. When using their discretion, officers are expected to make decisions in an unbiased and professional manner and seek guidance from their supervisors when appropriate. Sergeants will actively monitor and coach the officers as they determine appropriate responses. When the sergeants and officers need more advice, every supervisor in their chain of command is required to provide any assistance that they can.

i.  Rebranding the Bureau of Community Policing as the Bureau of Community Relations

While the Bureau of Community Policing (BCP) has historically taken the lead for many of the community engagement activities, under CDP's new CPOP model, community policing is the responsibility of all officers. Officers assigned to neighborhood districts are expected to be the primary drivers of CPOP, not specialized units or bureaus. In addition to community engagement, officers assigned to Districts will also be the most proactive in collaborative problem-solving. In 2019, the CDP will rename the Bureau of Community Policing to the Bureau of Community Relations (BCR) to be more reflective of the Division's



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

overall mission and to drive home the point that all CDP officers are community policing officers.

ii. Responsibilities of the new Bureau of Community Relations

Many of the BCPs current responsibilities will continue under the new BCR. Those areas of responsibility include the Auxiliary Police Program, Community Relations Unit, School Crossing Guard Unit, and the School Resource and Education Unit. The BCR will maintain the Police Explorers Program, the Citizens Police Academy and Alumni Association and the CDP ice cream truck. In addition to providing support to the Districts' community engagement efforts, the BCR will give specialized presentations and training designed to address specific community needs. Some of the activities and programs include Alert Lockdown Inform Counter Evacuate (ALICE) training, Anti-Bullying, Block Watch, and Cops for Kids: a program that provides children with resources and gifts.

The BCR is responsible for the Limited English Proficiency (LEP) initiative. The purpose of the effort is to ensure that the CDP is providing equal service to individuals whose primary language is not English and who have a limited ability to read, write, speak, and understand English. The Commander of the BCR is the coordinator for LEP and is responsible for tracking and analyzing the needs of the LEP community.

The BCR will also act as the clearinghouse for engagement opportunities and statistics. The BCR will compile the CPOP activities of all operations within the Division and report those activities to the public. District Commanders will communicate this information to the BCR quarterly. The BCR Commander will provide the District Commanders with a spreadsheet that will contain fields for the information that will be published.

e. Geographic Assignments and Zone Integrity

CDP will use its geographic assignment system to promote CPOP among patrol officers. Currently, upon successful completion of the Police Academy, every officer's first assignment will be at one of the five neighborhood districts. Upon transfer to the District, new officers are on probation for six months. After completing the probation period, they will continue to be assigned to the Patrol Section and cannot be considered for reassignment to a specialized unit until they have at least three years of service. Officers are assigned and transferred to districts based on operational need and assigned to shifts based on seniority. The Chief determines when a vacancy exists in a specialized unit and who will fill that vacancy based on need and qualification.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

There are three operations in CDP: Administrative, Field, and Homeland Special Operations. They are under the direction of a Deputy Chief. Each operation is divided into bureaus or districts under the direction of a commander/commissioner. Bureaus and districts split into sections and sections are divided into units. Field Operations (FO) is the largest operation and encompasses the five Districts, the BCP, and the Bureau of Traffic (BOT).

    i.  Neighborhood Districts

District commanders are responsible for problems, crime, and fear of crime in their districts and will be held accountable to respond to it. District Commanders have officers assigned to their office to handle non-patrol tasks including the District Training Coordinator and Community Engagement Officers. District Training Coordinators conduct and track training of the officers assigned to their districts. The Community Engagement Officers (CEO) are a part of a grant-funded program that requires officers to seek and maintain community partnerships from a cross-section of the community. They are expected to provide community and collaborative problem-solving training to officers in the district and actively participate in neighborhood walks, and foot and bike patrols. This program is not a specialized unit. Instead, CEOs are picked from the group of officers assigned to that district by the district commander to fulfill the CEO mission. CEOs will work directly with the District Policing Committees (DPC) by attending the monthly meetings and gathering pertinent engagement and problem-solving information.

The five neighborhood districts contain more than 70% of all CDP personnel. Officers assigned to Districts interact with the community daily. As such, they are primarily responsible for CPOP. There are two sections in each District; patrol and support. The Patrol Section is mainly responsible for all calls for service and community engagement activities. The Support Section provides operational support to the Patrol Section in the form of detective follow-up, vice investigations, traffic enforcement, and localized quality of life enforcement. Captains oversee the sections and are responsible for coordinating the activities among them.

The Patrol Section is the primary responder to dispatched calls for police services and CPOP. Officers assigned to the Patrol Section are expected to be the main points of contact for the community and collaborative problem-solving. The Support Section is secondary responders that support officer patrol section operations by providing follow-up investigations and specialized deployment.

The Community Services Unit (CSU) responds to the quality of life issues in identified target areas in the City of Cleveland; serve as the Division's Field Force



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

squads. Field Force is a term used to describe deployment of a team of officers to incidents of civil disorder, parades, public demonstrations or any large planned or unplanned event. CSU officers are deployed to high schools to assist with safety and security at dismissal times and special events in other districts.  CSU officers patrol and respond to calls for service along with the Patrol Section.

The Downtown Services Unit (DSU) (District 3 only) is responsible for providing police services in the Downtown Business District.  Officers on foot, bicycle, and motor patrol beats offer increased police visibility and handle quality of life issues, parking enforcement, traffic control, and special event staffing as needed.

ii.  Zone Integrity

Each District is divided geographically. The sector is the primary geographic subdivision of the District. The zone is the geographic subdivision of a sector consisting of one or more census tracks. One or more police vehicles patrol a sector and are referred to as zone cars. Zone integrity is a term used by members of the Division to describe ownership and accountability of assigned zones in a District. It refers to officers remaining in their designated zone throughout their tour of duty, handling all calls for service there, and ultimately having first-hand knowledge of the communities within them. Zone integrity is an integral component of officers getting to know the community, its members, and stakeholders.

Because all calls for service begin in the Communication Control Section (CCS) or dispatch, dispatching procedures are vital to zone integrity. Dispatchers shall determine which unit to assign to an incident according to the following ranked priorities:

- Not assign the incident to the CAD system (or manual dispatch) until the responding unit(s) advises they are available to copy the information.
- Check for unit availability in the zone of occurrence.
- Check for unit availability closest to the zone of occurrence.
- Check for unit availability within the district.
- Assign two (2) one-officer units to respond to a Priority 1 or Priority 2 incident whenever a two-officer unit is not available.
- Reassign units from lower priority incidents to higher priority incidents.
- If attempts to dispatch higher priority incidents at shift change are unsuccessful, call the district and request that a supervisor assigns the incident to a unit out of roll call.  Update the incident with the supervisor's name along with any other pertinent information.


- High priority incidents occurring on or near district borders may be assigned to units from adjacent districts with a street supervisor's approval when no units are available in the District of occurrence.[11]

Supervision is essential to zone integrity. Sector supervisors shall monitor the radio and give particular attention to dispatched assignments. In the event of an immediate dispatch priority assignment for a ZC with either no ZC or only one Special Response (SR) available, the dispatcher shall contact the sector supervisor for instruction. An SR car is a ZC that contains one officer. Sector supervisors have final authority for the dispatch of cars assigned to patrol.[12]

Officers assigned to zones shall remain within their assigned territory unless engaged in a law enforcement related activity (e.g., radio assignments, arrest transports, and booking) requiring them to leave their designated area. When a member needs to leave their district for any reason other than a fresh pursuit, which is covered by other orders, they shall:

- Obtain permission from their supervisor before leaving their zone.
- Complete the tasks without any unnecessary delay.
- If entering another jurisdiction ensures the local jurisdiction is notified.

f.  Personnel

i.  Staffing

Staffing is crucial to an officer's ability to practice CPOP. As discussed above, officers are expected to spend at least 20% of their time engaging the community. Furthermore, supervisors are expected to observe and manage the officers under their command so that they are accomplishing CPOP goals. Ensuring that the Division has an adequate number of officers and supervisors, and making sure that they are assigned correctly, directly impacts the overall performance of the Division and the trust of its citizens. In 2016, the CDP began examining the manner in which officers and personnel were allocated to the various operations, particularly Field Operations. The goal was to determine the best practices for deployment based on the needs of the Division. The requirements include an examination of the number of officers needed to perform investigative and administrative tasks, respond to calls for service, and to ensure that officers have

---

[11] Cleveland Division of Police, Bureau of Communications and Property Control Communications Control Section, *General Dispatching Procedures 1.1.18.* February 10, 2017

[12] Cleveland Division of Police General Police Order, *Patrol and Patrol Supervision 3.1.03,* August 13, 2002.



adequate time to practice CPOP. It also includes provisions for training and time off of work.

CDP typically allocated officers based on the "coverage" or "minimum staffing" model. This model primarily focused on the number of officers required to deter crime, respond rapidly to high priority calls for service and maintain officer safety. Continuing with this approach will not allow CDP to address the needs of the Division and community which includes practicing CPOP and addressing high demand areas. As a result, the CDP is modifying its approach based on staffing studies conducted by the Police Executive Research Forum (PERF) and the International Association of Chiefs of Police (IACP) to a "work-load based" model for assigning personnel. The model is not finalized but includes CPOP principles as a foundation for decision making relative to deployment and resource allocation.

ii. Recruitment and Hiring

From recruiting to hiring, and throughout daily operations, assignments, and promotion, CPOP will be the foundation by which the Division operates. The Division strives to hire individuals who represent a cross-section of the Cleveland community who are dedicated to policing according to the CPOP model. The CDP's Public Safety Recruitment Team (PSRT) recruits service-minded individuals who reflect the demographics and ideals of the Cleveland community. They will seek to recruit candidates who exhibit critical problem-solving skills and the ability to communicate with a cross-section of the city. The PSRT has three primary goals:

- Increase staffing levels to effectively implement CPOP.
- Attract and hire a diverse group of qualified applicants from a cross-section of the community.
- Create and maintain partnerships with community stakeholders to enhance recruitment efforts.

The PSRT continually modifies its recruiting plan to find candidates more reflective of the Cleveland community. They will conduct focus groups with various community members/organizations to discuss obstacles to recruiting. The PSRT has also conducted a survey of youth in Cleveland designed to guide their efforts to recruit young people in Cleveland.

The PSRT was successful in changing the testing process for applicants to help find those well-suited to CPOP. The CDP transitioned from a test that consisted only of multiple-choice questions, to an exam that included scenarios. The scenarios test



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

several different areas, including their ability to communicate, use restraint, and help individuals that are distressed and foster positive community relations. Furthermore, the test is internet based and thus available at numerous testing facilities in and around the country. The computerized testing shortens the time it takes to process individuals and provides more opportunities for interested police candidates to take the tests. This transition has also provided the selection committee with additional metrics to make their selections. The PSRT has also created a Hiring Practice Review Committee. The committee reviews all aspects of the hiring process to ensure that CDP is hiring the most suitable candidates. For more information, see CDP's Recruitment and Hiring Plan (forthcoming).

g.  Performance Evaluations

Performance evaluations measure the performance of the daily duties of officers to ensure that they are conducting themselves in a manner that is consistent with the mission and vision of CDP. The evaluations are conducted yearly and require the review of supervisors up the chain of command. The current assessment consists of a 1 to 5 rating on several topics including customer service, dependability, quality of work, and job knowledge. The evaluation process is currently under review and will include a more detailed assessment of topics that measure an officer's use of CPOP principles and how the data will be used in the process and is expected to be completed in 2019.

h.  Promotions

Officers seeking to advance in their career take a test to measure their knowledge of Division policy and procedures, and their ability to lead. Advancements are effected through the civil service examination process. Incorporating CPOP in the promotion process reinforces the expectation that community policing is an integral part of the CDP and the responsibility of all members. Therefore, all levels of promotion will include questions and scenarios that will test an officer's knowledge of community engagement and collaborative problem-solving.

The exam will also consist of an oral assessment that includes CPOP principles. A panel of supervisory officers from jurisdictions around the country will judge and assess the promotional candidate's performance during the oral assessment. The CPOP scenario tests the officer's ability to identify and ultimately solve a community problem, and the steps used to solve it.

i.  Training

Training is crucial to the successful implementation of CPOP. It begins with officers having a clear understanding of their role in the community. CDP will provide 8 hours of



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

initial in-service and academy training about CPOP.   To successfully practice CPOP principles, officers shall:

- Understand that they exist to serve the public and must help solve community problems.
- Recognize that crime prevention is a core responsibility that requires collaboration and partnerships with community service providers and residents.
- Seek input and feedback from the community to learn or have an idea of its needs and wants.
- Provide the community with details of enforcement activities and safety initiatives.
- Meet and engage the community regularly.

i. Training Review Committee

The Training Review Committee (TRC) is a collaboration of officers and community members that reviews CDP's training plan. The Commander of the Bureau of Support Services leads the committee which includes officers assigned to the Training Section, District Training Coordinators, collective bargaining unions, and member(s) of the Community Police Commission (CPC). The committee will meet quarterly and review and update CDP's training plan as needed.

ii. Recruit Training

A recruit is a police officer candidate who has been accepted into the CDP Academy and is training to become a police officer. While in the academy, recruits participate in classroom and practical instruction. They learn state laws, criminal investigations, case laws, patrol procedures, firearms training, traffic control, defensive driving, self-defense, and first aid. They also receive CPOP training and hands-on experience including participation in CDP's Community Engagement Day.

- Community Engagement Day
  The CDP Training Section, in collaboration with the Cleveland Central Promise Neighborhood, created a Community Engagement Day, dubbed "Reverse Ride-A-Long" for the academy recruits. During the day, recruits ride with members of the community who provide cultural and historical information about the areas they are touring. The goal is to expose the recruits to different neighborhoods in the city, provide historical information, practice interactions with community stakeholders, and reinforce the CPOP mindset before


assignment to a district. Community members have shown great enthusiasm and interest in assisting CDP with this training.[13]

During the tour; the recruits visit several locations where they meet with community leaders, service providers, and local business owners. During the lunch break, the recruits and community members eat together and continue to engage. In the end, the recruits write a brief synopsis detailing their experiences.[14]

iii. In-Service Training

Annually, all officers are mandated to attend in-service training. The training covers various topics that may change from year to year. Beginning in July 2018, CDP started Community Engagement and Problem-Solving training that includes the following subjects:

- Methods and strategies to improve public safety and crime prevention through community engagement.
- Promoting the development of new problem-solving partnerships between the police and community, targeting problem-solving and crime prevention.
- Leadership, ethics, and effective communication and interpersonal skills.
- Community engagement, including how to establish partnerships and actively engage civilians and community organizations, including youth, LGBT, homeless, and, mental health organizations and communities.
- Principles of procedural justice and its goals. (Procedural justice refers to the idea of fairness in the processes that resolve disputes and allocate resources. It is a concept that, when embraced, promotes positive organizational change and bolsters better relationships. Procedural justice speaks to four principles, often referred to as the four pillars; fairness in the processes, transparency in actions, opportunities for voice, and impartiality in decision making).[15]
- Resolving conflict and verbal de-escalation.
- Cultural competency and sensitivity.

---

[13] *See Community Feedback pg. 18.*

[14] Past stops included: Fatima Family Center, Khemu Lighthouse Foundation, Collinwood Catholic Ministries, University Settlement, Friendly Inn, Hispanic Alliance, Life Exchange Center. More stops will be added as the program grows.

[15] Community Oriented Policing Services, *"Community Policing Topics: Procedural Justice","* U.S. Department of Justice. March 8, 2018, https://cops.usdoj.gov/Default.asp?Item=2866.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

This initial training is 8 hours. Subsequent Community Engagement and Problem-Solving training will occur annually.  All other appropriate non-administrative training, such as de-escalation, use of force, bias-free, and crisis intervention contain CPOP principles. More details about the subsequent training will be included in the 2019 In-Service Training Plan.

iv.  Field Training Officer Program and Probationary Police Officers

Upon successful completion of the Cleveland Police Academy, new officers referred to as Probationary Police Officers (PPO), will be placed in the Field Training Program and assigned to districts, on a probationary basis for a minimum of six months. During this period, a certified Field Training Officer (FTO) is tasked with teaching, coaching, mentoring, and evaluating the PPOs.

The Field Training Program refers to training and observation that is conducted by an officer at a district, with officers that have completed FTO training provided by the Cleveland Police Academy. The 25 weeks is divided into five phases and is considered an extension of academy training.

FTOs are selected based on numerous qualifications including performance evaluations that include CPOP, discipline history, and supervisor recommendations. Once selected, candidates will complete a series of certification courses conducted by the Training Section and tested to ensure subject matter competency. The competency test will include questions that will challenge their knowledge of CPOP principles. Upon completion, they will be monitored by the FTO Coordinator (FTC) and directed by the FTO manual. The FTC is a supervisor that is assigned to the Training Section and tasked with overseeing the FTO program.

FTOs are required to confirm that the PPO possesses the necessary skills to practice CPOP principles. The FTO will observe how the probationary officer engages the community, and his/her ability to identify and address underlying safety issues. During the Two-Officer Self-Initiated Phase, the PPO and FTO will focus on skills such as community policing, criminal activity, drug activity, operating a vehicle while intoxicated enforcement, and report writing. Also, during this phase, FTOs will evaluate the PPO's ability to make citizen contacts where a brief report is required that describes the interaction. At all times, the FTO is mandated to observe and evaluate the PPO's abilities in all targeted areas including CPOP.

FTOs will document their observations on the Field Training Daily Observation Report (FTODOR). The FTODOR is completed daily and tracks the FTO's



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

inspection of the PPO. It currently lists as headings, Core Values, Patrol Procedures, Communication, Professional Knowledge, and Tactics (see attachment). It is being revised to include a CPOP section. At the end of the probation period, FTOs are required to complete the End of Phase Observation Report (EPOR). The EPOR is a more detailed account of the observations made by the FTOs.

j.  Equipment and Resources

In 2017, the CDP examined its equipment and resource needs and created a plan for improvement to ensure that officers have the tools needed to complete their tasks. Once fully implemented, the equipment and resource plan will increase the Divisions operational efficiency and its ability to practice CPOP. The objectives of the policy are as follows:

- Provide a roadmap for Public Safety Applications, Infrastructure, Operations, Governance, and Administrative management.
- Gain greater efficiency in resourcing, tracking and scheduling work.
- Provide real-time mobile access to data and data entry.
- Improve monitoring and control through on-demand reporting.
- Reduce paper-based processes by automating business processes.
- Expand intelligence and analysis capabilities through better data collection systems.[16]

Appropriate, functional equipment and resources is a necessary component/ingredient that allows officers to practice and implement the programs, models, and approach described in this plan. Some of the aspects of the equipment and training plan that will be vital for entirely performing CPOP include: increasing and updating the fleet of vehicles, computers, and Mobile Display Terminals or MDT (in-car computers), and also the implementation of the Field Based Reporting System (FBR). Using the in-car Mobile Display Terminals, officers are provided with the means to complete booking and incident reports digitally and electronically forward for further processing.[17] Each system makes the duties of the officers more efficient by reducing the amount of time it takes to complete the tasks. Before using the systems, officers were forced to make stops at the District as opposed to finishing them in the field.

k.  Social Media strategy

Another common theme identified through CDP's community outreach efforts concerned community members' belief that CDP could better engage younger residents, more

---

[16] Cleveland Division of Police, *"Equipment and Resource Plan"*. December 7, 2017.
[17] Cleveland Division of Police Divisional Notice, *Field Based Reporting (System): Operations 17-261*, September 14, 2017.





**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

impoverished residents, people of color, and aid with recruitment through the use of social media.[18]  More than half of the respondents surveyed by the Monitoring Team believed that CDPs would benefit from improving its social media usage.

There are several social media platforms already used by CDP. The Public Affairs Office, BCP, the Cleveland Police Foundation (CPF), and each district all have Facebook pages in which community outreach and engagement occurs. In addition to Facebook, the Public Affairs Office uses Twitter, Instagram, and WordPress for community outreach and engagement.

The Division uses social media platforms to release pertinent information such as missing persons, high profile arrests, wanted persons and cases of high public interest.  Also, the feeds are used to enhance everyday communications with the public with notices of police community events, photos, and videos.

We are currently in the process of utilizing Facebook Live to engage with the public and showcase different opportunities and assignments within the Division.  Most recently, the Public Affairs Office partnered with the Recruitment Unit to produce a Facebook Live video for Lateral Transfer officers. The Public Affairs Office uses live streaming social media (FB Live and Periscope) during planned events (St. Patrick's Day, RNC, PRIDE in the CLE, etc.).

The social media feeds continue to grow and are very popular, especially during high profile events. All feeds are monitored and used as sources by local media.  Many photos, videos, postings, and tweets have gone viral, being quoted, shared and becoming a part of national media stories.  New platforms and apps continue to be evaluated and considered (Snapchat) for use in police social media.  Best practices are continually monitored and adjusted regarding evaluation and adaptation.

Members of the community also recommended that CDP use social media to track positive and informal interactions between the police and the community.[19]  This information will be captured and monitored through the CAD system.

The CDP has already utilized social media in many of the same ways that the community recommended. However, more work is needed. Therefore, CDP is increasing its efforts of informing the public of the social media platforms and expanding their usage about CPOP activities. The PIO, District, and BCP commanders will disseminate the information on their social media platforms at least quarterly.

---

[18] *See CPMT Community Feedback pg. 20.*
[19] *See CPMT Community Feedback pg. 20.*



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

4. Organizational/Community Partnerships

    a. Asset Mapping

An "Asset Map" is a tool used to "inventory community resources-individual by an individual, association by association, institution by institution, and employer by employer."[20]  The City of Cleveland Office of Prevention, Intervention, and Opportunity for Youth and Young Adults maintain the current map of community and government resources. Creating the map was a collaboration of many different city entities including the City Planning Commission and Safe Routes. It contains locations of recreation centers, schools, faith-based organizations, and community resource/organization locations, and mapped for each District. It will be distributed to all commanders and available to all officers.

Additionally, the PSRT will utilize the map to make direct contact with those leaders in the community for additional recruitment outreach. It will not be used to capture or catalog information about individual community members. It will only include information about community resources.

The current map is a reference source for the districts to use to identify resources in their neighborhoods that could assist with CPOP. Each district has a unique mix of communities with distinct wants/needs, and many may not be exclusive to a pinpoint on a map. Having this initial map showing the makeup of the neighborhoods in the Districts will benefit District personnel as they create partnerships and coproduce safety especially as it relates to those that do not readily interact with the Division. It is also vital for the District Policing Committees to have this asset map as they take measures to increase participation. Therefore, District officers will use the asset map, and meetings with community partners to identify the groups or leaders in their area to create a packet of information about the various neighborhoods in the District and train the current and subsequently the newly assigned officers in that district.

    b. District Neighborhood Awareness Training

As stated earlier, each District is comprised of a unique mix of communities, and it is crucial that officers get to know community members in their district. Besides purposefully and regularly engaging with the community, officers will receive training that will cover topics related to the communities within their area. District CEOs and DTCs will create

---

[20] Vera Institute of Justice, *How to Increase Cultural Understanding,* Center for Problem Oriented-Policing, August 7, 2017, https://storage.googleapis.com/vera-web-assets/downloads/Publications/police-perspectives-guidebook-series-building-trust-in-a-diverse-nation/legacy_downloads/police-perspectives-guide-series-building-trust-diverse-nation-diverse-communities-cultural-understanding_1.pdf.

**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

training for the officers assigned to their districts. It will consist of the following information:

- Identification of the demographics
- Necessary cultural/ethnic information about the identified demographic
- Relevant historical events
- Topics related to police/community relations
- Suggestions to improve police/community relations from the perspective of community members and officers

The CEOs and DTCs will use a variety of methods to gather the information needed for the training including:

- Partnering with community organizations
- Eliciting information from community members
- Conducting surveys
- Researching historical topics

With authorization from their Commander, along with the Training Coordinator, CEOs will circulate the information and train their fellow officers about the neighborhoods during numerous roll calls. District Commanders will ensure that every current and newly assigned officer completes the training, while the Training Coordinator will track it.

c. Partnerships and Programs

Community partnerships are a critical component of collaborative problem-solving. Community stakeholders are individuals or organizations that have an interest in the City of Cleveland. They are a valuable resource in identifying community issues that may not readily be apparent to the Division. They assist with prioritizing and determining appropriate methods of addressing the problems.

The partnerships will lead to an increase in community confidence in the CDP and allow the Division and the community to share responsibility for the safety of the public. The CDP will create community partnerships and co-produce public safety by providing opportunities for officers to know the neighborhoods, expand its outreach efforts and accessibility, and to engage the community to elicit feedback about CDP policies and procedures.[21]

---

[21] Some of the existing community partners include: Partnership for a Safer Cleveland, the Office of Some of the Community Partnerships include: Partnership for a Safer Cleveland, Impact25, Peacemakers Alliance, Frontline Services, Office Prevention, Intervention and Opportunity for Youth and Young Adults, NOBLE, and EYEJ: Empowering Youth, Exploring Justice.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

The CDP and its officers will engage and develop partnerships with a cross-section of Cleveland's communities. One of the communities that the Division will build a relationship with is the LGTBQ community. In 2018, CDP appointed a Commander as the first police liaison to the LGTBQ community. The Commander's primary role is to improve the relationship between the community and officers. Other tasks and functions of will be created by the Commander and the LGTBQ community jointly.

Organized/Planned engagements such as Coffee with a Cop, the Police Athletic League, Public Safety Fairs, Block Clubs and Festivals, community meetings, neighborhood (residential/business) safety presentations, are also venues to engage and get to know the community. CDP officers attend many planned events that give officers and the public an opportunity to connect in "non-law enforcement activities."[22]  Community members have also expressed that they prefer the officers who are assigned to their district participate in the events as opposed to Command Officers and the BCP.[23]  The goal is to have officers engage with members of the communities that they patrol in non-law enforcement activities, create community contacts, provide safety information, and get to know the people in their area.

The BCP also has a police supervisor assigned as the liaison to the Cleveland Police Foundation. The CPF is a non-profit organization that supports the CDP. The mission of the CPF, as stated on their webpage is to, "…strengthen the bonds between the Cleveland Division of Police and the citizens it serves, working together to make our city safer for all."[24]  The CPF supports and invests in community policing initiatives that promote CPOP principles. The CPF also sponsors a Community Policing Officer of the Month and Year where they award an officer who displays the ideologies of CPOP. Community engagement endeavors that have been supported by the CPF that CDP will continue to support public engagement initiatives such as Coffee with a Cop, Cops and Christmas, the Fourth Neighborhood District Bike Patrol, Gun Buyback initiative, the Police Athletic League (PAL) and the Little Free Libraries.

Another program that the CDP will continue to participate in is the Cleveland Police Explorers Program (Explorers). The Boy Scouts of America created the Explorers for community members, ages 14-21, who have expressed a desire to explore law enforcement as a career. The program falls within the CPOP framework in two areas, engagement and recruitment. Explorers regularly engage with officers during meetings, training and community events and provide the CDP with another tool for recruiting young men and women in the city.

---

[22] *See Community Feedback, pg. 13.*
[23] *See Community Feedback, pg. 14.*
[24] Cleveland Police Foundation, *Mission Statement,* August 27, 2017, http://www.clevelandpolicefoundation.org.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

One of the goals of the Explorers is to recruit explorers to become police officers. One obstacle to achieving that goal is the gap between graduation from high school and eligibility to become an officer. To become an officer in Ohio, an individual must be 21 years old. In 2017, the CPF and BCP created the Pipeline to Police Program. The program is designed to bridge the gap between high school graduation and police entrance eligibility by providing job and schooling opportunities.

In 2019, the CDP will begin a program that will focus on trust between the community and police. Officers will attend community meetings and events in order to talk about the history of the CDP, how to make complaints, policies and procedures, and how the community and police can work together to solve neighborhood issues. The history of the CDP will include general information about the division's milestones and accomplishments, and will also include high profile incidents that have had positive and negative impacts on trust.

d. District Policing Committees

The City of Cleveland and the Cleveland Division of Police (CDP) recognize that a significant component of having a successful police department is creating and maintaining relationships with stakeholders in the city. As such, the Mayor, Safety Director, and Chief of Police expect all members of the Division, particularly the District Commanders, to create and maintain relationships with community influencers within their respective commands, and to be responsive to their safety and policing concerns, including actively participating in DPCs.

DPC meetings are open to all members of the community. They provide direct access to the district commander and other members of law enforcement. Each month, the commander's report/share crime statistics and discuss strategies to address crime. Residents provide input on the approach and interact with officers in their district. In addition to the monthly meeting, DPCs do the following:

- Promote block and street club development.
- Partner with the prosecutor's office to provide court watches.
- Identify, assess and collaboratively solve problems in their District.
- They will also use the sessions to elicit input on the Divisions policies and procedures.
- Assess the Divisions overall performance and its CPOP activities. For more information, see CDP's District Policing Committee Strategy (forthcoming).
- Beginning in 2019, at least once annually, dedicate a session to explaining CPOP and the SARA.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

5. Measuring Success

    a. Data Collection

Measuring CPOP success is a multilayered initiative. The first layer is to track CPOP activity. The next layer is to identify areas of deficiency and address them to make improvements. The CDP will collect and maintain data to measure and evaluate the Division's effectiveness and transparency. The City of Cleveland has hired a "Data Coordinator" who will ensure that the data is collected and tracked.[25] The data will provide CDP supervision with a means to monitor the activities of their subordinates and establish a baseline of productivity to aid in the annual performance evaluations. The data coordinator will provide the BCR with CPOP data.

Data collected will include community outreach, engagement, bike and foot patrol frequency, organized/planned events and unplanned engagements and input into the Computer Aided Dispatch System (CAD). After completing an activity, officers will have the opportunity to return to their cars and add the data to the computer.

In addition to data in CAD, the data coordinator will also track problem-solving data entered in the other system.

Officers will continually input CPOP data into CAD. At least annually, the Data Coordinator will extrapolate data associated with CPOP activities including the frequency and type of actions taken, and broken down by District. Supervisors will use this information during the annual performance evaluations.

    b. Community Surveys

Community surveys will be conducted to measure public satisfaction with policing, attitudes, among police personnel, and the quality of police-citizen encounters.[26] The survey will address officer and Division performance regarding community partnerships and CPOP activities.

    c. Community and Problem-Oriented Policing Review Committee

---

[25] *See Settlement Agreement, ¶ 257.*
[26] *See Settlement Agreement, ¶ 363.*


To ensure that officers are practicing CPOP principles and to assess the effectiveness of the Divisions practices about the CPOP Plan, CDP will create a CPOP Review Committee. The committee will consist of the following:

- Commander of the Bureau of Community Policing/Relations
- The Compliance Team
- Data Coordinator

The review committee will:

- Meet quarterly
- Review all community engagement data collected
- Identify gaps in the 20% expectation
- Review the results of surveys
- Identify gaps
- Create a biannual report of the findings and recommendations for improvement

The goal of the committee is to use data and surveys to assess the effectiveness of the CPOP Plan and provide suggestions for improvement.


6. Conclusion

With the Community Wellness Model serving as a metaphorical guide, CDP aims to promote healthy communities and establish maintenance plans to sustain those improvements. The Cleveland Division of Police has high confidence that, to the extent that we can follow the roadmap outlines herein, our organization of dedicated men and women working in partnership with the community, will bring about healthy neighborhoods and add to the overall vitality of the city.


**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

## 7. APPENDIX I: Engagement with Youth

Creating opportunities, by which officers can interact with the youth, will take several forms. One form of engagement is programs and training. Below contains a list of some of the programs and training that the Division participates in:

- Annual Christmas and Halloween Parties
- Anti-Bullying Training: Taught to children between the ages of that provide necessary information as to what constitutes a bully and what to do when being bullied.
- Case Western Reserve University Youth Camp: This sport-themed camp pairs officers with 8-16-year-old participants.
- Cleveland Police Explorers Program (Explorers): This program sponsored by the Boy Scouts of America where community members, ages 14-21, have expressed a desire to explore law enforcement as a career. The Explorers are exposed to officers and given law enforcement training including community policing. This program runs year around.
- Chess Challenge
- Cooking with Cops: Citywide competition in where district officers' partner with youth in their district and compete against the other districts.
- Cops for Kids: The Cops for Kids program that provides children with resources and gifts. Many of the gifts are funded through the Cleveland Police Foundation (CPF). In addition to purchasing toys, Cops for Kids purchases socks, shoes, coats, backpack and other supplies for needy children.
- Cops for Kids Fishing: As a part of the Cops for Kids program, the fishing event is both an interaction and teaching opportunity.
- DARE: Using the Socio-Emotional Learning Theory, the training provides kids with basic training designed to make a healthy choice. Officers teach and interact with 5th graders for eight weeks.
- Eddie Eagle Gun Safety: Teaches gun awareness and safety to children.
- Family Fun Day: Officers interact with families at neighborhood parks.
- Friendship through Reading: Officers read to children at various educational facilities.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

- Gang Resistance and Education Training (GREAT): Provides training about the dangers of joining a gang and tips to avoid them.
- Ice Cream Socials: District sponsored events designed to cause police/community engagement.
- Kickball with Cops: During the summer, each District plays kickball with children that live in the District.
- Let's Chill Together: In partnership with Pierre's Ice Cream, this program is designed to cause interaction between officers and community members in their District.
- Movie Night: District sponsored an event designed to create interactions between officers and community members.
- Our Voices Matter: This program is designed to create a platform for youth to talk about issues that are important to them. Topic includes police/community relations and use of force.
- Public Safety Pipeline Program: The Pipeline Program will catalyze students to become police officers, dispatchers, corrections officers, forensic laboratory technicians, cybersecurity analysts, and military leadership. The program will achieve the following outcomes; Generate interest and respond to increased inquiries for careers opportunities in public safety among youth in underserved areas, close the current gap between high school graduation and eligibility age to apply to enter a career in public safety (known as the "Gap Years"), prevent candidates from establishing a criminal record during these Gap Years, allowing them to pass a background investigation, and prepare candidates to successfully pass the Civil Service Exam and physical fitness exam.
- Shadowing Program: Officers interact with kids that participate in the Boys and Girls Program and local middle schools. The officers give the kids a tour of police headquarters, talk to them about careers in law enforcement and current events, and eat lunch together.
- Rape Aggression and Defense (RAD) System: Self-defense tactics and techniques geared toward women and young girls that provide awareness and, prevention, and risk reduction and avoidance.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

- Ride to Achieve: Ride-2-Achieve is a Cleveland Police-led community bike ride to engage and motivate students to come to school every day and achieve success, both academically and as citizens of their community.

- Safety Fair: Annually, each District and the BCP sponsor a safety fair.

- Sankofa Mural: Fifth District officers partnered with the Sankofa Foundation to create a mural with youth that lives in the District. After agreeing on a picture, officers and youth paint the image and the Sankofa Foundation displays it on the side of a building in the district.

- Stranger Danger: teaches children how to avoid strangers and gives adults tips to keep their children safe from abduction.

- Student Police Academy: Officers partner with Martin Luther King Jr. High School to teach law enforcement courses for the Public Safety Program. The officers also accompany to the students on various field trips that include a tour of the FBI Headquarters and the Medical Examiner's Office.




**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

8.  APPENDIX II: 2019 Action Steps

| Action Step | Deadline |
|---|---|
| First draft of the CPOP GPO | 3/1/2019 |
| First draft of the curriculum for District Awareness training | 3/1/2019 |
| Bureau of Community Policing transition to the Bureau of Community Relations | 3/1/2019 |
| Complete the training of all officers on Community Engagement and Problem-Solving | 6/28/2019 |
| Complete the District Awareness Training | 10/25/2019 |
| Complete CPOP training for all officers | 10/25/2019 |
| Develop CPOP Review Committee | 10/25/2019 |
| Update and distribute Asset Maps | 10/25/2019 |
| Determine the feasibility of the "Verified Alarm" response | 12/27/2019 |
| Establish a program designed to address the community about the history of CDP, policies and practices, and how the community and police can collaborate to solve-problems | 12/27/2019 |
| Ensure CPOP principles are used during evaluations and promotions | 12/27/2019 |
| Publish community engagement activities broken down by district | 1/31/2020 |
| Increase advertisement of District Policing Committees, Online Crime Reporting, the Division's community engagement activities and various social media platforms. | Ongoing |
| Promote officer wellness initiatives | Ongoing |



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

9.  APPENDIX III: General Police Order 1.1.32 Wellness Program

**PURPOSE:**   To institute the Cleveland Division of Police Wellness Program, an extension of the Employee Assistance Unit (EAU).  This proactive program based on the National Institute of Justice's peer support model is designed to enhance the wellbeing and welfare of Division members. The Wellness Program is a confidential, voluntary program of peer support to provide members support and alternative resources in times of stress as well as information, literature, and training. Contact is voluntary and confidential.

**POLICY:**   The Division strives to create the best working environment for its members. By assisting members, when they are in need emotionally, physically, spiritually, financially or socially, the health of the member prevails. Healthy members are generally more safe, productive, compassionate and responsive to others.

**PROCEDURES:**

I.   The Wellness Program shall:

    A.   Provide members with a trained peer support officer to whom they can express frustration, fear and other concerns.

    B.   Promote trust, anonymity, and confidentiality for members who use the Wellness Program.

    C.   Support the member in determining their needs and the immediacy of seeking professional help.

    D.   Be in contact with those on sick leave to offer support and assistance.

    E.   Provide options to assist the member in resolving their concerns in a timely and appropriate manner, including but not limited to:

        1.   Off-Site Support Groups
        2.   Information
        3.   Training/Opportunities

II.   Contact the Wellness Program

    A.   Members may contact the Wellness Program by telephoning 623-5142.
    B.   Through the Medical Director's office telephone number at 623-5676.
    C.   The Employee Assistance Unit (EAU) telephone number is 623-5678 and may be utilized 24 hours a day.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

10. APPENDIX IV: General Police Order 1.1.38 Post Traumatic Incident Protocol

      **PURPOSE:**    To establish a support protocol for members of the Division who have been involved in a traumatic incident.

      **POLICY:**    The Division shall strive to create processes that promote a healthy and productive workforce. The procedures contained herein are not intended to be critical of a member's actions surrounding a traumatic incident. Rather, these procedures address an administrative concern for the physical and emotional welfare of a member involved in a traumatic incident, especially one resulting in another person's death or serious injury. The Chief of Police, in consultation with the Division's Stress Consultant, shall be the final authority in determining what constitutes a traumatic incident.

**PROCEDURES:**

I.    A "traumatic incident" is an event that can cause great distress or disruption in a member's life. "Traumatic incidents" may include, but are not limited to:

    A.    A member involved in the use of deadly force incident, with or without death or physical harm.

    B.    Members involved in or witness to an incident resulting in the death or serious physical harm of another person.

    C.    A member experiences an incident that exposed the member to potential serious physical harm or death.

II.    Supervisors shall notify the Communications Control Section (CCS) to contact the Employee Assistance Unit (EAU) in the following situations.  EAU shall monitor the situation and determine an appropriate response.

    A.    Line of duty death.
    B.    Serious line of duty injury.
    C.    Suicide of a co-worker.
    D.    Multi-casualty incident.
    E.    Officer-involved incident that results in the serious injury or death of anyone.
    F.    Death or violence involving a child victim.
    G.    A prolonged event, with negative results.
    H.    Incident with extensive media attention.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

I.     Incident charged with profound emotion (e.g., witness suicide or perform CPR).

J.     Serious off-duty injury.

K.     Any incident that an on-scene supervisor reasonably believes a member should consult with EAU for the member's emotional health.

III.    Use of deadly force incidents resulting in death or serious physical harm.

    A.     The Chief of Police or Deputy Chief of Homeland Special Operations shall ensure the member is not scheduled for duty on the next three calendar days immediately following the event. Those days that are not regularly scheduled days off shall be entered as paid administrative leave.

    B.     The member shall remain on paid administrative leave until the member meets with the Division's Stress Consultant. The EAU shall schedule this meeting to occur within three days of the critical incident event.

    C.     EAU shall notify and provide updates to the member's commanding officer regarding the member's initial days off, administrative leave, and/or duty status throughout the process.

    D.     The involved member shall on the next business day after meeting with the Stress Consultant also meet with the Medical Director.

    E.     At the request of the member and/or the recommendation of the Stress Consultant, the Chief of Police may extend the duration of paid administrative leave or inclusion in the post-traumatic event recovery program.

    F.     After meeting with the Stress Consultant and the Medical Director, the member shall be detailed to the EAU on restricted duty status for a minimum period of 14 days and shall participate in a post-traumatic event recovery program that includes:

        1.     Regular consultation with the Stress Consultant during the first 30 days. The follow-up intervals shall be 2 months, 4 months, and 11 months post incident or at a frequency determined by the Stress Consultant and the member.

        2.     Regular consultation with EAU peer counselors.

        3.     Participation in a physical conditioning program in the Gymnasium Unit and/or the Division scheduled individualized EAU program.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

4.    Spending additional personal time with family members.

5.    Participation in resilience training as determined by the Stress Consultant.

G.    Members may be placed into transitional duty or other duty status as determined by the Chief of Police upon completing the EAU detail.

H.    After the member is cleared by the Stress Consultant to progress further in the post-traumatic event recovery program; the Medical Director shall schedule an appointment for the member to consult an outside psychiatrist.

I.    Upon being notified by the outside psychiatrist that the member is cleared, the Medical Director will notify the member to report to the Medical Unit.

J.    Upon the recommendation of the Medical Director, the Chief of Police may return the member to regular duty status or place the member into transitional assignments for varying periods of time at the member's request and the discretion of the Chief of Police.

K.    The Chief of Police shall consider assignment recommendations from the Medical Director, Stress Consultant, EAU, and the needs of the member and the Division.

IV.    Use of deadly force incident with no resultant death or serious physical harm.

A.    The Chief of Police or Deputy Chief of Homeland Special Operations may place the member on paid administrative leave not to exceed three calendar days.

B.    Members shall consult with the EAU, Stress Consultant, and Medical Director within three calendar days of the incident, with mandatory follows up sessions to be determined by the Stress Consultant.

C.    Members may request to be detailed to a temporary transitional assignment selected by the Chief of Police, but only after meeting with the Stress Consultant. The EAU shall schedule any required appointments.

D.    After meeting with the EAU and the Stress Consultant, the member shall meet with the Medical Director prior to returning to full duty status.

V.    Traumatic incidents not related to use of deadly force.



**Community and Problem-Oriented Policing Plan**

Chief Calvin D. Williams

A.     The member may be placed on paid administrative leave by the Chief of Police.

B.     If on paid administrative leave, the member shall meet with the Division's Stress Consultant and Medical Director. EAU shall schedule these meetings to occur within three calendar days of the critical incident event or date that the member first seeks the assistance of a past critical incident event.

C.     EAU shall notify and provide updates as applicable to the member's commanding officer regarding the member's duty status.

D.     The Stress Consultant may recommend to the Chief of Police that a member is returned to regular duty, additional paid administrative leave days, sick leave, and/or detailed to a temporary transitional assignment. The Chief of Police, in consultation with the Stress Consultant and EAU, shall be the final arbiter in the disposition of the member's status.

VI.    Members placed into transitional duty, as determined by the Chief of Police, may be detailed to a section or unit that includes, but is not limited to:

A.     Communications Control Section
B.     Training Section
C.     Crime Scene and Records Unit (Administrative duties)
D.     Forensic Unit (Front office)
E.     Financial Crimes Unit
F.     Personnel Section
G.     Property Section
H.     Supply Unit
I.     Mounted Unit
J.     Record Section
K.     Special Victims Section
L.     Fugitive Unit (Administrative research on wanted persons)

VII.    Secondary Employment - Members shall not engage in any security or law enforcement secondary employment while on Restricted Duty, Transitional Duty, or paid administrative leave. Members required by this order to take part in the post- traumatic event recovery program or that request to be on paid administrative leave because of a traumatic incident shall have their secondary employment temporarily revoked until notified by EAU of reinstatement.