# EXHIBIT A

# CITY OF CLEVELAND
# SAFETY FORCES
# Five Year
# RECRUITMENT PLAN
# **2017**



Letter from the Director………………………………………………………………4

Introduction…………………………………………………………………………6

Department Overviews:

      Division of Police…………………………………………………………7

      Division of Fire……………………………………………………………….

      Emergency Medical Services…………………………………………….

      Recruitment Goals and Objectives…………………………………14

From:       Michael M. McGrath, Director of Public Safety

To:            Department of Justice, the Community and all Divisions

Subject:    Public Safety Recruitment

Attracting a diverse group of qualified public safety personnel has become quite a challenge. Police in particular "are suffering from severe attrition rates due to overexposure of police violence in the media and an increase of violence against officers in response to those incidents."[1] If we fail to take a more proactive and sustained initiative, the challenges we face over the next five years will be unreasonably difficult.

As we look to the future, several priorities are clear. First, the Cleveland Division of Police is under an agreement with the Department of Justice to meet mandates articulated in the Consent Decree. This includes, among other things, strategies geared towards attracting officers who possess strategic thinking and problem-solving skills, emotional maturity, interpersonal skills, and the ability to collaborate with a diverse cross-section of the community.  Our plan is to increase staffing levels, whereby officers can interact positively with the community and address community issues. When there is adequate time in an officer's schedule, he/she can strike a balance by effectively engaging in community and problem oriented policing without undermining the division's ability to respond to calls for service. The proposed increase in staffing should facilitate our efforts to support all the concepts related to community policing.

Second, our public safety forces currently do not reflect the demographics of our community. Over the last several years across the nation there is a consensus that our public safety forces should reflect the community it serves and employ those who understand and respect the type of community they work in.[2]

Thirdly, we are currently at a deficit in each of our divisions.  Retirement projections for police alone show an increase in the number of people who will retire over the next five years. Over 40% of the Division has over twenty years on the job and retirement is available after twenty five years. These realities, coupled with normal attrition, revealed the need to hire approximately 93 police, 18 firefighters, and 70 EMT's in 2017 alone.

This plan represents a significant step forward. However, those who participated in drafting this plan, and those assigned to the Recruitment Team, cannot alone attain our hiring goals. As with Community Policing, recruitment is the responsibility of all members of the CDP. We need everyone's help! Our goals are to:

   • Increase staffing levels to effectively implement our Community and Problem Oriented Policing plan (CPOP).

   • Attract and hire a diverse group of qualified applicants from a broad cross-section of the community.

   • Create and maintain partnerships with community stakeholders to enhance recruitment efforts.

I want to thank Assistant Director Barry Withers who was the initial author and project manager for the development of the Recruitment Plan. He will continue in this role as we implement the plan. Please give your utmost support to the Public Safety Recruitment Team as we begin to implement strategies to achieve each of our goals.

---

[1] Bloomberg, February 2017
[2] Hiring for the 21st Century Law Enforcement Officer https://ric-zai-inc.com/Publications/cops-w0831-pub.pdf

This page intentionally left blank

# INTRODUCTION

The City of Cleveland's primary goal is to implement a recruitment plan that ensures we attract the best candidates from a cross section of the community to reflect the diverse make up of our city and adequately staff our divisions to provide the best service to our citizens.  To accomplish this, we must recruit not only qualified individuals but those who exhibit an understanding and familiarity with the neighborhoods that are uniquely Cleveland.

A highly qualified and diverse team have been chosen as the lead to execute these duties. The Public Safety Recruitment Team (PSRT) consists of a Sergeant of Police who serves as the Officer in Charge (OIC), two police officers, one firefighter, and one emergency medical technician. According to "The Law Enforcement Recruitment Toolkit" developed by the International Association of Chiefs of Police (IACP), "…good recruiters generally share certain important skills, abilities, and characteristics: They are good public speakers, time managers, planners, and writers. They are creative, maintain a professional appearance, and conduct themselves— on and off duty—in a way that reflects positively on the department…. They are willing and available to work evenings and weekends and to travel out of town for recruitment events." Recruitment literature also recommends that an agency's targeted population be represented on their recruitment team.[3]

Sgt. Charmin J. Leon has been chosen as the Office in Charge (OIC) of recruitment efforts. Sgt. Leon holds a Master's degree in Public Administration from The City University of New York's Baruch College, is an accomplished public speaker, facilitator of middle and high school based curriculums designed to bridge the gap between the community and law enforcement and co-writer of numerous local, state and federal grants servicing inner city youth populations.[4] Sgt. Leon oversees six other staff members who are described and introduced below. Officer Felton Collier completed over 60 hours at Eastern Michigan University in Communication and most recently served as a Field Training Officer in the Fifth District. He is a veteran of the United States Marine Corps where he also served as a successful recruiter. Officer Marie Clark, a ten year veteran of the Division of Police, most recently served as a Detective in the First District where she successfully served as a state's witness and professionally documented investigative reports. Clark has completed over 80 hours towards an Associate's Degree in Law Enforcement from Cuyahoga Community College. Lieutenant Thomas Pryor has served in the Division of Fire for 28 years working most recently in the personnel and statistical information unit, overseeing the hiring process. Lt. Thomas works beyond his scheduled hours for recruitment and training; attending events during the evening and weekends. Sergeant Desmond Anderson of the Division of Emergency Medical Services with 19 years of service, has been chosen for his ability to connect positively with members of the community with his engaging and infectious nature. He is a certified paramedic and instructor. Since the last submission of this plan, the PSRT has hired an Administrative Assistant. Tyler Eidson comes to the PSRT after serving two years as assistant to a Pennsylvania state representative where he managed the offices daily affairs and worked as a liaison between many agencies and stakeholders. Tyler holds a Bachelor's degree in Criminal Justice, a Master's in International Peace and Conflict Resolution and served as a research assistant while in graduate school. Finally, he assisted in monitoring, and applying prevention techniques to the Mid-Atlantic Region for community conflicts and tensions based on race, color, national

---

[3] POST Recruitment & Retention Best Practices Update; Published 2001, Revised 2006

[4] Facilitator of: 1. *Law and Your Community: What to do When Stopped by the Police* and 2. *Youth Strategies: Policing the Teen Brain* by Lisa Thurau, Esq.; Strategies for Youth; Connecting Cops and Kids based in Boston, Massachusetts.

origin, gender, gender identity, sexual orientation, religion and disability for the U.S. Department of Justice's Community Relations Division.

**Plan oversight, measurement, and evaluation** – The Director of Public Safety will conduct an annual review of the data obtained through stakeholder outreach, the annual report from the PSRT, the statistical information gathered by the City's online application service provider, NEOGOV, the testing consultant and our Data Analyst to determine if the recruitment strategy has resulted in attracting sufficient candidates to staff CDP at levels necessary for CPOP.  The data may suggest there are needed changes in the recruitment plan.  The scope and nature of the evaluation will be determined by the Director of Public Safety.  The first annual review will occur after one complete year of operation after approval of the plan, and will include any suggestions for changes to this plan and any related policies, practices, or procedures.

**Plan management**– The management and implementation of this plan will be the responsibility of Sgt. Leon, the OIC of the PSRT. Sgt. Leon will to report directly to Assistant Director Barry Withers. She will be a part of bi-weekly staff meetings held by the Safety Director.  The Safety Director's staff meeting is attended by the Chief of Police, Chief of Fire, and the EMS Commissioner, as well as other staff under Public Safety.  Attendance and information received from the OIC will provide the platform for regular oversight. Upon approval of the Recruitment plan each member of the team will provide weekly activity reports to Sergeant Leon. Finally, an annual report of recruiting activities and outcomes will be completed in March of each year after the approval of the Recruitment Plan. This plan is intended to be a living document that will change as our environment changes. It is expected that there may be adjustments to the City's goals and strategies as we go along and as evaluations on recruitment policies and activities have been completed.

The City of Cleveland's recruitment plan incorporates three (3) programmatic goals that are designed to attract qualified applicants for the Divisions of Police, Fire and Emergency Medical Services.  These are as follows and will be addressed on succeeding pages:

1. Increase staffing levels to effectively implement our Community and Problem Oriented Policing plan (CPOP).
2. Attract and hire a diverse group of qualified applicants from a broad cross-section of the community.
3. Create and maintain partnerships with community stakeholders to enhance recruitment efforts.[5]

# Division of Police Mission Statement

**"The mission of the Cleveland Division of Police is to serve as guardians of the Cleveland community. Guided by the Constitution, we shall enforce the law, maintain order, and protect the lives, property, and rights of all people. We shall carry out our duties with a reverence for human life and in partnership with members of the community through professionalism, respect, integrity, dedication and excellence in policing."**

The Cleveland Division of Police serves a population estimated at 400,000. As of September 10, 2018 the Division has 1575 sworn officers, 104 of which are in the academy. The 2018 budget for officers is 1601, leaving 26 vacancies.

| Classification | No. | Male | Female | Caucasian | Black | Hispanic | Other | Budgeted |
|---|---|---|---|---|---|---|---|---|
| Chief | 1 | 1 | 0 | | 1 | | | 1 |
| Deputy Chief | 4 | 3 | 1 | 1 | 2 | 1 | | 4 |
| Commander | 9 | 7 | 2 | 6 | 3 | | | 12 |
| Traffic Commissioner | 1 | 1 | 0 | 1 | | | | 1 |
| Captain | 16 | 15 | 1 | 15 | | 1 | | 18 |
| Lieutenant | 55 | 50 | 5 | 49 | 5 | 1 | | 57 |
| Sergeant | 183 | 149 | 34 | 131 | 38 | 12 | 2 | 212 |
| Patrol Officer | 1202 | 1031 | 171 | 796 | 272 | 117 | 17 | 1304 |
| Academy | 104 | 83 | 21 | 54 | 42 | 7 | 1 | 250 |

---

[5] June 2015 Settlement Agreement between The United States of America and the City of Cleveland

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total | 1575 | 1340 | 235 | 1053 | 363 | 139 | 20 | 1601 |
| Percent | | 85% | 15% | 67% | 23% | 9% | 1% | |
| Community | | 48% | 52% | 37% | 53% | 9% | 2% | |

In the 2010 Census, Cleveland's population was 396,815. Males: 190, 285 and Female: 206,530

The above chart provides the numbers and demographics of current officers and those currently in the Academy. It also provides the demographics of the Cleveland community. Currently, females and blacks are underrepresented in the Division of Police as compared to our community.

The outlined goals and objectives should assist in moving these percentages closer to the community demographic.

**Projected Staffing Needs:**

Over the last five years, the Division of Police has hired and separated (H/S) the following number of officers.

| Year | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| | H/S | H/S | H/S | H/S | H/S |
| | 72/84 | 56/104 | 92/85 | 109/111 | 63/73 |
| #separated | 84 | 104 | 85 | 111 | 73 |
| #dropout | 10 | 13 | 27 | 17 | 26 |
| % of sep=drpt | 11.90 | 23.21 | 31.76 | 15.31 | 35.61 |

| Class | Started | Graduated | Began | Ended |
|---|---|---|---|---|
| 129 | 61 | 40 | 10/1/2012 | 3/29/2013 |
| 130* | 24 | 19 | 4/15/2013 | 6/7/2013 |
| 131 | 49 | 44 | 11/25/2013 | 5/23/2014 |
| 132 | 48 | 36 | 3/3/2014 | 8/29/2014 |
| 133 | 63 | 44 | 7/7/2014 | 1/5/2015 |
| 134 | 40 | 32 | 4/13/2015 | 10/16/2015 |
| 135 | 55 | 42 | 12/14/2015 | 6/17/2016 |
| 136 | 56 | 46 | 9/21/2016 | 04/21/2017 |
| 137* | 20 | 19 | 3/6/2017 | 5/12/17 |
| 138 | 52 | 45 | 8/9/2017 | 3/5/2018 |
| 139* | 3 | 3 | 1/16/2018 | 3/5/2018 |
| 140 | 72 | 49 | 02/5/2018 | 8/24/2018 |

*Lateral Classes

The Cleveland Division of Police Consent Decree calls for the implementation of a Division wide community and problem-solving oriented policing policy. That is now referred to as the Community and Problem Oriented Policing plan.  The ability to effectively implement CPOP, in addition to the comprehensive staffing report, calls for us to increase our budgeted numbers for the following positions over the next 4 years:

| Classification | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| Captains | 1 | 2 | 2 | |
| Lieutenants | 2 | 5 | 4 | |
| Sergeants | 10 | 22 | 22 | 5 |
| Patrol Officers | 70 | 69 | 69 | 13 |

In 2017, Mayor Frank Jackson committed to hiring 250 officers over the next year and a half. To this end, the Department of Public Safety instituted a weekly hiring strategy committee to streamline the application process, identify any unnecessary barriers that could be removed or diminished and coordinate the efforts of the three departments involved: Human Resources, Civil Service and Public Safety. For example, it was determined that the Division of Police would need approximately five academy classes and over 2500 applicants to yield 250 recruits. As the Staffing Plan indicates, the average attrition rate over the last 16 years has averaged 80 officers a year.[6] The hiring of 250 recruits would account for attrition while bringing us closer to our budgeted staffing in 2019.

Former practice was that each eligibility list would be certified for two years, however, the charter allowed for a shorter certification period enabling the City to implement ongoing applications by certifying lists a shorter period of time. This change also allowed the city to realize an applicant pool being cultivated by the efforts of the PSRT such as increased presence on college campuses, information sessions throughout the city and attendance at career fairs.

Over the last year, the PSRT has created and participated in recruiting events in Ohio, Michigan, Pennsylvania, Florida, and California. At a time when applications for police officers has dropped significantly across the nation[7], coordination of the departments along with a full time recruitment team have allowed us to not only meet, but exceed our normal class sizes of around 50 recruits. The latest class that began on February 5, 2018 had a total of 72 recruits. An article by the Associated Press[8] highlighted our efforts in and out of state along with concerted efforts in greater Cleveland focusing on reaching demographics that may have a negative view of policing and therefore do not attend information sessions or law enforcement recruiting events. (Discussed later on page 20)

Going forward, we will work with the Bureau of Support Services to create a form to capture reasons given by recruits on why they began the Academy and did not finish.  We understand that not all recruits that begin the Academy will finish. Indeed, some attrition from the Academy is to be expected and necessary when an individual has realized that the particular career of policing is not for him/her. It is part of the ongoing screening process to ensure that only the most qualified recruits complete training and continue onto the force. Evaluating this data will help determine if there needs to be an adjustment to our recruitment plan. We have also provided separation data to our Data Coordinator, Dr. Rania Issa for follow up with those already separated so that we may collect empirical data regarding their choice to leave, whether it was pay, benefits, work-life balance, etc. and garner feedback on any suggested improvements. We continue to work with Dr. Issa in identifying which other data points are necessary and useful to reliably cite effective and ineffective recruitment efforts and publicly report those findings quantifiably.

---

[6] Cleveland Division of Police Staffing Report, page 6
[7] http://abcnews.go.com/US/story?id=96570&page=1, July 2017
[8] https://www.apnews.com/a4068b0b040f4c5fbaa020391727e0dd

Lastly, in addition to the collection of the above information, the PSRT will collect data from Civil Service on the number of persons filling out interest cards, those ultimately applying and finally, recruits by ethnicity, age, and gender in order to evaluate the success of recruitment efforts in improving the composition and diversity of the safety forces and on the quality of the recruits and eventual permanent employees. This effort will be placed as an item on the hiring committee's 'task list' as it requires the authority of high level administrators to coordinate the collection of data through our online application service provider, NEOGOV.

## Division of Fire Mission Statement

**"To serve the City of Cleveland with the highest degree of quality and professionalism through a proactive commitment to prevent and mitigate emergency situations where life and property are at risk."**

**UNDER CONSTRUCTION**

## Division of Emergency Medical Services Mission Statement

**"We are committed to improving the quality of life in the City of Cleveland by maintaining the highest ethical and professional standards of pre-hospital care, treating our patients with dignity and respect, and caring for each patient as if they were a member of our own family."**

## UNDER CONSTRUCTION

**Recruitment Goals and Objectives:**

The Cleveland Division of Police has established the following recruitment goals, and specific objectives and action steps necessary to meet those goals.

GOALS:

  I.   **Increase staffing levels to effectively implement our Community and Problem Oriented Policing plan (CPOP).**
  II.  **Attract and hire a diverse group of qualified applicants from a broad cross-section of the community.**
  III. **Create and maintain partnerships with community stakeholders to enhance recruitment efforts.**

  I.   **Increase staffing levels to effectively support our staffing plan and coordinate our efforts with the Community and Problem Oriented Policing plan (CPOP).**

The Settlement Agreement requires the Cleveland Division of Police to conduct a comprehensive staffing study to assess the appropriate number of sworn and civilian personnel needed to perform the functions necessary for the Division to fulfill its mission. [9] That coupled with the CPOP plan which changes the way our patrol sections approach and fulfill their duties, requires the need for additional personnel. The major change that will occur at the patrol officer level is that officers on patrol are required to engage in CPOP activities for at least 20% of their day. These officers are assigned to one of the five police districts which comprise over 70% of CDP personnel. This will be explained in greater detail under our third goal of creating and maintaining partnerships with community stakeholders to enhance recruitment efforts.

To effectively institute CPOP, most problem-solving decisions will be made at the street level by officers and front line supervisors, the Sergeants. [10] The additional time needed to effectively address these issues will often be consumed during an officers 'discretionary' time. 'Discretionary' refers to the time an officer spends while on duty on activities other than answering calls for service.

**Objectives:**

  1. To maintain a well-trained, full time, Public Safety Recruitment Team (PSRT) that can adequately respond to inquiries regarding employment within the Police Division and carry out the requirements of the consent decree, incorporating the tenets of Community and Problem Oriented Policing in its recruitment messaging.

In response to the requirement of our consent decree for a recruitment plan that 'will establish and clearly identify the goals of CDP's recruitment efforts and the duties of officers and staff implementing the plan', the City seized upon the opportunity to create a dedicated team to carry out this mandate, also expanding this service to the other public

---

[9] Cleveland Division of Police Staffing Report, page 5
[10] Cleveland's Community and Problem Oriented Policing Plan, pages, 6,7

safety Divisions of Fire and EMS, which will be added to this section of the plan at a later time.

Action Steps:

a) Team members will receive training pertaining to recruitment techniques, the hiring process for all three Divisions, be knowledgeable of the salary, benefits, job requirements and employment law regarding bias and anti-discrimination during the first three months on the team.

> ➢ Required reading of each team member: Hiring for the 21st Century Law Enforcement Officer, Advancing Diversity in Law Enforcement, COPS Recruitment Toolkit, the Consent Decree and other literature deemed necessary by the OIC.

> Members of PSRT will read and familiarize themselves with the tenets of the above literature. The OIC has incorporated some of the activities suggested in these documents in this plan. Please reference footnotes.

> ➢ The Secretary of Civil Service, Director of Human Resources or their designees and a personnel unit staff from each of the divisions will ensure the team is provided between 2 and 5 hours of training instructing them on the application requirements and complete hiring processes.

> As noted in the introduction, the PSRT has been selected and consists of members of each of the three Public Safety Divisions. Over the last year, the Team has met with staff from all Divisions and been directed on the hiring process and employment requirements of each one.

> The PSRT has attended two law enforcement recruitment conferences; one in Miami in May of 2017 and the OIC and a different member attended a conference in San Diego in December of 2017 where they also presented a workshop entitled "Understanding and Embracing Cultural Differences in Your Recruiting Strategies". Here they highlighted their outreach to multiple agencies serving underrepresented populations, which we have documented under the goal of attracting applicants from a broad cross-section of the community.

> Attendance at conferences that enhance the recruiters' knowledge base around recruiting and provide an opportunity to share best practices will continue to be budgeted for and sought out for attendance at a minimum of one conference per year. Currently we are scheduling attendance at the 3rd Annual Law Enforcement Diversity Career Fair in Irving, Texas in December. This conference began in Philadelphia and had over 230 agencies in attendance with over 3000 job seekers. It has been moved centrally in the U.S. to attract additional agencies from the West Coast and Central U.S. The theme of this year's conference is "Value of a Life: Partnering to Save Lives" which underscores the value of carrying out our duties with a 'reverence for human life' memorialized in our mission statement.

b) The OIC will develop for approval by the Director of Public Safety, a final recruitment policy within 90 days of the Monitor's approval of the Recruitment Plan. (Initial Draft: Appendix B)

 ➤ Accountability of members assigned to the PSRT will be measured according to the PSRT's policy and procedures manual. This is to guide the actions of these members and ensure expectations are clear towards meeting our goals. This is also to ensure that recruiters do not revert back to practices or behaviors that undermine inclusion and innovation.

c) The City will review the feasibility of absorbing background investigation duties into the Recruitment Team, along with the needed additional staffing, to best improve quality and efficacy.[11]

 ➤ The hiring review committee recently collected data from each of the Divisions as it relates to the timeframe, scope and cost of conducting background investigations. The Department of Human Resources has assigned a staff person to analyze this information and report back to the committee regarding the potential savings in cost, time and a single point of oversight for greater uniformity of these tasks.

2. Identify those individuals most suited with the ability to integrate the CPOP principles in the discharging of their duties.

It is important to communicate with the community the fundamental shift in philosophy regarding our approach to community policing. The verbiage used in our plans and the expected behaviors of our officers should be a common theme throughout our materials, posts and in our conversations around recruiting. We engage in these efforts to communicate to the public and potential applicants that our approach to policing supports community participation, engagement and support. As mentioned in the City's document entitled 'Responses to comments and feedback for the Public Safety Recruitment Plan Staff Report and CPOP updated 10-1', "our objective here will be to communicate across all of our recruitment materials and in our conversations the tenets of CPOP. As less than 7% of over 300k calls for service in 2017 ended in an arrest, the main skill set needed for effective community policing in Cleveland, Ohio is that of conflict resolution followed up by the ability to de-escalate tense situations and dispense procedural justice in all of our contacts with the public. We do this to attract persons who see themselves as cooperative components in community problem solving and to increase our success in implementing the CPOP through each officer on the Division."

Action Steps:

---

[11] Police Recruitment and Retention for the New Millennium; Chapter Four: Filling the Bucket

a) On all of our social media sites, printed materials (where feasible) and at the beginning of every information session we hold, we will include and recite the mission statement of the CDP.

  ➢ To ensure our message that Cleveland Division of Police officers are expected to be "guardians" as opposed to "warriors" and see themselves as part of the community to address public safety concerns with mutual respect and dignity. [12]

b) Include the "Wellness Model" approach expectations, which is to seek out root causes of crime in close partnership with the community, when speaking with potential applicants.

This will help to clarify the actual nature of the duties expected while employed as an officer with the City. This is important for applicants to be aware of, especially those who may not be comfortable with the level of engagement that will be required to fulfill our goals of CPOP. They may decide they are not suited for this approach to policing. In that same vein, it will be seen as attractive to those wanting this type of engagement in their employment who may not have seen the duties of officers as incorporating these efforts.

II.     **Attract and hire a diverse group of qualified applicants from a broad cross-section of the community.**

"In the 21st Century, police agencies need to use the hiring process to do more than simply disqualify the negative. Agencies need to use that process to *proactively identify and hire the positive* – candidates who possess the values, character traits and capabilities that agencies are looking for in their employees."[13]

When we speak of 'qualified' applicants for policing in the 21st Century, we are speaking of individuals that must function in a dynamic and ever changing society. The implementation of advanced technologies such as body cameras, field based reporting and the ability to direct citizens to make reports through Coplogic, requires advanced skill sets.[14] These in addition to the public's desire that recruits embody the character traits of being emotionally intelligent which encompasses the following: self-awareness, self-regulation, motivation, empathy and social skills, requires sophisticated and developed screening tools. The basic qualifications for our safety forces, police officers specifically, such as being twenty-one years of age, having a high school diploma or GED, possessing a valid drivers' license and free from felony convictions, is only the bottom rung of the ladder needed to climb in the process of becoming a truly qualified candidate in this day and age of policing.

Additionally, over many decades one goal of safety force departments across the nation has been to increase the number of women and minorities in their agencies, especially where their current personnel are not reflective of the community they serve. Having a safety force that

---

[12] Cleveland's Community and Problem Oriented Policing Plan, page 6
[13] Hiring for the 21st Century Law Enforcement Officer; COPS, PERF 2017
[14] CPOP Plan, page 13

mirrors the community lends to its legitimacy that there is equal opportunity for employment, increases the community's belief that their interests and concerns are important to the agency and that the agency is an integral part of solving crime issues.

## **Objectives:**

1. Identify and maintain a pool of qualified potential recruits.

As mentioned above, the term 'qualified' must encompass more than the minimum qualifications listed. In the past, current officers, who often do a great deal of the recruiting for agencies, would refer potential applicants based on the minimum qualifications and refer to them as a 'good' candidate. It's important that our message is clear: the minimum qualifications alone does not a good officer make. Qualified applicants should possess the skills sets mentioned above to better ensure the ability to carry out the duties of 21st Century policing.

Action Steps:

➤ Employ the most up to date screening tools to ensure successful applicants possess strategic thinking and problem-solving skills, emotional maturity, interpersonal skills and the ability to collaborate with a diverse cross-section of the community.[15] We began implementing these changes first with our new entry level exam through the National Testing Network. This is a test that identifies 9 different dimensions of our candidates (see Appendix "D"), such as their ability to think critically; a skill that reduces bias and supports better problem solving.[16] We then addressed the psychological screening by adding additional behavioral assessment tools that better determine how applicants will actually perform on the job.

➤ The establishment of a Hiring Process Review Committee. This committee is reviewing every aspect of the hiring process; applications, entry level testing, interviews, and selection process; medical and psychological testing and all aspects of training. The hiring review committee was established as a mechanism whereby the Department of Public Safety can continually upgrade hiring processes to employ the best practices to date. After each application period, the committee will review what is going well and recommended any changes that will assist in the selection of a qualified and diverse employee pool. Minorities and women have traditionally been excluded during the hiring process by unfair standards that did not correlate with their ability to do the job. The committee looks to ensure that none of our actions contribute to the exclusion of any group or gender. This committee is made up of staff from the Mayor's office, Manager of Civil Service, Director of Human Resources and representatives from each of the Divisions who have the ability to institute changes in the process.

As departments move into the 21st Century, there have been advances in pre-service processes designed to select and hire personnel for the safety forces. This committee

---

[15] See Settlement Agreement ¶304
[16] University of Southern California's Critical Thinking Initiative

will take advantage of the lessons learned through research of best practices regarding hiring and retaining the right candidates to employ. The committee will make recommendations to the Director of Public Safety who has the authority to order changes in the process which is under his control. He also can request changes to the process from other departments, i.e. Human Resources and Civil Service.

➢ Initially, the Director of Public Safety was designated as committee chair. The committee began meeting bi-weekly in March, 2018 but now meets weekly and is chaired by the manager of civil service as the Directors' designee.

➢ The committee will produce an annual report that documents any adjustments and implementations that have been made to our hiring process.

➢ The committee now consists of: the Director of Public Safety (designee), Chief of Police, Chief of Fire, Commissioner of EMS, Director of Human Resources, the manager of Civil Service and administrative staff from all three Divisions.

Prior to the establishment of a formal Hiring Process Review Committee, the Department of Public Safety held joint meetings with Civil Service to re-evaluate the entry level examination. Out of this review, a Request for Proposals (RFP) was crafted to educate ourselves on the developments of testing for entry level officers. This resulted in the recommendation to utilize the National Testing Network's entry level exam: Frontline National, which is our current vendor. We will continue to administer this exam as we collect data to evaluate its ability to predict the 9 different dimensions that are desirable traits of police officers: Observe + Assess, Communication ability, Team Orientation, Confront/Enforce, Restraint, Ethical, Help with Distress, Organizationally Oriented, and Community Relations Ability.

This year, the committee drafted a request for proposal for behavioral and psychological assessment services to ensure that we are employing the latest and most effective tools in the industry for public safety personnel. Out of this, the current provider was selected by the Civil Service Commission to continue in this role and include additional screening tools.

➢ Continue the use of a questionnaire regarding applicants' experience in working with, living in and/or volunteering in diverse urban communities during the final picks of candidates by the Safety Director and the Chief of Police.

In 2016, Chief Calvin Williams directed staff to draft a list of questions regarding an applicant's history of volunteerism, living and working in an urban environment, collaboratively working with the community on projects and teams, why they desired to work in Cleveland, their history of supervision of others and what makes them stand out from other applicants. This was designed to elicit an applicant's familiarity with the City of Cleveland, their affinity towards public service and their engagement, if any, with the various communities within it.

This questionnaire was finalized and added to the Personal History questionnaire in 2017.  The Director and Chief now employ the review of an applicant's answers

to these questions during final selections of candidates being chosen for the academy.

➢ Regularly evaluate our processes to ensure recruitment and hiring procedures and the effects of those procedures reflect the needs of the job and do not create artificial or unnecessary barriers to selection.[17]

➢ Since the beginning of January, 2018,  Public Safety Administration and the PSRT have met a total of five times with the Mayor's staff, Human Resources, Civil Service, and the law department to define each units role in the hiring process and coordinate efforts to remove any unnecessary barriers for applicants. Going forward, this activity will become part of the Public Safety hiring committee. This has resulted in the following:

    i.   A waiver of the $25 fee for testing by all applicants for their entry-level exam.
    ii.   A re-administering of the physical agility test for those applicants who failed, for a second chance at passing.
    iii.   The addition of four officers to conduct background investigations to shorten the time from interview to final picks for the next academy classes.
    iv.   The addition of another supervisor in Personnel to oversee background investigations exclusively to ensure adequate oversight.
    v.   The addition of staff in Civil Service to address any issues specific to our application software NEOGOV.
    vi.   Streamlining of the medical/psychological testing through Human Resources and Civil Service, shortening the timeframe from eight weeks to four weeks.
    vii.   Raising the pay of the recruits in the Academy from $10.50 to $15.00/hr.
    viii.   Creation of conditioning camps for the upcoming testing sessions.

➢ The PSRT met with the CEO of Business Volunteers Unlimited (BVU), a nationally recognized organization that provides consultation and capacity building to organizations. The organization will train our background investigators in behavioral based interviewing techniques which is a best practice that has proven to be far more reliable at predicting a candidate's future job performance than a traditional interview. In addition to being able to better determine an applicant's skill set around dispensing the tenets of CPOP, this training will assist in reducing any subjectivity and implicit bias that the background investigating interviewer may have, decreasing any adverse effects on applicants during this phase

---

[17] See Settlement Agreement, ¶302

of the hiring process. According to our Procedural Justice, Legitimacy and Implicit Bias training, there is a black/crime association that is not only strong in Americans, but appears to be automatic.  Although our backgrounders are of mixed ethnicities, these biases are found in all individuals. We seek to introduce this training to better ensure we remove any disparate review of applicants. Based on the proposal submitted by BVU, we are in the process of finalizing a date, location, and time for them to conduct the training.

2. Recruit applicants from multiple disciplines at colleges and universities, in addition to those candidates enrolled in Criminal Justice Programs.  The PSRT will also court applicants from disciplines such as Behavioral/Social Sciences and Health Sciences for their 'service' aspect and Urban Studies for the knowledge base students gain around inner cities and how they've developed.

To further ensure that we are developing applicants who are qualified to meet the requirements of our positions in public service, i.e.: report writing, critical thinking, resourcefulness, discharging duties in a bias free manner, etc., we will we will work with our partners at Case Western Reserve University to target other disciplines that require and/or develop those aforementioned traits.

Action Steps:

a) Recruiters will sign up for and attend career fairs at local colleges, and universities and those in surrounding states. To date we have also attended recruiting and training events in Michigan, Georgia, California and Florida.

   ➢ Recruiters have attended a number of college fairs over the last year, traveling to Toledo and Akron in February with more scheduled in the following months. (see Appendix "C") We post our upcoming fairs on our social media sites; Facebook, Instagram and Twitter. We've been registered with Handshake for the last year, a college and university student platform that serves over 700 colleges across the nation.

b) Recruiters will provide school staff such as the deans and chairs of the above mentioned disciplines, with a list of the characteristics and skill sets we are looking for in our safety forces and ask for recommendations from their student body.

   ➢ Recruiters will make appointments with school staff to inquire about their most promising students and request that they contact those students regarding their willingness to speak with us about a career with the City of Cleveland Department of Public Safety and follow up with the name and numbers of those who have given them permission to share that information with us. We are also in the process of creating cards that resemble trading cards, with recruiters and other officers' information on them such as: contact information, why they became a public safety employee, their favorite things about Cleveland including their favorite sports teams. We

will leave these, as well as other recruitment material with school staff to pass along to interested students.

3. Reduce the large gap in percentage points between the Division's demographic breakdown of minorities and women and that of the Cleveland community by 5% by the end of 2019 or the next four entry level and two lateral classes.

Although females make up 52% (206,530) of the City of Cleveland, female representation on the Division of Police is only 15% (220). Minority representation within the Division of Police is at 33% (493) although minorities make up 53% (210,311) of the City of Cleveland. We would need to hire and retain approximately 75 females and 75 minorities to meet this objective by the end of 2019. All of the efforts being taken by the City of Cleveland, Command staff and PSRT are done with the objective of expressing to the community that the Department of Public Safety not only welcomes applicants from all different segments of our community, but highlights the contributions of the women of law enforcement and other minority populations.

Action Steps:

a.) CDP will create video and radio advertisements that showcase women officers working for CDP, highlight their motivations for joining the force, and discuss the benefits of working at CDP.

➤ Over the last year, for each application period, the Chief or Commissioner of the hiring Division along with one or more of the members of the PSRT completed an interview with Radio One detailing the hiring requirements of their Division and emphasizing that women and minorities are encouraged to apply. These interviews were played on the largest Urban radio network in the nation: Radio One. They aired these clips across three of their stations that serve northeast Ohio; 93.1 WZAK, Z109 and Praise 94.5. We currently met with our account manager and will be collecting the data to tie our efforts to applicants we've received.

➤ On the PSRT webpage (City of Cleveland Public Safety Careers: http://www.city.cleveland.oh.us/CityofCleveland/Home/Government/City Agencies/PublicSafety/SafetyRecruitment ), we will create a button entitled "Women of CDP". We will work with the City's television station, TV20, to record female officers willing to share their journey on the Division and serve as contacts for potential applicants. We will post those videos on the "Women of CDP" webpage and will continue to utilize all the available social, commercial, and news media outlets to assist with the recruitment and identification of qualified applicants from our community.

The Division of Public Safety has entered into an agreement with iHeart Radio for ongoing interviews and commercial spots for hiring in the Safety Forces. During these spots, we will continue to highlight women on the job, emphasizing the connection between the ability to implement CPOP with

women's' natural desire to build relationships and networking. [18] The funding for these efforts has been placed in the 2019 budget to continue through next year.

b) Clarify through our messaging that members of all backgrounds are encouraged to apply to realize a more diverse applicant pool. CDP will ensure to incorporate officers from various cultural backgrounds in all advertisements containing more than one officer. Although women and minority populations are a targeted population a 'diverse force that mirrors the communities of Cleveland' also must include sexual orientation, religious beliefs, specialized language skills, backgrounds, and professional experience.[19]

➢ Just as with Radio One, we will maintain the variety of ethnicities and genders in our spots with iHeart Radio. Speaking with our account manager at iHeart, they have the ability to target specific audiences by many categories such as ethnicity, social interests, career interests, etc. With the assistance of iHearts experts, we will craft messages expressly meant for these audiences.

4. Reach segments of the community that we have not been successful in accessing through other efforts such as the information sessions, social media posts, recruitment events and job fairs.

Action Steps:

a) Working with Community Relations Project Coordinator of Outreach, Damian Calvert, we met with Waverly Willis, the President of The Urban Barbers Association (TUBA). Beauty, barber and nail shops are major congregating places for people in the community where everything from politics to local events and issues are discussed. Our intent was to meet in the spaces where those conversations take place to 1. Make ourselves available to hear the concerns of the community, 2. Acknowledge and validate the community's concerns where appropriate, 3. Inform the community about the reforms taking place in public safety that they may be unaware of and express that we expect the community to hold us accountable in fulfilling those reforms, and finally, to communicate that the safety forces are not a hostile work environment for women and minorities and implore the community to consider a career in public safety and/or encourage others who they believe would make great safety force employees. To date we have had four of these conversations, which last an hour and a half, and they have been quite eye opening. The community has expressed that they have not felt heard nor their concerns acknowledged and further reasoned why employment in the safety forces has not been attractive to them. At that time, we acknowledge their feelings as oftentimes being warranted and their concerns valid. It is usually at this time the tone of the conversations take a

---

[18] 3 Skills Women innately have – and why they matter in business.
https://www.thebusinesswomanmedia.com/skills-women-matter-business/
[19] Advantages in a Diversified Force; Criminal Justice Degree.com

turn and the participants are then willing to hear about the changes that are taking place. The atmosphere also changes to where our explanations of the actual culture of the Department is more palpable to those present and oftentimes, those who had not been participating in the conversation, will then engage. We are continuing to schedule these talks and two of the businesses we've visited have asked for follow-up conversations. We are creating a survey to return to the shops we've visited to gather feedback on the discussions and the participants feelings of the value of the talks. Going forward, we will have the surveys for distribution as soon as the conversation is over.

b) Recruiters attended a meeting with the Cleveland area NAACP. At this meeting, one of the members suggested that we visit local open gyms at the recreation centers to develop an applicant pool and share information regarding hiring in the safety forces.

> Recruiters collected a list of all Cleveland recreation centers and their activity schedules. Identifying open gyms, we visited those gyms and spoke with residents in attendance regarding employment within the safety forces. What was shared with us at these gyms was 1. Many have felony records that prevent them from becoming patrol officers, 2. They feel as though they are highly policed/targeted and inundated with low level offenses on a more regular basis than others causing them to become involved in the criminal justice system frequently, 3. A feeling of the potential of being an outcast if they are hired and speak up against injustices they may see while on the job. Just like with the beauty and barbershop talks, we then take this opportunity to acknowledge their concerns, validate their acknowledgement of law enforcement and sentencing disparities and talk with them about being a part of the system to be the changes that they seek.

c) The PSRT also visits area schools, providing employment education at Parent meetings (See Attachement "C") as well as providing our informational brochure at area grocery stores and doctors' offices. Recruiters carry their business cards, which indicate all social media sites and the application website, along with brochures and distribute them to places of worship and other venues they frequent. In accordance with suggestions from the DOJ Monitoring team, Laundromats will be added to these places.

5. Utilize various advertisement vehicles to garner interest in a public safety career across a broad cross-section of the community as evidenced by an increased number of applicants from non-traditional communities.

Cleveland is made up of 34 neighborhoods.  In those neighborhoods, there are many different national origins represented that make up different races, ethnicities, age groups, sexual orientations and gender identities. To attain our goal of hiring individuals from a broad cross-section of neighborhoods that make up our city, it is important that all of our

communities receive the message that they are welcome and needed on our safety forces. To that end, we will deliver our message through multiple platforms that serve a variety of audiences.

Action Steps:

    a) Secure advertising spots on various media/publication outlets throughout the Greater Cleveland area to ensure a saturation of awareness for employment opportunities for all qualified individuals in the Department of Public Safety.

➢ The Assistant Director and grant administrator have and will continue to coordinate contracting with Radio One, which touts itself as a venue "providing a mic to amplify the voice of Black America"[20] to spotlight the hiring and employment opportunities through digital, mobile, social media, and billboards in the Greater Cleveland area. Radio One also has the highest listening audience in the 18 – 39 year old range, regardless of race, in Cleveland.

➢ We will also continue our 'Guardians of the Land' segments on Radio One. Each month, we identify an officer, firefighter, and emergency medical worker chosen by the community or who has received a commendation, as our 'Guardians of the Land' showcasing our diversity and highlighting the good works that public safety personnel are doing in our communities.

➢ The Department of Public Safety has partnered also with LaMega radio station a Latino broadcasting media and production company to create four week recruitment campaigns on their station.  The listener's age range is 18 -35. LaMega radio's 87,000-member audience is largely Latino and LaMega is the only radio station in Cleveland that can provide extensive broadcasting coverage and outreach to this demographic.  Our contract with LaMega will include on air, online commercials, and in studio interviews, State –wide employment newspaper advertisement, and Facebook posts. Here, they are given our recruitment flyers and ads and include them in their additional media outlets.

➢ The Department of Public Safety has partnered with Lamar Advertising. This company specializes in outdoor advertising.  Prior to the opening of applications for the various Divisions, we secure 10-14 bulletins and digital billboards for a four week recruitment campaign.  Bulletins and digital billboards are strategically located on the East and West side of Cleveland to reach the various demographics in those locations. Cleveland has historically been separated by the Cuyahoga River with the majority of the minority population on the east side of the city. Each billboard has at least a total of 50,000 views by citizens.

---

[20] https://urban1.com/vtq-portfolio/radio-one/

➢ The PSRT has met with Ad Com, a national advertising agency specializing in crafting messages aimed at specific audiences by conducting customized audience studies. They have volunteered to assist us in our recruitment efforts by reviewing our data and making recommendations for our messages geared toward the various Cleveland audiences. This is important to ensure that our messages resonate with the different communities that make up Cleveland. As was found in research by a similar agency in Chattanooga, TN, not every message is effective across all demographic communities.[21]

➢ The PSRT will continue to connect with publication agencies that serve different cultural audiences to better create our messages to underrepresented communities to ensure our message of welcome and inclusion are effective.

To date, the PSRT has connected with C.A.M.E.O., Cleveland's American Middle East Organization, and worked with that organization to draft an ad in their quarterly newspaper informing their readership of the employment opportunities in public safety. This was done in their native language of Arabic to communicate the message of inclusion in addition to reaching non-English speaking relatives of potential applicants as family members are powerful advocates for recruiting.[22]

We disseminated our last hiring announcement via Global Cleveland, an agency whose goal is to "Embrace a culture of Inclusion and Shared Prosperity" by fostering collaboration and support between all cultures and Greater Cleveland residents[23]. By working with Global Cleveland, we were able to share the hiring announcement with the organization's contacts in over 30 different languages.

We have continued in our partnership with Global Cleveland, making ourselves available to their membership by continuing to participate in their naturalization ceremonies and events. Most recently, we set up a recruitment table at their InterCle event which brings together international students from colleges and universities in Northeast Ohio.[24] We engaged in this event to demonstrate our support of those students who may eventually decide to become an American citizen and provide information regarding their opportunities for employment in our safety forces. The keynote speaker at this event was Margaret Wong, an award winning practicing immigration lawyer.

b) While out in the community, members of the PSRT will continue identify and connect with various publications in the greater Cleveland area that service and reach out to specific audiences not served by other mainstream media agencies.

---

[21] https://hbr.org/2018/04/simple-changes-to-job-ads-can-help-recruit-more-police-officers-of-color

[22] Baker & Carrera, 2007; Castaneda & Ridgeway, 2010; Slater & Reiser, 1988; Switzer, 2006; Yearwood, 2003

[23] https://globalcleveland.org/about/vision-mission-goals/

[24] https://globalcleveland.org/event/intercle-2018/

### III.    Create and maintain partnerships with community stakeholders to enhance recruitment efforts.

The Cleveland Division of Police will be implementing the Community Problem Oriented Policing plan referred to earlier. One of the major tenets of this plan is to ensure that officers are the driving force behind community engagement and problem solving. To that end, there will be at each district Community Engagement Officers (CEO's). CEOs will attend community meetings, visit schools, participate in activities at recreation centers, and participate in engagement activities that are created by the CDP and community members. They will also actively participate in their respective District Policing Committee, which is a cohort of citizens and officers working to solve community problems around crime and quality of life.[25] The PSRT will work with the CEO's of each district to assist in the distribution of recruitment material and hiring information. PSRT will accompany CEO's to community meetings on a quarterly basis.

Another invaluable tool being created through the CPOP District Policing Committee strategy, is the creation of an Asset Map. Asset mapping is a tool used to "inventory community resources" individual by individual, association by association, institution by institution, and employer by employer."[26] The PSRT will utilize this map, which will be mapped for each of the five districts, to make direct contact to those leaders in the community for additional recruitment outreach.

#### Objectives

1.   Maintain successful partnerships that were created in the first year to bridge the divide between the community and its safety force members and rely on those partnerships to build transparency and inclusion regarding the hiring process.

Action Steps:

a) The PSRT continues to work with the Cleveland Community Policing Commission to include the voice of the community in our efforts.

➢ A member of CCPC has attended each of our information hiring sessions and posted that information on their social media sites.

b) We partnered with Jr. Achievement and hosted youth in their summer program for a week during the summer of 2017. This year, we will also host a day for Jr. Achievement youth in each of the Divisions; Police, Fire and EMS. We are currently scheduling the days and times for their attendance. They will be visiting each site and learning about the requirements for employment, basic job duties and share a meal with personnel.

---

[25] CPOP Plan, page 14

[26] Vera Institute of Justice, *How to Increase Cultural Understanding,* Center for Problem Oriented Policing, August 7, 2017,    https://storage.googleapis.com/vera-web-assets/downloads/Publications/police-perspectives-guidebook-series-building-trust-in-a-diverse-nation/legacy_downloads/police-perspectives-guide-series-building-trust-diverse-nation-diverse-communities-cultural-understanding_1.pdf.

c) The 'Community Engagement Day', dubbed 'Reverse Ride Along' which was created in partnership with Neighborhood Promise where recruits in the academy spend a day in the neighborhoods meeting community members and getting a history of the residents there, will continue. The Community Development Corporations help to coordinate this day. It culminates in a meal that participants share together.

Working with the staff in the Academy, Neighborhood Promise and the participating Development Corporations, we will schedule follow up meetings to garner feedback about the experience from those officers and community members who've participated. According to the Cleveland Police Monitoring Team's Summary of Community Feedback & Recommendations, July 2017, a "substantial majority of community members believe officers are often not familiar with local residents and their problems… treat them disrespectfully and make disrespectful comments." Residents stated they have trust in and would recommended that CDP work closely with Community Development Corporations for assistance in reaching their communities and we want to ensure our efforts like this one are doing just that. In addition, CDP ensuring that recruits are exposed to the communities they will be serving addresses additional community feedback requesting these types of events.[27]

2. Establish additional partnerships with community agencies to expand our reach into the communities that make up the City of Cleveland. This creates inclusion and input into who is referred and eventually hired into the divisions.

In the past, the hiring process for public safety employees was not transparent to the community. Most applicants received hiring information from family members or friends who were already employed with the Division making diversity increasingly difficult and unintentionally serving to make our targeted population feel isolated and unwelcome. With partnerships established with agencies such as Leadership Cleveland, the NAACP, The Urban League, Fatima Family Center, Community Development Corporations, etc. we look to break down the walls between the neighborhoods and the City's hiring process for the Safety Forces.

Action Steps:

a) Conduct cultivation meetings/conversations and presentations in and with citywide community programs to obtain suggestions regarding recruitment efforts.

Utilizing the Asset Map that will be created through the Commander of the Bureau of Community Policing we will identify partners in each of the five police districts in the city to assist with our recruitment efforts. Asset mapping is a tool used to "inventory community resources" individual by individual,

---

[27] Community Feedback on Recruitment, Staffing and CPOP Policies, Cleveland Division of Police August 2018

association by association, institution by institution, and employer by employer.[28]

> Once a month for two hours beginning in October, meet with at least one partner agency for the sole purpose of gathering input from their constituents on recruiting for the Public Safety Divisions.

> Two weeks prior to the conversation, ensure the agency promotes the meeting day/time/place for their constituents to encourage participation.

> Through our partnerships with the Community Police Commission, the National Urban League, NAACP, LGBT Community Center, etc. we will identify agencies that will be natural partners in these efforts where we can establish monthly 'Meet your Public Safety Recruiters' sessions in each of these communities by October, 2017. The first has been scheduled in September, 2017 in the Central and Glenville Neighborhoods.

> The PSRT will reach out to area schools and additional sports teams such as PAL League and municipal teams to cultivate a pool of applicants involved in team sports which highlight teamwork and structure. We will create a contact spreadsheet for the teams, schools, coaches etc. and maintain the number of contacts with them. We will schedule presentations for participants through their coaches or designated administrator.

3. Improve our efforts in outreach, hiring and long-term recruitment efforts by collaborating with public safety agencies in other jurisdictions to help identify individuals who have the abilities and desire to work and be successful servicing urban neighborhoods.[29]

Action Steps:

a) The PSRT will meet with neighboring agencies: Akron, Toledo, Cincinnati, and Columbus, at least once in the year to gather and share successful hiring practices and activities.

> The Department of Public Safety will host a recruiter's luncheon/learning day in September. This is a chance for various departments to come together for a working lunch, to talk about their recruiting efforts and how to help each other's recruiting campaigns.

---

[28] City of Cleveland, Division of Police District Policing Committee Strategy, page 5

[29] Kasdan, Alexa. 2006. *Increasing Diversity in Police Departments: Strategies and Tools for Human Rights Commissions and Others.*

The PSRT, in partnership with the Cleveland Federal Reserve Bank, hosted a "Recruiters Luncheon" on September 14, 2017. Invitations were sent to seven agencies and ultimately four agencies were in attendance: Youngstown, Columbus, Toledo and the officers of the Federal Reserve. We will continue to participate in this luncheon annually. Another agency will host the luncheon in 2019.

b) Provide and distribute application and testing literature prior to each application period for posting and dissemination, highlighting that interested applicants can also submit "interest cards" to be notified by email when the application process opens up.

Secure agreement with other agencies in surrounding Cleveland to include our literature in their mailings/email blasts/community event calendars so that Public Safety Recruitment Team is a regular part of their community communications.

➤ Use the same medium as noted above to distribute information on our "Meet your Public Safety Recruiters" events.

c) Keep the contact list of our partners updated and send them updated recruitment activities calendar quarterly; listing any new updates/phone numbers, new team members, etc.

➤ Administrative assistant will maintain database and make changes as necessary.

➤ PSRT members will email administrative assistant any new updates/partnerships agency information.

4. Consult with the Community Police Commission and other community stakeholders from the academic, religious, non-profit and business community on additional strategies to attract a diverse pool of applicants.

Although the PSRT participates in numerous job fairs, community events, and conducts "Meet your Public Safety Recruiter" events, there is still an untapped segment of the community burgeoning with potential applicants. To cultivate and harvest the best candidates, we are engaging in robust interactions with the above listed groups.

Action Steps:

a) One member of the PSRT will attend the monthly Cleveland Community Police Commission general meeting; informing them of our efforts and gathering any input they may have.

➤ On a rotating basis, one or more of the PSRT members will attend the monthly full commission meeting. We will develop a schedule for time on

the agenda for public feedback and recommendation on recruitment activities.

b) We will document suggestions made by the CCPC and other partner agencies/stakeholders and highlight those that are implemented in our quarterly email blasts that will begin in October.

> In 2015, the Director assigned Assistant Director Withers and Sergeant Leon to meet with Leadership Cleveland who identified ADCOM, a marketing firm, to gather ideas and a direction for a media campaign to assist in recruitment efforts. (Appendix A)

c) In partnership with Case Western Reserve University, we have created a survey for youth to garner their perception of the safety forces and their interest or reluctance in considering a public safety career. CWRU will analyze, evaluate and make recommendations regarding the results of these surveys. The university is also developing a data warehouse where all recruitment data will be housed

> Administer the youth survey to youth groups through summer internships, site visits, recreation centers, community events, and community agencies.

The City of Cleveland and Department of Public Safety look forward to the continued community feedback. . We will continuously update and expand these efforts based on our experience in their implementation and recommendations for additional efforts that can work towards securing a diverse and public service oriented safety force.

# APPENDIXES

# Appendix "A"

In 2015, The City of Cleveland partnered with Leadership Cleveland and ADCOM. The marketing company drafted the communications plan below for community engagement and input.

**<u>Additional Stakeholder Inclusion and Involvement</u>**:  Research and professional media experience have shown that ad campaigns as a stand-alone solution are not always effective.  The empowered consumer is savvy and can distinguish between an authentic request for involvement and paid advertising.  In attempting to achieve authenticity the City will employ stakeholder focus groups to obtain insights that are necessary to complete meaningful communications, and to assist in recruitment, and program planning efforts.  Specifically, successful community oriented campaigns take time to develop in order to obtain balanced and effective input from stakeholder groups, including representatives from the target population to be recruited, and to insure balanced and effective recruitment strategies.

1.  Target stakeholder audiences will include the following:

    a.  Police, Fire, or EMS officials

    b.  Community leaders from various neighborhoods

    c.  Education and University leaders

    d.  Citizen advocacy organizations (NAACP, Esperanza, CARE, Asian)

    e.  Youth leaders

    f.  Faith-based community leaders

    g.  Potential applicants

    h.  Media

    i.  Present and Retired Police Officers, Firefighters, and EMS techs.

The discussion guides for the groups will be created based on the following topics.

    j.  Perceptions of Cleveland

    k.  Perception of safety forces

    l.  Desired characteristics of recruits

    m. Ideas on programs to assist the recruiting efforts

n.   Feedback on some recruiting ideas

o.   Types of people who become officers

p.   Desired careers

q.   What would entice respondents to become officers

r.   Technology platform and social media usage

The City will utilize professional facilitators to work with the above listed groups to ensure inputs and recommendations are properly recorded and validated.  The information gathered from the working group will be used in the City's public outreach plan.

As stated earlier, social media and media relations will be a significant part of the campaign to reach potential recruits.  Media advisors have suggested that potential recruits can be segmented into five groups:

1.   Young teens (ages 10-14)
2.   High school / young adults (ages 15-18)
3.   Adults
4.   Minorities (especially Black, Hispanic, Asian, Middle Eastern)
5.   Females

In addition to specified advertising campaigns that are used to reach potential safety forces candidates, public relations will be employed as a critical part of the communications plan to improve public perceptions associated with the City's safety forces.  It is important that key points of progress be regularly communicated to the community as the plan is being developed and implemented.  Media interviews are an effective way to reach the public and to maintain transparency.  When appropriate, media management meetings and/or press conferences to share information and progress will be utilized.

# APPENDIX "B"

# PUBLIC SAFETY RECRUITMENT TEAM

**OBJECTIVE**: To establish the authority and duties of a permanent Public Safety Recruitment Unit within the Department of Public Safety.

**POLICY:** The City of Cleveland Department of Public Safety shall establish a Recruitment Team whose duty it will be to identify and maintain a pool of interested, qualified potential recruits; recruiting the most capable and qualified applicants from all segments of the community to enter the selection process for the City of Cleveland Safety Forces. The recruiting of individuals will be without regard to race, color, national origin, disability, age, gender, sexual orientation, medical condition, Vietnam Era or disable veteran status.

**Establishment of the Recruitment Team:**

- Shall be established no later than 30 days following the approval of the Recruitment Plan.
- The City of Cleveland will provide the resources necessary to operate the Team.
- Staffing.  The Team shall be led by a Cleveland Division of Police (CDP) Sergeant, who will serve as the Officer-in-Charge (OIC), and shall be comprised of 3 CDP patrol officers, 2 Firefighters, and 1 Emergency Medical Technician (EMT).  The Sergeant of Recruitment will be appointed by the Safety Director in consultation with the Chief of Police.

**Qualification of Recruitment Staff:**

- It is preferred that members of this unit have an advanced degree, however, at the very least members must have attained 30 hours of college credit or five years in their position.
- Members of the team will not have had progressive discipline imposed upon them more than once in the last 2 years.
- Members of the team will be those who have demonstrated experience working well with a diverse group of others as evidence by positive peer reports during vetting, regular enhancement training participation in community activities or a demonstrated effort in gaining additional experience working with community groups.

**General Operations of the Team:**

- In support of the City of Cleveland's commitment to Community Oriented Policing, this Team will consistently communicate the message that the Department of Public Safety is seeking applicants who demonstrate an ability to engage in positive interactions with individuals they encounter.
- The Team will report annually on the number of minority and women contacts and any measures implemented to increase outreach efforts to these groups.
- The Team will conduct recruitment efforts in all neighborhoods of the city and develop contacts with increasing numbers of social service agencies, religious institutions, synagogues, development corporations, high school and college programs, and other organizations that may provide a source of interested individuals.

- Recruiters shall actively seek out recruitment fairs/career days/ hiring events to attend with emphasis on local/state/surrounding states.
- Recruiters shall, in addition to recruiting from Criminal Justice programs, also actively recruit in the Behavioral, Social Sciences, Health Sciences, and Urban Studies departments of schools and colleges.  They will also work with partners at Case Western Reserve University to target other disciplines that require and/or develop reporting writing, critical thinking, resourcefulness, discharging duties in a bias-free manner, and other relevant traits.
- Recruiters will, in conjunction with community policing, remain engaged with participants of cadet programs to encourage them to transition into the division pipeline of traffic enforcers, correction officers, etc. with an emphasis on joining the Divisions of Police, Fire, and EMS.
- The OIC and a designated Recruiter will be the primary contact for interacting with all the branches of the Military and work together to create an onboarding process to accommodate applicants with upcoming discharge dates.
- On an as needed basis, other members of the various safety divisions may be assigned to these duties to assist with recruiting efforts.  With the approval of the Director of Public Safety, the OIC, in conjunction with the recruiters, will interview and select the members for the temporary assignment.
- The Team will develop a support plan for individuals that have applied to take a civil service test.
- The Team will work closely with the Civil Service Commission so that it is aware of all test dates in order to provide the maximum amount of time for preparation efforts of candidates.
- The Team will organize pre-testing days/times and shall develop a plan to create ongoing, rotating physical fitness camps for potential applicants and current members of all Safety Forces.
- The Safety Director along with the OIC of Recruitment will present each finalized academy class list to the Police Commission in the spirit of transparency and to garner community support for our recruits.

## PUBLIC SAFETY RECRUITMENT UNIT RESPONSIBILITIES:

## OIC:

- Supervisor and as such, shall be responsible for the discipline, appearance and conduct of personnel.
- Works in partnership with media vendor to ensure that marketing messages express the expectations of applicants clearly and repeatedly.
- Works in partnership with Civil Service, Human Resources and Personnel of each Safety Division.
- Creates and maintains the PSRT training manual.
- Develops and maintains contacts with Recruitment Associations and facilitates, within the constraints of the budget, attendance of staff at various conferences.
- Creates mandatory reading lists for Recruiters.
- Conducts retreats/roundtables.

- Hosts gatherings for visiting safety forces; developing contacts and processes for lateral hires.
- Authors the annual report; documenting recruiting activities and outcomes.
- Signs off/approves of staff time.
- Defines and assigns scope of each Recruiter's duty and areas of responsibility.  These will be documented bi-annually in their SMART objectives documentation.
- Collaborates with marketing consultants, along with Recruiters, in creation of media messages.
- Collaborates with neighboring Public Safety agencies to improve recruitment.

**RECRUITER:**

- Sworn Officer, Firefighter, or EMT.
- Develops contacts and maintains communication with colleges/universities/high schools guidance and career counselors.
- Responsible for communicating thoroughly with applicants the requirements and necessary steps for employment.
- Creates social media communication for review and approval of OIC and Marketing consultant.
- Attends any career fair, social gathering, college classrooms, etc. as assigned for the purpose of recruiting applicants.
- Maintains an electronic schedule accessible to Team personnel.
- Assists in maintaining an electronic calendar of upcoming, relevant training.
- Rotates, as needed, as a background investigator in Personnel Units.
- Maintains contact, phone/email/mailings, with candidates throughout the hiring process.
- Will ensure equal treatment and opportunity to all potential applicants.
- Other administrative responsibilities necessary for operation.

**The Recruitment section standard uniform shall be as follows:**
- Office - Business clothing or uniform
- Seminar/Symposiums - Duty uniform (PO/CO) & Business Clothing (Civilian)
- Formal functions - Suit/dress (uniform optional)
- Career/Job Fairs - As directed by Sergeant
- P/R & C/R - Minimum of two Recruiters in uniform
- Written Tests - Uniform
- PT Tests - PT Gear
- Area Canvassing – Uniform, Business Casual, PT Gear

# APPENDIX "C"

**Below are activities to date. The remaining months are projections and we'll document the number of attendees, those filling out interest cards or applications, etc. in our annual report.**

## 2018 Activity Timelines:

A. **January**

    i. **Four community partner events:**
1. NAACP meeting: Received recommendation to attend open gym sessions at the recreation centers to speak with individuals not coming to our information sessions.
    a. We attended five open gyms and spoke with attendees about a career in public safety. There was discussion from each of these groups that we must clearly state felonies are an automatic disqualifier for the position of Patrol Officer as a number of those in attendance have felonies.
2. Met with Cleveland State University graphic art and media graduate students to pen a recruitment video "I am Cleveland". Working on budget numbers.
3. Met with the Cleveland Police Foundation to discuss next steps in strengthening the MLK Jr. High School public safety program into a 'pipeline' program.
4. Met with Global Cleveland discussing next steps in collaborating and supporting the immigrant communities in their road to citizenship and introduction into public safety careers.

    ii. **One youth organization engagement:**
1. Attended 'MentorInCLE' Luncheon and Career Fair. This is a mentoring program to help freshman through their first year of college and seniors connect to careers. Translating skill sets from other disciplines into the public safety sector for students helps them to better understand the true nature of these careers.

    iii. **Presentation:**
1. Ward 3 Community Safety Meeting: Recruitment presentation

B. February

    i. **Two community partner events:**
1. The Academy along with the non-profit Neighborhood Promise, conducted the third 'Reverse Ride Along' whereby recruits go into the community and meet the residents and are taught the history of our communities.
2. We met with new Councilman Basheer Jones, the Mayor's Chief of Education Monyka Price and the Mayor's Special Assistant Marty Flask to discuss the logistics of strengthening the pipeline program with the MLK Jr. Public Safety High School.

    ii. **Six Presentations:**
1. Conducted six information sessions on the east and west sides of the city to instruct residents on how to apply to the position of Patrol Officer.

    iii. **Two Career Fairs attended:**

1. University of Akron
2. University of Toledo
   iv. **Media - Recording of radio spots for next four weeks:**
   1. Five officers including the PSRT OIC completed radio spots at Radio One for our advertising spots encouraging listeners to apply for the position of Patrol Officer.

## C. March

   i. **Three Community partner events:**
   1. Met w/LBGTQ representatives to coordinate presentations to their constituency.
   2. Met with community coordinator of the Cleveland Community Police Commission for upcoming meetings and feedback planning.
   3. Met with representative of Ohio Means Jobs, which is our work readiness partner, to ensure full utilization of their services: referrals, job postings, agency space for presentations to their class groups, etc.
   ii. **Two youth organization engagements:**
   1. Participated in Impact25, an Empowering Youth Exploring Justice (EYEJ) video project exploring ways to improve relations between the police and youth. Youth's recommendations to be presented to the Mayor and the Chief of Police at the end of April.
   2. Attended the Youth Research Symposium at Cleveland State University highlighting research work done by ninth graders at the Campus International School which sits on CSU's campus. Youth received feedback on their presentations which explored poverty, bullying, hunger, male victims of domestic violence, gang violence, etc.
   iii. **Presentation:**
   1. One information session held at Collinwood recreation center prior to the close of the application period, March 22nd.
   iv. **Three Career Fairs attended:**
   1. Hiring Our Heroes, Detroit, MI
   2. National Law Enforcement Conference and Job Fair
   3. Career Fair held at Glenville High School for the community
   v. **Media – Two radio spots recorded, one ad in ethnic publication:**
   1. Guardians of the Land – highlighting the person behind the badge
   2. Ad placed in Cleveland American Middle Eastern Organization newspaper in their native language
   3. OIC completed three on air interviews with Radio One highlighting the need for women and minorities on the Division.
   vi. **Three College Visits:**
   1. John Carroll University
   2. Notre Dame College
   3. Baldwin Wallace University

## D. April

   i. **Community Partner Events**
   1. Pipeline Planning Meeting- Planning for seniors
   2. Conditioning Camp meeting with City of Cleveland & CMSD
   3. Neighborhood Safety Event- John Marshall HS
   4. Meeting with Jr. Achievement

     5. Tri-C Academy tour w/ Peacemakers Alliance
     6. Sneaker Con Cleveland
- **ii. Youth Engagements**
     1. MLK Jr. Senior Sign Up
     2. The Prep Schools- Kindergarten & 1st Grade (9201 Crane Ave.)
     3. Tri-C Metro Criminal Justice Students- Class Presentation
     4. Jr. Achievement Field Day
- **iii. Presentations**
     1. MLK Presentation
     2. Presentation to UH EMT-Basic Students
     3. EYEJ (League Park)
     4. Recruitment Training Atlanta Conference
- **iv. Career Fairs**
     1. Lorain County Community College Career Fair
     2. Sumer Job Jump Start/ Bellaire-Puritas Development Center
     3. Career & Job Fair at Tri-C West (Parma)
- **v. Media engagement**
     1. Guardians Return 2018 (Radio 1)
- **vi. College Visits**
     1. University of Akron
     2. Case Western Reserve University
     3. Hiram College
     4. Lorain Community College
     5. Kent State University
     6. Cleveland State University

## E. May

- **i. Community Partner Events**
     1. Community Relations Public Forum
     2. Open Streets Event (W. 45/Detroit)
     3. Asian Festival (Payne at E. 36)
     4. 2nd District Stockyard Bike-A-Thon
     5. Cops & Jocks Basketball Game
     6. Peacemakers Alliance Zip Lining
     7. Conditioning Camps
- **ii. Youth Engagements**
     1. Career Day Maple Elementary School
     2. CCC HS Career Fair
     3. West Park Middle School Academy
     4. Summer Youth Employment Supervisors Orientation
     5. Game Truck at Glenville High School
- **iii. Presentations**
     1. IABPFF North Central Region Spring Conference
     2. EYEJ Presentation
     3. Survivors of Violence Conference
- **iv. Career Fairs**
     1. Law Enforcement Recruiting Fair (2001 Payne Ave)
     2. Ohio Means Career Fair (1910 Carnegie Ave)
     3. ADAMHS Board of Cuyahoga County 2018 Behavioral Health & Human Services Career Fair
- **v. Media engagements**

                                                   1. Guardians Return 2018 (Radio 1)
- **vi. College Visits**

## F. June

- **i. 6 Community Partner Events**
    1. EYEJ Volunteer Appreciation BBQ
    2. Breast Cancer Walk (4234 Lee Rd)
    3. Community Relations- Urban Barbers Association
    4. Cavs Game Table
    5. Peacemakers Alliance Luncheon
    6. Plan Community Forum (Westerfield Reserve Theater Playhouse Square)
    7. TUBA Meeting (West 65th & Detroit)
    8. Radio One Community Day Basketball Game
    9. Clifton Arts & Musicfest
    10. Hands Around Mall C
    11. Police Dept. with CCWA's International Group
    12. Peacemakers Alliance Indians Game
    13. Peacemakers Luncheon
    14. CCP West Side Town Hall Meeting
    15. Common Ground- Making Cleveland Safer (Bethany Baptist Church)
    16. Tremont Safety Fair/Voices Against Violence (Lincoln Park West 14th st.)
    17. Conditioning Camp
    18. CCPC East Side Town Hall Meeting (6114 Broadway)
    19. Fire Ice Cream Social (Station 42)
    20. Barbershop Talk (4491 Pearl Rd)
- **ii. 4 Youth Engagements**
    1. Youth Police Interaction Panel
    2. Pipleline- Law & Your Community Lessons (MLK Jr. HS)
    3. Sgt. Leon speaking on Youth Panel (Public Hall)
- **iii. 3 Presentations**
    1. Info Session for C/O's (6th Floor City Jail)
    2. African American Leaders Conference
    3. Info Session for 2nd District Roll Calls
    4. Info Session at Cudell Rec
    5. Info Session for 5th District
    6. Info Session Collinwood Rec
    7. Info Session for 4th District Roll Calls
    8. Info Session Gunning Rec
- **iv. 2 Career Fairs**
    1. Law Enforcement Recruiting Fair (Cuyahoga College West Campus)
    2. College Now Job Fair (LWHS)
- **v. 2 Media engagements**
    1. Guardians Return 2018 (Radio 1)
    2. Radio Interview ' Good Day with Olvia' KAZ Network
- **vi. 2 College Visits – Summer Public Safety**

## G. July

- **i. Community Partner Events**
    1. 5th District Safety Fair
    2. Conditioning Camps
    3. Police Museum Open House

    4. Recruitment, Hiring, and Staffing Town Hall (2500 E 22nd St.)
    5. Truth & Reconciliation Forum
    6. Fire Ice Cream Social (Station 31)

  **ii. Youth Engagement**
    1. Pipeline- Law & Your Community Lessons (MLK Jr.)
    2. Det. D. Smith (N.I.C.E.) to speak to Youth Panel (Public Hall)
    3. Pipeline Safety Summer Closing Ceremony MC (Sgt. Leon)
    4. Marie spoke with children (6800 Lexington)

  **iii. Presentations**
    1. Pre-Employment Behavioral & Psychological Evaluation Presentation
    2. PJ & BF Curriculum Practice

  **iv. Career Fairs**
    1. CEOGC Resource Event
    2. City of Cleveland Public Safety Recruitment Fair

  **v. Media engagements**
    1. Radio Interview w/ Meryl Johnson on WRUW (91.1)- Case Western

  **vi. College Visits – Summer Public Safety**

## H. August

  **i. Community Partner Events**
    1. College & Career Work Session (MidTown Tech Hive)
    2. African American Male Wellness Walk
    3. 50th Puerto Rican Parade
    4. National Night Out Against Crime
    5. Barbershop Talk- Premier Studio Barber
    6. Be My Neighbor Day (Cle Public Library Main Branch)
    7. Barbershop Talk Diamond Cutz
    8. Aspinwall Fest (14404 Saranac)
    9. Fire Ice Cream Social (Station 28)
    10. Community Outreach on Police Policies

  **ii. Youth Engagements**
    1. Mayor's Youth Summit & Back to School Fair
    2. Leadership Cleveland Kids Day- spoke with kids

  **iii. Presentations**
    1. Info Session- American Legion Post 808 University of Akron
    2. Meeting to Request Partnership Opportunities w/ Travers, Christopher

  **iv. Career Fairs**
    1. CEOGC Resource Event
    2. Job and Resource Fair ( Stella Walsh Rec Center)
    3. Collinwood Community Resource Fair

  **v. Media engagements**

## I. September

  **i. Community Partner Events**
    1. Cleveland Air Show
    2. NAACP Annual Convention
    3. Global Cleveland/ InterCle Event
    4. U.S. Marine Corps Reserve Family Day
    5. Achieve Bike Ride- Cleveland Police
    6. One World Day
    7. Hands Across Lorain-Carnegie Bridge

        8.   Columbus Fire Fighter Mile Orientation
        9.   2nd District Safety Fair
        10. Jr. Achievement Field Day 2019 planning meeting

   **ii.**  **Youth Engagements**
        1.   Halle of Fame Community Youth Event

   **iii.** **Presentations**
        1.   Spoke with Baldwin Wallace Criminal Justice Class
        2.   The Role of the Board- CSU Levin Urban

   **iv.** **Career Fairs**
        1.   Military Resource Fair
        2.   Catholic Charities Career & Resource Fair
        3.   OFIC Career Fest (Huntington Convention Center)

   **v.**  **Media engagements**
        1.   Photo Shoot for recruitment and stock photo update
        2.   Guardians Radio 1

   **vi.** **College Visit**
        1.   University of Akron
        2.   John Carroll University
        3.   Notre Dame College
        4.   Baldwin Wallace

## J. October

   **i.**  **Community Partner Events**
        1.   Coffee with a Cop
        2.   MetroHealth & Radio 1 Health Empowerment
        3.   Cleveland Public Power Open House
        4.   2nd District Quarterly Safety Meeting
        5.   5th District Community Awards
        6.   In the Neighborhood
        7.   4th District Community Meeting
        8.   3rd District Community Meeting

   **ii.**  **Youth Engagement**
        1.   Senior Parent Night- Collinwood
        2.   Black Diamond Event
        3.   Career Day St. Ignatius H.S.
        4.   Our Voices Matter- Police Foundation Event

   **iii.** **Presentations**
        1.   Search & Seizure- Community Meeting 3rd & 5th Districts
        2.   Search & Seizure- Community Meeting 1st & 2nd Districts
        3.   CAMEO Speaking Event
        4.   UH Paramedic Class

   **iv.** **Career Fairs**
        1.   University of Akron Career Fair
        2.   La Mega Career Fair
        3.   CEOGC- Boys & Girls Club Job and Career Fair
        4.   Cleveland State University Police Safety Fair
        5.   Law Enforcement Recruiting Fair- Sinclair Community College Dayton

       v. **Media engagements**
          1. Guardians return
      vi. **College Visits**
          1. Kent State University

## K. November

       i. **Community Partner Events**
          1. Fatima Benefit Breakfast
          2. Tri-C Agility Test (not CPD)
          3. NAACP General Meeting
          4. Community Police Commission Meeting
      ii. **Youth Engagement**
          1. Vocational Fair James Ford Rhodes H.S.
          2. Law and Your Community Shaw H.S.
          3. Resource Fair- Neighborhood Leadership- Boys and Girls Club
          4. Intern for a Day- from Lincoln West H.S.
          5. Lorain Community Middle School Career Day
      iii. **Presentations**
          1. Info Session- Collinwood Rec
          2. Recruitment and Retention Conference- San Fran
          3. Barbershop Talk 2nd Round Knockouts on Lorain
          4. Tri-C (Parma) Conflict Resolution class and Peace club Presentation/Talk
      iv. **Career Fairs**
          1. Eastern Michigan University Career Fair
          2. Veterans Career Expo- Ohio Means Jobs
          3. Veteran and Community Career Expo- University of Akron
       v. **Media engagements**
          1. Guardians Return
          2. Muni-Toons Meeting
      vi. **College Visits**
          1. Notre Dame College
      vii. **Training**
          1. NACOLE Training

## L. December

       i. **Community Partner Events**
          1. Tri-C Agility (not CPD)
          2. Chiefs Annual Community Luncheon (Fatima)
      ii. **Youth Engagement**
          1. CMSD- Mini Job Fair
          2. MLK H.S. Speaking Event – Spoke to Senior Class
          3. Career Day Wade park Elementary
          4. Follow-Up Dialogue on the Hate You Give- Holy Name H.S.
      iii. **Presentations**
          1. Info Session Gunning Rec
          2. Barbershop Talk- Ambitions on Buckeye

        3. Recruitment Conference Philadelphia

        4. In progress- meeting with Destination CLE and Chief Williams- Return to CLE

    iv. **Career Fairs**

        1. Mini Job Fair at Cleveland Metropolitan School District

    v. **Media engagements**

        1. Radio 1 Guardians of the Land- Chief's & Commissioner

        2. Radio 1 Police Application Deadline Commercial Recording

        3. La Mega Radio Interview: Police Application Deadlines and Requirements

        4. ABC News 5 Interview Police Application process and deadline

    vi. **College Visits**

    vii. **Training**

        1. Community Action Poverty Simulation – Recruiters


## M. <u>January (2019)</u>

    i. **Community Partner Events**

    ii. **Youth Engagement**

        1. Career Day Adlai Stevenson School

    iii. **Presentations**

    iv. **Career Fairs**

        1. Cavaliers Career Fair

        2. College Now Fair- Renaissance Hotel

    v. **Media engagements**

    vi. **College Visits**

        1. CSU vs CPD Dodge ball recruitment Event

        2. Notre Dame College

        3. Ohio State Career Fair

    vii. **Training**


## N. February (2019)

    i. **Community Partner Events**

    ii. **Youth Engagement**

        1. Tri-C 2019 Northeast Ohio Conflict Resolution Youth Symposium

    iii. **Presentations**

    iv. **Career Fairs**

    v. **Media engagements**

    vi. **College Visits**

        1. Toledo University Career Day

    vii. **Training**

# APPENDIX "D"

**National Testing Network; Ergometrics Entry Level Testing Dimensions:**

♣ Observation/Assessment/Critical Thinking Ability

♣ Interrogation/Investigative Communication Ability

♣ Team Orientation

♣ Confrontation/Enforcement Initiative

♣ Restraint in Use of Authority

♣ Ethical Orientation

♣ Ability to Understand and Help with Human Distress

♣ Organizational Orientation

♣ Customer/Community Relations Skills