UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Monitor Matthew Barge's ("Monitor") Motion to Approve Cleveland Division of Police Community and Problem-Oriented Policing Plan (ECF No. 234). The court has conferred with the Monitor, who indicated that the United States of America has reviewed and approved the City of Cleveland's proposed Community and Problem-Oriented Policing Plan ("CPOP Plan"). Pursuant to the recommendation of the Monitor that the court approve the Cleveland Division of Police CPOP Plan, the court hereby approves said plan, which meets the terms of the Consent Decree. Accordingly, the court orders said plan to be effective immediately.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 20, 2019