# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:15-cv-01046** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE:  SOLOMON OLIVER, JR.** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNITED STATES' NOTICE OF TERMINATION OF COUNSEL

Notice is hereby given that Rashida Ogletree, Special Counsel for the United States Department of Justice, has left the Department of Justice effective April 12, 2019, and should no longer appear as counsel of record.  The Department of Justice asks that all other counsel of record involved in this case on behalf of the United States remain as counsel.

This, the 9th day of May, 2019.

                                      Respectfully submitted,

                                      ERIC S. DREIBAND
                                      Assistant Attorney General
                                      Civil Rights Division

STEVEN H. ROSENBAUM
Section Chief
Special Litigation Section


TIMOTHY MYGATT
Deputy Chief
Special Litigation Section



*/s/ F. Nicole Porter*
F. NICOLE PORTER
AMY SENIER
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:  (202) 616-3119; Fax:  (202) 514-4883
Email:  Timothy.Mygatt@usdoj.gov
Email:  Nicole.Porter@usdoj.gov
Email:  Amy.Senier@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2019, a copy of the foregoing United States' Notice of Termination of Counsel was filed electronically. Notice of this filing will be served upon all parties by operation of the Court's electronic filing system.

*/s/ F. Nicole Porter*
F. Nicole Porter
Trial Attorney