IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) |
| vs. | ) JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) **MOTION TO APPROVE THIRD-YEAR** |
| | ) **CRISIS INTERVENTION IN-SERVICE** |
| | ) **TRAINING CURRICULUM** |
| Defendant. | ) |

Pursuant to Paragraph 143 of the Consent Decree and the Revised Fourth-Year Monitoring Plan in the above-captioned matter, the City of Cleveland (the "City"), on behalf of the Cleveland Division of Police ("CDP" or "Division"), submitted to the Monitoring Team a PowerPoint presentation on Recognizing and Responding to Traumatized Youth, with accompanying Lesson Plan and Instructor's Manual; and a PowerPoint presentation on Crisis Policy Update with an accompanying Instructor's Manual (together, the "Proposed Crisis Intervention Training Curriculum" or "Proposed Training Curriculum"), attached hereto as Exhibits A and B, respectively.

The Monitoring Team has carefully reviewed the Proposed Training Curriculum. The Team has determined that it provides in-depth guidance for officers to understand and resolve

mental health crisis events involving youth.  Additionally, the Proposed Training Curriculum provides an important refresher on the CDP Crisis Intervention Policy, the Crisis Intervention Mental Health Statistics Sheet, and the Emergency Petition Form, as well as introduces officers to the Division's new CIT Plus Pilot Project.  The Monitoring Team therefore recommends that the Court approve CDP's Proposed Training Curriculum.

I. **SUMMARY OF CONSENT DECREE REQUIREMENTS REGARDING CRISIS INTERVENTION TRAINING**

Paragraph 143 of the Consent Decree obligates the CDP to "provide training on responding to individuals in crisis to all of its officers and recruits" and that "initial and annual training will be adequate in quality, quantity, type, and scope[.]"  The presently reviewed training addresses the Decree's annual training requirement.

II. **PROCEDURAL HISTORY**

After reviewing the set of topics covered in the first two years of crisis intervention in-service training, CDP, the Mental Health Response Advisory Committee's ("MHRAC" or "the Committee") Training Subcommittee, and local subject matter experts decided that a focus on issues relevant to youth would benefit officers.  Additionally, feedback from the officers and the Monitoring Team indicated that a review of crisis policy and crisis-related forms used by the officers would help to reinforce important aspects of crisis-related events.  Finally, a new program recently developed by the Alcohol, Drug Addiction and Mental Health Services ("ADAMHS") Board provides the officers with a broader range of disposition options when attempting to help individuals in crisis, and officers should understand some of these expanded resources available to them in crisis intervention contexts.

Accordingly, MHRAC and its Training Subcommittee developed four hours of in-service curriculum on the topics of Crisis Intervention Policy and Procedures, the new CIT Plus Pilot Program, and Recognizing and Responding Appropriately to Traumatized Youth. MHRAC and the Training Subcommittee include CDP members, community advocates, mental health and developmental service providers, and representatives of the City of Cleveland. Members of the Department of Justice and the Monitoring Team have continued to work closely with MHRAC members.

Representatives from CDP and the ADAMHS Board developed several iterations of the curriculum with initial feedback from the MHRAC Training Subcommittee and final approval from MHRAC. The curriculum was reviewed on an ongoing basis by the Parties and the Monitoring Team. The Training Subcommittee also was responsive to feedback and suggested revisions throughout the curriculum development process.

On May 31, 2019, MHRAC approved the final draft of the Proposed Third-Year Crisis Intervention In-Service Training for submission to the Parties and the Monitoring Team.

### III. STANDARD OF REVIEW

The Monitoring Team's role is to "assess and report whether the requirements" of the Consent Decree "have been implemented." Dkt. 7-1 at ¶ 351; *accord id.* ¶ at 352 (requiring the Monitor to "review . . . policies, procedures, practices, training curricula, and programs developed and implemented under" the Decree). The task of the Monitoring Team here is to determine whether the Proposed Training Curriculum complies with the Consent Decree's requirements.

### IV. ANALYSIS OF THE PROPOSED TRAINING CURRICULUM

The four-hour Proposed Training Curriculum consists of three and one-half hours of Recognizing and Responding to Traumatized Youth—a comprehensive overview of how adverse

experiences impact brain development and behavior involving youth, along with strategies for successful crisis intervention—and thirty minutes of a Policy Update module—a review of the Division's crisis intervention policy as well as an introduction to the new mental health-related pilot program.

The module on Recognizing and Responding Appropriately to Traumatized Youth represents a strong training opportunity for CDP officers. First, the MHRAC Training Subcommittee and the ADAMHS Board worked with Gabriella Celeste of Schubert Center for Child Studies at Case Western Reserve University to obtain the training without cost from Strategies for Youth, a national organization devoted to improving policy/youth interactions. Next, the Training Subcommittee reviewed and worked with Strategies for Youth CEO Lisa Thurau to ensure the workshop would be customized to the needs of the Cleveland community. While time-intensive, the work resulted in a training that focuses on Adverse Childhood Experiences, Trauma and the Impact on Brain Development, Behavioral Responses to Trauma and Best Practices for Interacting with Youth. The training emphasizes realistic scenarios, officer participation, and practical strategies for crisis intervention.

The Policy Update module reviews policy and procedures for CDP officers including guidance on completing the "pink slip" document used to obtain emergency hospitalization for individuals who meet certain conditions relating to behavioral health, as well as the Crisis Intervention Mental Health Statistics Sheet and a form used for tracking information and outcomes related to the crisis events.

Importantly, this module also will review a new pilot project called CIT Plus. This program is designed as a resource for officers who encounter adults suffering from a mental health crisis that does not require hospitalization. This service allows officers to utilize a treatment option that

provides a less restrictive environment for the individual but still makes intensive short-term services available as needed. This pilot project makes use of both mental health professionals and peer support specialists, expanding the range of disposition options available to the officer.

Together, the two modules provide important guidance for Division officers. These topics will provide for a review of policy and procedure guidelines for officers encountering crisis events during patrol duties, new resources for officers attempting to find help for individuals in crisis, and an in-depth examination of the impact of trauma on youth.

**V.      CONCLUSION**

The task of the Monitoring Team is to duly consider whether the City's submitted Proposed Training Curriculum satisfies the terms of the Consent Decree. The Monitoring Team concludes that the Proposed Training Curriculum meets the terms of the Consent Decree. Accordingly, the Monitor approves the Proposed Crisis Intervention Training Curriculum in its entirety and requests that this Court order it effective immediately.

Respectfully submitted,

/s/  Matthew Barge

MATTHEW BARGE
Monitor
40 Washington Square South
New York, New York 10012
Tel: (202) 257-5111
Email:  matthew.barge@21cpsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I served the foregoing document entitled Motion to Approve Third-Year Crisis Intervention In-Service Training Curriculum via the court's ECF system to all counsel of record.

/s/ Matthew Barge
MATTHEW BARGE