UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

The court held a status conference on the record with counsel for the parties in the within case, as well as the Monitor, on March 5, 2019, at 1:00 p.m. At the conference, the Monitor and the parties discussed the Monitor's Sixth Semiannual Report (ECF No. 246), including the challenges faced by the City of Cleveland in implementing the reforms called for by the Consent Decree, as well as areas of progress. Specifically, the Monitor and the Department of Justice commended the City's efforts in the areas of use of force, and highlighted data from the first year that the use of force policies were in place that showed a decrease in officer and subject injuries. The Monitor noted that the work of the consent decree was at a critical turning point, especially in implementation of the policies, and the parties acknowledged that they would remain diligent in ensuring that the policies developed over the course of the decree are practiced day-to-day. The court recognized the work of the parties toward implementation of the Consent Decree, and encouraged the parties to bring challenges to the court's attention as they arise.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 5, 2019