**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:15-cv-01046** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE:  SOLOMON OLIVER, JR.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION REGARDING RESTRUCTURING OF MONITORING TEAM AND
APPOINTMENT OF HASSAN ADEN AS INDEPENDENT MONITOR**

The City of Cleveland and the United States of America (collectively "the Parties")
jointly and respectfully request that this Court enter an Order approving the restructuring of the
Monitoring Team and appoint Hassan Aden, current Deputy Monitor, as the Independent
Monitor ("Monitor").  Matthew Barge, the current Monitor, would transition to a subject matter
expert on the Monitoring Team.

**DISCUSSION**

Pursuant to Paragraph 353 of the Settlement Agreement, on October 1, 2015, the Court
approved the Parties' joint selection of the Police Assessment Resource Center (PARC) to serve
as the Monitor for the Agreement.  The Monitor is charged with assessing and reporting on
whether the requirements of the Settlement Agreement have been implemented, and whether
implementation is resulting in constitutional and effective policing, professional treatment of
individuals, and increased community trust of the Cleveland Division of Police.  *See* Settlement

Agreement, ¶ 350.  The PARC team consisted of Matthew Barge as the lead monitor, and included a team with expertise in law enforcement, court monitoring, relevant legal standards, criminology, and community outreach and engagement, among other things.  In late 2017, Mr. Barge promoted Hassan Aden, former chief of the Greenville, North Carolina, Police Department, to Deputy Monitor.  Mr. Barge resigned from PARC in June 2018, and in August 2018, the Court issued an Order appointing Mr. Barge as the Independent Monitor, and Mr. Barge's team remained in place.

In June 2019, Mr. Barge notified the Parties that although he could continue to play a role on the Monitoring Team, he would be unable to continue in his duties as lead monitor due to his changing personal commitments.  After speaking with Mr. Barge and other members of the Monitoring Team, considering whether the Parties should seek a new Monitor from outside the current monitoring team, and interviewing Mr. Aden, the Parties recommend that Hassan Aden, who has served as Deputy Monitor since late 2017, be designated as the Monitor, while Mr. Barge continues to work with the Monitoring Team as a subject matter expert.

Chief Aden is widely recognized as a thought leader in law enforcement, particularly in the areas of crime prevention and community inclusion.  After serving 25 years with the Alexandria Police Department (APD), where he was made a member of the Center for Evidence-Based Crime Policy's hall of fame in recognition of his innovative field experiments transforming APD's patrol sector, he served as Chief of Police of the Greenville, North Carolina, Police Department from 2012 to 2015, where he is known for his inclusion of community and business leaders in his strategic planning process.  He currently serves as an executive board member for Law Enforcement Leaders to Reduce Crime and Incarceration.  He has previously served as an executive fellow for the National Police Foundation and as senior advisor on

2

policing to the Vera Institute of Justice.  He is the co-author of multiple law enforcement resources, including "Maintaining First Amendment Rights and Public Safety in North Minneapolis," a comprehensive assessment published by the U.S. Department of Justice's Office of Community Oriented Policing Services. He holds a Master of Public Administration from American University and was formerly an adjunct professor at East Carolina University.  Chief Aden is, in short, well-qualified to serve as Monitor of the Settlement Agreement, and his credentials are set out in further detail in the attached resume. (Attachment A.)

To further ensure continuity, Matthew Barge will continue to play a critical role as a subject matter expert on the Monitoring Team, and will serve as a resource to Chief Aden and the Monitoring Team.

The Parties and the Monitoring Team recognize the critical role that the Cleveland community plays in successfully implementing the changes required by the Settlement Agreement.  To ensure that the public is well-informed of the change in leadership within the Monitoring Team, the Monitoring Team will host several events in the next few weeks to introduce the new Independent Monitor.  The Parties and the Monitoring Team welcome the public's input on the progress made to date and community members' priorities as the reform process mandated by the Settlement Agreement continues.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order appointing Hassan Aden as Independent Monitor pursuant to Paragraph 353 of the Settlement Agreement and restructuring the Monitoring Team as described above.  Chief Aden is well-poised to handle the responsibilities of Monitor, given his expertise on law enforcement matters, his unwavering commitment to constitutional policing, and his involvement in nearly every

aspect of this case as Deputy Monitor.  His promotion to lead monitor will provide the community with assurances that the Settlement Agreement is being monitored effectively, and ensure the continuity of leadership and guidance that the current Monitoring Team has provided the Parties since 2015.

This, the 17th day of July, 2019.

Respectfully submitted,

JUSTIN E. HERDMAN                                    BARBARA A. LANGHENRY (0038838)
United States Attorney                               Director of Law
Northern District of Ohio                            City of Cleveland


s/Michelle Heyer                            By:      s/ Gary S. Singletary
MICHELLE HEYER (0065723)                             GARY S. SINGLETARY (0037329)
HEATHER TONSING VOLOSIN (0069606)                    Chief Counsel
Assistant U.S. Attorneys                             City of Cleveland
Northern District of Ohio                            601 Lakeside Avenue, Room 106
801 West Superior Ave., Ste. 400                     Tel: (216) 664-2800
Cleveland, Ohio  44113-1852                          Fax: (216) 664-2663
Tel. (216) 622-3600                                  Email: blanghenry@city.cleveland.oh.us
Email:  Justin.Herdman@usdoj.gov                     Email: gsingletary@city.cleveland.oh.us
Email:  Michelle.Heyer@usdoj.gov
Email:  Heather.Tonsing.Volosin@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Section Chief
Special Litigation Section

TIMOTHY MYGATT
Deputy Chief
Special Litigation Section

s/ F. Nicole Porter
F. NICOLE PORTER
AMY SENIER
Trial Attorneys
United States Department of Justice
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.  (202) 514-6255; Fax. (202) 514-4883
Email:  Timothy.Mygatt@usdoj.gov
Email:  Nicole.Porter@usdoj.gov
Email:  Amy.Senier@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of July 2019, a copy of the foregoing Joint Motion Regarding Restructuring of Monitoring Team and Appointing Hassan Aden as Independent Monitor was filed electronically.  Notice of this filing will be served upon all parties by operation of the Court's electronic filing system.

<u>s/Michelle Heyer</u>
MICHELLE HEYER
Assistant U.S. Attorneys