# EXHIBIT A

## *Specialized Crisis Intervention Team 40-Hour Schedule*

| | *Monday* | *Tuesday* | *Wednesday* | *Thursday* | *Friday* | |
|---|---|---|---|---|---|---|
| *800* | Introduction and Opening Remarks | Mental Health Law | Community Support Worker: *Frontline Services, Jewish Family Services, Murtis Taylor Human Services, Recovery Resources, Signature Health, The Centers, Visiting Nurses* | Site Visits *Life Exchange Center, Signature Health, Magnolia Clubhouse* | Role of the CIT Officer | *800* |
| *815* | Adults with Mental Illness | | | | | *815* |
| *830* | | | | | | *830* |
| *845* | | | | | | *845* |
| *900* | | Alcohol, Drug Addiction and Dual Diagnosis | | | Principles of Communication and De-escalation | *900* |
| *915* | | | | | | *915* |
| *930* | | | | | | *930* |
| *945* | | | | | | *945* |
| *1000* | | | | | *Break* | *1000* |
| *1015* | Loss Model:  Loss of Reality Senario | *Break* | | | Scenario 1 ER | *1015* |
| *1030* | | Loss of Perspective Scenario | | | | *1030* |
| *1045* | *Break* | | | | Scenario 2 Traffic Stop | *1045* |
| *1100* | Homeless Services | Active Listening Skills | | | | *1100* |
| *1115* | | | | | Scenario 3 Elderly Man | *1115* |
| *1130* | | | *Lunch* | *Lunch* | | *1130* |
| *1145* | | | | | *Lunch* | *1145* |
| *1200* | Hearing Voices Exercise and Lunch | Psychiatric ER Tour and Lunch | | | | *1200* |
| *1215* | | | | | | *1215* |
| *1230* | | | Seasons of Hope: Consumer Drop In Center | Debriefing of Site Visits | | *1230* |
| *1245* | | | | | | *1245* |
| *1300* | Veterans Issues and Services | Emergency Services Panel | LGBT 101 | Youth and Adolescents Mental Health Issues | Scenario 4 Autism | *1300* |
| *1315* | | | | | | *1315* |
| *1330* | | | | | Scenario 5 Veteran | *1330* |
| *1345* | | | | | | *1345* |
| *1400* | The Experience of PTSD Veterans Perspective | Question, Persuade and Refer (QPR) Suicide Intervention | | | Scenario 6 Family Conflict | *1400* |
| *1415* | | | Loss of Hope Scenario | Loss of Control | | *1415* |
| *1430* | | | | | Scenario 7 CSU | *1430* |
| *1445* | | | *Break* | *Break* | | *1445* |
| *1500* | *Break* | *Break* | Understanding Developmental Disabilities | Crisis Intervention for Elderly Adults | Scenario 8 Mental Health Agency | *1500* |
| *1515* | Loss of Perspective | Loss of Hope Scenario | | | | *1515* |
| *1530* | | | | | | *1530* |
| *1545* | NAMI: Working w/ Families & Peers | Trauma Informed Care | | | | *1545* |
| *1600* | | | | | Wrap Up, Evaluation and Graduation | *1600* |
| *1615* | | | Loss of Control Scenario | Loss of Reality Scenario | | *1615* |
| *1630* | | | | | | *1630* |
| *1645* | Wrap Up and Evaluations | Wrap Up and Evaluations | Wrap Up and Evaluations | Wrap Up and Evaluations | | *1645* |



| **CIT Daily Schedule:** | **Monday Agenda** |
|---|---|
| 0800 - 0815 | Introduction and Opening Remarks – Cleveland Division of Police |
| 0815 -1015 | Adults with Mental Illness-University Hospitals |
| 1015 -1045 | Loss Model: Loss of Reality Role Play- ADAMHS Board and Cleveland Division of Police |
| 1045 -1100 | Break |
| 1100 -1200 | Homeless Services Panel: Frontline Services and Lutheran Metropolitan Ministry |
| 1200 -1315 | Hearing Voices Exercise-ADAMHS Board and Boxed Lunch |
| 1300 -1400 | Veteran's Services-Louis Stokes Cleveland Veterans Administration Medical Center |
| 1400 -1500 | The Experience with PTSD from a Consumer's Perspective |
| 1500 -1515 | Break |
| 1515 -1545 | Loss Model: Loss of Perspective Role Play- ADAMHS Board and Cleveland Division of Police |
| 1545 -1645 | NAMI Greater Cleveland: Working with Families |
| 1645 -1700 | Wrap Up and Evaluations |



| **CIT Daily Schedule:** | **Tuesday Agenda** |
|---|---|
| 0800 - 0900 | Mental Health Law – Cuyahoga County Probate Court |
| 0900 - 1000 | Alcohol, Drug Addiction and Dual Disorders: Community Assessment and Treatment Services |
| 1015 -1030 | Break |
| 1030 -1100 | Loss Model: Loss of Perspective Role Play-ADAMHS Board and Cleveland Division of Police |
| 1100 -1200 | Active Listening Skills-ADAMHS Board |
| 1200 -1300 | Lunch and Psychiatric Emergency Room Tour |
| 1300 -1400 | Emergency Services Panel-St. Vincent Charity Hospital and Frontline Services |
| 1400 -1500 | Question, Persuade and Refer (QPR) ADAMHS Board |
| 1500 - 1515 | Break |
| 1515 -1545 | Loss Model: Loss of Hope Role Play-ADAMHS Board and Cleveland Division of Police |
| 1545 -1645 | Trauma Informed Care-Frontline Services |
| 1645-1700 | Wrap Up and Evaluation |



**CIT Daily Schedule:**                    **Wednesday Agenda**

| | |
|---|---|
| 0830 -1130 | <u>Community Support Psychiatric Worker Ride Along</u><br>Visiting Nurses Association<br>The Centers<br>Jewish Family Services Association<br>Recovery Resources<br>Signature Health<br>FrontLine Services<br>Murtis Taylor Human Services Center |
| 1130 -1230 | Lunch on Your Own |
| 1230 -1300 | Seasons of Hope: Consumer Drop In Center - Catholic Charities |
| 1300 -1415 | LGBT 101-LGBT Community Center |
| 1415 -1445 | Loss Model: Loss of Hope Role Play ADAMHS Board and Cleveland Division of Police |
| 1445 -1500 | Break |
| 1500 -1615 | Understanding Developmental Disabilities: An Overview for Police Officers-Board of Developmental Disabilities |
| 1615 -1645 | Loss Model: Loss of Control Role Play- ADAMHS Board and Cleveland Division of Police |
| 1645 -1700 | Wrap Up and Evaluatio |



| | |
|---|---|
| **CIT Daily Schedule:** | **Thursday Agenda** |
| 0900 -1130 | Site Visits at Consumer Operated Facilities<br>Life Exchange Center<br>Signature Health-Northridge Commons<br>Magnolia Clubhouse |
| 1130-1230 | Lunch on your own |
| 1230 -1300 | De briefing of Consumer Operated Facilities |
| 1300 -1415 | Youth and Adolescents Mental Health Issues–<br>Bellefaire JCB |
| 1415 -1445 | Loss Model: Loss of Control Role Play<br>ADAMHS Board and Cleveland Division of Police |
| 1445 -1500 | Break |
| 1500 -1615 | Crisis Intervention for Elderly Adults-The Benjamin Rose Institute on Aging |
| 1615 -1645 | Loss Model: Loss of Perspective Role Play-<br>ADAMHS Board and Cleveland Division of Police |
| 1645 -1700 | Wrap Up and Evaluation |



| **CIT Daily Schedule** | **Friday Agenda** |
|---|---|
| 0800 – 0900 | Role of the CIT Office-Cleveland Division of Police |
| 0900 – 1000 | Principles of Communication and De-Escalation - Lakeland Community College |
| 1000 – 1015 | Break |
| 1015 – 1045 | Scenario 1-Role Play: Call regarding Transport to Emergency Room |
| 1045 – 1115 | Scenario 2-Role Play: Call regarding Traffic Stop |
| 1115 – 1145 | Scenario 3-Role Play: Call regarding Elderly Man |
| 1145 – 1300 | Boxed Lunch |
| 1300 – 1330 | Scenario 4-Role Play: Call regarding Autistic Man |
| 1330 – 1400 | Scenario 5-Role Play: Call regarding Veteran |
| 1400 – 1430 | Scenario 6-Role Play: Call regarding Family Conflict |
| 1430 – 1500 | Scenario 7-Role Play: Call from the Crisis Stabilization Unit |
| 1500 – 1600 | Scenario 8-Role Play: Call from Mental Health Agency |
| 1600 – 1700 | Wrap Up, Evaluations and Graduation |