# EXHIBIT B

# ACTIVE LISTENING SKILLS

## Crisis Intervention Team Training

# Learning Objectives

- Differentiate between hearing and listening

- Define active listening

- Describe the importance of active listening and your role as a CIT officer

- List <u>AND</u> apply the 8 elements of active listening

- Recognize impact of non-verbal communication and cues

- Identify barriers to active listening

# Ice Breaker

## The Listening Test



# Are hearing and listening the same?

## Hearing

- Accidental
- Involuntary
- Effortless

## Listening

- Focused
- Voluntary
- Intentional

# Hearing ≠ Listening



# What is Active Listening?

Active Listening is a communication technique that a listener uses to show the speaker they are engaged and attentive to what they are saying. It requires more listening than talking. The goal is to truly understand the speaker's perspective and communicate that understanding back to them to confirm accuracy.

*"Most people do not listen with the intent to understand; they listen with the intent to reply. Seek first to understand."*
*Stephen R. Covey*



# What is your role?

- Your words and actions are contagious

- What you say and how you say it will dictate the direction of the encounter

- Will it lead to more chaos or a behavior change?



# Active Listening Skills

- Paraphrasing
- Emotional Labeling
- Reflecting or Mirroring
- Effective Pauses and Silence

- Minimal Encouragers
- "I" Messages
- Open-ended questions
- Summarizing

# Active Listening Skills

## Paraphrasing

- Rephrasing/restating the speaker's statement in your own words

*" What I'm hearing is…"*

*"Sounds like you are saying…"*

*"If I'm hearing you correctly…"*

## Emotional Labeling

- Statement of emotions heard

*"You sound angry…"*

*"You seem hurt…"*

*"You sound frustrated…"*

# Active Listening Skills

## Reflecting or Mirroring

- Repeating back the speaker's last few words

*Speaker: "She doesn't pay attention to what I say to her and it makes me angry."*

*You: " It makes you angry."*



# Active Listening Skills

## Effective Pauses & Silence

- Help focus thought and interaction

- Immediately before or after saying something meaningful

- Can also be an appropriate response to anger

- Allow for comfortable silences to slow down the interaction

Learn to **"WAIT"**
**W**hy **A**m **I** **T**alking

# Active Listening Skills

## Minimal Encouragers

- Brief responses that indicate you're present
- They can be verbal or non-verbal

*"Uh-huh"  "Yeah.."*

*"Really?"   "Oh?"*

## "I" Messages

- "I" statements puts ownership on listener
- You assign feelings to yourself rather than speaker

*"I feel frustrated when you yell at me because it  stops me from listening to you."*

# Active Listening Skills

## Open-ended Questions

■ Questions that require more than a "yes" or a "no" answer

*"What...?"*

*"How...?"*

*"When...?"*

*"What happened today?"*

## Summarizing

■ Retelling the story or part of the story in your own words

*"Ok, so what you have told me so far is this...and as a result, you feel...Do I understand you correctly?"*



# Non-Verbal Communication








# Non-Verbal Communication

- Words matter – so does non-verbal communication
- Actions speak louder than words



When there are inconsistencies between verbal communication
and non-verbal communication – which one do we believe?

## The non-verbal communication

# Non-Verbal Communication



Elements of Personal Communication
- 7% spoken words
- 38% voice, tone
- 55% body language



# Barriers to Active Listening

- Arguing
- Patronizing
- Interrupting
- Judgmental
- Listening to respond
- Distractions
- Impatient
- Not listening to speaker's body language



# Phrases to Avoid



# Summary

- Active listening – listen to understand
- Active listening demonstrates empathy, builds rapport/trust, increases influence to promote behavior change
- Your actions, verbal and non-verbal dictate direction of encounter
- Non-verbal communication is key; be mindful and self-aware of your body language

# Questions?

**Cleveland Division of Police**
**40 Hour CIT Curriculum**
**Active Listening Skills Lesson Plan**

**Title of Lesson**:  Active Listening Skills

**Author**:  Carmen Gandarilla, LSW

**Date written**: 11/15/2018

**Approving Authority: PENDING**


## Overview:

The Active Listening Skills training is a 60 minute module designed to provide participants with an overview of active listening skills. The module reviews hearing vs. listening, definition of active listening, the 8 active listening skills, non-verbal communication and its impact, and barriers to active listening.

## Course Goal:

The course goal is to provide participants with a knowledge base and the practical skills to effectively communicate and interact with the public especially individuals with mental illness.

## Course Learning Objectives:

- Differentiate between hearing and listening
- Define active listening
- Describe the importance of active listening and your role as a CIT officer
- List and apply the 8 elements of active listening
- Recognize impact of non-verbal communication and cues
- Identify barriers to active listening

## Methodology:

Participants will be taught by one instructor. A PowerPoint presentation will serve as an instructional aid which includes an ice breaker, video, lecture and discussion.

## Training Equipment:

- Computer, projectors, screen and speakers
- PowerPoint presentation (electronic and handout)

**Training Schedule:** 60 minutes

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slides #1-2**<br>Welcome/Introductions<br>Review course topic and objectives | Lecture and discussion | 2 minutes |
| **Slide #3**<br>Ice Breaker | **Activity**: **The Listening Test Ice Breaker**<br>Group reaction/discussion after activity | 15 minutes |
| **Slides #4-5**<br>Hearing vs. Listening | Lecture and discussion.<br>Review slides and discuss the difference between hearing and listening. | 5 minutes |
| **Slide #6**<br>What is active listening? | Lecture and discussion.<br>Ask group what active listening means. | 2 minutes |
| **Slide #7**<br>Why is active listening important? | Lecture and discussion.<br>Review slide, ask why active listening is important and discuss how active listening promotes empathy, rapport, influence and behavior change | 3 minutes |
| **Slide #8**<br>What is your role? | Lecture and discussion.<br>Review importance of active listening as a CIT officer | 1 minute |
| **Slide #9**<br>Active Listening Skills | Lecture and discussion.<br>Review the 8 active listening skills. | 2 minutes |
| **Slides #10-14**<br>Active Listening Skills | Lecture and discussion.<br>Review each skill individually, giving definition and example of each. | 10 minutes |
| **Slide #15**<br>Video | **Activity:** Show active listening video.<br>Ask for reactions after video. | 5 minutes |
| **Slide #16**<br>Non-Verbal Communication | Lecture and discussion.<br>Review what non-verbal communication is, its importance and identify pictures on slide. | 5 minutes |
| **Slides #17-19**<br>Non-Verbal Communication | Lecture and discussion.<br>Re-emphasize importance of non-verbal communication, visual depicting percentage of time spent using non-verbal messages and what messages does our body language send? | 5 minutes |
| **Slides #20-21**<br>Barriers to active listening and Phrases to avoid | Lecture and discussion.<br>Review barriers and phrases to avoid | 3 minutes |
| **Slide #22**<br>Summary | Summarize key points.<br>Ask for questions/thoughts/feedback | 2 minutes |

**60 minutes**

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Active Listening Skills

## Slide 1-Title

- Welcome participants, introduce yourself and the topic.

## Slide 2-Learning Objectives

- Review the objectives for today's training
- We will discuss the difference between hearing and listening. Note that distinguishing between the two impacts outcome when interacting with the public especially individuals with mental illness.
- We will define active listening and review key components.
- We will discuss the importance of active listening as a CIT officer and how it can benefit their encounters with the public/mental health consumers.
- We will identify the 8 elements of active listening and give examples for each skill.
- We will review non-verbal communication, discuss its impact (positive and negative), give examples of non-verbal cues, and discuss what message your body language may be sending.
- Discuss barriers to active listening and phrases one should avoid using.

## Slide 3-Ice Breaker

- **"The Listening Test"** ice breaker. This ice breaker will serve as an introduction to the topic. Intent is to have participants experience the importance of active listening. For exercise instructions see **Attachment A**.

## Slide 4-Distinguishing between hearing and listening

- Before showing slide, ask participants if hearing and listening are the same. Get their input then show slide. Discuss the differences between the two.
- Emphasize that hearing is passive and listening is active.
- Hearing is an ability whereas listening is a learned skill. Hearing is through our ears where listening is through our minds – interpreting the other party's message.
- Listening requires attention and concentration; the goal is to understand the other person, build rapport and influence.

## Slide 5-Hearing does not equal listening

- Review slide and re-emphasize that hearing and listening are not the same thing.
- A person can hear you but not be listening to you (i.e. "in one ear and out the other"). One is not truly processing or interpreting the information.

## Slide 6-What is active listening?

- Before showing slide with definition, ask participants what does active listening mean?
- Show definition and discuss as a group.
- Read quote on slide and ask group if they agree or disagree.

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Active Listening Skills

## Slide 7-Why is active listening important?

- Discuss the importance of active listening and how it promotes the following: empathy, rapport/trust, influence and behavior change. Explain further each of the concepts.
- **Empathy** – The ability to understand and share the feelings of another within their frame of reference. Empathy is not about being nice, taking sides or agreeing with the other person.
- **Rapport/Trust** – Developing a relationship of mutual trust
- **Influence** – The ability to cause a change in thought or action
- **Behavior change** – Encouraging change in behavior; cooperation

## Slide 8-What is your role?

- CIT officer's use of active listening skills plays an important role in their interaction with the public.
- How does what they say, how they say it (tone), and their body language impact their interaction with the public? What are their thoughts about this?
- Emphasize words and actions are contagious. It can either diffuse or escalate a situation, it can create defensiveness/lack of cooperation. It may deter a positive behavior change.
- How they engage will dictate the direction of the encounter.

## Slide 9-Active Listening Skills

- State there are 8 active listening skills. Remind participants these are learned skills and take practice. It involves focus, concentration, and patience.
- The goal with active listening is to demonstrate understanding and that you empathize with the other person.
- List each skill individually and state each concept will be discussed in further detail.

## Slide 10-Active Listening Skills (continued)

- This slide reviews paraphrasing and emotional labeling – discuss each skill, define and give examples.
- **Paraphrasing**: Restating the speaker's statement in your own words. Paraphrasing tells the speaker that this is what you interpreted their message to be and you are confirming this with them. It demonstrates you're listening and attentive. If listener misunderstands, it allows for clarification.
- Examples of paraphrasing include: *"What I'm hearing is…", "Sounds like you're saying…", and "If I'm hearing you correctly…"*
- **Emotional Labeling:** Statement of emotions heard. Listener is interpreting and validating the speaker's emotions. They are also confirming they interpreted their emotions correctly.
- Examples of emotional labeling include: *"You sound angry…", "You seem hurt…", "You sound frustrated…"*

## Slide 11-Active Listening Skills (continued)

- This slide reviews reflecting or mirroring – discuss skill, define and give examples.
- **Reflecting or Mirroring**: Repeat back the speaker's last few words. Again, reflects their feelings, demonstrates understanding.

2

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Active Listening Skills

- Examples of reflecting or mirroring include: **Speaker**: *"She doesn't pay attention to what I say to her and it makes me angry."* **You**: *"It makes you angry."*

## Slide 12-Active Listening Skills (continued)

- This slide reviews effective pauses and silence – discuss skill, define and give examples.
- **Effective Pauses and Silence:** Discuss how we tend to find silence uncomfortable but it does serve a purpose in some cases. The speaker may be gathering their thoughts, they may pause because the topic is difficult or painful to discuss. It's okay to pause and be silent before jumping in to respond or comment.
- Emphasize that we don't need to be talking all the time. Introduce **WAIT-Why Am I Talking.** Keeping this in mind slows things down.
- This skill also demonstrates to the listener that you aren't trying to rush them and respectful of their feelings. Key here is patience.
- "WAIT" acronym from Janine Diver (http://www.lyintamer.com/) as referenced in article: *Eight Ways Police Can Improve Their Active Listening Skills* by Tim Hardiman.

## Slide 13-Active Listening Skills (continued)

- This slide reviews minimal encouragers and "I" messages - discuss each skill, define and give examples.
- **Minimal Encouragers:** Demonstrates you're with the speaker, you're listening and attentive. It lets the speaker know you are engaged without interrupting. It can be verbal or non-verbal.
- Examples of minimal encouragers include: "Uh-huh", "Yeah…", "Really?","Oh?" Non-verbal examples can include nodding or using a hand gesture to encourage speaker to continue.
- Be mindful of overuse of minimal encouragers. Sometimes people overuse to show they are listening when they really aren't.
- **"I" messages:** I statement puts ownership on the listener – assign feelings to yourself not the speaker.  Otherwise, may cause defensiveness. For example, "You're angry" sounds confrontational where "It sounds to me like you're angry" suggests this is your interpretation but it's not stating the speaker feels this way.

## Slide 14-Active Listening Skills (continued)

- This slide reviews open-ended questions and summarizing – discuss each skill, define and give examples.
- **Open-ended questions**: Allows the speaker to elaborate and helps the listener obtain more information with hopes of gaining better understanding. Requires more than a yes/no answer.
- Examples of open-ended questions include: *"What…?", "How…?", "When…?", "What happened today?"*
- **Summarizing:** Retelling the story or parts of the story. It lets the speaker know what you've heard, encourages them to correct, clarify or add. Again, demonstrates understanding and hopefully that you're on the same page.

## Slide 15-Video

- Show brief video on active listening skills. Ask for reactions.

3

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Active Listening Skills

### Slide 16-Non-Verbal Communication

- Discuss non-verbal communication? What is it?
- How does it impact interaction with the public and building rapport (negative and positive)?
- Review each of the pictures on the slide and discuss what they represent and how it impacts interaction between officer and the public especially individuals with mental illness.
- **Picture 1**: *Pointing finger* – may be seen as accusatory, aggressive, judgmental, imposing fear
- **Picture 2**: *Officer's uniform* – presence, power, authority
- **Picture 3**: *Invading personal space* – again may impose fear, authority, can escalate the situation
- **Picture 4**: *Man looking at watch* – disinterested, not listening, impatient
- **Picture 5**: *Man with crossed arms* – not open to listening to the other person, intimidating, again may impose fear and authoritative figure
- **Picture 6**: *Sarcastic facial expression* – disinterested, discounting the other person's feeling, lack of empathy

### Slide 17-Non-Verbal Communication

- Note that words matter and how things are said can impact one's interaction with the public significantly. However, non-verbal communication is just as important and often times has greater impact than verbal communication.
- Emphasize that inconsistencies between verbal and non-verbal communication may cause mistrust. People will often tend to believe the non-verbal cues over what someone says.
- Ask group their thoughts. **Give an example where verbal and non-verbal communication are inconsistent.** *(i.e. You tell someone you're not made but your arms are crossed and have an angry look on your face)*

### Slide 18-Non-Verbal Communication

- Pie chart depicting the percentage of time spent using verbal communication vs. non-verbal communication.
- This is based on research conducted by Professor Albert Mehrabian. It's a concept often referred to as the "7%-38%-55% rule".
- Note that this research suggests that we spend a larger percentage using non-verbal communication over verbal communication. There are differing opinions about this but it definitely reflects the importance of body language as it relates to the communication process.

### Slide 19-What message am I sending?

- Discuss non-verbal communication/cues and message they send? How does it impact your interaction with the public especially individuals with mental illness?  Does is promote a defensive/negative reaction or supportive/positive reaction?
- **Appearance**: your uniform, badge, your presence/authority, power
- **Gestures**: hand movements, nodding
- **Facial expressions**: smile, frown – is friendly or intimidating?

4

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Active Listening Skills

- **Posture**: Your stance, arms crossed, demeanor
- **Eye contact**: Do you have poor eye contact? Do you stare people down? Again intimidation, fear
- **Voice/Tone**: Not what you say but how you say it. Volume, inflection, etc.

## Slide 20-Barriers to Active Listening

- There are barriers to active listening and we must be mindful of those pitfalls. Review barriers and how they negatively impact active listening.
- Barriers may include: arguing, patronizing, interrupting, judgmental, listening to respond, distractions, impatient, not listening to speaker's body language.
- Arguing and patronizing may escalate the situation instead of diffusing it. Does not reflect one is truly listening, does not promote trust.
- Interrupting, listening to respond and impatient can demonstrate that you're rushing the listener and/or disinterested or that you're not trying to see things from their perspective.
- Judgmental may reflect a bias or stereotype one has. Be mindful of your triggers and realize it's not about agreeing with the person but understanding their point of view. Remember to be empathic.
- Try to avoid distractions, can be difficult as sometimes this is out of our control. However, try to focus solely on the speaker. This takes practice.
- Not listening to speaker's body language can be a barrier as non-verbal cues speak louder than words. All behavior communicates. Not taking body language into account can lead to misinterpretation of the entire interaction.

## Slide 21-Phrases to avoid

- There are phrases commonly used that can negatively impact active listening and should be avoided.
- Some of these phrases include: "Calm down", "You shouldn't", "You should", "I understand", "Why?"
- Using calm down, never calms anyone down. It agitates and upsets them. It also makes them feel like you're minimizing their feelings.
- You should or shouldn't can communicate judgment.
- Saying I understand isn't helpful because you don't understand. We aren't in that person's shoes. We can empathize and demonstrate understanding.
- Why can create defensiveness or seem accusatory. Use of these phrases can damage rapport.

## Slide 22-Summary

- Summarize key concepts.
- Active listening demonstrates understanding.
- Verbal and non-verbal response dictates direction of encounter; can diffuse or escalate situation.
- Be mindful of body language, your triggers and response they may illicit from the speaker.
- Ask for questions, thoughts or feedback.

**Attachment A**

**Listening Test – Script**

Here is a listening test that has been used for many years. It is a fairly common listening test and you may not have seen it or taken it before. If you have seen it, please do not reveal the answers to others. Do not make any sounds when you figure out the answer as it may give a clue to others.

**Test Directions:**

Don't overcomplicate this test. You may take notes if you wish. You may figure out the answer in your head.

Pretend you are a bus driver. It is your job to drive the Main Street Bus. One day, you get on the bus and you start to count.
At the first stop, 5 people get on your bus.
At the next stop, 3 people get on and 2 people get off the bus.
At the next stop, 2 people get off the bus.
At the next stop, 3 people get on and 1 person gets off the bus.
**Finished**
**Here is the question. What color are the eyes of the bus driver?**

Raise your hand if you know the answer. (Usually at this point less than 25% of the group will know the answer. The reader should display anger at the incompetence of the group. Raise your voice, pound the desk, be angry!)

Okay, for those of you who got it wrong I will give you one more chance. Ready?

Pretend you are a bus driver. It is your job to drive the Main Street Bus. One day, you get on the bus and you start to count.
At the first stop, 5 people get on your bus.
At the next stop, 3 people get on and 2 people get off the bus.
At the next stop, 2 people get off the bus.
At the next stop, 3 people get on and 1 person gets off the bus.

Ok, here is the question. Raise your hand if you know what color the eyes of the bus driver are. (Usually at this point less than 60% of the group will know the answer. The reader should display more anger at the continued incompetence of the group. Raise your voice louder, pound the desk, be very angry!)

**What! Some of you still don't have the answer!**

Okay, here it is one last time…
Pretend you are a bus driver. It is your job to drive the Main Street Bus. One day, you get on the bus and you start to count.
At the first stop, 5 people get on your bus.
At the next stop, 3 people get on and 2 people get off the bus.
At the next stop, 2 people get off the bus.
At the next stop, 3 people get on and 1 person gets off the bus.

6

**Attachment A continued**

Okay, for the last time, here is the question.
Raise your hands if you know what color the eyes of the bus driver are. (According to research by the authors, 87% of the people taking the test for the first time will not be able to correctly answer the question. The second time people are given the test immediately following the first test 50% will still not be able to answer correctly. The third time people are given the test on the same day immediately following the preceding test 20% will still not be able to answer correctly).

So how did you do?
Now, let's discuss why people so often answer incorrectly. What went wrong?
Surveys of the individuals who incorrectly answered more than twice say things like:
"I thought it was going to be a math question."
"I was busy counting and missed the beginning statement."
"I was trying to figure out what the question was so I didn't listen to the beginning."

Each of the statements suggest the problem although all of them deny the answer. When you preconceive an answer to a question before the question is completed, you weren't listening. When you began to think about what it is you will say as someone else is speaking, you aren't listening. When you begin to formulate your response, you stop listening.

The answer is the most common problem in communication. People were not listening. Their minds may be on other things. Listeners may hear what they wish to hear.

Source: https://www.state.gov/m/a/os/66058.htm
U.S. Department of State Diplomacy in Action

7