# EXHIBIT E



Goals:  CIT Officers are expected to:
1. Increase their understanding of the daily challenges faced by individuals living with mental illness.
2. Develop a positive working relationship between CIT officers and Community Psychiatric Support Workers.

Objectives: CIT Officers will:
1. Learn about the resources available to individuals living with mental illness.
2. Increase their awareness regarding the roles and responsibilities of Community Psychiatric Support Workers (CPSW).
3. Relate to CPSW as they respond to client needs during real-time events.

Steps:  CIT Officers will:
1. Be assigned to a designated Community Psychiatric Support Worker.
2. Be identified as an observer in training on how to work with the mentally ill population.
3. Accompany the worker to home, community or office visits scheduled with their clients.
4. Obtain information from the worker challenges in the community.

Participating Agencies:
- Murtis Taylor Community Services Agency
- The Centers
- Recovery Resources
- Frontline Services
- Jewish Family Services
- Visiting Nurses Association
- Signature Health