# EXHIBIT F

# Frontline Services:
## Our Mission: Reaching out to adults and children in Northeast Ohio to end homelessness, prevent suicide, resolve behavioral health crises, and overcome trauma.

FrontLine Service (formerly MHS, Inc.) was created in 1988 in response to the growing number of individuals who were struggling with untreated, severe mental illness and who were living in places not meant for human habitation. Many of these individuals had been discharged from long term psychiatric institutions and been unsuccessful in navigating community mental health services. Most were isolated, struggling with serious physical challenges and living under bridges, in abandoned buildings and on the banks of the flats. Utilizing the philosophy of 'going to those in need', FrontLine reached out to these individuals, worked to gain their trust, and successfully assisted them in accessing the services and support that were so critical to their recovery.

Almost 30 years later, we have integrated the service philosophy of outreach into the majority of programs our agency offers. FrontLine serves as a safety net for those in our community who are experiencing homelessness, psychiatric crises or trauma. As the provider of crisis services for both adults and children, FrontLine Service works with those who are experiencing a psychiatric crisis or contemplating suicide. We outreach to those in our community who have experienced trauma following violence in their own home or in their community. And as the provider of the largest continuum of services in the state for persons experiencing homelessness, FrontLine works closely with individuals and families to assist them in achieving stabilization, entitlements and housing. We have an extensive history of providing trauma-informed, client-centered support and services that are innovative and responsive to those with whom we work.

The officers will shadow one of the case managers or outreach workers for several hours and learn firsthand how the workers interact with their clients. They may observe the provision of direct services, crisis intervention or outreach into the community.

**Jewish Family Services Association**

Jewish Family Service Association of Cleveland, a private, non-profit organization, serves to strengthen families and individuals in both the Jewish and general communities in Northeast Ohio. Guided by traditional Jewish values of communal responsibility and social justice, JFSA is committed to enhancing every individual's ability to thrive in our community.

**Counseling Services**
JFSA helps individuals manage life transitions, resolve personal crises, learn new ways to behave more effectively, and cope with personal emotional upset and/or mental illness through a therapeutic relationship with trained mental health professionals. This service is based on a confidential individual mental health assessment to determine the appropriate treatment plan and goals. Counseling services are available in an individual or group format.

**Psychiatry & Pharmacological Management**
JFSA assists individuals with mental illness reduce or alleviate symptoms of psychiatric illness. Staff psychiatrists assess and prescribe medications. Psychiatric nurses are used when necessary and stack medications, monitor side effects, compliance, and provide medication education.

Police Officers who participate in the ride along with case managers will have the following experiences:

Learn the roles and responsibilities of the case manager.

Learn about the programs and services of the agency.

**Murtis Taylor Human Services System**

## Mission

Partnering with you to achieve a better quality of life and a healthier community through engagement, teamwork and commitment

### Case Management

This service is designed to provide community support and advocacy to adults diagnosed with a severe mental illness. Assists individuals to succeed in the community by identifying, accessing, and advocating for needed services. The program aims to:

- Reduce the symptoms of psychiatric illnesses
- Build resilience and improves quality of life and community integration
- Improve coping skills and strategies

### Adult Counseling/Psychotherapy

Pyschotherapy utilizes a fairly structured framework of therapeutic techniques through which adults pursue change by developing or furthering their insight, problem solving, and behavioral intervention. Psychotherapy utilities:

- Cognitive Behavioral Therapy
- Motivational Therapy
- Interpersonal Therapy
- Solution Focused Therapy
- Trauma Recovery Therapy

### Pharmacological Management

Pharmacological services provides mental health consumers with face-to-face psychiatric evaluations, psychiatric treatments, and pharmaceutical relief from psychiatric symptoms. These services are provided in a comprehensive treatment center that supports outpatient community care under the direction of the Medical Director, a licensed physician.

- Improves or eliminates symptoms

Police Officers who participate in the ride along with case managers will have the following experiences:

Learn the roles and responsibilities of the case manager.

Learn about the programs and services of the agency.

Case: 1:15-cv-01046-SO  Doc #: 269-6  Filed:  07/19/19  5 of 9.  PageID #: 5508

Recovery Resources: Lynne Behrman

Each CIT officer is paired with a case manager for a morning ride-along. During that time, the officer will accompany the case manager on a home visit or community visit with their clients. Typically, the clients have both a mental health diagnosis and a substance abuse diagnosis as well. The morning may consist of a visit to a client's home or group home, or they may go to a treatment center or other community location that serves the client. Depending on the schedule, the officer may have the opportunity to observe the case managers with more than one client. The officers are given this opportunity so they understand the role of the community mental health provider, and how we interact with mentally ill adults who live in the community. The CIT officer is encouraged to ask questions and to interact with the client during their ride-along. Typically they are with the CPST from 8:30 to 11:30 or noon.

Signature Health Services of Cleveland:

Dedicated to providing accessible, comprehensive recovery services to people experiencing mental health and/or substance abuse problems. We work with adults, adolescents, children and families, offering much needed help in a supportive, respectful environment. Our staff is highly trained, experienced and professional, entirely committed to providing effective care to every single client.

Outpatient Services
Signature Health outpatient programs encompass a wide range of mental health, counseling, and chemical dependency services:

- Psychiatry
  Psychiatrists and nursing staff specialize in providing outpatient psychiatric evaluations as well as medication management services.
- Partial Hospitalization Program (PHP)
- Mental Health Intensive Outpatient Program (IOP)
- Substance Abuse Intensive Outpatient Program (IOP)
- Case Management, including Intensive Case Management (CPST)
- CPST workers provide community-based crisis support, symptom monitoring, skill development, behavior management, advocacy, and other programs to help clients achieve independence.
- Individual Counseling
  Signature Health's team of social workers and counselors address issues including anxiety, depression, ADD or ADHD, bipolar disorder, schizophrenia, substance abuse, and dual diagnosis.

Police Officers that participate in the ride along with case managers will learn the following:
- Learn the roles and responsibilities of case managers.
- Learn the services the agency provides.

**The Centers for Families and Children:**

<u>The Centers and Circle Health provide services in locations across Cuyahoga County,</u> offering daytime, evening and same day appointments. Our staff also frequently provides services in community locations and in client homes. Our clients are active participants in their treatment and care coordination plans.

Circle Health and The Centers have come together to have a more positive impact on the Northeast Ohio community. Together, we provide a broad scope of essential services including:
Primary care
Dental care
Behavioral health
Pharmacy services and medication management
Addiction and substance abuse treatment
HIV/AIDs prevention and support services
Trauma recovery services
Comprehensive wellness including nutrition education and access to health food

**Substance Abuse Services:**

Drug and alcohol abuse and addiction can happen to anyone. Addiction is on the rise in our community and intervention is key to recovery. The Centers drug and alcohol counselors conduct one-on-one assessments with clients to determine the degree of potential substance abuse and then work with the client, family members or a close friend on a recovery plan which can include:
• Individual counseling and group therapy

**Mental Health Services:**  Everyone's brain is different and mental health challenges are common. In fact, one out of five people over the age of 18 have been diagnosed with a mental illness including anxiety, depression, Post Traumatic Stress Disorder and schizophrenia. The Centers offers:
• Counseling
• Psychiatry
• Case Management

Police officers who are assigned to ride with a case manager on their home visits will have the following experience:
- Learn the roles and responsibilities of the case manager
- Learn about the services and programs offered by The Centers

**Visiting Nurses Association of Ohio's Mental Health Program**

The Mental Health program is designed to support individuals, wherever they call home. VNA of Ohio is the only organization certified as a home care and community mental health agency throughout the community.

About VNA of Ohio Visiting Nurse Association of Ohio provides high-quality comprehensive home health and hospice care to promote health, independence, and dignity to those living in the communities we serve. Founded in 1902, the organization has built a legacy for helping individuals and their families as they experience a health related situation. Today, we continue to provide expert services that will allow individuals to remain in the comfort of their homes.

- Provides a range of services including individual counseling, medication management, and client and family education.
- Serves as a resource for individuals coping with diagnoses and challenges that inhibit independent living.
- The psychiatric registered nurses and social workers, develops a specific plan of care to holistically support each individual's health and wellness needs.

CIT officers that participate in the Ride Along will have the following experience:

1) To learn about the role of Visiting Nurses in the mental health community.
2) To learn about how VNA coordinates services with other mental health providers in the community.