# EXHIBIT I



**Monday Hearing Voices Exercise: Goals and Objectives**

**Goal:**

The goal of the Hearing Voices Exercise is to help law enforcement officers and others understand the challenges that people face with psychiatric disorders.

**Objective:**

To wear headsets which contain pre-loaded simulated voices while completing a variety of tasks.

To foster and increase empathy and increased understanding for people who are experiencing hearing voices.

## Hearing Voices Training Outline

1. Introduction and Overview of the Activity
2. **Question**: What are words to describe Mental Illness? Discussion
3. **Question**: What are words to describe Cancer? Discussion
4. **Question**: What is Stigma? Discussion
5. **Hearing Voices Activity**: Each person should have a handout-face down, four tooth picks, a penny, a pen to write with as well as a name badge.  Do not turn any of the documents over until told.
6. **Instructions**: Turn on the tape-you will hear Pat Deegan; later James Brown.
7. **Application for Treatment**: Turn document over-begin with Application. Do not put any identifiable information. Make up the information about your medications, medical issues, etc. **Exercise time-5 minutes**.  Question: how many completed the application with no blanks?
8. **Funbrain Word Search**: find all of the hidden words. **Exercise time-7 minutes**. Question: how many found all, some, none?
9. **Reading Comprehension**: **Read the article for 7 minutes-no note taking**. Do not turn go to article question.  Turn next page to the questions about the article. **Exercise time-5 minutes**. **Question**: how many answered each question, some of the questions, none of the questions? Review each question and ask the group for the answers.
10. **Mental Status Exam**: **Exercise time-10 minutes**. Person will write down the answers as we as the question. Read no. 2-people will write down the response. Read no. 3; 5; 7 and 8. Question: how many answered all of the questions? Review each question and ask the group for the answers.
11. **National Anthem**: Write down the lyrics to the National Anthem. **Exercise time-6 minutes**. Question: how many people completed the assignment?
12. **Tooth Picks and Penny**: Make a new goal post by only moving two matches and having the penny. Located inside the posts when you start. To be located outside the posts when you finish. You cannot move or touch the penny. Exercise time-5 minutes.
13. End Activity. Close the Headsets.
14. Question: What are words to describe Mental Illness? Discussion and wrap up