# EXHIBIT J

**Cleveland Division of Police**
**40 Hour CIT Curriculum**
**Homeless Services Lesson Plan**

**Title of Lesson**:  Homeless Services

**Author**:  LaTonya Murray, Erin Kray and Suellen Saunders

**Date written**: 4/29/2019

**Approving Authority: PENDING**


**Overview:**

The Homeless Services training provides an overview of the plight of homeless person and the available shelter and outreach services.

**Course Goal:**

The course goal is to provide participants with an understanding of how to interact with homeless people, inform them of the community resources and how to access those resources.

**Course Learning Objectives:**

- Increase understanding of the daily challenges faced by individuals who are homeless through role play and discussion.
- Increase empathy for the homeless population.

**Methodology:**

Participants will be taught by one instructor. A PowerPoint presentation will serve as an instructional aid and a group role play.

**Training Equipment:**

- Computer, projectors, screen and speakers
- PowerPoint presentation (electronic and handout)

**Training Schedule:** 60 minutes

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slides #1-3**<br>Welcome/Introductions<br>Review course topic and objectives | Lecture and discussion. | 2 minutes |
| **Slide #4**<br>Homelessness: National Data | Review homelessness national data/statistics. | 2 minutes |
| **Slides #5**<br>Mock Orientation Homeless<br>Meeting with Frontline Services | **Activity:** Have actors role play as homeless consumers while officers observe and respond to the "homeless panel". | 15 minutes |
| **Slide #6**<br>Goals and objectives for the Mock Orientation Homeless Panel | Lecture and discussion.<br>Review the purpose of the activity. | 2 minutes |
| **Slide #7**<br>Homeless Panel Discussion Points | Lecture and discussion.<br>Facilitator to ask panel a series of questions to increase empathy and understanding for the homeless population. | 10 minutes |
| **Slides #8-#11**<br>Overview of Lutheran Metropolitan Men Shelter | Lecture and discussion.<br>Review Lutheran Metropolitan's mission, the men's shelter, the family shelter, and its supportive services. | 5 minutes |
| **Slide #12**<br>Goals of Outreach at Frontline Services | Lecture and discussion.<br>Review Frontline Services. | 2 minutes |
| **Slides #13**<br>Suggestions for relating to the Homeless Population | Lecture and discussion.<br>Discuss how to interact and relate to the Homeless Population. | 5 minutes |
| **Slide #14**<br>Role of Law Enforcement | Lecture and discussion.<br>Discuss how law enforcement can assist and partner with shelter staff and other community resources working with the homeless population. | 5 minutes |
| **Slides #15-#16**<br>Suggestions for relating to the Homeless Population | Lecture and discussion. | 5 minutes |
| **Slides #17**<br>Suggestions for relating to person experiencing mental illness and substance abuse disorders | Lecture and discussion. | 5 minutes |
| **Slide #18**<br>Questions | Answer any questions group may have. | 2 minutes |

**60 minutes**

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Homeless Services Training

## Slide 1-Title

- Welcome participants, introduce yourself and the topic.

## Slide 2-Learning Objectives

- Review the objectives for today's training
- Explain there will be a mock consumer panel where officers will have the opportunity to observe the plight of the homeless person and ask the panel questions to increase empathy and how to interact with the homeless population.

## Slide 3-Photo

- Slide shows photo of the homeless and law enforcement in the community.

## Slide 4-Homelessness: National Data

- Slide will review national data and statistics regarding the homeless population.
- It will review statistics for homeless people with mental illness, autism disorder and alcohol and drug abuse. Statistics related are to women, children and families is also highlighted.

## Slide 5-Mock Orientation Homeless Meeting with Frontline Services

- Actors will role play different scenarios as homeless individuals.
- Police officers will observe the scenarios and have the opportunity to ask the consumer panel questions as it relates to homelessness.
- Instructor/Facilitator will lead the discussion and ask both panel members and officers questions as well.

## Slide 6-Goals and Objectives for the Mock Orientation Homeless Panel

- Facilitator will review the goal of the mock consumer panel.
- Emphasize that the purpose is to increase their understanding of the challenges the homeless population face daily and gain insight into their plight.

## Slide 7-Homeless Panel Discussion Points

- Facilitator will ask a series of questions directed toward the mock panel as well as the officers in the group.

## Slide 8-Overview of Lutheran Metropolitan Men Shelter

- Review Lutheran Metropolitan Ministry's mission.

## Slide 9-Overview of Lutheran Metropolitan Men and Family Shelter

- Review and share facts and statistics as it relates to the Men's Shelter.

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Homeless Services Training

## Slide 10-Overview of Lutheran Metropolitan Men Shelter

- Review the supportive services offered.

## Slide 12-Goals of Outreach at Frontline Services

- Review the goals of outreach services provided by Frontline Services. Discuss services provided but emphasize the importance of developing trust.

## Slide 13-Suggstions for relating to the Homeless Population

- Review the following bullet points as it relates to the article, ***Interacting with Homeless People*** **from Police The Law Enforcement Magazine**
- **Grew up poor** – (Often over many generations)
- **Speak differently. Have smaller vocabulary** - (We use a "formal register" with strangers or authority figures; they use a more "casual register".)
- **Pay more attention to nonverbal cues** – (They really read into body language, vocal inflection, tone perceptions and volume.)
- **View respect differently** – (They see it as earned by fair, humane, and consistent treatment, not shouting, force or punishment.)

## Slide 14-Role of Law Enforcement

- Review how staff working with homeless population work with law enforcement. Discuss ways both parties can assist each other when needed. Emphasize working in partnership with law enforcement.

## Slide 15-Suggestions for relating to the Homeless Population

- More suggestions from ***Interacting with Homeless People*** **from Police The Law Enforcement Magazine**
- **Look at time differently – (**They don't have much more than a 24-hour time horizon. Beyond tomorrow is a long time for them.)
- **Value relationships – (**They are highly protective of their peers. They share lots of information with each other: safe libraries; fair or mean library staffer; fair or mean security guards or police; where to get free food, clothing, shelters.)
- **Value their possessions –** (They have an understandably strong emotional attachment to the stuff in their bags; it's often truly all they have in this world.)
- **Look at space differently –** (Every room they are in is the same as any other room and is to be used the same way, no matter where it is or who else is there.)

Cleveland Division of Police
40 Hour CIT Course
Instructor Manual: Homeless Services Training

## Slide 16- Suggestions for relating to the Homeless Population (continued)

- **Are funny – (**They use gallows humor, just like cops.)
- **Have experienced more trauma –** (This includes repeated exposures to physical assaults, sexual abuse, evictions, abandonment, random or targeted violence, brain injuries, arrests, job loss, and relationship losses.)
- **Are in more danger –** (They cannot always protect themselves – especially when they are asleep. This population has a lot of accompanying and untreated PTSD problems.)
- **Want to look scary – (**Looking like a modern-day version of Charles Manson, says Dowd, is an intentional protective device to keep predatory people away from them.)
- **Have had their IQs lowered –** (Their education often stopped early and their lives on the streets have hurt their capacity to learn.)

## Slide 17-Suggestions for relating to persons experiencing mental illness and substance use disorders

- **Are habituated to punishment –** (Their usual and near-daily punishments-getting kicked out of a public place or threatened with jail-are not much of a deterrent to their behavior. Dowd says, "Homelessness is often the culmination of repeated punishment failing to change behavior.")
- **Have less self-worth – (**Most homeless people have almost none after six months of living on the streets and shelters and having to resort to begging to survive.)
- **Are treated like crap more – (**Just about every non-homeless person looks down on them, literally, as they sit below normal human eye level on the sidewalk all day, asking for money.)
- **Trust people less – (**Their behavior and life circumstances have caused them to be abandoned by family members, employers, landlords, co-workers, friends, spouses, partners, or their children.)
- **Value fairness – (**They hate being singled out for punishment for rules that others get to break.)

## Slide 18-Questions

# Homeless Services Presentation

▶ LaTonya Murray – Director of Emergency Housing Services

▶ Erin Kray – Associate Director of Housing and Shelter Services

▶ Suellen Saunders – Program Manager of Outreach Services

# Homeless Services Presentation

Agenda:

▶ Introduction of our Mock Consumer Homeless Panel

▶ Brief overview of Homeless Service- Norma Herr Women Shelter and Lutheran Metropolitan Ministry Men shelter and Family overflow shelter

▶ Outreach Services



# Homelessness: National Data

- ▶ National estimates are that 20% to 25% of homeless people are mentally ill. Of those, 70% have personality or other psychiatric disorders: bi-polar, depression, paranoid, borderline, antisocial, schizoid, delusional, psychotic).

- ▶ Many struggle with autism disorders. Many cannot learn from their repeated mistakes and are constantly in conflict and rude with nearly everyone who tries to help them because they cannot control their interactions.

- ▶ About 40% of homeless people struggle with alcohol abuse and 25% with drug abuse. On any given day in the United States, 22% of the known homeless population are children, 40% are women, and 35% are families.

# Mock Orientation Homeless Meeting with Frontline Services

Class Set Ups and Evaluation: Officers will observe and respond as a group. Actors and actresses are acting out the homeless consumers that represent the population they encounter through their services.

▶ Frontline Services utilizes this "role play" format using it's staff as part of orientation for new homeless services staff.

▶ The Lead facilitator will be talking with the "homeless panel" as part of their orientation to behavioral health services.

# Goals and Objectives for the Mock Orientation Homeless Panel

Goal:    CIT Officers are expected to:

► Increase their understanding of the daily challenges faced by individuals who are homeless through role play and discussion.

► Increase empathy for the homeless population.

# Homeless Panel Discussion Points

▶ How did you become homeless?

▶ How were you living before becoming homeless?

▶ What is it like to live as a homeless individual?

▶ How do you feel about the services that are available?

▶ What has been your contact and or feeling about contact with law enforcement?

▶ What would you like officers to know about being homeless?

# Overview of Lutheran Metropolitan Men Shelter

Mission

► Lutheran Metropolitan Ministry seeks that people who are oppressed, forgotten, and hurting be empowered, valued, and healed by our unwavering commitment to addressing chronic needs, enabling people to self-sufficiency, and advocating for system change.

# Overview of Lutheran Metropolitan Men and Family Shelter

▶ Men's Shelter:

  ▶ Approximately 3800 unduplicated clients in 2017

  ▶ Approximately 400 unduplicated a night, including internal and external overflow and refill beds, usually operating at 104% occupancy nightly

  ▶ Overflow cannot be accessed except through 2100

  ▶ 350 beds, 15 mats, between 20 and 40 people to St. Paul's overflow nightly

  ▶ 75% of clients have criminal background

  ▶ 20% of clients are sexually oriented offenders

  ▶ 50% of clients have AOD issues

  ▶ 20% of clients have severe mental health (schizophrenia, Bipolar)

# Overview of Lutheran Metropolitan Men Shelter

Supportive Services

- ▶ 2100 is a Low Demand shelter—no requirements to stay including do not need to be sober, do not need identification, etc.

- ▶ 2100, Cuyahoga County Continuum of Care, and HUD believe homelessness should be brief, rare, and non-recurring

- ▶ Homelessness is a crisis, not a housing placement

- ▶ Cuyahoga County is a Right to Shelter community—all those who ask for Shelter will have a bed placement

# Overview of Lutheran Metropolitan Men and Family Shelter

Family Overflow:

▶ Cannot be accessed except with referral through Coordinated Intake

▶ Only operational when traditional shelters are full

▶ Average 40 families per night, 120 people

▶ Haven is female head of household only, no dads eligible for placement

# Goals of Outreach at Frontline Services

▶ Provide practical assistance

> ▶ Examples includes: food, clothing, blankets, medical assistance, shelter, and crisis intervention

▶ Develop trust

> ▶ Ask permission to engage and listen and respect what is being said

▶ Link and refer to services

> ▶ Mental health treatment, IDs, entitlements, medical care, and housing services.

# Role of Law Enforcement

▶ Work closely with POs and Sheriff's department regarding clients who are on probation/parole

▶ Assist in providing shelter census records for law enforcement when asked

▶ Assist in providing information and Shelter access if looking for suspect or investigation

▶ We call law enforcement regularly (3rd district) when violence cannot be handled through in-house security

▶ We partner with law enforcement, particularly 3rd district, regarding probate warrants and pink slip conveyance

# Suggestions for relating to the Homeless Population



▶ Grew up poor.

▶ Speak differently. Have a smaller vocabulary.

▶ Pay more attention to nonverbal cues.

▶ View respect differently.

# Suggestions for relating to the Homeless Population

▶ Look at time differently.

▶ Value relationships.

▶ Value their possessions.

▶ Look at space differently.



# Suggestions for relating to the Homeless Population

- ▶ Are funny.
- ▶ Have experienced more trauma.
- ▶ Are in more danger.
- ▶ Want to look scary.
- ▶ Have had their IQs lowered.



# Suggestions for relating to persons experiencing mental illness and substance use disorders

▶ Are habituated to punishment.

▶ Have less self-worth.

▶ Are treated like crap more.

▶ Trust people less.

▶ Value fairness.



# Questions



