# EXHIBIT K



**Cleveland Division of Police Overview and Introduction to the Specialized CIT Training**

Welcome and Introduction

*Goal of the Welcome:*

>Provide the trainee with a sense of appreciation for their willingness to volunteer to become a Specialized CIT Officer.

*Objectives of the Welcome:*  **Officers should**

- Understand they are a select group of officers who are competent, caring and show leadership potential.
- Recognize the sincerity and personal commitment to the care of individuals struggling with mental illness and addiction disorders on the part of CIT Leadership and the CPD Command Staff.

**Step:**

>Specialized CIT Officer Trainees should hear brief introduction from Chief Calvin Williams and/or his designee.

*Goals of the Introduction:*

>Provide the trainee with an understanding of the purpose and mission behind the Specialized CIT Officer 40 hour training.

*Objectives for Specialized Crisis Intervention Team Training:*  **Officers should**

- Develop an increased level of expertise and knowledge regarding communication and de-escalation strategies and techniques when working with the behavioral health population.
- Obtain additional information and tools in working with the behavioral health population.
- Have increased awareness regarding community resources and support.
- Experience an increased level of collaboration and communication between law enforcement and the behavioral health community.

**Steps: Specialized CIT Officer Trainees should**

>Hear an introduction to the CIT Program from Captain James Purcell.

>View the PowerPoint slides and listen to Captain James Purcell.

# ROLE OF THE CIT OFFICER

Captain James Purcell, Cleveland Department of Police

# FROM INVISIBLE TO VISIBLE



# GOAL OF CIT

To make the Invisible now Visible-issues associated with mental illness

Discussion….

- What impact does more knowledge on mental illness have on you today?
- What is Visible for you today that was Invisible for you prior to CIT training?

# ROLE OF THE CIT OFFICER

Role of the CIT Officer is:
- Possess additional knowledge in working with the mentally ill population;
- Role model for other officers;
- Contacts and resources with behavioral health providers;
- Officer called upon to intervene with these scenarios.

# ROLE OF THE CIT OFFICER

Discussion

- What do your role within your law enforcement department?

- What polices and procedures are in place that you could or would like to see enhanced and or implemented?

# ROLE OF THE CIT OFFICER

**Role of CIT Officer: Con't.**

- To become the presence in the community when there is a mental health situation.
- To be the eyes and ears between law enforcement and the mental health system.
- To be H in Help

# ROLE OF THE CIT OFFICER

- Diversion from jail to treatment
- Linkage to community resources
- Intervention in the least confrontational manner
- Support in the community

# ROLE OF THE CIT OFFICER: CLOSING

- Wear the CIT Pin
- Be the CIT Officer
- Model Success
- Be Successful

" Treat people in the same manner as you would expect to be treated"