# EXHIBIT L

# Cleveland Division of Police
# 1.25 Hour CIT Curriculum
# LGBT 101 Lesson Plan

**Title of Lesson:  LGBT+ 101 Inclusion and Sensitivity Seminar**

**Assigned Course Number:   TBD**

**Author:  John Licatatiso**

**Date Written 11/2018**

**Approving Authority: PENDING**

**<u>Course Overview</u>:**

Cultural competency, as defined by the National Center for Cultural Competence, "is having the capacity to value diversity, conduct self-assessment, manage the dynamics of difference, acquire and institutionalize cultural knowledge, and adapt to diversity and the cultural contexts of communities they serve."

**<u>Course Objectives(s)</u>:**

The LGBT 101: Cultural Competency training is designed to provide a fundamental understanding of the Lesbian Gay Bisexual Transgender community. Part of this understanding is also raising awareness of the issues that affect those that identify as part of the larger LGBT community. This awareness should translate into increasing sensitivity and efficacy in working with a vulnerable population. The aim of the program is to accomplish the following three objectives;

1. *Increase knowledge*
2. *Raise Awareness*
3. *Build Resources*

**<u>Course Impact(s)</u>:**

Participation in a <u>LGBT 101: Inclusion and Sensitivity</u> seminar should lay a foundation of knowledge surrounding the Lesbian Gay Bisexual Transgender community that may be built upon through further information seeking. This would include an understanding of common language, concepts, and risk factors that affect the greater LGBT community.

*Fact: 80% of gay and lesbian youth report severe social isolation.*

Raise Awareness: In order to effectively implement change, participants should self-reflect on their own pre-existing knowledge, experiences, and biases. This primarily should center on the pertinent risk factors of working with a vulnerable population and how that may guide their own actions, as well as how they view the individuals they interact with.

*Fact: Up to 68% of LGBT individuals report experiencing employment discrimination.*

**1**

**Cleveland Division of Police**
**1.25 Hour CIT Curriculum**
**LGBT 101 Lesson Plan**

The LGBT 101: Cultural Competence training is not exhaustive of all information regarding the LGBT community. This training will work to set a baseline of understanding, while providing additional resources to enact larger change within groups and organizations.

*Fact: 92% of LGBT adults said they believe society has become more accepting of them in the past 10 years.*

**Methodology:**

Participants will be taught by a cultural competency instructor: a Sensitivity Training Coordinator from the LGBT Community Center of Greater Cleveland.  A power point presentation will serve as an instructional aid and will include LGBT terminology as well as key facts and statistics.  The instructor will also encourage questions to increase participant interest and involvement.

**Target Audience:**

Cleveland Division of Police Officers selected to serve as a Specialized CIT Officer

**Class Size:**
TBD

**Evaluation Process:**

Participants will complete a pre and post-test and post evaluation which will examine acquisition of key points and usefulness if information. The exam will focus on the application of key knowledge relevant to the officer's duties when interacting with people in the LGBT Community and responding to a crisis events.

**Logistical Information:**

Site:  TBD

Training Equipment:
        Computer, projectors, screen and speakers
        Power point presentation (electronic)
        Supplemental materials (handout)
        Pre/Post-test and Post-evaluation (handouts)

**Training Summary:**

2

# Cleveland Division of Police
## 1.25 Hour CIT Curriculum
### LGBT 101 Lesson Plan

All assigned participants will arrive at the designated time and go to the designated facility. Participants will receive an overview of the training, performance and learning objectives, and an introduction to the material.

**Training Presentation:**

| Time | Slide# | Activity |
|---|---|---|
| 13:00-13:05 | 1-2 | Introduction and welcome slide |
| | | Presenter contact information |
| | | Goals and Objections |
| 13:05-13:10 | 3-4 | Learning objective 1: Understanding the spectrum of orientation and identity |
| 13:10-13:20 | 5-6 | LGBT terms and definitions |
| | | Sexual orientations vs Gender identity |
| | 7-12 | Understanding language usage |
| 13:20-13:25 | 13 | The Gender unicorn |
| 13:25-13:35 | 14-17 | Thinking outside the Binary |
| | | Use of Gender Pronouns |
| | | Intersectionality |
| | | Language recap |
| 13:35-13:40 | 18-19 | Ohio laws and protections |
| 13:40-13:45 | 20-21 | Serving LGBT people |
| | | LGBT in CIT |
| 13:45-14:00 | 22-26 | Learning objective 2: Understanding crisis elements |
| | | Encounters |
| | | Family Rejection and Health Risks |
| | | LGBT Youth Homelessness |
| | | Statistics |
| 14:00-14:10 | 27-31 | Learning objective 3: Becoming an Ally |
| | | Basics of being an Ally |
| | | Take-aways |
| | | Missteps |
| | | Becoming an Ally |
| 14:10-14:15 | 32-37 | Resources |
| | | LGBT Community Center |
| | | Future of the LGBT Community Center |
| | | References |
| | | Questions |
| | | Thank You |

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

## Slide 1 – Title

- LGBT 101 CIT Training

## Slide 2 – Your Presenter

John Licatatiso
Training Coordinator
(He/Him/His)
jlicatatiso@lgbtcleveland.org
216-651-5428 x 106

## Slide 3 – Goals & Objectives

- Understanding the **spectrum** of sexual orientations and gender identities.
- Understand **crisis elements** of the LBGT+ community which may lead to law enforcement encounters.  A look at suicide rates, homelessness and other disparities among LBGT+ youth.
- Understand an effective way to **incorporate** the LBGT+ topic successfully into **CIT** by way of Allyship.

## Slide 4 – Learning Objective 1

- Understanding the **spectrum related to sexual orientation and gender identity.**
  - Gender and Sexuality are two different aspects of an individual's identity
  - How people describe themselves is important
  - Vocabulary is important for showing respect and gaining trust (review vocabulary)

## Slide 5 – LGBT Term & Definitions
- Abbreviation for "Lesbian, Gay, Bisexual, Transgender"
- Umbrella term describing a diverse group of people
- You may see variation in the designation
  - LGBTQ, LGBTQI, etc.
- **Sexual orientation** versus **gender identity**

## Slide 6 – Sexual Orientation vs. Gender

- Sexual Orientation
  - Describes the genders of **the people to whom you're attracted**
  - Lesbian, gay, bisexual, heterosexual, etc.

1

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- Gender Identity
  - Describes one's **self-perception** as a man, woman, or something else
  - Man, woman, genderqueer, non-binary, etc.
  - **Transgender** (trans)
  - **Cisgender** (cis)

## Slide 7 – What Language are you accustomed to?

- Sex assigned at birth
- Gender Identity
- Sexual Orientation
- Gender Expression

## Slide 8 – What language are you accustomed to?

- Sex assigned at birth
- Describes a person's biological and physiological characteristics as manifested at birth (or earlier)
  - Male
  - Female
  - Intersex

## Slide 9 – What language are you accustomed to?

- Gender Identity
- An individuals' self-perception as a man, woman, or something else; one's relation to cultural constructions of gender
  - (Trans/Cis) Man
  - (Trans/Cis) Female
  - Questioning
  - Genderqueer
  - Genderfluid
  - Agender
  - Non-binary

## Slide 10 – What language are you accustomed to?

- Sexual Orientation
- Describes one's pattern of romantic, physical, and/or spiritual attraction towards people of various genders
  - Gay
  - Straight

2

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- o  Bisexual
- o  Lesbian
- o  Queer
- o  Questioning
- o  Asexual
- o  Pansexual

## Slide 11 – What language are you accustomed to?

- Gender Expression
- The way one presents their gender to others through dress, grooming practices, mannerisms, voice inflection, etc.
- Be mindful of stereotypes
    - o  Masculine
    - o  Feminine
    - o  Androgynous
    - o  Gender-neutral
    - o  Queer
    - o  Cross-Dressing
    - o  Gender nonconforming
    - o  Drag

## Slide 12 – What language are you accustomed to?

- Sex Assigned at birth
    - o  Describes a person's biological and physiological characteristics as manifested at birth (or earlier)
- Gender Identity
    - o  An individuals' self-perception as a man, woman, or something else; one's relation to cultural constructions of gender
- Sexual Orientation
    - o  Describes one's pattern of romantic, physical, and/or spiritual attraction towards people of various genders
- Gender Expression
    - o  The way one presents their gender to others through dress, grooming practices, mannerisms, voice inflection, etc.

## Slide 13 – The Gender Unicorn

## Slide 14 – Thinking outside the binary

- What you see is not necessarily what you get

3

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- Rigid binary constructs common in our culture lead to discrimination
- We have all been taught to think in the binary so we need to practice being more flexible in our understanding of sexual orientation (SO) and gender identity and expression (GIE)

## Slide 15 – Gender Pronouns

- Importance of allowing individuals to self-identify
- If all else fails, ask!
    - Be mindful that some people don't want to openly identify as LGBT at school
    - Gender expression does not necessarily indicate the pronouns a person uses

## Slide 16 – Intersectionality

- Intersectionality refers to the intersection of forms (or systems) of oppression and discrimination. (Crenshaw 1989)
    - This type of exclusion is particularly difficult because they often support and reinforce one another.

## Slide 17 – Be mindful of language

- LGBT identities are adjectives
    - i.e. LGBT people, not "the LGBT's"
- Outdated terminology can have negative connotations
    - Transsexuality, homosexuality, etc.
- Avoid coded language (ex. "alternative lifestyle," "preference")
- No slurs or pejoratives
    - F*ggot, d*ke, tr*nny, pansy, fairy, he-she, "it"
- Use people's chosen names and pronouns

## Slide 18 – True or False: Ohio Edition

- **You can be fired in Ohio for being gay or transgender.**
    - o True. There are no state-wide protections for LGBT individuals.
- **Sexual orientation and gender identity are protected state-wide in housing discrimination.**
    - o False. Neither sexual orientation not gender identity are protected at the state level.
- **Gender markers can be changes in drivers' licenses.**
    - o True. Transgender persons are able to change their gender marker in their license, but not on their birth certificate.
- **Non-discrimination in the area of public accommodations protects LGBT folks in the state of Ohio.**

4

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- o False. Cleveland and other cities have passed legislation, however it is not uniform in the state of Ohio.

## Slide 19 –True or False: Ohio Edition continued
- **The recent legislative changes have mandated recognizing same-sex marriages performed out of state.**
  - o True. Thanks to a sweeping ruling by SCOTUS in June 2015, all 50 states are mandated to recognize same-sex marriages.
- **Same sex couple are able to adopt in Ohio.**
  - o Pending, mostly true. Married couples are able to petition the courts for joint adoption.
- **Neither sexual orientation nor gender identity are protected in hate crime legislation.**
  - o True and False. At the state level, LGBT people are not enumerated as a protected class.
- **Reparative and/or Conversion Therapy have been outlawed in the state of Ohio.**
  - o False. There is no state-wide or nation-wide law to ban this harmful practice.

## Slide 20 – Serving LGBT People

## Slide 21 – Why LGBT in CIT?

- Depi  Police have gone from "NIGHT WATCHMEN" to high-level judgment and decision-making representatives of our local, state, and government law enforcement agencies. Police encounter members of the LGBT+ community in 9-1-1 calls, encounters with the homeless, work peers, providing protection for First Amendment demonstrations, and personal or family lives.
  - o Education on this topic is timely, important, and critical to maintaining a CIT program adequately adapting to change.

## Slide 22 Video: Learning Objection 2
- Understand **crisis elements** of the LBGT+ community which may lead to law enforcement encounters.  A look at suicide rates, and other disparities among LBGT+ youth.

## Slides 23 Encounters

- Check on the Well-being
- Family domestics
  - o Coming Out
  - o Crisis
  - o Anxiety
  - o Rejection may equal rage/violence

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

## Slide 24 – Family Rejection and Health Risks

- LGBT young adults who reported high levels of family rejection during adolescence were:
    - **8.4 times more likely to report having attempted suicide**
    - **5.9 times more likely to report high levels of depression**
    - **3.4 times more likely to use illegal drugs**
    - **3.4 times more likely to report having engaged in unprotected sexual intercourse
      – compared with peers from families that reported no or low levels of family rejection**

## Slide 25 – LGBT+ Youth Homelessness

- Difficulty of finding housing
    - Minors cannot enter contracts without guardians co-signing or emancipation
    - Housing discrimination
- Difficulty of finding a job
    - Age, low educational achievement
    - Employment discrimination
- Lack of family support
- Discrimination in homeless shelters and other services

## Slide 26– Statistics

- **26%** of LGBT+ youth in care were forced to leave their homes as a result of revealing their sexuality.
- **National Statistic:**
- 78% of LGBT+ youth were removed or ran away from foster placements as a result of hostility toward their sexual orientation or gender identity.
- On a national average, up to **40%** of homeless youth identify as lesbian, gay, bisexual, queer or questioning.
- **50%** of transgender youth have seriously contemplated suicide, and **1 in 4** have reported having made an attempt.
- Negative outcomes for many LGBT+ youth, can be prevented or reduced if parents, families, and caregivers can turn to a knowledgeable source for guidance, accurate information, and support.

## Slide 27 – Learning Objective 3

- Creating an effective way to incorporate the LGBT+ topic successfully into CIT by way of Allyship

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- Regardless of personal beliefs, employees and contractors of public systems of care are legally and ethically required to treat LGBT+ and gender non-conforming people equitably and respectfully

## Slide 28 – The Basics of being an Ally

- Work towards understanding your privilege – and recognize when it's appropriate to use it to support your LGBT+ community and friends
- Realize that being an ally is 24/7
- LGBT individuals are multifaceted
  - No universal experience
  - Be careful not to reduce people to their LGBT+ status
- Actively combat interpersonal and systemic discrimination
- 'Speak up, not over'
- Continue your self-education

## Slide 29 – Key Take-Aways

- Listen to LGBT individuals' wants and needs
- Be mindful of stereotypes and insensitive/outdated language
- Create opportunities for conversation
- Sit in your discomfort
- Pronouns, pronouns, pronouns!
- Know your resources

## Slide 30 – Missteps

- It's Okay
  - Recognize it
  - Own it
  - Change it
  - Grow
- Intention vs. Impact

## Slide 31 – Becoming an Ally

**Four levels of acceptance:**
- **Repugnancy** – Openly hostile, outright rejection of LGBT people in general
- **Tolerance** – "Not in my backyard" mentality; it's okay, as long as "it's not in our face;" Separate but equal

7

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

- **Acceptance** – Open to LGBT people, believe in rights for all, against discrimination
- **Affirmation** – Welcoming LGBT people into your life, recognize the importance of cultural difference, actively combatting discrimination

## Slide 32 – Regional & State-wide Resources

- The Center
- GLSEN
- Lambda Legal
- Human Rights Campaign
- PFLAG
- Equality
- ACLU
- BRAVO
- TransFamily
- MtroHealth Pride Clinic

## Slide 33 – LGBT Community Center

- Community programs
- Discussion Support Groups
- Advocacy and Social Justice
- Social Events
- Education and Awareness Training
- Internship Program
- Volunteer Program

## Slide 34 – Focusing in the Future

Thanks to an anonymous donation and an endowment fund,
The Center will be constructing a new building!
**Learn more and donate at bit.ly/UpAndOutCLE**

## Slide 35 – References

*Department of Justice (DOJ) video recommendation:
https://www.justice.gov/crs/video/law-enforcement-and-transgender-community-crs-roll-call-training-video
(video is 12:48)

Cleveland Division of Police
1.25 Hour CIT Course
Instructor Manual: LGBT 101

Ryan, C., Russell, S. T., Huebner, D., Diaz, R. and Sanchez, J. (2010), Family Acceptance in Adolescence and the Health of LGBT Young Adults. Journal of Child and Adolescent Psychiatric Nursing, 23: 205–213. doi:10.1111/j.1744-6171.2010.00246.x

Needham, B. L., & Austin, E. L. (2010). Sexual orientation, parental support, and health during the transition to young adulthood. Journal of Youth and Adolescence, 39, 1189–1198.

## Slide 36 – Questions?

The LGBT Community Center
of Greater Cleveland
6600 Detroit Avenue
Cleveland, OH 44102
216-651-5428
www.lgbtcleveland.org

## Slide 37 – Thank You



# Your Presenter

John Licatatiso
Training Coordinator
(He/Him/His)
jlicatatiso@lgbtcleveland.org
216-651-5428 x 106





# Goals & Objectives

- Understanding the **spectrum** of sexual orientations and gender identities.

- Understand **crisis elements** of the LBGT+ community which may lead to law enforcement encounters.  A look at suicide rates, homelessness and other disparities among LBGT+ youth.

- Understand an effective way to **incorporate** the LBGT+ topic successfully into **CIT** by way of Allyship.



# Learning Objective 1

- Understanding the **spectrum related to sexual orientation and gender identity.**

    - Gender and Sexuality are two different aspects of an individual's identity

    - How people describe themselves is important

    - Vocabulary is important for showing respect and gaining trust (review vocabulary)



# LGBT Terms & Definitions

- Abbreviation for "Lesbian, Gay, Bisexual, Transgender"

- Umbrella term describing a diverse group of people

- You may see variation in the designation
  - LGBTQ, LGBTQI, etc.

- **Sexual orientation** versus **gender identity**





# Sexual Orientation vs. Gender

**Sexual Orientation**

**Gender Identity**

Describes the genders of **the people to whom you're attracted**

Lesbian, gay, bisexual, heterosexual, etc.

Describes one's **self-perception** as a man, woman, or something else

Man, woman, genderqueer, non-binary, etc.

**Transgender** (trans)

**Cisgender** (cis)



# What language are you accustomed to?

| | |
|---|---|
| **Sex Assigned at Birth** | **Gender Identity** |
| **Sexual Orientation** | **Gender Expression** |



# What language are you accustomed to?

**Sex Assigned at Birth**

Describes a person's biological and physiological characteristics as manifested at birth (or earlier)





- Male
- Female
- Intersex



# What language are you accustomed to?

Gender Identity

An individuals' self-perception as a man, woman, or something else; one's relation to cultural constructions of gender


**Transgender**


**All non-cisgender identities**

- **(Trans/Cis) Man**
- **(Trans/Cis) Woman**
- **Questioning**
- **Genderqueer**
- **Genderfluid**
- **Agender**
- **Non-binary**



# What language are you accustomed to?



Describes one's pattern of romantic, physical, and/or spiritual attraction towards people of various genders

Sexual Orientation

- Gay
- Straight
- Bisexual
- Lesbian
- Queer
- Questioning
- Asexual
- Pansexual



**COMMUNITY CENTER**
GREATER CLEVELAND

# What language are you accustomed to?

Be mindful of stereotypes!

Gender Expression

The way one presents their gender to others through dress, grooming practices, mannerisms, voice inflection, etc.



o **Masculine**

o **Feminine**

o **Androgynous**

o **Gender-neutral**

o **Queer**

o **Cross-Dressing**

o **Gender nonconforming**

o **Drag***



**COMMUNITY CENTER**
GREATER CLEVELAND

# What language are you accustomed to?

**Sex Assigned at Birth**

Describes a person's biological and physiological characteristics as manifested at birth (or earlier)



**Gender Identity**

An individuals' self-perception as a man, woman, or something else; one's relation to cultural constructions of gender



**Sexual Orientation**

Describes one's pattern of romantic, physical, and/or spiritual attraction towards people of various genders



**Gender Expression**

The way one presents their gender to others through dress, grooming practices, mannerisms, voice inflection, etc.





LGBT **COMMUNITY CENTER** GREATER CLEVELAND





# Thinking outside the Binary

- What you see is not necessarily what you get

- Rigid binary constructs common in our culture lead to discrimination

- We have all been taught to think in the binary so we need to practice being more flexible in our understanding of sexual orientation (SO) and gender identity and expression (GIE)



# Gender Pronouns

- Importance of allowing individuals to self-identify

- If all else fails, ask!
  - Be mindful that some people don't want to openly identify as LGBT at school
  - Gender expression does not necessarily indicate the pronouns a person uses





# Intersectionality

- Intersectionality refers to the intersection of forms (or systems) of oppression and discrimination. (Crenshaw 1989)
  - This type of exclusion is particularly difficult because they often support and reinforce one another.





# Be Mindful of Language

- LGBT identities are adjectives
  - i.e. LGBT people, not "the LGBT's"
- Outdated terminology can have negative connotations
  - Transsexuality, homosexuality, etc.
- Avoid coded language (ex. "alternative lifestyle," "preference")
- No slurs or pejoratives
  - F*ggot, d*ke, tr*nny, pansy, fairy, he-she, "it"
- Use people's chosen names and pronouns



# True or False: Ohio Edition

**1. You can be fired in Ohio for being gay or transgender.**
True. There are no state-wide protections for LGBT individuals.*

**2. Sexual orientation and gender identity are protected state-wide in housing discrimination.**
False. Neither sexual orientation nor gender identity are protected at the state level.

**3. Gender markers can be changed on drivers' licenses.**
True. Transgender person are able to change their gender marker on their license, but not their birth certificate.

**4. Non-discrimination in the area of public accommodations protects LGBT folks in the state of Ohio.**
False. Cleveland and other cities have passed legislation, however it is not uniform in the state of Ohio.





**COMMUNITY CENTER**
GREATER CLEVELAND

# True or False: Ohio Edition

**5. The recent legislative changes have mandated recognizing same-sex marriages performed out of state.**

True! Thanks a sweeping ruling by SCOTUS in June 2015, all 50 states are mandated to recognize same-sex marriages.

**6. Same sex couples are able to adopt in Ohio.**

Pending, mostly true! Married couples are able to petition the courts for joint adoption.

**7. Neither sexual orientation nor gender identity are protected in hate crime legislation.**

True & False. At the state level, LGBT people are not enumerated as a protected class.*

**8. Reparative and/or Conversion Therapy have been outlawed in the state of Ohio.**

False. There is no state-wide or nation-wide law to ban this harmful practice.





**COMMUNITY CENTER**
GREATER CLEVELAND



**Serving LGBT People**





# Why LGBT in CIT?

• Police have gone from "NIGHT WATCHMEN" to high-level judgment and decision-making representatives of our local, state, and government law enforcement agencies. Police encounter members of the LGBT+ community in 9-1-1 calls, encounters with the homeless, work peers, providing protection for First Amendment demonstrations, and personal or family lives.

    • Education on this topic is timely, important, and critical to maintaining a CIT program adequately adapting to change.



# Learning Objective 2

• Understand **crisis elements** of the LBGT+ community which may lead to law enforcement encounters.  A look at suicide rates, and other disparities among LBGT+ youth.





# Encounters

- Check on the Well-being

- Family domestics
  - Coming out
  - Crisis
  - Anxiety
  - Rejection may equal rage/violence



# Family Rejection and Health Risks

- LGBT young adults who reported high levels of family rejection during adolescence were: (Ryan et al., 2010)
- 8.4 times more likely to report having attempted suicide
- 5.9 times more likely to report high levels of depression
- 3.4 times more likely to use illegal drugs
- 3.4 times more likely to report having engaged in unprotected sexual intercourse
  – compared with peers from families that reported no or low levels of family rejection

*"When I put my head on the pillow at night, I think about my daughter and just hope she's safe. I don't know where she is. I haven't heard from her since I threw her out of the house when she told me she was lesbian. I didn't know what to do. I wish I had acted differently. I would give anything to be able to change that now."*
*-Monica, mother of 16-year old lesbian youth*



# LGBT+ Youth Homelessness

- Difficulty of finding housing
  - Minors cannot enter contracts without guardians co-signing or emancipation
  - Housing discrimination
- Difficulty of finding a job
  - Age, low educational achievement
  - Employment discrimination
- Lack of family support
- Discrimination in homeless shelters and other services



Most Common Reasons for LGBT Youth Homelessness

% of Homeless LGBT Youth Citing Reason



# Statistics

- **26%** of LGBT+ youth in care were forced to leave their homes as a result of revealing their sexuality.
- **National Statistic:**
  - 78% of LGBT+ youth were removed or ran away from foster placements as a result of hostility toward their sexual orientation or gender identity.
- On a national average, up to **40%** of homeless youth identify as lesbian, gay, bisexual, queer or questioning.
- **50%** of transgender youth have seriously contemplated suicide, and **1 in 4** have reported having made an attempt.
- Negative outcomes for many LGBT+ youth, can be prevented or reduced if parents, families, and caregivers can turn to a knowledgeable source for guidance, accurate information, and support.



# Learning Objective 3

- Creating an effective way to incorporate the LGBT+ topic successfully into CIT by way of Allyship
- Regardless of personal beliefs, employees and contractors of public systems of care are legally and ethically required to treat LGBT+ and gender non-conforming people equitably and respectfully



# The Basics of being an Ally

- Work towards understanding your privilege – and recognize when it's appropriate to use it to support your LGBT+ community and friends
- **Realize that being an ally is 24/7**
- LGBT individuals are multifaceted
  - No universal experience
  - Be careful not to reduce people to their LGBT+ status
- Actively combat interpersonal and systemic discrimination
- 'Speak up, not over'
- Continue your self-education





# Key Take-Aways

1. Listen to LGBT individuals' wants and needs
2. Be mindful of stereotypes and insensitive/outdated language
3. Create opportunities for conversation
4. Sit in your discomfort
5. Pronouns, pronouns, pronouns!
6. Know your resources





# Missteps



- It's okay!
  - Recognize it
  - Own it
  - Change it (?)
  - Grow!
- Intention vs. Impact



# Becoming an Ally

**Four levels of acceptance:**

- **Repugnancy** – Openly hostile, outright rejection of LGBT people in general
- **Tolerance** – "Not in my backyard" mentality; it's okay, as long as "it's not in our face;" Separate but equal
- **Acceptance** – Open to LGBT people, believe in rights for all, against discrimination
- **Affirmation** – Welcoming LGBT people into your life, recognize the importance of cultural difference, actively combatting discrimination



# Regional & State-wide Resources



- The Center
- GLSEN (Gay, Lesbian & Straight Education Network)
- Lambda Legal
- Human Rights Campaign
- PFLAG (Parents & Friends of Lesbians and Gays)

- Equality Ohio
- ACLU (American Civil Liberties Union)
- BRAVO (Buckeye Region Anti-Violence Organization)
- TransFamily
- MetroHealth Pride Clinic



# LGBT Community Center Services

- Community programs
- Discussion Support Groups
- Advocacy and Social Justice
- Social Events
- Education and Awareness Training
- Internship Program
- Volunteer Program





# Focusing in the Future



Thanks to an anonymous donation and an endowment fund,
The Center will be constructing a new building!
**Learn more and donate at bit.ly/UpAndOutCLE**



# References

*Department of Justice (DOJ) video recommendation:
https://www.justice.gov/crs/video/law-enforcement-and-transgender-community-crs-roll-call-training-video

(video is 12:48)

Ryan, C., Russell, S. T., Huebner, D., Diaz, R. and Sanchez, J. (2010), Family Acceptance in Adolescence and the Health of LGBT Young Adults. Journal of Child and Adolescent Psychiatric Nursing, 23: 205–213. doi:10.1111/j.1744-6171.2010.00246.x

Needham, B. L., & Austin, E. L. (2010). Sexual orientation, parental support, and health during the transition to young adulthood. Journal of Youth and Adolescence, 39, 1189–1198.



# Questions?

The LGBT Community Center
of Greater Cleveland
6600 Detroit Avenue
Cleveland, OH 44102
216-651-5428
www.lgbtcleveland.org





