# EXHIBIT N

**NAMI Greater Cleveland**
**Family Panel**

**Overview:**

The family panel provides officers a chance to learn about the experiences of family members of individuals with mental illness.

**Course Goal:**

- To provide an understanding of the experience of family members of the mentally ill, the emotional toll it takes on them and the isolation they face.
- Learn short and long term concerns families face, the medical, legal, financial implications they may encounter
- Roadblocks families face when the mentally ill individual is an adult
- Family encounters with police, what helped, what didn't
- Provide information on community mental health resources for family members

**Course Objectives:**

After viewing the Family Panel officers will have:

- Increased understanding of the limitations families may have in addressing the needs of their mentally ill family member
- Benefit of working with the family to find ways to de-escalate a situation
- Awareness of community mental health resources for families

**Methodology:**

Provided by trained family members. Speakers have completed the required NAMI Greater Cleveland speaker bureau training, and received certification to present.

**Target Audience:**

Cleveland Division of Police.

**Class Size:**

TBD

**Training Equipment:**

Evaluations

**Staffing Requirements:**

Instructor: NAMI Greater Cleveland Staff member and trained family members of mental health consumers.

**NAMI Greater Cleveland**
*In Our Own Voice* **- a peer panel**

**Overview:**
NAMI (The National Alliance on Mental Illness) *In Our Own Voice* presentation (IOOV) is a 45 minute program providing a personal perspective of mental illness, as two trained presenters with lived experience share their compelling personal stories of living with mental health challenges and achieving recovery.

The presenters humanize the misunderstood, highly stigmatized topic of mental illness by showing that it's possible—and common—to live well with a mental health condition.

**Course Goal:**

- Demonstrate that recovery is possible
- Provide the officers with personal perspectives of individuals of diverse backgrounds sharing their journey of recovery with mental health challenges
- Share speakers experiences of encounters with law enforcement and/or incarceration
- The opportunity for interactive conversation with the speakers, providing officers the chance to ask presenters questions, allowing for a deeper understanding of mental health conditions and dispelling of stereotypes and misconceptions
- Provide officers opportunity to interact with individuals with mental illness who are not currently in crisis
- Provide information on community mental health resources

**Course Objectives:**

After viewing the IOOV presentation officers will have:

- Increased empathy for individuals living with mental illness
- Understand that recovery from mental illness is possible
- Awareness of community mental health resources

**Methodology:**

The IOOV presentation is provided by two trained speakers along with a DVD and is divided in to three parts.

- What Happened
- What Helped
- What's Next

Speakers have completed the required 16 hours of training, provided by NAMI National and received certification to present IOOV.

**Target Audience:**

Cleveland Division of Police.

**Class Size:**

TBD

**Training Equipment:**

Computer, projectors, screen and speakers

Handouts

Evaluations

**Staffing Requirements:**

Instructor: NAMI Greater Cleveland Staff member

Two trained mental health consumers


