# EXHIBIT Q



**Role of the Specialized CIT Officer: Goals and Objectives**

**Goal for the Session:**

CIT Officers are expected to: Increase their understanding regarding the CIT Policies and Procedures when working with the mentally ill population. The Cleveland Division of Police have developed these policies and procedures in order to improve the quality of response to people in crisis. These policies and procedures are the necessary tools that CIT officers need in order to be successful in the community.

**Objectives:**

1) To review and discuss the CIT Program and Response Policies and Procedures.
2) To review and discuss the completion of the CIT Stat Sheet.
3) To review and discuss the use of the Community Resource Cards.
4) To increase the level of expertise and knowledge regarding communication and de escalation strategies and techniques when working with the behavioral health population

Case: 1:15-cv-01046-SO Doc #: 269-17 Filed: 01/13/19 Page 6 of 9

# Emergency Behavioral Health Resources

The following resources are available 24/7 for emergency situations that might require the assistance of mental health, addiction, or other non-law enforcement

**24/7**

## Emergency Crisis Services

**(216) 623-6888**

Mobile Crisis, Suicide Hotline, Children Who Witness Violence, Traumatic Loss Response Team

## Domestic Violence

**(216) 391-4357**

Domestic Violence & Child Advocacy Center HelpLine

## United Way's Help Center

**Dial 211**

One-stop, comprehensive information about social, health, and government resources.

## Rape & Sexual Assault

**(216) 619-6192**

Cleveland Rape Crisis Center Crisis Hotline

## Psychiatric Emergency

*24-hour emergency psychiatric departments*

**(216) 636-2538**

**St. Vincent's Psychiatric Emergency Department**

2351 East 22nd Street

**(216) 791-3800**

**Louis Stokes VA Medical Center's Psychiatric Emergency Department**

10701 East Boulevard

## Homeless Services

**EVERYONE on Weekdays from 8:00 AM to 8:00 PM**

**Everyone:** Go to Central Intake at Frontline Service for men, women, & families.

*Central Intake @ FrontLine*
(216) 674-67100
1736 Superior Ave., 2nd Fl.
Mon. to Fri.: 8AM to 8PM

**Men, Women, & Families after 8:00 PM on Weekdays or on Weekends**

**Men:** Go to the *2100 Lakeside Men's Shelter*, located at 2100 Lakeside Avenue, Cleveland 44103.

**Women:** Go to the *Norma Herr Women's Shelter*, located at 2227 Payne Avenue, Cleveland 44114

**Families:** Call 211. They will connect you with a place to stay.

## CDP Faith-Based Support

**(216) 623-5723**

Call the CDP Communications Team and request a Chaplain's help.



*Updated 7/272016 by the Mental Health & Addiction Advocacy Coalition, for the Mental Health Response Advisory Committee.*

*For more resources, visit www.adamhscc.org.*

---

# Non-Emergency Behavioral Health Resources
## Cleveland Division of Police—District 2

### Second District Community-Police Relations Committee

Second Tuesday of each month | 7 PM to 8 PM
Applewood Center—Enter gym from Daisy Ave. | 3518 West 25th Street, Cleveland OH

### Behavioral Health Resources

<span style="color:green">**Green**</span> mental health treatment at this site
<span style="color:purple">**Purple**</span> mental health and addiction treatment at this site
<span style="color:blue">**Blue**</span> addiction treatment at this site

**Applewood Centers | Jones Campus**
3518 West 25th Street
T: (216) 741-2241

**Catholic Charities Offices**
Cleveland CARES Plus
4621 Fulton Parkway
T: (216) 635-3876

Multiple Program Offices
1515 West 29th Street
T: (216) 696-2197

**Matt Talbot for Women**
7901 Detroit Avenue
T: (216) 634-7500

**Community Care Network**
3146 Scranton Road
T: (216) 688-4114

2202 Prame Avenue, 2nd Fl.
T: (216) 688-4114

**Connections: Health, Wellness, Advocacy**
1400 West 25th Street
T: (216) 831-6466

**Front Steps Housing & Services**
1545 West 25th Street
T: (216) 781-2250

**Hispanic UMADAOP**
3305 West 25th Street
T: (216) 459-1222

**May Dugan Center**
4115 Bridge Avenue
T: (216) 631-5800

**Murtis Taylor | West Side**
3167 Fulton Road
T: (216) 283-4400

**NAMI Greater Cleveland**
2012 West 25th Street, 6th Fl.
T: (216) 875-7776

**Recovery Resources, Inc.**
4269 Pearl Road
T: (216) 486-2999

**Scarborough House for Women**
2340 West 10th Street
T: (216) 781-5538

**Stella Maris, Inc.**
1320 Washington Avenue
T: (216) 781-0550

**The Centers for Families & Children | Gordon Square**
5209 Detroit Avenue
T: (216) 432-7200 Ext. 225
T: (216) 431-5800

**Cleveland Christian Home**
1400 West 25th Street, 2nd Fl.
T: (216) 671-0977

**Women's Alliance for Recovery Services, Inc.**
2012 West 25th St., Ste. 300
T: (216) 575-9120

**Women's Recovery Center**
6209 Storer Avenue
T: (216) 651-1450

### National Alliance for Mental Illness (NAMI)

**Non-crisis Information, Education, & Referrals**
(216) 875-7776
M – F: 9 AM – 5 PM

**Non-Crisis National Line**
(800) 950-NAMI (6264)
M – F: 10 AM—6 PM

### Veterans Resources

**CALL LINES**

**Veterans Crisis Hotline**
T: 1-800-273-8255 (Press 1)
Text: 838255

**Combat Veterans Hotline**
T: 1-877-927-8387

**Veteran's WARM Line**
T: 1-877-838-2832

**VA Call Center for Homeless Veterans**
T: 1-877-424-3838

**VET CENTERS**

**Louis Stokes Cleveland VA Medical Center—Parma Outpatient Clinic**
T: (216) 739-7000
8787 Brookpark Road
Parma 44129
8 AM – 4:30 PM

**Louis Stokes Cleveland VA Medical Center—McCafferty Outpatient Clinic**
T: (216) 939-0699
4242 Lorain Avenue
CLE 44113
8 AM – 4:30 PM

**Parma Vet Center**
T: (440) 845-5023
5700 Pearl Road, Ste. 102
Parma 44129
M, W, F: 8 AM – 4:30 PM
T, Th: 8 AM – 7 PM

**Cuyahoga County Veterans Service Commission**
T: (216) 698-2600
849 Prospect Avenue
CLE 44115
8 AM – 4 PM

# CLEVELAND DIVISION OF POLICE / CRISIS INTERVENTION MENTAL HEALTH/AOD STATISTIC SHEET

**Date:** _____  **Time:** _____  **Incident type:** _____

**Incident #** _____ - _____  **Location:** _____

**Requested by:**  □ CCS  □ Z/C  □ Family  □ Case Worker  □ Fire/EMS

**SUBJECT**
**Name/Address:** _____

**Gender:** ____ **Race/ethnicity:** _____ **DOB:** _____ **SSN: (Last 4)** _____

**Best means of contact/locating:** _____

**PLEASE CHECK ALL THAT APPLY:**
□ Mental Illness  □ Alcohol/Drug  □ Developmental Disability  □ Homeless  □ Veteran

**Was the subject armed?** □ Yes  □ No  **Type of weapon:** _____
□ Injury to Subject  □ Injury to Officers  □ Injury to others

**TOOLS/TECHNIQUES USED:**

□ Verbal De-escalation/Crisis Intervention techniques
□ Use of Force:  □ Pain compliance  □ Take Down  □ Handcuffs
□ ASP  □ OC Spray  □ Taser  □ Other: _____

□ FIT notified  □ Incident Report Completed

**DISPOSITION:**

□ Complaint Unfounded  □ Information received / advised  □ Citation issued
□ Subject/Incident stabilized requiring no further action  □ Confer w/Mobile Crisis
□ Subject referred for additional support at: _____
□ Conveyed/Transported to (Facility) _____ □ By: _____
□ Voluntary  □ Involuntary  □ Probate Warrant  □ Pink Slipped
□ EMS On Scene?  Unit # _____  □ Arrested  Charge _____

**Name/Address of caller:** _____
_____

□ **Point of Contact (Case worker, Dr., etc.)** _____
_____

□ **Reason for interaction:** _____
_____

**Any concerns (safety) whatsoever, for this subject (or) address:** _____
_____  □ CCS Advised

**Supervisor on scene:** □ Yes  □ No  **Name/Badge #** _____

**Officer(s):  Name / Badge #** _____  CIT certified  □

**Name / Badge #** _____  CIT certified  □

*Please forward <u>this form only</u> -(no staples/reports)- to the CIT Coordinator via Divisional Mail.*