# EXHIBIT R



**Seasons of Hope: A Program of Catholic Charities**

Goals:   CIT Officers are expected to:
1. Increase their understanding of the daily challenges faced by vulnerable women who displaced in the streets in the City of Cleveland.
2. Identify a source of referral for women with possible substance abuse issues who are in need of a temporary place to stay during the night.

Objectives: CIT Officers will:
1. Learn about the resources available for women with substance abuse.
2. Learn how women in recovery from substance abuse histories are giving back to the community.



# Seasons of Hope

**Seasons of Hope Safe House for Women**

**Background:** In response to the Imperial Avenue tragedies of October 2009, the Alcohol, Drug Addiction and Mental Health Services (ADAMHS) Board of Cuyahoga County has opened Seasons of Hope, a safe house for women with addiction. Catholic Charities operates the program. **Seasons of Hope can be reached by calling 216-421-0536.**

**Program:** Seasons of Hope offers a place where alcohol or drug-addicted women who are in distress can go for help without feeling ashamed or alienated. The program is designed to provide a caring and supportive environment where women can have access to a shower, clean clothes, a meal, and time to rest and reflect on her situation while reading available treatment and recovery literature and talking to other women who have shared similar experiences.

**Method of Treatment:** This client-centered method of treatment is a non-traditional, non-directive approach to therapy that allows the client to move at her own pace, encouraging her to become empowered and pursue treatment on her own. Community outreach will be central to the safe house's mission to both identify and build rapport among women in the community who have an addiction and experiencing homelessness or other stressors.

**SAMHSA Agrees:** The Substance Abuse and Mental Health Services Administration (SAMHSA) has embraced such trauma-informed approaches and has found outreach to be a particularly successful tactic. A study of the effectiveness of outreach with homeless people who abuse substances found that nearly half of persons contacted through outreach became enrolled in services. (Tommasello et al. 1999) More important, those contacted through outreach had significantly higher levels of substance use than walk-in clients and were more likely to be engage in HIV risk behaviors. (*SAMHSA Blueprint for Change*)

**The Name:** Seasons of Hope was selected as the name for the safe house and a tree was chosen as its symbol to signify that just as a tree changes with each season, a woman who is addicted may also change her life and have a new beginning.

**Program Description:**
Seasons of Hope is a safe house, open 7 days per week from 7 p.m. to 7 a.m. that provides resources for women who may have substance use disorders or other needs (homelessness, leaving violent situations, or other difficult situations). The program services approximately 500 women per year.