# EXHIBIT T



**The Experience of Post Traumatic Stress Disorder**

**Goal:**

- Increase officer awareness of Post Traumatic Stress Disorder by listening and communicating with a Veteran with lived experience.

**Objective: the trainee should be able to:**

- Describe the signs and symptoms of Post Traumatic Stress Disorder
- Know what treatments are available for persons with Post Traumatic Stress Disorder
- Understand methods of engaging a person with Post Traumatic Stress Disorder

Manual for CIT – PTSD

14:00-14:05 Introduction and Life History

14:05-14:15 Vietnam from combat Infantry experience and brief history of combat from personal experiences

14:15-14:25 How combat can change a person's brain and outlook on life. A typical day- Anger, Anxiety-Avoidance-Numbness-Depression-Hopeless

14:25-14:35 Effects of having PTSD – description of how things change.

> Trust, Grief, loss of friends, Anger, not felling safe, Triggers, Isolation, hypervigilance, Anxiety, Avoidance, Irritability, self-medication, flash backs, intrusive thoughts, Love, Mourning, Nightmares, Regrets, Self-esteem, intimacy, My space, Startle response, Stress, Suicide, Depression, numbing, Perfection, Incompetents, Inability to get along with anyone or at work and others, How everything seems like life and death, the feeling of being disconnected, things are often all or none, no middle ground

14:35-14:45 Treatment: PTSD help, one on one with psychologist, Group with peers & Psychologist, Prescribed drugs. Mental health action plan class, Anger management class, Cognitive Processing Therapy for PTSD. Over view of tools used in above treatment

14:45-14:55 How I try to take care of myself: Sleep - Food - workout - Projects- my back pack

14:55-15:00 When you encounter a veteran – tips to stay safe