# EXHIBIT W

**Cleveland Division of Police**

**Lesson Plan**

**Title of Lesson: Veteran's Issues and Veterans Services**

**Assigned Course Number: TBD**

**Author: Michael Orticari Cleveland VA Medical Center**

**Approving Authority: Pending**

**Overview:**

The one hour presentation will cover the following major elements:

1. To learn about the scope and range of services provided by the department of veterans affairs for returning service members.
2. To learn to recognize the signs and symptoms of posttraumatic stress disorder and traumatic brain injury.
3. To learn more about how to recognize and interact with veterans when they come into contact with law enforcement.
4. To learn about resources for veterans and how to get them connected with VA care.

**Course Goal:**

The goal of this presentation is to increase the officers knowledge of VA services and to increase their safety when interacting with combat veterans.

**Course Objectives:**

Upon completion of the Officer Wellness Overview participants will be able to demonstrate knowledge of the following:

1. What services are provided by the VA and the location of VA clinics in NE Ohio.
2. Increase awareness of the most common injuries sustain by veterans such as PTSD and TBI.

**Methodology:**

Participants will be taught by instructors from the Department of Veterans Affairs. A power point presentation will serve as an instructional aid and will include a role play scenario, as well as basic outlined points. The instructor will also facilitate class discussion to increase participant interest and involvement.

**Target Audience:**

All members of the Cleveland Division of Police.

**Class Size:**

TBD

**Evaluation Process:**

Participants will complete a post-test which will examine acquisition of key points. Participants will be required to answer at least 70% correct.

**Logistical Information:**

Site: TBD

**Training Equipment:**

>Computer, projectors, screen and speakers

>Power point presentation (electronic)

>Power point presentation (handout)

>Post-test (handout)

**Staffing Requirements:**

Instructors: One VA staff

**Training Summary:**

All assigned participants will arrive at the designated time and go to designated facility. Participants will received an overview of the training, performance and learning objectives, and an introduction to the material.

**Training Schedule:**

10:00-10:05    Introduction on VA training. Overview of the training. Slide 1,2.

10:05-10:10    Overview of the VA from a national perspective.  Slides 3,4,5.

10:10-10:15    Overview of utilization of VA programs and services . Slide 6

10:21-10:20    A more local perspective;  Locations of VA clinics in NE Ohio. Slide 7

10:25-10:30    Discussion of services for GWOT veterans following a deployment. Slide 8,9,10

10:30-10:35    Overview of post-traumatic stress disorder and psychological factors. Slide 11,12,13.

10:35-10:40    Exposure to traumatic events and Role Play Scenario. Slide14,15,

10:40-10:45    Exposure to Traumatic brain Injuries (TBI). Slide 16

10:45-10:50    Critical incidents involving law enforcement and tips for interacting with combat veterans. Slide 17, 18, 19.

10:50-10:55    List of local Veterans resources. Slide 20

10:55-11:00    Questions and closing. Slide 21.

**Cleveland Division of Police**

**Veteran's Issues and Veterans Services**

**Instructor's Manual**

**Slide 1-Title page and Introduction of the presenter**

**Slide 2-5 What is the VA?**

Start by asking the officers, "When you think of the VA, what comes to mind for you?"

Key Points to make

- Talk about how this topic was chosen mentioning the importance of caring for those who have served our county on a national level.
- Officers need information and resources to be able to interact safely when they come into contact with veterans in the line of duty.
- The Veterans Administration is actually made up of 3 separated departments (health care, benefits, and the national cemetery administration.)

**Slide 6- 7 Overview of the VA in Cleveland**

Key Points to make

- Indicate that we will be covering basic information in a one hour session.
- VA clinic locations, services provided
- Who we serve

**Slide 8-9-10 Services for Veterans**

- Services include a full range of treatment options including Primary Care, mental health, PTSD, and TBI treatment.
- The program also provides resources for housing, employment, education, and claims for service related injuries.

Key Points to make: Returning service members will need a wide range of service including (but not limited to) health care, employment, and education.

**Slide 11-12 Transition and Care Management Program for Post 911 Veterans**

- Emphasis on the transition care and management for any returning veteran.
- Identification of common services any veteran would be requesting.

**Slide 13 Psychological factors**

- Commonly reported issues include PTSD, TBI, Depression, anxiety and substance use disorders.

Key Points to make: Not all wounds are visible.

**Slide 14-15 Traumatic brain injury (TBI)**

- Illustrates the prevalence and severity of TBI as well as the range of treatments provided by VA.

    Key points to make: TBI exposure may impact a wide area of functioning including speech, hearing, memory, and cognition.

**Slide 16-17 Post Traumatic Stress Disorder**

- Overview of the symptoms of disorder as well as the diagnostic criteria and prevalence. Key points: Inform that nearly everyone who deploys will develop some short term symptoms of PTSD, but only @ 20% will actually meet diagnostic criteria.

**Slide 18 Introduce the role play scenario and follow-on discussion**

- The role play will serve to illustrate the effects of exposer to a traumatic event.
- Officers will be informed that they are a platoon of military police officers tasked with patrolling the streets near the west side market. While in the area a suicide bomber will detonate himself causing mass casualties.
- The discussion will then shift to the days following the attack and thee way symptoms of PTSD may manifest themselves in those who were exposed to the traumatic event.

    Key points to make: Before conducting the role play inform the audience that the role play will focus on a violent act of terrorism. If anyone is not comfortable with the topic for any reason, they may step out of the room until the role play is concluded.

**Slide 19 Critical incidents involving law enforcement**

- Question: Why is it important to recognize when you are interacting with a combat veteran?"
- Question: How can you recognize that the person may be a veteran?

    Key Points to make:  What to look for; military haircuts, military clothing (camo) tattoos, flags, veteran license plates on vehicles. An officer's safety may depend on this knowledge.

    While not all veterans are dangerous people, they all have at least basic firearms training and may be carrying a weapon on their person, in their vehicle, or inside their homes.

**Slide 20-21 Tips for interacting with Combat Veterans**

- If the situation allows the officer may be able to develop a rapport if he/she recognized that the person served in the military. The knowledge and the development of rapport may help to de-escalate the situation and increase the level of safety for all parties involved.

**Slide 22-Local resources for returning veterans**

- Contact numbers for the Cleveland VA, Vet Centers, Veterans Service Commission, and Suicide prevention hot line

**Slide 23-Closing Slide and contact information for the presenter.**

# Veteran's Issues and Veterans Services

Michael Orticari

Operation Enduring Freedom/Iraqi Freedom Care Program

Louis Stokes Cleveland VA Medical Center



UNCLASSIFIED



## Department of Veterans Affairs

### Veterans Healthcare Administration

### Veterans Benefits Administration

### National Cemetery Administration





UNCLASSIFIED

# Veterans Benefits Administration

- Disability Benefits
- Education Benefits
- Voc Rehab and Employment
- Home Loan Guarantee





UNCLASSIFIED

# National Cemetery Administration

- Burial in a National Cemetery
- Headstone/marker
- Presidential memorial certificate
- Burial expenses





UNCLASSIFIED

# Veterans Healthcare Administration

- Inpatient & outpatient medical and surgical care
- Women's Veterans Health Care
- Long Term Care
- Community Based Care
- Health Care for Homeless Veterans
- Readjustment services for combat veterans
- Substance abuse treatment
- Dental care





UNCLASSIFIED

# N.E. Ohio
# VA Medical Center

- Main Hospital Located at E. 105th and East Blvd.

- Supported by 13 Community Based Outpatient Clinics

- Akron, Canton, Youngstown, Mansfield, East Liverpool,

- New Philadelphia, Parma, Painesville, McCafferty,

- Warren, Ravenna, Lorain, Sandusky



UNCLASSIFIED



# Coverage Area



# Who we serve

- The Cleveland VA Medical Center provides services to all eligible veterans (combat or non-combat) from all eras.

- There are some programs which provide services to specific groups of veterans such as; Vietnam Era, Women Veterans, or Iraq/Afghanistan Veterans.

- However, most programs are not geared to a specific era, but to a specific condition or need such as; Primary Care, Mental Health, PTSD, TBI, Substance Abuse, Diabetes, Oncology, Homelessness, Dietary, Radiology, Dental, Social Work, Audiology, Optometry, Long Term Care, etc.

- There are 8 priority groups which determine eligibility, but the basic requirements are; 24 months on active duty, or one day in a combat zone and received an honorable discharge.

UNCLASSIFIED

# Transition and Care Management Program for Post 911 Veterans

- Provides case management and advocacy for veterans who have discharged since Sept 11, 2001.

- Referrals are received all of our clinics, military treatment facilities from all branches, local guard/reserve units, and other VA's around the country.

- All newly registered veterans are screened for combat deployments (which also triggers a referral).





UNCLASSIFIED

**Percentage of Post 911 veterans seeking treatment**

✓ As of 2017 over 2,000,000 Iraq and Afghanistan Combat vets have returned home. @  58% had utilized the VA at least once.

✓ The majority of male Veterans served during the Vietnam Era and most female Veterans served during the Post 9/11 Gulf War era.

✓ The most common conditions treated were musculo-skeletal complaints 58%followed by mental health disorders 53%.

✓ Of the mental health disorders diagnosed, the majority were PTSD followed by depression and anxiety.



UNCLASSIFIED

# Transition and Care Management Program for Post 911 Veterans

- Staff works closely with veterans and families to identify and meet the needs of the returning veterans.

- Advocate, coordinate, and evaluate all options and services for the veteran.

- Work closely with the military, other VA's, and community based organizations to ensure the needs of each veteran are met.





UNCLASSIFIED

# Common services for returning Veterans

- TBI/PTSD treatment
- Primary Care/General Medical
- Employment services
- Lack of stable housing/Homelessness
- Substance use/dependence
- Education/Post 911 GI Bill
- Claims for injuries (Service Connection)
- Special compensation/bonuses





UNCLASSIFIED

# Psychological Factors

- In addition to physical injuries from war, psychological injuries can contribute directly to a lack of insight, poor judgment, and poor impulse control in everyday situations:

- Post Traumatic Stress Disorder (PTSD)

- Traumatic Brain Injury  (TBI)

- Major Depression and/or Anxiety Disorders

- Substance Abuse Disorders



UNCLASSIFIED



# Traumatic Brain Injury

✓ Prevalence of TBI @17%

✓ TBI symptoms include problems with processing (auditory, cognitive) memory problems, sustained attention problems, difficulty with impaired executive decision making, judgment, and problem solving.

✓ Most effective treatment for TBI involves a variety of methods: speech therapy, cognitive retraining, physical therapy, pain management



UNCLASSIFIED

# Traumatic Experiences

*"No one crosses a river without getting wet, no one goes to war without being changed"*
~SGT Patrick Campbell







UNCLASSIFIED

# Post Traumatic Stress Disorder

✓ Approximately 20-35% of returning service members will experience *some* symptoms of PTSD after deployment

✓ Symptoms may include re-experiencing trauma, avoidance, and increased arousal.

✓ Most effective method of treatment for those actually diagnosed is evidence based psychotherapy (prolonged exposure, cognitive processing therapy)







# Post Traumatic Stress Disorder

## Diagnostic Criteria for PTSD

- Criterion A - Exposure to trauma
- Criterion B - Re-experiencing event
- Criterion C - Avoidance and numbing
- Criterion D - Increased arousal
- Criterion E - Duration of at least one month.
- Criterion F - Significant distress or impairment of social or occupational functioning.

UNCLASSIFIED

# Role Play

## Incident at the West Side Market







UNCLASSIFIED

# Critical Incidents involving Law Enforcement and Veterans

- Suicidal individuals
- Domestic violence
- Homicides followed by suicides
- Bank Robberies
- Barricades/hostage situations
- Illegal Substance involvement
- Traffic incidents







UNCLASSIFIED

# Tips for interacting with combat veterans

- Service members do not want to appear weak or cowardly
- By relating to them as equals, or servants of the public good, police officers may have better chance to gain trust
- Officers and veterans understand the concepts of honor, bravery, and duty
- What makes interactions between law enforcement and Combat Veterans so unique?
- A veteran's first interaction with law enforcement may help them to acknowledge that they have a problem





UNCLASSIFIED

# Tips for interacting with combat veterans

- Do you miss it? (This provides insight into the subject's mind-set.)
-  How long have you been back? What is it like to be back? Are you having trouble adjusting?
- What was it like for you? (allows the officer to demonstrate genuine listening skills.)
- Don't make assumptions regarding service  such as: "females are not in combat" or "he's just in the National Guard."







# Local Resources

- **Cleveland VAMC, Transition and Care Management program Program**:
  216-739-7000 ext. 1109 (Parma Clinic)
- **Vet Center**:
  Eastside:  216-707-7901
  Westside: 440-845-5023
- **Cuyahoga County Veterans Service Commission**:
  216-698-2600 (Downtown)
- **National Suicide Prevention Line**
  1-800-273-8255 (Ext. #1 for veterans)





UNCLASSIFIED



UNCLASSIFIED