UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Motion to Approve Cleveland Division of Police's proposed curriculum for its enhanced specialized training in responding to individuals in crisis ("Specialized CIT Training Curriculum") (ECF No. 269). The Monitor's Motion indicates that the Specialized CIT Training Curriculum was reviewed on an ongoing basis by the Parties and the Monitoring Team. Pursuant to the recommendation of the Monitor that the court approve the Cleveland Division of Police's proposed Specialized CIT Training Curriculum, the court hereby approves said curriculum, which meet the terms of the Consent Decree. Accordingly, the court orders said curriculum to be effective immediately.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 19, 2019