# EXHIBIT A

**Bias-Free Policing**

**Title:** Bias-Free Policing

**Recommended Time:** 4 Hours

**Primary Audience:** Patrol Officers, Detectives, Supervisors

**Module Goal:** Procedural Justice and Police Legitimacy understanding and application

**Required Materials:** Procedural Justice and Police Legitimacy Facilitator Guide 2, OPOTA Community Diversity and Procedural Justice Lesson Plan, GPO Bias-Free Policing

**Learning Objectives:**  At the completion of this module, students will be able to:

- Understand and engage in bias-free policing and use tools to combat implicit bias
- Understand and employ procedural justice and police legitimacy concepts

| Recommended Time Allocation | | |
|---|---|---|
| | **Unit** | **Recommended Time (hours)** |
| | Procedural Justice and Police Legitimacy | 4 |
| | | |
| | | |
| | Total | 4 hours |

**Bias-Free Policing**

Instructor Notes

I.  Course Overview
- A.      Implicit Bias
- B.      Procedural Justice
- C.      Four Pillars of Procedural Justice
- D.      Legitimacy
- E.      Community Bank Account
- F.      Traps defined
- G.      Fast Traps
- H.      Slow Traps
- I.      Defusing Traps
- J.      Tactical Approach to Procedural Justice-LEED

II. Purpose

- A.  The purpose of this course is to refresh topics from 2018 training to continue to understand and engage in bias-free policing and provide officers tools to combat implicit bias.

- B.  To provide officers with a basic understanding of Procedural Justice and Legitimacy

III. Introduction

- A.  Student Expectations
    1.  Explain to the class that officers are expected to take an active role in the training
    2.  Class participation is mandatory; if you don't participate, you will be removed from class.
    3.      If you are disruptive to the classroom environment, you will be removed from class.
    4.      Students removed from class will be subject to the disciplinary process.

**Bias-Free Policing**

    5.   Taking an active role in training will help you understand better and get the most out of the training

6.    Questions are welcomed and instructors will attempt to explain all aspects of the lesson plan.

7.    Complaints about the value or necessity of the training do not support the learning goals of this training and will not be permitted to disrupt the training.

B.  Implicit Bias-What is it?
    1.  Preference (positive or negative) for a social category based on stereotypes or attitudes that we hold and tend to develop early in life and that operate outside of our awareness
    2.  Everyone develops implicit associations about others based on characteristics like race, skin tone, income, sex and other physical attributes. Biases are learned; we start learning them from the time we are born. All of the things we see and hear contribute to these biases. We probably aren't aware of most of what we are absorbing. Our brains make these associations in relationship to race, gender, sexuality, and other identities - we call those implicit biases. Implicit Biases are attitudes and stereotypes that are not consciously accessible through introspection. When we find out that we have them, we may indeed reject them as inappropriate
    3.  Implicit biases are largely hidden from our conscience, but their effects are pervasive and powerful
    4.  Understanding implicit biases is important because they have the potential to impact our interactions and efforts to engage with different groups of people or people with certain characteristics,   and use procedural justice tactics to promote police legitimacy
    5.  When discussing implicit biases, emphasize that everyone possesses them
    6.  Imposing your implicit bias onto the situation can be interrupted through understanding and self-awareness in order to limit the presence of it in interactions.
C.  Remove labels-Coca Cola video:
D.  https://www.youtube.com/watch?v=84OT0NLlqfM
E.  Video Debrief
    1.  The introduction uses the word prejudices – is it the appropriate word? Why or why not?
    2.  Prejudice is the wrong word here-They are actually stereotypes-generalizations about the perceived "typical" characteristics of a social category (product of implicit bias)
    3.  If you had been in the darkened room and part of the discussion, what kind of responses would you have had

**Bias-Free Policing**

IV. Implicit Bias-The Role of the Brain

    A. In general, there are TWO MODES OF THINKING –
        1. Automatic(System 1)
        2. More deliberative (System 2)
        3. System 2-Deliberative thinking Characteristics
            a. Conscious
            b. Effortful
            c. Controlled
            d. Deliberative
            e. Slower
        4. <u>Class Exercise</u> – Write on the board the following math problem: 17 X 24
            a. Ask students what type of problem it is.
            b. Key takeaways – Students will automatically recognize it as a multiplication problem. This is an example of System 1 thinking. It should be pointed out that students most likely also immediately and effortlessly had some ballpark answer to the problem (e.g., it's more than 2, but less than 10,000).
            c. Ask students to calculate the answer (408) without using a calculator or phone.
            d. Key takeaways – Students need to activate System 2 cognition to solve the problem. It requires the attentive, deliberate reasoning abilities of System 2. It takes more effort, more attention, and more time for this task than to simply recognize it to be a multiplication problem, know how to solve it, or ballpark an answer. The intense focus mechanisms of the brain enable us to perform tasks like this successfully.
        5. <u>Class Exercise</u> – (Stroop Test). The Stroop Test was designed to show how our minds do some things quickly and effortlessly, but other tasks less quickly.
            a. Display PPT Slide. As a class, have the students read aloud as quickly as they can the words displayed. State to class: Once we are readers we can read these very quickly.
            b. Display PPT Slide. As a class, have the students state aloud as quickly as they can the colors displayed. State to the class: We also recognize and call out colors easily, just not as quickly.
            c. Before displaying the next slide, give directions to the class to say the colors that they see, not the color that is written (e.g., if the word "Blue" is printed in a red color, they should say red).
            d. Display PPT Slide. As a class, have the students read the words. Discuss the difference in the level of effort required to

**Bias-Free Policing**

read the words when the font color did not match the color word displayed and the earlier examples.

e. Key takeaways – We instantly recognize words; we don't have to really think about them to give a quick answer. When the messages don't match the words, however, we have to inhibit our automatic response to perform the task. We can do it, but it is harder and slower, and if we don't slow it down, we will make mistakes.

f. Question to Class:

g. From this exercise, what do we know about
System 1 – automatic thinking as it relates to police work? Ask class for examples

h. Police Example: You receive a call for an irate female outside of a bar.  As you pull up to the bar you see the female and hear her yelling; so you assume she is drunk.  Further invest reveals she takes psyche medications and is off her meds.  She also resides in an apartment above the bar.  Automatic thinking caused you to automatically assume she was drunk being that she was irate outside of a bar


6. System 1
   a. Automatic thinking
   b. Characteristics
      1. Unconscious
      2. Effortless
      3. Automatic
      4. Uses associative memory
      5. Very fast
      .
7. Class Exercise – Write the following on the board:
   Lime, Green
   Lemon, Yellow
   Sky, _____
8. Have the class read aloud the words and fill in the blank at the end
9. Key takeaway – Most, if not all students, will complete the last pair of words with "Blue" because of System 1 thinking, which uses associative memory.

B. Protection mechanism – we evaluate everything we see and everyone we meet within 200 milliseconds to determine if something is threatening or not

C. Development of the associations that serve as prompts in System 1 thinking
   1. Over time, based on experiences and influences of family, friends, media, we begin to associate characteristics (positive and negative) with certain people groups

**Bias-Free Policing**

      2.  These associations strengthen over time and become automatic

      3.   Association examples

         a.  Stereotypes of gender and science or careers

         b.  Studies have shown that there are stereotypes associating science with males more than with females.

         c.  Gender stereotyping causes female students to be seen as less talented than male students in all areas of science

         d.  Attitudes of race, age, sexuality, disability, weight, ethnicity, religion

D.  <u>Question to Class</u> –

      <u>      </u>1.  Whose associations do you think impact policing?

      2.  Desired Answers:

         a. Citizens

         b. Law enforcement officers.

         c. Media-– blonde female vs black male characterizations by the media as "non-threatening vs threatening" on the basis of description only

      3.  What types of experiences shape associations that can impact our efforts to achieve police legitimacy?

      4.  Desired Answers:

         a. Personal experiences (i.e., direct experiences)

            1. Officer – some officers assigned to work in high crime neighborhoods may develop prejudices about the culture groups within those communities and with whom they most frequently interact.

               a.  Police deal with three to six percent of the population daily, and that population consists of the people who normally commit the crimes

               b.  The police rarely deal with the 94 to 97 percent of the population who are law abiding

               c.  Because of their experiences, some officers can begin to develop over time an "us versus them" mentality

            2. Citizen – regardless of race, citizens who have a negative interaction with police have a lasting, negative perception of police

         b. Vicarious experiences (i.e., indirect experiences)

            1. Officer-Beyond personal experiences, perceptions can be shaped by vicariously experienced encounters

               a.  Messages are shared and experienced via media

               b.  Individuals experience police indirectly through a prism of others (e.g., family, friends,

**Bias-Free Policing**

neighbors, social media)
   c.  Even if a person does not personally have
      a negative encounter, a person's
      perception of
police can be impacted by other people's
experiences that have been shared with
him/her
2. Citizens-Less transfer of positive encounters

.

V. Procedural Justice and Police Legitimacy

   1.   Define Legitimacy
      i.  A psychological property of an authority, institution, or social
         arrangement that leads those connected to it to believe that it
         is appropriate, proper, and just
     ii.  The key defining feature of a legitimate authority is that
         people feel obliged to voluntarily comply with that authority's
         directives. This voluntary compliance is distinct from
         compliance out of fear of punishment or expectations of
         reward
     iii.  Police require legitimacy if they are to function effectively,
         ethically, and legally. When citizens consider the police to be
         legitimate, they are more likely to cooperate with officers,
         defer to them in moments of crisis, and obey the laws they
         enforce.
     iv.  Without voluntary consent of the public to be policed, police
         will become oppressive and forceful, undermining their goal
         to act on behalf of and in cooperation with those they police.
     v.  This is research that is increasingly supported as making a
         difference, having an impact and being valid.
     vi.  The research was conducted by  Tom Tyler of the Yale Law
         School Legal Faculty
   2.   Define Procedural Justice
      i.  Procedural Justice: The procedures used by police officers in
         which citizens are treated fairly and with proper respect as
         human beings.

**Bias-Free Policing**

    ii.  Another way to think about procedural justice is by considering this equation

        1. ASSESSMENT = OUTCOME + PROCESS

        2. The ways in which community members develop opinions about a specific interaction with an officer (their assessment) is based primarily upon two things: the outcome of the encounter (whether they received a ticket, for example) and the process of the encounter (how the officer came to the decision about whether to give a ticket and whether the officer explained their decision making process). In short, procedural justice is concerned not exactly with what officers do, but also with the way they do it.

    iii.  Research has shown that often the process is more important than the outcome of the encounter in shaping a community member's assessment of the interaction

    iv.  In recent years, procedural justice and how it relates to the profession of policing have been topics of research worldwide. Psychologists, sociologists, and criminologists alike have studied the pillars of procedural justice in police-community interactions. The main finding from this body of research is that "police can achieve positive changes in citizen attitudes to police through adopting procedural justice dialogue as a component part of any type of police intervention" (Mazerolle et al. 2012). Much of the research in this area has been led by Tom Tyler at Yale (formerly New York University. Dr. Tyler's work identifies the main components of procedural justice (also known as the "pillars" of procedural justice)

    v.  "Did you know"-Procedural Justice-POST Video

            https://post.ca.gov/did-you-know-procedural-justice

    vi.  1. This video emphasizes the four Pillars of Procedural Justice:  Voice, Neutrality, Transparency and Impartiality. These pillars are modeled by the officer during a conversation with the driver of the stopped vehicle.

    vii.  The four pillars of procedural justice are:

        1.  Give people a voice (listen)

            a. Everyone wants to feel as though they have a measure of control over their fate; having voice in situations that may be somewhat out of their control (such as whether they get a traffic ticket) helps them to feel that their opinions matter and that someone is listening to their side of the story, taking them seriously, and giving some consideration to their concerns.

            b. Example:

**Bias-Free Policing**

    c. If a community member involved in a minor
    car crash is provided an opportunity to tell
    their side of the story to a police officer early in the
    encounter, their overall assessment of the interaction
    with that police officer will likely be positive. Giving that
    community member voice in that moment will
    affect their perception of policing and police
    officers in the future.

2.  Neutrality (be fair, open to a range of possibilities and not
prejudging)

    a. The perception of fairness is not just about
    outcomes. As noted earlier, people consider
    both the outcome of a decision and the
    process by which the decision was made
    when forming their opinion about whether a
    decision was fair
    b.Example:
    c. If a member of the public receives a
    speeding ticket (negative outcome) but was
    treated in a way they perceive to be fair during
    the interaction with the
    officer issuing the ticket (positive process), the
    driver is more likely to feel that the encounter
    was fair and is less likely to contest the ticket
    or register a complaint against the officer.
    d. The driver is also more likely to voluntarily comply
    with the officer's requests, such as producing
    identification when asked, and to come away
    from the encounter with a positive opinion of
    the law enforcement agency.

3.  Transparency

    a. Decisions unfold out in the open as much as
    possible as opposed to behind closed doors
    b. Example
    c. When officers are clear and honest about the
    rationale, what is going to happen next, and /or
    explain the situation as
    possible, community members are more likely
    to accept officers' decisions—even if they are
    unfavorable to them.

4.  Respect (Builds Impartiality)

    a. Unbiased decision making
    where decisions are made based on relevant
    evidence or data rather than on personal
    opinion, speculation, or guesswork.

**Bias-Free Policing**

  b. Americans have a strong sense of equality, and especially in our media-driven society—which allows for instant answers to nearly every question via the Internet—we want the facts. When people take the extra few minutes to make apparent to others the data used to make decisions, understanding and acceptance readily ensue.

  c.Think of the pillars as tools that, when used, build mutual respect and trust between and among police officers and the community members they interact with from day to day. The four pillars represent strategic behaviors that, when applied by police officers, increase the likelihood of a positive overall assessment by community members. Every interaction between law enforcement officers and the public is an opportunity for law enforcement to build relationships, shape the reputation of the department, and increase overall community satisfaction.

 vii. Live PD Old man with gun-Video assessment-example of good Procedural Justice by the primary officer.

Play video https://youtu.be/KxyxqGnbcC8

Note how the officer is respectful even with prior knowledge of the males past crimes.  Also how he explains Miranda.

The back up officer on scene decides to stop listening. When the suspect wants to finish his statement, the officer responds "I don't care". While the primary officer listens to the man and continues to explain, why the male is being arrested and why he cannot have a weapon.

3. Procedural Justice affects Legitimacy
  i. Procedurally just policing rests on the assumption that people form assessments of legitimacy based on how the police exercise their authority. When officers give citizens a voice (listen) and are objective and respectful, police officers gain the trust of the citizenry. The procedural justice process of fairness and respect leads citizens to view the police as legitimate and trustworthy when utilizing Procedural Justice and Gaining Legitimacy
  ii. The police, when they are able, should explain what they are doing and what they are doing it =Transparency

**Bias-Free Policing**

    iii.  Procedural justice also encompasses the concept of people understanding what is happening to them, why, and what they can expect next=Impartiality

    iv.  Police Officers Benefit Because:

        1.  Safety increases (i.e. Not having to use force as often due to higher voluntary compliance)

        2.  Stress levels lower (i.e. When everyone treats people with decency, we can be happier and more pleasant at work and at home)

        3.  There are fewer complaints (i.e. By talking to others professionally, we can receive fewer complaints)

        4.  There is greater cooperation from citizens (i.e. When we build rapport with the community by utilizing procedural justice, we are more likely to gain information about crime that is occurring in the community)

        5.  Voluntary compliance is gained from citizens (i.e. When we treat others how we want to be treated, they will be more likely to comply

        6.  Crime possibly reduced and increased cooperation affecting clearance rates (i.e. enhanced community confidence and trust in the police – making the police more likely to partner with law enforcement to solve and prevent crime, and address the underlying community problems that might foster crime if left unaddressed)

4. Legitimacy

    a.  The police gain legitimacy through procedural justice.

    b. The public view the police as entitled to exercise their authority in order to maintain social order, manage conflicts, and solve problems in the community.

    c. Legitimacy reflects trust and confidence in the police, acceptance of police authority (less confrontation), and views police actions as morally correct and appropriate (fairness).

    d. Legitimacy is beneficial to the police because it promotes decision acceptance, desirable public behaviors (self-regulation), compliance with the law, and cooperation with the police.

    e. Police Legitimacy

        1. The belief that the police are entitled to call upon the public to comply with the law.

**Bias-Free Policing**

2. It is the within the rights of the police to exercise power.

3. Police Legitimacy enables the police to shape the behavior of citizens.

4. The police need people to accept their decisions & follow the law voluntarily.

5. Through voluntary submission to police directives.

6. Factors Influencing Compliance

    a. People voluntarily obey the law when:

    b. There is a credible risk that people will be caught & punished for crime;

    c. They believe in the moral rightness of the law;

    d. They believe in the legitimacy of the authority enforcing the law

7. Factors influencing the acceptance of police decisions

    a. The degree to which the police are generally regarded as legitimate.

    b. The degree to which decisions are regarded as favorable & fair.

    c. Residents are more willing to cooperate with the police by engaging in community activities, reporting crimes or identifying suspects when they view the police as legitimate.

8. Gaining Legitimacy

    a. The police can gain legitimacy when they practice concepts of Procedural justice

        i. PERFORMANCE: Effectively control crime & criminal behavior.

        ii. DETERRENCE: Creating a credible risk of detection & apprehension of offenders.

        iii. Establishing a fair distribution of police services across citizens & their communities.

f. Conclusions on Legitimacy

**Bias-Free Policing**

1. Police have more control over how they treat people than they do over the crime rate.

2. By becoming procedurally sensitive, police can have more control over the way people view their legitimacy than if they had to rely solely on deterrence & their performance in controlling crime & disorder.

3. "Is Procedural Justice the Secret Ingredient?"-Tracy Meares video-Yale

4. Video is approximately 21 minutes long

5. https://www.youtube.com/watch?v=OeRyOJwNZrM

**\* All of the above promote officer safety and public TRUST.**

VI. Neutrality

1. Decision-making that is fair and impartial leads to good results. An officer needs to exhibit neutral feelings and objectivity toward all people. REMEMBER non-verbal cues and what type of message that they send.

2. Unbiased decision-making is not based on personal bias; it is consistent and transparent. The decision is applied equally to all, and allows people to see that the decision has been neutral. For example, when police officers explain why a person has been stopped, they are explaining the process and displaying transparency.

VII. Community Bank Account-(Example of how legitimacy works)

1. We – as a Division and as individual officers – make deposits into a financial bank account and build up a reserve from which we can make withdrawals, if needed. A community bank account is a metaphor that describes the amount of trust that has been built up by the police with the community.

2. If the police make deposits into the community bank account through courtesy, kindness, and honesty, then they build up a reserve. The community trust towards the police becomes higher with a built up reserve, and even if the police make a mistake, the reserve will compensate for the mistake. Example:  RNC was a great example of a

| Instructor Notes |
| --- |

**Bias-Free Policing**

reserve in the bank account.  Historically National Conventions have protesting and rioting.  In Cleveland the public showed trust towards the police due to buildup of reserve from displaying courtesy, kindness and honesty to the public.

3. But if the police have a habit of showing the community discourtesy, disrespect, over reacting, ignoring people, and betraying trust, then eventually the community bank account will be overdrawn. If a large reserve of trust is not sustained by continuing deposits, the relationship will deteriorate. Building and repairing relationships are long-term investments (Covey, 2004).

4. **ASK: How often do the citizens see the "withdrawals"? QUESTIONS to ask the learners and consider:**

   v. Are we making deposits or withdrawals while working with the citizens?

   vi. What is the impact of a withdrawal to YOU, the Department, and the community?

   vii. What impact does our policing have on future generations?

5. REMEMBER: Procedural Justice is a deposit in the community bank account.

6. Every encounter is either a deposit or a withdrawal. Exercise of police authority doesn't have to be a withdrawal.  If done with Procedural Justice principles, it can be a deposit In other words, every contact is an opportunity to increase our legitimacy. (Are you making a deposit or withdrawal with the way you police?).

7. Emphasize that this means that every single officer's actions affect the "bank account" held by the entire Division of Police. The actions of any one officer affect how other officers are perceived by the community.

8. How many deposits does it take to make up for one withdrawal? Does one encounter affect how future generations look at the police?

VIII. By deploying Procedural Justice tactics we avoid falling into traps which will minimize misjudgment in policing

VIII. Traps Defined

1. What are traps?
Traps are situations that trigger mental reactions which influence behaviors. These behaviors are unrelated to the nature of one's character or conscious intentions. We will get into the definition of fast traps next

IX. Fast Traps:

A. Fast Traps: Shortcuts in the Brain
1. Purpose: To introduce the concept of fast traps.
2. Delivery of Content:

**Bias-Free Policing**

    3.      Desired responses:- the joke, yolk example, the auto-pilot drive home- those
are called fast traps. They are energy-saving shortcuts that develop in our brain. The definition of a fast trap is an overreliance on implicit biases. Fast Traps correspond to
implicit bias For example,
a person is more likely to show implicit bias when faced with time or cognitive resource constraints, thus falling into a "trap" set by the situation. They are fast because the cognitive process occurs quickly (fractions of a second), and outside of conscious awareness or control (by the time you realize you're in a trap, you have already fallen into it).

B.  Example
1. Delivery: Explain the following scenario to the class
2. A female calls the police for a domestic violence situation. When you arrive you notice bruises on her arm.  The other person is not on scene.  You make the assumption that the female is obviously the victim.  Upon further investigation you receive information that your "suspect" is at the hospital.  Upon arrival you learn the male has a stab wound and cuts on his hands.  The male is the actual victim in this scenario
3. We easily associate females as victims, but know all too well that females can be violent too.
4. We make automatic associations and overreliance on implicit biases.
5. That's why it's easy to remember fast traps as shortcuts in the brain.

C.  Examples-Positive
1. Delivery: You have a subject who is continually scanning the room most likely looking for an exit and may run.  This can be a positive implicit bias as a safety factor for police.  Always being aware.
2. You arrive at an MVA involving a 45 year old male driver vs. a 20 year old male driver. Age Bias. Not as attentive to what 20 year old has to say. Implicit associations are cognitive links between two concepts that become automatic.
3. When one concept is made important (primary), the other becomes more accessible, without conscious deliberation.
4. For example, if I say "bread" to you, you probably automatically think of "butter."
5. Discussion of stereotypes of        police in the media.
    i.  "What representations do we see of police in the mass media?"
    ii.  Follow up by asking, "How could these media representations create fast traps)?"
    iii.  Highlight instances of exemplary policing

**Bias-Free Policing**

          iv.  Could model good interactions between officers and the community

D.  Situations that Create Fast Traps
    1.  Purpose: To go more into depth about the situations that create fast traps.
    2.  Delivery of Content: The defining characteristic of a fast trap is that it allows for situational differences. For example, a person is more likely to show implicit bias when faced with time or cognitive resource constraints (Restrictions imposed by the limited nature of human cognition and information processing abilities.), thus falling into a "trap" set by
the situation. We call this a fast trap because the cognitive process occurs quickly (fractions of a second), and outside of conscious awareness or control (by the time you realize you're in a trap, you have already fallen into it).
    3.  We understand that it's hard to talk about traps without feeling personally attacked. Even when we discuss the importance of situations, it's still a tricky conversation. People want to think that they are in complete control of their behavior and are impervious to any kind of bias. But that's the thing about Traps everyone is susceptible to them, it's just because that's how the brain works. Fast traps cause the brain to skip right from idea to behavior, so we are more susceptible to them when we are mentally taxed, in a bad mood, feeling threatened, are a novice or a rookie, need to make a quick decision, and/or multitasking. These situations can cause our brain to hop from implicit bias, the idea based on stereotype, right to behavior, which is discrimination. In a fast trap, your explicit attitudes don't play a role whether you have prejudice or not.
E.  More Examples of Fast Traps
    1.  Purpose: To provide more examples of police-related fast traps
    2.  Delivery of Content: Fast traps:
          i.  Image of cops- Officers walk into this type of training with a negative impact of pre-conceived notion- you might be resistant to a training that is meant to help make you safer
               1.  Like wearing seat belts, carrying tourniquets on belt, think
of a specific departmental change that was initially met with resistance but ended up being good)

F.  Sandra Boyle video-Fast trap- [Videos\sandra boylr-britains got talent 2009 episode 1 - Google Search.html](Videos\sandra boylr-britains got talent 2009 episode 1 - Google Search.html)

**Bias-Free Policing**

G. When Sandra Boyle first appeared on the stage the judges wrote her off due to her plain elderly looking appearance. As soon as she starts singing the judges and the audience are in awe of her amazing voice and talent! Examples: Irate male in urban clothing.  May first appear like he's the problem.  In reality he's the victim and irate due to being victimized.

H. What We Are Asking
    1.   Purpose: This slide provides the expectations of when and how officers should try to avoid falling into traps.
    2.   Delivery of Content: What we are asking you to do is engage in self reflection when there is time to do so. When appropriate, try to be aware of:
        i.   What are the factors that lead me to think of someone as a suspect, offender?
        ii.  Are there any stereotypes that could influence that decision?
        iii. How might those stereotypes interfere with your ability to do your job or endanger officer and public safety?

I. Fast trap video-assessment
    1.   Crash – I want the locks changed
        i.https://youtu.be/EbarO9zF81Y
    <u>2.   How is this an example of a fast trap?</u>
    <u>3.   Explain prior scene where Sandra Bullock is robbed in the car by two black males she assumed were gangbangers based on appearance</u>
    <u>4.   Desired responses: The locksmith's appearance causes Sandra Bullock to assumes he is a gangbanger and that he will rob her.  She is under stress due to the prior robbery and is afraid she will be victimized again based on race and appearance.</u>

X. SLOW TRAPS

A.   Slow Traps
    1.   Go over definition of slow traps: slow traps refer to situations that puts someone at risk of being perceived negatively in a domain they care about. For example, research has found that in interracial interactions, racial minorities tend to try to avoid being the targets of prejudice, while whites tend to try to avoid appearing prejudiced (e.g., Bergsieker, Richeson, &

**Bias-Free Policing**

Shelton, 2003). We call these slow traps because the cognitive process occurs more slowly (e.g. over the course of minutes, hours, extended interactions, etc..) and within conscious awareness and control (you realize you're in the trap during the event, and you can at least try to steer clear of it - though sometimes these attempts can fail or backfire).

B. Go over when we are more

likely to fall into a slow trap. Just like fast traps, we are more susceptible to falling into slow traps when we are:

1. Mentally taxed
2. In a bad mood
3. Feel threatened
4. A novice
5. Making quick decisions
6. Multitasking

C. Examples of Slow traps
1. Change of behavior not to be viewed fitting a stereotype.
2. White male officer = racist.
3. Officer goes out of their way to prove they are not racist. May be too complacent in an attempt to not offend anyone, or fear of being called racist. Could put them at risk.

a. "As soon as we pulled up the male started to claim that we were harassing him because he was black.  I didn't initially pat him down to try to set him at ease."  Subject has firearm on him.

4. Over-tipping a server
5. No buying watermelon (black)
6. No eating donuts (police)

D. Example of officer not falling into any traps, made no assumptions on age or any other factors, he does not let the males age change his behavior or actions Live PD Old man drug dealer

E. https://youtu.be/KFHbA3VpoAI

XI. DEFUSING TRAPS

A. Defusing Traps - What We Are Not Asking
1. Purpose: To begin the conversation with trainees of tactics where they can defuse, or overcome traps, while on duty. But first, you must provide clear expectations of what we do NOT mean by defusing traps.
2. Delivery of Content: This final module will provide some

**Bias-Free Policing**

concrete tactics that you can employ while on duty to make sure
you're not falling into slow or fast traps when interacting with
the community. Before we get started, I want to reiterate that
that we are not asking you to stop:

    i.   using your instincts
    ii.   using your experiences
    iii.   using your knowledge
    iv.   keeping yourself safe at the risk of someone's feeling

B.  What We Are Asking- Slide 77
   1.  Purpose: To remind participants of the expectations of when
      and how officers should try to avoid falling into traps.
   2.  Delivery of Content: What we are asking you to do is engage in a brief
      moment of
      self reflection. Try to be
      aware of:
         i.  What factors in a given situation are leading you to think of
      someone as a suspect?
         ii.  Are there any stereotypes that are informing that decision?

C.  Example
   1.  Self-reflection.  Ask if you are using the best information available or
      the most convenient information.
   2.  Convenient information=> Fast traps.
   3.  Proper investigation.  Don't skip steps.

D.  Personal Goals in Policing
   1.  Purpose: To remind learners what their personal goals as a
      police officer are.
   2.  Delivery of Content: In addition to our professional goals, we
      also have personal goals as officers to:
         i.  Go home safe!
         ii.  Limit or get no complaints
         iii.  Don't get sued
         iv.  Have fun every day at work
         v.  Get promoted
         vi.  Don't get fired
         vii.  Retire
         viii.  Live long and prosper

E.  How Do Traps Interfere With All of These
   Goals?
   1.  Purpose: To remind learners how traps can jeopardize officers'
      personal goals.
   2.  Delivery of Content:
   3.  Goals:
         i.  Go home safe!
         ii.  Errors in identifying danger
         iii.  Limit or no complaints
         iv.  Increased Complaints

**Bias-Free Policing**

       v.  Don't get sued

      vi.  Have fun every day at work

     vii.  Get promoted

    viii.  Don't get fired

4. Remind the training group that avoiding traps is in their best Interest.:

   a. Question to class-Why should you care about avoiding traps?

   b. Desired responses, traps can:

      i.  Incite community anger

     ii.  Lead to uninformed police decisions

    iii.  Reduce officer satisfaction

    iv.  reduce community trust and confidence

     v.  Decrease legitimacy of the Division of Police, which makes all of our jobs harder

5. It's important to try to avoid falling into these traps because falling into them could reduce both trust and safety within the communities you police.

6. "Imagine a neighborhood where everybody feels like if they call the police, they're going to get treated badly. That's the kind of neighborhood that criminals like, because they know that the people there are going to be scared to call the police or will not reveal themselves as callers or witnesses. Similarly, if you're being attacked or your home is being attacked, you'd better hope that the person next door feels comfortable calling the cops. And a history of bias, failure to use tactics of procedural justice and history of racial bias makes that less likely."

7. Therefore, it's important to understand how your own implicit biases might be operating in policing and to try to defuse traps in your everyday policing, to not only protect the communities you serve, but also to protect yourself.

F. Avoiding Traps

G. Do not try to figure out the assignment before arrival (neutral).  It is ok to think about it what the assignment could entail.  However do not let that be you basis on the assignment will go.  Every assignment is different.  No matter if you have been to the same address, for the same assignment 100 different times.

H. Ex:  DV, Female calls states that her husband and she are fighting.  Every time responding to this house there is no domestic violence.  It is always a verbal argument.  Do not take the mental short cut and assume it will be like every other time.  Do a proper investigation to avoid falling into the fast trap.

XII. The following concepts can be used as a Tactical Approach to Providing procedural justice to foster legitimacy:

**Bias-Free Policing**

**LEED**-Four Basic Principles

A. **L**isten and **E**xplain, with **E**quity and **D**ignity
B. What problems does LEED help us address?
C. LEED ties our commitment to equality and respect to clear, explicit behavior and verbal communication.
D. By addressing these four critical human needs on every call, officers elevate the quality of the interaction and people are more likely to see police as helping rather than controlling. The result is improved officer safety and increased community trust.
E. Three steps of LEED
   1. Introduction
      a. Make the scene safe
      b. Greet the person, identifying yourself, treat them with respect
      c. Slow the situation down if feasible and begin a deliberative process for evaluating the fairness of your intended response
      d. Tell the person the reason for the contact
      e. Use appropriate tactics which will likely reduce the need to make exigent decisions
   2. Engagement
      a. Let the person contacted "Voice" their concerns-let them tell you their side of the story
      b. Actively listen to the person attempting to identify their issue
      c. Attempt to find a point of agreement or understanding for your decision or the nature of the contact
      d. Ask if they have questions or concerns
      e. After the person has expressed their concerns explain the outcome of the law enforcement action
      f. Video presentation and assessment:
         http://www.youtube.com/watch?v=9VRNaru--eE
         1. What is your take-away of the video? Was the officer professional?
         2. Did the citizen have legitimate concerns?
         3. How did the officer address those concerns? Did he listen?
         4. Do the subjects in the video respect the authority (legitimacy) of the officer?
         5. What did his partner do?
         6. How effective was the partner?
         7. How should this incident have been addressed by their department?
         8. What are the rights of civilians to observe, comment on and document/record officer actions?
      g. Desired results: We want officers to identify that a professional approach combined with a willingness to explain our actions supports the perception of procedural justice and

police legitimacy. The officer in this case does not seem to understand the limits of his authority and is unwilling to explain his decisions. He backs himself into a corner and when his authority is not accepted the officer "loses" it. The group should also reach the conclusion that this contact could have significant professional impact on the officer-discipline, time off or potentially termination. The officer was disciplined. It is important to point out how effective the backup officer was in separating the primary officer and explaining the event to the subjects.

3. Closing
   a. Do what you said you would
   b. Provide your information to any person contacted or anyone at the scene interested in the incident
   c. Make efforts to follow up with victims
   d. Video presentation and assessment:
      http://www.youtube.com/watch?v=hPCmk4iZ6J8
      1. What is your take-away of the video? Desired response: We want officers to identify that a professional approach combined with a willingness to explain our actions supports the perception of procedural justice and police legitimacy
      2. Was there potential in this contact for assertion of bias/racism? Desired response: Yes
      3. How did the officer address these concerns? The officer understands his legal authority, is capable of explaining his actions and clearly recognizes he is answerable to the community he serves
      4. Was it effective? Desired response: Yes
      5. Is it likely those involved will be "happy" with the contact? Desired response: Yes
      6. What is the officer goal or reasonable expectation from the contact? Desired response: Biases require identification and through our conduct we challenge the bias or change our behavior. This can apply to perceived biases toward police.

XIII. Communication Matters

A. The instructor will reinforce that how we communicate to the public, each other and even family really does matter.
B. During CDP's 2018 Bias-Free Training I, we talked about body language and how it can impair our message or job. The instructor will direct attention to the two pictures and ask, (PJ2 Slide 29) "What are we communicating, and how are we communicating?" The instructor will reinforce the practice that there is a time and a place to be "the police". However, confidence in our

**Bias-Free Policing**

training and knowledge will allow us to use our "power" appropriately. Now, we have to look at the times when our actions can be tempered to match the encounter.

C. Strong communication skills can be applied as a tactic in law enforcement.

D. Introduce the video "Police Communication Skills". Encourage the class to look for comments related to procedural justice.

E. Published on Mar 23, 2014

F. POLICE magazine has teamed up with Lieutenant Kevin Dillon, a retired officer and trainer who developed the L.O.C.K.U.P. system for a video series focusing on police combat strategies and tactics. In this segment, Lt. Dillon discusses the importance of effective communication with the public, subjects, and detainees.

G. Tactical Mindset, Tactical Communications: To debrief this video, reinforce how Lt. Dillion uses both traditional police tactics (i.e. use of force) and procedural justice.

H. Video Assessment; "Police Communication Skills". Encourage the class to look for comments related to procedural justice.(PJ2-Slide 30)
https://www.youtube.com/watch?v=y5IuR0QZntA

    7. Do you think these tactics are important? Why?

    8. Does Lt. Dillon talk about how treatment is an effective tactic?

    9. Has anyone in the class had a similar experience where a citizen assisted you when struggling to perform a police function?

    10. Is procedural justice a tactic? Can it de-escalate?


XIV. Summary/ CONCLUSION)

A. Implicit Bias-What is it?
1. Preference (positive or negative) for a social category based on stereotypes or attitudes that we hold and tend to develop early in life and that operate outside of our awareness
2. Understanding Implicit Biases is important because they have the potential to impact our interactions and efforts to engage with different groups of people or people with certain characteristics, and use procedural justice tactics to promote police legitimacy

B. Legitimacy-The key defining feature of a legitimate authority is people feel obliged to voluntarily comply with that authority's directives.  This voluntary compliance is distinct from compliance out of fear of punishment or expectations of reward.

C. Procedural Justice-the procedures used by police officers in which citizens are treated fairly and with proper respect as human beings

D. Four Pillars of Procedural Justice: Voice, Neutrality, Transparency and Impartiality (Respect)

**Bias-Free Policing**

E. Community Bank Account-( example of how legitimacy works)
  1. We-as a Division and as individual officers-make deposits into a financial bank account and build up a reserve from which we can make withdrawals, if needed.  A community bank account is a metaphor that describes the amount of trust that has been built up by the police with the community.
  2. If the police make deposits into the community bank account through courtesy, kindness and honesty, then they build up a reserve.  The community trust towards the police becomes higher with a built up reserve, and even if the police make a mistake, the reserve will compensate for the mistake.
F.  Fast Traps – Over reliance on implicit bias
G. Slow Traps - situations that puts someone at risk of being perceived negatively in a domain they care about
H. Defusing Traps – Slow down, engage in self reflection, conduct a proper investigation
I. **LEED**-Can be used as a Tactical approach to providing procedural justice to foster legitimacy.
  1. Four Basic principles: **L**isten and **E**xplain with **E**quity and **D**ignity

XV. CONCLUSION

A. The Topics covered/reviewed:
  1. Implicit Bias
  2. Procedural Justice
  3. Four Pillars of Procedural Justice
  4. Legitimacy
  5. Community Bank Account
  6. Traps defined
  7. Fast Traps
  8. Slow Traps
  9. Defusing Traps
  10. Tactical Approach to Procedural Justice-LEED

REFERENCES:

1. Procedural Justice and Police Legitimacy (PJ1) Facilitator Guide; *Prepared by the* Instructional Design and Quality Control Section, Education and Training Division, Chicago Police Department
Participant Guide developed by P.O. Raymond Fierro and P.O. Al Ferreira
Contributions by Lt. Bruce Lipman and Sgt. Mark Sedevic

**Bias-Free Policing**

2. A Tactical Mindset: Procedural Justice and Police Legitimacy (PJ2)
Facilitator Guide; Prepared by the Instructional Design and Quality Control
Section, Education and Training Division
Chicago Police Department, Written by:
Chicago P.O. J. Esquivel, P.O. A. Ferreira, P.O. M. Hayes,
P.O.T. Henderson, Lt. B. Lipman, P.O. D. Patterson

3. Tactical Perception: Using the Science of Justice (PJ3) Facilitator Guide
Prepared by the Center for Policing Equity

4. Ohio Peace Officer Basic Training, Community Diversity & Procedural
Justice, Unit 1 – Topic 4,

5. Cleveland Police GPO #1.07.08

6. Procedural Justice for Law Enforcement: An Overview *By Laura Kunard,
PhD and Charlene Moe Center for Public Safety and Justice, University of
Illinois*
7. Legitimate Leadership, SPIAA Training Conference
Enhancing Legitimacy: Procedural Justice & Crime Control in the 21st Century
Gennaro F. Vito, Professor, Southern Police Institute, University of Louisville

8. Seattle PD 2014 Search and Seizure and Bias-Free Policing ISDM; Sgt. J.
Brooks and Officer M. Welte
9."National differences in gender-science stereotypes predict national sex
differences in science and math", PNAS, Published online June 22, 2009

10. TOM R. TYLER, 'WHY PEOPLE OBEY THE LAW' (2006)