IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) ) ) | **NOTICE SUBMITTING TELECOMMUNICATORS EIGHT-HOUR CRISIS INTERVENTION TRAINING CURRICULUM** |
| Defendant. | ) ) ) | |

Pursuant to Paragraph 144 of the Consent Decree and the Revised Fourth-Year Monitoring Plan in the above-captioned matter, the City of Cleveland (the "City"), on behalf of the Cleveland Division of Police ("CDP" or "Division"), submitted proposed curricula[1] for crisis intervention telecommunicators training for call-takers, dispatchers and their supervisors, attached hereto as Exhibit A, CDP Telecommunicator Lesson Plan; Exhibit B, CDP Telecommunicator Instructor Manual; Exhibit C, CDP Telecommunicator PowerPoint Slides; Exhibit D, CDP Telecommunicator Handout Mental Health Facts; Exhibit E, CDP Telecommunicator Handout Mindstorm Video Questionnaire; Exhibit F, CDP Telecommunicator Handout Depression

---

[1] There have been a number of delays with this curriculum, some of which are attributable to the Monitoring Team review. The Monitoring Team has addressed the delay to ensure such issues do not arise in the future.

Symptoms; Exhibit G, CDP Telecommunicator Handout Ohio Facts; Exhibit H, CDP Telecommunicator Handout Suicide Ideation.

The curriculum contains a course to be taught over eight hours (collectively, the "Telecommunication Curriculum"). The Monitoring Team has carefully reviewed the Proposed Training Curriculum. The Team has determined that it provides an important overview of the CDP Crisis Intervention Policy and the role of the CIT Officer. The training allows telecommunicators to identify, dispatch and appropriately respond to calls for service that involve individuals in crisis, which allows for more sophisticated interventions into crisis events at the earliest possible time. The Monitoring Team therefore recommends that the Court approve CDP's Proposed Training Curriculum.

## I. SUMMARY OF CONSENT DECREE REQUIREMENTS REGARDING CRISIS TELECOMMUNICATOR CRISIS TRAINING

Paragraph 144 of the Consent Decree obligates the CDP to ensure that "CDP call-takers, dispatchers, and their supervisors will receive crisis intervention telecommunicators training." Furthermore, Paragraph 144 indicates that the training will include identification of individuals in crisis, suicide intervention, crisis management, de-escalation and scenario-based exercises as well as the information needed when a call involves an individual in crisis and types of calls that require a specialized CIT response. Additionally, Paragraph 144 indicates that any "crisis intervention training that already has been provided to call-takers, dispatchers, and their supervisors may be considered to fulfill training requirements under this Agreement for those individuals." Dkt. 7-1 at ¶144. The presently reviewed training addresses the Decree's requirements for telecommunication training.

## II. PROCEDURAL HISTORY

Initially CDP and the Mental Health Response Advisory Committee's ("MHRAC" or "the Committee") Training Subcommittee focused on curriculum development for CDP Officer Crisis Intervention In-service Training for all officers and the Specialized Crisis Intervention Team Officer Training Curriculum.  The Parties agreed that the existing Telecommunication Training Curriculum for Crisis Intervention provided by CDP and the Alcohol, Drug and Mental Health Services Board of Cuyahoga County ("ADAMHS Board") was appropriate to address telecommunicators' training needs until other important crisis intervention curriculum could be developed.  The curriculum had been modified by CDP and the ADAMHS Board to reflect the overall crisis intervention requirements of the Consent Decree.  Now that the first three years of the CDP Crisis In-service Training Curriculum and the comprehensive forty-hour Specialized Crisis Intervention Officer Curriculum Training have been completed, a revised Telecommunicator Training Curriculum has now been developed.

As with other Crisis Intervention Curricula, the proposed Telecommunicator Curriculum was developed by CDP and the Mental Health Response Advisory Committee Training Subcommittee.  The Subcommittee is chaired by Shannon Jerse of St. Vincent Hospital and is comprised of members of the Division, community advocates, mental health, substance abuse and developmental service providers, as well as ad hoc representation from the Department of Justice, the City of Cleveland and the Monitoring Team.  It relied on guidance from ADAMHS Director of Training Carole Ballard, CPD call takers and dispatchers as well as consultation from Ruth Simera, Director and Telecommunications Training expert for the Ohio Criminal Justice Coordinating Center of Excellence.  Meetings at CDP Communications and informal surveys with the CDP Call Takers and Dispatchers played an important role in shaping curriculum topics.  The

Department of Justice and the Monitoring Team have been active participants in both MHRAC and the Subcommittee throughout the Proposed Telecommunicator Training Curriculum process.

As with other curricula, the Subcommittee's initial work was to develop an outline and schedule of courses. This schedule was reviewed and approved by MHRAC. The Subcommittee presented a final draft of completed courses to MHRAC. MHRAC approved the Proposed Specialized CIT Training Curriculum on September 12, 2019. After edits and corrections, the Telecommunicators Curriculum was submitted to the Parties and the Monitoring Team.

### III. STANDARD OF REVIEW

The Monitoring Team's role is to "assess and report whether the requirements" of the Consent Decree "have been implemented." Dkt. 7-1 at ¶351; *accord Id.* at ¶352 (requiring the Monitor to "review . . . policies, procedures, practices, training curricula, and programs developed and implemented under" the Decree). The task of the Monitoring Team here is to determine whether the Proposed Training Curriculum complies with the Consent Decree's requirements.

### IV. ANALYSIS OF THE PROPOSED TRAINING CURRICULUM

The Proposed Curriculum consists of eight hours of training. The material covers a review of several topics integral to CDP Crisis Intervention Policies. They include an introduction to crisis intervention, facts about mental illness and substance abuse, issues regarding calls from youth, details on suicidal behaviors, trauma informed interviewing, a review of LOSS model of crisis de-escalation practice in using communications skills, self-care for telecommunicators and an examination of community resources for care. The course follows principles consistent with adult learning strategies. There are several high intensity videos, practical examples of symptoms relevant to behavioral issues, a number of interactive exercises to integrate lecture material with

life experiences, scenario-based practice in de-escalation and opportunities to respond to audio tapes of 911 calls.

Exhibit A provides the lesson plan with a recommended timeframe for the course. Exhibit B provides a detailed instructor manual. Exhibit C contains the PowerPoint slides for the curriculum. Exhibits D through H contain handouts for the trainees which cover Mental Health Facts, a questionnaire on a video simulating an experience with loss of reality, symptoms of depression, facts and data about suicidal behaviors amongst Ohioans, and suicide behaviors among youth. Overall, the course provides in-depth training for CDP 911 call takers and dispatchers.

## V. CONCLUSION

The task of the Monitoring Team is to duly consider whether the City's submitted Proposed Training Curriculum satisfies the terms of the Consent Decree. The Monitoring Team concludes that the Proposed Training Curriculum meets the terms of the Consent Decree. Accordingly, the Monitor concludes that the Proposed Telecommunicator In-Service Training Curriculum meets the terms of the Consent Decree in its entirety and requests that this Court order it effective immediately.

Respectfully submitted,

/s/ Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email: aden@theadengroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, I served the foregoing document entitled **NOTICE SUBMITTING TELECOMMUNICATORS EIGHT-HOUR CRISIS INTERVENTION TRAINING CURRICULUM** via the Court's ECF system to all counsel of record.

/s/ Brian G. Maxey
BRIAN G. MAXEY