# Cleveland Division of Police
8 Hour Telecommunicator Training
Lesson Plan: Crisis Intervention Team Training

**Title of Lesson**:  Crisis Intervention Team Training

**Author**:  Carmen Gandarilla, LSW

**Date written**: 8/27/2019

**Approving Authority: PENDING**

**Course Goal:**

The goal of this course is to learn about communicating with people who are in crisis.

**Course Learning Objectives:**
- Role of the Crisis Intervention Team Officer
- Definition of Crisis
- Signs and symptoms of mental illness
- Active Listening Skills
- Suicide Prevention
- Vicarious Trauma and Self-Care

**Methodology:**

Participants will be taught by one instructor. A PowerPoint presentation will serve as an instructional aid which includes an ice breaker, video, audio tapes, role play, lecture and discussion.

**Training Equipment:**

- Computer, projectors, screen and speakers
- PowerPoint presentation (electronic and handout)

**Training Schedule:**  8 hours – 480 minutes

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slides #1-3**<br>Welcome/Introductions<br>Review training goal and objectives | Lecture and discussion | 10 min. |
| **Slide #4**<br>CIT definition | Lecture and discussion<br>Review definition, per CIT International | 5 min. |
| **Slide #5-6**<br>CIT Officer and the Role of the Telecommunicator | Lecture and discussion | 10 min. |
| **Slides #7**<br>Crisis Intervention Team Program | Lecture and discussion<br>Review Cleveland's CIT policies-give handout | 5 min. |
| **Slide #8**<br>Group Discussion: Ice Breaker | **Activity**: Ask 3 questions listed on slide<br>Group feedback/discussion | 10 min. |
| **Slide #9**<br>Definition of Crisis | Lecture and discussion<br>Review definition of crisis and get feedback from group | 10 min. |
| **Slide #10**<br>Mental Illness: The Facts | Lecture and discussion<br>Review mental illness facts/give hand-out from www.nami.org | 10 min. |
| **Slides #11-12**<br>Loss Model: Profiles of People in Crisis | Lecture and discussion<br>Introduce and explain the Loss Model-there are 4 profiles | 5 min. |
| **Slides #13**<br>Observable Characteristics | Lecture and discussion<br>Review the diagnosis for each profile | 10 min. |
| **Slides #14-15**<br>Loss Model: Loss of Reality | Lecture and discussion<br>Review Loss of Reality characteristics<br>Discuss delusions vs. hallucinations | 10 min. |
| **Slide #16-17**<br>Loss Model: Loss of Reality | Lecture and discussion<br>Review de-escalation strategies<br>**Activity: Listen to audio-tape/Debrief**<br>**Role Play** | 25 min. |
| **Slide #18**<br>Mindstorm/Video | **Activity**: Show video and ask for reactions<br>**Give questionnaire related to video** | 15 min. |
| **Slides #19-20**<br>Loss Model: Loss of Hope | Lecture and discussion<br>Review Loss of Hope characteristics and de-escalation strategies<br>**Activity: Listen to audio-tape/Debrief** | 15 min. |
| **Slides #21-22**<br>Loss Model: Loss of Control | Lecture and discussion<br>Review Loss of Control characteristics and de-escalation strategies<br>**Activity: Listen to audio-tape/Debrief**<br>**Role Play** | 25 min. |
| **Slides #23-24**<br>Loss Model: Loss of Perspective | Lecture and discussion<br>Review Loss of Perspective characteristics and de-escalation strategies<br>**Activity: Listen to audio-tape/Debrief**<br>**Role Play** | 25 min. |
| **Slide #26**<br>Substance Use Disorder<br>True or False | Lecture and discussion<br>Review statistics, per www.samhsa.gov | 5 min. |

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slide #27**<br>Dual Disorders | Lecture and Discussion<br>Define dual diagnosis. Give hand-out | 5 min. |
| **Slides #28**<br>Question: Children's Mental Health True or False | Ask 3 questions and discuss answers | 5 min. |
| **Slide #29**<br>What do people want when calling about children? | Lecture and discussion<br>Discuss the types of calls they receive related to children.<br>Give hand-out related to suicide ideation/attempts and depressive symptoms from Cuyahoga Co.<br>**Activity: Listen to audio-tape/Debrief** | 15 min. |
| **Slide #30**<br>Children's Mental Health Issues | Lecture and discussion<br>Review bullet points. Give hand-out from www.nami.org | 10 min. |
| **Slide #31**<br>Communication and Active Listening: Game of Telephone | **Activity:** Game of telephone.<br>Instructor will get 4 volunteers for demonstration and explain reason behind activity | 20 min. |
| **Slide #32**<br>What is Active Listening? | Lecture and discussion.<br>Ask group what active listening means. | 5 min. |
| **Slide #33**<br>Active Listening Skills | Lecture and discussion.<br>Review the 8 active listening skills. | 5 min. |
| **Slides #34-38**<br>Active Listening Skills | Lecture and discussion.<br>Review each skill individually, giving definition and example of each.<br>**Role play** third party caller at slide 38 | 25 min. |
| **Slide #39**<br>Barriers to Active Listening | Lecture and discussion<br>Review additional barriers dispatchers face | 5 min. |
| **Slide #40**<br>Tone/Video | Lecture and discussion<br>**Activity:** Show video and ask for reactions<br>Discuss importance of tone when engaging with callers | 5 min. |
| **Slide #41**<br>Empathy/Video | Lecture and discussion<br>**Activity:** Show video and ask for reactions | 10 min. |
| **Slides #42-43**<br>Additional Phrases to Use and Phrases to avoid | Lecture and discussion<br>Review phrases to use and to avoid | 10 min. |
| **Slides #44-47**<br>Suicide Prevention | Lecture and discussion<br>Review statistics, myths, and facts<br>Give hand-out on Ohio Suicide Statistics | 15 min. |
| **Slide #48**<br>Suicidal Callers | Lecture and discussion<br>Review tips how to handle suicidal callers | 5 min. |
| **Slide #49**<br>The L.A.S.T Model for Suicide Prevention | Lecture and discussion<br>Explain the L.A.S.T Model and define: lethality, access, specificity, and timing<br>**Play video of suicidal veteran** | 15 min. |
| **Slide #50**<br>Suicide Prevention: Role Play | **Activity**: Need 2 volunteers, caller and operator. **Role play** a suicide call in front of group. | 25 min. |

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slides #53**<br>What is Trauma? | Lecture and discussion<br>Define trauma | 10 min. |
| **Slides #54**<br>Vicarious Trauma | Lecture and discussion<br>Define vicarious trauma and its impact | 10 min. |
| **Slide #55**<br>Self-Care…What is it? | Lecture and discussion<br>How do they define self-care? | 5 min. |
| **Slides #56-57**<br>Strategies for Self-Care | Lecture and discussion<br>What strategies do they use now? What can they do? | 10 min. |
| **Slide #58**<br>Internal Resources | Lecture and discussion<br>Review resources for staff | 10 min |
| **Slide #59**<br>Community Resources | Review community resources<br>Distribute District Resource Cards | 5 min. |
| **Slide #60**<br>Summary | Summarize objectives - allow for final thoughts, comments, questions | 5 min. |
| **Add two 10 minute breaks and 30 minute lunch = 50 minutes** | | 50 min. |
| | **Total** | 480 min.<br>8 hours |