# Mental Health Facts
## IN AMERICA

**Fact:** 43.8 million adults experience mental illness in a given year.

1 in 5 adults in America experience a mental illness.

Nearly 1 in 25 (10 million) adults in America live with a serious mental illness.

One-half of all chronic mental illness begins by the age of 14; three-quarters by the age of 24.

## Prevalence of Mental Illness by Diagnosis

 **1.1%** — 1 in 100 (2.4 million) American adults live with schizophrenia.[1]

 **2.6%** — 2.6% (6.1 million) of American adults live with bipolar disorder.[1]

 **6.9%** — 6.9% (16 million) of American adults live with major depression.[1]

 **18.1%** — 18.1% (42 million) of American adults live with anxiety disorders.[1]

## Consequences

 **10.2m** — Approximately 10.2 million adults have co-occuring mental health and addiction disorders.[1]

 **26%** — Approximately 26% of homeless adults staying in shelters live with serious mental illness.[1]

 **24%** — Approximately 24% of state prisoners have "a recent history of a mental health condition".[2]

## Impact

 **1st** — Depression is the leading cause of disability worldwide, and is a major contributor to the global burden of disease.[1]

 **-$193b** — Serious mental illness costs America $193.2 billion in lost earning every year.[3]

 **90%** — 90% of those who die by suicide have an underlying mental illness. Suicide is the 10th leading cause of death in the U.S.[3]

## Treatment in America

 **60%** — Nearly 60% of adults with a mental illness didn't receive mental health services in the previous year.[4]

 **50%** — Nearly 50% of youth aged 8-15 didn't receive mental health services in the previous year.[1]

 African American & Hispanic Americans used mental health services at about 1/2 the rate of whites in the past year and Asian Americans at about 1/3 the rate.[1]

## Ways to Get Help

 Talk with your doctor

 Connect with other individuals and families

 Learn more about mental illness

 Visit NAMI.org

1 This document uses statistics provided by the National Institute of Mental Health unless otherwise cited.
2 Statistics provided by Department of Justice
3 American Journal of Psychiatry and U.S. Surgeon General's Report, 1999.
4 Substance Abuse and Mental Health Services Administration

**Follow Us!**
facebook.com/NAMI
twitter.com/NAMIcommunicate


National Alliance on Mental Illness
www.nami.org

# Mental Health Facts
## CHILDREN & TEENS

**Fact:** 1 in 5 children ages 13-18 have, or will have a serious mental illness.[1]


**20%**
20% of youth ages 13-18 live with a mental health condition[1]


**11%**
11% of youth have a mood disorder[1]


**10%**
10% of youth have a behavior or conduct disorder[1]


**8%**
8% of youth have an anxiety disorder[1]

## Impact

**50%** — 50% of all lifetime cases of mental illness begin by age 14 and 75% by age 24.[1]



**10 yrs** — The average delay between onset of symptoms and intervention is 8-10 years.[1]


**37%** — 37% of students with a mental health condition age 14 and older drop out of school—the highest dropout rate of any disability group.[1]


**70%** — 70% of youth in state and local juvenile justice systems have a mental illness.[1]

## Suicide


**3rd** — Suicide is the 3rd leading cause of death in youth ages 10 - 24.[1]

**90%** — 90% of those who died by suicide had an underlying mental illness.[1]

## Warning Signs

 Feeling very sad or withdrawn for more than 2 weeks (e.g., crying regularly, feeling fatigued, feeling unmotivated).

 Trying to harm or kill oneself or making plans to do so.

 Out-of-control, risk-taking behaviors that can cause harm to self or others.

 Sudden overwhelming fear for no reason, sometimes with a racing heart, physical discomfort or fast breathing.

 Not eating, throwing up or using laxatives to lose weight; significant weight loss or gain.

 Severe mood swings that cause problems in relationships.

 Repeated use of drugs or alcohol.

 Drastic changes in behavior, personality or sleeping habits (e.g., waking up early and acting agitated).

 Extreme difficulty in concentrating or staying still that can lead to failure in school.

 Intense worries or fears that get in the way of daily activities like hanging out with friends or going to classes.

## 4 Things Parents Can Do


Talk with your pediatrician


Get a referral to a mental health specialist


Work with the school


Connect with other families

[1] This document cites statistics provided by the National Institute of Mental Health. www.nimh.nih.gov

Follow Us!

facebook.com/officialNAMI
twitter.com/NAMIcommunicate


nami
National Alliance on Mental Illness
www.nami.org