## **Mindstorm Video**

Directions: Watch video and answer the following questions.

1. What were the signs of delusions?
   _____
   _____
   _____
   _____

2. What were the signs of hallucinations?
   _____
   _____
   _____
   _____

3. What were the safety issues?
   _____
   _____
   _____
   _____

4. What are the challenges when interacting with this type of disorder?
   _____
   _____
   _____
   _____

CDP Dispatch Training Crisis Intervention Team Training 2019 – Mindstorm video