# Depressive Symptoms in Cuyahoga County
## 2017 Survey Results for High School Students



**nearly 1 in 3 high school students has depressive symptoms**
(feeling sad or hopeless for two or more weeks and not doing usual activities)

**41% of females reported depressive symptoms**

## Among Students Who Reported Depressive Symptoms

**7 in 10 have used alcohol**

**3 in 10 have been bullied at school**

**1 in 5 has attempted suicide**







**1 in 2 has used marijuana**

**nearly 1 in 3 has been in a physical fight**

**2 in 5 have hurt themselves on purpose**

## SEE SOMETHING? SAY SOMETHING:

### What to Look For:[1]

- Changes in Appetite
- Changes in Sleep
- Lack of Concentration
- Loss of Energy
- Physical Aches & Pains
- Changes in Movement
- Hopelessness
- Suicidal Thoughts
- Lack of Interest

### Resources:

**ADAMHS Board of Cuyahoga County**
www.adamhscc.org
216.241.3400

**216TEENS**
www.216teens.org
24/7 Crisis Hotline: 216.623.6888

**Project AWARE Ohio**
www.esc-cc.org/ProjectAware.aspx
216.901.4201

1. Depression. National Alliance on Mental Health Web site. http://www.nami.org/Learn-More/Mental-Health-Conditions/Depression. Accessed October 10, 2017.

This work is funded either in whole or in part by Cooperative Agreement #U87PS004165-02 from the U.S. Centers for Disease Control and Prevention, Division of Adolescent School Health (CDC-DASH). This report is a product of a Health Promotion and Disease Prevention Research Center supported by Cooperative Agreement Number 1U48DP005030 from the Centers for Disease Control and Prevention. The findings and conclusions in this report are those of the author(s) and do not necessarily represent the official position of the Centers for Disease Control.



