Case: 1:15-cv-01046-SO  Doc #: 303-7  Filed: 03/25/20  1 of 2.  PageID #: 6661

# Suicide Facts & Figures:
## Ohio 2019 *





**On average, one person dies by suicide every five hours in the state.**

**More than five times as many people died by suicide in Ohio in 2017 than in alcohol related motor vehicle accidents.**

The total deaths to suicide reflect a total of 36,819 years of potential life lost (YPLL) before age 65.



Suicide cost Ohio a total of **$1,736,643,000** combined lifetime medical and work loss cost in 2010, or an average of **$1,206,840 per suicide death**.

*Based on most recent 2017 data from CDC. Learn more at afsp.org/statistics.



**11th** leading cause of death in Ohio

**2nd leading** cause of death for ages 15-34

**4th leading** cause of death for ages 35-44

**5th leading** cause of death for ages 45-54

**9th leading** cause of death for ages 55-64

**18th leading** cause of death for ages 65 & older

## Suicide Death Rates

|  | Number of Deaths by Suicide | Rate per 100,000 Population | State Rank |
|---|---|---|---|
| **Ohio** | **1,740** | **14.85** | **33** |
| Nationally | 47,173 | 14.00 | |

afsp.org/StateFacts



American Foundation for Suicide Prevention

# Suicide Facts & Figures: Ohio 2019

## Suicide Prevention Programs and Initiatives

- The Ohio General Assembly allocated funding in both the 2016-17 and 2018-19 biennial budgets to the Ohio Department of Mental Health and Addiction Services (OhioMHAS, http://bit.ly/1UE1FVv) to develop comprehensive approaches to decrease Ohio's suicide rate. OhioMHAS works to increase and expand prevention efforts targeting all Ohioans, in particular those who are most at risk; increase capacity of clinicians working within behavioral health and healthcare systems to assist patients at risk for suicide and their families; and develop timely identification of areas of increased need.
- A key partner of OhioMHAS, the Ohio Suicide Prevention Foundation released an updated Strategic Plan 2017-2020 (http://bit.ly/2GrWGIY) which focuses on four priority areas: (1) strengthen local coalitions; (2) improve organizational fitness; (3) promote suicidology; and (4) advance evidence-based programs.
- Project AWARE Ohio (http://bit.ly/2ysFrme), a partnership among the Ohio Department of Education, the Center for School Based Mental Health Programs at Miami University, and the educational service centers within three pilot counties (Cuyahoga, Warren, and Wood), makes Youth Mental Health First Aid training available statewide at no cost. The Project is funded by the U.S. Department of Health and Human Services.
- Ohio law (§ 3319.073, the Jason Flatt Act) requires that school boards incorporate training in youth suicide awareness and prevention into the in-service training required for nurses, teachers, counselors, school psychologists, and administrators, and other personnel that the board determines appropriate.
- Ohio law (§ 3345.37) requires institutions of higher education to develop, implement, and post online a policy to advise students and staff of available suicide prevention programs both on and off campus. See http://suicideprevention.ohio.gov/.

## Get Involved

The **AFSP Ohio Chapter** brings together people of all backgrounds in communities throughout the state to fight suicide. We help fund research, offer educational programs, advocate for public policy and support those affected by suicide.

For more information or to volunteer, please contact:

**AFSP Ohio**
ohio@afsp.org

## Become an Advocate

AFSP's Ohio advocacy volunteers build relationships with public officials and advocate on behalf of sound suicide prevention policy.

**Visit afsp.org/advocate to sign up!**

afsp.org/StateFacts



American Foundation for Suicide Prevention