

# Increasing Rates of Suicide Ideation & Attempts among Cuyahoga County Teens

Raising Awareness during Suicide Prevention Month



**1 in 3** high school students felt so sad and hopeless in the past 12 months that they stopped doing usual activities.



**17%** of students seriously considered attempting suicide in the past 12 months.

**12%** of students attempted suicide in the past 12 months.

**Both rates have increased since 2011.**

Nearly **2x** as many girls seriously considered attempting suicide than boys



## You can make a difference.
### For questions or more information:

NAMI Greater Cleveland
216 875-7776

FrontLine 24/7 Suicide Hotline
216 623-6888

Warning Signs and Risks of Suicide (from the National Alliance on Mental Illness)
https://www.nami.org

*Data taken from the 2017 Youth Risk Behavior Survey (YRBS) conducted by the Prevention Research Center for Healthy Neighborhoods at Case Western Reserve University. YRBS data is available online at: http://www.prchn.org/YRBSResults.aspx

