IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) ) | **NOTICE REGARDING PROPOSED POSTPONEMENT OF BIENNIAL COMMUNITY SURVEY DUE TO COVID-19 PANDEMIC** |
| Defendant. | ) ) ) | |

**I. NOTICE**

Pursuant to paragraphs 361, 363, and 364 of the Consent Decree, the Monitoring Team has the responsibility for and plans to coordinate a survey of community attitudes about the Cleveland Division of Police. Under the terms of the current Monitoring Plan, this survey was to be conducted in the Spring of 2020. To satisfy these obligations, the Monitoring Team readied the necessary materials and secured the availability of the contractor.

In light of the current public health situation, the Monitoring Team has needed to re-assess the feasibility of conducting the survey and believes that it is prudent to postpone the associated deadlines. The current environment risks making response rates and overall attitudes atypical and unsuited to comparison over time. The Parties and Monitoring Team concur that it is appropriate

to postpone the survey at this time until the community and public health environment ensures that the data collected will be sufficiently reliable.

## II. CONCLUSION

In light of the COVID-19 pandemic and its impacts, the Monitor respectfully requests that the Court approve the postponement of the community survey until the community and public health environment ensures that the data collected will be sufficiently reliable.

Respectfully submitted,

/s/ Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email: aden@theadengroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, I served the foregoing document entitled **NOTICE REGARDING PROPOSED POSTPONEMENT OF BIENNIAL COMMUNITY SURVEY DUE TO PANDEMIC** via the court's ECF system to all counsel of record.

/s/ Ayesha Hardaway
AYESHA HARDAWAY