UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Notice submitting four related documents: (1) Use of Force Supervisory Reviews and Investigations Policy ("Supervisory Review Policy"); (2) Force Investigation Team ("FIT") Manual; (3) FIT General Police Order ("GPO"); and (4) Memorandum of Understanding Between the Cleveland Division of Police ("CDP") and the Cuyahoga County Sheriff's Department to Conduct Independent Criminal Investigations of Uses of Force by Cleveland Police That Result in the Actual or Anticipated Death of a Person ("MOU") (collectively, the "Policies"). (ECF No. 309.) The Monitor represents that, collectively, the Policies "provide appropriate guidance on the thorough and complete investigation of uses of force by CDP personnel." (*Id.* at PageID #6674.) Although questions remain regarding CDP's approach to vehicular pursuits, the Monitor states that "CDP has been willing to discuss solutions" and "is now working on creating a Pursuit Investigations Team and an associated policy." (*Id.* at PageID #6678.) Because "this new team will be separate from FIT," the Monitor states that "the time is now ripe to file the FIT Manual and related documents." (*Id.*) Pursuant to the Monitor's recommendation, and with no objections from the Parties, the court

-2-

approves the Policies, which meet the terms of the Consent Decree. Accordingly, the court orders said Policies to be effective immediately.

      IT IS SO ORDERED.

                                      */s/ SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

April 30, 2020