# EXHIBIT B

[INCIDENT #]



# CLEVELAND DIVISION OF POLICE
# FORCE REVIEW BOARD
# CHECKLIST

| INCIDENT INFORMATION | |
|---|---|
| Incident #: | |
| Date of Incident: | |
| Involved Officers: | |
| Classified Level of Force: | ☐ **Level II**   ☐ **Level III** |
| **INVESTIGATION INFORMATION** | |
| Investigating Supervisor: | |
| Investigating Unit: | |
| Date Investigation Complete: | |
| Date Follow-up [if any] Complete: | |
| **BOARD INFORMATION** | |
| Date of Board: | |
| Board Chairman: | |
| **PRESENTATION OF INVESTIGATION TO FRB** | |
| Presenter: | |

[INCIDENT #]

**ALL findings by the Board must be supported by a preponderance of the evidence.**

| A. DECISION MAKING AND TACTICS ||
|---|---|
| 1. Did the officer(s) decision making and tactics contribute to the need to use force?  ☐Yes ☐No <br><br> 2. During the whole of the incident, did the officer(s) employ tactics and decision making consistent with: <br><br>     i. Policy, other than the Use of Force Policy?  ☐Yes ☐No <br><br>     ii. Training?  ☐Yes ☐No | **Regardless of whether decisionmaking and tactics are approved or disapproved, summarize follow up action identified:** <br> ☐ None <br> ☐ Chain of command for counseling and entry into tracking software. <br> ☐ Recommendation/referral to training section. <br> ☐ Recommendation/referral to policy section <br> ☐ Recommendation of non-disciplinary corrective action (specify): <br> _____ <br> _____ <br> _____ |
| **REVIEW OF DECISION MAKING AND TACTICS:** List By Each Involved Officer, supervisor, commander, and dispatcher involved the incident, as appropriate. <br><br> **Administrative Approval:** Based on the documentation provided, the decision-making and tactics employed appear to be consistent with division core principles and training. <br><br> **Administrative Disapproval**: Based on the documentation provided, the decision-making and tactics employed do not appear to be consistent with division core principles and training. ||

[INCIDENT #]

| Name and Serial Number | Approved or Disapproved |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

| B. USE OF FORCE | |
|---|---|
| The application of the use of force policy does not, and should not, involve inquiries into the involved officer's subjective intent. Instead, the analysis must be conducted from the standpoint of an objectively reasonable officer encountering the same circumstances as the involved officers. | |
| **3. Did the officer(s) involved use <u>de-escalation</u> techniques when safe and feasible to do so under the circumstances?**<br><br>    i.  **Did the officer(s) involved take reasonable efforts to de-escalate <u>prior to using force</u>?**<br><br>        ☐ Yes ☐ No ☐ Not feasible<br><br>    ii.  **What de-escalation tactics, or additional de-escalation tactics, might have been used in the circumstances?** ☐ N/A<br>        ☐ Protective use of distance, cover, concealment, and time (separation, barriers, slowing down incident)<br>        ☐ Hearing and listening<br>        ☐ Strategic communication or voice commands to de-escalate the situation<br>        ☐ Increasing officer presence/calling resources (more personnel, specialized CIT officer, supervisor)<br>        ☐ Other<br><br>    iii.  <u>**During and/or after using force**</u>**, did the officer(s) reduce the level of force applied as the nature of the threat diminished?**<br><br>        ☐ Yes ☐ No ☐ Not feasible | • Use of Force: General, Section V<br>• Use of Force: De-Escalation |

| | | |
|---|---|---|
| **4. Was the officer's use of force <u>necessary</u> to achieve a lawful objective?** | ☐Yes ☐No | • Use of Force: General, Section II |
| **5. Was the officer's use of force <u>proportional</u> to the level of the subject's resistance?** | ☐Yes ☐No | • Use of Force: General, Section III |
| **6. Was the officer's use of force <u>objectively reasonable</u>?** | ☐Yes ☐No | • Use of Force: General, Section IV |
| **7. Did the officer comply with CPD's <u>general procedures</u> involving force?**<br>• Officer identify selves and advise of intent to detain, arrest, or search before using force, if safe and feasible?<br>• Verbal warning to submit prior to force, if safe and feasible?<br>• Avoid unnecessary risks to civilians, officers, and emergency personnel?<br>• Consider surroundings when un-holstering and/or before discharging firearms? | ☐Yes ☐No | • Use of Force: General, Section I |
| **8. Did the officer use prohibited force?** | ☐Yes ☐No | • Use of Force: General, Section III |

| | |
|---|---|
| 1. Use force to subdue a subject(s) who is not suspected of any criminal conduct, other than to protect an officer's or another person's safety? | ☐Yes ☐No |
| 2. Use retailiatory force? | ☐Yes ☐No |
| 3. Use force against subject(s) who only verbally confront officers and are not involved in criminal conduct? | ☐Yes ☐No |
| 4. Use force against subject(s) who are handcuffed or otherwise restrained?<br>   If yes, was force nonetheless objectively reasonable and necessary under circumstances to stop an assault, escape, or as necessary to fulfill other law enforcement objectives? | ☐Yes ☐No<br>☐Yes ☐No |
| 5. Un-holster and display or unholster and point a firearm?<br>   If yes, did the circumstances surrounding the incident create an objectively reasonable belief that the situation may escalate to the point at which deadly force would be authorized? | ☐Yes ☐No<br>☐Yes ☐No |
| 6. Use force to overcome passive resistance?<br>   If yes, was force necessary, proportional, and objectively reasonable to achieve a legitimate law enforcement objective? | ☐Yes ☐No<br>☐Yes ☐No |
| 7. Use force against those who are exercising their First Amendment Rights?<br>   If yes, was it necessary and objectively reasonable for the safety of that individual or the public?<br>   If yes, was it done with sufficient personnel? | ☐Yes ☐No<br>☐Yes ☐No<br><br>☐Yes ☐No |
| 8. Carry weapons that are not authorized or approved by the Division? | ☐Yes ☐No |
| 9. Use a firearm as an impact weapon? | ☐Yes ☐No |
| 10. Fire warning shots? | ☐Yes ☐No |

[INCIDENT #]

| | | |
|---|---|---|
| 11. Use deadly force solely to protect property or solely to effectuate an arrest? | ☐Yes ☐No | |
| 12. Use neck holds? | ☐Yes ☐No | |
| 13. Discharge a firearm from or at a moving vehicle? | ☐Yes ☐No | |
| If yes, was deadly force justified by something other than the threat of the moving vehicle? | ☐Yes ☐No | |
| 14. Reach into, or place themselves in the path of a vehicle? | ☐Yes ☐No | |
| 15. Discharge a firearm at a threat that is not verified and visible? | ☐Yes ☐No | |
| 16. Use head strikes with hard objects? | ☐Yes ☐No | |

If yes, to any of the questions (numbers 1 through 16) above:
  a. Would a reasonable officer believe that the use of deadly force was objectively reasonable, necessary, and proportional according to this policy? ☐Yes ☐No
  b. (Only if yes to (a)): Did the subject's actions constitute an immediate and grave threat to the officer or others? ☐Yes ☐No
  c. (Only if yes to (b)): Were there any other force options, techniques, tactics, or choices with the Division's policy available to the officer? ☐Yes ☐No
If yes to (c), the "rare and exceptional circumstances" language in Use of Force: General Section III(B) may apply.

| | | |
|---|---|---|
| **9. Did the officer comply with the Division's policy on providing medical attention following the use of force once the scene is secured?** ☐Yes ☐No | | • Use of Force: General, Section V |

**REVIEW OF FORCE APPLIED:** List by Each Involved Officer

**Administrative Approval:** Based on the documentation provided, the force used was objectively reasonable, necessary, and proportional; was consistent with the duty to de-escalate; and consistent with all other provisions of the Use of Force Policy.

**Administrative Disapproval**: Based on the documentation provided, the force was not objectively reasonable, necessary, and proportional; was consistent with the duty to de-escalate; and/or was not consistent with all provisions of the Use of Force Policy.

| Name and Serial Number | Approved or Disapproved |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

[INCIDENT #]

| | |
|---|---|
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

| C. SUPERVISION |
|---|
| **10. Was there an on-scene supervisor(s)?**  ☐Yes ☐No<br><br>**If yes, did the on-scene supervisor(s) provide appropriate tactical guidance and support to the field during the incident?**  ☐Yes ☐No |

**REVIEW OF INCIDENT SUPERVISION (For Each On-Scene Supervisor)**

**Administrative Approval:** The review board finds that the supervision and direction of the incident appears to be consistent with policy and training.

**Administrative Disapproval:** The review board finds that the supervision and direction of the incident does not appear to be consistent with policy or training for the following reasons:

| Name and Serial Number | Approved or Disapproved |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

[INCIDENT #]

| E. ADDITIONAL INVOLVED PERSONNEL ISSUES ||
|---|---|
| **11.** Were there any issues identified with respect to information sharing or communication? Were all CDP communications protocols followed?<br>☐ Yes ☐ No | |

| D. ANALYSIS OF UNDERLYING INVESTIGATION ||
|---|---|
| **12.** Was the investigation conducted and reported to FRB in a timely manner?<br>☐ Yes ☐ No | ☐ No action. Explanation sufficient.<br>☐ Refer to chain of command for counsel.<br>☐ Refer to Chief's office. |
| **13.** Was the investigation objective and complete?<br>☐ Yes ☐ No | **If no, how resolve?**<br>☐ Refer to unit.<br>☐ Refer to Chief's Office. |
| **14.** Were the investigation's findings supported by a preponderance of the evidence?<br>☐ Yes ☐ No | If no, document reasons for determination, including specific evidence or analysis support Board's conclusions in the comment section, for the Chief of Police. |
| **15.** Does there appear to be additional relevant evidence that may assist in resolving inconsistencies or improve the reliability or credibility of the investigation?<br>☐ Yes ☐ No | **If yes, how resolve?**<br>☐ Refer to District/Bureau/Unit for further investigation.<br>☐ Refer to Chief's office. |
| **16.** For Level II investigations, did the Chain of Command properly address and refer the issues identified?<br>• Sergeant ☐ Yes ☐ No<br>• Lieutenant ☐ Yes ☐ No<br>• Captain ☐ Yes ☐ No | ☐ Refer back to chain<br>☐ Refer to Other _____. |

**REVIEW OF INCIDENT REPORTING AND INVESTIGATION:**

**Administrative Approval:** The review board finds that the investigation is thorough and complete. The review board finds that preponderance of the evidence supports the reviewer's determinations.

**Administrative Disapproval:**
- The review board finds that the investigation is not thorough and complete, for the following reasons:

[INCIDENT #]

- The review board does not believe that the preponderance of evidence supports the reviewer's determinations for the following reasons:

| Name and Serial Number | Approved or Disapproved |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

| F. BOARD RECOMMENDATIONS ||
|---|---|
| 17. Were there any policy issues raised by this incident?  ☐Yes ☐No | ☐ None.<br>☐ Refer issue to Policy.<br>☐ Refer issue to Other _____. |
| 18. Were there any training issues raised by this incident?  ☐Yes ☐No | ☐ None.<br>☐ Refer issue to Training.<br>☐ Refer issue to Other _____. |
| 19. Were there any equipment issues raised by this incident?  ☐Yes ☐No | ☐ None.<br>☐ Refer issue to _____. |
| 20. Were there any issues raised by this incident related to CPD's medical response?  ☐Yes ☐No | ☐ None.<br>☐ Refer issue to _____. |
| 21. Are there any other issues or lessons learned from this incident that should be communicated? To whom?  ☐Yes ☐No | ☐ None.<br>☐ Involved Officers.<br>☐ Platoon.<br>☐ District.<br>☐ Division-Wide.<br>☐ Training.<br>☐ Policy.<br>☐ Public. |

[INCIDENT #]

| | |
|---|---|
| | ☐ **Other** _____. |
| **22. Were there any actions by involved personnel that warrant commendation?** ☐Yes ☐No | ☐ **None.** ☐ **Referred for formal commendation.** ☐ **Referred for informal commendation to** _____. |

## FOR INTERNAL USE ONLY

### Specific Recommendations and Assignments for Follow-Up

1. **IA/Chain of Command referrals**
    a. Officer name and serial number:
    b. General reason for referral (for each officer above):
    c. BOC to initiate referral via tracking software:

2. **Individual officer training recommendations/Individual referrals**
    a. To whom it is assigned for follow-up:
    b. What follow-up is requested:
    c. When a response is due:

3. **Department training recommendations**
    a. To whom it is assigned for follow-up:
    b. What follow-up is requested:
    c. When a response is due:

4. **Policy change or clarification recommendations**
    a. To whom it is assigned for follow-up:
    b. What follow-up is requested:
    c. When a response is due:

5. **Procedure change or clarification recommendations**
    a. To whom it is assigned for follow-up:
    b. What follow-up is requested:
    c. When a response is due:

[INCIDENT #]

**6.** **Equipment recommendations**
   a. To whom it is assigned for follow-up:
   b. What follow-up is requested:
   c. When a response is due:

| **COMMENTS:** | | | | |
|---|---|---|---|---|
| **UOFRB Chair** | **Date** | **Print Name** | **Serial** | **Unit #** |
|  |  |  |  |  |
| **Forwarded to Chief's Office By** | **Date** | **Print Name** | **Serial** | **Unit #** |
|  |  |  |  |  |