# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:15-cv-01046** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: SOLOMON OLIVER, JR.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF CLEVELAND,** | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| **Defendant.** | ) | **NOTICE OF TERMINATION** |

Notice is hereby given that R. Jonas Geissler and S. Mehveen Riaz, Trial Attorneys, enter their appearances as co-counsel of record for the Plaintiff. Notice is hereby given that Amy Senier, Trial Attorney for the United States Department of Justice, should no longer appear as counsel of record. The Department of Justice asks that all other counsel of record involved in this case on behalf of the United States remain as counsel.

Signatures on next page

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

s/Michelle L. Heyer
Michelle L. Heyer (#0065723)
Assistant United States Attorney
United States Attorney's Office
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3686/3797
(216) 522-2404 Fax
michelle.heyer@usdoj.gov

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

*s/ R. Jonas Geissler*
STEVEN H. ROSENBAUM
Chief
Special Litigation Section

TIMOTHY D. Mygatt
Deputy Chief
F. NICOLE PORTER
R. JONAS GEISSLER
S. MEHVEEN RIAZ
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 353-1091; Fax: (202) 514-4883
Email: Timothy.Mygatt@usdoj.gov
Email: Nicole.Porter@usdoj.gov
Email: Jonas.Geissler@usdoj.gov
Email: Syeda.Riaz@crt.usdoj.gov