| Group Violation | Violation number | Mitigating or Aggravating Factors | Presumptive Corrective Action Range |
|---|---|---|---|
| I (a) | First Group I Violation | Mitigating factors outweigh any aggravating factors  OR  No aggravating factors present | **Non-disciplinary Verbal Counseling to Written Reprimand** |
| I (b) | First Group I Violation | Aggravating factors outweigh any mitigating factors  OR  No mitigating factors present | **1 to 2 day suspension without pay** |
| I (c) | Second Group I Violation | Mitigating factors outweigh any aggravating factors  OR  No aggravating factors present | **2 to 3 day suspension without pay** |
| I (d) | Second Group I Violation | Aggravating factors outweigh any mitigating factors  OR  No mitigating factors present | **3 to 5 day suspension without pay** |
| II (a) | First Group II Violation | Mitigating factors outweigh any aggravating factors  OR  No aggravating factors present | **6 to 7 day suspension without pay** |

| | | | |
|---|---|---|---|
| II (b) | First Group II Violation | Aggravating factors outweigh any mitigating factors<br><br>OR<br><br>No mitigating factors present | **7 to 8 day suspension without pay** |
| II (c) | Second Group II Violation | Mitigating factors outweigh any aggravating factors<br><br>OR<br><br>No aggravating factors present | **8 to 9 day suspension without pay** |
| II (d) | Second Group II Violation | Aggravating factors outweigh any mitigating factors<br><br>OR<br><br>No mitigating factors present | **9 to 10 day suspension without pay** |
| III (a) | First Group III Violation | Mitigating factors outweigh aggravating factors<br><br>OR<br><br>No aggravating factors present | **10 to 30 day suspension without pay** |
| III (b) | First Group III Violation | Aggravating factors outweigh any mitigating factors<br><br>OR<br><br>No mitigating factors present | **13 to 30 day suspension without pay and/or demotion**<br><br>**OR**<br><br>**termination** |

| | | | |
|---|---|---|---|
| III (c) | First Group III Violation | Serious misdemeanor offenses, gross immorality violations, gross neglect of duty<br><br>AND<br><br>Mitigating factors outweigh aggravating factors<br><br>OR<br><br>No aggravating factors present | **20 to 30 day suspension without pay and/or demotion or termination** |
| III (d) | First Group III Violation | Serious misdemeanor offenses, gross immorality violations, gross neglect of duty<br><br>AND<br><br>Aggravating factors outweigh mitigating factors<br><br>OR<br><br>No mitigating factors present | **25 to 30 day suspension without pay and/or  demotion or termination** |
| III (e) | First Group III Violation | Felony offenses | **Termination** |

| III (f) | Second Group III Violation | Mitigating factors outweigh aggravating factors<br><br>Or<br><br>No aggravating factors present | **15 to 30 day suspension without pay and/or demotion or termination** |
|---|---|---|---|
| III (g) | Second Group III Violation | Aggravating factors outweigh any mitigating factors<br><br>OR<br><br>No mitigating factors present | **18 to 30 day suspension without pay and/or demotion or termination** |
| III (h) | Second Group III Violation | Serious misdemeanor offenses, gross immorality violations, gross neglect of duty | **Rebuttable presumption of termination** |
| III (i) | Group III Violation | Any conviction resulting in a Weapons Disability | **Termination** |