UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CV-1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| Defendant. | ) | **AS COUNSEL** |

Notice is hereby given that Justin E. Herdman, United States Attorney, withdraws as co-counsel of record for Plaintiff United States of America.

                                                                    Respectfully submitted,

                                                                    JUSTIN E. HERDMAN
                                                                    United States Attorney

                          By:      /s/ *Justin E. Herdman*
                                          JUSTIN E. HERDMAN (OH: #0080418)
                                          United States Attorney
                                          Carl B. Stokes U.S. Courthouse
                                          801 West Superior Avenue, Suite 400
                                          Cleveland, Ohio  44113-1852
                                          (216) 622-3600
                                          E-mail:  Justin.Herdman@usdoj.gov
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2021, the foregoing *Notice of Withdrawal as Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Justin E. Herdman*
JUSTIN E. HERDMAN
United States Attorney