UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

The court will hold a status conference on the record with counsel for the parties in the within case on February 24, 2021, at 3:00 p.m., to discuss matters including the City of Cleveland's Ninth Status Report (*see* ECF No. 314), and the status of the Monitor's review of use of force during recent protest activity, (*see* ECF No. 329). The conference will be held remotely given the court's General Order 2020-08-5 and concerns regarding the ongoing COVID-19 pandemic. Video conference information shall issue in a separate Order. The parties, counsel for the parties, and the Monitor shall be in attendance. Counsel for the parties and the Monitor shall be prepared to discuss progress to date under the Consent Decree, as well as any outstanding issues.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 26, 2020