IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) ) ) | **NOTICE SUBMITTING 2021 MONITORING PLAN** |
| Defendant. | ) ) ) | |

Pursuant to Paragraph 369 of the Consent Decree between the City of Cleveland (the "City") and the United States, as ordered by this Court on June 12, 2015, the Monitoring Team respectfully submits the 2021 Monitoring Plan, attached hereto as Exhibit A (the "Monitoring Plan," "2021 Plan," or "Plan"). The City and the Cleveland Division of Police ("CDP" or the "Division") took the lead on crafting the Plan for the 2021 monitoring year. The Plan is geared toward effectively and efficiently implementing the Decree's requirements. The Department of Justice and Monitoring Team both provided collaborative feedback.

The Plan details the deadlines and expectations based on the operational realities of the City, the Department of Justice, and the Monitoring Team, and represents the best forecast of how the year will progress. As recent years have shown, however, unanticipated external influences can significantly impact the workflow and the parties and the Monitoring Team will keep the Court apprised of necessary changes.

Notably, the name of the Plan, the "2021 Monitoring Plan" has been changed from the prior naming convention, which would have been "Fifth Year Monitoring Plan." This change was

made to clearly identify the relevant time period by calendar year, which is much easier to track for the Court, the parties, the public, and the Monitoring Team. The Monitoring Team is also aligning its semiannual reports with the calendar year for the same reasons. So, the Plan covers the 2021 calendar year, with a few deadlines early in 2022 to ensure continuity and momentum.

Some notable work scheduled for this year includes:

- **Training.** Finalization of the comprehensive 2021 Training Plan, part of which includes finishing the development of critical trainings such as the District Awareness Training, Data Collection Trainings in Search and Seizure and Community and Problem-oriented Policing ("CPOP"), and implementing the trainings Division-wide. Unit-specific training, such as Internal Affairs and the Force Investigations Team (FIT), are also scheduled for this year, and on-going training in Crisis Intervention. The 2022 Training Curricula is also scheduled for development during 2021.

- **Policy Development.** The 2021 Plan calls for development of the Performance Evaluation Policy that will provide consistent and procedurally just reviews for employees, the Officer Intervention Program Policy, which, in conjunction with officer-wellness systems, provide intervention support for officers exhibiting potentially problematic behavior, and the continuing review of CDP policies based on lessons learned. For this final category – the close review of Crowd Management and associated Use of Force Policies will be at the top of the list.

- **Assessments.** The Plan sets out an assessment schedule, with the Monitoring Team assessing Use of Force applications and OPS/CRB investigations using rigorous methodologies applied to a statistically valid sample of cases, as set forth in Dkt. No. 333. Additionally, per the Court's June 12, 2020, Order at Dkt. No. 317, the Monitoring Team will assess FRB operations to determine if it can "effectively carry out all of the duties that the Consent Decree expressly prescribes." The Monitoring Team will also continue to update the Court in semiannual reports.

Because the 2021 Monitoring Plan sets clear goals as the Parties continue the Decree's implementation, the Monitoring Team and Parties together respectfully request that the Court approve the Updated Fourth Year Monitoring Plan and order it effective immediately.

Respectfully submitted,

/s/ Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email:  aden@theadengroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I served the foregoing document entitled **NOTICE SUBMITTING 2021 MONITORING PLAN** via the court's ECF system to all counsel of record.

/s/ Ayesha B. Hardaway
AYESHA B. HARDAWAY

# 2021 MONITORING PLAN

| Row | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | **2021 Monitoring Plan** | | | | | | |
| 2 | *General Notes:*<br>For all deadlines established below, the Monitor and Parties agree that the deadlines might, in some instances, need to be extended by a brief interval to allow or accommodate unforeseen circumstances or unexpected, minor delays. Accordingly, if and only if all of the Monitor, United States, and the City agree that an extension for any of the deadlines outlined below is warranted and acceptable, the deadline may be extended by an interval of fourteen (14) calendar days without receiving formal approval of the Court for an extension of the deadline. No deadline may be extended by more than fourteen (14)) calendar days without approval of the Court. If any or all of this 14-day period is used, the Monitor will formally notify the Court of the deadline extension(s). The extension of any specific deadline, or deadlines, will not change or otherwise affect any other deadline. Unless the Monitoring Team identifies problems with a deadline extension or otherwise raises issued with the Court, none of the Parties, the Court, or the public should interpret changes in deadlines to reflect problems in implementation or a lack of progress. Instead, all should understand that, for progress to be comprehensive and enduring, it may be necessary to take more time initially to refine policies, procedures, or training so that progress, ultimately, is faster, more effective, and more efficient. | | | | | | |
| 3 | For purposes of the following deadlines, and unless otherwise expressly noted to the contrary, "semi-annual" means two times per year at a pace of once per six months. "Annual" means once per calendar year. "Bi-weekly" means once every two calendar weeks. "Monthly" means once per calendar month. "Days" means calendar days. If a listed deadline falls on a weekend or federal, state, local, or Court holiday, the deadline may be satisfied by submission or completion of the identified deliverable on the next business and/or non-holiday day. | | | | | | |
| 4 | **Decree ¶** | **Area** | **Sub-Area** | **Milestone** | **Responsible Stakeholder(s)** | **Deliverable** | **Deadline** |
| 5 | 27-34 | **CPOP** | **General** | The City will include the status of the Community and Problem-Oriented Policing Plan's Implementation into the City's Semiannual Report. | City/CDP | Status Report of CPOP's Implementation | Ongoing |
| 6 | 27-34 | **CPOP** | **Training** | The Monitor recommends approval or disapproval of the Final Draft curriculum for the District Awareness Training to the Court, either in whole or in part. The determination will be based on the extent to which the training adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 3/5/21 |
| 7 | 27-34 | **CPOP** | **Training** | CDP will complete training of all CDP District officers on District Awareness Training. | CDP | District Awareness Training | 5/7/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | 27-34 | **CPOP** | **General** | CDP will increase advertisement of the DPCs, Online Crime Reporting, the Division's community engagement activities and the Division's various social media platforms. | CDP | Increasing advertisement of DPC/CPOP | Ongoing; check-in on progress 4/1/21 |
| 9 | 27-34 | **CPOP** | **General** | CDP will actively promote officer wellness initiatives throughout the Division, sending a quarterly email to all officers explaining various wellness options. | CDP | Promote Officer Wellness Initiatives | Ongoing |
| 10 | 27-34 | **CPOP** | **General** | The CPOP Review Committee will meet quarterly. | CDP | CPOP Review Committee Quarterly Meetings | Ongoing by: 3/31/21; 6/30/21; 9/30/21; 12/31/21 |
| 11 | 27-34 | **CPOP** | **General** | CDP will update and distribute Asset Maps annually. | CDP | Distribution of Asset Maps | 12/31/2021 |
| 12 | 27-34 | **CPOP** | **General** | CDP will determine the feasibility of increasing the incidents that can be reported online and the feasibility of the "Verified Alarm" response. | CDP | Determination of online reporting and "Verified Alarm" response | Ongoing with City Council |
| 13 | 27-34 | **CPOP** | **General** | CDP will address the community about the history of CDP, policies and practices, and how the police and community can collaborate to solve problems as part of the Mobile Citizens Academy. | CDP | CDP and Community Collaborative Program | 2/24/21-4/21/21 Ongoing |
| 14 | 27-34 | **CPOP** | **General** | CDP will ensure that CPOP principles are used during evaluations and promotions. | CDP | CPOP Principles in Evaluations and Promotions | Ongoing |
| 15 | 27-34 | **CPOP** | **General** | CDP will publish community engagement activities broken down by district. | CDP | District Community Engagement Activities | Ongoing |
| 16 | 110-123 | **Use of Force** | **FIT** | CDP will incorporate feedback, as appropriate, and provide the Parties and Monitoring Team with the Final FIT Training Curriculum. | CDP | Submission of Final Training Curriculum | 3/5/21 |
| 17 | 110-123 | **Use of Force** | **FIT** | The Monitor recommends approval or disapproval of the Final FIT Training Curriculum. The determination will be based on the extent to which the curriculum adequately complies with the requirements of the Agreement and incorporates feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 3/19/21 |
| 18 | 47, 75, 93-123 | **Use of Force** | **Investigations** | CDP will begin training of the FIT policy and the FIT manual to all appropriate personnel of FIT Investigations. | CDP | Training Sessions begin | 3/22/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 | 47, 75, 93-123 | Use of Force | Investigations | CDP will complete training of the FIT policy and the FIT manual to all appropriate personnel on FIT Investigations. | CDP | Training Sessions end | 4/2/21 |
| 20 | 124-130 | Use of Force | Force Review Board | The Monitoring Team and Parties will meet with the members of the Force Review Board, outlining expectations, answering questions, and clarifying understandings. | City, CDP, Department of Justice, Monitoring Team | Stakeholder Meeting | 2/3/21 |
| 21 | 130 | Use of Force | Force Review Board | The FRB and the DACC will track each of its recommendations to ensure that each has been forwarded to the appropriate personnel. | FRB, City | Track Recommendations | Ongoing |
| 22 | 124-130 | Use of Force | Force Review Board | The FRB will hold regular quarterly force review meetings. Members of the Monitoring Team and the Parties will regularly attend. | CDP, City, Department of Justice, Monitoring Team | Commencement of Regular Meetings | 2/8/21; Ongoing |
| 23 | 124-130 | Use of Force | Force Review Board | The Monitoring Team submits to the parties its six-month FRB review of whether the FRB effectively carries out the duties that the Consent Decree expressly prescribes. | Monitoring Team | Submission of FRB Review to Parties | 8/9/2021 |
| 24 | 124-130 | Use of Force | Force Review Board | The Monitor files the six-month FRB review with the Court. | Monitor | Filing of Final Review Report with the Court | 8/30/2021 |
| 25 | 271 | Training | Training Review Committee | The Training Review Committee will annually review and update CDP's Training Plan. | CDP | Annual review of CDP's Revised Training Plan | 8/27/21 |
| 26 | 30, 42, 143, 173 | Training | Training Plan | CDP submits the first draft of the 2021 Training Plan. | CDP | Submission of First Draft Training Plan | 2/16/21 |
| 27 | 30, 42, 143, 173 | Training | Training Plan | The Parties and Monitoring Team will review the first draft of the 2021 Training Plan and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on First Draft Training Plan | 3/2/21 |
| 28 | 30, 42, 143, 173 | Training | Training Plan | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2021 Training Plan | CDP | Submission of Final Draft Training Plan | 3/16/21 |
| 29 | 30, 42, 143, 173 | Training | Training Plan | The Monitor recommends approval or disapproval of the Final draft of the 2021 Training Plan. The determination will be based on the extent to which the curricula adequately comply with the requirements of the Agreement and incorporate feedback of the Parties | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Plan | 3/30/21 |
| 30 | 30, 42, 143, 173 | Training | In-Service Training | CDP submits the first draft of the 2022 In-Service Training Curricula. | CDP | Submission of First Draft Training Curricula | 8/31/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | 30, 42, 143, 173 | **Training** | **In-Service Training** | The Parties and Monitoring Team will review the first draft of the 2022 In-Service Training Curricula and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on First Draft Training curricula | 9/30/21 |
| 32 | 30, 42, 143, 173 | **Training** | **In-Service Training** | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2022 In-Service Training Curricula. | CDP | Submission of Final Training Curricula | 10/15/21 |
| 33 | 30, 42, 143, 173 | **Training** | **In-Service Training** | The Monitor recommends approval or disapproval of the annual Final draft of the 2022 In-Service Training Curricula. The determination will be based on the extent to which the curricula adequately comply with the requirements of the Agreement and incorporate feedback of the Parties. | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 11/5/21 |
| 34 | 30, 42, 143, 173 | **Training** | **In-Service Training** | CDP will complete annual 2021 in-service training of all CDP officers. | CDP | Training Sessions end | 12/17/21 |
| 35 | 30, 42, 143, 173 | **Training** | **In-Service Training** | CDP will provide the Parties and the Monitor with the numbers and percentage of individual officers who have completed in-service training. The City will certify the completions to the Court. | CDP | Submission of Training Update to Parties, Monitoring Team | 1/14/22 |
| 36 | 30, 42, 143, 173 | **Training** | **In-Service Training** | The City will certify to the Court that all CDP officers have completed the annual in-service training. | City, CDP | Filing of Certification with Court | 1/21/22 |
| 37 | 260 | **Training** | **Data Collection Training** | CDP will incorporate feedback, as appropriate, and provide the Parties and Monitoring Team with the Final Search and Seizure Data Collection Training Curriculum and Stop Data Collection Form Policy. | CDP | Submission of Final Training Curriculum and Policy | 2/25/21 |
| 38 | 260 | **Training** | **Data Collection Training** | The Monitor recommends approval or disapproval of the Final Search and Seizure Data Collection Training Curriculum. The determination will be based on the extent to which the curriculum adequately complies with the requirements of the Agreement and incorporates feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 3/11/21 |
| 39 | 260 | **Training** | **Data Collection Training** | CDP will complete training of all CDP officers on Search and Seizure Data Collection. | CDP | Search and Seizure Data Collection Training Sessions End | 5/14/21 |
| 40 | 30 | **Training** | **Data Collection Training** | The Parties and the Monitoring Team will review the First Draft CPOP Data Collection Training Curriculum and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on First Draft Training Curriculum | 2/26/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | 30 | Training | Data Collection Training | CDP will incorporate feedback, as appropriate, and provide the Parties and Monitoring Team with the Final CPOP Data Collection Training Curriculum. | CDP | Submission of Final Training Curriculum | 3/12/21 |
| 42 | 30 | Training | Data Collection Training | The Monitor recommends approval or disapproval of the Final CPOP Data Collection Training Curriculum. The determination will be based on the extent to which the curriculum adequately complies with the requirements of the Agreement and incorporates feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 3/26/21 |
| 43 | 157, 260 | Training | Data Collection Training | CDP will complete training of all CDP officers on Problem-Oriented Policing Data Collection. | CDP | Problem-Oriented Policing Data Collection Training Sessions End | 5/28/21 |
| 44 | 322-325 | Training | Supervisor Training | Newly promoted supervisors will receive supervisory training sessions upon promotion. | CDP | Supervisory Training Sessions | Ongoing |
| 45 | 322-325 | Training | Supervisor In-Service Training | CDP submits the first draft of the 2022 Supervisor In-Service Training Curriculum. | CDP | Submission of First Draft Training Curriculum | 9/17/21 |
| 46 | 322-325 | Training | Supervisor In-Service Training | The Parties and Monitoring Team will review the first draft of the 2022 Supervisor In-Service Training Curriculum and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on First Draft Training Curriculum | 10/22/21 |
| 47 | 322-325 | Training | Supervisor In-Service Training | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2022 Supervisor In-Service Training Curriculum. | CDP | Submission of Final Training Curriculum | 11/5/21 |
| 48 | 322-325 | Training | Supervisor In-Service Training | The Monitoring Team recommends approval or disapproval of the final 2022 Supervisor In-Service Training Curriculum. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of the Final Training Curriculum | 11/19/21 |
| 49 | 177-188 | Training | IA Manual Training | CDP submits the first draft of the IA Manual Training Curriculum. | CDP | Submission of First Draft Training Curriculum | 4/9/21 |
| 50 | 177-188 | Training | IA Manual Training | The Parties and Monitoring Team will review the First Draft Training Curriculum and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on First Draft Training Curriculum | 4/23/21 |
| 51 | 177-188 | Training | IA Manual Training | CDP will incorporate feedback, as appropriate, and provide the Parties and Monitoring Team with the Final Training Curriculum. | CDP | Submission of Final Training Curriculum | 5/7/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52 | 177-188 | Training | IA Manual Training | The Monitor recommends approval or disapproval of the Final Training Curriculum. The determination will be based on the extent to which the curriculum adequately complies with the requirements of the Agreement and incorporates feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 5/21/21 |
| 53 | 177-188 | Training | IA Manual Training | CDP will complete training of all members assigned to the Internal Affairs Unit on the IA Manual. | CDP | IA Manual Training Ends | 6/11/21 |
| 54 | 181 | Training | Internal Affairs Training | CDP will contract with an outside entity and Internal Affairs investigators will complete annual training related to conducting misconduct investigations that is adequate in quality, quantity, type and scope. | CDP | Contract Outside Entity and Complete Training Sessions | 11/1/2021 |
| 55 | 300-311 | Recruitment & Hiring | General | CDP will document suggestions made by the Commission and other partner agencies/stakeholders and highlight those that are implemented through quarterly emails. | CDP | Quarterly emails with suggestions of CPC any other agencies/ stakeholders | Ongoing |
| 56 | 300-311 | Recruitment & Hiring | General | CDP will submit an annual report of recruiting activities and outcomes (2021). | CDP | Submission of annual report of recruiting activities and outcomes | 3/1/22 |
| 57 | 145 | Crisis Intervention | Specialized CIT Officers | CDP will select appropriate officers for enhanced specialized training in CIT. | CDP | Selection of CIT officers | 3/26/21 |
| 58 | 145 | Crisis Intervention | Specialized CIT Officers | Selected Specialized CIT Officers will receive enhanced specialized training in CIT. | CDP | Training Sessions | 4/26/21 7/19/21 10/18/21 |
| 59 | 144 | Crisis Intervention | Dispatchers and Supervisors | Dispatch and Dispatch Supervisors will receive Crisis Intervention Training. | CDP, MHRAC | Training Sessions | Ongoing |
| 60 | 135 | Crisis Intervention | Annual Report | MHRAC and CDP will submit an annual report to the Public, Parties, and Monitor for 2021. | CDP | Annual Report | 2/15/22 |
| 61 | 312-316 | Performance Evaluations | Policy | CDP revises the Second Draft of the Performance Evaluation Policy to take into consideration and incorporate the feedback and expectations of the Parties, where appropriate. In consultation with the Parties, CDP submits a Final Draft including a revised Performance Evaluation. | CDP | Submission of Final Draft | 3/5/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62 | 312-316 | Performance Evaluations | Policy | The Monitor recommends approval or disapproval of the Final Draft of the Performance Evaluation policy, either in whole or in part. The determination will be based on the extent to which the plan adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 4/2/21 |
| 63 | 326-336 | Officer Intervention Program | Policy | CDP revises the Second Draft of the Officer Intervention Program to take into consideration and incorporate the feedback and expectations of the Parties, where appropriate. In consultation with the Parties, CDP submits a Final Draft. | CDP | Submission of Second Draft | 3/26/21 |
| 64 | 326-336 | Officer Intervention Program | Policy | The Monitor recommends approval or disapproval of the Final Draft of the Officer Intervention Program policy, either in whole or in part. The determination will be based on the extent to which the policy adequately complies with the requirements of the Agreement, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 4/23/21 |
| 65 | 317-318 | Promotions | General | The Monitor, DOJ, and the City will begin collaboration on the process of developing and implementing fair and consistent promotion practices that comport with the requirements of the Settlement Agreement. | Monitoring Team, DOJ, City | Collaboration of Promotion Process | 3/15/21 |
| 66 | 347 | Policies | Policy Review | CDP will review and revise approved policies related to the Settlement Agreement to ensure that the policies provide effective direction to CDP personnel and remain consistent with the Agreement and current law. | CDP | Review and Revision of approved policies | Ongoing Monthly |
| 67 | 347 | Policies | Policy Review | The Monitor recommends approval or disapproval of the Final Drafts of the revised policies, either in whole or in part. The determination will be based on the extent to which the policies adequately comply with the requirements of the Agreement, incorporate feedback of the Parties, and reflect the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Drafts | Ongoing Monthly |

| 68 | 93-100, 160-175, 176-249, 322-325 | Accountability | Administrative Review Processes | The Parties, Monitor, CDP and City will convene monthly Administrative meetings to review data and information about the status of CDP's administrative investigations and internal review processes, including but not limited to use of force investigations, officer misconduct investigations, the imposition of officer discipline, the resolution of civilian complaints, and other administrative reviews of officer performance captured in Blue Team/IAPro. | City (including OPS and PRB), CDP, Department of Justice, Monitoring Team | Monthly Administrative Meetings | Ongoing |
|---|---|---|---|---|---|---|---|
| 69 | 243 | Accountability | Administrative Review Process | CDP will track the number of instances in which the Chief or the Director of Public Safety, rejects, in whole or in part, PRB's recommended disposition. | CDP | Track data | Ongoing |
| 70 | 244 | Accountability | Administrative Review Process | The monitor will review data and assess whether the PRB is achieving its mission. | Monitoring Team | Annual review of PRB data | Ongoing |
| 71 | 199 | Accountability | OPS (Budget) | OPS and/or the City will submit to the Monitor OPS' proposed budget for the 2022 budget year. | OPS/City | Submission of Proposed Budget | 11/5/21 |
| 72 | 199 | Accountability | OPS (Budget) | The Monitor will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team | Written Submission re: Sufficiency of Budge | 11/19/21 |
| 73 | 201, 203, 205, 209 | Accountability | OPS (Awareness) | The City, CDP, OPS and any other involved stakeholders will implement the OPS Awareness Plan according to the deadlines set forth in the Plan. The deadlines outlined there will be incorporated into this Monitoring Plan by reference and subsequent Monitoring Plans expressly. | City, CDP, OPS | Implementation of Plan Begins | Ongoing |
| 74 | 195-96 | Accountability | OPS (Training) | OPS will provide training for its staff that will meet the requirements of the Settlement Agreement. | OPS | Training Sessions | Ongoing |
| 75 | 215 | Accountability | OPS (Annual Report) | The OPS will create a final annual report for publication and distribution to the Parties, CDP, Monitoring Team, CPC, and any other stakeholders. | OPS | Final Annual Report | 3/5/22 |
| 76 | 230-39, 244 | Accountability | Police Review Board (General) | PRB and/or the City will submit to the Monitor PRB's proposed budget for the 2022 budget year. | PRB/City | Submission of Proposed Budget for 2022 to Monitor | 11/5/21 |
| 77 | 230-39, 244 | Accountability | Police Review Board (General) | The Monitor will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team | Written Submission re: Sufficiency of Budget | 11/19/21 |
| 78 | 233 | Accountability | Police Review Board (Training) | PRB will provide training for its members that will meet the requirements of the Settlement Agreement. | PRB | Training Sessions | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 79 | 268 | Transparency | General | CDP's identified personnel will post its current policies and procedures, training plans, community policing initiatives, community meeting schedules, budgets, internal audit reports, revisions, changes, updates, or new information and documents as they are approved to take effect. This includes all materials submitted to the Court by the Monitor as part of this Monitoring Plan. The manner of posting on the website will seek to make all information and documentation accessible, clear, and readily identifiable. All materials will be posted within 10 business days of their completion or filing. | CDP | Posting of Current Information and Documents on Website | Ongoing |
| 80 | 250-56 | Transparency | Police Inspector General | The City will submit to the Monitor and Department of Justice the Police Inspector General's proposed budget for the 2022 budget year. | IG/City | Submission of Proposed Budget for 2022 to Monitor | 11/5/21 |
| 81 | 250-56 | Transparency | Police Inspector General | The Monitor and Department of Justice will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team, Department of Justice | Written Submission re: Sufficiency of Budget | 11/19/21 |
| 82 | 22 | Transparency | CPC | The CPC and/or the City will submit to the Monitor CPC's proposed budget for the 2022 budget year. | CPC/City | Submission of Proposed Budget for 2022 | 11/5/21 |
| 83 | 22 | Transparency | CPC | The Monitor and Department of Justice will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team, Department of Justice | Written Submission re: Sufficiency of Budget | 11/19/21 |
| 84 | 259 | Data Collection & Analysis | General | The DACC ensures maintenance of a reliable and accurate electronic system to track data from force related documents, vehicle stops, investigatory stops, and searches. | DACC | Track data | Ongoing |
| 85 | 264 | Data Collection & Analysis | General | CDP will conduct an assessment and issue a report summarizing its 2021 investigatory stop, search, and arrest data. The report will identify significant trends in compliance with the Fourth Amendment of the Constitution, identify which practices are most effective and efficient in increasing public safety and community confidence in CDP, and the steps taken to correct problems and build on successes. | DACC | Report | 3/5/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 | 265 | Data Collection & Analysis | General | CDP will conduct an assessment and issue a report of all activities, including use of force, arrests, motor vehicle and investigatory stops, and misconduct complaints alleging discrimination, to determine whether CDP's activities are applied or administered in a way that discriminates against individuals on the basis of race, ethnicity, gender, disability, sexual orientation, or gender identity. This report will be based on data the City is obligated to collect, and is not an independent data collection requirement. CDP's report will identify which practices are most effective and efficient in increasing public safety and community confidence in CDP, and identify steps taken to correct problems and build on successes. | DACC | Report | 3/5/22 |
| 87 | 266 | Data Collection & Analysis | General | CDP, working with the FRB, will analyze the prior year's force data, including the force-related data listed above, to determine trends; identify and correct deficiencies revealed by this analysis; and document its findings in a public report. | DACC | Report | 3/5/22 |
| 88 | n/a | Compliance & Outcome Assessments | Monthly Parties / Monitoring Team Compliance Status Meeting | The Parties, CDP, and Monitoring Team will continue to meet not less than once a month, to discuss the current status of Consent Decree progress and compliance and discuss any issues related to the full and effective implementation of the Decree's requirements. | City, CDP, Department of Justice, Monitoring Team | Ongoing Monthly Compliance Status Meetings | Ongoing |
| 89 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Monitoring Team will provide a copy of the Ninth Semiannual Report to the Parties in draft form. | Monitoring Team | Submission of Draft Report to Parties | 1/7/21 |
| 90 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Parties will informally comment on the Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | 1/29/21 |
| 91 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the report with the Court and issuing and report publicly. | Monitoring Team | Filing of Final Report with Court | 2/24/21 |
| 92 | 387 | Compliance & Outcome Assessments | City Status Reports | The City will file its tenth status report with the Court, providing a copy to the Department of Justice and the Monitor. | City | Submission of Tenth Status Report | 3/5/21 |
| 93 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Monitoring Team will provide a copy of the Tenth Semiannual Report to the Parties in draft form. | Monitoring Team | Submission of Draft Report to Parties | 7/19/21 |
| 94 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Parties will informally comment on the Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | 8/2/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 95 | 375-76 | Compliance & Outcome Assessments | Semiannual Monitoring Reports | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the report with the Court and issuing and report publicly. | Monitoring Team | Filing of Final Report with Court | 8/9/21 |
| 96 | 387 | Compliance & Outcome Assessments | City Status Reports | The City will file its Eleventh status report with the Court, providing a copy to the Department of Justice and the Monitor. | City | Submission of Eleventh Status Report | 9/20/21 |
| 97 | 45-109 | Compliance & Outcome Assessments | Systemic Assessments | The Monitoring Team will identify and share any cases that cause concern and discuss with CDP at regular monthly meeting. | Monitoring Team | Debrief with Parties | Ongoing |
| 98 | 45-109 | Compliance & Outcome Assessments | Systemic Assessments | The Monitoring Team will conduct an in-depth review of a random, statistically-significant sample of applications of force by CDP officers. | Monitoring Team | Review Conducted | Ongoing |
| 99 | 45-109 | Compliance & Outcome Assessment | Systemic Assessments | The Monitoring Team will provide a copy of the Use of Force Report in draft form. | Monitoring Team | Submission of Draft Report to Parties | 04/16/21 |
| 100 | 45-109 | Compliance & Outcome Assessment | Systemic Assessments | The Parties will informally comment on the Use of Force Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | 4/30/21 |
| 101 | 45-109 | Compliance & Outcome Assessment | Systemic Assessments | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the Use of Force Report with the Court and issuing the report publicly. | Monitoring Team | Filing of Final Report with Court | 5/7/21 |
| 102 | 193-239, 240-43, 245-47 | Compliance & Outcome Assessment | Systemic Assessments | The Monitoring Team will conduct a review of OPS/PRB case investigations. | Monitoring Team | Review conducted | 2/15/21-4/30/21 |
| 103 | 193-239, 240-43, 245-47 | Compliance & Outcome Assessment | Systemic Assessments | The Monitoring Team will provide a copy of the OPS/PRB Case Report in draft form. | Monitoring Team | Submission of Draft Report to Parties | 6/11/21 |
| 104 | 193-239, 240-43, 245-47 | Compliance & Outcome Assessment | Systemic Assessments | The Parties will informally comment on the OPS/PRB Case Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | 6/25/21 |
| 105 | 193-239, 240-43, 245-47 | Compliance & Outcome Assessment | Systemic Assessments | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the OPS/PRB Case Report with the Court and issuing the report publicly. | Monitoring Team | Filing of Final Report with Court | 7/2/21 |

| 106 | n/a | **Compliance & Outcome Assessments** | **Updated 2021 Monitoring Plan** | The City will submit to the Court the Updated 2021 Monitoring Plan upon approval of the Plan by the United States and the Monitoring Team. | City | Filing of Updated 2021 Monitoring Plan with the Court | 8/27/21 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 107 | n/a | **Compliance & Outcome Assessments** | **2022 Monitoring Plan** | CDP and the City will provide a Draft 2022 Monitoring Plan to the Monitor, DOJ, and the CPC. | City | Submission of the Draft 2022 Monitoring Plan | 1/8/22 |
| 108 | n/a | **Compliance & Outcome Assessments** | **2022 Monitoring Plan** | The Monitor, DOJ, and CPC will provide comments and feedback on the Draft 2022 Monitoring Plan. | Monitoring Team, Department of Justice, CPC | Submission of Feedback on the Draft 2022 Monitoring Plan | 1/22/22 |
| 109 | n/a | **Compliance & Outcome Assessments** | **2022 Monitoring Plan** | The City will submit to the Court the Final Monitoring Plan for 2022. | City | Filing of the 2022 Monitoring Plan with the Court | 2/5/22 |