UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | ORDER APPROVING |
| Defendant | ) | 2021 MONITORING PLAN |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Notice Submitting the 2021 Monitoring Plan (the "2021 Monitoring Plan" or the "Plan"). (ECF No. 343.) The United States of America and the City of Cleveland (collectively, the "Parties") join with the Monitor in seeking court approval of the 2021 Monitoring Plan, which is geared toward effective and efficient implementation of the Consent Decree's requirements. As its name suggests, the Plan covers the 2021 calendar year, with a few deadlines falling in early 2022 to ensure continuity and momentum.[1]

After careful review, the court finds that the 2021 Monitoring Plan complies with the requirements of the Consent Decree. The Plan will provide clear guidance and realistic expectations

---

[1] In a change from past convention, the Monitor indicates that the annual plans going forward will be named by calendar year (the "2021 Plan," "2022 Plan," and so on) rather than by reference to the length of time the Consent Decree has been in effect (the "First Year Plan," "Second Year Plan," and so on). This change is intended to promote clarity and ease of reference. The Monitoring Team indicates that it also plans to align its semiannual reports with the calendar year for the same reasons.

for the Parties, and the community, as the Parties continue to implement the policies, procedures, and trainings required by the Consent Decree, and as the Monitoring Team works to assess those policies' effectiveness and the City's compliance with the terms of the Consent Decree. Notably, the 2021 Monitoring Plan indicates that the Parties will finalize a comprehensive training plan, which includes finishing the development and implementation of crucial Division-wide training, on topics such as District Awareness and Data Collection in Search and Seizure and Community and Problem-oriented Policing, as well as Unit-specific training, such as Internal Affairs and the Force Investigations Team. The 2021 Monitoring Plan also calls for the development of a Performance Evaluation Policy that will provide consistent and procedurally just reviews. Finally, the Plan sets out a detailed assessment schedule, including for the Monitoring Team's rigorous statistical analysis of Use of Force and OPS/CRB investigations and, per the Order of June 30, 2020, its ongoing evaluation of the Force Review Board's operations. (*See* ECF No. 317.)

This court, having considered the 2021 Monitoring Plan and the terms of the Consent Decree entered into by the Parties, hereby approves the Monitor's Notice (ECF No. 343) and orders the 2021 Monitoring Plan effective immediately.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 19, 2021