# Cleveland Division of Police

Autism Spectrum Disorders
Annual Crisis Intervention In-service Training
Four Hours
Lesson Plan

**Title of Lesson**:

Understanding and Responding to Individuals with Autism Spectrum Disorder

Author:   Dr. Richard Cirillo
            Chief Clinical Officer
            Cuyahoga County Board of Developmental Disabilities

**Date Written**: April 24, 2020

**Approving Authority:** Final

### Course Goal:

- Provide Basic Knowledge of the Signs, Symptoms, and Skills Needed to Interact Effectively with Individuals with an Autism Spectrum Disorder

### Course Learning Objectives:

- Understanding and Recognizing Autism Spectrum Disorders
- Reviewing Effective Interactions with Individuals with Autism Spectrum Disorders
- Learning Important Resources for Police Officers

### Methodology:

Participants will be taught by instructors who are licensed professionals and employees of the Cuyahoga County Board of Developmental Disabilities.  All trainers will have relevant experience and subject matter expertise.  A PowerPoint presentation will be presented to the trainees which includes an ice breaker, video, lecture and discussion.  An Instructor Manual will supplement the power point will serve as an instructional aid.

### Training Equipment:

- Computer, projectors, screen and speakers
- PowerPoint presentation

**Training Schedule:** 4 hours – 240 minutes

| Content | Teaching Methods & Materials | Time |
|---|---|---|
| **Slides #1**<br>Welcome | Title Slide | 1 |
| **Slide #2**<br>Video- Officer Consoling a Teen | **Activity**: Show video and ask for reactions<br>**Give questionnaire related to video** | 7 |
| **Slide #3**<br>Review training goal and objectives | Lecture and discussion<br>Review Objectives and emphasis on Autism | 1 |
| **Slide #4**<br>Introductions | Lecture and discussion<br>General Developmental Disabilities | 2 |
| **Slides #5-7**<br>Different forms of Developmental Disability/Differences/Comparisons | Lecture and discussion, Chart comparing course and symptoms of Mental Illness and Developmental Disabilities | 6 |
| **Slide #8-14**<br>Autism/statistics/Diversity/Asperger's | Lecture and discussion<br>Officer personal contact with individuals with Autism | 8 |
| **Slide #15-17**<br>Video: Youth with Autism Explains Autism Spectrum Disorder | **Activity**: Show video and have class answer questions | 10 |
| **Slide #18**<br>Main areas of ASD | Lecture and discussion<br>Introduce the two main areas | 3 |
| **Slides #19-24**<br>Social/Communication issues | Lecture and discussion<br>Social discussion impairments<br>Social aspects of communication<br>Communication device<br>Important signs | 15 |
| **Slides #25**<br>Video: Body cam footage of Buckeye Police detaining autistic teen | **Activity**: Show video and ask for reactions of what happened.<br>Officers perspective<br>Teen perspective | 15 |
| **Slides #26-31**<br>Social/Communication issues | Lecture and discussion<br>Review previous social/communication challenges<br>Discuss asking questions in different ways<br>Discuss de-escalation strategies<br>Stress CDP policy review<br>Discuss do's and don'ts in communication | 15 |
| **Slide #32**<br>Repetitive Behaviors/Restricted Interests | Lecture and discussion<br>Review de-escalation strategies<br>Discuss predictability/routines and sameness | 3 |
| **Slide #33-34**<br>Repetitive Behaviors/Restricted | Lecture and discussion<br>Discuss sensory experiences | 3 |

| Interests (Continued) | Discuss "stimming" | |
|---|---|---|
| **Content (continued)** | **Teaching Methods & Materials** | **Time** |
| <u>**Slides #35**</u>   Video:  The Language of Autism | Review Repetitive behaviors and social communication issues<br>**Activity: View video** | 10 |
| <u>**Slides #36-37**</u><br>Sensory challenges | Show multiple pics on slide that show what sensory challenges look like | 2 |
| <u>**Slides #38**</u><br>Sensory Challenges | Lecture and discussion<br>Discuss what overstimulation is | 2 |
| <u>**Slide #39**</u><br>Video: Sensory overload | **Activity: View video**<br>Discuss Autism Sensory issues associated with the video | 5 |
| <u>**Slide #40-42**</u><br>Sensory Challenges<br>De-Escalation strategies | Lecture and Discussion<br>What police equipment attracts an autistic person | 7 |
| <u>**Slides #43-44**</u><br>Caregiver Challenges | Lecture and discussion<br>Discuss challenges for parents, schools and homes<br>Discuss services available | 2 |
| <u>**Slide #45**</u><br>Living Arrangements | Lecture and discussion<br>Review Group homes resources<br>Review issues of progress of Civil Rights & understanding of Developmental Disabilities | 2 |
| <u>**Slide #46**</u><br>Living in the community today | Lecture and discussion<br>Information on closing of institutions | 2 |
| <u>**Slide #47**</u><br>With Community Life Comes New Challenges | Lecture and discussion<br>Discuss the options for living arrangements<br>Discuss staffing and training | 2 |
| <u>**Slide #48**</u><br>New Challenges for Law Enforcement | Lecture and discussion.<br>Discuss why there are repeat calls for service | 2 |
| <u>**Slide # 49**</u><br>What should police know? | Lecture and discussion.<br>CCBDD Forensic Liaisons roles and responsibilities<br>Discuss communicating information to the liaisons | 2 |
| <u>**Slides # 50**</u><br>Special Safety Considerations<br>Water and Risk of Drowning | Lecture and discussion.<br>Review statistics and why autistic children are attracted to water | 4 |
| <u>**Slide # 51**</u><br>Video: Boy with Autism Rescued from Canal | Lecture and discussion<br>**Activity**: Watch video, identify why this is an example and the problems associated with this attraction | 7 |

| | | |
|---|---|---|
| **Slide #52**<br>Other Safety Considerations | Lecture and discussion<br>Discuss why law enforcement presence can cause certain reactions from a person with autism<br>Discuss identifiers of certain behavior and resolutions | 4 |
| **Slides #53-55**<br>Sahara Cares Video | Lecture and discussion<br>**Activity:** Show video and ask for reactions<br>**STOP at 30 seconds**: Mom is missing her Autistic child, discuss police response<br>**STOP at 1:15** : Locating missing autistic child and discuss your interaction<br>**STOP at 2:22:** Comments on how the officer interacted with the missing child<br>**STOP at 4:50:** Call for suspicious person in Convenient store, discuss initial interaction by police Discuss how an officer would handle this person<br>**STOP at 7:09:** Domestic Violence Traffic Stop- Stimming and an officers response<br>**STOP AT END OF SCENARIO:** Discus the officers response and ow you would handle this. | 33 |
| **Slide #56**<br>Crisis Resources | Lecture and discussion<br>Review the emergency resources listed | 2 |
| **Slide #57**<br>Community Resources | Lecture and discussion<br>Review the community resources listed | 3 |
| **Slide #58-59**<br>Summary and References | Summarize objectives - allow for key takeaways, final thoughts, comments and questions | 10 |
| Total Instructional Minutes | | 190 |
| **Note: Add two 10 minute breaks and 30 minute lunch = 50 minutes** | 50 minutes | 50 |
| **Total** | | 240 min. 4 hours |
| | | |