UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Notice submitting the Cleveland Division of Police's proposed Crisis Intervention Training Curriculum ("Curriculum"). (ECF No. 350.) The Monitor represents that the four-hour Curriculum "provides important understanding of Autism Spectrum Disorders" that will enable "officers to identify and appropriately respond to calls for service that involve individuals in crisis with Autism Spectrum Disorder." (*Id.* at PageID #7520.) Pursuant to the Monitor's recommendation, the court approves the Curriculum, which meets the terms of the Consent Decree. Accordingly, the court orders said Curriculum to be effective immediately.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 16, 2021