UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Notice submitting the Cleveland Division of Police's ("CDP") proposed Stop Form Policy ("Policy") and Stop Data Collection Training ("Training"). (ECF No. 358.) The Monitor represents that the Policy and the Training meet the Consent Decree's requirements for collecting and processing information from investigatory and traffic stops, which is "an important step in the Consent Decree" because the data will facilitate the Monitor's compliance assessments and allow CDP "to conduct future critical self-analysis." (*Id.* at PageID #7698.) Pursuant to the Monitor's recommendation, the court approves the Policy and Training, which meet the terms of the Consent Decree. Accordingly, the court orders said Policy and Training to be effective immediately.

    IT IS SO ORDERED.

                                                      /s/ *SOLOMON OLIVER, JR.*
                                                      UNITED STATES DISTRICT JUDGE

May 18, 2021