UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

The court hereby sets a status conference in the within case on March 17, 2022, at 3:00 p.m. Counsel for the parties, and the Monitor, shall be prepared to discuss the following:

1. Proposed Consent Decree Amendments related to City of Cleveland Charter § 115 (formerly known as Issue 24).

2. The 2022 Monitoring Plan.

3. The Monitoring Team's recent assessment of lateral hiring by the Division of Police.

4. The Monitoring Team's recent assessments of the City of Cleveland's investigations of the pursuit resulting in the death of Tamia Chapmann.

5. Any other matter which the court or the parties wishes to raise.

The court hereby requires the presence of party representatives with decision-making authority.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 8, 2022