# Memorandum

| | |
|---|---|
| TO: | Dornat Drummond, Interim Chief of Police – Cleveland Division of Police <br> Mark Griffin, Law Director City of Cleveland |
| FROM: | Hassan Aden, Monitor |
| DATE: | March 1, 2022 |
| RE: | Cleveland Division of Police Crisis Intervention Team Response Policy |

This memo is intended to provide an immediate path to address the Cleveland Division of Police (CDP) Policy on Crisis Intervention Team Response.  The Monitoring Team recognizes that data collected in 2021 indicates the City of Cleveland Emergency Medical Services (EMS) has been a partner with CDP in responding to individuals during a behavioral crisis event. This, of course, was the intent of the 2017 Court-approved policy and officer in-service training at the time.  The data shows that over 1300 calls were conveyed by EMS which is equal to 25.5% of the total behavioral crisis calls recorded.  This indicates the policy has been successful in bringing about change to improve the police response to behavioral crisis events.  The citizens of Cleveland have been well-served by this improvement.

However, a revised Crisis Intervention Team Response policy posted on CDP's website has created confusion with community advocates and others. The confusion arose because the revised crisis policy available online is different from the 2017 court-approved policy.  The Monitoring Team requests that these differences be addressed as soon as possible. Specifically, the policy should be removed from the website and be replaced with Court-approved policy. This will ensure that the original intention of the policy which all parties supported while maintaining the current operational success being experienced by CDP in this area.

The Monitoring Team recognizes that new legal requirements and local government services have changed since the Court approved CDP's crisis policy and training in 2017. Accordingly, after posting the court-approved Crisis Intervention Team Response policy, the Monitoring Team further requests that the MHRAC Policy Task Force consider the need for any other new revisions to that and other crisis intervention policies. Clearly, an EMS policy with respect to the Diversion Center will require coordination with the Department of Public Safety, as was accomplished in the original policy work. Working with the MHRAC Policy Task Force presents the opportunity for the City and CDP to address any concerns from the community, as was accomplished with the original policy work.  MHRAC, as a whole, and CDP's policy team, should then review the completed draft policies.  The City should present them to the Department of Justice and the Monitoring Team for review. Given the importance of this issue, the Monitoring Team would recommend this task be accomplished on a tight timeline in the range of six weeks.  The Monitoring Team plans to discuss the CIT program at the status conference on March 17, 2022.  Please let us know if we can provide any assistance in this process.