UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") revised Notice submitting the Cleveland Division of Police's ("CDP") Community and Problem Oriented Policing ("CPOP") General Police Order (ECF No. 408). The revised Notice states that the updated CPOP General Police Order, "sets forth the Division's expectations for its members' engagement and problem-solving efforts with the community it serves." (Notice at PageID #8486, ECF No. 408.) The Monitor first filed Notice (ECF No. 395) of the CPOP policy and community and problem oriented policing data collection training on December 16, 2021, and subsequently filed the revised Notice on March 1, 2022. In relevant part, the revised Notice states that:

> [s]ince the time of the original Notice, CDP made additional revisions that should be brought to the attention of the Court. The revised CPOP General Police Order includes clarified direction to officer [sic] regarding the [sic] when it is appropriate to complete CPOP forms instead of Community Engagement forms. It also revises a few grammatical and nomenclature errors.

(*Id.*) However, the previously-submitted CPOP data collection training, pursuant to the December 16, 2021 Notice (ECF No. 395), is still current. (*Id.* at PageID #8487.) Pursuant to the Monitor's

-2-

recommendation, the court approves the CPOP General Police Order and CPOP Data Collection Training. Accordingly, the court orders said Order and Training to be effective immediately.

    IT IS SO ORDERED.

                                            */s/ SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE

March 4, 2022