UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

The court previously set a status conference in the within case for March 17, 2022, at 3:00 p.m. In preparation, the court issued an Order (ECF No. 402), directing that counsel for the parties, and the Monitor, be prepared to discuss the following topics:

> 1. Proposed Consent Decree Amendments related to City of Cleveland Charter § 115 (formerly known as Issue 24).
>
> 2. The 2022 Monitoring Plan.
>
> 3. The Monitoring Team's recent assessment of lateral hiring by the Division of Police.
>
> 4. The Monitoring Team's recent assessments of the City of Cleveland's investigations of the pursuit resulting in the death of Tamia Chapmann.
>
> 5. Any other matter which the court or the parties wish to raise.

(Order at PageID #8451, ECF No. 402.) The Monitor filed Notice (ECF No. 409) on March 2, 2022, requesting that the court add the following topic to the forthcoming status conference agenda: the City of Cleveland's ("the City") Crisis Intervention Team Policy. (Notice at PageID #8532, ECF No. 409.) The court approves the Monitor's requested topic, and hereby directs that counsel for the parties and the Monitor, be prepared to address the topic of the City's Crisis Intervention Team

-2-

Response Policy, in addition to the other topics identified in the court's prior Order (ECF No. 402) setting forth the status conference agenda topics.

       IT IS SO ORDERED.

                                    */s/ SOLOMON OLIVER, JR.*
                                    UNITED STATES DISTRICT JUDGE

March 4, 2022