| Row | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | **2022 Monitoring Plan** | | | | | | |
| 2 | *General Notes:*<br>For all deadlines established below, the Monitor and Parties agree that the deadlines might, in some instances, need to be extended by a brief interval to allow or accommodate unforeseen circumstances or unexpected, minor delays. Accordingly, if and only if the Monitor, United States, and the City agree that an extension for any of the deadlines outlined below is warranted and acceptable, the deadline may be extended by a reasonable amount of time, as determined by the Monitor, who will set a new timetable for the extended deadlines. No deadline may be extended by further without approval of the Court.  If any or all of this extension period is used, the Monitor will formally notify the Court of the deadline extension(s).  The extension of any specific deadline, or deadlines, will not change or otherwise affect any other deadline.  Unless the Monitoring Team identifies problems with a deadline extension or otherwise raises issued with the Court, none of the Parties, the Court, or the public should interpret changes in deadlines to reflect problems in implementation or a lack of progress.  Instead, all should understand that, for progress to be comprehensive and enduring, it may be necessary to take more time initially to refine policies, procedures, or training so that progress, ultimately, is faster, more effective, and more efficient. | | | | | | |
| 3 | For purposes of the following deadlines, and unless otherwise expressly noted to the contrary, "semi-annual" means two times per year at a pace of once per six months.  "Annual" means once per calendar year.  "Bi-weekly" means once every two calendar weeks.  "Monthly" means once per calendar month.  "Days" means calendar days.  If a listed deadline falls on a weekend or federal, state, local, or Court holiday, the deadline may be satisfied by submission or completion of the identified deliverable on the next business and/or non-holiday day. | | | | | | |
| 4 | **Decree ¶** | **Area** | **Sub-Area** | **Milestone** | **Responsible Stakeholder(s)** | **Deliverable** | **Deadline** |
| 5 | 27-34 | **CPOP** | **General** | The City will include the status of the Community and Problem-Oriented Policing Plan's Implementation into the City's Semiannual Report. | City/CDP | Status Report of CPOP's Implementation | Ongoing |
| 6 | 27-34 | **CPOP** | **Training** | The Monitor recommends approval or disapproval of the Final Draft curriculum for the District Awareness Training to the Court, either in whole or in part. The determination will be based on the extent to which the training adequately complies with the requirements of the Consent Decree, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 3/14/22 |
| 7 | 27-34 | **CPOP** | **Training** | CDP will complete training of all CDP District officers on District Awareness Training.  Monitoring Team and DOJ assess a sample of the training delivery. | CDP | District Awareness Training | 5/13/22 |
| 8 | 27-34 | **CPOP** | **General** | CDP will increase advertisement of the DPCs, Online Crime Reporting, the Division's community engagement activities and the Division's various social media platforms. | CDP | Increasing advertisement of DPC/CPOP | Ongoing; check-in on progress 4/1/22 10/1/22 |
| 9 | 27-34 | **CPOP** | **General** | CDP will actively promote employee wellness initiatives throughout the Division, sending a quarterly email to all CDP personnel explaining various wellness options. | CDP | Promote Wellness Initiatives to All Personnel | Ongoing |

| # | ¶ | Topic | Sub-topic | Task | Responsible | Deliverable | Deadline |
|---|---|---|---|---|---|---|---|
| 10 | 27-34 | **CPOP** | **General** | The CPOP Review Committee will meet quarterly. CDP will submit quarterly community engagement reports to the Monitoring Team and DOJ. | CDP | CPOP Review Committee Quarterly Meetings/Submit Quarterly Report | Ongoing by: 3/31/22 6/30/22 9/30/22 12/31/22 |
| 11 | 27-34 | **CPOP** | **General** | CDP will update and distribute Asset Maps semi-annually. | CDP | Distribution of Asset Maps | 6/30/22 12/31/22 |
| 12 | 27-34 | **CPOP** | **General** | CDP will determine the feasibility of increasing the incidents that can be reported online and the feasibility of the "Verified Alarm" response. | CDP | Determination of online reporting and "Verified Alarm" response | Ongoing with City Council |
| 13 | 27-34 | **CPOP** | **General** | CDP will address the community about the history of CDP, policies and practices, and how the police and community can collaborate to solve problems as part of the Mobile Citizens Academy. CDP will provide MT and DOJ the materials used to present these topics to the Mobile Citizens Academy and will provide quarterly updates on number of attendees and their perceived demographics. | CDP | CDP and Community Collaborative Program – Quarterly Review | Ongoing; Materials provided 3/1/22; quarterly updates 4/10/22 7/10/22 10/10/22 1/10/23 |
| 14 | 27-34 | **CPOP** | **General** | CDP will provide DOJ and the Monitoring Team with a plan for how it will ensure that CPOP principles are used during evaluations and promotions. | CDP | Plan for using CPOP Principles in Evaluations and Promotions | 5/4/22 |
| 15 | 27-34 | **CPOP** | **General** | The Parties and Monitoring Team will provide feedback to CDP on its plan to ensure that CPOP principles are used during evaluations and promotions. | Parties, Monitoring Team | Submission of Feedback on Plan for using CPOP Principles in Evaluations and Promotions | 6/7/22 |
| 16 | 27-34 | **CPOP** | **General** | CDP will implement the plan for using CPOP Principles in Evaluations and Promotions and will provide evidence of having implemented the plan for evaluations and promotions. | CDP | Status of implementing plan to use CPOP Principles in Evaluations and Promotions | For promotions: Ongoing For evaluations: 9/1/22 12/1/22 |
| 17 | 27-34 | **CPOP** | **General** | CDP will publish community engagement activities broken down by district. | CDP | District Community Engagement Activities | 7/29/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | 34 | **CPOP** | General | CDP will draft and submit to the DOJ and MT a comprehensive outline detailing its CPOP efforts in each District for 2021. CDP will ensure that the outline includes all content required by paragraph 34. | CDP | Comprehensive outline of 2021 CPOP efforts from each District | 4/4/22 |
| 19 | 34 | **CPOP** | General | DOJ and MT will provide feedback on the comprehensive outline of each District's CPOP efforts for 2021. | DOJ MT | Submission of feedback on outline of 2021 CPOP efforts from each District | 5/9/22 |
| 20 | 34 | **CPOP** | General | CDP finalizes a report based on the feedback received on the comprehensive outline detailing CPOP efforts in each District for 2021 and makes it publicly available by posting it on CDP's website. | CDP | Submission of final report of 2021 CPOP efforts from each District & post online. | 6/13/22 |
| 21 | 20 | **Community Engagement** | Community Police Commission | CPC will issue its annual reports for 2021 activities, including recommendations for improvement, related to each activity that it undertakes. The City will post these reports to the City's website. | CPC, City | CPC's annual reports | 4/15/22 |
| 22 | 26 | **Community Engagement** | District Policing Committees | Each district's DPC will present its identified strategies, concerns and recommendations to the CPC. At the same time, an officer who is a member of the DPC will present to the CPC CDP's assessment of ways to address, and barriers to, implementing the strategies, concerns and recommendations of the DPC. | DPCs CDP | Presentation to CPC about concerns and how to address those concerns. | To be presented by 4/15/22 |
| 23 | 130 | **Use of Force** | Force Review Board | The FRB and the DACC will track each of its recommendations to ensure that each has been forwarded to the appropriate personnel. | FRB, City | Track Recommendations | Ongoing |
| 24 | 124-130 | **Use of Force** | Force Review Board | The FRB will hold regular quarterly force review meetings. Members of the Monitoring Team and the Parties will regularly attend. | CDP, City, Department of Justice, Monitoring Team | Commencement of Regular Meetings | Q1: 3/18/22 Q2/Q3/Q4: CDP to Provide Dates |
| 25 | 274 | **Training** | Training Review Committee | The Training Review Committee will conduct a needs assessment, as dictated by paragraph 274, to inform the review and update to CDP's 2023 Training Plan. | CDP | 2023 Training Needs Assessment | 6/3/22 |
| 26 | 271, 274 | **Training** | Training Review Committee | The Training Review Committee will annually contribute to and review and update CDP's 2023 Training Plan. | CDP | Annual review of CDP's Revised Training Plan | 6/17/22 |
| 27 | 270-281 | **Training** | Training Plan | CDP will submit its draft 2023 Training Plan to the Parties for their review. | CDP | Submission of Draft 2023 Training Plan | 7/1/22 |
| 28 | 270-281 | **Training** | Training Plan | The Parties and Monitoring Team will review the draft 2023 Training Plan and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on Draft 2023 Training Plan | 7/22/22 |

| # | | Category | Topic | Description | Responsible | Deliverable | Date |
|---|---|---|---|---|---|---|---|
| 29 | 270-281 | Training | Training Plan | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2023 Training Plan. | CDP | Submission of Final 2023 Training Plan | 8/5/22 |
| 30 | 270-281 | Training | Training Plan | The Monitoring Team recommends approval or disapproval of the final 2023 Training Plan. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of the Final 2023 Training Plan. | 8/19/22 |
| 31 | 287 | Training | Training Review Committee | The Training Review Committee will conduct an assessment of the Field Training Officer program, and will recommend appropriate changes to policies, procedures, and training related to the FTO program. | CDP | Annual review of CDP's FTO program | 7/29/22 |
| 32 | 287 | Training | FTO Program | CDP will institute appropriate changes to its policies, procedures, and training related to the FTO program based on the recommendations from the TRC. | CDP | Implementation of TRC recommendations for FTO improvements | 9/30/22 |
| 33 | 30, 42, 86, 143, 174 | Training | In-Service Training (Session II 2022) | CDP submits the first draft of the 2022 In-Service Training Curricula for Session II which include the following training topics: Integrated Reality Based Training (covering use of force, search and seizure, CPOP, and bias-free policing), Cultural Humility Training, crisis intervention training, and Taser. | CDP | Submission of First Draft of 2022 Training Curricula – Session II | 3/18/22 |
| 34 | 131-136 143 | Training | In-Service Training (Session II 2022) | The Crisis Intervention Training Curriculum for all officers require collaborative work with the Mental Health Response Advisory Committee and will be reviewed by the MHRAC Training Subcommittee and the broader MHRAC Committee. | CDP, MHRAC | Submission of First Draft of 2022 Training Curricula – Session II | 3/18/22 |
| 35 | 30, 42, 86, 143, 174 | Training | In-Service Training (Session II 2022) | The Parties and Monitoring Team will review the first draft of the 2022 Session II In-Service Training Curricula and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on First Draft Training curricula – Session II | 4/1/22 |
| 36 | 30, 42, 86, 143, 174 | Training | In-Service Training (Session II 2022) | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2022 Session II In-Service Training Curricula. | CDP | Submission of Final Training Curricula – Session II | 4/15/22 |
| 37 | 30, 42, 86, 143, 174 | Training | In-Service Training (Session II 2022) | The Monitor recommends approval or disapproval of the annual Final draft of the 2022 Session II In-Service Training Curricula. The determination will be based on the extent to which the curricula adequately comply with the requirements of the Consent Decree, are consistent with approved policy, and incorporate feedback of the Parties. | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum – Session II | 4/29/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 | 30, 42, 86, 143, 174 | **Training** | **In-Service Training (Session III 2022)** | CDP submits the first draft of the 2022 In-Service Training Curricula for Session III which include the following training topics: Firearms/use of force, QPR, ABLE, ASP baton, OC spray, and subject control. | CDP | Submission of First Draft of 2022 Training Curricula – Session III | 5/27/22 |
| 39 | 30, 42, 86, 143, 174 | **Training** | **In-Service Training (Session III 2022)** | The Parties and Monitoring Team will review the first draft of the 2022 Session III In-Service Training Curricula and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on First Draft Training curricula – Session III | 6/17/22 |
| 40 | 30, 42, 86, 143, 174 | **Training** | **In-Service Training (Session III 2022)** | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2022 Session III In-Service Training Curricula. | CDP | Submission of Final Training Curricula – Session III | 7/1/22 |
| 41 | 30, 42, 86, 143, 174 | **Training** | **In-Service Training (Session III 2022)** | The Monitor recommends approval or disapproval of the annual Final draft of the 2022 Session III In-Service Training Curricula. The determination will be based on the extent to which the curricula adequately comply with the requirements of the Consent Decree, are consistent with policy, and incorporate feedback of the Parties. | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum – Session III | 7/15/22 |
| 42 | 30, 42, 143, 174 | **Training** | **In-Service Training (2023)** | CDP submits the first draft of the 2023 In-Service Training Curricula. | CDP | Submission of First Draft 2023 Training Curricula | 9/30/22 |
| 43 | 30, 42, 143, 174 | **Training** | **In-Service Training (2023)** | The Parties and Monitoring Team will review the first draft of the 2023 In-Service Training Curricula and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on First Draft Training curricula | 10/21/22 |
| 44 | 30, 42, 143, 174 | **Training** | **In-Service Training (2023)** | CDP will incorporate feedback, as appropriate, and provide the Parties and the Monitoring Team with the final draft of the 2023 In-Service Training Curricula. | CDP | Submission of Final Training Curricula | 11/4/22 |
| 45 | 30, 42, 143, 174 | **Training** | **In-Service Training (2023)** | The Monitor recommends approval or disapproval of the annual Final draft of the 2023 In-Service Training Curricula. The determination will be based on the extent to which the curricula adequately comply with the requirements of the Consent Decree, are consistent with policy, and incorporate feedback of the Parties. | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of Final Training Curriculum | 12/2/22 |
| 46 | 30, 42, 143, 174 | **Training** | **In-Service Training** | CDP will complete annual 2022 in-service training of all CDP officers. Monitoring Team and DOJ assess a sample of the training delivery. | CDP | Training Sessions end | 12/23/22 |
| 47 | 30, 42, 143, 174 | **Training** | **In-Service Training** | CDP will provide the Parties and the Monitor with the numbers and percentage of individual officers who have completed 2022 in-service training. | CDP | Submission of Training Update to Parties, Monitoring Team | 1/14/23 |

| # | ¶ | | | Description | Responsible | Deliverable | Date |
|---|---|---|---|---|---|---|---|
| 48 | 30, 42, 143, 174 | Training | In-Service Training | The City will certify to the Court that all CDP officers have completed the 2022 in-service training. | City, CDP | Filing of Certification with Court | 1/21/23 |
| 49 | 322-325 | Training | Supervisor Training | Newly promoted supervisors will receive supervisory training sessions upon promotion. CDP shall certify that each new supervisor has completed the supervisory training sessions upon promotion. | CDP | Supervisory Training Sessions | Ongoing |
| 50 | 322-325 | Training | Supervisor In-Service Training | CDP submits the first draft of the 2022 Supervisor In-Service Training Curriculum. | CDP | Submission of First Draft Training Curriculum | 5/6/22 |
| 51 | 322-325 | Training | Supervisor In-Service Training | The Parties and Monitoring Team will review the first draft of the 2022 Supervisor In-Service Training Curriculum and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on First Draft Training Curriculum | 5/27/22 |
| 52 | 322-325 | Training | Supervisor In-Service Training | CDP will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the 2022 Supervisor In-Service Training Curriculum. | CDP | Submission of Final Training Curriculum | 6/17/22 |
| 53 | 322-325 | Training | Supervisor In-Service Training | The Monitoring Team recommends approval or disapproval of the final 2022 Supervisor In-Service Training Curriculum.  The determination will be based on the extent to which the curricula adequately comply with the requirements of the Consent Decree, are consistent with policy, and incorporate feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of the Final Training Curriculum | 7/1/22 |
| 54 | 322-325 | Training | Supervisor In-Service Training | CDP will complete supervisor in-service training of all CDP supervisors.  Monitoring Team and DOJ assess a sample of the training delivery. | CDP | Training Session Completed | 11/23/22 |
| 55 | 322-325 | Training | Supervisor In-Service Training | CDP will provide the Parties and the Monitor with the numbers and percentage of individual supervisors who have completed supervisor in-service training. | CDP | Submission of Training Update to Parties, Monitoring Team | 1/14/23 |
| 56 | 322-325 | Training | Supervisor In-Service Training | The City will certify to the Court that all CDP supervisors have completed the supervisor in-service training. | City, CDP | Filing of Certification with Court | 1/20/23 |
| 57 | 181 | Training | Internal Affairs Training | CDP will identify an outside entity to provide training for Internal Affairs investigators related to conducting misconduct investigations that is adequate in quality, quantity, type, and scope. CDP will provide to DOJ and MT a draft curriculum on which the outside entity plans to train IA investigators. | CDP | Contract Outside Entity and Submit Draft Curriculum | 6/1/22 |

| # | ¶ | Category | Subcategory | Description | Responsible | Deliverable | Date |
|---|---|---|---|---|---|---|---|
| 58 | 181 | Training | Internal Affairs Training | The Parties and Monitoring Team will review the draft of the IA Investigator Training Curriculum to ensure consistency with the Consent Decree and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on draft IA Training Curriculum by Outside Entity | 9/1/22 |
| 59 | 181 | Training | Internal Affairs Training | CDP's contracted outside entity will incorporate feedback, as appropriate, to ensure consistency with the Consent Decree, and provide the parties and the Monitoring Team with the final draft of the IA Investigator Training Curriculum. | CDP/CDP's Contracted Outside Entity | Submission of Final Training Curriculum | 9/22/22 |
| 60 | 181 | Training | Internal Affairs Training | The Monitoring Team recommends approval or disapproval of the final IA Investigator Training Curriculum to be provided by the contracted outside entity.  The determination will be based on the extent to which the curricula adequately comply with the requirements of the Consent Decree, are consistent with policy, and incorporate feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final IA Training Curriculum | 10/13/22 |
| 61 | 181 | Training | Internal Affairs Training | CDP will complete annual training related to conducting misconduct investigations that is adequate in quality, quantity, type and scope, to be provided by CDP's contracted outside entity.  Monitoring Team and DOJ assess a sample of the training delivery. | CDP | CDP to Complete Training Sessions | 11/1/22 |
| 62 | 113 | Training | Force Investigation Team | CDP will draft or will secure an outside vendor to provide the annual in-service training for FIT investigators that is adequate in quantity, quality, type, and scope, which is consistent with and incorporates CDP's policies and procedures. | CDP | Draft or contract with outside vendor to provide a CDP-specific training for FIT investigators | TBD |
| 63 | 300-311 | Recruitment & Hiring | General | CDP will document suggestions made by the Commission and other partner agencies/stakeholders and highlight those that are implemented through quarterly emails. | CDP | Quarterly emails with suggestions of CPC any other agencies/ stakeholders | Ongoing |
| 64 | 300-311 | Recruitment & Hiring | General | CDP will submit and publish an annual report of recruiting activities and outcomes (2021). The report will include CDP's plans for correcting any identified deficiencies. | CDP | Submission of annual report of recruiting activities and outcomes | 4/15/22 |
| 65 | 145 | Crisis Intervention | Specialized CIT Officers | CDP will select appropriate officers for enhanced specialized training in CIT. | CDP | Selection of CIT officers | Ongoing |
| 66 | 145 | Crisis Intervention | Specialized CIT Officers | Selected Specialized CIT Officers to include FTOs will receive 40 hour enhanced specialized training in CIT. Monitoring Team and DOJ assess a sample of the training delivery. | CDP | Training Sessions | Ongoing 4/8/22 9/19/22 12/5/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | 147 | Crisis Intervention | Specialized CIT Officers | Delivery of CIT in-service training, which could be either a standalone 8-hour training or a 4-hour training to supplement the 4-hour all member IST to be provided by the Training Section in 2022. The specialized annual officer CIT in-service training must be approved by MHRAC, the Parties and the Monitor. | CDP | Training Delivery | By 12/31/22 |
| 68 | 144 | Crisis Intervention | Dispatchers and Supervisors | Dispatch and Dispatch Supervisors will receive Crisis Intervention Training.  Monitoring Team and DOJ assess a sample of the training delivery. | CDP, MHRAC | Training Sessions | Ongoing |
| 69 | 135 | Crisis Intervention | Annual Report | MHRAC and CDP will submit an annual report to the Public, Parties, and Monitor for 2021. | CDP | Annual Report | 3/1/22 |
| 70 | 135 | Crisis Intervention | Data | MHRAC will continue conducting a monthly review of CDP's data on crisis events, as required by paragraph 135 of the Consent Decree. The MHRAC Quality Improvement Subcommittee will actively participate in these monthly reviews. | MHRAC | Monthly reviews of CDP's data on crisis events | Ongoing |
| 71 | 143 | Crisis Intervention | Academy Recruit Crisis Intervention Training | CDP will submit information on existing CDP Academy recruit class intervention training to the MHRAC, covering both the recruit training program in the area of crisis intervention and selection process for the crisis intervention instructors. The purpose of the review is for MHRAC to make a recommendation to CDP concerning whether or not the program meets the requirements for the recruit crisis interventional training program established in paragraph 143 of the Consent Decree. | CDP, MHRAC | Documentation of the existing CDP Recruit Crisis Intervention Training | 3/1/22 |
| 72 | 143 | Crisis Intervention | Academy Recruit Crisis Intervention Training | The Parties and Monitoring Team will review the information provided on the recruit crisis intervention training program and instructor selection process and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of feedback on the existing CDP Recruit Crisis Intervention Training | 3/15/22 |
| 73 | 143 | Crisis Intervention | Academy Recruit Crisis Intervention Training | The Monitor recommends approval or disapproval of the existing program of recruit crisis intervention training and the instructor selection process. The determination will be based on the extent to which the program adequately complies with the requirements of the Consent Decree, are consistent with policy, and incorporate feedback of the Parties. | Monitor | Filing of Memorandum to the Court re: Approval or Disapproval of the Recruit Crisis Intervention Training | 3/30/22 |
| 74 | 312-316 | Performance Evaluations | Policy | CDP revises the Second Draft of the Performance Evaluation Policy, Manual and associated matrices to take into consideration and incorporate the feedback and expectations of the Parties, where appropriate. In consultation with the Parties, CDP submits a Final Draft including a revised Performance Evaluation. | CDP | Submission of Final Draft | 4/4/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75 | 312-316 | **Performance Evaluations** | **Policy** | The Monitor recommends approval or disapproval of the Final Draft of the Performance Evaluation policy, either in whole or in part. The determination will be based on the extent to which the policy adequately complies with the requirements of the Consent Decree, are consistent with policy, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 5/2/22 |
| 76 | 326-336 | **Officer Intervention Program** | **Policy** | CDP revises the Second Draft of the Officer Intervention Program policies to take into consideration and incorporate the feedback and expectations of the Parties, where appropriate. In consultation with the Parties, CDP submits a Final Draft. | CDP | Submission of Second Draft | 4/4/22 |
| 77 | 326-336 | **Officer Intervention Program** | **Policy** | The Monitor recommends approval or disapproval of the Final Draft of the Officer Intervention Program policy, either in whole or in part. The determination will be based on the extent to which the policy adequately complies with the requirements of the Consent Decree, incorporates feedback of the Parties, and reflects the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Draft | 5/2/22 |
| 78 | 317-318 | **Promotions** | **General** | The Monitor, DOJ, and the City will begin collaboration on the process of developing and implementing fair and consistent promotion practices that comport with the requirements of the Consent Decree. | Monitoring Team, DOJ, City | Collaboration of Promotion Process | 3/23/22 |
| 79 | 317-318 | **Promotions** | **General** | The relevant City agencies collaborate and produce draft outline for its fair and consistent promotion process and submits it to the DOJ and Monitoring Team for their review. | City (relevant agencies) | Draft outline of promotion process | 4/29/22 |
| 80 | 317-318 | **Promotions** | **General** | The Monitoring Team and DOJ provide feedback and collaborate with CDP on any proposed revisions, and make their own suggestions for proposed revisions, if any. | Monitoring Team, DOJ | Feedback and collaboration on outline of promotion process | 5/20/22 |
| 81 | 317-318 | **Promotions** | **General** | CDP finalizes the promotion process outline and submits it to the Monitoring Team and DOJ for approval. | CDP | Submission of final outline of promotion process | 6/10/22 |
| 82 | 347 | **Policies** | **Policy Review** | CDP will review and revise approved policies related to the Consent Decree to ensure that the policies provide effective direction to CDP personnel and remain consistent with the Decree and current law. | CDP | Review and Revision of approved policies | Ongoing Monthly |

| # | ¶ | Category | Topic | Description | Responsible | Deliverable | Date |
|---|---|---|---|---|---|---|---|
| 83 | 347 | **Policies** | **Policy Review** | The Monitor recommends approval or disapproval of the Final Drafts of the revised policies, either in whole or in part. The determination will be based on the extent to which the policies adequately comply with the requirements of the Consent Decree, incorporate feedback of the Parties, and reflect the values and specific input of community and Division stakeholders. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final Drafts | Ongoing Monthly |
| 84 | 178 | **Accountability** | **Internal Affairs** | The City will work diligently to hire a qualified civilian Internal Affairs Superintendent who possesses the skills, expertise, and experience required by the Consent Decree. | City | Hiring of IA Superintendent | Ongoing |
| 85 | 93-100, 160-175, 176-249, 322-325 | **Accountability** | **Administrative Review Processes** | The Parties, Monitor, CDP, and City will convene monthly Administrative meetings to review data and information about the status of CDP's administrative investigations and internal review processes, including but not limited to use of force investigations, officer misconduct investigations, HR cases involving allegations of misconduct, the imposition of officer discipline, the resolution of civilian complaints, and other administrative reviews of officer performance captured in Blue Team/IAPro. | City (including OPS and PRB), CDP, Department of Justice, Monitoring Team | Monthly Administrative Meetings | Ongoing |
| 86 | 243 | **Accountability** | **Administrative Review Process** | CDP will track the number of instances in which the Chief or the Director of Public Safety, rejects, in whole or in part, PRB's recommended disposition. CDP will submit a report on all such instances to the Monitor and the DOJ on an annual basis. | CDP | Track data | 12/30/22 |
| 87 | 244 | **Accountability** | **Administrative Review Process** | The Monitor will review data and assess whether the PRB is achieving its mission. | Monitoring Team | Annual review of PRB data | Ongoing |
| 88 | 199 | **Accountability** | **OPS (Budget)** | OPS and/or the City will submit to the Monitor OPS' proposed budget for the 2023 budget year. | OPS/City | Submission of Proposed Budget | 11/5/22 |
| 89 | 199 | **Accountability** | **OPS (Budget)** | The Monitor will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team | Written Submission re: Sufficiency of Budge | 11/19/22 |
| 90 | 194 | **Accountability** | **OPS (Administration)** | The City will work diligently to hire an OPS Administrator who possesses the skills, expertise, and experience required by the Consent Decree. | City | Hiring of OPS Administrator | Ongoing |
| 91 | 201, 203, 205, 209 | **Accountability** | **OPS (Awareness)** | OPS develops and submits a draft OPS Awareness Plan that includes deadlines and positions responsible for the identified tasks. | OPS | Submit Draft Awareness Plan | 9/1/22 |
| 92 | 201, 203, 205, 209 | **Accountability** | **OPS (Awareness)** | The Parties and Monitoring Team will review the draft OPS Awareness Plan to ensure consistency with the Consent Decree and provide written feedback, in-person feedback, or both. | Parties, Monitoring Team | Submission of Feedback on draft OPS Awareness Plan | 9/22/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 93 | 201, 203, 205, 209 | **Accountability** | **OPS (Awareness)** | OPS will incorporate feedback, as appropriate, and provide the parties and the Monitoring Team with the final draft of the OPS Awareness Plan. | OPS | Submission of Final OPS Awareness Plan | 10/13/22 |
| 94 | 201, 203, 205, 209 | **Accountability** | **OPS (Awareness)** | The Monitoring Team recommends approval or disapproval of the final OPS Awareness Plan. The determination will be based on the extent to which the Plan adequately complies with the requirements of the Consent Decree, is consistent with the OPS manual, and incorporate feedback of the Parties | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final OPS Awareness Plan | 11/1/22 |
| 95 | 201, 203, 205, 209 | **Accountability** | **OPS (Awareness)** | The City, CDP, OPS and any other involved stakeholders will implement the OPS Awareness Plan according to the deadlines set forth in the Plan. The deadlines outlined there will be incorporated into this Monitoring Plan by reference and subsequent Monitoring Plans expressly. | City, CDP, OPS | Implementation of Plan Begins | 11/8/22 |
| 96 | 195-196 | **Accountability** | **OPS (Training)** | OPS will submit to the DOJ and Monitor a draft of a training for OPS investigators that meets the requirements of the Consent Decree, is consistent with the OPS manual, and incorporate feedback of the Parties. | OPS | Submission of draft OPS Investigator Training | 9/1/22 |
| 97 | 195-196 | **Accountability** | **OPS (Training)** | The Parties and Monitoring Team will collaborate with the OPS, by providing written and/or in-person feedback, to ensure consistency with the Consent Decree. The OPS will apply the feedback, as appropriate, to the OPS investigator training. | OPS | Feedback and collaboration on OPS Investigator Training | 10/14/22 |
| 98 | 195-196 | **Accountability** | **OPS (Training)** | The OPS will finalize its OPS investigator training and will submit to the DOJ and Monitor for approval. | OPS | Submission of Final OPS Investigator Training | 11/10/22 |
| 99 | 195-196 | **Accountability** | **OPS (Training)** | The Monitoring Team recommends approval or disapproval of the final OPS Investigator Training. The determination will be based on the extent to which the training adequately complies with the requirements of the Consent Decree, is consistent with the OPS manual, and incorporate feedback of the Parties. | Monitoring Team | Filing of Memorandum to the Court re: Approval or Disapproval of Final OPS Investigator Training | 11/21/22 |
| 100 | 195-196 | **Accountability** | **OPS (Training)** | The OPS delivers its OPS Investigator Training annually to all OPS investigators. The OPS will record this training in order for newly hired staff to receive the training virtually upon their commencement of work. Monitoring Team and DOJ assess a sample of the training delivery. | OPS | Delivery of OPS Investigator Training | 12/1/22-12/31/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 101 | 194-196; 200, 218 | **Accountability** | **OPS (Performance Reviews)** | The OPS, along with other relevant City agencies, will draft an instrument that it will use to conduct performance reviews of its investigators with the goal of assessing the extent to which investigators are fulfilling their job duties of conducting high-quality investigations as mandated by the OPS Operations Manual. | OPS & City (relevant agencies) | Submission of Draft OPS Performance Review Instrument | 6/1/22 |
| 102 | 194-196; 200, 218 | **Accountability** | **OPS (Performance Reviews)** | The Parties and Monitoring Team will providing written and/or in-person feedback on the draft OPS performance review instrument. | Monitoring Team, DOJ | Submission of Feedback on Draft OPS Performance Review Instrument | 6/22/22 |
| 103 | 194-196; 200, 218 | **Accountability** | **OPS (Performance Reviews)** | The OPS will finalize its OPS performance review instrument and submit it to the Monitoring Team and DOJ for approval. | OPS | Submission of Final OPS Performance Review Instrument | 7/13/22 |
| 104 | 194-196; 200, 218 | **Accountability** | **OPS (Performance Reviews)** | The Monitoring Team will indicate approval or disapproval of the final OPS performance review instrument. The determination will be based on the extent to which the instrument adequately complies with the requirements of the Consent Decree, is consistent with the OPS manual, and incorporate feedback of the Parties | Monitoring Team | Indicates approval or disapproval of Final OPS Performance Review Instrument | 7/20/22 |
| 105 | 194-196; 200, 218 | **Accountability** | **OPS (Performance Reviews)** | The OPS completes performance reviews for each OPS investigator using the approved OPS performance review instrument. | OPS | Complete OPS Performance Reviews | 9/1/22 |
| 106 | 215 217 | **Accountability** | **OPS (Annual Report)** | The OPS will draft its annual report on 2021 activities and submit it to the Parties and Monitoring Team for review. The report will include OPS's plans for correcting any identified deficiencies. | OPS | Submission of Draft Annual Report | 2/14/22 |
| 107 | 215 217 | **Accountability** | **OPS (Annual Report)** | The Parties and Monitoring Team will review the draft OPS annual report and provide written feedback, in-person feedback, or both. | DOJ, Monitoring Team | Submission of Feedback on OPS Annual Report | 2/21/22 |
| 108 | 215 217 | **Accountability** | **OPS (Annual Report)** | The OPS will create a final annual report for publication and distribution to the Parties, CDP, Monitoring Team, CPC, and any other stakeholders. | OPS | Final Annual Report | 3/5/22 |
| 109 | 230-39, 244 | **Accountability** | **Police Review Board (General)** | PRB and/or the City will submit to the Monitor PRB's proposed budget for the 2023 budget year. | PRB/City | Submission of Proposed Budget for 2022 to Monitor | 11/5/22 |
| 110 | 230-39, 244 | **Accountability** | **Police Review Board (General)** | The Monitor will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team | Written Submission re: Sufficiency of Budget | 11/19/22 |
| 111 | 233 | **Accountability** | **Police Review Board (Training)** | PRB will provide training for its members that will meet the requirements of the Consent Decree. | PRB | Training Sessions | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112 | 233, 234 | Accountability | Police Review Board (Training) | PRB will submit a draft long-term training plan for its members, which will include how the PRB plans to onboard new members with training. | PRB | Submission of Long-Term PRB Training Plan | 9/1/22 |
| 113 | 233, 234 | Accountability | Police Review Board (Training) | The Parties and Monitoring Team will provide written and/or in-person feedback on the draft long-term PRB training plan. | DOJ, Monitoring Team | Submission of Feedback on Long-Term PRB Training Plan | 9/22/22 |
| 114 | 233, 234 | Accountability | Police Review Board (Training) | PRB will finalize the long-term training plan for its members. | PRB | Submission of Final Long-Term PRB Training Plan | 10/21/22 |
| 115 | 233, 234 | Accountability | Police Review Board (Training) | The Monitoring Team will indicate approval or disapproval of the final long-term PRB training plan. The determination will be based on the extent to which the training plan adequately complies with the requirements of the Consent Decree, is consistent with the OPS manual, and incorporate feedback of the Parties | Monitoring Team | Indicates approval or disapproval of Long-Term PRB Training Plan | 11/10/22 |
| 116 | 15-22, 193-249 | Accountability | General | The City will submit a draft implementation plan to the DOJ and the Monitor which outlines the steps the City will take to implement amended Sec. 115, while ensuring that any potential conflicts with the Consent Decree are resolved through proposed amendments or otherwise settled. | CDP | Submission of Draft Implementation Plan for Section 115 | 3/28/22 |
| 117 | 194, 219, 253, 320 | Accountability | General | CDP (specifically, CDP's Case Preparation Unit, Internal Affairs), OPS and PRB will submit to the DOJ and Monitoring Team draft timeline goals that each entity will instill for each stage of a case investigation and adjudication. | CDP OPS PRB | Submission of draft timeline goals for stages of investigation and adjudication. | 4/29/22 |
| 118 | 194, 219, 253, 320 | Accountability | General | The DOJ and Monitoring Team will review the draft timeline goals to ensure consistency with the Consent Decree and provide written feedback, in-person feedback, or both. | DOJ, Monitoring Team | Submission of feedback on draft timeline goals for stages of investigation and adjudication. | 5/20/22 |
| 119 | 194, 219, 253, 320 | Accountability | General | CDP Case Preparation, IA, OPS and PRB will apply feedback as appropriate and finalize the timeline goals for the various stages of case investigation and adjudication. | CDP OPS PRB | Submission of final timeline goals for stages of investigation and adjudication | 6/3/22 |
| 120 | 194, 219, 253, 320 | Accountability | General | CDP, OPS and PRB will begin implementing the timeline goals it established for the various stages of case investigation and adjudication. | CDP OPS PRB | Implementation of final timeline goals for stages of investigation and adjudication | Begins 7/1/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 121 | 268 | **Transparency** | **General** | CDP's identified personnel will post its current policies and procedures, training plans, community policing initiatives, community meeting schedules, budgets, internal audit reports, revisions, changes, updates, or new information and documents as they are approved to take effect. This includes all materials submitted to the Court by the Monitor as part of this Monitoring Plan. The manner of posting on the website will seek to make all information and documentation accessible, clear, and readily identifiable. All materials will be posted within 10 business days of their completion or filing. | CDP | Posting of Current Information and Documents on Website | Ongoing |
| 122 | 250 | **Transparency** | **Police Inspector General** | The City will work diligently to hire a Police Inspector General with significant experience in law enforcement practices and civil rights law, who possesses the skills, expertise and experience required by the Consent Decree. | City | Hiring of Police Inspector General | Ongoing |
| 123 | 250-256 | **Transparency** | **Police Inspector General** | The City will submit to the Monitor and Department of Justice the Police Inspector General's proposed budget for the 2023 budget year. | IG/City | Submission of Proposed Budget for 2023 to Monitor | 11/4/22 |
| 124 | 250-256 | **Transparency** | **Police Inspector General** | The Monitor and Department of Justice will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team, Department of Justice | Written Submission re: Sufficiency of Budget | 11/18/22 |
| 125 | 22 | **Transparency** | **CPC** | The CPC and/or the City will submit to the Monitor CPC's proposed budget for the 2023 budget year. | CPC/City | Submission of Proposed Budget for 2023 | 11/4/22 |
| 126 | 22 | **Transparency** | **CPC** | The Monitor and Department of Justice will analyze the budget and advise the Parties and Court as to whether it is sufficient under the terms of the Consent Decree. | Monitoring Team, Department of Justice | Written Submission re: Sufficiency of Budget | 11/18/22 |
| 127 | 259 | **Data Collection & Analysis** | **General** | The DACC ensures maintenance of a reliable and accurate electronic system to track data from force related documents, vehicle stops, investigatory stops, and searches. | DACC | Track data | Ongoing |
| 128 | 264 | **Data Collection & Analysis** | **General** | CDP will conduct an assessment and submit to the DOJ and Monitoring Team an outline of the elements that it will include in its data report which summarizes its 2021 investigatory stop, search, and arrest data. | DACC | Outline of Data Report | 3/4/22 |
| 129 | 264 | **Data Collection & Analysis** | **General** | The DOJ and Monitoring Team will provide feedback, in-person and/or in writing, to CDP on the outline detailing the information it will include in its 2021 investigatory stop, search and arrest data. | DOJ Monitoring Team | Submission of Feedback on Outline of Data Report | 3/18/22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | 264 | Data Collection & Analysis | General | CDP will issue a report summarizing its 2021 investigatory stop, search, and arrest data. The report will identify significant trends in compliance with the Fourth Amendment of the Constitution, identify which practices are most effective and efficient in increasing public safety and community confidence in CDP, and the steps taken to correct problems and build on successes. | DACC | Issuance of Data Report | 7/1/22 |
| 131 | 367 | Data Collection & Analysis | General | CDP will collect all of the data required by paragraph 367, which includes the following: use of force, addressing persons in crisis, stops/searches/arrest, bias-free policing and community engagement, recruitment, training, officer assistance and support, supervision, civilian complaints, internal complaints and discipline. | DACC | Collection of Data Required by Paragraph 367. | 5/30/22 |
| 132 | 367 | Data Collection & Analysis | General | The Monitoring Team will review and analyze the data collected by CDP that satisfy the requirements of paragraph 367 and will identify outcomes, trends and patterns. This analysis will be summarized in the Monitor's Semiannual Report | Monitoring Team | Review and analysis of Data Required by Paragraph 367 | 7/1/22 |
| 133 | 265 | Data Collection & Analysis | General | CDP will conduct an assessment and issue a report of all 2021 activities, including use of force, arrests, motor vehicle and investigatory stops, and misconduct complaints alleging discrimination, to determine whether CDP's activities are applied or administered in a way that discriminates against individuals on the basis of race, ethnicity, gender, disability, sexual orientation, or gender identity. This report will be based on data the City is obligated to collect, and is not an independent data collection requirement. CDP's report will identify which practices are most effective and efficient in increasing public safety and community confidence in CDP, and identify steps taken to correct problems and build on successes. | DACC | Report | 7/1/22 |
| 134 | 266 | Data Collection & Analysis | General | CDP, working with the FRB, will analyze the prior year's force data, including the force-related data listed above, to determine trends; identify and correct deficiencies revealed by this analysis; and document its findings in a public report. | DACC | Report | 3/31/22 |
| 135 | n/a | Compliance & Outcome Assessments | Monthly Parties / Monitoring Team Compliance Status Meeting | The Parties, CDP, and Monitoring Team will continue to meet not less than once a month, to discuss the current status of Consent Decree progress and compliance and discuss any issues related to the full and effective implementation of the Decree's requirements. | City, CDP, Department of Justice, Monitoring Team | Ongoing Monthly Compliance Status Meetings | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 136 | 361 | **Compliance & Outcome Assessments** | **Community Survey** | The Monitoring Team will conduct a survey of members of the Cleveland community regarding their experiences with and perceptions of CDP and of public safety. | Monitoring Team | Conducting community survey | TBD 2023 |
| 137 | 375-376 | **Compliance & Outcome Assessments** | **Semiannual Monitoring Reports** | The Monitoring Team will provide a copy of the Eleventh Semiannual Report to the Parties in draft form. | Monitoring Team | Submission of Draft Report to Parties | 8/15/22 |
| 138 | 375-376 | **Compliance & Outcome Assessments** | **Semiannual Monitoring Reports** | The Parties will informally comment on the Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | 9/1/22 |
| 139 | 375-376 | **Compliance & Outcome Assessments** | **Semiannual Monitoring Reports** | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the report with the Court and issuing and report publicly. | Monitoring Team | Filing of Final Report with Court | 9/22/22 |
| 140 | 387 | **Compliance & Outcome Assessments** | **City Status Reports** | The City will file its twelfth status report with the Court, providing a copy to the Department of Justice and the Monitor. | City | Submission of Twelfth Status Report | 3/4/22 |
| 141 | 375-376 | **Compliance & Outcome Assessments** | **Semiannual Monitoring Reports** | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the report with the Court and issuing and report publicly. | Monitoring Team | Filing of Final Report with Court | 10/1/22 |
| 142 | 387 | **Compliance & Outcome Assessments** | **City Status Reports** | The City will file its thirteenth status report with the Court, providing a copy to the Department of Justice and the Monitor. | City | Submission of Thirteenth Status Report | 11/1/22 |
| 143 | 45-109 | **Compliance & Outcome Assessments** | **Systemic Assessments** | The Monitoring Team will identify and share any cases that cause concern and discuss with CDP at regular monthly meeting. | Monitoring Team | Debrief with Parties | Ongoing |
| 144 | 45-109 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitor will file the 2021 Use of Force Report with the Court and issuing the report publicly. | Monitoring Team | Filing of Final Report with Court | 3/15/22 |
| 145 | 45-109 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct ongoing reviews of uses of force by CDP officers. | Monitoring Team | Review Conducted | Ongoing |
| 146 | 193-239, 240-243, 245-247 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct a review of OPS/PRB case investigations. | Monitoring Team | Review Conducted | Complete |
| 147 | 193-239, 240-243, 245-247 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will provide a copy of the OPS/PRB Case Report in draft form. | Monitoring Team | Submission of Draft Report to Parties | Complete |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 148 | 193-239, 240-243, 245-247 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Parties will informally comment on the OPS/PRB Case Draft Report. | City, Department of Justice | Submission of Informal Comments on Draft Report | Complete |
| 149 | 193-239, 240-243, 245-247 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitor will consider the Parties' responses and make appropriate changes, if any, before filing the OPS/PRB Case Report with the Court and issuing the report publicly. | Monitoring Team | Filing of Final Report with Court | Complete |
| 150 | 239-249 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an audit of the Chief of Police's disciplinary decisions to ensure fair and consistent application of discipline. | Monitoring Team | Conduct Audit of Chief of Police Disciplinary Decisions | 2/1/22-5/30/22 |
| 151 | 124-130 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will observe each Force Review Board meeting and will assess whether the FRB has fulfilled its obligations as outlined in CDP policy. The Monitor will provide feedback to CDP regarding any concerns or suggested improvements to ensure FRB meetings are accomplishing their stated goals. | Monitoring Team | Observe and assess FRB meetings | Ongoing |
| 152 | 308, 367 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an assessment of CDP's hiring practices pertaining to the 148th recruit class to ensure consistency with the mandates of the Consent Decree. | Monitoring Team | Conduct Assessment of CDP Hiring Practices (148th class) | 1/4/22-4/30/22 |
| 153 | 308, 367 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an assessment of CDP's hiring practices pertaining to the 150th recruit class to ensure consistency with the mandates of the Consent Decree. | Monitoring Team | Conduct Assessment of CDP Hiring Practices (150th class) | 8/1/22-8/31/22 |
| 154 | 160-175, 260 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an assessment of CDP's data, practices and implementation regarding stops, searches and seizures to ensure compliance with the mandates of the Consent Decree. | Monitoring Team | Conduct Stop, Search & Seizure Assessment | 6/1/22-8/31/22 |
| 155 | 105, 110-123 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an assessment of FIT Investigations to ensure compliance with mandates of the Consent Decree. | Monitoring Team | Conduct Assessment of FIT Investigations | 7/1/22-9/30/22 |
| 156 | 119 | **Compliance & Outcome Assessment** | **Systemic Assessments** | Review of criminal investigations conducted by the outside entity. Upon notice from CDP that such an investigation has been completed, the Monitoring Team will review the investigation in its entirety per the requirements of the Consent Decree. | Monitoring Team | Conduct Review of Criminal Investigations by Outside Entity. | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 157 | 240-244 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an audit of the Director of Public Safety's disciplinary decisions to ensure fair and consistent application of discipline. | Monitoring Team | Conduct Audit of Director of Public Safety's Disciplinary Decisions | 10/1/22-1/31/23 |
| 158 | 157-159 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct a preliminary Crisis Intervention assessment to review whether CDP is compliant with requirements of the Consent Decree and to make recommendations for how CDP can come into compliance with requirements. | Monitoring Team | Conduct Preliminary Crisis Intervention Assessment | TBD |
| 159 | 27-28, 31-33 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an assessment of CDP's Community and Problem-Oriented Policing efforts and practices to ensure compliance with mandates of the Consent Decree. | Monitoring Team | Conduct Assessment of CPOP efforts | TBD |
| 160 | 244 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will conduct an ongoing review of all instances where the Chief of Police or Director of Public Safety reject PRB's recommended discipline. | Monitoring Team | Ongoing review of Chief and Director's Departures from PRB recommendations. | Ongoing |
| 161 | 45-130, 157-175, 193-249, 260, 308, 367 | **Compliance & Outcome Assessment** | **Systemic Assessments** | The Monitoring Team will create a report which presents its findings from the various assessments it has conducted over 2022. | Monitoring Team | Submission of Report on Findings from Various Assessments | TBD 2023 |
| 161 | n/a | **Compliance & Outcome Assessments** | **Updated 2022 Monitoring Plan** | The City will submit to the Court the Updated 2022 Monitoring Plan upon approval of the Plan by the United States and the Monitoring Team. | City | Filing of Updated 2022 Monitoring Plan with the Court | 8/26/22 |
| 162 | n/a | **Compliance & Outcome Assessments** | **2023 Monitoring Plan** | CDP and the City will provide a Draft 2023 Monitoring Plan to the Monitor, DOJ, and the CPC. | City | Submission of the Draft 2023 Monitoring Plan | 11/14/22 |
| 163 | n/a | **Compliance & Outcome Assessments** | **2023 Monitoring Plan** | The Monitor, DOJ, and CPC will provide comments and feedback on the Draft 2023 Monitoring Plan. | Monitoring Team, Department of Justice, CPC | Submission of Feedback on the Draft 2023 Monitoring Plan | 12/9/22 |
| 164 | n/a | **Compliance & Outcome Assessments** | **2023 Monitoring Plan** | The City will submit to the Court the Final Monitoring Plan for 2023. | City | Filing of the 2023 Monitoring Plan with the Court | 12/22/22 |