IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:15CV1046** |
| | ) | |
| Plaintiff, | ) | **JUDGE OLIVER** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF CLEVELAND,** | ) | |
| | ) | **PROPOSED ORDER** |
| Defendant. | ) | |

This matter came before the Court upon the Parties' Joint Motion to approve and adopt the parties' modifications to the Settlement Agreement previously entered as an Order of this Court on June 12, 2015 (Dkt. #9). The Court finds that the Parties are in agreement regarding the modifications, that the modifications are necessary and appropriate to incorporate the amendments to the City of Cleveland Charter Sections 115 and 119, and that the proposed modifications do so while furthering the Agreement's purpose.

Therefore, this Court hereby enters the Parties' modifications to the Settlement Agreement herein.

ENTERED and ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE