UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

This matter came before the court upon the Parties' Joint Motion (ECF No. 413) to approve and adopt the Parties' modifications to the Settlement Agreement previously entered as an Order of this court on June 12, 2015 (ECF No. 9). The court finds that the Parties are in agreement regarding the modifications, that the modifications are necessary and appropriate to incorporate the amendments to the City of Cleveland Charter Sections 115 and 119, and that the proposed modifications do so while furthering the Agreement's purpose.

After thoroughly reviewing the Parties' Motion and the materials in support thereof, and having a hearing on the open record on March 17, 2022, the court hereby enters the within Order, approving the Parties' modifications to the Settlement Agreement.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 18, 2022