IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **NOTICE SUBMITTING MONITORING** |
| CITY OF CLEVELAND | ) | **TEAM USE OF FORCE REVIEW** |
| | ) | **MEMORANDUM** |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Monitoring Team respectfully submits its Use of Force Review of Cleveland Division of Police ("CDP" or "the Division") pursuant to paragraph 45 of the Consent Decree.[1] The Monitoring Team recently completed an assessment of a sample of use of force cases from 2018 and 2019. These cases were reviewed by the chain of command and closed by June 2020. The attached memorandum summarizes the process and the findings of the Monitoring Team's (MT) review of this selected sample of use of force cases and reviews. (Exhibit A) The review period commenced in October 2020 and ran through the spring of 2021. The Monitoring Team presented findings in two meetings to the City: one in February 2021 and one in May 2021. Additional reviews will take place in 2022 to assess compliance.

---

[1] Dkt. 413-1, Ex. A ¶45; Dkt. 416.

Respectfully submitted,

/s/  Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email:  aden@theadengroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I served the foregoing document entitled **Notice Submitting Monitoring Team Use of Force Review Memorandum** via the court's ECF system to all counsel of record.

/s/ Ayesha Hardaway
AYESHA HARDAWAY