IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **NOTICE SUBMITTING PEACE** |
| CITY OF CLEVELAND | ) | **OFFICER BASIC TRAINING IN CRISIS** |
| | ) | **INTERVENTION FOR CDP ACADEMY** |
| Defendant. | ) | **RECRUITS** |
| | ) | |
| | ) | |

The Monitoring Team respectfully submits to the Court the attached curriculum for training of academy recruits in crisis intervention for its approval. The City of Cleveland (the "City"), on behalf of the Cleveland Division of Police ("CDP" or "Division"), provided the proposed curricula for basic training in crisis intervention for academy recruits pursuant to Paragraph 143 of the Consent Decree and the Monitoring Plan.[1]  Paragraph 143 of the Consent Decree obligates the CDP to ensure that "CDP will provide training on responding to individuals in crisis to all of its officers and recruits."[2]  Furthermore, Paragraph 143 indicates that all "new recruits will receive at least 16 hours of training in the academy."[3]  The OPOTC curriculum exceeds that requirement.

---

[1] Dkt. 413-1, Exhibit A at ¶143; Dkt. 416.
[2] Id.
[3] Id.

## I.  ANALYSIS OF THE PROPOSED TRAINING CURRICULUM

The curriculum contains a course to be taught over twenty-four hours (collectively, the "Basic Crisis Intervention Curriculum"). Exhibit A. The Monitoring Team has reviewed the proposed training curriculum.  This curriculum was developed by the State of Ohio Peace Officer Training Commission ("OPOTC") and is regularly reviewed and updated by the commission.  The curriculum is well-respected by experts and regarded as a national model.

CDP presented the use of the OPOTC curriculum for review by the Mental Health Response Advisory Committee's ("MHRAC" or "the Committee") as well the MHRAC Training subcommittee.  The subcommittee is comprised of members of the Division, community advocates, individuals with lived experience, as well as mental health, substance abuse and developmental service providers.

The proposed 24-hour curriculum covers a series of topics integral to basic crisis intervention.  The curriculum includes: an introduction to characteristics of a crisis state, factors that could increase the risk of escalation, the differences between traditional encounters and special population encounters, techniques of active listening, basic communication tools, a model for successful engagement, important behaviors and strategies for de-escalation, assessment of suicide-related behaviors, and disposition and referral options when resolving a crisis incident.

The course follows principles consistent with adult learning strategies.  These include interactive teaching techniques to integrate lecture material with life experiences, and scenario-based practice in de-escalation.  Exhibit A provides the lesson plan with learning objectives, teaching methods and resource material.  The course instructors are certified both as general instructors and crisis intervention instructors by OPOTC and are subject to regular OPOTC audits.  Overall, the course provides excellent basic training for CDP officers in responding to individuals

2

experiencing a behavioral crisis event.  The Department of Justice also reviewed and has no objections to the use of the OPOTC curriculum.

The Monitoring Team's role is to "assess and report whether the requirements" of the Consent Decree "have been implemented."[4]  (requiring the Monitor to "review . . . policies, procedures, practices, training curricula, and programs developed and implemented under" the Decree).  The task of the Monitoring Team here is to determine whether the proposed training curriculum complies with the Consent Decree's requirements. The Monitoring Team agrees that it provides important understanding of basic crisis intervention skills.  The training also allows officers to identify and appropriately respond to calls for service that involve individuals experiencing a behavioral crisis.  The Monitoring Team therefore recommends that the Court approve CDP's use of the OPOTC Training Curriculum.

## V.       CONCLUSION

The task of the Monitoring Team is to duly consider whether the City's submitted Proposed Training Curriculum satisfies the terms of the Consent Decree.  The Monitoring Team concludes that the proposed training curriculum meets the terms of the Consent Decree.  Accordingly, the Monitor approves the proposed use of the Peace Officer Training in Basic Crisis Intervention for Academy Recruits in its entirety and requests that this Court order it effective immediately.

Respectfully submitted,

/s/  Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC

---

[4] Id. at ¶ 351- 352.

3

8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email:  aden@theadengroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I served the foregoing document entitled

**Notice Submitting Peace Officer Basic Training in Crisis Intervention for CDP Academy**

**Recruits** via the court's ECF system to all counsel of record.

/s/  Ayesha Bell Hardaway
AYESHA BELL HARDAWAY