IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) ) ) | **NOTICE SUBMITTING CITY OF CLEVELAND 2022 TRAINING PLAN AND NEEDS ASSESSMENT** |
| Defendant. | ) ) ) | |

The Monitoring Team respectfully submits the recently finalized City of Cleveland ("the City" or "Cleveland") 2022 Training Plan and Needs Assessment for the Cleveland Division of Police ("CDP" or "Division"). The Consent Decree requires the City to develop "a written training plan for CDP's recruit academy, probationary field training, and in-service training to ensure that recruits, and officers are trained to effectively and lawfully carry out their duties in accordance with CDP policy, the requirements and goals of this Agreement, Ohio law, and the Constitution and laws of the United States."[1] More specifically, the Decree requires the plan to detail training priorities and goals, provide a minimum number of recruit-training hours, detail at least 40 hours of in-service training, and utilize current strategies and theories that incorporate active learning, among others.[2] The 2022 Training Plan is attached as Exhibit A.

---

[1] Dkt. 413-1, Ex. A ¶271; Dkt. 416.
[2] Id.

The 2022 Training Plan details the type of training, number of hours, and delivery method of training for CDP officers and recruits during the calendar year. Broken down over two sessions, CDP sworn personnel will receive in-service training in the areas of use of force, crisis intervention, search and seizure, the handling of firearms and TASER equipment, officer wellness, cultural humility, and Active Bystandership Law Enforcement officer intervention. The training is designed to be delivered through scenario-based training and through electronic, on-line methods.

The Consent Decree also requires the City and the Training Review Committee to conduct a needs assessment for the Division that considers "trends in misconduct complaints; problematic uses of force; analysis of officer safety issues; input from members at all levels of CDP; input from members of the community, including community concerns; court decisions; research reflecting the latest in law enforcement trends; individual District needs; and any changes to Ohio or federal law, and to CDP policy."[3] It also requires the Training Section to track officer feedback on the training they receive and whether or not they are applying the training to their work while on duty.[4] The City's Needs Assessment is attached as Exhibit B.

The Needs Assessment is designed to guide the development of the City's training plans in areas where gaps between the training goals of the Division and officer performance have been identified. The assessment identifies possible training needs shared by the Force Review Board with the Training Section in the area of use of force, including: handling of subject spitting at officers, verbal de-escalation techniques, close range use of TASER equipment, and supervisory on-scene use of force performance. The assessment appropriately recognizes the need to incorporate feedback and training suggestions from the Internal Affairs Superintendent and

---

[3] Id. at ¶274.
[4] Id.

2

Inspector General. The assessment report also incorporated community feedback information gleaned from reports produced by the Community Police Commission. That feedback provided suggested adjustments to the training approaches in use of force/de-escalation, bias-free policing, district neighborhood awareness, and supervisory training. Finally, the assessment included survey responses from officers related to training received in the areas of scenario- based training, firearms, crisis intervention, community problem-oriented policing, use of force training, and search and seizure.

It took the Training Section more time than originally contemplated by the Consent Decree to complete the Training Plan and Needs Assessment. The final work product provided to the Court at this time is the result of solid, collaborative leadership from the current Bureau of Support Services Commander. The process included substantive comments and feedback from the Monitoring Team and the Department of Justice that was well-received, considered, and incorporated where appropriate.

The task of the Monitoring Team is to duly consider whether the City's 2022 Training Plan and Needs Assessment meet the terms of the Consent Decree. The Monitoring Team finds that they do. Accordingly, the Monitoring Team requests that the Court approve both the 2022 Training Plan and Needs Assessment.

Respectfully submitted,

/s/ Hassan Aden
HASSAN ADEN
Monitor
The Aden Group LLC 8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email: aden@theadengroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I served the foregoing document entitled **Notice Submitting City of Cleveland 2022 Training Plan and Needs Assessment** via the court's ECF system to all counsel of record.

/s/ Ayesha Bell Hardaway
AYESHA BELL HARDAWAY
