UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Monitor Hassan Aden's ("Monitor") Motion Recommending Approval of Amendments to the Civilian Police Review Board ("CPRB") Manual ("Motion"). (ECF No. 385.) Pursuant to Paragraph 200 of the Consent Decree, the City of Cleveland (the "City"), on behalf of the CPRB, submitted two proposed resolutions, recommending amendments to the CPRB operating manual and procedures. (*See* Exs. A, B; ECF No. 385-1, ECF No. 385-2.)

The first resolution, passed by the CPRB on May 11, 2020, reduces the number of Board members necessary to constitute a quorum, requiring only a simple majority, instead of the current two-thirds majority requirement. (Ex. A at PageID #8185, ECF No. 385-1.) The Board states that the resolution would "align its rules and procedures on quorum with those of City Council, its committees, and other boards of the City of Cleveland . . . ." (*Id.*) The second resolution, passed by the CPRB on August 10, 2021, revises the operating manual and procedures regarding how the Chair

and Vice-Chair positions of the CPRB are selected. (Ex. B at PageID #8187, ECF No. 385-2.) Under the proposed resolution, "the vote for filling the position of Chair and Vice-Chair shall be conducted by a roll call vote of each Member with the Board's secretary keeping a written record of each Member's Vote." (*Id.* at PageID #8188.) The CPRB states that this proposed resolution would "ensure that the [CPRB's] Operating Manual is in compliance with Ohio laws in holding of meetings where voting for the Chair and Vice-Chair of the Board are done so that the public is able to see and/or hear the vote of each Member of the Board, and inspire trust from the general public . . . ." (*Id.* at PageID #8187.) Pursuant to the Monitor's recommendation, the court approves both proposed resolutions, which meet the terms of the Consent Decree. Accordingly, the court orders said resolutions to be effective immediately.

    IT IS SO ORDERED.

                                                */s/ SOLOMON OLIVER, JR.*
                                                UNITED STATES DISTRICT JUDGE

May 10, 2022