IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| vs. | ) |
| | ) **CITY OF CLEVELAND'S NOTICE OF** |
| CITY OF CLEVELAND, | ) **THE TIMELINE FOR REVIEW AND** |
| | ) **REVISION OF CDP'S CRISIS INTER-** |
| Defendant. | ) **VENTION POLICIES** |

   The City files this Notice to inform the Court of the timeline associated with a current review being conducted of the Cleveland Division of Police's ("CDP") Crisis Intervention Team ("CIT") policies. CDP's established CIT policies were previously approved by the Court, with the present review addressing the following General Police Orders ("GPO"): GPO 5.11.01 CIT Definitions, GPO 5.11.02 CIT Program, and GPO 5.11.03 CIT Response.

   The CIT Working Group, consisting of representatives from CDP, Mental Health Response Advisory Committee ("MHRAC"), Department Of Justice ("DOJ") and the Monitoring Team have established that CDP would work with MHRAC to complete the CIT policy review by June 30th.  The scheduled time allows for revised policy drafts to be developed with the assistance of an MHRAC working group sub-committee, followed by further separate reviews during the drafting process to be undertaken by the MHRAC Training Committee and the MHRAC as a whole.  Following this initial review process

with MHRAC, CDP will be in a position to submit draft revised CIT policies to DOJ and the Monitoring Team for final review and comment.

The working timeline developed to complete the initial CDP/MHRAC work on developing the final drafts of amended CIT policies for review and discussion with the Monitor Team and DOJ includes the following:

1. The initial review by the MHRAC sub-committee working group has an assigned completion date of May 13, 2022.

2. Following this review, CDP will then review the policy recommendations and will prepare draft revised policies for further review and discussion.

3. The revised policy drafts are to be returned by CDP to the MHRAC Training Committee for review on or before June 3, 2022, with the Committee's response and recommendations to the CDP to be received by June 10, 2022.

4. CDP will review the MHRAC Training Committees' comments and further recommendations to the policy drafts and will prepare revised drafts of the CIT policies by June 16, 2022.

5. CDP's revised draft of the CIT policies will be sent to the full MHRAC for further review and comment, with any further policy revision recommendations to be provided to CDP by June 24, 2022.

6. Following receipt and review of any additional recommendations by the full MHRAC, CDP will finalize the CIT policies and provide them to the Monitoring Team and Department of Justice for review and comment on June 27, 2022.

Following DOJ and Monitoring Team review and the incorporation of any additional agreed upon changes, CDP will finalize and submit the revised CIT policies to the

Monitor for filing with the Court. Following Court review and approval, the revised CIT policies as approved by the Court will be disseminated to the Division of Police and will replace the current above referenced CIT General Police Orders.

    Respectfully submitted,

    Mark Griffin (0064141)
    Director of Law

By:   /s/ Gary S. Singletary
    Gary S. Singletary (0037329)
    Chief Counsel
    City of Cleveland
    601 Lakeside Avenue, Room 106
    Cleveland, Ohio 44114-1077
    Tel: (216) 664-2737
    Fax: (216) 664-2663
    E-mail: gsingletary@clevelandohio.gov

    Counsel for the City of Cleveland

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the City of Cleveland's Notice of the Timeline for Review and Revision of CDP's Crisis Intervention Policies was filed electronically on May 12, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Gary S. Singletary</u>
Gary S. Singletary (0037329)
Counsel for the City of Cleveland