IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| vs. | ) |
| | ) **NOTICE SUBMITTING MONITORING** |
| CITY OF CLEVELAND | ) **TEAM ASSESSMENT OF CDP's 148th** |
| | ) **RECRUIT CLASS BACKGROUND** |
| Defendant. | ) **CHECKS** |

The Monitoring Team respectfully submits its Assessment of Cleveland Division of Police ("CDP" or "the Division") Background Checks for its 148th Recruit Class pursuant to paragraphs 308 – 310 of the Consent Decree. The Consent Decree requires the Division to "conduct thorough, objective, and timely background investigations of candidates for sworn positions."[1] The Division must assess "a candidate's criminal history, employment history, use of controlled substances, and ability to work with diverse communities."[2] This is in addition to the requirement that CDP will continue to require all candidates for sworn personnel position, including new recruits and lateral

---

[1] Dkt. 413-1, Exhibit A at ¶309; Dkt. 416.
[2] *Id*.

hires, "to undergo a psychological and medical examination to determine their fitness for employment."[3]

The Monitoring Teams previously submitted to the Court its findings related to the Division's background investigations for lateral hires.[4] Since that time, and as a necessary follow-up, the Monitoring Team audited CDP's pre-employment investigation files of the 148th police officer recruits. This assessment provides the Court with necessary information on how the Division pre-employment background investigations for non-lateral candidates complies with paragraphs 308-310 of the Consent Decree. The attached Memorandum ("Exhibit A") describes the methodology and findings of the review.

Respectfully submitted,

/s/ Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email: aden@theadengroup.com

---

[3] *Id.* at ¶308.
[4] Dkt. 401.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2022, I served the foregoing document entitled **Notice Submitting Monitoring Team Assessment OF CDP's 148th Recruit Class Background Checks** via the court's ECF system to all counsel of record.

/s/ Ayesha Hardaway
AYESHA HARDAWAY