IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| vs. | ) |
| | ) **NOTICE SUBMITTING MONITOR'S** |
| CITY OF CLEVELAND | ) **MEMORANDUM REGARDING** |
| | ) **ARBITRATION DECISION** |
| Defendant. | ) |
| | ) |

The Monitor respectfully notifies the Court of the attached Memorandum to the City of Cleveland ("the City") regarding a recent arbitration decision. The Consent Decree requires the City to "ensure that discipline for sustained allegations of misconduct comports with due process, and is consistently applied."[1] It further requires that the City develop a disciplinary matrix that, among other things, "establishes a presumptive range of discipline for each type of rule violation."[2] The City has apparently made progress with the adjudication of known misconduct. The sustainability of that progress depends in large measure on arbitration decisions. The attached Memorandum pertains to a specific arbitration decision shared with the Monitoring Team on June 24, 2022. (Exhibit A) As detailed in the Memorandum, the application of a beyond reasonable doubt standard in the recent arbitration decision – solely reserved for criminal adjudications – poses a risk to the City's ability to comply with its requirement under the Consent Decree to hold officers accountable for misconduct.

---

[1] Dkt. 413-1, Ex. A ¶245; Dkt. 416.
[2] *Id*. at 246 (a).

Respectfully submitted,

/s/ Hassan Aden
HASSAN ADEN
Monitor
The Aden Group LLC 8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email: aden@theadengroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, I served the foregoing document entitled **Notice Submitting Monitor's Memorandum Regarding Arbitration Decision** via the court's ECF system to all counsel of record.

/s/ Ayesha Bell Hardaway
AYESHA BELL HARDAWAY