IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **CITY OF CLEVELAND'S NOTICE** |
| CITY OF CLEVELAND, | ) | **SUBMITTING MEMORANDUM** |
| | ) | **REGARDING RECENT PROGRESS** |
| Defendant. | ) | **MADE DURING CONSENT DECREE** |

The City of Cleveland files this Notice submitting for the Court's review the attached August 2, 2022 Memorandum from the City's Director of Law to Monitor Hassan Aden. The Memorandum highlights identified areas of ongoing recent progress accomplished by the Cleveland Division of Police and the Office of Professional Standards during the Consent Decree. The Director's Memorandum also addresses for consideration the Justice Department's recent implementation of principles and recommendations regarding the use of monitors in future consent decrees.

        Respectfully submitted,

        Mark Griffin (0064141)
        Director of Law

  By:  /s/ Gary S. Singletary
      Gary S. Singletary (0037329)
      Chief Counsel
      City of Cleveland
      601 Lakeside Avenue, Room 106
      Cleveland, Ohio 44114-1077
      Tel: (216) 664-2800 Fax:(216) 664-2663
      E-mail: mgriffin@clevelandohio.gov
      gsingletary@clevelandohio.gov

      Counsel for the City of Cleveland

**CERTIFICATE OF SERVICE**

The undersigned certifies that the City of Cleveland's Notice Submitting Memorandum Regarding Progress Made During Consent Decree was filed electronically on August 2, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Pursuant to the requirements of the Consent Decree the Monitor Team has been delivered a copy of this filing.

/s/ Gary S. Singletary
Gary S. Singletary (0037329)
Counsel for the City of Cleveland