UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

At the status conference in the within case on September 22, 2022, at 3:00 p.m, counsel for the parties, and the Monitor, shall be prepared to discuss the following topics:

1. Crisis Intervention and Behavioral Health

2. Office of Professional Standards ("OPS")

3. Accountability, including the Force Review Board, the Civilian Police Review Board and the Community Police Commission

4. Community Engagement, including the CDP's progress toward implementing Community and Problem-Oriented Policing ("CPOP"), gathering, analyzing and reporting Community Engagement Data and the progress toward full implementation of the Community Police Commission

5. Any other matters the parties wish to bring to the court's attention

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 15, 2022