IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | ) | **NOTICE SUBMITTING THE MONITORING TEAM'S ELEVENTH SEMIANNUAL REPORT** |
| Defendant. | ) | |

The Monitoring Team respectfully submits its Eleventh Semiannual Report pursuant to Paragraph 375 of the Consent Decree.

Respectfully submitted,

/s/  Hassan Aden

HASSAN ADEN
Monitor
The Aden Group LLC
8022 Fairfax Road
Alexandria, VA 22308
Tel: (571) 274-7821
Email:  aden@theadengroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I served the foregoing document entitled Notice Submitting the Monitoring Team's Eleventh Semiannual Report via the court's ECF system to all counsel of record.

/s/ Ayesha Bell Hardaway
AYESHA Bell HARDAWAY