UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

The court held a telephonic conference with counsel for the parties in the within case on October 27, 2022, at 4:00 p.m., regarding the process for replacing the Monitor, Hassan Aden, who informed the court on October 24, 2022, that he would be resigning, effective November 8, 2022. It was determined that counsel for the parties will confer and seek to provide an agreed-to process to the court by November 7, 2022. The court indicated that it would make a decision no later than Monday, October 31, 2022, regarding who will serve as interim Monitor, pending a final determination on who shall be the Monitor.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

October 28, 2022