UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

  The court hereby appoints Ms. Ayesha Bell Hardaway, currently Deputy Monitor, as Interim Monitor, to serve until a new Monitor is chosen to replace Mr. Hassan Aden who resigned, effective November 8, 2022. As Interim Monitor, Ms. Hardaway shall have the full duties and responsibilities of the position of Monitor. She has indicated that she has asked Ms. Christine Cole to serve as Interim Deputy Monitor, and she has agreed.

  IT IS SO ORDERED.

                */s/ SOLOMON OLIVER, JR.*
                UNITED STATES DISTRICT JUDGE

October 31, 2022