UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

As the court previously ordered, Ayesha Bell Hardaway shall serve as Interim Monitor, effective on the date of Monitor Hassan Aden's resignation, until the Monitor position is filled. The parties have now recommended a process to the court for filling the Monitor position on an ongoing basis.

After reviewing the recommendations of the parties, the court hereby adopts the following process for the permanent appointment of a Monitor, following the resignation of Hassan Aden:

- The parties shall issue a limited Request for Information ("RFI"), inviting respondents to propose a new lead Monitor that either: (a) retains the current team under a new lead Monitor; (b) replaces a portion of the current team with the new lead Monitor's selections; or (c) replaces the lead Monitor and the entire current team.

- The parties shall jointly draft the RFI for public release no later than December 1, 2022, and shall set a response date of no later than January 17, 2023.

- From January 17 to February 17, 2023, the parties shall internally review the applicants, conduct internal interviews of selected applicants, discuss the merits of the various applicants, and hold conversations regarding the potential for realignment of team members among respondents.

- The parties shall announce final candidates by no later than February 28, 2023. Following that announcement, the parties anticipate facilitating public meetings between the candidates and members of the Cleveland community and police affinity groups. After evaluating the candidates' performance during these sessions and conducting any follow-up interviews, the parties will submit a final candidate for the court's consideration no later than March 15, 2023. In the event that the parties do not agree on a single candidate for the court's consideration, the parties will submit their preferred option for the court's consideration.

IT IS SO ORDERED.

                                                  */s/ SOLOMON OLIVER, JR.*
                                                  UNITED STATES DISTRICT JUDGE

November 17, 2022