UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

The court hereby sets a status conference on December 1, 2022, at 2:00 p.m., in the Judicial Conference Room on the 20th Floor of the Carl B. Stokes U.S. Courthouse, with counsel for the parties and other relevant persons, including the Chair of the Police Review Board, to discuss two matters: (1) the OPS hiring process; and (2) information regarding the duties and responsibilities of the Police Accountability Team Executive Director. The court anticipates the meeting will last approximately one hour.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 22, 2022