UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

At the status conference in the within case on March 23, 2023, at 3:00 p.m., counsel for the parties, and the Monitor, shall be prepared to discuss the following topics:

1. Use of Force and Force Review Board

2. Accountability- Internally Discovered Misconduct; Office of Professional Standards; Police Review Board

3. Transparency and Oversight- Police Inspector General; Data Collection Analysis

4. Community and Problem-Oriented Policing

5. Community Police Commission

6. Any other matters the parties wish to bring to the court's attention

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 2, 2023