IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:15-CV-01046 |
| Plaintiff, | |
| vs. | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND | **NOTICE SUBMITTING THE MONITORING TEAM'S ELEVENTH SEMIANNUAL REPORT** |
| Defendant. | |

The Monitoring Team respectfully submits its Twelfth Semiannual Report pursuant to Paragraph 375 of the Consent Decree.

Respectfully submitted,

/s/ Ayesha Bell Hardaway

AYESHA BELL HARDAWAY
Interim Monitor
Email: ayesha.hardaway@case.edu

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I served the foregoing document entitled Notice Submitting the Monitoring Team's Twelfth Semiannual Report via the court's ECF system to all counsel of record.

/s/ Ayesha Bell Hardaway
AYESHA Bell HARDAWAY