UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is the United States of America's and the City of Cleveland's (collectively, "the Parties") Joint Motion to Approve Selection of their Proposed Monitor (ECF No. 470). The Parties jointly request that the court appoint Hogan Lovells LLP ("Hogan") to serve as the Independent Monitor to assess and report on whether the requirements of the Settlement Agreement have been implemented, and whether implementation is resulting in constitutional and effective policing, professional treatment of individuals, and increased community trust of the Cleveland Division of Police.

Former Monitor, Hassan Aden, informed the court that he intended to resign, effective November 8, 2022. Thereafter, the court appointed Ms. Ayesha Bell Hardaway to serve as Interim Monitor until a new Monitor was chosen. (*See* Order, ECF No. 449.) On November 17, 2022, the court issued an Order (ECF No. 451), setting forth a process for the appointment of a new monitor. Pursuant to that Order (ECF No. 451), the Parties issued a request for information, asking applicants

to submit information to be considered by January 17, 2023. After receiving applications, the Parties jointly conducted interviews and selected two final candidates. Following their selection, the Parties hosted the two final candidates at two public forums on March 7-8, 2023, and a virtual public forum on March 9, 2023. The Parties evaluated the candidates' performance during these meetings and consulted with each other to reach a collective decision. The Parties jointly recommend that Hogan serve as the Independent Monitor, with Karl Racine serving as Lead Monitor of the team. Notably, the Parties appreciated Hogan's depth and breadth of experience, as well as its commitment to continuity through the retention of some of the members of the current Monitoring team because of their expertise and established relationships within the local community.

After reviewing the Parties' Joint Motion, the Hogan team's experience and qualifications, and meeting with Karl Racine and other members of the Hogan team, the court finds that Hogan is well-qualified to serve as Monitor. In addition, Hogan's commitment to retaining some current Monitoring team members assures continuity and lessens the possibility that momentum will be lost as a result of the transition. The court therefore hereby grants the Parties' Joint Motion (ECF No. 470) to approve Hogan as Independent Monitor, pursuant to Paragraph 353 of the Settlement Agreement, and hereby appoints Hogan as Monitor and Karl Racine as Lead Monitor.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 12, 2023