UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v | ) | |
| | ) | |
| CITY OF CLEVELAND | ) | |
| | ) | |
| Defendant | ) | **STATUS CONFERENCE ORDER** |
| | ) | |
| | ) | |

Counsel for the parties, and the Monitor, shall be prepared to discuss the following at the status conference scheduled for October 25, 2023 at 3:00 p.m.:

1. Monitor overview of 13th semiannual report, covering the January-June 2023 reporting period.

2. Select areas in which the City must demonstrate improvement.

    a. Moving beyond collection of data to utilization of data.

    b. Implementing consent decree requirements through a whole-of-government approach, including a fully staffed Police Accountability Team.

    c. Community and Problem Oriented Policing.

3. Community Police Commission update.

4. Monitor and Parties' agreement on 2024 priorities.

    a. Crisis Intervention: Progress towards assessment of crisis intervention.

    b. Use of Force: Challenges towards assessment of use of force.

   c. Search and Seizure: Challenges towards assessment of search and seizure.

The Court hereby requests the presence of party-representatives with decision-making authority.

 IT IS SO ORDERED.

                 /s/ *SOLOMON OLIVER, JR.*
                 SOLOMON OLIVER, JR.
                 UNITED STATES DISTRICT JUDGE

October 12, 2023