IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **NOTICE SUBMITTING THE** |
| CITY OF CLEVELAND | ) | **MONITORING TEAM'S THIRTEENTH** |
| | ) | **SEMIANNUAL REPORT** |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Monitoring Team respectfully submits its Thirteenth Semiannual Report pursuant to Paragraph 375 of the Consent Decree.

Respectfully submitted,

/s/ Karl Racine

KARL A. RACINE
Independent Monitor
Partner, Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Email: karl.racine@hoganlovells.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2023, I served the foregoing document entitled Notice Submitting the Monitoring Team's Thirteenth Semiannual Report via the court's ECF system to all counsel of record.

            /s/ Karl Racine
            KARL A. RACINE