IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CV-1046 |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | CITY OF CLEVELAND'S REQUEST |
| CITY OF CLEVELAND | ) | FOR STATUS CONFERENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The City of Cleveland respectfully requests a status conference with the Court regarding the continued unredacted access to all City criminal records, including LEADS and CJIS records, for oversight entities set forth in the Settlement Agreement, including unredacted access for the Monitoring Team, the Department of Justice and other entities contemplated by this Court's order.  The City supports their continued unredacted access.  However, according to the attached correspondence from the Ohio LEADS Steering Committee (Ex. A), the City and its officials are unable to fully comply with all aspects of the Consent Decree (*e.g.* ¶¶ 19, 390 and 391) without the risk of incurring potential civil and criminal penalties under Ohio law governing access to law enforcement records. *See e.g.* R.C. 2913.04, OAC 4501:2-10-11. Therefore, The City is seeking a status conference to more fully discuss these concerns and outline a path toward a resolution of this issue.

Respectfully submitted,
**FOR THE CITY OF CLEVELAND**

MARK GRIFFIN
Director of Law City of Cleveland

By: */s/Mark Griffin*
Mark Griffin (OH: 0064141)
City of Cleveland

601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax:(216) 664-2663
mgriffin@clevelandohio.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2024, I electronically filed a true and accurate copy of the foregoing Request for Status Conference.  Parties will receive notification via email and may access a copy of the document through the Court's electronic filing system.

/s/ *Mark D. Griffin*
Mark D. Griffin  (0064141)
Counsel for City of Cleveland