

| | LEADS STEERING COMMITTEE |
|---|---|
| Major Matthew Them, Chair, LEADS Steering Committee | • Sheriff Randy Thorp<br>• Judge Beth W. Cappelli<br>• Superintendent Joe Morbitzer<br>• Chief Vincent Molnar<br>• Captain Dennis Swingley<br>• Sheriff Matthew Hafey<br>• Chief Gary D. Lewis, Jr. |

February 2, 2024

Cleveland Division of Police
Acting Lieutenant Rick Stone
2001 Payne Avenue
Cleveland, Ohio 44114

Dear Acting Lt. Stone:

LEADS has denied the request to permit civilian public safety employees to review Criminal Justice Information (CJI) since they are not authorized recipients and the purpose does not qualify as the administration of criminal justice.

Per LEADS Administrative Rule 4501:2-10-01 Definitions (A): "Administration of criminal justice" means the detection, apprehension, detention, pretrial release, post-trial release, prosecution, adjudication, correctional supervision, or rehabilitation of accused persons or criminal offenders.

Per LEADS Administrative Rule 4501:2-10-06 Dissemination and Record Keeping (C): Messages and/or throughput of any kind accessed through LEADS shall be restricted to the use of duly authorized law enforcement and/or criminal justice agencies for the administration of criminal justice.

You can reference the LEADS Administrative Rules and the FBI CJIS Security Policy further at www.leads.ohio.gov.

If you have any further questions, please don't hesitate to contact me at 614-420-4737 or vdowdy@dps.ohio.gov.

Sincerely,

Victoria Dowdy
Victoria Dowdy
Acting LEADS Administrator

EXHIBIT A