

**Major Matthew Them, Chair, LEADS Steering Committee**

**LEADS STEERING COMMITTEE**

- Sheriff Randy Thorp
- Judge Beth W. Cappelli
- Chief Vincent Molnar
- Captain Dennis Swingley
- Sheriff Matthew Hafey
- Chief Gary D. Lewis, Jr.
- Director Shane McCracken
- Superintendent Bruce Pijanowski

February 28, 2024

Mark Griffin
Law Director
City of Cleveland
601 Lakeside Ave., Room 106
Cleveland, Ohio 44114-1077

      RE:    *United States v. City of Cleveland*, 1:15-CV-1046
              Monitoring Team and Department of Justice Access to Cleveland Division of Police Records and Systems

Mr. Griffin:

I am in receipt of the letter dated February 23, 2024 from Department of Justice Deputy Chief Timothy Mygatt. LEADS will not issue guidance that conflicts with a court order or agreements reached between the Department of Justice and the Federal Bureau of Investigation's Criminal Justice Information Services Division.

Sincerely,

Major Mathew L. Them
Chair
LEADS Steering Committee

**GOVERNMENT EXHIBIT 4**