Exhibit A

| CPC FORMAL REQUESTS FOR INFORMATION, DATA AND DOCUMENTS Updated 1/23/24 | | | | | | |
|---|---|---|---|---|---|---|
| REQUESTED MATERIALS | DATE OF REQUEST | Committee or Commissioner | TO WHOM | DATE RECIEVED | LOCATION STORED | NOTES |
| All the written documentation contained in these case files (no bodycam etc. needed):<br><br>Alford: OPS 2022-0257<br>Blackwell: OPS 2022-0134 (DBI 2922-0094)<br>Blade: OPS 2021-0101<br>Carrucini: OPS 2022-0103<br>Durichko: OPS 2021-0048 | 7/31/2023 | Commissioner Wang | M. Perez | | | This was a request made to CPRB/ OPS. May NOT be subject to same standards as a request to the Executive Branch of City. There was a response from CPRB's legal counsel with considerations on 8/9/23.  Co Chairs advised a process is created for CPRB/OPS to exchange information and request documents.  ED advised no response to this letter until we can assess its implications and analysis. |
| Charter § 115-5 states the CPC shall do the following:<br><br>"Directing the Civilian Police Review Board to independently investigate the conduct of every police officer against whom a lawsuit has been threatened or filed, or for whom the City has paid a settlement to obtain a liability release, or against whom there has been a court judgment for alleged misconduct." A vote is not required on this matter as Charter § 115-5 mandates a referral to CPRB when litigation is known to the Commission as a whole. The staff of the CPC shall request monthly updates/reports from the City Law Department on litigation against members of the Cleveland Division of Police.<br><br>I would like to establish a process to receive monthly updates/ reports from law regarding this provision in 115 and the administrative rule passed by the CPC. | 21-Sep | Executive Director/ Rules | M. Griffin | | | Email from ED to Mark Griffin 9/21 |
| The most comprehensive human resources disciplinary file on all CDP officers who were charged with discipline from 2022-2023.<br><br>We believe the correct file is colloquially called the "Chief's File". If not, please have the City provide the most comprehensive and inclusive disciplinary file available on each charged CDP officer from 2022-2023. We look forward to the City fulfilling this request in accordance with the Consent Decree, Charter 115-5, and associated rulings. | 27-Oct | Accountability | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Investigation files and use of force reports for all cases in 2021, 2022 and 2023 where a BRAZOS form was completed and/or where a mental health or crisis related impression code was issued by dispatch that resulted in an internal affairs and/or OPS investigation.<br>The investigation files should include but not be limited to:<br><br>Divisional Notices<br>Disposition Letters<br>Investigative Summaries<br>CPRB recommendations and subsequent DPS and CDP Chief responses | 1/18/2024 | Policy | B. Carney (assigned liason) | | |
| All drafts of the Division's Integrity Policy regarding the identification of CDP officers under Brady, Giglio, and related case law. Please include all drafts written by Chris Viland, the City Law Department, and any other entities. We would like all drafts of the CDP Integrity Policy related to its Brady and Giglio obligations. | 1/18/2024 | Accountability | B. Carney (assigned liason) | | |
| ALL records related to the recent appointments of CDP Commanders. This would include but is not limited to:<br><br>Divisional Notices<br>Job Descriptions<br>All resumes received<br>All Form 1's received<br>Any procedures or protocols for assessment of candidates<br>Any rubrics or score sheets utilized to assess candidates<br>List of person(s) involved in interview process<br>List of Candidates interviewed<br>Any records or recordings of interviews<br>Any emails related to this topic between candidates and/ or members of the selection process | 2/15/2024 | Co-Chairs | B. Carney (assigned liason) | | |