Exhibit C



**City of Cleveland**
Justin M. Bibb, Mayor

Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
216/664-2800 – Fax: 216/664-2663
www.clevelandohio.gov

<u>**MEMORANDUM**</u>

**TO:** Jason Goodrick – Interim Director of the Community Police Commission

**FROM:** Carlos Johnson Jr – Assistant Director of Law - Police Accountability Team

**SUBJECT:** CPC Document/Records Requests Response from the City of Cleveland

**DATE:** February 23, 2024

**Introduction**

This memo offers an exhaustive update on the six outstanding document/records requests made by the Community Police Commission (CPC) to various city departments. Since the new CPC's inception, there have been 12 records requests. The City has fulfilled 7 of those 12 requests. The 12 records requests totaled 21 individual documents. The City has delivered 15 of these 21 individual documents to the CPC. This memo addresses the progress and challenges of the remaining 5 unfulfilled requests.

**Status Summary**

Out of the initial 12 records requests, significant strides have been made towards fulfilling the remaining five. Despite encountering certain objections and clarifications, a path forward has been agreed upon for compliance. Herein is a detailed account of each request, including actions taken, current statuses, and planned next steps.

**Request 1: Comprehensive Case File Documentation (Submitted: July 31, 2023)**

- **Description**: Request for all written documentation from case files Alford: OPS 2022-0257, Blackwell: OPS 2022-0134, Blade: OPS 2021-0101, Carrucini: OPS 2022-0103, Durichko: OPS 2021-0048.



City of Cleveland
Justin M. Bibb, Mayor

- **Actions Taken**: Initial objection by CPRB's legal counsel on August 9, 2023, citing improper request. Following new guidance, the City withdrew objections.
- **Current Status**: OPS compiling requested documentation for legal review.
- **Next Steps**: Forward documents to Law for review, then disseminate to CPC.
- **Expected Completion**: Documents to be sent to Law/ CDP Mobile Unit By March 1st, 2024 for redactions.

**Request 2: Monthly Litigation Updates/Reports (Submitted: September 21, 2023)**

- **Description**: Monthly updates/reports from the City Law Department on litigation against Cleveland Division of Police members.
- **Actions Taken**: City sought clarification from CPC Interim Executive Director Jason Goodrick due to ambiguous Charter language.
- **Current Status**: City to provide case names and numbers for litigation involving CDP officers.
- **Expected Completion Date**: By March 1st, 2024.
- **Next Steps**: Litigation Unit compiling list of cases meeting criteria for CPC.

**Request 3: Comprehensive HR Disciplinary Files (Submitted: October 27, 2023)**

- **Description**: The most comprehensive human resources disciplinary file on all CDP officers disciplined from 2022-23.
- **Actions Taken**: CDP provided pre-disciplinary hearing dispositions and disciplinary histories. CPC deemed these insufficient; CDP objected formally on February 1, 2024.
- **Next Steps**: The City to formally file an objection with the Court.

**Request 4: Investigation Files and Use of Force Reports (Submitted: January 18, 2024)**

- **Description**: Files and reports for all 2021-2023 cases involving a BRAZOS form completion or a mental health crisis code that led to an investigation.
- **Actions Taken**: CDP provided disposition letters, exit interviews for relevant officers. CPC deemed these insufficient; CDP objected on February 1, 2024.
- **Next Steps**: The City to formally file an objection with the Court.



**City of Cleveland**
Justin M. Bibb, Mayor

**Request 5: Drafts of Division's Integrity Policy (Submitted: January 18, 2024)**

- **Description**: All drafts of CDP's Integrity Policy regarding officer identification under Brady, Giglio, and related case law.
- **Actions Taken**: N/A due to non-existence of the specifically requested document.
- **Current Status**: N/A due to non-existence of the specifically requested document.
- **Next Steps**: City to provide CPC with a policy draft related to Brady and Giglio, noting CDP lacks a specific Integrity Policy as requested.

**Request 6: Records Related to Recent CDP Commander Appointments (Submitted: February 15, 2024)**

- **Description**: All records pertaining to recent CDP Commanders' appointments, including divisional notices, job descriptions, resumes, Form 1's, assessment protocols, rubrics, interview lists, records, and related emails.
- **Actions Taken**: CDP confirmed, and records were sent to CPC on February 22, 2024.
- **Current Status**: Completed as of February 22, 2024.

**Conclusion and Call to Action**

The detailed updates herein reflect the City's dedication to fulfilling the CPC's requests promptly and accurately. The City looks forward to working with the CPC to help fulfill future requests.

3