IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the City of Cleveland's Motion for Relief and the United States' Cross Motion to Enforce the Community Police Commission's Access to Information. After considering the arguments and the language of the Settlement Agreement, the Court finds the position of the United States to be well-taken.

It is hereby ORDERED as follows:

The City's motion is DENIED.

The City of Cleveland shall provide the Community Police Commission (CPC) the requested information that the CPC deems necessary to perform its duties under the Settlement Agreement no later than 14 days from the entry of this Order.  This information includes:

1. The most comprehensive human resources disciplinary file on all CDP officers who were charged with discipline from 2022-2023;

2. Investigation files and use of force reports for all cases in 2021, 2022 and 2023 where a BRAZOS form was completed and/or where a mental health or crisis related impression code was issued by dispatch that resulted in an internal affairs and/or OPS investigation.

If the City of Cleveland wishes to withhold any information from CPC, it must provide redacted documents and an accompanying privilege log no later than 14 days from the entry of this Order.

The City of Cleveland will file a status report within 14 days from the entry of this Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE