| | |
|---|---|
| From: | KLocke@dps.ohio.gov |
| To: | Stone, Rick; Maguth, Mark; Simon, Robert |
| Cc: | cwbarrett@dps.ohio.gov; KLocke@dps.ohio.gov; TBrisco@dps.ohio.gov |
| Subject: | RE: [EXTERNAL]RE: LEADS Access |
| Date: | Wednesday, August 2, 2023 3:46:42 PM |
| Attachments: | image001.png |
| | image004.png |

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Afternoon Gentlemen,

The following email was sent by the FBI.

Kevin/Casey,

They do not fall under the definition of the administration of criminal justice. This would also apply to the US DOJ.

Essentially what I stated on the call, just in different and more exact terms.

So the escort option and document redaction would be ways to move forward.

Hope this helps. Let me know if you guys have additional questions.

Jeff

**Jeff Campbell, CISSP**
**Deputy Information Security Officer**
**FBI/CJIS Division/CIAU/ISO Program Office**
**1000 Custer Hollow Rd.**
**Clarksburg, WV 26306**
██████ (office / fax) | ██████ (mobile)
https://le.fbi.gov/cjis-division-resources/cjis-security-policy-resource-center


Kevin J. Locke
Information Security Officer (ISO)
LEADS Security Supervisor
Ohio State Highway Patrol
1970 West Broad Street
Columbus, Ohio 43223
██████ Help Desk
██████ Direct
██████ FAX

EXHIBIT A

| | |
|---|---|
| From: | KLocke@dps.ohio.gov |
| To: | Stone, Rick; Maguth, Mark; Simon, Robert |
| Cc: | cwbarrett@dps.ohio.gov; KLocke@dps.ohio.gov; TBrisco@dps.ohio.gov |
| Subject: | RE: [EXTERNAL]RE: LEADS Access |
| Date: | Wednesday, August 2, 2023 3:46:42 PM |
| Attachments: | image001.png |
| | image004.png |

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Afternoon Gentlemen,

The following email was sent by the FBI.

Kevin/Casey,

They do not fall under the definition of the administration of criminal justice. This would also apply to the US DOJ.

Essentially what I stated on the call, just in different and more exact terms.

So the escort option and document redaction would be ways to move forward.

Hope this helps. Let me know if you guys have additional questions.

Jeff

**Jeff Campbell, CISSP**
**Deputy Information Security Officer**
**FBI/CJIS Division/CIAU/ISO Program Office**
**1000 Custer Hollow Rd.**
**Clarksburg, WV 26306**
**304.625.4961 (office / fax) | 304.476.4711 (mobile)**
**https://le.fbi.gov/cjis-division-resources/cjis-security-policy-resource-center**

Kevin J. Locke
Information Security Officer (ISO)
LEADS Security Supervisor
Ohio State Highway Patrol
1970 West Broad Street
Columbus, Ohio 43223



| | Help Desk |
| | Direct |
| | FAX |



**Major Matthew Them, Chair, LEADS Steering Committee**

**LEADS STEERING COMMITTEE**

- Sheriff Randy Thorp
- Judge Beth W. Cappelli
- Superintendent Joe Morbitzer
- Chief Vincent Molnar
- Captain Dennis Swingley
- Sheriff Matthew Hafey
- Chief Gary D. Lewis, Jr.

February 2, 2024

Cleveland Division of Police
Acting Lieutenant Rick Stone
2001 Payne Avenue
Cleveland, Ohio 44114

Dear Acting Lt. Stone:

LEADS has denied the request to permit civilian public safety employees to review Criminal Justice Information (CJI) since they are not authorized recipients and the purpose does not qualify as the administration of criminal justice.

Per LEADS Administrative Rule 4501:2-10-01 Definitions (A): "Administration of criminal justice" means the detection, apprehension, detention, pretrial release, post-trial release, prosecution, adjudication, correctional supervision, or rehabilitation of accused persons or criminal offenders.

Per LEADS Administrative Rule 4501:2-10-06 Dissemination and Record Keeping (C): Messages and/or throughput of any kind accessed through LEADS shall be restricted to the use of duly authorized law enforcement and/or criminal justice agencies for the administration of criminal justice.

You can reference the LEADS Administrative Rules and the FBI CJIS Security Policy further at www.leads.ohio.gov.

If you have any further questions, please don't hesitate to contact me at ▮▮▮▮▮▮ or vdowdy@dps.ohio.gov.

Sincerely,

*Victoria Dowdy*

Victoria Dowdy
Acting LEADS Administrator