UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| CITY OF CLEVELAND, | ) ) | DECLARATION OF DORNAT A. DRUMMOND |
| Defendant | ) | |

For his Declaration, Dornat A. Drummond states as follows:

1. I have first-hand knowledge of the facts set forth herein in the course and scope of my duties as Interim Director of Public Safety, City of Cleveland, and in my previous duties as Chief, Cleveland Division of Police (CDP).

2. In May of this year, I will have had 35 years of law enforcement experience with CDP, including as officer in charge of the Fugitive Unit; as Public Information Officer; as Commander of the Fifth District; and as Deputy Chief of Field Operations.

3. My experience includes use of the Law Enforcement Automated Data System (LEADS) maintained by the Ohio Department of Public Safety; and experience as an agency chief responsible for supervising the LEADS terminal agency coordinator (LEADS TAC) appointed under Ohio Administrative Code 4501:2-10.

4. In the course and scope of my duties with CDP and the Department of Public Safety, I had occasion to speak with Major Matthew L. Them of the Ohio State Highway Patrol, regarding access provided to the Monitoring Team and the Department of Justice to CDP

**EXHIBIT E**

systems containing LEADS data. I indicated to Major Them that the City of Cleveland was under the instant Consent Decree.

5. Major Them commands the Office of Finance and Logistics, which has authority over Computer Operations/LEADS.

6. During the course of our communications, Major Them informed me that the State of Ohio believed that neither the Monitoring Team nor the Department of Justice should have unrestricted and unredacted access to LEADS data.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 6, 2024.

Signed: _____
INTERIM DIRECTOR OF PUBLIC SAFETY
DORNAT A. DRUMMOND