IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | <u>JOINT STATUS REPORT REGARDING</u> |
| | ) | <u>THE COMMUNITY POLICE</u> |
| Defendant. | ) | <u>COMMISSION'S DOCUMENT AND</u> |
| | ) | <u>INFORMATION REQUEST PROCESS</u> |

On January 18, 2024, the Court held a telephonic status conference with the Parties and Monitor. During that conference, the Parties discussed requests made by the Community Police Commission (CPC) to the City for documents and information. The Court ordered the Parties and Monitor to "develop a process by which the Monitor and DOJ can be put on notice of document requests to which the City objects, so that the DOJ may respond." *See* Status Conference Order, ECF No. 505, at 2. The Court gave the Parties and Monitor until March 18, 2024 to develop a process and notify the Court. *Id.* at 3.

The Parties, Monitor, and CPC members met several times to develop such a process. The established process is attached hereto as Exhibit A.

Respectfully submitted,

| FOR THE UNITED STATES | FOR THE CITY OF CLEVELAND |
|---|---|
| REBECCA C. LUTZKO<br>U.S. Attorney<br>Northern District of Ohio | MARK GRIFFIN<br>Director of Law<br>City of Cleveland |

FOR THE UNITED STATES

REBECCA C. LUTZKO
U.S. Attorney
Northern District of Ohio

*/s/ Michelle L. Heyer*
Michelle L. Heyer (OH: 0065723)
Sara E. DeCaro (OH: 0072485)
Assistant U.S. Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3686 (Heyer)
(216) 622-3670 (DeCaro)
(216) 522-2404 (FAX)
Michelle.Heyer@usdoj.gov
Sara.DeCaro@usdoj.gov

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

*/s/ Acrivi Coromelas*
Timothy D. Mygatt
Deputy Chief
R. Jonas Geissler
Acrivi Coromelas
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 353-1091; Fax: (202) 514-4883
Email: Timothy.Mygatt@usdoj.gov
Email: Jonas.Geissler@usdoj.gov
Email: Acrivi.Coromelas2@usdoj.gov

FOR THE CITY OF CLEVELAND

MARK GRIFFIN
Director of Law
City of Cleveland

*/s/ Mark Griffin*
Mark Griffin (OH: 0064141)
City of Cleveland
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2737
Fax:(216) 664-2663
mgriffin@clevelandohio.gov