

**City of Cleveland**
Justin M. Bibb, Mayor

Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
216/664-2800 – Fax: 216/664-2663
www.clevelandohio.gov

Draft Process for Records Requests from the Community Police Commission (3/15/2024)

- The Commission will follow the process outlined in its bylaws for requesting records from the City ("City" in this document refers to all entities within the City, including but not limited to the Office of Professional Responsibility and the Civilian Police Review Board)
    - Requests for records will be submitted by the Commission's Executive Director
- The Commission will email its requests for documents to City-staff designees. The Commission may CC to MT and DOJ designees, but as set forth below, the City is responsible for notifying the MT and DOJ of requests.
    - City will notify MT and DOJ within 3 business days of receiving a request.
- If the Commission or an individual Commissioner requests records outside of established process, the City will respond directing the Commission or individual Commissioner to follow the process (the City will CC MT and DOJ on this correspondence)
- The City will respond to Commission requests issued pursuant to the bylaws in accordance with the Court order dated September 3, 2021 (Dkt. #382):
    - The City will produce to the Commission requested information within 21 days of receipt of the request.
    - If the City objects to the request, the City will submit its objection within seven days of receipt to the Commission, the MT, and DOJ.
        - If the City requests clarification of a request, then the City will provide that request for clarification to the Commission, the MT, and DOJ. The Parties will treat any request for clarification as an objection within the meaning of the Court's September 3, 2021 Order (Dkt. #382), including deadlines for response.
        - If the CPC chooses to restate its request following a request for clarification, the Parties agree to treat each such restated request as a new request and would restart the deadline for responses pursuant to the Court's September 3, 2021 Order (Dkt. 382).
    - If the MT or DOJ disagrees with the City's objection, they will inform the City within seven days of receiving the objection.
    - Within seven days after receiving the notice of disagreement, the City will produce the requested information to the CPC or it may petition the Court to relieve it of its obligation to produce the information.

**EXHIBIT A**



**City of Cleveland**
Justin M. Bibb, Mayor

- If the City, at any point after making an objection, decides to respond to the CPC's original request, its deadline for responding will be 21 days from the original request.

As of March 15, 2024, the DOJ's designees are as follows:
- Acrivi Coromelas     Acrivi.coromelas2@usdoj.gov
- Mike Evanovich     Michael.evanovich@usdoj.gov
- Michelle Heyer     Michelle.heyer@usdoj.gov

As of March 15, 2024, the City's designees are as follows:

- Leigh Anderson     landerson2@clevelandohio.gov
- Mark Griffin     mgriffin@clevelandohio.gov
- Brian Carney     bcarney@clevelandohio.gov
- Delante' Thomas     dthomas3@clevelandohio.gov
- Hannah Macias     hmacias@clevelandohio.gov
- Carlos Johnson     cjohnson2@clevelandohio.gov
- Robert Simon     rsimon@clevelandohio.gov

As of March 15, 2024, the MT's designees are as follows:
- Karl Racine     Karl.racine@hoganlovells.com
- Abby Wilhelm     Abby.wilhelm@hoganlovells.com
- Charles See     Charlessee709@gmail.com
- Victor Ruiz     Victoraruiz@hotmail.com