| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Monitor Invoices by Billing Month | | | | | |
| January | | 80,197.50 | 128,735.36 | 97,664.73 | 71,142.43 | 47,053.00 | 62,620.00 | 59,021.54 | 88,704.09 |
| February | | 59,772.28 | 140,512.40 | 75,988.21 | 65,122.61 | 68,985.11 | 69,540.00 | 56,103.30 | 66,958.73 |
| March | | 129,538.71 | 129,037.47 | 86,116.73 | 75,787.23 | 51,332.50 | 71,250.00 | 92,972.65 | 110,760.95 |
| April | | 99,174.87 | 107,474.65 | 88,125.00 | 71,874.85 | 52,100.60 | 58,485.00 | 72,526.22 | 61,871.72 |
| May | | 59,936.24 | 126,541.59 | 93,534.13 | 65,338.55 | 46,075.00 | 63,030.00 | 65,462.47 | 172,458.03 |
| June | | 89,967.38 | 117,642.30 | 80,230.08 | 83,491.55 | 72,300.00 | 64,188.08 | 92,246.36 | 91,031.34 |
| July | | 22,843.50 | 82,708.79 | 42,170.32 | 75,962.10 | 69,232.50 | 60,214.52 | 107,290.67 | 64,603.82 |
| August | | 89,538.74 | 113,935.25 | 97,456.55 | 81,490.78 | 55,202.50 | 72,366.30 | 92,479.58 | 97,777.76 |
| September | | 88,616.98 | 95,881.96 | 57,732.50 | 37,311.24 | 68,728.50 | 86,328.17 | 123,199.17 | 42,847.15 |
| October | 103,024.89 | 156,310.71 | 109,286.67 | 76,900.65 | 45,822.31 | 64,520.00 | 50,344.31 | 77,180.23 | 85,080.69 |
| November | 94,275.95 | 121,905.65 | 103,515.03 | 47,305.04 | 40,445.84 | 49,045.00 | 55,224.80 | 62,112.11 | 58,231.67 |
| December | 67,600.03 | 138,088.74 | 78,584.07 | 47,320.13 | 53,065.96 | 77,900.00 | 54,307.99 | 69,054.98 | |
| | 264,900.87 | 1,135,891.30 | 1,333,855.54 | 890,544.07 | 766,855.45 | 722,474.71 | 767,899.17 | 969,649.28 | 940,325.95 |
| Total | 7,792,396.34 | | | | | | | | |

(Total Fees/Total No. of Months) x 12 = $954,170.98 annualized per year.

EXHIBIT A