# Exhibit A

June 13, 2023

Mark Griffin
Chief Legal Officer
601 Lakeside Ave., Room 106
Cleveland, Ohio 44114

Timothy Mygatt
Deputy Chief, Special Litigation Section
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Patricia Fitzgerald
Chief, Civil Division
U.S. Attorney's Office, Northern District of Ohio
801 West Superior Avenue
Suite 400
Cleveland, OH 44113

Dear Counsel:

Hogan Lovells US LLP ("the Firm") is pleased to serve as the Independent Monitor ("Monitor") to assess the City of Cleveland, Ohio's ("the City") compliance with the terms of the Modified Settlement Agreement entered into by the City and the US Department of Justice ("DOJ"), collectively, "the Parties," relating to the City's Division of Police (the "Monitorship").

This letter is intended to set forth the understanding between the Monitor and the Parties as specified in the Modified Settlement Agreement filed on March 11, 2022 (Dkt. No. 413-1) (the "Modified Settlement Agreement") relating to the Monitor's payment and its relationship to the Parties. Nothing in the foregoing is intended to modify or supersede the Modified Settlement Agreement.

### *Conflicts of interest and Monitor's relationship to the Parties*

It is understood that the Monitor's appointment does not establish an attorney-client relationship between the Monitor or Firm and the City, any other instrumentality of the City; the Department of Justice, Civil Rights Division or U.S. Attorney's Office of the Northern District of Ohio; or any third party that might allege violations of the Modified Settlement Agreement (each a "Complainant"). Further, it is understood amongst the Parties—consistent with Paragraph 382 of the Modified Settlement Agreement—that, while the Monitorship will prevent the Monitor and those working on this matter from representing anyone in connection with enforcement of the Modified Settlement Agreement, it will not prevent others at the Firm from working for or against any party to the underlying suit or a Complainant so long as such matters are unrelated to the Monitorship. For the avoidance of doubt and out of an abundance of caution, the Parties agree not to assert any actual or potential conflict of interest which may arise from the Firm's representation of a client in any unrelated matter involving the Parties or a Complainant. The term "matter" refers to transactions, negotiations, proceedings, or other representations involving specific parties. Such matters may include agreements, mergers and acquisitions, loans and financing, bankruptcy, intellectual property, real estate, government contracts, procurements or auctions in which the Firm represents another bidder, litigation and administrative proceedings in which the Parties or a

Complainant have an interest. No party to this agreement shall use an unrelated representation by the Monitor as a basis to seek my disqualification from the role of the Monitor nor use the role of the Monitor as a basis to seek disqualification of myself or anyone in my firm with respect to work unrelated to the Monitorship.

In the event that the lawyers working on this matter wish to consult with the Firm's in-house counsel, including its General Counsel, or with outside counsel concerning our own rights and responsibilities in connection with this matter, you understand and agree that any such communications and advice are protected by our own attorney-client privilege, and will remain confidential within the Firm. Any such consultation will not be billed to the City or DOJ.

### *Rates, Staffing, and billing*

As discussed, the Monitor team will include lawyers and staff employed by the Firm and certain individuals engaged by the Firm. We will provide our services on an hourly basis at rates for attorneys and other professionals that may be periodically revised after consultation with the Parties. We expect Karl Racine to serve as the Lead Monitor, with assistance from Stephanie Yonekura, Courtney Caruso, Jay Jones, and Abby Wilhelm, whose discounted hourly rates for this matter are $750. Hogan Lovells Monitoring team members agree to, on a monthly basis, offer 20% of our overall hours pro bono. Monitoring team members engaged by the Firm, and who served the previous Monitor, shall be billed at rates no higher than $250/hr. To the extent additional individuals may be engaged by the Monitor, those individuals shall be engaged pursuant to the Modified Settlement Agreement and billed to the City at cost. The Monitor's travel expenses, and travel expenses for others employed by the Monitor, will be included on its monthly invoices, along with other necessary expenses associated with the Monitorship. Reimbursement for travel expenses (i.e., meals and incidentals) will be no more than the federal per diem rate for Cleveland, Ohio. Monitoring team hotel stays will be no more than the current negotiated hotel rate for the Monitoring team ($159 plus tax), unless standard rooms are unavailable, in which case rates may be higher. Staffing needs change on many matters over time; we will adjust assignments to respond to those needs. Any additional staff that the Firm seeks to add to this appointment will follow the process set forth in Paragraph 358 of the Modified Settlement Agreement.

The Monitor will submit bills to the City and DOJ periodically (usually monthly) for services, including the services of those engaged by the Firm, and will provide both the City and the DOJ with a detailed description of those services and charges. It is understood that the Firm shall pay those separately engaged by the Monitor after receiving payment from the City. Consistent with Paragraph 356 of the Modified Settlement Agreement, the parties will review Monitoring team invoices within 14 calendar days of receipt. Within no later than 14 calendar days after the Court has reviewed and approved of the Monitoring team's invoices, the City will deposit the invoice amount into the Clerk's Office. Failure to deposit the invoice amount within 14 calendar days will result in an annual interest rate of 4%. Per Paragraph 356 of the Modified Settlement Agreement, the City will bear all reasonable fees and costs. Disputes regarding fees and costs will be governed by Paragraph 356 of the Modified Settlement Agreement.

Please acknowledge, in writing, your understanding of the details set forth above.

Sincerely,

Karl A. Racine
Independent Monitor

_____
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

www.hoganlovells.com
_____