# Exhibit B

**Wilhelm, Abby Jae**

| | |
|---|---|
| **From:** | Griffin, Mark ██████████████████ |
| **Sent:** | Friday, January 5, 2024 1:23 PM |
| **To:** | Racine, Karl; Johnson, Carlos; Anderson, Leigh Ph.D; Thomas, Delante; Heyer, Michelle L. (USAOHN; Fitzgerald, Patricia M. (USAOHN; Mygatt, Timothy (CRT; Geissler, Jonas (CRT; Coromelas, Acrivi (CRT; Evanovich, Michael (USAOHN) [Contractor; DeCaro, Sara (USAOHN |
| **Cc:** | Yonekura, Stephanie; Wilhelm, Abby Jae; Perez-Howard, Rubi; Puin, Timothy; Hewett, Amy |
| **Subject:** | RE: For Approval: Sept, Oct., Nov. Invoices |

[EXTERNAL]

## I. Introduction

We have reviewed the November 2023 invoice.  The November 2023 invoice is for $58,231.67.  The discounted hourly rates appear to have been applied correctly.  No expenses were charged, presumably because of the lack of travel to Cleveland.

The narratives are improved over previous invoices in terms of breaking down specific tasks into separate entries; having consistent billing for the same activities by different timekeepers; and including details.  The better-quality timekeeping may be a result of Abby Jae Wilhelm evaluating "City of Cleveland billing issues" with the monitoring team on 11/8/2023 and 11/10/2023, as documented in the invoice.

There are some entries that may bear a second look, and the entries are still somewhat abbreviated and non-descriptive, but overall the incidence of block billing and vague entries appears reduced as compared to previous invoices.

## II. Issues

### A. Billing for Billing

As noted in connection with several previous invoices, the City continues to be billed for the work done by support staff in creating invoices.  Examples in the November invoice of this "billing for billing" include Meg Olsen charges on 11/6/2023 totaling 2.1 hours; a charge on 11/11/2023 for .8 hours ("Work on October invoice and emails to team members with missing information"); and two entries totaling 1.0 hour on 11/14/2023 for invoicing.

Karl Racine also spent .2 hours on 11/14/2023 to address "billing with the Monitoring Team."

### B. Other

It was also noted that Karl Racine billed .3 hours ($180 after the discount) on 11/13/2023 for a conference with "K. O'Brien regarding Consent Decree progress and implementation."  Assuming this refers to Katie O'Brien, senior paralegal, it is unclear if her participation in the monitoring team has been approved, although requested by the Monitor.  If K. O'Brien is not actually approved, it raises the question of whether the City should be billed $180 for bringing her up to speed on the consent decree.

### C. Format

The November invoice would be easier to compare entries if all of the time billed by all of the timekeepers on a certain date were listed together, as opposed to listing the Hogan Lovells timekeepers first then starting over at the first of the month for the Aden Group timekeepers.  As with the September and October invoices, the Description column did not line up evenly with the Date and Name columns, making for difficult reading.

III.  **Conclusion**

Please deduct the charges for "billing for billing."

The City approves the remaining billed items.

---



**From:** Wilhelm, Abby Jae ████████████████████████████ **On Behalf Of** Racine, Karl
**Sent:** Friday, December 22, 2023 8:58 AM
**To:** Griffin, Mark ████████████; Johnson, Carlos ████████████; Anderson, Leigh Ph.D ████; Thomas, Delante ████████████; Heyer, Michelle L. (USAOHN ████████████; Fitzgerald, Patricia M. ████████████████; Mygatt, Timothy ████████; Geissler, Jonas ████████████; Coromelas, Acrivi ████████; Evanovich, Michael ████████; DeCaro, Sara ████
**Cc:** Yonekura, Stephanie ████████████; Racine, Karl ████████████; Wilhelm, Abby Jae ████████████████; Perez-Howard, Rubi ████████████
**Subject:** For Approval: Sept, Oct., Nov. Invoices

Dear City, DOJ:

Attached are invoices for September, October, and November. Please review and approve by no later than January 5.

As part of our firm's regular process, our billing team conducted a review of the previous invoices sent to the Parties and identified two (2) errors. First, we neglected to charge the City for certain transportation-related expenses (taxis, ubers, parking), which are not covered under per-diem. Second, we charged the City the full $69.00 per-diem for the first and last day of travel, when we should have charged only 75%. The combined delta of these charges would result in the City owing Hogan Lovells an additional **$412.49**. We are waiving this outstanding charge so as not to impede the review and payment process for our invoices, which is already very much behind schedule as we await the City's final approval. The attached bills for September, October, and November address any previous miscalculations for per-diem.

| Description | Amount Owed to Hogan Lovells | Amount Owed to the City | Delta |
|---|---|---|---|
| **April/May** | $435.65 | 172.50 | $263.15 |
| **June** | $186.00 | 172.50 | $13.50 |
| **July** | $109.50 | 69.00 | $40.50 |
| **August** | $164.34 | 69.00 | $95.34 |
| **Total** | **$895.49** | **483.00** | **$412.49** |

| Month | Total Per Diem charged | Recalculated Per Diem | Delta |
|---|---|---|---|
| **April/May** | $966.00 | $793.50 | $172.50 |
| **June** | $1,104.00 | $931.50 | $172.50 |

| July | $483.00 | $414.00 | $69.00 |
|------|---------|---------|--------|
| August | $552.00 | $483.00 | $69.00 |
| **Total** | **$3,105.00** | **$2,622.00** | **$483.00** |

Best,
Karl

**Karl A. Racine**
Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.