

# 14TH STATUS REPORT

## CONSENT DECREE



CITY OF CLEVELAND
Mayor Justin M. Bibb

# TABLE OF CONTENTS

Community Police Commission ................................................................................. 3

Community & Problem-Oriented Policing .................................................................. 4

Bias-Free Policing ..................................................................................................... 5

Use of Force ............................................................................................................. 6

Force Review Board .................................................................................................. 7

Crisis Intervention ..................................................................................................... 8

Internal Affairs ......................................................................................................... 10

Office of Professional Standards ............................................................................. 12

Public Safety Inspector General .............................................................................. 13

Data Collection & Analysis ...................................................................................... 14

Training ................................................................................................................... 16

Recruitment & Hiring ............................................................................................... 19

## COMMUNITY POLICE COMMISSION

**The City of Cleveland (City) is pleased to note that the Community Police Commission (CPC) has made considerable progress this reporting period. The City developed an onboarding plan and worked to create a comprehensive orientation and training program for the Commissioners. This plan began implementation in January.**

The Commission held its first public meeting on January 25th, 2023 which included presentations from the City's Public Safety Director, Police Accountability Team Executive Director, Interim Monitor, former CPC Commissioners, and community stakeholders from Citizens for a Safer Cleveland. Since the CPC's orientation, the City coordinated presentations from other City oversight agencies such as the Internal Affairs Unit, the Civilian Police Review Board, and the Office of Professional Standards. The Commission has also engaged in conversation with union and police association representatives, City and County prosecutor offices, and other key leaders within the Cleveland Division of Police ("CDP" or "the Division"). The Commission also received training with respect to the Ohio Ethics Law, Public Records Act, Open Meetings Act, and the Federal Inspector General Act.

The CPC should be commended for the level of engagement displayed during their onboarding experience.

Throughout the reporting period, the Commission approved by-laws and organizational procedures, elected co-chairs, established standing committees to govern their work, convened 10 full Commission meetings and 26 committee meetings, and launched a five-part community conversation series on trauma resulting from resident and police interactions. Additionally, the Commission participated in the Inspector General interview process, attended District Policing Meetings, Civilian Police Review Board meetings, met with the Federal Monitoring Team, and presented before Cleveland City Council.

**The implementation of the CPC has not been without challenges, as systemic change is never easy.**
Setting up new structures, reestablishing lines of communication, and building new relationships, all in a larger battle of trust and accountability is a complicated order, one that many civilian oversight entities across the nation experience. Nonetheless, the City remains confident that through the barriers and challenges, Cleveland can create an oversight model that not only drives compliance but also builds community confidence.

## COMMUNITY & PROBLEM-ORIENTED POLICING

This reporting period marks several important milestones the Division has achieved in Community & Problem-Oriented Policing (CPOP). March marked a full year of CPOP data collection, providing the Division with more information on the problems affecting the City and efforts by officers to work with the community to resolve issues. These forms capture the work conducted by members to help resolve community issues. Capturing these CPOP efforts has posed a challenge, however, the Division is committed to identifying deficiencies in the data collection form and developing ways to improve this data collection.

The Division developed a robust in-service CPOP training curriculum highlighting the SARA model as the primary method the Division utilizes to engage in CPOP work. As with any training, there is always room for improvement. Based on feedback the Division received via the Monitoring Team, the Training Division has begun incorporating changes to improve classroom management and training delivery.

Additionally, the City applied to receive technical assistance from the United States Department of Justice's (DOJ) Community Oriented Policing Services (COPS) Collaborative Reform Initiative Technical Assistance Center (CRI-TAC) to assist with CPOP. With this technical assistance, the Division will work collaboratively with subject matter experts to identify where any deficiencies lie and develop actionable steps to advance the Division's CPOP work.

CPOP is not an activity that can be implemented overnight. Execution requires consistent efforts to develop partnerships with the community as well as foster collaboration among stakeholders. The Division is working hard to incorporate the foundational principles of CPOP into policies and training and are now seeing the growth of CPOP in action.

## BIAS-FREE POLICING

**The Division of Police has continued incorporating bias-free policing into its training and operations throughout the reporting period.**

The Division of Police's Training Section has developed training for the Division's continuous professional training (CPT) that incorporates bias-free policing through various adult learning techniques, including scenario-based training, video analysis, classroom participation, and mentoring. The Training Section continues to work collaboratively in developing supplemental training regarding District Awareness and Supervisory Training, both of which are to be delivered to members during the current reporting period.  The Bureau of

Compliance is working with the Data Team to develop a data-based system for the Officer Intervention Program (OIP), development of Performance Management tools, and policies incorporating bias-free policing.

While the Division has continued providing bias-free policing, it is not without challenges.

**As the Division becomes more data-driven in its operations, the systems and processes for collecting the necessary data need to be improved.**

The Division continues to explore a system that can provide the needed data in a fashion that can be customized to the Division's needs while reducing the data entry burdens of members. Recruitment is an obstacle to police agencies across the country. The Division has sought technical assistance with recruitment to ensure our processes attract and identify individuals best suited for the police profession.

As the Division strives to improve its operations continually, we continue to provide bias-free policing training annually through CPT, and complete supplemental training in district awareness and supervisory training during this reporting period.

## USE OF FORCE

Since the inception of the Settlement Agreement, CDP has been particularly focused on improving the use of force policies, procedures and training, while ensuring that Division members are using force that is appropriate and Constitutional. The Division has implemented use of force policies and training that accomplish these goals. The Division has also made strides in the tracking of uses of force to create the necessary feedback loops to continually ensure Constitutional uses of force. Since the implementation of the updated use of force policies and data systems, the Division annually reviews the use of force policies and when necessary, updates those policies based on information from numerous sources.

Initially, recommendations for improvement came from the research of policing best practices and recommendations from the supervisors who investigated officers' uses of force. Additional information was gathered from recommendations made by the Force Review Board (FRB), followed by an analysis of the data collected regarding uses of force. This data is presented to district leadership in real time through the use of Power BI reports, permitting supervisors to sort the data in ways that allow them to identify trends in the use of force by the officers they supervise. This data is presented monthly to District Captains during CDP Stat where the identification of patterns and analysis for why patterns may exist occurs.

CDP Stat serves as a regular meeting that fosters collaboration and promotes the flow

5

of information across individual districts to better inform policing across the city. Another source of recommendations, and accountability, comes from the Internal Affairs Unit through its investigations, which can identify needed improvements to policy, training, and equipment used by officers. The developed feedback and collaboration have resulted in improvements to Division policy, training of officers and supervisors, and the awareness of Division supervisors.

**The Division recognizes the need to improve the review systems for uses of force to complete use of force investigations within set timeframes.**

The Internal Affairs Superintendent updated the procedures within the Internal Affairs Unit to accomplish this goal and the Division is monitoring its data systems to improve the timeliness of investigations completed by District supervisors.

The Division remains committed to sustaining its advancements and ensuring appropriate and Constitutional uses of force through systems such as supervisor and Internal Affairs investigations, FRB reviews, and data collected. While maintaining these practices, the Division continues to evaluate and enhance systems for identifying trends and patterns, thereby increasing its capacity for self-reflection and continuous improvement to better serve the Cleveland community.

### FORCE REVIEW BOARD (FRB)

Over the last five years, the Division saw a significant decrease in uses of force. The City developed data collection systems that enable CDP to track uses of force, allowing for self-identification of force trends and analysis occurs through processes such as CDP Stat and the FRB. The Monitoring Team noted in the prior two semi-annual reports that the Division has used force consistent with policy and the Consent Decree, with the chain of command appropriately addressing problematic uses of force.

CDP's FRB began meeting in 2021 and reviews all Level 3 cases and a random selection of Level 2 use of force incidents. The FRB has held nineteen (19) meetings and reviewed seventy-two (72) Level 2 and Level 3 use of force cases since its inception. As a result of FRB meetings, the Board recommended re-training for both individual officers and Division-wide training. This included CEW/Taser handling, supervisor beanbag shotgun training, FIT, and supervisor reporting. The Board also made equipment recommendations, specifically regarding the wearable camera system, and recommendations for officer commendations. All FRB recommendations are tracked and recorded in both the IAPro database and through checklists completed at each FRB meeting.

The Division looks forward to continuing the improvement of our critical data analysis of uses of force through expanded data analysis, more critical discussion of Level II

and Level III uses of force within the FRB, as well as continuing our commitment to constitutional policing.

## CRISIS INTERVENTION

The CDP Crisis Intervention Team (CIT) had a busy and productive first half of 2023. Lt. John Mullin was named the new CIT Coordinator for the Division in February 2023 and works along with Officer-In-Charge Sgt. Maggie Crespo.

### Training

To facilitate understanding of the recent three Court approved Crisis Intervention Team GPOs, CDP put out Learning Management Systems training and a test for the entire Division. "Get to know CIT" virtual roll calls were presented to the Division with a question-and-answer portion as well. The Division had one (1) Specialized Crisis Intervention Team (SCIT) class graduate in March with 18 officers in attendance. With the two remaining classes for 2023, we expect to have 27-35 additional officers with this training for the year. For In-Service training, the Division circulated a CIT Training Survey to Division members to ask for topics they would like to see being taught related to CIT. Additionally, with the assistance of members of the ADAMHS Board, Dispatcher Training was created and sent to various groups for feedback and suggestions.

### Collaboration

The Crisis Intervention Team works closely with community organizations to increase awareness in the community regarding CDP's CIT program and collaborate on ways to improve CDP's crisis intervention response.

Leadership of the Mental Health Response Advisory Committee (MHRAC) shifted from the ADAMHS Board to the City of Cleveland Public Health Department. Lt. Mullin gave an in-person presentation to CPC members about the purpose and status of the Division's Co-Responder Teams and SCIT Officers. CIT leadership and Co-Responder Teams met with Cleveland State University (CSU) to provide assistance and insight on starting a Co-Responder Team program. Lt. Mullin & Sgt. Crespo were also guest speakers for CSU School of Social Work "Presentation and Conversation: Our Local Mental Health Crisis Emergency System". Further, a Co-Responder Team gave a presentation to the Starlight Baptist Church to let community members know about our program and the benefits.

The Crisis Intervention Team collaborated with mental health and homeless services organizations, Cuyahoga County Court personnel, Co-Responder Teams, Witness/Victim Services, Business Owners and others to create and follow through with care plans for persons in crisis where other methods continue to be ineffective. CIT leadership also worked with the Cleveland Clinic Police Department to finalize a Divisional Notice to clear up confusion and to provide guidelines to CDP Officers dropping off CIT patients to area hospitals.

**Growth**

The Division is looking to expand the Co-Responder Unit to 10 teams, which would provide coverage on both day shift and afternoon shift in all five police districts. CDP replenished the Co-Responder Teams so now all five police districts have a Co-Responder Team. Moreover, the City added a 6th officer and is awaiting his clinician partner. The current teams now respond to live calls in addition to following up on calls handled by our patrol section.

Lt. Mullin began updating CDP's Specialized Crisis Intervention Plan (SCIP), which had not been updated since 2017. The SCIP shows how many officers the Division trained to become a Specialized Crisis Intervention Team Officer (SCIT) and learned what district and shift those officers are assigned. This plan shows the Division which districts and shifts need more SCIT Officers.

The Division currently has 99 Designated SCIT Officers, including 70 on Basic Patrol, and 29 in support units. The Division has 90 Field Training Officers and currently 55 of them have gone through the SCIT Training (61.1%).

**Numbers**

Percentage of CIT calls that a SCIT Officer was on scene for:
- 2023- 4,531 CIT Calls- SCIT on scene for 38.03% (As of 11/21/23)

Use of Force Incidents during Crisis Intervention Team Calls:
- 2023- 4,531 CIT Incidents- 20 Uses of Force (0.44%) (As of 11/21/23)

The CDP Crisis Intervention Team looks forward to the opportunity to grow this program and show the community that the CDP is dedicated to our CIT program, with the ultimate goal of having a SCIT Officer respond to all calls where a person is in crisis.

## INTERNAL AFFAIRS

Historically, the staffing levels in the Internal Affairs Unit were at one Superintendent, one Lt. (OIC), and ten (10) Sgt. investigators.  During the last quarter of 2022, the Unit saw increased vacancies due to transfers, promotions, and retirements.  Four new investigators were assigned to the Unit by the end of 2022; and during the first half of 2023 a significant and time intensive task accomplished was the training and integration of these four individuals into the standard operations and compliance requirements of the Unit.

In 2023, Lt. Cajka transferred to the Unit as the new OIC leaving just three positions vacant due to organizational staffing

8

challenges. The Unit made operational adjustments to continue at a lowered staffing level and prioritized familiarization and expectation setting for the more than 50% of newly appointed staff during this reporting period.

As a result of the influx of newly assigned members to the Internal Affairs Unit, the Division contracted with RB Means & Associates, LLC to provide basic Internal Affairs Investigations training. This company provides training nationwide and has done so for other agencies under federal oversight (e.g. Los Angeles County Sheriff's Department). Beginning on February 13, 2023, 24 hours of basic internal affairs training was provided to the entire Internal Affairs Unit as well as the Inspections Unit and other select candidates from CDP Units such as Policy, Bureau of Compliance, Academy, Intelligence and patrol districts.

### FIT Training

Recognizing a need for formal interview training and in accordance with Section X B of the FIT Manual, new members of Internal Affairs were detailed to attend Interview and Interrogation for Law Enforcement, hosted by the Division Homicide Unit and the Northeast Counterdrug Training Center at the Independence Civic Center. The four newest appointments to the Unit successfully completed the 24-hour course.

Furthermore, Sgt. Sheehan completed coursework with the Force Science Institute and became a certified Force Science Analyst. Sgt. Sheehan shared information from this training at subsequent Unit meetings to better equip all Unit members with knowledge of the biomechanics of force as required in the FIT Procedural Manual.

### Work with OPS

IA worked with closely with Interim OPS Administrators Jonathan Cudnick and Thomas Fisher to ensure seamless operations until the appointment of the new permanent OPS Administrator, Marcus Perez. Initial meetings and communications were established at that time to maximize efficiencies and make sure that inter-agency referral processes were tracked.

The IA Superintendent and new OPS Administrator Perez initiated periodic meetings and communications protocols starting this half to ensure that transfers of cases between the units are tracked and monitored.

### General Unit Updates

Sgt. Simonelli completed the Leadership in Police Organizations (LPO) training hosted by the Division and designed by the International Association of Chiefs of Police over a three month period this first half of 2023. A significant component of 1st half 2023 Unit accomplishment was the assimilation of five new members into the Unit (63% of the staff) into positions where they were now responsible for and sometimes unfairly taking the blame for actions of past investigators and administrations while making significant compliance directed operational changes.

**The Internal Affairs Unit is also proud of the individual casework accomplishments of the investigators.**

This includes cases where officers were objectively exonerated, cases where officers

were correctly held to account both criminally and administratively, and cases where policy, training, and equipment issues were identified with recommendations made to improve operations for the entire Division.

## OFFICE OF PROFESSIONAL STANDARDS (OPS)

The Office of Professional Standards (OPS) successes and challenges during the reporting period consisted of various tasks and responsibilities that were led by several full-time staff members acting on an interim basis for the top management positions within the office.

The Administrator position was held by two different outside City staff members during separate terms who guided the office to the best of their ability from January until May 1, 2023. An interim Sr. Investigator was selected from within the agency that supervised the day-to-day staff of investigators and their case load.  In May of 2023, a new Data Analyst, permanent Administrator and full-time Investigator were all on-boarded to join the staff.

In terms of Community Engagement, brochures and printed materials along with a QR code were developed explaining the OPS mission. They were printed in various languages and distributed throughout the community. Programs and presentations for youth, community centers and city events have been planned and implemented with the Community Engagement Officer. Extensive planning for interactive meetings with other city departments and community partners has been in process.  Plans were in discussion to schedule several meet and greet functions to continually inform the citizens of our community engagement efforts and explain what OPS does and how to contact our office to file complaints alleging misconduct by CDP member(s).

Citizen Complaint Forms in both English and Spanish were distributed to all (5) CDP Districts, City Hall, and local libraries. CDP distributed those complaint forms within their district offices and within their district zone cars for officers to have readily available should a citizen request to file a complaint.

Investigators joined online trainings put on by NACOLE (National Association for Civilian Oversite of Law Enforcement) in both March and May 2023.  Investigators attended a refresher training of WCS (Wearable Camera Systems) in June. All employees completed training modules on Ethics, Diversity and Inclusion in June.

For statistical purposes, and to visualize trending of complaints, data metrics were established for the tracking of type, number and nature of complaints by district, gender, and race and throughout the investigative process the status of complaints based on these metrics. In addition, statistical data can show separate trends in allegations of biased policing, unlawful stops, searches and arrest, and excessive force.

From January 2023-June 2023, OPS received **156 new complaints** and completed **132 investigations.** From January 2023-June 2023, The CPRB **heard**

10

**72 cases** and made findings on **214 total allegations**.

## PUBLIC SAFETY INSPECTOR GENERAL

The City continues the work to fill the role of the Public Safety Inspector General. According to the Settlement Agreement, the role of the Police Inspector General reports up to the Chief of Police but is tasked with the oversight and accountability of the Division of Police. In agreement with the Monitoring Team and the Department of Justice, the City is looking to amend the Settlement Agreement to make changes to this position and the reporting structure outlined in the Agreement. The City looks forward to collaborating with the Parties to create this Amendment and allow for more independent oversight for the Inspector General within the City.

Historically, the City has faced hardships in filling this vacancy due to the lack of qualified candidates for the position. This position has been vacant since January 2021. Since then, the City posted the job three separate times in an attempt to find suitable candidates for the role of Inspector General. In February 2023, the City received 52 applications. Interviews were conducted with four (4) candidates after two (2) withdrew their applications. The City selected three (3) candidates to move on to next round interviews, however two (2) of the finalists decided to withdraw their applications. The remaining candidate met with the CPC for a Q&A before making a recommendation to the Mayor. Unfortunately, after being offered the role, the remaining candidate accepted a job offer with a different jurisdiction.

Although the City encountered numerous roadblocks during this hiring process, we remain committed to filling this critical position and are actively seeking out potential solutions to attract qualified candidates to the position.

## DATA COLLECTION & ANALYSIS

CDP continued to make significant progress in Data Collection and Analysis during the reporting period. The Data Team completed a substantial amount of work across numerous areas including but not limited to: annual reporting, CDP Stat monthly meetings, and automated internal reporting.

### Annual Reporting

The Data Team submitted three annual reports to the Monitoring Team and Department of Justice. This includes the annual Crisis Intervention Report[1], the annual Outcome Measure Report, which consists of more than 700 rows of data across a wide range of data collection areas,

and the annual Use of Force Report (pending publication).

### CDP Stat Monthly Meetings

The Data Team held six CDP Stat meetings which covered Search & Seizure, Crisis Intervention, Use of Force, Internal Affairs, Community Engagement and Community and Problem-Oriented Policing, and Data Utilization and Quality Assurance. These meetings are attended by District Captains and allow for the Districts to review data trends occurring in their District and engage in conversations on how different Districts address problems.

### Automated Internal Reporting

The full-time Data Team employees are members of the Power BI[2] Pilot Committee. Spurring from this involvement, the Data Team members created eight Power BI reports, available on the Division of Police SharePoint site. Additionally, the Data Team members collaborated with various units across the Division to create unit specific Power BI reports.

One of the main obstacles for the Data Team is unclean data. The current Computer Aided-Design (CAD) system, the Law Enforcement Records Management System (LERMS), and data collection forms are tracked in four separate systems that do not automatically connect, requiring a significant amount of time and effort to bridge the systems. Officers enter identical information in multiple systems, thus increasing data redundancy and the likelihood of data entry error. To improve data validity, the Data Team provides the Bureau of Compliance with error reports, which detail corrective actions. Additionally, the Data Team assisted on an Internal Affairs quality control project where data fields that have been improperly used or left blank in the electronic tracking software were identified and corrected.

As the Division has become more data-driven in its operations, the need for resources to analyze and utilize that data has increased. The Division has continued progressing through its partnership with the Begun Center of Case Western Reserve University, however it will need to dedicate more resources to ensure that Division can use the data collected to identify best practices and continuously improve. The Division is also working with Urban AI and IT to provide public facing reports accessible to the public to provide more transparency of the Division's operations.

Moving forward, the Data Team is focusing on a number of tasks. First, the Data Team is working on finalizing the first CPOP annual report. Second, the Data Team is working on its first annual Search and Seizure report. Third, the Data Team continues to hold monthly CDP Stat meetings and during each month spends time improving the quality and content of the report. Fourth, in collaboration with the Bureau of Compliance, the Data Team is expanding the number of quality assurance reports. Finally, the Data Team remains focused on furthering CDP data utilization and collaborating with various units across the Division to meet their reporting needs.

## TRAINING

**During 2023, the Division provided 40 hours of in-house continuing professional training, complemented by 24 hours of mandated Ohio Peace Officer Training Commission (OPOTC) online coursework through OPOTA Online.**

Additionally, online assignments were provided throughout the year, addressing policy updates and procedural changes, ensuring our officers stayed abreast of the latest developments in law enforcement.

### 2023 Annual In-House Training Sessions:

Session I (8 hours):

- The Training Section developed and delivered crucial crowd management training while conducting a comprehensive inventory of all officers' Personal Protective Equipment (PPE). This session, encompassing policy updates, PPE fitting/inventorying, and field force maneuvers, aimed to enhance officers' preparedness for diverse situations.

Session II (24 hours) This extensive session covered a range of topics:

- High-Stress Firearms Scrambler Exercise: For the first time, a high-stress and critical-thinking firearms scenario was introduced to all Division members, enhancing their decision-making skills under pressure.

- Low-Level Light Scenarios: conducted to refine officers' handling techniques in challenging lighting conditions.

- Crisis Intervention Training: A focus on suicide awareness and response was integrated, ensuring officers were equipped to handle sensitive situations with empathy and professionalism.

- Community and Problem-Oriented Policing: This session provided valuable insights into our Division's Policy and CPOP data collection strategies. Officers gained practical knowledge and skills to succeed in community engagement and Problem-Oriented policing efforts.

- Taser 7 Recertification and Use of Force Policy: A four-hour module focused on Taser 7 handling techniques and key aspects of the Use of Force policy. The session included a role-play scenario-based evaluation, enhancing officers' practical skills and certification deployments.

- Critical Injury First Aid and Narcan Administration: Officers received

13

training in administering critical injury first aid and Narcan, reinforcing our commitment to public safety and emergency response.

Session III (8 hours + Online Learning Assignment):
- An e-learning assignment reviewed the essential Use of Force, Search and Seizure, and Bias-Free Policing policies, delivered through our Learning Management System.
- The in-person session included integrated reality-based scenarios assessing various aspects of use of force, search and seizure, and bias-free policing policies. Real video scenarios were reviewed, emphasizing key policy aspects and promoting ABLE strategies and intervention techniques.

## Academy Classes

The Training Section successfully graduated the 152nd Academy class while initiating the 153rd and 154th Academy classes. These academies, demanding nearly 1,100 hours of training mandated by the State of Ohio and CDP, represent our dedication to shaping the next generation of skilled law enforcement officers. All graduates from the 152nd Academy Class are currently in the Field Training Program.

## Field Training Program

In 2023, a total of 36 Division members from Academy Class 148, 150, and 151 successfully completed the Field Training Program (FTP). Additionally, ten dedicated Division members achieved certification as Field Training Officers (FTOs) through a voluntary application process, including a rigorous panel interview. This comprehensive evaluation encompassed a thorough review of their work history, supervisor recommendations, accolades, disciplinary records, use of force instances, community engagement activities, and other pertinent factors.

These certified FTOs contribute significantly to our extensive pool of Divisional trainers and eagerly anticipate guiding the upcoming graduates of the Academy. Furthermore, the Field Training Program is currently undergoing updates and amendments to align with current training demands. These modifications result from recommendations by the Training Review Committee (TRC), insights from national best trends, and the invaluable input of an internal CDP committee comprising diverse Division members.

While there is optimism regarding the timely implementation of these changes, the emphasis lies on ensuring their effective integration, with consideration for the unique circumstances taking place within the Division.

## Supervisor Training

During the latter part of 2022, CDP engaged in a collaborative partnership with Polis Solutions, a reputable training consultancy, to formulate a supervisory training program. This particular module is strategically designed to instill essential critical thinking

and problem-solving skills within the supervisory echelons of CDP. Leveraging internally captured wearable camera footage, we crafted leadership development exercises that challenge supervisors to assess the legal, administrative, tactical, ethical, and social considerations of each incident. The e-learning preload activity will be assigned during Q4 of 2023, with the classroom portion following in Q1 of 2024.

### Training Review Committee (TRC)

The TRC meets at least annually to conduct a thorough needs assessment that is used to revise and update an effective and realistic training plan for CDP's annual training. This needs assessment identifies areas in which training would assist in aligning individuals' performance and skills to the contemporary organizational mission and goals for providing professional and respectful service in a constitutionally afforded manner. Equally as important as identifying apparent shortcomings is the need to identify the successes and expand upon them.

Further, effective training methodologies that serve to improve members' knowledge and performance in the field are critical to achieving learning success. The intention of this needs assessment is to provide training strategies that reduce or eliminate the gaps between organizational goals and expectations for individual Division members' performance or enhance current effective practices. This assessment incorporates a wide range of source information, including but not limited to:

- Historical data and trends
- Member and community feedback
- Course evaluations and surveys
- Training Review Committee input and feedback
- National, state, and local policing best practices
- Legal updates and trends
- Prosecutor Feedback
- Ohio Peace Officer requirements and mandates

While existing data sources are used to offer potential important training topics, survey information, input from members, community input and feedback, and Training Section personnel provide valuable insight into key training concepts and areas.

### Continuous Improvement and Transparency

The training initiatives were not without challenges. However, our proactive approach involved addressing these challenges head-on. The Training Section actively sought feedback from officers, community members, and various committees, including the TRC. Historical data, course evaluations, and surveys were meticulously analyzed to identify areas of improvement. We are committed to transparency and open communication, ensuring that every stakeholder's voice is heard in shaping our training programs.

By fostering a culture of continuous learning and embracing feedback, we are confident in our ability to provide the highest quality training, aligning individual performance with our organizational mission and goals.

## RECRUITMENT & HIRING

Public Safety recruitment has not been immune to the hiring and retention crisis impacting jurisdictions across the country. Law enforcement recruiting has been difficult and evolving in a downward trend for some time. Recruitment has been impacted by a decrease in the viable population for law enforcement employment, emerging trends in the societal environment, the perception of policing, and exacerbated by numerous national events shared by the media and social media. These and work-related difficulties, which are embedded in the job description, all make recruiting for police, to say the least.

**Though we face these issues we are committed, with support of Chief Director Drummond and the Public Safety Administration, to continuing to hire the best and brightest candidates, not sacrificing quality for quantity.**

The citizens of the City of Cleveland deserve public safety divisions reflective of the community and the highest quality service.

This reporting period, much progress for recruitment has occurred. First, Public Safety has centralized recruitment for Police, Fire, and EMS into one team, the Public Safety Recruitment Team (PSRT). The PSRT has returned to the pre-COVID event schedule, allowing for more frequent events such as public career fairs, college career fairs, safety meetings, school visits, and public safety tours. This change in schedule has allowed PSRT to increase the number of partnerships with stakeholders as well as maintain partnerships that diminished during the pandemic.

Additionally, the PSRT was made aware that it may be challenge for some applicants to pass the physical agility requirements. Therefore, the team has reestablished conditioning camps that are open to the public to join, which provides opportunities for current and future applicants to prepare for the test. These camps are held every Saturday at 11 am at the Public Safety Training Center.

Successes in recruitment have not been without obstacles. The PSRT hears complaints surrounding the complexity of the hiring process, lack of communication, and barriers to testing. Moving forward, Public Safety is committed to addressing these concerns through providing hiring assistance to potential applicants and working with Civil Service and the National Testing Network to streamline the hiring process and remove barriers to testing. Additionally, the PSRT will be working to expand opportunities to create a school to career pipeline with CMSD and Higher Learning Institutions.