UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

At the status conference in the within case on April 22, 2024, at 1:00 p.m., counsel for the parties, and the Monitor, shall be prepared to discuss the following topics:

1. Monitor Overview of the 14th semiannual report;

2. Assessment updates in the areas of Crisis Intervention, Use of Force, and Search and Seizure; and

3. Community Oversight

    a. Community Police Commission ("CPC") updates regarding the CPC's document request and review process;

    b. Developments during the reporting period regarding the Office of Professional Standards.

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 17, 2024