Exhibit 2

| CPC Document Requests | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Date Sent to City | Date Fulfilled by City | Status | Days Delayed | Objections? | Status Update | Notes |
| OPS Case #2019-0141.  Complainants name is Dorinza Johnson. a copy of the original complaint Any investigator records or files related to the complaint, and redacted body cam footage. | 27-Dec-23 | 2-Feb-24 | Complete | 37 | | | |
| ALL records related to the recent appointments of CDP Commanders. This would include but is not limited to:<br><br>Divisional Notices<br>Job Descriptions<br>All resumes received<br>All Form 1's received<br>Any procedures or protocols for assessment of candidates<br>Any rubrics or score sheets utilized to assess candidates<br>List of person(s) involved in interview process<br>List of Candidates interviewed<br>Any records or recordings of interviews<br>Any emails related to this topic between candidates and/ or members of the selection process | 15-Feb-24 | 22-Feb-24 | Complete | 7 | | | |
| All exit interviews, surveys, and related documents that have been completed for CDP officers who have left the Division. If there is any concern over the content, please have the Division immediately provide us with a list of the materials they possess on the departure, termination, or quitting of individual officers who have left the Division. | 18-Jan-24 | 5-Feb-24 | Complete | 18 | | | |
| Updated written plan(s) for recruitment or retention. | 29-Aug-23 | 27-Sep-23 | Complete | 29 | | | CPC needs to verify this request. |
| Contracts for purchase of new surveillance technology and bid requests by the City of Cleveland which will be utilized in the RISE initiatives. | 29-Aug-23 | NEED DATE | Complete | NEED DATE | | | CPC needs to verify this request. |
| Policies, procedures and MOUs or agreements related to increased or expanded use of surveillance technology and A.I.-assisted data analysis via the Real Time Crime Center. | 29-Aug-23 | NEED DATE | Complete | NEED DATE | | | CPC needs to verify this request. |
| The current draft of the updated pursuit policy referenced at the recent City Council Safety Committee meeting, if one exists. | 29-Aug-23 | NEED DATE | Complete | NEED DATE | | | CPC needs to verify this request. |
| Any memorandums, memos, divisional notices or agreements regarding inter-jurisdictional police pursuits in Cleveland or drafts of such documents. | 29-Aug-23 | NEED DATE | Complete | NEED DATE | | | CPC needs to verify this request. |
| All Brady/ Giglio Letters from County Prosecutor | 17-Apr-23 | 13-Jun-24 | Complete | 423 | | | |
| Police Inspector General Applications from 2021 Search | 23-May-24 | NEED DATE | Complete | NEED DATE | | | |
| Any and all materiasl related to a police officer against whom a lawsuit has been threatened or filed, or for whom the City has paid a settlement to obtain a liability release, or against whom there has been a court judgment for alleged misconduct. | 27-Oct-23 | | Partially Complete | 175 | | | Partially Responsive Documents Provided March 27, 2024. |
| 1. Computer Aided Dispatch (CAD) incident records for all pursuits for years 2020 -2024 (through Q1)<br><br>2. Computer Aided Dispatch (CAD) incident records for pursuits that were terminated by supervisors or officers for 2020 -2024 (Q1)<br><br>3. RMS reports that are associated with vehicle pursuits or vehicle pursuit terminations as referenced in GPO 3.2.02 for years 2020 -2024 (Q1)<br><br>4. Accident Investigation Unit (AIU) Reports and OH-1's for accidents related to "pursuits" by the Cleveland Division of Police or other agencies whose pursuits resulted in accidents in Cleveland (investigated by Cleveland)  for 2020 - 2024 (Q1)<br><br>5. Divisional training records for Emergency Vehicle Driving or Pursuit Driving classes conducted by the division in 2020 - 2024 (Q1) | 2-Apr-24 | | Partially Complete | 17 | | | Documents responsive to 1, 2, and 5 were sent on April 12, 2024. |

| Request | Date | | Status | Days | | | Notes |
|---|---|---|---|---|---|---|---|
| 1. Any GPO's or Divisional Notices governing the use of Drones or unmanned aircraft/ unmanned ground vehicles<br><br>2. Any GPO's or Divisional Notices governing the use and response of ShotSpotter<br><br>3. Any GPO's or Divisional Notices governing the use of Automated License Plate Readers<br><br>4. Any other GPO or Divisional Notices dealing with surveillance technology and or surveillance software utilized by the division of police (except of body cameras)<br><br>5. Any other supporting documents that show progress in meeting any of the concerns or recommendations made in the May 9th report. | 5-May-23 | | Partially Complete | 350 | | | Partial Response on May 8, 2023. |
| Monthly updates/reports from the City Law Department on litigation against Cleveland Division of | 21-Sep-23 | | Pending | 211 | | | City indicated in February 23, 2024 memo that it expected to complete by March 1, 2024. |
| Memos, written agreements, etc between City of Cleveland and partnered agencies related to the Rise Initiative. | 29-Aug-23 | | Pending | 234 | | | CPC needs to verify this request. |
| Policies, procedure, and divisional notices related to the city and CDP's violence reduction efforts, the work of the Violence Reduction Task Force, and related work on crimes of violence, gang activity, drug enforcement and fugitive apprehension with a focus on hot spots, problematic locations and streets. | 29-Aug-23 | | Pending | 234 | | | CPC needs to verify this request. |
| Other information, policies, procedures or MOUs/agreements related to plans for aggressive enforcement and increased police visibility. | 29-Aug-23 | | Pending | 234 | | | CPC needs to verify this request. |
| Most up-to-date top tier crime reports. | 29-Aug-23 | | Pending | 234 | | | CPC needs to verify this request. |
| All the written documentation contained in these case files (no bodycam etc. needed):<br>Alford: OPS 2022-0257<br>Blackwell: OPS 2022-0134 (DBI 2922-0094)<br>Blade: OPS 2021-0101<br>Carrucini: OPS 2022-0103<br>Durichko: OPS 2021-0048 | 31-Jul-23 | | Pending | 263 | | | Initial objection by CPRB's legal counsel on August 9, 2023, citing improper request. Following new guidance, the City withdrew objections. City indicated in February 23, 2024 memo that it expected to complete by March 1, 2024. |
| All drafts of the Division's Integrity Policy regarding the identification of CDP officers under Brady, Giglio, and related case law. Please include all drafts written by Chris Viland, the City Law Department, and any other entities. We would like all drafts of the CDP Integrity Policy related to its Brady and Giglio obligations. | 18-Jan-24 | | Pending | 92 | | | |
| The CPC, via the accountability committee, and in accordance with its bylaws, is requesting all CPRB/ OPS records on file pertaining to OPS Complaint 2022-0116. | 15-Feb-24 | | Pending | 64 | | | |
| the use of force records for all applicants for the 4th District and Bureau of Special Services Commander positions.  * ammended to only the last five years that the candidate worked on the street | 26-Mar-24 | | Pending | 24 | | | |
| The most comprehensive human resources disciplinary file on all CDP officers disciplined from 2022-23. We believe the correct file is colloquially called the "Chief's File". If not, please have the City provide the most comprehensive and inclusive disciplinary file available on each charged CDP officer from 2022-2023. We look forward to the City fulfilling this request in accordance with the Consent Decree, Charter 115-5, and associated rulings. | 27-Oct-23 | | Pending | 175 | | | City objected on February 1, 2024. |
| Files and reports for all 2021-2023 cases involving a BRAZOS form completion or a mental health | 18-Jan-24 | | Pending | 92 | | | CDP provided disposition letters, exit interviews for relevant officers. CPC deemed these insufficient; CDP objected on February 1, 2024. |
| Disciplinary records for all applicants for the Commander for the Bureau of Special Services and 4th District Commander. | 5-Mar-24 | | Pending | 45 | | | |

| Training | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Date Sent to CPC | Date Approved by CPC | Status | Days Delayed | Training Start Date | Status Update | Notes |
| 2024 INS for SCIT Officers | 10-Apr-24 | Not Yet Approved | Pending | 9 | | | |
| ASP/OC Requalification | 26-Jan-24 | 1-Mar-24 | Approved | 35 | 12-Feb-24 | | |
| Pistol Requalification | 26-Jan-24 | 1-Mar-24 | Approved | 35 | 12-Feb-24 | | |
| Taser Requalification | 26-Jan-24 | 1-Mar-24 | Approved | 35 | 12-Feb-24 | | |
| Shotgun Requalification | 26-Jan-24 | 1-Mar-24 | Approved | 35 | 12-Feb-24 | | |
| ABLE Training | 26-Jan-24 | 1-Mar-24 | Approved | 35 | | | |
| 2024 Training Plan & Needs Assessment | 12-Jan-24 | Not Yet Approved | Pending | 98 | 1-Jan-24 | | December 1 email from H. Macias indicates approved; March 1 email from S. Benito indicates this has not been voted on yet. |
| 2024 Crowd Management & Subject Control | 31-Oct-23 | Not Yet Approved | Pending | 171 | | | |
| FRB Training | Not Sent | Not Yet Approved | Pending | n/a | | | |
| Dispatch Training | NEED DATE | Not Yet Approved | Pending | n/a | | | |
| 2024 CIT INS for all CDP | NEED DATE | Not Yet Approved | Pending | n/a | | | |