UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | <u>STATUS CONFERENCE ORDER</u> |

On April 22, 2024, at 1:00 p.m., the court held the 14th Semiannual Status Conference in the within case, on the record, with counsel for the parties and the Monitor, Karl Racine ("Monitor"). As indicated by the court's Order setting the agenda for the 14th Semiannual Status Conference (ECF No. 525), at the hearing, the parties and the Monitor discussed, among other things, the work of the Community Police Commission ("CPC") and the Office of Professional Standards ("OPS"), and the challenges both entities have experienced with accessing documents needed to perform their community oversight duties. Relevant to this discussion was the City of Cleveland's (the "City") pending Motion for Relief From or Extension of Time for its Obligation to Produce Records in Response to Request from the CPC (ECF No. 507). After further discussion with the parties on the matter, the court determined that the City should produce the following information to the Monitor and the Department of Justice ("DOJ") by May 13, 2024, with respect to the CPC's outstanding requests from October 27, 2023, and January 18, 2024:

- the volume and page counts for the requested documents
- the type of information included in the requested documents
- the type of information to be redacted from those documents
- the City's basis for making those redactions
- a redaction log akin to a privilege log

This process, if successful, may be used as a starting point for managing the outstanding CPC document requests. Accordingly, the court hereby schedules a telephonic status conference for May 22, 2024, at 2:00 p.m., for the parties to provide an update on the above, upon which time the court will determine if any additional refinements need to be made to the above-described process. At the semiannual conference, the court also ordered the City to provide an update to the Monitor and DOJ regarding OPS's document request process, the City's basis for denying OPS access to documents and making redactions to those requests, as well as the type of information being redacted from OPS documents. The City shall also provide the Monitor and DOJ with this update with respect to OPS by May 13, 2024.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 23, 2024