UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15-cv-1046-SO |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | CITY'S NOTICE OF COMPLIANCE |
| CITY OF CLEVELAND, | ) | WITH COURT ORDER DATED |
| | ) | MAY 22, 2024 |
| Defendant | ) | |

Now comes Defendant, City of Cleveland, and pursuant to this Court's order entered on May 22, 2024, submits the attached documents for filing in compliance therewith. Attached for filing in this notice are:

1. "CIT UOF Redaction Logs" (responsive to CPC January 18, 2024, document request)
2. "Redaction Log Discipline File" and "Escape Report" (responsive to CPC October 27, 2023, document request
3. "Redactions CPC" which outlines general categories of CPC redactions.

Additionally, "2021-0027 FRB 1", "2021-0048 OPS to CPC 2", "2023-0023IA to OPS 1" (representative samples of three OPS document requests), which the City of Cleveland attempted to electronically file but were unsuccessful due to size restraints, will be delivered directly to the Monitoring Team and the Department of Justice for their review.

The City believes it has complied with the Court's order of May 22, 2024, by filing these attached documents.

                              Respectfully submitted,

                              */s/ Carlos K. Johnson Jr*

                              _____
                              CARLOS K. JOHNSON JR (0097062)
                              Assistant Director of Law
                              City of Cleveland
                              601 Lakeside Ave. E
                              City Hall Room 106
                              Cleveland, OH 44114
                              (216) 664-4328
                              cjohnson2@clevelandohio.gov

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice was sent via operation of the Court's ECF system on this 5th day of June, 2024 to all parties of record.  A courtesy copy was emailed to counsel for the United States, Patricia M. Fitzgerald (patricia.fitzgerald2@usdoj.gov); the Monitor, Karl Racine (karl.racine@hoganlovells.com); and counsel for CPC, Martin Bielat (mbielat@clevelandohio.gov).

                              */s/ Carlos K. Johnson Jr*

                              _____
                              CARLOS K. JOHNSON JR (0097062)
                              Assistant Director of Law