UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | **CITY'S STATUS REPORT** |
| | ) | **REGARDING CPC AND OPS** |
| Defendant | ) | **DOCUMENT REQUESTS** |

Defendant City of Cleveland, pursuant to the Court's Status Conference Order filed May 24, 2024 (Doc #: 532), respectfully submits the following periodic status report regarding the City's progress with respect to outstanding document requests by the Community Police Commission (CPC) and Office of Professional Standards (OPS).

### I. Procedural History

A telephonic status conference was held on May 22, 2024. Following the conference, on May 24, 2024, the Court ordered as follows:

> the City shall file periodic status reports on the docket in the within case to provide the court with an update on the City's progress with respect to the outstanding CPC and OPS document requests and the redactions the City seeks to make. These status reports, which shall be filed with the court every 14 days beginning on June 19, 2024, should explain the status of the CPC and OPS's outstanding document requests, the status of the City's redactions on these requests, and the City's intended timeline for producing these documents, or redacted versions of these documents where applicable.

(Doc #: 532, PageID #: 12393).

The City now files its first periodic status report (June 19, 2024, was Juneteenth National Independence Day).

## II. The City Has Made an Unprecedented Dedication of Resources to Production of Records

Since the Court's mandate to escalate the speed and comprehensiveness of production of records to CPC and OPS, the City has made an unprecedented dedication of resources to gathering, reviewing, redacting, producing, tracking, and providing redaction logs for records needed for police oversight work.

Specifically, a Chief Clerk was reassigned from her duties in the Public Records section of the Law Department and devoted exclusively to this initiative; additional candidates for Chief Clerk positions in the Public Records section have been interviewed for hiring; the Public Records Chair, an attorney, has committed from 20-50% of her time and more on a daily basis; the IT department created specific share drives for Police and CPC to increase efficiencies; internal stakeholders from the highest levels of the Division of Police and the Law Department have conducted multiple internal meetings to discuss process improvements; and, on June 18, 2024, City officials met with representatives of the United States and Monitoring Team to address the project status and expectations.

As the Court may be aware, CPC members publicly have expressed appreciation for the speed and volume of document production under the City's heightened priorities. Equal progress is expected in the near term as to OPS requests.

The City is fully invested in the common mission to improve the timing and thoroughness of records production necessary to full and effective Division oversight.

## III. Detailed Status Report

The City respectfully submits the following for consideration:

(1) CPC Tracking Document (Exhibit A.) This shows the status of CPC outstanding documents requests and the City's intended timeline for producing documents or redacted versions where applicable; and

(2) Gov QA Request Log (Exhibit B.) This shows the status of OPS outstanding document requests.

Regarding CPC document requests, the City is pleased to inform the Court that it has fully complied with 22 out of 26 current document requests from CPC. The City believes that our efforts demonstrate commitment to transparency and cooperation with CPC and with the parties. We have a total of only four remaining requests: one partially completed request, i.e., 2024-CPC-003; and three pending requests, i.e., 2023-CPC-003, 2023-CPC-013, and 2023-CPC-015.

Due to the recent cyber-incident on June 9, 2024, access to certain City systems has been severely restricted, impacting our ability to complete the remaining document requests. Consequently, we must push back our timeline for producing the remaining documents.

Additionally, at this time, the City does not have additional redaction logs to provide for the outstanding documents. Additional redaction logs do not exist until additional redacted documents are produced. We have not yet begun working on redactions for these documents. We are committed to ensuring that the redaction process is thorough, accurate, and in conformity with Ohio law, including R.C. 2913.04, as dictated by the administrators of the LEADS and OHLEG law enforcement data systems. (Exhibits C and D.) Additional progress should be reported soon.

For the pending request, 2023-CPC-003, the City intends to produce the responsive documents by July 30, 2024, despite the cyber-incident challenges. For 2023-CPC-013, the City and CPC are developing a process to establish ongoing updates. The City aims to produce the documents responsive to this request no later than July 30, 2024.

For 2023-CPC-015, the City, in agreement with CPC, is working to produce IAPro documents. This will enable CPC to decide whether to narrow the scope of this request. Currently, a date for the production of these documents is yet to be determined. The City has made substantial progress with CPC document production following the commencement of a CPC Working Group. This initiative, done in collaboration with the United States, Monitoring Team, and CPC, has proven highly effective.

Building on this success, the City intends to replicate the framework previously established. The City is scheduled to begin a similar working group focused on OPS document production. Once the City has the opportunity to establish a cadence with this new work group, we expect to provide timelines for the production of outstanding OPS documents. In compliance with the Court's Order, the City will update the Court on a biweekly basis with the latest developments regarding these matters.

The City appreciates the understanding and patience of all concerned as it navigated these challenges.

        Respectfully submitted,

        MARK D. GRIFFIN (0064141)
        Director of Law

        */s/ Timothy J. Puin*

        _____
        Timothy J. Puin (0065120)
        Carlos K. Johnson Jr. (0097062)
        Assistant Director of Law
        City of Cleveland
        601 Lakeside Ave. E
        City Hall Room 106
        Cleveland, OH 44114
        (216) 664-4328
        tpuin@clevelandohio.gov
        cjohnson2@clevelandohio.gov

**CERTIFICATE OF SERVICE**

A copy of the foregoing Response was sent via operation of the Court's ECF system on June 20, 2024, to all parties of record.

*/s/ Timothy J. Puin*

_____

Timothy J. Puin (0065120)
Assistant Director of Law