| OPS CASE NUMBER | GOV QA REQUEST NUMBER | INFORMATION REQUESTED | STATUS | TOTAL TIME TO FULFILL REQUEST |
|---|---|---|---|---|
| OPS2023-0235 | | Under review for Administrative Dismissal | | |
| OPS2024-0005 | P005592-031524 | OPS investigation | IN PROGRESS | OPS |
| OPS2023-0269 | P007853-041524 | OPS investigation | COMPLETED | 1 months |
| OPS023-0253 | P007834-041524 | OPS investigation | COMPLETED | 1 months |
| OPS2023-0246 | P006988-040324 | OPS investigation | IN PROGRESS | 1 months |
| OPS2024-0050 | P005820-031824 | OPS investigation | IN PROGRESS | 2 months |
| OPS2023-0274 | P005031-030724 | OPS investigation | IN PROGRESS | 2 months |
| OPS2022-0236 | P010185-051524 | OPS investigation | IN PROGRESS | |
| OPS2024-0102 | P009792-051024 | OPS investigation | IN PROGRESS | |
| OPS 2022-0288 | P002483-020224 | OPS investigation | COMPLETED | 1 month |
| OPS 2024-0058 | P006908-040224 | OPS investigation | COMPLETED | 1 month |
| OPS 2024-0064 | P007425-040924 | OPS investigation | COMPLETED | 3 weeks |
| OPS 2024-0027 | P007700-041224 | OPS investigation | COMPLETED | 1 months |
| OPS 2024-0052 | P008093-041724 | OPS investigation | COMPLETED | 1 month |
| OPS 2024-0030 | P008627-042524 | OPS investigation | IN PROGRESS | |
| OPS 2024-0006 | P002482-020244 | Incident Report | COMPLETED | 4 days |
| OPS 2023-0236 | P003913-022224 | Case File | COMPLETED | 1 day |
| OPS 2024-0006 | P003925-022224 | Incident Report | COMPLETED | 1 day |
| OPS2024-0006 | P003927-022224 | 9-1-1- Call | COMPLETED | 1 Day |
| OPS2023-0298 | P003938-022224 | 9-1-1 Call | COMPLETED | 39 days |
| OPS 2023-0298 | P003939-022224 | Incident Report | COMPLETED | 1 day |
| OPS 2024-0033 | P003996-022324 | Traffic Crash Report | COMPLETED | 57 days |
| OPS 2023-0236 | P004054-022324 | Crime Report | COMPLETED | 28 days |
| OPS 2023-0236 | P004124-022624 | Incident Report | COMPLETED | 3 days |
| OPS 2023-0243 | P004125-022624 | Detective follow-up | COMPLETED | 15 days |
| OPS 2024-0041 | P005802-031824 | Incident Report | COMPLETED | 10 days |
| OPS 2024-0041 | P005803-031824 | Missing Juv. Report | COMPLETED | 1 day |
| OPS 2024-0033 | P005908-031924 | Incident Report | COMPLETED | 1 day |
| OPS 2024-0041 | P005972-032024 | Crime Report | IN PROGRESS | 63 days |
| OPS 2024-0033 | P006892-040224 | Traffic Crash Report | COMPLETED | 27 days |
| OPS 2024-0033 | P006893-040224 | Incident Report | COMPLETED | 1 Day |
| OPS 2024-0041 | P007681-041224 | Case File | COMPLETED | 1 day |
| OPS 2024-0041 | P007682-041224 | Missing Juv. Report | COMPLETED | 24 days |
| OPS 2022-0270 | P008678-042524 | Incident Report | COMPLETED | 5 days |
| OPS 2022-0270 | P008676-042524 | Traffic Crash Report | COMPLETED | 12 days |
| OPS 2022-0156 | P009277-050324 | Incident Report | IN PROGRESS | 18 days |
| OPS 2024-0024 | P004715-030424 | Incident Report | IN PROGRESS | 72days |
| OPS 2024-0031 | P005745-031824 | Incident Report | IN PROGRESS | 62days |
| OPS 2024-0031 | P05745-031824 | 9-1-1 Call | IN PROGRESS | 62days |
| OPS 2024-0031 | P05745-031824 | Field Case Reports | IN PROGRESS | 62days |
| OPS 2024-0046 | | | | |
| OPS 2024-0053 | | | | |
| OPS 2024-0059 | | | | |
| OPS 2024-0065 | P007578-041124 | Incident Report | COMPLETED | 11 Days |
| OPS 2024-0065 | P007578-041124 | Crime Report | COMPLETED | 11 Days |
| OPS 2024-0071 | P007591-041124 | Incident Report | COMPLETED | 11 Days |
| OPS 2024-0077 | P007580-041124 | Incident Report | IN PROGRESS | 42Days |
| OPS 2024-0084 | | Incident Report | COMPLETED | 6days |
| OPS 2024-0090 | P008479-042324 | Public Records Request | IN PROGRESS | 29 Days |
| OPS 2024-0096 | | | | |
| OPS 2024-0003 | | OPS Investigation | COMPLETED | 8 Days |
| OPS 2024-0011 | | | | |
| OPS 2024-0016 | | 9-1-1 Call | IN PROGRESS | 107 Days |
| OPS 2024-0022 | | Incident Report | IN PROGRESS | 106 |
| OPS 2024-0029 | | | | |
| OPS 2024-0037 | | Incident Report | IN PROGRESS | 49 Days |
| OPS 2024-0044 | | Incident Report | IN PROGRESS | 60 Days |
| OPS 2024-0051 | | Incident Report | COMPLETED | 41 Days |
| OPS 2024-0057 | | | | |
| OPS 2024-0063 | | | | |
| 2024-0002 | P001502-011924 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 27 Days |
| 2024-0008 | P001605-012224 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 5 Days |
| 2022-0022 | P001698-012224 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 7 Days |
| 2023-0276 | P001699-012224 | Global Subject Activity Report, CDP Incident Report, Case Detail Report, and all supplemental reports | COMPLETED | 10 Days |
| 2023-0132 | P002511-020224 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 5 Days |
| 2023-0061 | P002545-020224 | Hit/Skip Unit, AIU Unit, VIU Unit Records | COMPLETED | 52 Days |
| 2023-0161 | P002556-020224 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 2 Days |
| 2023-0075 | P002987-020824 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 1 Day |
| 2024-0020 | P003400-021524 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 11 Days |
| 2022-0122 | P003481-021524 | CDP Incident Report, CDP Case Detail Report, and all supplemental reports | COMPLETED | 1 Day |
| 2024-0014 | P003486-021624 | CDP Incident Report & CDP Case Detail Report regard to CDP Task Force assoc. w/citizen. | COMPLETED | 5 Days |
| 2023-0267 | P003538-021624 | Investigatory File (Case File); Incident Report (Chronology); Crime Reports; All supplemental reports attached to CAD | COMPLETED | 18 Days |
| 2024-0026 | P003692-022024 | Requesting Investigatory File (Case File); Incident Report (Chronology); Crime Reports; All supplemental reports attached to CAD. | COMPLETED | 1 Day |
| 2023-0276 | P003780-022124 | CDP Incident Report and CDP Detail Report (Field Case Report) and attached supplemental reports | COMPLETED | 2 Days |
| 2022-0002 | P004700-030424 | Requesting Investigatory File (Case File); Crime Report (CDP Case Detail Report); and supplemental reports attached to CAD/CDP Incident | COMPLETED | 1 Day |
| 2022-0002 | P004934-030624 | Requesting Investigatory File (Case File); Crime Report (CDP Case Detail Report); and supplemental reports attached to CAD/CDP Incident | COMPLETED | 14 Days |
| 2022-0002 | P004700-030424 | Requesting Investigatory File (Case File); Crime Report (CDP Case Detail Report); and supplemental reports attached to CAD/CDP Incident | COMPLETED | 1 Day |
| 2024-0047 | P005940-032024 | Requesting Investigatory File (Case File); Crime Report (CDP Case Detail Report); and supplemental reports attached to CAD/CDP Incident | COMPLETED | 1 Day |
| 2024-0060 | P005966-032024 | CDP Incident Report, CDP Case Detail Report (Crime Report), and any attached supplemental reports to the Case Detail Report. | COMPLETED | 1 Day |
| 2024-0039 | P006110-032124 | CDP Incident Report, CDP Case Detail Report (Crime Report), and any attached supplemental reports to the CDP Case Detail Report (Crime Report). | COMPLETED | 7 Days |
| 2024-0039 | P006111-032124 | CDP Incident Report, CDP Case Detail Report (Crime Report), and any attached supplemental reports to the CDP Case Detail Report (Crime Report). | COMPLETED | 1 Day |
| 2024-0072 | P007531-041024 | CDP Incident Report (Chronology) and Crime Report associated with CAD | COMPLETED | 5 Days |
| 2024-0040 | P007533-041024 | CDP Incident Report, the Crime Report, and all supplemental reports attached to the crime report | COMPLETED | 2 Days |
| 2024-0078 | P007571-041124 | CDP Incident Report (Chronology), the CDP Case Detail Report (Crime Report), and if any attached supplemental or follow-up reports. | COMPLETED | 27 Days |
| 2024-0103 | P010730-052224 | OPS investigation | IN PROGRESS | |