## FW: Request for OHLEG Access--Cleveland Community Police Commission

Griffin, Mark <MGriffin@clevelandohio.gov>
Wed 5/29/2024 12:34 PM

To:Cc: Racine, Karl <karl.racine@hoganlovells.com>;Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>;Mygatt, Timothy (CRT) <Timothy.Mygatt@usdoj.gov>;Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>
Cc:Simon, Robert <rsimon@clevelandohio.gov>;Hough, Amy <AHough@clevelandohio.gov>;Carney, Brian <BCarney@clevelandohio.gov>;Puin, Timothy <tpuin@clevelandohio.gov>;Viland, Christopher <CViland@clevelandohio.gov>;Stone, Rick <RStone2@clevelandohio.gov>;Anderson, Leigh <LAnderson2@clevelandohio.gov>;Johnson, Carlos <CJohnson2@clevelandohio.gov>;Macias, Hannah <HMacias@clevelandohio.gov>;Drummond, Dornat <ddrummond@clevelandohio.gov>;Todd, Dorothy <DTodd@clevelandohio.gov>;Schlacht, Jarod <JSchlacht@clevelandohio.gov>

Please see the message below from the Bureau of Criminal Investigation. We are considering our options.

---

**From:** Bruce Pijanowski <Bruce.Pijanowski@OhioAGO.gov>
**Sent:** Wednesday, May 29, 2024 11:46 AM
**To:** Griffin, Mark <MGriffin@clevelandohio.gov>
**Cc:** Mark Kollar <Mark.Kollar@OhioAGO.gov>; Zahid Siddiqi <Zahid.Siddiqi@OhioAGO.gov>
**Subject:** RE: Request for OHLEG Access--Cleveland Community Police Commission

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Mark,

After careful consideration, I have determined that BCI cannot provide OHLEG access to the Cleveland Community Police Commission (CPC). OHLEG is bound by the same FBI CJIS rules which govern LEADS, primarily because OHLEG is a portal that can provide access to the same information. OHLEG rules restrict access to criminal justice agencies for administration of criminal justice. CPC provides civilian oversight of the City of Cleveland Division of Police, which falls outside of the definition of administration of criminal justice. OHLEG rules can be found here: OHLEG_Rules_Regulations.pdf.

Please let me know if you have any additional questions.

Thanks,

Bruce



Bruce Pijanowski, CLEE
Superintendent
Bureau of Criminal Investigation
Office of Ohio Attorney General Dave Yost
Office: (740) 845-2154
Cell: (614) 264-5358
Bruce.Pijanowski@OhioAGO.gov