UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

On August 15, 2024, at 11:00 a.m., the court held a telephonic status conference on the record in the within case with counsel for the parties and the Monitor, Karl Racine ("Monitor"). The parties updated the court regarding the progress that has been made toward providing the Community Police Commission ("CPC") and the Office of Professional Standards ("OPS") with the requested documents. The court was pleased to hear that substantial progress has been made as the City has fulfilled all but two documents requests of the CPC and the documents produced have far fewer redactions. Similar progress has been made producing documents to OPS. In light of this progress, Defendant City of Cleveland (the "City") made an oral motion at the status conference to vacate the court's prior order requiring the City to file periodic status reports on the public docket to update the court on the City's progress in providing CPC and OPS with their requested documents, as well as any redactions the City intended to make. (*See* May 24, 2024 Order). As indicated at the status

conference, in lieu of vacating the court's prior Order, the court hereby revises its prior Order to require the City to file status reports every three weeks instead of every two weeks.

Finally, the court hereby sets a status conference for September 4, 2024, at 3:30 p.m., to receive an update on the outstanding issues raised at the status conference. In particular, the parties should be prepared to provide on update on the following: (1) the email sent to the Department of Justice ("DOJ") from an administrator at OPS once the City has had a chance to review it; (2) an update on the City's plans to adopt security protocols per certain concerns raised by the CPC; and (3) the status of the CPC and OPS document requests and redaction process, including the parties' views on whether the notification process required by the court in regard to the providing of requested documents should be changed or eliminated in light of the progress the City has made.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

August 23, 2024