UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | <u>STATUS CONFERENCE ORDER</u> |

On September 4, 2024, at 3:30 p.m., the court held a telephonic status conference on the record in the above-captioned case with counsel for the parties and the Monitor, Karl Racine ("Monitor"). The parties updated the court regarding the progress made toward providing the Community Police Commission ("CPC") and the Office of Professional Standards ("OPS") with the requested documents. In light of the progress made, the court hereby revises its prior Order to require the City to file status reports and redaction logs every four weeks instead of every three weeks, as previously ordered. The parties also represented to the court that the City had resolved the security protocol issue regarding the CPC's access to the documents. More specifically, the City informed the court that it will not require CPC commissioners to sign a separate security agreement to access the documents, and instead has provided all commissioners with "read only" access to the requested documents.

Also during the status conference, the parties shared with the court three outstanding disputes: (1) when the City will make the current redaction logs available to the Department of Justice ("DOJ") and the Monitoring team; (2) when the City will respond to the DOJ's email regarding the list of city employees who regularly contact either the DOJ and/or Monitoring team that fall within Rule 4.2 of the Rules of Professional Conduct; and (3) the distribution and use of a privileged memo sent to the DOJ unsolicited. The court instructs the parties to confer and attempt to resolve the first two issues as soon as possible, and directs that the parties endeavor to resolve all three within 21 days. If the issues are not resolved by then, the parties may file the necessary motions.

IT IS SO ORDERED.

> /s/ SOLOMON OLIVER, JR.
> UNITED STATES DISTRICT JUDGE

September 6, 2024