IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.: 1:15-CV-01046 |
| Plaintiff, ) | |
| ) | JUDGE SOLOMON OLIVER, JR. |
| vs. ) | |
| ) | **NOTICE RESUBMITTING OFFICE** |
| CITY OF CLEVELAND ) | **OF PROFESSIONAL STANDARDS** |
| ) | **AND POLICE REVIEW BOARD** |
| Defendant. ) | **MANUALS** |

## I. INTRODUCTION

On November 29, 2016, the Monitor originally submitted to the Court manuals for the Office of Professional Standards ("OPS") and Police Review Board ("PRB"). *See* Dkt. 86. They were resubmitted and the Court approved on March 9, 2017. *See* Dkt. 118. On March 23, 2018, and again on May 10, 2022, the Court approved amendments to the Police Review Board Manual. *See* Dkts. 193 and 426. The manuals were again revised in August 2024. The Monitoring Team recommends that the Court approve the updated versions of the Office of Professional Standards Manual, attached hereto as Exhibit A, and the updated Police Review Board Manual, attached hereto as Exhibit B, for the reasons otherwise set for the in the Monitor's original motion to the Court regarding those manuals.

Respectfully submitted,

*/s/ Karl Racine*
KARL A. RACINE
Independent Monitor
Partner, Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2024, I served the foregoing document entitled Notice Resubmitting Office of Professional Standard and Police Review Board Manuals via the court's ECF system to all counsel of record.

                                        */s/ Karl Racine*
                                        KARL A. RACINE