UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Monitor Karl Racine's ("Monitor") Notice Recommending Approval of Amendments to the Police Review Board ("PRB") and Office of Professional Standards ("OPS") Manuals ("Notice"). (ECF No. 561.) The court first approved the PRB and OPS Manuals March 9, 2017. (ECF No. 118.) On March 23, 2018, and again on May 10, 2022, the court approved amendments to the PRB Manual. (*See* ECF Nos. 193 and 426.) In August 2024, the Manuals were revised again, and the Monitoring Team recommended the court approve the updated versions on September 18, 2024. (ECF No. 561.) Accordingly, the court hereby approves the updated Office of Professional Standards Manual (ECF No. 561-1) and Police Review Board Manual (ECF No. 561-2.)

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 9, 2024