UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

It has recently come to the attention of the court that significant issues have arisen regarding the process for the billing and payment of the Monitoring team's fees. As a result, the court hereby sets a hearing via Zoom with the parties and the Monitor for December 16, 2024, at 10:30 a.m., to discuss billing-related issues. The parties should come with a view toward resolving any outstanding issues regarding existing bills and reaching an agreement on a process for quick resolution of disputes and payment of bills going forward.

The court will send separate instructions regarding how to access Zoom.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 9, 2024