UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

On December 16, 2024, at 10:30 a.m., the court held a telephonic status conference with the parties on the record via Zoom regarding issues related to the process for the billing and payment of the Monitoring team's fees. During the teleconference, the parties discussed developing a process that would expedite submission and payment of the Monitor's bills. The parties and Monitor agreed on a process and time frame for the submission and review of the Monitor's bills, including a time frame for raising objections and resolving billing disputes between the parties and Monitor.

The Monitor will draft an order incorporating the terms of the agreement discussed during the teleconference and circulate it to the parties for approval. If there remain disputed issues regarding the new process, the monitor will submit a list of those issues along with the draft order.

The parties and Monitor also agreed that the Monitor should submit a list to the parties of about four to five items that have been consistently cited as bases for objections to certain fees claimed by the Monitor. The Monitor will circulate this list to the parties no later than December 23, 2024. The parties will then have until January 6, 2025, to submit comments regarding whether the

items listed by the Monitor should or should not be reimbursed. The parties will then meet and confer about the matters, if any, on which they cannot agree. If the disputes are not resolved between the parties and Monitor, the Monitor will file a notice with the court during the week of January 13, 2025, informing it of the outstanding issues. Should the parties and the Monitor resolve the disputes before the week of January 13, 2025, the Monitor will timely inform the court of the resolution.

    IT IS SO ORDERED.

                                          */s/ SOLOMON OLIVER, JR.*
                                          UNITED STATES DISTRICT JUDGE

December 18, 2024