UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

On January 27, 2025, the Monitor filed a Notice (ECF No. 580) with the court informing it that a number of billing-related issues discussed at the December 16, 2024 status conference, could not be resolved between the parties and the Monitor. On January 30, 2025, the City of Cleveland (the "City") filed a Response to the Monitor's Notice (ECF No. 581), as well as a Motion to Adopt Plaintiff's Proposed Timeline for Handling Invoices of the Monitor (ECF No. 582). Accordingly, the court hereby sets a status conference via Zoom with the parties and the Monitor for February 25, 2025, at 2:30 p.m., to discuss the remaining billing disputes. Should the Department of Justice have a position on the recent briefings by the Monitor and City, it must file its brief with the court four days before the status conference.

The court will send separate instructions regarding how to access Zoom.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 4, 2025