Exhibit B

## DECLARATION OF COUNCILMAN BRIAN KAZY

1. I have first-hand knowledge of the facts set forth herein.

2. I am a member of Cleveland City Council, representing Ward 16.

3. On Council, I am Chair of the Utilities Committee; a Member of the Finance, Diversity, Equity & Inclusion Committee; a Member of the Municipal Services & Properties Committee; a Member of the Transportation & Mobility Committee; and a Member (Interim) of the Safety Committee.

4. I serve as Chair of the National League of Cities 2025 Public Safety and Crime Prevention Federal Advocacy Committee.

5. In the course of my duties as a public official, I learned that the Monitor in this case intends to ask the Court to order the City of Cleveland to deposit in escrow the full amount of the forthcoming 2025 budget for the Monitoring Team, which could exceed $2 million (my understanding is the budget has not been submitted yet).

6. During this month, February 2025, Council is engaged in hearings regarding the annual budget. Council has not included or contemplated including in its budget hearings any prepayment of the Monitoring Team's 2025 bills.

7. A prepayment order could impact the City's financial outlook for the next fiscal year and could result in adjustments to budgeted sums for other obligations.

8. In the course of my duties as a Member (Interim) of the Safety Committee and Chair of the National League of Cities 2025 Public Safety and Crime Prevention Federal Advocacy Committee, I have not heard of other cities being obligated to prepay the projected annual cost for Monitoring Team services.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2-19-2025
               [Date]

               Brian C. Kazy
               [Signature]