UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

On February 25, 2025 at 2:30 p.m. the court held a Zoom status conference on the record with the United States, the City of Cleveland, and the Monitor (collectively, the "Parties") to address: (1) a timeline for handling invoices of the Monitor moving forward; and (2) the remaining billing disputes that the Parties and Monitor could not resolve following the court's previous Zoom status conference on December 16, 2024 (ECF No. 575).

The court orders the Parties to comply with the following schedule for processing invoices, to which all Parties agree:

- The Monitor shall submit monthly invoices within 30 days from the last day of the month;

- The Parties shall review and raise any objections to the invoices within 21 days of receipt;

- The Parties shall meet and confer about any objections within 14 days of any objections;

- The Parties shall notify the court of any remaining disputes within 7 days of any meet and confer;

- The City of Cleveland shall deposit into the court registry the amount of the invoice that it does not dispute within seven days after the 21-day review and objection period.

The court also heard arguments from the Parties about how to resolve the remaining billing items the City objected to from the Monitor's March through June 2024 invoices. Given that the Parties were unable to settle these outstanding ojections prior to or during the status conference, the court takes under advisement the Parties' oral arguments and those addressed in their briefings and will issue an order on the objections in the near future.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 26, 2025