UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Defendant | ) | |

On April 2, 2025, the court met with counsel for the parties at their request. At that meeting, counsel for the City of Cleveland and counsel for the United States shared the information they had regarding a January 7, 2025 incident at JACK Casino involving the Monitor, Karl Racine. Press coverage of the incident began in early March. Some time after the press coverage began, an anonymous complaint was filed with the Office of Professional Standards against the off-duty officer who interacted with Mr. Racine at the Casino on that night.

Neither the City nor the United States sought to have the Monitor removed pursuant to Paragraph 359 of the Decree based on what occurred at the Casino. Apart from any possible recommendations by the parties, the court finds that there is no information before it which would justify removal of Mr. Racine as Monitor based on the Casino incident.

The court did consider the parties concerns about a possible conflict of interest that might arise because of the anonymous complaint filed against the off-duty officer who Mr. Racine interacted with at JACK Casino. Chiefly, the parties discussed whether the Office of Professional

Standards might feel constrained in its ability to fairly review the complaint given that Mr. Racine, as Monitor, has the responsibility of reviewing the Office. The court discussed possible ways that the City could address concerns about the fairness of the investigation, including the hiring of an outside party or entity to conduct the investigation. The City indicated it would consider such an approach and would make the United States privy to how it wishes to proceed. The court also indicated to the parties that it was confident that Mr. Racine would not be biased against the City in his role as Monitor as a result of the Casino incident.

The court recognizes, and regrets, the distraction this incident has caused. Mr. Racine and his team have served the court and the parties well in our desire to see the City reach full compliance with the Consent Decree. Much progress has been made, but there is still considerable work to be done. The court is strongly convinced that Mr. Racine and his team are committed to helping the City attain full compliance as soon as possible. So let us redouble our efforts in this regard. Our City, including its officers and citizens, all benefit from a well equipped, trained, and respected police force.

The court looks forward to working with the City, the United States, and the Monitor on an ongoing basis in an effort to meet our shared goal of full compliance.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 4 , 2025