**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | **[PROPOSED] ORDER** |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the City of Cleveland's Motion to Enforce the Monitor's Obligations Necessary for Settlement Compliance. After considering the arguments presented and the language of the Settlement Agreement, the Court finds the position of the City of Cleveland to be well-taken.

It is hereby ORDERED as follows: The Monitor shall provide the City of Cleveland, within fourteen (14) days of this Order, the methodologies and underlying data supporting the Compliance Reviews identified in its 16th Semiannual Report for Consent Decree Paragraphs 16, 17(b), 18(a), 18(b), 19, 23, 26, 29, 42, 116, 121, 126, 179, 198, 199, 200, 201, 223, 226, 232, 255, 293, 295, 297, 299, 323, and 328.

Henceforth, the Monitor shall comply with similar requests from either Party for the production of methodologies and underlying data supporting its Compliance Reviews, Compliance Audits, or Outcome Measurement Assessments within fourteen (14) days of receipt of such a request, pursuant to Paragraph 375(c)(e) of the Consent Decree.

Further, if the Monitor does not have, or cannot provide, the methodology or underlying data supporting a compliance review, he shall so state, and shall not provide a compliance review for that paragraph.

IT IS SO ORDERED.

                                                                                                                                                                                                                                                                                                  _____
                                                         JUDGE SOLOMON OLIVER, JR.

Dated: _____