UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

At the 16th Semiannual Status Conference in the above-captioned case on April 22, 2025, at 3:00 p.m., counsel for the Parties and the Monitor shall be prepared to discuss the following topics:

1. Monitor Overview of the 16th Semiannual Report.

2. Assessment Updates.

3. Overview of Accountability-Related Updates.

4. Community Engagement and Community Police Commission Progress.

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 18, 2025