## Bielat, Martin

| | |
|---|---|
| **From:** | Anderson, Leigh |
| **Sent:** | Thursday, January 16, 2025 12:49 PM |
| **To:** | Macias, Hannah; Bielat, Martin; Johnson, Carlos; Griffin, Mark; Washington, Nekoiya; Thomas, Delante; Drummond, Dornat; Schlacht, Jarod; Todd, Dorothy; Meyer, Jennifer; Fitzgerald, Patricia M. (USAOHN); Jonas Giessler; DeCaro, Sara (USAOHN); Coromelas, Acrivi (CRT); suraj.kumar@usdoj.gov; Davis-Rodak, Emma (CRT); karl.racine@hoganlovells.com; Yonekura, Stephanie; Wilhelm, Abby Jae; O'Brien, Katie; 'Rick Myers'; Tammy Hooper; Shunta Boston-Smith; Shunta Boston; Cole, Matthew; Morales, Egdilio; Goodrick, Jason (CPC); Adams, John (CPC); Fischbach, TIffany; Hough, Amy; Puin, Timothy; Charles See (charlessee709@gmail.com); charlessee907@gmail.com |
| **Cc:** | Agarwal, Shayleen |
| **Subject:** | CLE: PAT IG Referral - Fw: OIG Follow-up |
| **Attachments:** | Draft Process for CPC Records Requests.pdf; New CPC Request-HR/ Division Complaints; cb62ccc4-1c86-44f7-95cd-27ff8895962b.pdf; ObjectionResponse_Jan25.pdf |

Greetings Colleagues,

I hope all are well.

Please see the below formal referral from myself, as the Executive Director of the Police Accountability Team (PAT), to the Public Safety Inspector General (PSIG) - Shayleen Agarwal regarding Community Police Commission (CPC) Document Request **2024-CPC-015**.

Attached are each of the corresponding documents that were forwarded to the PSIG for reference.

The PAT is exercising a crucial function of the City of Cleveland's established system of accountability.

We look forward to the Inspector General leading us through the internal resolution of this inquiry.

In Truth and Service,



**Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**
Executive Director
Police Accountability Team
City of Cleveland, Ohio
**Desk Phone:** 216-664-2951
**Email:** landerson2@clevelandohio.gov

"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing."  -Theodore Roosevelt

---

**From:** Agarwal, Shayleen <SAgarwal@clevelandohio.gov>
**Sent:** Monday, January 13, 2025 4:48 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Cc:** Bielat, Martin <MBielat@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Johnson, Carlos

<CJohnson2@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>
**Subject:** Re: OIG Follow-up

Hello Dr. Anderson,

This serves as a formal communication and receipt of the documents and request to review the potential for, "*...any systemic and/or procedural gaps related to the ability of the Division to fulfill the document request.*"

If questions or the need for clarity arises, I will be sure to reach out.

Thank you and have a great day.

Regards,

**Shayleen Agarwal**
*Inspector General*
*Department of Public Safety*

---

**From:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Sent:** Monday, January 13, 2025 3:56 PM
**To:** Agarwal, Shayleen <SAgarwal@clevelandohio.gov>
**Cc:** Bielat, Martin <MBielat@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>
**Subject:** Fw: OIG Follow-up

Greetings IG Agarwal,

I hope this email finds you well and thank you for your message.

As a follow-up to our discussion held on Thursday, January 9, 2024 at 1:00 p.m., please find attached:

(1) a document request from the City of Cleveland Community Police Commission (CPC);
(2) the City's request for an objection/extension for the production of documents;
(3) the CPC's response; and
(4) the approved formal document request process as approved by the Court.

As the Executive Director of the Police Accountability Team, I am bringing these documents to your attention for possible review based upon the duties of your office as outlined in **Paragraph 253** of the **Consent Decree**:

**a. review CDP policies and practices to determine compliance with state and federal law, effectiveness, consistency with principles of bias-free and community policing and procedural justice; whether they promote public and officer safety, and whether they are achieving the goals of this Agreement;**

**b. audit compliance with policies and procedures;**

**c. conduct investigations;**

**d. analyze trends;**

**e. develop specific recommendations for reform concerning policies, procedures, practices, training, and equipment to improve police services and accountability;**

**f. analyze investigations conducted by OPS to determine whether they are timely, complete, thorough, and whether recommended dispositions are supported by the preponderance of the evidence;**

**g. collect and analyze all sustained findings and the discipline imposed, including the use of mitigating and aggravating factors, to assess disciplinary trends and to determine whether discipline is consistently applied, fair, and based on the nature of the allegation; and**

**h. make reports and recommendations for reform publicly available.**

Please note, as the City began moving through the initial steps of the formal request fulfillment process and based upon those early efforts, the Mayor's office would like for you to review and determine if, within you authority, there are any systemic and/or procedural gaps related to the ability of the Division to fulfill the document request.

Should you have any questions, or need further clarity, please do not hesitate to reach out - many thanks.

In Truth and Service,



**Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**
Executive Director
Police Accountability Team
City of Cleveland, Ohio
**Desk Phone:** 216-664-2951
**Email:** landerson2@clevelandohio.gov

"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing."  -Theodore Roosevelt

---

**From:** Agarwal, Shayleen <SAgarwal@clevelandohio.gov>
**Sent:** Monday, January 13, 2025 12:03 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Subject:** OIG Follow-up

Good afternoon Dr. Anderson,

I am reaching out to inquire when or if the Police Accountability Team will send a request for the OIG to review the Community Police Commission's latest request. I am considering leaving time available in my schedule if this is still the route the Mayor desires. Thank you in advance, and I hope you are having a great start to the week!

Regards,
Shayleen



**Shayleen LM Agarwal, MPP**
Inspector General
Department of Public Safety
[Office of the Inspector General](#)
**Phone:** 216-664-7252
**Email:** sagarwal@clevelandohio.gov