

Ex. No. 4

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

March 13, 2025

Dear Dr. Anderson:

Pursuant to the March 7, 2025 memo regarding the Monitor Review of City of Cleveland Process for Reporting, Investigating, and Adjudicating Internal Reports of Misconduct, we are requesting the following documents be provided for our review.  We'd appreciate receiving these no later than close of business on March 20, 2025:

1. Any and all policies and guidance in the City of Cleveland and Division of Police that govern reporting internal misconduct by police personnel.

2. Any and all policies and procedures, including processes and workflow descriptions, timelines and other directives that define the responsibilities of the CDP Internal Affairs, Employee Assistance Unit, and the City's HR or Personnel Department regarding the intake, delegation protocols, and investigation of internal complaints, complaints of workplace conditions, harassment, sexual harassment, or workplace violence, or any other category of complaint made my any member of the CDP against another member of the CDP.

3. A list of reports of all internally reported misconduct cases initiated between May 1, 2015 to March 15, 2025 with the following information:
    - Date received
    - Source of complaint to HR (IA, EAU, complainant)
    - Date assigned
    - Name of assigned investigator
    - Name of complainant
    - Name of respondent
    - Allegation
    - Status of the investigation
    - Date investigation was closed
    - Finding/Disposition

Sincerely,

Karl A. Racine
Partner