**Bielat, Martin**

| | |
|---|---|
| **From:** | Anderson, Leigh |
| **Sent:** | Friday, April 4, 2025 5:55 PM |
| **To:** | Wilhelm, Abby Jae; Tammy Hooper; O'Brien, Katie; Racine, Karl; Bielat, Martin; Griffin, Mark; Johnson, Carlos; Macias, Hannah; Simon, Robert; Thomas, Delante; Washington, Nekoiya; Meyer, Jennifer; Todd, Dorothy; Schlacht, Jarod; Christine Cole; terrence.gordon@att.net; Yonekura, Stephanie; Coromelas, Acrivi (CRT); Davis-Rodack, Emma (CRT); Cole, Matthew; Morales, Egdilio; DeCaro, Sara (USAOHN); Evanovich, Michael (USAOHN) [Contractor]; Fitzgerald, Patricia M. (USAOHN); Froliklong, J. Jackson (USAOHN); Fields, Melody (CRT); Shunta Boston; Shunta Boston-Smith; 'Rick Myers' |
| **Cc:** | Agarwal, Shayleen |
| **Subject:** | Re: Notice Re Monitor Review of Internal Reports of Misconduct |

Thanks, Abby.

In Truth and Service,



       **Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**
       Executive Director
       Police Accountability Team
       City of Cleveland, Ohio
       **Desk Phone:** 216-664-2951
       **Email:** landerson2@clevelandohio.gov

"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing."  -Theodore Roosevelt

---

**From:** Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>
**Sent:** Friday, April 4, 2025 12:22:04 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>; Tammy Hooper <tammy@unit1consulting.com>; O'Brien, Katie <katie.obrien@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>; Schlacht, Jarod <JSchlacht@clevelandohio.gov>; Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net <terrence.gordon@att.net>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; Cole, Matthew <MCole@clevelandohio.gov>; Morales, Egdilio <EMorales2@clevelandohio.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>; Shunta Boston <boston-smith@sbcglobal.net>; Shunta Boston-Smith <sbosto@icloud.com>; 'Rick Myers' <richard.myers@clevelandpolicemonitor.com>
**Cc:** Agarwal, Shayleen <SAgarwal@clevelandohio.gov>
**Subject:** RE: Notice Re Monitor Review of Internal Reports of Misconduct

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Dr. Anderson,

Thank you for providing us with materials the City has collected to date.

The Monitoring Team has determined that this review does not require a formal methodology for all the reasons we have stated before. There will be no forthcoming methodology from the Monitoring Team.

We do not believe it is worth additional time and expense to reconvey our position to the Parties. The Parties may decide to take this up with the Court if there is continued disagreement.

Best,
Abby

**From:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Sent:** Thursday, April 3, 2025 2:15 PM
**To:** Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Tammy Hooper <tammy@unit1consulting.com>; O'Brien, Katie <katie.obrien@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>; Schlacht, Jarod <JSchlacht@clevelandohio.gov>; Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; Cole, Matthew <MCole@clevelandohio.gov>; Morales, Egdilio <EMorales2@clevelandohio.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>; Shunta Boston <boston-smith@sbcglobal.net>; Shunta Boston-Smith <sbosto@icloud.com>; 'Rick Myers' <richard.myers@clevelandpolicemonitor.com>
**Cc:** Agarwal, Shayleen <SAgarwal@clevelandohio.gov>
**Subject:** Re: Notice Re Monitor Review of Internal Reports of Misconduct

**[EXTERNAL]**
Greetings Abby,

Thank you for the follow-up message! Honestly, I'm struggling to determine if this is a Compliance Audit, Compliance Review, or an Outcome Measurement Assessment? The City believes that per ¶351, the Monitoring Team can only work within the review methods conferred to it by the Consent Decree — all of which require methodologies pursuant to ¶371.

The Monitoring Team's March 7, 2025, letter cites its authority to conduct this review by citing to ¶360, which classifies this as either a Compliance Review or a Compliance Audit:

> To determine the Monitor's role in reviewing the policies and procedures, we rely paragraph 360 that permits the Monitor to "conduct reviews or audits as necessary determine whether the City and [the Division] have complied with this Agreement....and are carrying out the requirements in actual practice." A review of the process by which t

The City absolutely agrees that the Paragraphs you're citing in your recent e-mail, ¶390 and ¶393, are relevant to compliance reviews and audits, and that it must produce documents to the Monitoring Team.

However, we can't seem to find the language you're referencing in ¶390 or ¶393 that should lead the Parties to believe that the City's obligations under these paragraphs are independent of the methodology procedures the Decree outlines in ¶371. The "to carry out the duties assigned to the Monitor by this Agreement" language in ¶390 reinforces our understanding of this process.

In the interest of complying with the paragraphs that you have stated, the City is producing what has been collected to date. Please review the attached documents and let us know if you have any questions.

I would also be grateful if you could advise when the Monitoring Team will provide the draft methodology per ¶371, as previously cited and requested by the City.

The City also proposes that when the Monitoring Team produces the draft methodology for this Compliance Review, the City, the DOJ, and the Monitoring Team can jointly review its content to determine any duplication in City's cost and effort with IG's (cc'ed here) inquiry (¶377); of which the City referred this matter on its own (01/13/2025).

DOJ, the City is kindly requests your interpretation of the Monitoring Team's statements and the City's need for a methodology as well.

Many thanks!

In Truth and Service,



**Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**

Executive Director

Police Accountability Team

City of Cleveland, Ohio

**Desk Phone:** 216-664-2951

**Email:** landerson2@clevelandohio.gov

---

"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing." -Theodore Roosevelt

---

**From:** Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>
**Sent:** Wednesday, March 26, 2025 6:24 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>; Tammy Hooper <tammy@unit1consulting.com>
**Cc:** O'Brien, Katie <katie.obrien@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>; Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net <terrence.gordon@att.net>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>
**Subject:** RE: Notice Re Monitor Review of Internal Reports of Misconduct

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Dear Dr. Anderson,

In the March 7, 2025 letter from the Monitor, we notified the City of our intent to conduct a review to more fully understand the policies and practices of the Division and City in accepting, investigating, and adjudicating certain internal complaints. The letter made clear the Monitor's authority to conduct such a review and defined the specific information we are seeking. The Monitor's position is that a methodology, as described in paragraph 371 of the consent decree, is not required for this review. The Monitoring Team is requesting documents pertaining to the Division and City's current processes regarding internal complaints, pursuant to paragraphs 390 and 393 of the Consent Decree. As such, we appreciate your attentiveness and timely fulfillment of our March 13 document request.

Best,
Abby

**From:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Sent:** Monday, March 24, 2025 1:09 PM
**To:** Tammy Hooper <tammy@unit1consulting.com>
**Cc:** O'Brien, Katie <katie.obrien@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>; Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>
**Subject:** Re: Notice Re Monitor Review of Internal Reports of Misconduct

**[EXTERNAL]**
Greetings Chief Hooper,

Many thanks for your inquiry.

We are gathering/have gathered documents and are reviewing for responsiveness.

In the interim, I would be grateful if you could let me know when, pursuant to Paragraph 371 of the Consent Decree, the City can expect to receive the associated methodology for this review?

Many thanks!


In Truth and Service,




**Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**

Executive Director

Police Accountability Team

City of Cleveland, Ohio

**Desk Phone:** 216-664-2951

**Email:** landerson2@clevelandohio.gov


"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing." -Theodore Roosevelt

**From:** Tammy Hooper <tammy@unit1consulting.com>
**Sent:** Monday, March 24, 2025 12:07 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>
**Cc:** O'Brien, Katie <katie.obrien@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>; Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net <terrence.gordon@att.net>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>
**Subject:** Re: Notice Re Monitor Review of Internal Reports of Misconduct

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

HI Dr. Anderson,

Can you please advise the status of this document request?

Thank you.

On Fri, Mar 14, 2025 at 10:10 AM Anderson, Leigh <LAnderson2@clevelandohio.gov> wrote:
> Greetings Katie,
>
> This document request related to the initial March 7, 2025, review has been received.
>
> In Truth and Service,
>
>
> **Leigh R. Anderson, PhD., MPA-IG, CIGA, CIGE**
>
> Executive Director
>
> Police Accountability Team
>
> City of Cleveland, Ohio
>
> **Desk Phone:** 216-664-2951
>
> **Email:** landerson2@clevelandohio.gov

"In any moment of decision, the best thing you can do is the right thing, the next best thing you can do is the wrong thing, and the worst thing you can do is nothing." -Theodore Roosevelt

---

**From:** O'Brien, Katie <katie.obrien@hoganlovells.com>
**Sent:** Thursday, March 13, 2025 5:26 PM
**To:** Racine, Karl <karl.racine@hoganlovells.com>; Anderson, Leigh <LAnderson2@clevelandohio.gov>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <MGriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <RSimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>
**Cc:** Christine Cole <christinecole919@gmail.com>; terrence.gordon@att.net <terrence.gordon@att.net>; 'Tammy Hooper' <tammy@unit1consulting.com>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>
**Subject:** RE: Notice Re Monitor Review of Internal Reports of Misconduct

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Dear PAT et. al,

Please find attached document requests related to our March 7, 2025 Memo related to Monitor review of Internal Complaints.

Thanks,

**Katie O'Brien**

Senior Paralegal

---

**Hogan Lovells US LLP**
100 International Drive
Suite 2000
Baltimore, MD 21202

Tel:     +1 410 659 2700

Direct:  +1 410 659 2754

| | |
|---|---|
| Fax: | +1 410 659 2701 |
| Email: | katie.obrien@hoganlovells.com |
| | www.hoganlovells.com |

---

**From:** Racine, Karl <karl.racine@hoganlovells.com>
**Sent:** Friday, March 7, 2025 2:11 PM
**To:** Anderson, Leigh <LAnderson2@clevelandohio.gov>; Bielat, Martin <MBielat@clevelandohio.gov>; Griffin, Mark <mgriffin@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Simon, Robert <rsimon@clevelandohio.gov>; Thomas, Delante <dthomas3@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Meyer, Jennifer <JMeyer2@Clevelandohio.gov>; Todd, Dorothy <DTodd@clevelandohio.gov>
**Cc:** 'Christine Cole' <christinecole919@gmail.com>; terrence.gordon@att.net; 'Tammy Hooper' <tammy@unit1consulting.com>; O'Brien, Katie <katie.obrien@hoganlovells.com>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Racine, Karl <karl.racine@hoganlovells.com>; Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Davis-Rodack, Emma (CRT) <Emma.Davis-Rodak@usdoj.gov>; DeCaro, Sara (USAOHN) <Sara.DeCaro@usdoj.gov>; Evanovich, Michael (USAOHN) [Contractor] <Michael.Evanovich@usdoj.gov>; Fitzgerald, Patricia M. (USAOHN) <Patricia.Fitzgerald2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Fields, Melody (CRT) <Melody.Fields@usdoj.gov>
**Subject:** Notice Re Monitor Review of Internal Reports of Misconduct

Dear City,

Attached please find a memo outlining the Monitoring Team's intended review of the City of Cleveland's' process for reporting, investigating, and adjudicating internal reports of misconduct.

Best,
Karl

**Karl A. Racine**

Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

| | |
|---|---|
| Tel: | +1 202 637 5600 |
| Direct: | +1 202 637 5861 |
| Fax: | +1 202 637 5910 |
| Email: | karl.racine@hoganlovells.com |

www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.


--
Tammy Hooper
President
Unit One Consulting