## Bielat, Martin

| | |
|---|---|
| **From:** | Meyer, Jennifer |
| **Sent:** | Monday, April 21, 2025 11:45 AM |
| **To:** | Bielat, Martin |
| **Subject:** | complaints of discrimination etc. |

**From:** Christine Cole
**Sent:** Tuesday, April 15, 2025 2:26 PM
**To:** Meyer, Jennifer
**Cc:** Tammy Hooper; Terrence Gordon
**Subject:** complaints of discrimination etc.

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Dear Superintendent Meyer,

My colleagues and I will be on site next week in Cleveland. During our time there, we would appreciate 45 minutes or so with you to increase our understanding of the current process and learn of any procedural documents relative to the investigation of internal complaints of discrimination, harassment, or workplace violence. The Monitor has tasked us with learning about the past and current processing so we have a full understanding of the process.

Please let me know times that will work for you on Tuesday morning, most of Wednesday, or Thursday morning.

Best,

Christine

--
Christine M. Cole
508.826.4207