IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |

    Pending before the Court is the City of Cleveland's Motion to Enforce the Monitor's Compliance with the Plain Text of Settlement Agreement Paragraph 371. After considering the arguments presented and the language of the Settlement Agreement, the Court finds the position of the City of Cleveland to be well-taken.

    It is hereby ORDERED as follows: (1) have the Monitor provide the Parties with a draft methodology for its "Review of Internal Reports of Misconduct" within 14 calendar days; (2) require the methodology for the "Review of Internal Reports of Misconduct" before its initiation, pursuant to ¶ 371; and (3) disallow the Monitor from billing the City for "Review of Internal Reports of Misconduct" work completed outside the procedures described in Consent Decree.


IT IS SO ORDERED.
Dated: _____

HONORABLE SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE