# Exhibit 1

**From:** Griffin, Mark <MGriffin@clevelandohio.gov>
**Sent:** Wednesday, April 23, 2025 4:43 PM
**To:** Coromelas, Acrivi (CRT) <Acrivi.Coromelas2@usdoj.gov>; Froliklong, J. Jackson (USAOHN) <Joseph.Froliklong@usdoj.gov>; Sara DeCaro <Sara.DeCaro@usdoj.gov>
**Cc:** Anderson, Leigh <LAnderson2@clevelandohio.gov>; Johnson, Carlos <CJohnson2@clevelandohio.gov>; Macias, Hannah <HMacias@clevelandohio.gov>; Bielat, Martin <MBielat@clevelandohio.gov>; Washington, Nekoiya <NWashington@clevelandohio.gov>; Puin, Timothy <tpuin@clevelandohio.gov>; Hough, Amy <AHough@clevelandohio.gov>; Hall, Lillian <LHall@clevelandohio.gov>; Hess, Michael <MHess2@Clevelandohio.gov>; Butler, Geraldine <GButler@clevelandohio.gov>; Racine, Karl <karl.racine@hoganlovells.com>; Wilhelm, Abby Jae <abby.wilhelm@hoganlovells.com>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>
**Subject:** Pending Motions

[EXTERNAL]

Acrivi,

We have decided not to withdraw the motions at this time.

The abrupt manner in which the DOJ raised the topic and the unreasonable deadline limited the ability to fully discuss the issues.

We are open to having a more thorough conversation with the DOJ at its convenience.

Best Regards,

Mark