IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | COUNSEL |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Acrivi Coromelas, J. Jackson Froliklong, and Melody Joy Fields withdraw as co-counsel of record for Plaintiff United States of America.

Respectfully submitted,

**FOR THE UNITED STATES**

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

ANDREW M. DARLINGTON
Senior Counsel
Civil Rights Division

REGAN RUSH

Carol M. Skutnik
Acting United States Attorney
Northern District of Ohio

Patricia M. Fitzgerald
Chief, Civil Division

Sara E. DeCaro (OH: 0072485)
J. Jackson Froliklong

Chief
Special Litigation Section

Acrivi Coromelas
Deputy Chief
Special Litigation Section

*/s/ Melody Joy Fields*
Melody Joy Fields (CO: 55866)
Suraj Kumar
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 353-1091; Fax: (202) 514-4883
Email: Acrivi.Coromelas2@usdoj.gov
Email: Melody.Fields@usdoj.gov
Email: Suraj.Kumar@usdoj.gov

Assistant U.S. Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779 (Fitzgerald)
(216) 622-3670 (DeCaro)
(216) 622-3818 (Froliklong)
(216) 522-2404 (FAX)
Patricia.Fitzgerald2@usdoj.gov
Sara.DeCaro@usdoj.gov
Joseph.Froliklong@usdoj.gov