**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | **MOTION TO CONTINUE** |
| | ) | **MONTHLY STATUS CONFERENCE** |
| Defendant | ) | **WITH SUPPORTING MEMORANDUM** |

Defendant City of Cleveland respectfully moves the Court to continue the monthly status conference docketed for June 4, 2025, at 2:00 p.m. in Courtroom 19A.  A one-week continuance is sought, until a date and time convenient for the Court on or after June 11, 2025.  The grounds for this motion are set forth below.

**I.      Background**

On April 22, 2025, at the Semiannual Status Conference, the Court announced its plan to meet with the parties and the Monitor on a monthly basis to deal with any emergent issues.  A schedule for the monthly status conferences was not set at that time.

On May 29, 2025, the Court ordered that the first monthly status conference would be held on June 4, 2025, at 2:00 p.m., in Courtroom 19A.  (ECF No. 615.)

Dr. Leigh Anderson, Executive Director of the Police Accountability Team (PAT), and PAT attorneys Martin Bielat and Carlos Johnson are all unavailable on June 4, 2025.  Mr. Johnson is presently on leave, and both Dr. Anderson and Mr. Bielat will be out of the country on June 4, 2025.  However, Dr. Anderson and Mr. Bielat will have returned by June 11, 2025, and will be prepared to go forward with the monthly status conference on or after June 11, 2025.

### II. Law and Argument

A district court is given substantial discretion over pretrial matters. *See, e.g., Ginett v. Federal Express Corp.*, No. 97-5481, 1998 WL 777998, *5 (6th Cir. 1998) (citations omitted). The granting of a motion to continue is within the court's discretion. *Merritt-Chapman & Scott Corp. v. Kent*, 309 F.2d 891 (6th Cir. 1962) ("The continuance of a case is a matter which rests within the sound discretion of the trial court").

The Court would act well within its discretion in granting this motion. A continuance is not being sought for purposes of delay. No party can have relied on the scheduling because this will be the first scheduled monthly status conference and June 4, 2025, was not a previously-arranged date for the conference. Thus, no prejudice is expected to result to Plaintiff or to the Monitor. On the contrary, it would benefit all concerned to reschedule for a time that PAT's Executive Director and attorney are available, given the importance of their expected contributions.

Defendant sought the approval of Plaintiff to the filing of this motion but did not hear back from the Department of Justice by the time of filing.

### III. Conclusion

Therefore, for the foregoing reasons, Defendant City of Cleveland respectfully moves the Court for a one-week continuance of the pretrial status conference docketed for June 4, 2025, at 2:00 p.m. in Courtroom 19A, until a date and time convenient for the Court on or after June 11, 2025.

Respectfully submitted,

MARK D. GRIFFIN
Director of Law

*s/ Mark D. Griffin*

_____
Mark D. Griffin (0064141)
Delante Spencer Thomas (0096349)
601 Lakeside Ave. E
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov
Attorneys for Defendant/ Appellant

## CERTIFICATE OF SERVICE

A copy of this filing was sent via operation of the Court's ECF system on the date of filing to all parties of record, with a courtesy copy emailed to the Monitor, karl.racine@hoganlovells.com.

*s/ Mark D. Griffin*

_____
Director of Law, City of Cleveland