UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Defendant City of Cleveland's (the "City") Motion to Continue Monthly Status Conference ("Motion") (ECF No. 616). After conferring with the Monitor and Parties, the court grants the Motion and continues the June Monthly Status Conference to June 11, 2025 at 1:30 p.m. in Courtroom 19A. The court still anticipates ruling on the pending Motions to Enforce submitted by the City before or at the conference. Additionally, the parties and Monitor should be prepared to discuss the nature of the progress made on the remaining billing issues since the court ruled on the City's prior objections to the Monitor's March through June 2024 bills. (*See* ECF No. 606.)

If the Parties and Monitor have additional topics for the June 11 status conference, they should inform the court as soon as possible.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 2, 2025