UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Defendant City of Cleveland's (the "City") Motion for Partial Reconsideration (ECF No. 623) and Notice of Appeal (ECF No. 625). The Motion and Notice pertain to the court's April 25, 2025 Order (ECF No. 606), in which the court overruled the City's billing objections to the Monitor's March through June 2024 invoices, ordered the City to compensate the Monitor for 75 percent of the total amount objected to on the basis of "billing for billing," and urged the parties to "use the court's decisions on these objections to guide future billing disputes." (Order at PageID 14078.)

Curiously, the City filed its Motion for Partial Reconsideration on June 18, 2025, but then filed its Notice of Appeal of the Order it asks the court to reconsider two days later on June 20, 2025. The ordinary sequence of events would have been for the City to await the court's decision on the Reconsideration Motion, and then, if necessary, appeal that Order. Indeed, the court's Order may obviate the need for an appeal.

Therefore, the City is ordered to notify the court by filing a notice on the docket by July 3, 2025, clarifying whether it is pursuing its appeal, or its Motion for Partial Consideration of the April 25, 2025 Order. If it is choosing to pursue an appeal at this time, it would seem appropriate for the court to dismiss the Motion for Reconsideration as moot. Should the City choose to move forward with its Motion for Reconsideration, the United States and Monitor will have ten days from the City's docketed notice to respond.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 30, 2025