# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 cv 1046 |
| | ) | |
| Plaintiff | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S** |
| CITY OF CLEVELAND, | ) | **MOTION TO CONTINUE** |
| | ) | **JULY 15, 2025, STATUS CONFERENCE** |
| Defendant | ) | **WITH MEMORANDUM IN SUPPORT** |

Defendant City of Cleveland respectfully moves the Court in its discretion to continue the status conference docketed for July 15, 2025. The grounds for this motion are set forth in the attached memorandum.

Respectfully submitted,

MARK D. GRIFFIN
Director of Law

*s/ Timothy J. Puin*

_____
Mark D. Griffin (0064141)
Delante Spencer Thomas (0096349)
Timothy J. Puin (0065120)
601 Lakeside Ave. E
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov
tpuin@clevelandohio.gov
Attorneys for Defendant

**MEMORANDUM**

**I.     Introduction**

Cleveland is diligently working to address community engagement, its promotion policy, its advocacy document, and its 17th Semiannual Report. In addition, it is presently engaged with the Department of Justice and the Monitoring Team on issues related to the departure of the deputy monitor Abby Jae Wilhelm from the Monitoring Team. Cleveland is progressing on all these initiatives. Although the Court has not circulated an agenda yet for the July 15, 2025, status conference, Cleveland will be in a better position to make a substantive report to the Court on all fronts when its documents and submissions are completed. Cleveland therefore seeks a continuance of the July 15, 2025, status conference—ideally, until August 13, 2025, when the next status conference is docketed, but at least for two weeks.

**II.    Relevant Background**

In the Status Conference Order filed June 12, 2025 (ECF No. 619), the Court noted:

> Additionally, the parties and Monitor indicated that they would like to further address community engagement and the City's promotion policy at the July status conference. The court adds these items to the agenda and asks the Monitor to confer with the Parties closer to the next status conference on other topics for discussion. The court hereby sets the following dates for the next three status conferences: July 15, 2025, at 2:00 p.m. August 13, 2025, at 2:00 p.m. September 24, 2025, at 3:00 p.m. The court anticipates that the September conference will coincide with the 17th Semiannual Status Conference.

The Court has not yet set an agenda for the July 15, 2025, status conference.

Cleveland has been drafting its most recent advocacy document. In addition, Cleveland has been working to complete the 17th Semiannual Report. Both of these documents will be relevant and will assist in having a more complete conversation at the August status conference. Finally, Cleveland has been engaged in discussions with the DOJ and Monitor regarding possible replacements for the deputy monitor, who has left employment with Hogan Lovells.

Since the last status conference, on June 11, 2025, there have been no disputes between the parties and the Monitor on the Monitor's monthly statements, except for the issue of "billing for billing," of which the Court is aware.  Today, Cleveland withdrew its motion for partial reconsideration on this issue.

Plaintiff and the Monitor were not able to be consulted due to the limited time available, but based on communications with the Monitor, the monitoring team had other activities planned in Cleveland at this time and did not travel to Cleveland solely to attend the status conference.

### III.    Law and Analysis

It is within the Court's discretion whether to hold a status conference.  *E.g., U.S. v. Michigan*, 422 F.Supp.2d 808, 810 (E.D. Mich. 2006).  Moreover, "[a] district court's decision regarding a continuance is given great deference, 'and will not be disturbed on appeal absent clear abuse of [the court's] discretion'."  *Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 961 (9th Cir. 2001), *citing United States v. Flynt*, 756 F.2d 1352, 1358 (9th Cir.), *amended*, 764 F.2d 675 (9th Cir.1985).

In this instance, the parties have been working in good faith together.  Therefore, it is fair to say that the case is proceeding favorably at this time.  Given that the Monitor already was in Cleveland for other activities, it would not be a hardship for the monitoring team members to reschedule the status conference for the August 13, 2025, date.

Thus, there is good cause to grant this motion in the Court's discretion.

### IV.    Conclusion

Therefore, for the foregoing reasons, Defendant City of Cleveland respectfully moves the Court in its discretion to continue the status conference docketed for July 15, 2025, until the next status conference on August 13, 2025, or at least for two weeks.

3

The Court's consideration on short notice is appreciated.

          Respectfully submitted,

          MARK D. GRIFFIN
          Director of Law

          *s/ Timothy J. Puin*
          _____
          Mark D. Griffin (0064141)
          Delante Spencer Thomas (0096349)
          Timothy J. Puin (0065120)
          601 Lakeside Ave. E
          City Hall Room 106
          Cleveland, OH 44114
          (216) 664-2800
          mgriffin@clevelandohio.gov
          dthomas3@clevelandohio.gov
          tpuin@clevelandohio.gov
          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     A copy of this filing was sent via operation of the Court's ECF system on the date of filing to all parties of record, with a courtesy copy emailed to the Monitor, karl.racine@hoganlovells.com.

          *s/ Timothy J. Puin*
          _____
          One of the Attorneys for City of Cleveland