UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15-cv-01046 |
| | ) | |
| Plaintiff | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S NOTICE** |
| CITY OF CLEVELAND, | ) | **OF NON-OPPOSITION BY** |
| | ) | **PLAINTIFF TO MOTION** |
| Defendant | ) | **TO CONTINUE (ECF NO. 632)** |

Defendant City of Cleveland respectfully notifies the Court and all concerned that it was informed through the Department of Justice that Plaintiff does not oppose Cleveland's motion filed today (ECF No. 632) to continue the status conference docketed for July 15, 2025.

Respectfully submitted,

MARK D. GRIFFIN
Director of Law

*s/ Timothy J. Puin*

_____
Mark D. Griffin (0064141)
Delante Spencer Thomas (0096349)
Timothy J. Puin (0065120)
601 Lakeside Ave. E
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov
tpuin@clevelandohio.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

A copy of this filing was sent via operation of the Court's ECF system on the date of filing to all parties of record, with a courtesy copy emailed to the Monitor, karl.racine@hoganlovells.com.

*s/ Timothy J. Puin*

_____
One of the Attorneys for City of Cleveland