# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15-cv-01046 |
| Plaintiff, | ) ) | Judge Solomon Oliver, Jr. |
| vs. | ) ) | |
| CITY OF CLEVELAND, | ) ) | |
| Defendant, | ) ) ) | |

## NOTICE OF FILING 17TH STATUS REPORT

Defendant City of Cleveland respectively gives notice of filing its Seventeenth Status Report, as required by Paragraph 387 of the Settlement Agreement.

Respectfully submitted,

By: s/ *Mark D. Griffin*
MARK D. GRIFFIN (0064141)
Director of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax: (216) 664-2663
Email: MGriffin@clevelandohio.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

A copy of this filing was sent via operation of the Court's ECF system on the date of filing to all parties of record, with a courtesy copy emailed to the Monitor, karl.racine@hoganlovells.com.

s/ *Mark D. Griffin*
*One of the Attorneys for Defendants*