# 17th STATUS REPORT

## SETTLEMENT AGREEMENT



**CITY OF CLEVELAND**
Mayor Justin M. Bibb

## Table of Contents

**Letter from Police Accountability Team Executive Director** ...................................................2

**Report Purpose** ........................................................................................................................ 3

**Areas of Concern** ......................................................................................................................4

**Compliance Success** ................................................................................................................4

    Community Engagement & Building Trust ..........................................................................5-6

    Community and Problem-Oriented Policing (CPOP) .............................................................. 6

    Bias-Free Policing .....................................................................................................................7

    Use of Force ..........................................................................................................................7-8

    Crisis Intervention .................................................................................................................8-9

    Search & Seizure .................................................................................................................9-10

    Accountability .....................................................................................................................10-11

    Transparency & Oversight .......................................................................................................12

    Officer Assistance & Support .............................................................................................13-14

    Supervision ..............................................................................................................................14

# Statement from
# Dr. Leigh R. Anderson,
# Executive Director of the Police Accountability Team

The City of Cleveland (the City) acknowledges the Monitor's observations and appreciates the recognition of the achievements made during the reporting period of July 1, through December 31, 2024.   The City continues to achieve sustainable constitutional policing and effective accountability.

First and foremost, **the City is proud of the 15 upgrades achieved during this reporting period**, particularly in the areas of Community and Problem-Oriented Policing (CPOP), Crisis Intervention Training (CIT), and Use of Force (UOF). These are critical components of our commitment to improving public safety and accountability. It is important to highlight that these areas, including CIT and UOF, are undergoing rigorous assessments—a necessary process to document that the City's policing is both effective and sustainable. The City remains confident that these assessments, while untimely, will further establish the effectiveness of these reforms.

While we are ecstatic about the achievements highlighted, we would be remiss if we did not respectfully clarify and defend several points regarding both the monitoring process and the City's success in fulfilling the Settlement Agreement's objectives.

The 15 upgrades noted in the 16th Semi-Annual Report, while appreciated, do not sufficiently recognize the  City's compliance with Settlement Agreement during the July through December 2024 reporting period. The City submitted its second Advocacy Document to the Monitoring Team on January 31, 2025, and identified additional upgrades worthy of the Monitoring Team recognition.

With that aside, the upgrades along with the sustained efforts in various areas of reform underscore our commitment to ensuring a more accountable and transparent police force. We look forward to the continued collaboration with the Monitor and all stakeholders. There is more work to be done so that the City can be properly recognized for its compliance efforts.

## Report Purpose

This is the City of Cleveland's 17th Status Report (the Report), as described in ¶387 of the Settlement Agreement, between the United States of America and the City of Cleveland, case 1:15-cv-01046-SO, United States District Court, Northern District of Ohio, Eastern Division. This report will delineate the steps taken by the City during the reporting period to continue to comply with the Settlement Agreement; the City's assessment of the status of its established constitutional policing; plans to correct any problems; and responses to any concerns raised in the Monitor's 16th Semi-Annual Report for the July 1, 2024 – December 31, 2024 reporting period. Additionally, this Report will cover cumulative success the City has made on Settlement Agreement compliance, to date.

The Report has been authored by the City's Police Accountability Team (PAT), which is the City's designated lead for ensuring and pursuing Settlement Agreement compliance. References to "us" or "we" include all entities of the City of Cleveland. However, this Report may also contain references to specific City Departments, Divisions, Commissions, Boards, and employees within the City. There may be additional City perspectives not reflected in this report.

Finally, the City does not intend to make any admissions or adoptions of the Monitoring Team's opinions with the issuing of this Report. The PAT has placed its advocacy for paragraph upgrades in its Compliance Advocacy Document, which has been shared with the Monitoring Team and the Department of Justice (DOJ). The City reserves the right to further argue for additional upgrades beyond what it has detailed in this Report.

This Report is based on the information available at the time of writing and may not encompass all relevant developments or perspectives related to the issues discussed. This Report may not fully address all achievements, criticisms or concerns arising during the Reporting Period, and the PAT welcomes input from stakeholders to further clarify any positions or questions.

## Areas of Concern

On the matter of the Office of Professional Standards (OPS), **the City strongly disagrees with the Monitor's downgrades**.

- Par. 198, does not require that OPS have an "independent attorney". It only requires the City to ensure that the lawyer(s) representing OPS does not have actual or apparent conflicts. *In the 16th Semi-Annual Report, the Monitor does not identify any actual or apparent conflict with the attorneys representing OPS*. (Note: "conflict of interest" is a legal term of art and should not be mistaken for interpersonal conflict.) In fact, there have been instances where an outside counsel has been brought in for OPS cases where there was a conflict with the Law Department representing the officer named in the OPS complaint.
- The Monitor's characterization that the shutdown of OPS's access to sensitive data was an affront to its independence was also misguided. The City's actions were rooted in a legitimate concern regarding the security and handling of sensitive law enforcement data, not an attempt to undermine OPS's authority. The integrity of public safety data is paramount, and the City has the legal obligation to ensure that such information is appropriately safeguarded.
- Regarding the resignation or termination of the former OPS Administrator, the City has followed proper procedures, and any insinuation that the circumstances were mishandled or that the City is inappropriately interfering with OPS's independence is unfounded.
- Finally, OPS and the Civilian Police Review Board (CPRB) continue to have access to and spend from their budgets. Fundamentally, the subject of the Monitoring Team's comments relate to OPS's training on the financial management software used by the City for all finances. The Department of Finance provided training to OPS during the reporting period and has offered additional training sessions to OPS personnel since then to resolve any remaining questions they may have.

# Compliance Achievements July – December 2024

## 1. Community Engagement and Building Trust

The City of Cleveland appreciates the Monitor's recognition of the Cleveland Division of Police's (CDP) ongoing efforts to build stronger, more transparent relationships with residents through continued community engagement. Initiatives such as outreach by community officers across all districts, schools, participation in local events, and targeted efforts like "Coffee with a Cop" highlight the City's commitment to fostering trust, especially among youth and young adults (~36% of community engagement forms from the period covered by this report list youth as part of the engagement population!)

**District Policing Committees (DPCs):** While the Monitor described "mixed progress," the City believes it is important to highlight the meaningful strides made in community collaboration. DPCs have played an integral role in event planning, local partnerships, and addressing community concerns. Nonetheless, the City recognizes that some DPCs face challenges related to internal cohesion. We are committed to improving responsiveness, sharing best practices, and working with the Monitoring Team, DOJ, and stakeholders to ensure consistent and effective engagement across all districts. The City is still looking forward to feedback from the Monitoring Team on the Community Relations Board (CRB) DPC data it sent to the Monitoring Team in November 2024.

**Community Police Commission (CPC):** The City acknowledges the procedural delays in swearing in new members, however, they are not relevant to the reporting period for which the 16th Semi-Annual Report covered. These delays were not due to a lack of commitment but rather stemmed partially from the Monitor's request to conduct a more time-consuming selection process. We recognize the feedback regarding the composition of the interview panel, but the City views its interview panel selection was consistent with the Charter's requirements. The City remains fully dedicated to supporting the CPC's critical oversight role under the Settlement Agreement and is confident that the new Commissioners, with the support of leadership and the community, will continue to drive meaningful reform.

**Community Survey:** Looking ahead, the City restates the importance of the Monitor completing its responsibility to conduct the upcoming community survey

(Settlement Agreement paragraphs 361–366), which will serve as a key milestone in evaluating public perceptions and engagement. We are committed to collaborating decisively and creatively with all Parties to ensure the survey's successful implementation.

## 2. Community and Problem-Oriented Policing

The return to Partial Compliance in this area of the Settlement Agreement is a meaningful step forward and reflects the City's commitment to effective and accountable policing.

The City appreciates the Monitor's recognition of the significant success in advancing community engagement and problem-solving efforts within CDP. The development and implementation of the updated, comprehensive curriculum for community engagement and problem-solving training marks a major milestone in our reform journey.

This curriculum was thoughtfully designed through collaborative planning to directly address the needs of both officers and the community; its impact is already evident in improved officer skills related to relationship-building, problem-solving, and effective community engagement.

While we view this as important progress, we remain focused on achieving full compliance through continued refinement and expansion of the training's core concepts. Instructional accountability improvements and the recent approval of the revised Community and Problem-Oriented Policing (CPOP) curriculum in July 2024 have been critical components of this effort. The City looks forward to delivering this training in the next reporting period, confident that it will further strengthen CDP's alignment with the goals of the Settlement Agreement, particularly paragraph 30.

The positive impacts of CPOP are becoming increasingly visible across Cleveland. Stronger partnerships with schools, businesses, and community based and focused organizations like Edna House and the Constellation Old Brooklyn School area have taken root. This trend in the right direction and commitment to compliance is also evidenced by the growing number of dedicated CPOP Coordinators assigned across all districts, underscoring the program's effectiveness. Additionally, members of CDP Leadership and the Data Analysis Coordinator were able to conduct a peer site visit

to view Baltimore's community policing model further highlighting the proactive approach to improving strategies through external learning.

### 3. Bias-Free Policing

During this reporting period, key milestones were achieved, including the completion of 16 hours of in-service CPT Session II and the submission of a new Bias-Free Policing Supervisor Training curriculum. These initiatives reinforce the City's commitment to fair, impartial, and equitable policing practices across all ranks of CDP and the City appreciates the Monitor's recognition of CDP's success.

The in-service training, which includes interactive, scenario-based modules and incorporates the Legal, Administrative, Tactical, Ethical, and Social (LATES) analytical framework, is designed to enhance officers' cultural sensitivity and decision-making skills.

Most importantly, it equips both officers and supervisors with the tools to identify and address bias, thereby improving professionalism, community engagement, and complaint response. The training's emphasis on practical application and data-informed strategies ensures that Bias-Free Policing is not a one-time exercise but an ongoing, institutionalized practice throughout the Division. The City is eager to hear the Monitor's suggestions on how to further improve the training .

Additionally, the City is actively working to produce the comprehensive annual report required by paragraph 265 of the Settlement Agreement. This report will analyze data on the unbiased administration of all CDP activities and serve as a critical tool for measuring success and informing future reforms. Ensuring that regular, consistent, and meaningful reviews and assessment of officer performance data will help identify patterns of bias and reinforce transparency and accountability throughout CDP operations.

### 4. Use of Force

The City is encouraged by the Monitor's recognition of the compliance made in this area, particularly the improved functionality of the FRB. The City is pleased that the Board's ability to assess the quality of investigations, identify deficiencies, and recommend corrective action has contributed to an upgrade to Operational Compliance. This advancement reflects CDP's strengthening accountability

mechanisms and the consistent adherence to policies by supervisors and command staff. The low number of policy violations and the proactive identification of issues demonstrate that the CDP is holding itself to high standards in line with the Settlement Agreement. The consistent attention to Force Review Board (FRB) operations further underscores the City's dedication to ensuring that all use of force incidents are properly reviewed and addressed.

The recent appointment of a new Superintendent in Internal Affairs (IA) enhances the Division's ability to conduct a thorough and effective review of Force Investigation Team (FIT) cases, particularly those involving Level 3 use of force incidents. Additionally, the City acknowledges the upgrade to Partial Compliance in tracking timeline requirements under paragraph 122 and recognizes that achieving full Operational Compliance will require continued focus on reviewing and improving supporting documentation.

The City also welcomes the Monitor's upcoming comprehensive assessment in 2025 of all use of force-related provisions outlined in paragraphs 45–130 of the Settlement Agreement. We view this as a valuable opportunity to demonstrate the substantial progress already made and to identify further areas for growth. To support this process, the City is committed to finalizing and implementing the updated FRB training curriculum, which is essential for ensuring thorough, standardized, and effective evaluations of use of force incidents.

### 5. Crisis Intervention

The City credits the cooperation among the City, the Department of Justice, the Monitoring Team, the Mental Health Response Advisory Committee (MHRAC), ADAMHS Board, and community stakeholders for Crisis Intervention's success under the Settlement Agreement. Establishing these collaborative partnerships has been vital in shaping training initiatives and strengthening the City's response to individuals experiencing behavioral health crises.

A major focus of this reporting period has been the development and delivery of specialized training sessions. These include Trauma-Informed assessments, behavioral health strategies for 911 operators and dispatchers, and advanced Crisis Intervention Training (CIT) modules. More than 125 officers have been CIT-trained, and additional sessions are scheduled, reflecting CDP's growing capacity to respond effectively and compassionately to behavioral health emergencies. The City is also

planning for 2025 training topics, including geriatric behavioral health and officer wellness. This further demonstrates our commitment to both community care and officer resilience.

MHRAC has played a crucial role in advancing these initiatives, particularly through its Data and Growth Subcommittee, which focuses on quality improvement and crisis prevention. The MHRAC Youth Subcommittee has also made meaningful success in addressing youth-involved crisis calls, especially those linked to domestic violence.

Increasing public awareness and trust in CDP's evolving crisis intervention strategies will require ongoing transparency, reliable outcomes, and effective communication with the community. Ensuring consistent and effective crisis response across all districts, particularly in areas with historically fewer CIT officer deployments, remains a priority.

The City is happy to hear that the first phase of the compliance evaluation is complete, and refinements are underway to ensure the tool produces consistent, data-driven insights. The City eagerly awaits the Monitoring Team's CIT Assessment results, which will inform the path to full compliance with paragraphs related to crisis intervention.

### 6.  Search and Seizure

The City too is unfortunately frustrated regarding the delayed commencement of the Search and Seizure assessment, which was originally anticipated to begin in the second quarter of 2024. While the assessment is now underway, the City requests more frequent communication from the Monitoring Team's assessment leaders, redlined edits to assessment tools/methodologies and quick resolutions to unforeseen issues. Paragraphs 367 & 369(c) require the Monitoring Team to complete its Compliance Reviews and Outcome Measurement Assessments of the Settlement Agreement's requirements annually.

Despite these early setbacks, the City remains fully committed to advancing the Search and Seizure assessment in partnership with the Monitoring Team and DOJ. The convening of a working group during the July site visit was a constructive step forward, providing a forum to address feedback on CDP's 2022 Stop Report and further refine the scope of the assessment. The formal notification of the assessment

and collaboration with the PAT and CDP Data Team, who reviews the datasets, marks important success.

The City remains committed to accelerating the resolution of these technical and procedural challenges. We recognize that a timely and complete Search and Seizure assessment is essential to maintaining the integrity of the compliance process and ensuring an environment where fair and constitutional policing practices are implemented. The City will continue working closely with the Monitor to ensure that the assessment moves forward without additional delays and yields meaningful, actionable insights.

### 7. Accountability

The City appreciates the Monitor's continued oversight and recognition of achievements made by IA and OPS. While we welcome this acknowledgment, we respectfully disagree with aspects of the Monitor's evaluation that overlook the City's sustained efforts and the impact of external constraints.

Despite leadership transitions in IA (from Superintendent Viland to interim Captain Simon, and now Superintendent Meyer), the City ensured continuity and preserved momentum on key reforms. The City sought feedback from the Monitoring Team on how to handle this transition, but it received none. IA continues to collaborate with the DOJ and the Monitoring Team, particularly on finalizing the IA Supervisor Training curriculum, reinforcing our commitment to compliance.

IA has made measurable improvements, including the implementation of Final Report templates for investigations, timely completion of administrative reviews, and a training curriculum developed with an external vendor. These efforts support compliance with paragraphs 183–187.

The Monitoring Team's downgrades in compliance for OPS and CPRB are unwarranted. The Settlement Agreement, via paragraph 198, does not require that OPS have an "independent attorney". It only requires that the City ensure that the attorney(s) representing OPS do not have actual or apparent conflicts. In its 16th Semi-annual Report, the Monitor does not identify any actual or apparent conflict with the attorneys representing OPS. The CPRB also has not identified a conflict of interest with the attorneys representing OPS and CPRB.  Moreover, in order to downgrade the City in this paragraph, the Monitor should have to show that the

lawyer(s) representing OPS somehow now have conflicts of interests that they did not have in the 15th Semiannual report. (Note: "conflict of interest" is a legal term of art and should not be mistaken for interpersonal conflict.)

Within the Law Department, attorneys self-identify conflicts of interest and will either remove themselves or bring in an outside counsel for the OPS case that has a conflict. This is the same process for the attorney who represents the CPC as well as other Boards and Commissions for the City. Additionally, § 83 of the City Charter states that the Director of Law is "the legal advisor of, and attorney, and counsel for the City, and for all its officers and departments thereof." The Charter, like the Settlement Agreement, does not grant OPS the right to an independent attorney. There have been instances where an outside counsel has been brought in for OPS cases where there was a conflict with the Law Department representing the officer named in the OPS complaint.

The Civilian Police Review Board (CPRB) has shown consistent, evidence-based decision-making, earning an upgrade to Operational Compliance for paragraph 237. To achieve General Compliance, CPRB must enhance the documentation supporting its findings.

Regarding discipline, the City has collaborated with the Monitoring Team and DOJ on revising the Disciplinary Matrix, now known as the "Corrective Action Guidance" policy. With CPC approval secured, the policy is advancing through the final approval stages. However, concerns about the use of "letters of re-instruction" for low-level violations must be addressed to ensure alignment with the Settlement Agreement. The Monitor's upcoming assessment of disciplinary hearings will be key in evaluating implementation.

In summary, the City remains committed to advancing internal accountability and compliance. While challenges remain such as data consistency, investigative timelines, and budget limitations, we continue to take steps toward improvement. We look forward to ongoing collaboration with the Monitor and DOJ as we work toward a more transparent, accountable, and trusted Cleveland Division of Police.

### 8. Transparency and Oversight

The City has achieved compliance in Transparency and Oversight, particularly with the hiring of Shayleen Agarwal as Inspector General on December 6, 2024. Inspector General Agarwal's qualifications fully meet the requirements set forth in paragraphs 250–252, and her responsibilities are clearly outlined on the City's website in compliance with paragraphs 253–254. Additionally, the City has established a dedicated budget line item for the Inspector General position, fulfilling the requirement of paragraph 255. This strategic appointment, with IG Agarwal reporting directly to the Director of Public Safety, underscores the City's ongoing commitment to transparency, accountability, and oversight.

In collaboration with the Monitoring Team and City IT services, CDP's Data Team has also made important strides. Efforts are underway to transition to a new software vendor for police data collection, which will improve data storage, accessibility, and analysis capabilities. The Data Team is enhancing data quality through targeted staff training and the development of tools to monitor data over time. Notably, the team has produced an annual report on traffic stops and plans to continue refining these reports in alignment with paragraphs 264.

Despite this progress, challenges remain in achieving full Operational Compliance. The Inspector General's office will need time to grow and utilize the resources necessary to fulfill the Office's duties to the best of its abilities. The City is still working towards completing the paragraph 265 Report, which is closer than ever thanks to the CDP Data Team completing the paragraph 264 2022 Stop Report.

Finally, the City recognizes the Monitor's push for easier access and navigability on the City's website, pursuant to paragraphs 267 and 268, and looks forward to the requested collaboration from the Monitoring Team to satisfy these requirements.

It is also essential to note that the Open Data Portal remains a valuable and reliable resource, providing real-time, comprehensive data to the public. Nonetheless, the City is committed to further enhancing its digital platforms even more to ensure all required posted information is simpler to locate.

### 9. Officer Assistance and Support

The City appreciates the Monitoring Team's recognition of the CDP Training Commander's enthusiasm and creativity, and remains committed to ongoing improvements in training, recruitment, and Settlement Agreement compliance. It has become clear that transitioning the Recruitment Team to the Commander of Administrative Services strengthens internal coordination, and the City is on track to implement a revised promotional process by Q4 2025 in collaboration with the Monitoring Team.

While the Monitor noted there was a lack of regular meetings on promotions, this does not fully reflect the City's efforts. The City has kept the Monitoring Team current with its progress in refining the Promotions Policy; having the ability to point to the June 2024 site visit as evidence.

**Training:** The City has developed a robust in-service schedule with scenario-based learning and incorporated CPC feedback. The PAT submitted supporting documentation so the Monitoring Team can review CDP's Field Training Officer (FTO) program, which they have left unassessed in the "Non-Compliance" category for years. The City is ready for the FTO Program's assessment and looks forward to the needed engagement from the Monitoring Team in 2025.

**Recruitment and Hiring:** Initiatives include focused recruitment weekends and dropout reduction strategies. Regular stakeholder meetings reflect the City's commitment, but the Monitoring Team has not embraced these innovative, long-term approaches.

**Performance Evaluations and Promotions:** The City has made great strides with Performance Evaluations. The Performance Evaluations policy is currently awaiting review from the CPC and will undergo retooling once the City implements its Office Intervention Program (OIP) software, Benchmark, by the end of 2025. The PAT continues to share these projected timelines with the Monitoring Team.

**Employee Assistance:** The City has partnered with Affinity Empowering to launch a wellness app and regularly promotes mental health resources.

**Equipment and Resources:** The City looks forward to compliance upgrades and feedback from the Monitoring Team once it completes its Equipment and Resources assessment in 2025.

### 10. Supervision

The City appreciates the Monitoring Team's recognition of achievements in on-scene supervision, particularly regarding use-of-force incidents. These advancements reflect the City's strong commitment to enhancing accountability and oversight within CDP. Patrol sergeants are demonstrating increased competence in their reviews, building rapport with witnesses and arrestees, and ensuring critical details are captured, contributing to greater transparency and more effective officer evaluations. While some gaps remain, such as occasional delays in identifying concerns that require escalation, the City is actively addressing these through mentorship by experienced commanders—an effort that should be acknowledged as constructive and forward-looking.

The City continues to make achievements in the OIP program with its partner Benchmark Analytics. Since November 2024, the City has held weekly meetings to develop a comprehensive relational database aimed at improving data collection, maintenance, and analysis across the department. With a target completion date of September 2025, this system is essential to improving decision-making, officer performance, and internal accountability. Despite the Monitoring Team's emphasis on minor delays, the scale and strategic importance of this initiative warrant greater recognition and support.

The City has also made notable success in policy alignment and supervisory oversight. The revised Wearable Camera System (WCS) policies now fully meet supervisory audit requirements, and logs submitted by the PAT clearly demonstrate compliance with paragraph 339. This underscores the City's proactive approach to improving transparency and operational accountability.