UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

On July 15, 2025, at 2:00 p.m., the court held a status conference in the above-captioned case, on the record, with counsel for the parties and the Monitor, Karl Racine ("Monitor"). At the hearing, the City confirmed its recent withdrawal of its Motion for Reconsideration (ECF No. 623) of the court's April 25, 2025 Order (ECF No. 606), and represented to the court its intention to no longer pursue its appeal of the same Order. The parties and Monitor then addressed, in turn, each of the four agenda items: (1) Community Engagement (CPC/CRB/DPC); (2) Status of Accountability Trainings; (3) City's Advocacy Document; and (4) Policy Updates (Promotions Policy and other Policies Pending Review).

The court was pleased to hear that following the June status conference, the City had provided its Promotions Policy to the United States and Monitor for review, and that the Community Police Commission was now fully staffed. Before concluding, the court reiterated its commitment to working with the Parties and Monitor to address issues quickly as they arise. Accordingly, the court asks the Monitor to confer with the Parties closer to the next status conference on topics for

discussion at the August 13, 2025 status conference. Should the Parties and Monitor agree that there are limited or no timely issues for the court to address at the August hearing, either the United States or the City may file a motion by August 4, 2025, to continue the hearing to the 17th Semiannual Consent Decree Status Conference scheduled for September 24, 2025.

    IT IS SO ORDERED.

                                          */s/ SOLOMON OLIVER, JR.*
                                          UNITED STATES DISTRICT JUDGE

July 16, 2025