Case No. 25-3460

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CITY OF CLEVELAND, OH

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

          **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: July 17, 2025