**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | **NOTICE OF COMPLIANCE** |
| | ) | **WITH COURT ORDER (ECF NO. 642)** |
| Defendant | ) | |

Defendant City of Cleveland respectfully notifies the Court and all concerned that it has complied with the Court's Order of July 18, 2025 (ECF No. 642), which provided, in pertinent part:

> In light of the City withdrawing its Motions and dismissing its appeal pertaining to the court's April 25, 2025 decision on the City's billing objections, the court orders the City to deposit with the Court Registry the balance of fees owed to the Monitor for work conducted between March and June 2024.

Cleveland has paid into the Court the undisputed amount for the May 2025 Monitoring Team invoice ($89,654.73), along with the balance of fees owed to the Monitor for work conducted between March and June 2024 ($10,305, which is 75% of the $13,740 in "billing for billing" charges previously withheld, consistent with the Court's April 25, 2025, Order).  See Remark by Finance docketed July 25, 2025 ("Funds in the amount of $99,959.73 received on 07/24/2025 by Fedwire).

The meet-and-confer on the remaining funds in dispute for May 2025 is scheduled for August 1, 2025, at 1:00 p.m.

Respectfully submitted,

MARK D. GRIFFIN
Director of Law

*s/ Mark D. Griffin*

_____
Mark D. Griffin (0064141)
Delante Spencer Thomas (0096349)
601 Lakeside Ave. E
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov
Attorneys for Defendant/ Appellant

**CERTIFICATE OF SERVICE**

A copy of this filing was sent via operation of the Court's ECF system on the date of filing to all parties of record, with a courtesy copy emailed to the Monitor, karl.racine@hoganlovells.com.

*s/ Mark D. Griffin*
_____
Director of Law, City of Cleveland

2