IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15 CV 1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | UNITED STATES' NOTICE OF |
| | ) | OBJECTIONS TO MONITOR'S MAY |
| Defendant. | ) | 2025 INVOICE |

Pursuant to the schedule set forth in the Court's February 26, 2025 Order (ECF No. 589), the United States respectfully notifies the Court of two objections to the Monitor's May 2025 invoice.  This Court held that the Monitor could bill for time spent "trying to recover fees the court deems recoverable" but distinguished this billable activity from time spent "recording tasks in a time sheet" or "preparing bills."  ECF No. 606 (April 25, 2025 Order) at 13-14.

The United States submits that two charges in the Monitor's May 2025 invoice fall into the latter category of "preparing bills."  *First*, the Monitor billed $450 on May 29 for conducting a final review of the invoice.  *Second*, the Monitor billed $525 on May 30 for finalizing and distributing the invoice.  While the Monitor may have reviewed the invoice to ensure compliance with the Court's orders and preempt any objections, the Court's April 25 Order did not permit the Monitor to recover compensation for the ministerial acts of calculating and reviewing bills. ECF No. 606 at 13-14.

Consistent with the Court's February 26, 2025 Order, the United States raised these objections on July 21, within 21 days of receiving the Monitor's May 2025 invoice.  On August 1, the United States met and conferred with the Monitor.  On August 5, the Monitor

declined to withdraw these charges.  Accordingly, the United States hereby notifies the Court of its objections.

Respectfully submitted,

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

ANDREW DARLINGTON
Acting Chief
Special Litigation Section

LAURA COWALL
Deputy Chief
Special Litigation Section

*/s/ Suraj Kumar*
Suraj Kumar
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 202-598-1211
Email: Suraj.Kumar@usdoj.gov

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio

PATRICIA M. FITZGERALD
Chief, Civil Division

Sara E. DeCaro (OH: 0072485)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779 (Fitzgerald)
(216) 622-3670 (DeCaro)
(216) 522-2404 (FAX)
Patricia.Fitzgerald2@usdoj.gov
Sara.DeCaro@usdoj.gov