UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | <u>ORDER</u> |

To help ensure that the parties are maintaining momentum during the monitor transition period, the court will hold a 30 minute teleconference with counsel for the parties, Interim Monitor, Christine Cole, and departing Monitor, Karl Racine, on Friday, August 29, 2025, at 10:00 a.m. If there are any ways in which the court's assistance would be helpful during the transition, the parties, Ms. Cole, and Mr. Racine should advise the court of them during Friday's meeting.

Additionally, for the convenience of the parties and monitoring team, the court changes the date of the next Status Conference from September 24, 2025 at 3:00 p.m. to October 1, 2025 at 3:00 p.m.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 27, 2025