UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

The court held a telephonic conference on the record with the Interim Monitor, departing Monitor, and counsel for the Parties on August 29, 2025, to address their discussions relating to budget approvals for the Interim Monitor, as well as other matters regarding the monitor transition. During the conference, the court reiterated that Christine Cole's and Melody Stewart's responsibilities and authority as Interim Monitor and Interim Deputy Monitor, respectively, took effect on August 13, 2025, the day on which the court made their appointments.

The court also noted that Ms. Cole had provided a copy of her budget proposal to him. The court commented, as a general matter, that the proposed budget reflects Ms. Cole's awareness of monitoring costs, and appears mindful of the monitoring team's need for two to three more people to keep pace with upcoming compliance assessments. The parties represented to the court that

discussions on Ms. Cole's proposed budget were moving forward, and it, as well as other matters, would be discussed at a meeting with Ms. Cole in the coming week.

 IT IS SO ORDERED.

                */s/ SOLOMON OLIVER, JR.*
                UNITED STATES DISTRICT JUDGE

August 29, 2025