UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | ORDER |

At the 17th Semiannual Status Conference on October 1, 2025, at 3:00 p.m., counsel for the parties, and the Interim Monitor, shall be prepared to discuss the following topics:

1. Interim Monitor Overview of 17th Semiannual Report;

2. Crisis Intervention

3. Accountability

4. Field Training Program

5. Use of Force

6. Community Oversight (Community Police Commission, Office of Professional Standards/Police Review Board, Inspector General)

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 29, 2025