UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CITY OF CLEVELAND, | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

Consistent with the court's April 22, 2025 Order (ECF No. 602) establishing monthly status conferences with the parties and Monitor, the court hereby sets the November monthly status conference for November 18, 2025, at 3:00 p.m., and the December monthly status conference for December 4, 2025, at 11:00 a.m. Both will occur telephonically and on the record.

At the November conference, the parties and Monitor should be prepared to discuss the progress of compliance assessments, as well as any unresolved issues, if any, regarding the Monitor transition. By the December conference, the parties should also be prepared to discuss with the court the process by which they intend to appoint a Monitor when Christine Cole's current term expires April 1, 2026. Lastly, the Monitor should confer with the parties to see if there are other issues that should be addressed at the November status conference and then inform the court of those topics.

The court will send teleconference instructions separately.

IT IS SO ORDERED.

                                                  */s/ SOLOMON OLIVER, JR.*
                                                  UNITED STATES DISTRICT JUDGE

October 24, 2025