UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER OF DISBURSEMENT |

The court, having reviewed the statements provided by the Monitor and received approval from the Parties to order partial payment, hereby orders the Clerk to disburse funds in the amount of $379,982.99 to Hogan Lovells US LLP for purposes of disbursement of funds only, for services rendered and related costs incurred during May–July 2025.

The court also orders the Clerk to disburse funds in the amount of $10,305.00 to Hogan Lovells US LLP for purposes of disbursement of funds only, for services rendered and related costs incurred during March–June 2024. This disbursement reflects the City's compliance with the court's July 18, 2025 Order. (*See* ECF Nos. 642, 647.)

Accordingly, the total amount ordered disbursed by the court is $390,287.99.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 28, 2025