UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

On November 18, 2025, at 3:00 p.m., the court held a telephonic status conference in the above-captioned case, on the record, with the Monitor, Christine Cole ("Monitor"), Deputy Monitor, Melody Stewart, and counsel for the parties. During the conference, the parties and Monitor confirmed that the transition from the former Hogan Lovells Monitoring Team to Ms. Cole as Monitor has been successful. Additionally, the City confirmed that it was in contact with the Hogan Lovells team to discuss any remaining billing disputes, and that it would inform the court promptly should it need support resolving any outstanding issues.

The parties and Monitor also outlined for the court the status of ongoing and forthcoming compliance assessments. Of particular interest was the Use of Force assessment and its timeline for completion. After discussion with the parties and Monitor, and upon further reflection regarding the amount of work this particular compliance assessment involves, the court sets the following reporting deadlines: On or before January 7, 2026, the Monitor will distribute to the parties for feedback the draft Use of Force assessment; on or before January 21, 2026, the parties will submit

-2-

their comments on the draft report to the Monitor; and on or before February 4, 2026, the Monitor will submit the final Use of Force assessment.

The court applauds Ms. Cole and Ms. Stewart for not only maintaining momentum, but for gaining momentum during the transition period. The court also acknowledges that the Monitoring Team's increased pace would not be possible without the cooperation of the parties. The court looks forward to its next Monthly Status Conference on December 4, 2025 at 11:00 a.m., during which the parties should be prepared to discuss, among other things, the process by which they intend to appoint a Monitor when Ms. Cole's term expires April 1, 2026. The Monitor should also confer with the parties to see if there are any additional topics to add to the December agenda and then share them with the court.

IT IS SO ORDERED.

                                                 */s/ SOLOMON OLIVER, JR.*
                                                 UNITED STATES DISTRICT JUDGE

November 19, 2025