IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CV-01046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | <u>NOTICE SUBMITTING THE MONITORING</u> |
| CITY OF CLEVELAND | ) | <u>TEAM'S 2025 TRAINING ASSESSMENT</u> |
| | ) | <u>REPORT</u> |
| Defendant. | | |

The Monitoring Team hereby submits the Report of its 2025 Training Assessment.

Respectfully submitted,

/s/ Christine M. Cole

CHRISTINE M. COLE
Independent Monitor
464 Common Street  Unit #231
Belmont, MA 02478
ccole@clevelandpolicemonitor.com

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I served the foregoing Notice Submitting the Monitoring Team's 2025 Training Assessment via the court's ECF system to all counsel of record.

/s/ Melody J. Stewart
MELODY J. STEWART
Deputy Monitor

2

Cleveland Division of Police Consent Decree Monitoring Team

**2025 TRAINING ASSESSMENT**

December 30, 2025

## Table of Contents

I. EXECUTIVE SUMMARY ........................................................................................ 2

II. SCOPE AND METHODOLOGY ........................................................................... 2

   A. SCOPE OF REVIEW ............................................................................................. 2
   B. METHODOLOGY ................................................................................................. 2
   C. STANDARD OF REVIEW ....................................................................................... 9

III. TRAINING COMPLIANCE ASSESSMENT ..................................................... 12

   A. PARAGRAPH 269 ............................................................................................. 12
   B. PARAGRAPH 270 ............................................................................................. 12
   C. PARAGRAPH 271 ............................................................................................. 13
   D. PARAGRAPH 272 ............................................................................................. 15
   E. PARAGRAPH 273 ............................................................................................. 15
   F. PARAGRAPH 274 ............................................................................................. 16
   G. PARAGRAPH 275 ............................................................................................. 18
   H. PARAGRAPH 276 ............................................................................................. 19
   I. PARAGRAPH 277 ............................................................................................. 20
   J. PARAGRAPH 278 ............................................................................................. 20
   K. PARAGRAPH 279 ............................................................................................. 20
   L. PARAGRAPH 280 ............................................................................................. 21
   M. PARAGRAPH 281 ............................................................................................. 22
   N. PARAGRAPH 282 ............................................................................................. 24
   O. PARAGRAPH 283 ............................................................................................. 24
   P. PARAGRAPH 284 ............................................................................................. 25
   Q. PARAGRAPH 285 ............................................................................................. 26
   R. PARAGRAPH 286 ............................................................................................. 28
   S. PARAGRAPH 287 ............................................................................................. 28
   T. PARAGRAPH 288 ............................................................................................. 29
   U. PARAGRAPH 289 ............................................................................................. 30
   V. PARAGRAPH 290 ............................................................................................. 31
   W. PARAGRAPH 367(F) ........................................................................................ 31

IV. ASSESSMENT SUMMARY AND CONCLUSION ............................................ 33

V. COMPLIANCE RATING SUMMARY ............................................................... 34

## I.    EXECUTIVE SUMMARY

The Monitoring Team conducted a comprehensive assessment of the Cleveland Division of Police's (CDP) compliance with Section XI – Officer Assistance and Support, Section A-Training, Paragraphs 269-290 and 367(f) of the Consent Decree. This section focuses on training provided to CDP members to include the following categories: The Training Plan, the Field Training Program and Documentation of Training. The assessment evaluated CDP's annual training plans for years 2023-2025 and 2024-2026, the implementation of the plans, the functionality of the Training Review Committee, the Recruit Academy, the Field Training Program, In-Service Training and all documentation of training conducted. In addition, the Monitoring Team assessed performance based on outcome measures outlined in paragraph 367(f).

CDP has substantially complied with the Consent Decree's training requirements.

## II.    SCOPE AND METHODOLOGY

### A.  Scope of Review

The Consent Decree between the U.S. Department of Justice (DOJ) and the City of Cleveland requires the Cleveland Division of Police to ensure that all officers receive adequate training to understand: (a) how to police effectively and safely in accordance with CDP policy; (b) the requirements of this Agreement, Ohio law, and the Constitution and laws of the United States. CDP training must reflect a commitment to procedural justice, bias-free policing, and community policing, and will instill agency expectations that officers police diligently, and have an understanding of and commitment to the constitutional rights of the individuals they encounter. It was agreed upon by the Parties  that for the purpose of this assessment the timeframe in review is June 2023-June 2025. This is the Monitoring Team's first comprehensive assessment of the Training subsection.

### B.  Methodology

Prior to finalizing the methodology, all parties collaborated to determine the management systems, types of documents, reports, lesson plans and observations necessary to complete the assessment. The Monitoring Team then conducted a thorough review of the Division's training plans, policies related training, recruit and field training requirements and lesson plans, in-service requirements and lesson plans, the tracking of all training within the Learning Management System (LMS) and the 2024/2025 CDP Training Needs Assessment to comply with the requirements of Paragraphs 269-290 and 367(f). Pursuant to Paragraphs 388-395, the Division made available and provided access to the requested data, documents, meetings, lesson plans, and personnel necessary to

complete the assessment, including but not limited to the specific data and information listed in the table below:

**Data and Information to be Evaluated**

| ¶ | Requirement | Data/Information to be Evaluated to Assess Compliance (Relying on documents June 2023-June 2025) |
|---|---|---|
| 269 | The City will ensure that all officers receive adequate training to understand: (a) how to police effectively and safely in accordance with CDP policy; (b) the requirements of this Agreement, Ohio law, and the Constitution and laws of the United States. CDP training will reflect CDP's commitment to procedural justice, bias-free policing, and community policing, and will instill agency expectations that officers police diligently, and have an understanding of and commitment to the constitutional rights of the individuals they encounter. | • General statement, not assessed |
| **Training Plan** | | |
| 270 | CDP will expand the scope and membership of the Training Review Committee. The Training Review Committee, headed by the Commander responsible for Training, will include Training Section staff members, the District training coordinators, union representatives, and members of the Commission. | • Training Review Committee Policy and members<br>• Documented observations of Training Review Committee meetings<br>• Minutes/documents of meetings held |
| 271 | Within 365 days of the Effective Date, the Training Review Committee will develop a written training plan for CDP's recruit academy, probationary field training, and in service training to ensure that recruits, and officers are trained to effectively and lawfully carry out their duties in accordance with CDP policy, the requirements and goals of this Agreement, Ohio law, and the Constitution and laws of the United States. The plan will:<br>    a. identify training priorities and broad training goals;<br>    b. require at least 960 hours of recruit training; | • Written training plans for recruit academy, probationary field training, in-service training<br>• Training plans that include: Lesson plans, including instructional strategies listed in 271d, related to recruit academy, probationary field training, in-service training |

| | | |
|---|---|---|
| | c. fulfill all of the in-service training required by this Agreement, which will require at least 40 hours of in-service training annually; <br> d. develop instructional strategies that incorporate active learning methods such as problem-solving and scenario-based activities, based on current theories of learning; and <br> e. establish the frequency and subject areas for recruit and in-service training. | • Monitoring Team Assessments/observations of any training observed <br> • All LMS records of training attendance, hours, completion by all officers |
| 272 | The Training Plan need not apply to personnel in the Communication Control Section. | • General statement, not assessed |
| 273 | Following approval by the City, including specifically the Chief, the City will submit the training plan and schedule of all training required by this Agreement to the Monitor and DOJ. The Monitor will review the training plan and provide the Parties with written comments within 30 days of receipt thereof. DOJ will have 30 days from receipt of the Monitor's comments on the training plan to determine whether the training plan is consistent with the requirements of this Agreement and to provide comments. Both the Monitor and DOJ will comment specifically on whether the proposed training is adequate in quantity, scope and type. If the Monitor or DOJ objects to any aspect of the training plan and schedule, they will note their objections to all Parties in writing. The City will have 15 days to resolve any objections to its training plan and schedule. If after this 15-day period has run, the Monitor or DOJ maintains its objection, then the Monitor will have an additional 15 days to resolve the objection. If either party disagrees with the Monitor's resolution of the objection, either party may ask the Court to resolve the matter. The training plan and schedule will be implemented once any objections have been resolved. | • Approved Training Plans |
| 274 | The City, including the Training Review Committee, will annually review and update CDP's training plan. To inform this update, the City and its Training Review Committee will conduct a needs assessment, taking into consideration: trends in misconduct complaints; problematic uses of force; analysis of officer safety issues; input from | • Annual review of Training Plan <br> • Evidence of TRC review <br> • Annual Needs Assessment <br> • Documentation of input received from the community |

| | | |
|---|---|---|
| | members at all levels of CDP; input from members of the community, including community concerns; court decisions; research reflecting the latest in law enforcement trends; individual District needs; and any changes to Ohio or federal law, and to CDP policy. The needs assessment also will identify trends and document officer reaction to and satisfaction with the training they received and officer learning as a result of training, including the extent to which officers are applying the knowledge and skills acquired in training to their jobs. | • Documentation of input from all levels of CDP personnel<br>• Use of trend data to inform the Plan<br>• Data related to lessons learned from training in real world experiences<br>• Documents of officer reaction to training based on officer surveys, meeting minutes or emails to Division Coordinators from the Training Commander |
| 275 | CDP's Commander responsible for training will continue to be responsible for overseeing and coordinating all CDP training, including recruit academy; probationary field training; in-service training, including firearms and other use of force training; roll-call training; supervisory training; and all elective training. | • Training policy related to oversight of training<br>• Documentation of training conducted in LMS<br>• Demonstration that all training is reviewed and coordinated by the Commander |
| 276 | CDP will designate a single training coordinator in each District. The Commander responsible for training will establish and maintain communications with each District training coordinator to ensure that all officers complete training as required and that documentation of training is provided to the Commander responsible for training. | • Training policy related to individual District training<br>• Designation of training coordinator in each District<br>• Data related to correspondence between Training Commander and District coordinators<br>• LMS records as documentation of District level training |
| 277 | Within 180 days of the Effective Date, CDP will develop recruit academy and in-service curricula that comport with CDP's training plan and that comprehensively address the requirements of this Agreement. | • Training Plan<br>• Training policy related to recruit academy and in-service training |
| 278 | Unless otherwise noted, the training required under this Agreement, including training on all policies revised or developed pursuant to this Agreement, will be delivered within two years of the Effective | • Paragraph not assessed |

| | | |
|---|---|---|
| | Date. Any training provided to CDP officers beginning in January 2015 may be considered to fulfill training requirements under this Agreement for individual officers, if appropriate. | |
| 279 | For all other substantive updates or revisions to policy or procedure, the City will ensure and document that all relevant CDP personnel have received and read the policy or procedure. Notification of each revision or update will include the rationale for the policy changes and the difference between the old and updated policy. Training beyond roll-call may be necessary for many policy updates and revisions to ensure officers understand and can perform their duties pursuant to the policy. | <ul><li>LMS records</li><li>Lesson plans</li><li>Documentation that new policies are received and read by members</li><li>Notices for policies and policies that are revised since 2015 include the required notifications (rationale and differences between old and revised policy language)</li></ul> |
| 280 | The Commander responsible for training will review all training curricula, lesson plans, and procedures for consistency, quality, accuracy, currency, completeness, and compliance with applicable law and CDP policy, and ensure that they effectively teach CDP personnel to understand and follow CDP policies. The Commander responsible for training will ensure that a variety of adult learning techniques, scenario-based training, and problem-solving practices, in addition to traditional lecture formats, are incorporated into all training. The Commander responsible for training also will ensure that all curricula, lesson plans, instructor's qualifications, and testing materials are reviewed by the Training Review Committee and, where appropriate, persons external to CDP with expertise in the relevant lesson areas. | <ul><li>Training policy related to oversight of training</li><li>Process of review for all training by Commander</li><li>LMS records</li><li>Lesson plans</li><li>Training Review Committee records</li><li>Monitoring Team observations of training</li><li>List of certified instructors</li><li>Certification and qualifications of all instructors</li></ul> |
| 281 | CDP will ensure that instructors are qualified and use only curricula and lesson plans that have been approved by the Commander responsible for training. CDP will actively seek out and retain qualified instructors from outside CDP to supplement the skills of its in-house training staff and adjunct instructors. As appropriate, CDP will incorporate experts and guest speakers, including judges, prosecutors, crime victims, and community members, to participate in relevant courses. | <ul><li>Policy related to training instructors</li><li>List of certified instructors</li><li>List of instructors and associated courses from outside the CDP</li><li>Qualifications of instructors</li><li>List of courses taught and by whom</li><li>List of guest speakers and their name/title.</li></ul> |

| | **Field Training Program** | |
|---|---|---|
| 282 | Within 270 days of the Effective Date, CDP will revise, as necessary, its field training program for graduates of the police academy to comport with CDP's training plan and this Agreement. The field training program will follow academy training and will continue to be at least 26 weeks. | • FTO manual<br>• FTO lesson plan |
| 283 | The field training program will incorporate community and problem-oriented policing principles, and problem-based learning methods. | • FTO manual<br>• FTO lesson plans |
| 284 | Within 270 days of the Effective Date, CDP will review and revise as necessary its Field Training Officer ("FTO") participation policy to establish and implement a program that effectively attracts the best FTO candidates. CDP's policies and procedures on field training will delineate the criteria and methodology for selecting FTOs and field training sergeants. The City will work with the unions to allow only highly qualified officers to serve as FTOs and Field Training Sergeants. Taking into account the collective bargaining agreements with the unions, CDP will revise its eligibility criteria to select FTOs and Field Training Sergeants based on their written applications, performance evaluations, previous performance as police officers, and complaint and disciplinary histories. | • Policy/procedure related to selecting/retaining Field Training Officers<br>• Documents related to selection of Field Training Officers including written applications, performance evaluations and complaint and disciplinary histories<br>• Documents of review of applications for Field Training Officer |
| 285 | The City will ensure that all new FTOs and Field Training Sergeants receive initial and in-service training that is adequate in quality, quantity, scope, and type, and that addresses management and supervision; community-oriented policing; effective problem solving techniques; and field communication. If current FTOs and Field Training Sergeants have received initial training that is sufficient to fulfill the requirements of this Agreement, they will not have to repeat the initial training. FTOs and Field Training Sergeants will receive the required in-service training at least every three years. FTOs and Field training Sergeants will be trained on any substantive changes to FTO policies and practices during the interim period. FTOs and Field Training Sergeants will be required to maintain, and demonstrate on a regular basis, their proficiency in managing recruits | • Roster of FTOs and FT Sergeants LMS training records for FTOs and FT Sergeants for initial and in-service training<br>• FTO lesson plan for initial and in-service training<br>• Training Plans and schedules that demonstrate the required frequency of the required in-service training every three years<br>• Assessment and evaluation tools and records for FTOs and the FTO Sergeants |

| | | |
|---|---|---|
| | and subordinates, practicing and teaching community and problem-oriented policing, and solving problems effectively. CDP will maintain current documentation of FTOs' evaluations and training. | |
| 286 | Within 270 days of the Effective Date, CDP will create a mechanism for recruits to provide confidential feedback regarding the quality of their field training, including the extent to which their field training was consistent with what they learned in the academy, and suggestions for changes to academy training based upon their experience in the FTO program. CDP will document its response, including the rationale behind any responsive action taken or decision to take no action. | <ul><li>Policy related to recruit feedback</li><li>Documentation provided by recruits related to FTEP</li><li>Changes made by CDP based on recruit feedback</li></ul> |
| 287 | The City and the Training Review Committee will, on an annual basis, analyze all aspects of CDP's FTO program and consider emerging national policing practices in this area. Based on this research and analysis, the City and the Training Review Committee will recommend, and CDP will institute, appropriate changes to policies, procedures, and training related to its FTO program. | <ul><li>Training Review Committee policy</li><li>Documentation of annual FTEP review</li><li>Documentation of updates or changes to program</li><li>MT will observe a sample of FTO training</li></ul> |
| **Documentation of Training** | | |
| 288 | CDP will document all training provided to or received by CDP officers, whether required or otherwise. Officers will sign an acknowledgement of attendance or digitally acknowledge completion of each training course (whether provided through CDP or outside sources) as well as completion of annual training requirements and training on any new or substantially revised policies. These acknowledgements will be maintained in a format that allows for analysis by training type, training date, training source, and by individual officer name. | <ul><li>Roster of all sworn personnel</li><li>Course curriculum list by year that must be completed</li><li>Policy related to training records and retention</li><li>LMS records or other method that acknowledges completion of each training course</li><li>Record keeping in adherence to format as described in paragraph</li></ul> |
| 289 | Within 540 days of the Effective Date, CDP will develop and implement a system that will allow the Training Section to electronically track, maintain, and produce complete and accurate records of current curricula, lesson plans, training delivered, and other training materials in a centralized electronic file system. | <ul><li>Policy related to training records and retention</li><li>LMS records</li><li>Demonstration that the electronic system has the described capacity</li></ul> |

| | | |
|---|---|---|
| 290 | The City will develop and implement accountability measures, including disciplinary and non-disciplinary corrective action, to ensure that all officers successfully complete all required training programs in a timely manner. | • Policy related to training records and retention<br>• Disciplinary records related to training accountability<br>• LMS records |
| 367(f) | In addition to compliance reviews and audits, the Monitor will conduct qualitative and quantitative assessments to measure whether implementing this Agreement has resulted in constitutional policing. The measurements relating to use of force; addressing individuals in crisis; and stop, search, and arrest are not intended to expand the City's data collection requirements set forth elsewhere in the Agreement. These outcome assessments will include collecting and analyzing, at least annually, the following outcome data, trends, and patterns:<br><br>f.  Training measurements, including:<br>    1. number and percentage of officers provided training pursuant to this Agreement, broken down by the type of training provided;<br>    2. students' evaluations of the adequacy of training in type and frequency;<br>    3. modifications or improvements to training resulting from the review and analysis required by this Agreement; and<br>    4. prevalence of training deficiencies as reflected by problematic incidents or performance trends. | • LMS records<br>• IAPro records related to training deficiencies<br>• Training course catalog<br>• Training evaluations<br>• Revised/updated lesson plans<br>• Review of other assessment reports as pertinent<br>• Data related to training created or modified due to lessons learned and student evaluations. |

## C.  Standard of Review

The Monitoring Team conducted comprehensive assessments to evaluate the extent to which the City of Cleveland ("City") and the Division were in compliance with the requirements of the Consent Decree, pursuant to Paragraphs 360 and 367(f). Although this was the first comprehensive assessment of the Training subsection, over time, the Training Section implemented changes to increase efficiency for the Training Section and the approval of lesson plans. Specifically, the CPC and Training Section leadership developed a timeline for reviews. Incorporating feedback from supervisors, Force Review Boards (FRB), the Cleveland Community Police Commission (CPC) and patrol officers into the Training Needs Assessment and the Training Plan. During the reporting period for the 17th Semiannual Report, the Monitoring Team received materials indicating work

was in process on the Field Training Program. As a result, paragraphs 282–283 and 285–287 were upgraded to Partial Compliance at that time.

While this assessment focused on the time frame of June 2023-June 2025, the Monitoring Team also evaluated systematic and cultural changes to training over a period of time to ensure compliance with the Consent Decree. In certain areas when there was a lack of documentation or when some items were incomplete or not stored in a manner that made them    easy to locate, the level of inadequacy was weighed against the intent of the Consent Decree and the outcome it had on organizational performance. As in any assessment, small technical issues or incomplete efforts initiated in good faith will be considered differently than malfeasance and noncompliance with the Consent Decree.

The Monitoring Team's compliance assessments consider a range of quantitative and qualitative factors. When quantitative measures are appropriate; the Team will consider a compliance rate of 85% or above as adequate when assessing a requirement of the Consent Decree. When there are a small number of cases or when analysis is qualitative, the Team will consider the intent of the relevant requirements, the context of implementation, and the degree to which policies, practices, and observed behaviors demonstrate alignment with the objectives of the Consent Decree. Substantial and effective compliance is fundamentally about performance, requiring not only effective policy and protocols, but also consistent and systemic compliance over time.

After a comprehensive and detailed review of data, information, and interviews, compliance with requirements of the Consent Decree was rated on a scale from 0-6.

| Level | Standard |
|-------|----------|
| 0 | **Non-Compliant or Not Started:** The City/CDP has not yet complied with the relevant provision of the Consent Decree. This includes instances in which the City/CDP's work or efforts have begun but cannot yet be certified by the Monitoring Team as compliant with a material component of the requirement. |
| 1 | **Partial Compliance – Not Assessed:** The City/CDP has initiated the implementation phase for the requirement, but the Monitoring Team has not yet assessed the City/CDP's progress in implementation. |
| 2 | **Partial Compliance – Planning/Policy Stage:** Implementation has begun by drafting or developing policies, processes, training, or other systems, but key components of the provision(s) have not yet been implemented or are not operational. |

| Level | Standard |
|---|---|
| 3 | **Partial Compliance – Implementation Phase:** The City and/or CDP has made sufficient initial strides or sufficient partial progress toward compliance with key components of the provision of the Consent Decree pertaining to initiating training and implementing systems intended to affect day-to-day practice, but that the Monitoring Team has not yet observed in practice. It may capture a wide range of compliance states or performance, from the City or CDP having taken only very limited steps toward operational compliance to being nearly in operational compliance. |
| 4 | **Operational Compliance:** The City and/or CDP has made notable progress to technically comply with the requirement and/or policy, process, procedure, protocol, training, system, or other mechanism of the Consent Decree such that it is in existence or practice operationally—but has not yet demonstrated, or has not yet been able to demonstrate, meaningful adherence to or effective implementation, including across time, cases, and/or incidents. This includes instances where a given reform is functioning but has not yet been shown, or an insufficient span of time or volume of incidents have transpired, to be effectively implemented in a systemic manner. Operational compliance for a provision does not require that the City/CDP "pass" every metric for that provision, rather the Monitoring Team considers the City/CDP's performance across all metrics, weighting them according to their importance to transforming CDP's policing. |
| 5 | **General Compliance:** General Compliance: The City and/or CDP has complied fully with the requirement and the requirement has been demonstrated to be meaningfully adhered to and/or effectively implemented such that the Monitoring Team will begin tolling according to Consent Decree ¶ 401. This includes instances where it can be shown that the City or CDP has effectively complied with a requirement fully and systemically. General compliance for a provision does not require that the City/CDP "pass" every metric for that provision, rather the Monitoring Team considers the City/CDP's performance across all metrics, weighting them according to their importance to transforming CDP's policing. |
| 6 | **Substantial and Effective Compliance:** The City and/or CDP has complied fully with the requirement and the requirement has been demonstrated to be meaningfully adhered to and/or effectively implemented across time, cases, and/or incidents in accordance with Consent Decree ¶ 370 or ¶ 401. This includes instances where it can be shown that the City/CDP has effectively complied with a requirement fully and systemically. Substantial and effective compliance for a provision does not require that the City/CDP "pass" every metric for that provision, rather the Monitoring Team considers the City/CDP's performance across all metrics, weighting them according to their importance to transforming CDP's policing. |

## III.    TRAINING COMPLIANCE ASSESSMENT

This section contains the evaluation and findings of the Training Assessment, Paragraphs 269-290 and 367(f) of the Consent Decree.

### A.  Paragraph 269

> *The City will ensure that all officers receive adequate training to understand: (a) how to police effectively and safely in accordance with CDP policy; (b) the requirements of this Agreement, Ohio law, and the Constitution and laws of the United States. CDP training will reflect CDP's commitment to procedural justice, bias-free policing, and community policing, and will instill agency expectations that officers police diligently, and have an understanding of and commitment to the constitutional rights of the individuals they encounter.*

Paragraph 269, which was in Partial Compliance as of the 17th Semiannual report, is an introductory statement requiring implementation of Paragraphs 270-290 and was not assessed as an individual component.

### TRAINING PLAN

### B.  Paragraph 270

> *CDP will expand the scope and membership of the Training Review Committee. The Training Review Committee, headed by the Commander responsible for Training, will include Training Section staff members, the District training coordinators, union representatives, and members of the Commission.*

In 2016, CDP initiated Divisional Notice 16-267 which specifically outlines the responsibilities of both the Training Review Committee (TRC) and the District Training Coordinators (DTC). The Divisional Notice states that the TRC is headed by the Commander of the Bureau Support Services and will include Training Section staff members, the District Training Coordinators, union representatives and members of the CPC.

The obligations of the TRC as outlined in the Divisional Notice are as follows: annually review and update the Division's Training Plan, conduct a 'needs assessment' that considers the following: takes in trends, misconduct complaints, problematic uses of force, analysis of member

safety issues, input from members, input from the community to include community concerns, court decisions, research reflecting latest in law enforcement trends, individual district needs, any change to Ohio or federal law and any changes to Division policy.

The obligations of the DTCs as outlined in the Divisional Notice are as follows: schedule and ensure all members complete required training each year, maintain Divisional training databases at each district, collect/provide documentation of all training and forward to the appropriate locations, instruct, monitor and conduct periodic training at each district, make training suggestions based on member's needs, research best practices, be an active participant in the TRC, assist with developing lessons for continued professional training and perform office and administrative duties.

As part of this assessment, the Monitoring Team confirmed that the TRC held its annual meeting on March 21, 2024, with all parties required by policy taking part in the meeting. The Monitoring Team reviewed the meeting agenda and list of courses discussed. In 2024, the meeting was not held in person but rather through a virtual meeting and then ongoing email correspondence followed for the review and approval of training courses. The TRC again met virtually on June 11, 2025, with all parties required by policy participating. The Monitoring Team suggests a better practice for meetings would be to hold the initial meeting in person to foster discussion and increased engagement about what needs to be accomplished for the upcoming year. After the initial meeting, emails can be used to review and give feedback on training courses. It should be noted that the current Training Commander relayed to the Monitoring Team that moving forward, the majority of meetings will be held in person.

The existence of policy, District Training Coordinators, and the demonstration of the regular meetings occurring over time is sufficient for the Monitoring Team to find this paragraph to be in **Substantial and Effective Compliance (rating 6).**

## C. Paragraph 271

> *Within 365 days of the Effective Date, the Training Review Committee will develop a written training plan for CDP's recruit academy, probationary field training, and in service training to ensure that recruits, and officers are trained to effectively and lawfully carry out their duties in accordance with CDP policy, the requirements and goals of this Agreement, Ohio law, and the Constitution and laws of the United States. The plan will:*
> > *a. identify training priorities and broad training goals;*
> > *b. require at least 960 hours of recruit training;*

> *c. fulfill all of the in-service training required by this Agreement, which will require at least 40 hours of in-service training annually;*
> *d. develop instructional strategies that incorporate active learning methods such as problem-solving and scenario-based activities, based on current theories of learning; and*
> *e. establish the frequency and subject areas for recruit and in-service training.*

Due to the size and scope of the recruit academy, probationary field training and in-service training plans, the Monitoring Team conducted a site visit to review all related documentation related to Paragraph 271. During the site visit, it was confirmed that all three plans exist and are being followed. The Monitoring Team reviewed the CDP Training Plans for 2023-2025 and 2024-2026. The Training Plans break out each unit within the Training Section: Academy Unit (recruit training and probationary field training), Ordinance Unit (in-service/continuing education related to firearms training) and Gymnasium Unit (in-service/continuing education related to intermediate uses of force, subject control and consistency in training for all divisions).

These training plans included the following as required within Paragraph 271 and its subsections:

**271a**: The Training Plan includes a list of training priorities and goals (also extensively covered in the annual CDP Training Needs Assessment), requirements for recruit training, requirements for in-service training. Additionally, the Plan includes a methodology section that explains what drives the creation of the training for the upcoming year.

**271b**: The Monitoring Team confirmed there is a minimum of 960 hours of recruit training. The Ohio Peace Officer Training Commission (OPOTC) sets all recruit training hours and curriculum by law. The law requires a minimum of 740 hours of instruction. However, CDP requires additional and specific training of their own above and beyond the state mandated hours. As of this assessment, the CDP recruit academy instructs 740 hours of OPOTA courses and an additional 353 hours of CDP specific training such as report writing, use of force, driving and firearms, for a total of 1093 instruction hours.

**271c:** The Ohio Peace Officer Training Commission (OPOTC) is the governing agency for all peace officer training within the state. The Division of Police, consistent with OPOTC and Ohio administrative code, requires 24 hours of continuing professional training for all peace officers in the state. The OPOTC stipulated that of the 24 hours, 8 hours must be dedicated to mandatory topics. The Monitoring Team confirmed that CDP exceeded the mandatory 24 hours of in-service training during the timeframe of this assessment. For example, in 2023, according to the Training Plan, CDP required 72 hours of in-service training. In 2024, CDP required 35 hours of in-service training and in 2025, CDP is projected to conduct 59 hours of in-service training.

**271d:** The Monitoring Team reviewed lesson plans as well as observed various courses in person as part of this assessment. The Monitoring Team confirms, through a review of lesson plans, that there are multiple courses being offered annually that use reality-based training scenarios to instruct CDP employees. In addition, after observing the Wellness Training and Critical Incident Response training for supervisors, it was clearly demonstrated that the learning methods within the classroom include active learning and adult learning methods.

**271e:** A review of the 2024 and 2025 CDP Training Needs Assessments as well as the 2023-2025 and 2024-2026 Training Plans confirm that CDP has established the frequency and subject areas required for recruit and in-service training. The training provided is clearly delineated within the Training Plans and individual lesson plans reviewed by the Monitoring Team and is aligned with CDP policy and the stipulations of the Consent Decree.

The written Training Plan developed by the TRC has been in existence over a period of time and has improved in its scope and thoroughness. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**


## D.  Paragraph 272

*The Training Plan need not apply to personnel in the Communication Control Section.*

As evidenced by the annual Training Plan, the Communication Control Section is not included. As such, the Monitoring Team finds the CDP in **Substantial and Effective Compliance (rating 6)**.


## E.  Paragraph 273

*Following approval by the City, including specifically the Chief, the City will submit the training plan and schedule of all training required by this Agreement to the Monitor and DOJ. The Monitor will review the training plan and provide the Parties with written comments within 30 days of receipt thereof. DOJ will have 30 days from receipt of the Monitor's comments on the training plan to determine whether the training plan is consistent with the requirements of this Agreement and to provide comments. Both the Monitor and DOJ will comment specifically on*

*whether the proposed training is adequate in quantity, scope and type. If the Monitor or DOJ objects to any aspect of the training plan and schedule, they will note their objections to all Parties in writing. The City will have 15 days to resolve any objections to its training plan and schedule. If after this 15-day period has run, the Monitor or DOJ maintains its objection, then the Monitor will have an additional 15 days to resolve the objection. If either party disagrees with the Monitor's resolution of the objection, either party may ask the Court to resolve the matter. The training plan and schedule will be implemented once any objections have been resolved.*

The City submitted the 2024-2026 Training Plan as required by the Consent Decree. The Monitoring Team and DOJ reviewed the Plan and provided feedback to the City within the allotted timeframes. The Training Plan is currently being implemented.

CDP has followed the requirements of Paragraph 273 over a period of time, following the allotted timelines and thoroughness of the Training Plan as outlined. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**

## F.  Paragraph 274

*The City, including the Training Review Committee, will annually review and update CDP's training plan. To inform this update, the City and its Training Review Committee will conduct a needs assessment, taking into consideration: trends in misconduct complaints; problematic uses of force; analysis of officer safety issues; input from members at all levels of CDP; input from members of the community, including community concerns; court decisions; research reflecting the latest in law enforcement trends; individual District needs; and any changes to Ohio or federal law, and to CDP policy. The needs assessment also will identify trends and document officer reaction to and satisfaction with the training they received and officer learning as a result of training, including the extent to which officers are applying the knowledge and skills acquired in training to their jobs.*

As part of this assessment, Monitoring Team members reviewed the CDP Training Needs Assessments from 2024 and 2025. The Monitoring Team confirmed that all areas of review required by the Consent Decree are included in the Training Needs Assessment. Specifically:

- **Trends in misconduct complaints:** This section used data collected from the quarterly Force Review Board (FRB) meetings. As the Training Needs Assessment was being drafted, the TRC received 20 cases to review from the FRB that were included in the

training for 2026. Additionally, data involving cases investigated by the Internal Affairs Unit (IAU) related to use of force misconduct were shared with the TRC and used in the creation of training for 2026. However, there was a gap identified in the data shared. Many of the allegations from IAU show as an allegation of 'other' in the use of force category. The Training Needs Assessment acknowledged this gap and made a commitment to work on gathering more detailed information from IAU for the specific instruction that is being recommended for 2026.

- **Problematic Uses of Force:** To identify problematic uses of force, the TRC was provided input by the CPC, who are actively engaged with all CDP training through their own internal training committee. TRC also used data from IAU and the FRB regarding officer misconduct related to use of force. Additionally, using information gained from previous Training Needs Assessments, CDP and CPC formed joint informational training sessions to proactively gain insight into how the community felt they could improve their training.

- **Analysis of Officer Safety Issues:** To analyze officer safety issues, the TRC reviewed data related to officer injuries that were tied to use of force incidents as well as data collected on assaults on officers. Using the data collected, the TRC was able to identify that training is lacking across all divisions in regard to subject control. As a result, CDP recommended that in 2025, subject control training for all officers be hands-on, allowing officers to gain valuable experience with newer techniques and refresh their knowledge of longstanding techniques.

- **Input from members at all levels of CDP:** To gather input from members of CDP, the TRC collected reactions to the 2024 in-service training using a survey tool. The survey solicited feedback from specific courses being taken and included an open-ended question soliciting feedback on all training recommendations. The Training Needs Assessment broke down the results of the survey and identified six areas of training that CDP members desired to engage in for the next year. Additionally, the Training Needs Assessment detailed the feedback from CDP members regarding their level of satisfaction with the training they received in 2024.

- **Input from members of the community-including community concerns:** The TRC relies heavily on the CPC to provide training input on behalf of the community. The CPC has its own internal training committee that reviews all training prior to it being implemented. Additionally, using information gained from previous Training Needs Assessments, CDP and CPC formed joint informational training sessions to proactively gain insight into how the community felt they could improve their training. Data on allegations of misconduct related to use of force is also used to gauge community concerns.

Using all these methods, the community input provided through the CPC identified five training topics to be included in 2026 in-service training.

- **Court Decisions/Changes to Federal or Ohio Law and Research Reflecting Law Enforcement Trends:** Throughout the year, the TRC ensures that all court decisions affecting police actions are relayed to the workforce via training in a timely manner, using Divisional Notices via LMS. Additionally, OPOTA sends out legal updates that are mandated to be shared/trained as needed. In regard to researching law enforcement trends, the Training Needs Assessment focused on the inclusion of Consent Decree required training, training requirements from the American Heart Association, Taser training requirements, requirements for Active Bystander for Law Enforcement (ABLE) training, Oleoresin Capsicum and baton training requirements, crowd management training requirements and firearm training requirements. There is a lack of research shown into law enforcement trends and instead the focus is on required training to maintain certifications or comply with OPOTA. To enhance the Training Needs Assessment in the future, CDP should consider conducting research into trends across the country using credible resources such as Major City Chiefs Association or the National Policing Institute.

- **Individual District Needs:** To gather input from individual districts regarding their training needs, the TRC used the feedback supplied via the survey tool after in-service courses are taken. They also used data from FRBs and IAU related to training issues or misconduct related to use of force, search and seizure and other critical areas. 'Individual District Needs' is not a stand-alone category within the Training Needs Assessment, however, the spirit of this requirement within Paragraph 274 is met in various sections of the Training Needs Assessment. More importantly, it has been shown through review of LMS and observations of the FRB that the individual districts are receiving training specific to their needs and that training is documented in IAPro.[1]

All requirements of Paragraph 274 have been met over a period of time and appear to have been embraced as part of the CDP culture surrounding training. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**

## G. Paragraph 275

*CDP's Commander responsible for training will continue to be responsible for overseeing and coordinating all CDP training, including recruit academy;*

---

[1] Versaterm IAPro is a software solution used for managing professional standards, specifically, data related to all use of force reporting and, investigations, The software is also used to record any disciplinary or non-disciplinary corrective action.

> *probationary field training; in-service training, including firearms and other use*
> *of force training; roll-call training; supervisory training; and all elective training.*

CDP Divisional Notice 16-267, authored September 6, 2016, mandates the Commander of the Training Bureau of Support Services will be responsible for the TRC and all units that fall under the Training Bureau. The Monitoring Team confirmed through observation, interactions, documents provided and email correspondence that the mandate within Paragraph 275 is being met with the exception of specialized units. Some specialized units such as SWAT, Canine, Bomb Squad, and Marine Patrol are responsible for ongoing training to refresh their technical skills. This training is highly specialized and frequent in nature.  For these reasons, the Training Section does not review these refreshers before they are conducted. The City reports that it is actively working on a process change to be as comprehensive as possible with its Training Section review. Though the threshold for compliance is met, the Monitoring Team believes strongly that principles of risk management suggest that the Training Commander review all specialty unit training to ensure they too are in compliance withe CDP policy and values.

The Monitoring Team finds this paragraph and its subsections to be in **General Compliance (rating 5).**

## H.  Paragraph 276

> *CDP will designate a single training coordinator in each District. The Commander*
> *responsible for training will establish and maintain communications with each*
> *District training coordinator to ensure that all officers complete training as*
> *required and that documentation of training is provided to the Commander*
> *responsible for training.*

CDP General Police Order 1.03.09, Division Training Instructor, authored May 28, 2018, governs the selection process for all divisional trainers and mandates their roles and responsibilities.

CDP Divisional Notice 16-267, authored on September 6, 2016, mandates that DTCs will be designated for each district and defines the roles and responsibilities of the position. The Monitoring Team received a current list of all DTCs and during a site visit confirmed that the responsibilities of the DTCs, as described within policy, are being met. This was confirmed by viewing correspondence within LMS from DTCs to officers within their districts as well as supervisors assigned to the Training Section. It was confirmed that DTCs attend TRC meetings. And the Monitoring Team observed training given by one of the current DTCs.

The requirements of Paragraph 276 have been met and sustained over a period of time. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**

### I.  Paragraph 277

> *Within 180 days of the Effective Date, CDP will develop recruit academy and in-service curricula that comport with CDP's training plan and that comprehensively address the requirements of this Agreement.*

A review of the CDP Training Plan for years 2023-2025 and 2024-2026 indicates that CDP is consistently developing recruit academy, field training and in-service curricula that comport with their Training Plan. The Monitoring Team confirmed that both the annual Training Needs Assessment and the Training Plan comprehensively comply with the requirements of Paragraph 277.

The requirements of Paragraph 277 have been met and sustained over a period of time. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**

### J.  Paragraph 278

> *Unless otherwise noted, the training required under this Agreement, including training on all policies revised or developed pursuant to this Agreement, will be delivered within two years of the Effective Date. Any training provided to CDP officers beginning in January 2015 may be considered to fulfill training requirements under this Agreement for individual officers, if appropriate.*

This paragraph is **Not Assessed.**

### K.  Paragraph 279

> *For all other substantive updates or revisions to policy or procedure, the City will ensure and document that all relevant CDP personnel have received and read the policy or procedure. Notification of each revision or update will include the rationale for the policy changes and the difference between the old and updated policy. Training beyond roll-call may be necessary for many policy updates and*

*revisions to ensure officers understand and can perform their duties pursuant to the policy.*

The Monitoring Team confirmed during a site visit that all new policies/procedures and any revisions to policies/procedures are sent out to the workforce via LMS by the Training Section. The protocol was observed by the Monitoring Team during a site visit and is as follows: employees receive an 'activity' alert within LMS that prompts them to read the policy update and sign off electronically acknowledging they have read and understand the policy and procedure implementation or update. Additionally, the Monitoring Team received and reviewed a list of all employees and the training they received for 2023 and 2024. This document showed all policy and procedures that were pushed out to CDP employees and confirmed that each employee reviewed and acknowledged the updates.

Additionally, a review of all in-service training provided in the last two years indicated that when a new policy or procedure is authored or a policy or procedure is updated and requires more than a "read and acknowledge" within LMS, CDP conducts more thorough training. Just two examples of this are crowd control training and Use of Force investigations by supervisors.

CDP has met and sustained all the requirements of Paragraph 279 over a period of time. The Monitoring Team finds this paragraph and its subsections to be in **Substantial and Effective Compliance (rating 6).**

## L.  Paragraph 280

*The Commander responsible for training will review all training curricula, lesson plans, and procedures for consistency, quality, accuracy, currency, completeness, and compliance with applicable law and CDP policy, and ensure that they effectively teach CDP personnel to understand and follow CDP policies. The Commander responsible for training will ensure that a variety of adult learning techniques, scenario-based training, and problem-solving practices, in addition to traditional lecture formats, are incorporated into all training. The Commander responsible for training also will ensure that all curricula, lesson plans, instructor's qualifications, and testing materials are reviewed by the Training Review Committee and, where appropriate, persons external to CDP with expertise in the relevant lesson areas.*

CDP Divisional Notice 16-267, authored on September 6, 2016, mandates that the Commander of the Bureau of Support Services fulfill the role required in Paragraph 280. The Monitoring Team

confirmed that the current commander and the prior commander of the Bureau of Support Services are meeting the requirements of Paragraph 280 by observing and reviewing the following:

- A review of the Training Needs Assessment and the Master Training Plan authored by the Commander of the Bureau of Support that indicates the Commander is reviewing all curricula and involved in all decisions related to training within CDP.

- A review of lesson plans by Monitoring Team members that prove there is generally quality, accuracy, currency, completeness and compliance with the law within each course taught to CDP members. Additionally, it has been standard procedure that lesson plans are reviewed by Monitoring Team members, DOJ members and the CPC prior to being approved.

- A review of lesson plans and observations of courses taught demonstrate that adult learning techniques, scenario-based training and problem-solving practices are being used (Some examples are Wellness Course, Critical Incident Management for Supervisors, and Reality Based Training Scenarios).

- A review of CDP General Police Order 1.03.09, Division Training Instructor, authored May 28, 2018, showing the selection process for trainers. And a review of the current list of certified trainers by OPOTA.

- The Monitoring Team confirmed that it is rare for outside instructors to be used. However, when there is a need to do so, a 'Form-1' must be authored requesting permission and listing the instructor's qualifications. The Commander of the Bureau of Support Services has the authority to approve or deny the request. There are several areas where outside instructors could be considered to add interest, expertise, and variety to the curriculum.

The Monitoring Team finds this paragraph and its subsections to be in **General Compliance (rating 5)**.


### M. Paragraph 281

*CDP will ensure that instructors are qualified and use only curricula and lesson plans that have been approved by the Commander responsible for training. CDP will actively seek out and retain qualified instructors from outside CDP to supplement the skills of its in-house training staff and adjunct instructors. As appropriate, CDP will incorporate experts and guest speakers, including judges,*

*prosecutors, crime victims, and community members, to participate in relevant courses.*

CDP General Police Order 1.03.09, Division Training Instructor, authored May 28, 2018, mandates the selection process and responsibilities for instructors. The Order states in part:

Prospective instructors shall:

    1. Schedule attendance at the next available OPOTC Instructional Skills course, and must become a certified OPOTC instructor before teaching unaccompanied (may participate with a certified instructor/co-teaching);

    2. Be trained by OPOTC and/or an accredited educational entity in contemporary adult instructional and learning techniques (curriculum shall be based on Division requirements, and/or best practices);

    3. Sign a declarative statement to attend requalification and elective training annually;

    4. Maintain all instructor and related certifications in order to continue

Regarding outside instructors, experts or guest speakers, the Order states:

External Instructors:

    A. External instructors may include subject matter experts (SMEs), including judges, attorneys, crime victims, and community members.

    B. External instructors shall be recommended by the TRC and subsequently approved by the Chief of Police.

    C. External instructors shall be required to teach using lesson plans, PowerPoint presentations, and curricula approved by the Chief or his designee.

The Monitoring Team reviewed a current list of all certified instructors from the Training Section. All instructors are certified by OPOTA. By way of example and observation, the Monitoring Team confirmed that the Commander of the Support Services Bureau is engaged in ensuring all instructors are qualified and all courses instructed are approved. During a site visit, the Monitoring Team was informed that it is rare to bring in outside instructors or guest speakers. This is an area that the Training Section should improve upon in their In-service Training and Recruit Training. There was evidence provided to the Monitoring Team that showed outside instructors were requested and approved using the appropriate process. Additionally, CDP uses community members and medical professionals to assist in Crisis Intervention training on a routine basis.

The Monitoring Team finds this paragraph to be in **Substantial and Effective Compliance (rating 6)**.

## FIELD TRAINING PROGRAM

### N.  Paragraph 282

> *Within 270 days of the Effective Date, CDP will revise, as necessary, its field training program for graduates of the police academy to comport with CDP's training plan and this Agreement. The field training program will follow academy training and will continue to be at least 26 weeks.*

CDP General Police Order, 1.1.24, Field Training Program (FTP) was updated on January 4, 2014. The Field Training Manual currently in use is dated May 14, 2014 As outlined in both documents, the field training program follows immediately after recruits graduate from the academy and is 25 weeks long as outlined in the Field Training Manual in place since May 14, 2014. Specifically, the manual states that probationary patrol officers spend 1 week in orientation in patrol, 5 weeks in patrol special response phase, 8 weeks in two-officer dispatch phase, 8 weeks in two-officer self-initiated phase and 3 weeks in shadowing phase. This is a total of 25 weeks of field training, which falls one week short of what is required in Paragraph 282.

One significant issue identified by the Monitoring Team is that the Field Training policy has not been updated since 2014. It is not acceptable for a contemporary police department to rely on a policy that has not been updated in over a decade.  It is also evident that CDP recognizes this. A statement from the 2025 CDP Training Needs Assessment acknowledges this problem. It explains that the FTO program was reviewed by the TRC in 2023 with recommendations provided in 2024. A further review is necessary in the near future and updates to the policy must occur.

It is necessary for the Field Training Officer (FTO) Program policies to be updated and reviewed to achieve a higher level of compliance. Therefore, the Monitoring Team finds this paragraph to be in **Operational Compliance (rating 4).**

### O.  Paragraph 283

> *The field training program will incorporate community and problem-oriented policing principles, and problem-based learning methods.*

There is little evidence or data found to show that the Field Training Program has incorporated community and problem-oriented policing principles or problem-based learning methods into their process. It is evident that CDP is aware of this as they authored the following statement in the 2025 CDP Training Needs Assessment, "A key project that remains is the overhaul of the certification training curriculum, with a focus on essential objectives. These include integrating adult-learning strategies and realistic scenarios into FTO certification courses. Moreover, strategies should align with the Division's vision of Community and Problem-Oriented policing, incorporating problem-based learning methods. Emphasis is placed on shifting assessments towards performance-based evaluations rather than mere repetition."

The Monitoring Team confirmed that FTOs and FTO supervisors (STOs) are receiving scenario-based training on community policing concepts as well as the S.A.R.A model. However, the Monitoring Team could find little evidence that community policing is being instructed during the course of Field Training to the probationary officers. The Monitoring Team reviewed the Daily Observation Report related to Field Training and there is a category titled, "Community Engagement/CPOP" on which each probationary patrol officer is rated. However, there was no context provided to show how the probationary officers are applying the concept of community policing.

The Monitoring Team finds this paragraph to be in **Partial Compliance-Implementation Phase (rating 3)**.

## P.  Paragraph 284

> *Within 270 days of the Effective Date, CDP will review and revise as necessary its Field Training Officer ("FTO") participation policy to establish and implement a program that effectively attracts the best FTO candidates. CDP's policies and procedures on field training will delineate the criteria and methodology for selecting FTOs and field training sergeants. The City will work with the unions to allow only highly qualified officers to serve as FTOs and Field Training Sergeants. Taking into account the collective bargaining agreements with the unions, CDP will revise its eligibility criteria to select FTOs and Field Training Sergeants based on their written applications, performance evaluations, previous performance as police officers, and complaint and disciplinary histories.*

CDP General Police Order, 1.1.24, Field Training Program was updated on January 4, 2014, and governs the selection and certification process for Field Training Officers (FTO) and FTO supervisors (STO). The Order delineates the criteria for becoming an FTO and the process of

selection. It established a Field Training Committee, chaired by the Field Training Coordinator, that is responsible for the selection and oversight of FTOs. The committee also includes at least one member from Field Operations, the Training Section, the Fraternal Order of Police (union) and the Cleveland Police Patrolman's Association (union).

The selection process as stated in the General Police Order is referenced below.

The FTO selection process shall follow these procedures:

> 1. An application will be completed as directed by Divisional Notice.
> 2. Two references from direct supervisors must be included.
> 3. Recommendations will be forwarded through the chain of command for approval to be considered for the program.
> 4. Background information will be compiled by the FTC for review by the Field Training Committee. That information can include, but not be limited to, discipline history, sick time use, and performance evaluations.
> 5. The candidate will interview with the Field Training Committee.
> 6. The Field Training Committee shall approve/disapprove assignment as a FTO.

The Monitoring Team confirmed that the mandates in Paragraph 284 related to the selection of FTOs are being completed. However, it is still relevant to note that the policy needs updating to include the values of modern-day practices in FTO programs, procedural justice and CPOP.

The Monitoring Team finds this paragraph to be in **General Compliance (rating 5)**.


## Q.  Paragraph 285

> *The City will ensure that all new FTOs and Field Training Sergeants receive initial and in-service training that is adequate in quality, quantity, scope, and type, and that addresses management and supervision; community-oriented policing; effective problem solving techniques; and field communication. If current FTOs and Field Training Sergeants have received initial training that is sufficient to fulfill the requirements of this Agreement, they will not have to repeat the initial training. FTOs and Field Training Sergeants will receive the required in-service training at least every three years. FTOs and Field training Sergeants will be trained on any substantive changes to FTO policies and practices during the interim period. FTOs and Field Training Sergeants will be required to maintain, and demonstrate on a regular basis, their proficiency in managing recruits and*

*subordinates, practicing and teaching community and problem-oriented policing, and solving problems effectively. CDP will maintain current documentation of FTOs' evaluations and training.*

CDP General Police Order, 1.1.24, Field Training Program was updated on January 4, 2014, and governs the certification process for both FTOs and STOs. The Order includes certification by the Training Section and approval by the Chief that follows a certification course that consists of testing on General Police Orders (GPOs) and other policy and procedures. The testing requires a minimum score of 70% to be approved as an FTO. FTO certification is valid for three years and details for recertification. The GPO includes provisions for decertification for just cause.

The Monitoring Team reviewed the current list of courses for the FTO and STO certification. The following courses are required by Paragraph 285: management and supervision; community-oriented policing; effective problem-solving techniques; and field communication. All of these areas of instruction are included in the certification. Additionally, the Training Section informed the Monitoring Team that initial certification training will include Specialized Crisis Intervention Officer training beginning in 2026.

The Monitoring Team was informed that FTO and STO re-certification training currently takes place every 3 years. The Training Section will be moving to annual re-certification training with a pilot of this training taking place on November 24th and 25th of 2025.

CDP maintains all FTO and STO training records in LMS. The evaluations on each FTO and STO are confidential and maintained electronically by the Field Training Coordinator. The Monitoring Team was able to confirm this during a site visit.

While the training schedule provided to the Monitoring Team confirmed the quality, quantity, type and scope of the training received by FTOs and STOs, the policy was very general in nature, the Field Training Manual did not address training requirements and the Training Plan only stated, "The current field training curriculum was selected by the Field Training Committee that created the current FTO program and is based on Division training goals." The 2025 Training Needs Assessment contained the most comprehensive information about FTO and STO training, to include training that still needs to be implemented to comply with the Consent Decree.

While the training required in Paragraph 285 is being conducted, it would benefit CDP to list the specific topics and concepts to be trained more formally, ideally in the annual Training Plan.

The Monitoring Team finds this paragraph to be in **General Compliance (rating 5)**.

## R.  Paragraph 286

> *Within 270 days of the Effective Date, CDP will create a mechanism for recruits to provide confidential feedback regarding the quality of their field training, including the extent to which their field training was consistent with what they learned in the academy, and suggestions for changes to academy training based upon their experience in the FTO program. CDP will document its response, including the rationale behind any responsive action taken or decision to take no action.*

Recruit feedback regarding the quality of their field training is documented in both CDP General Police Order, 1.1.24, Field Training Program and the Field Training Manual. The General Order states, "The Field Training Coordinator may conduct on-site evaluations/inspections of probationary police officers and FTOs." The Field Training Manual is more specific and states, "Probationary police officers shall complete evaluations of their FTOs, STOs, the Field Training Program and recruit training as directed by the Field Training Coordinator. This will be done after completion of Phase 7."

The General Order is too vague regarding the mandate in Paragraph 286. This should be corrected when the Order is updated and the policy and manual should be consistent with one another.

During a site visit, with the understanding that evaluations are confidential in nature, the Monitoring Team reviewed sample evaluations submitted by probationary police officers. Additionally, the Monitoring Team reviewed examples of how the feedback was submitted to the Training Commander. Based on Monitoring Team observations, these processes are occurring as required. Lastly, the review corroborated that feedback provided in the evaluations was used to make changes or additions to training as needed and this is reflected in the CDP Training Needs Assessment and the CDP Training Plan. It is evident CDP values the feedback from recruits and uses the feedback in a robust manner to implement positive changes/updates to training.

The Monitoring Team urges the CDP to reconcile the discrepancy between the manual and the policy to ensure future incumbents managing the FTO Program are clear on the expectations, processes, and values.   The Monitoring Team finds this paragraph to be in **General Compliance (rating 5).**

## S.  Paragraph 287

> *The City and the Training Review Committee will, on an annual basis, analyze all aspects of CDP's FTO program and consider emerging national policing practices in this area. Based on this research and analysis, the City and the Training Review*

> *Committee will recommend, and CDP will institute, appropriate changes to policies, procedures, and training related to its FTO program.*

Based on CDP Divisional Notice, 16-267, the TRC should analyze the Field Training Program annually to update training. In the 2025 Training Needs Assessment, it states, "The Field Training Program underwent a thorough review by the Training Review Committee (TRC) in 2023, which provided recommendations to the Training Section. This review did not occur in 2024, as implementation of 2023 recommendations were still underway. As a result, it is necessary for the TRC to conduct a review and provide recommendations for the FTP during 2025."

There is no evidence that CDP conducted a review of the Field Training Program in 2025. However, it is clear that the TRC is aware and heavily engaged in making progress in the area of updating certification training curriculum for the Field Training Program. The Training Needs Assessment states, "A key project that remains is the overhaul of the certification training curriculum, with a focus on essential objectives. These include integrating adult-learning strategies and realistic scenarios into Field Officer Training certification courses. Moreover, strategies should align with the Division's vision of Community and Problem-Oriented policing, incorporating problem-based learning methods."

While the analysis was not completed in 2025, it is clear that the spirit of this paragraph is being followed. The Monitoring Team learned several key points during a site visit: 1. The Training Section is consistently using the feedback provided by probationary police officers to enhance training, 2. The Training Section is making re-certification training an annual requirement instead of every 3 years and has an upcoming pilot of the course, 3. CDP is keenly aware that community policing and problem based learning methods are missing from the program.

The Monitoring Team finds this paragraph to be in **Operational Compliance (rating 4).**

**DOCUMENTATION OF TRAINING**

**T.  Paragraph 288**

> *CDP will document all training provided to or received by CDP officers, whether required or otherwise. Officers will sign an acknowledgement of attendance or digitally acknowledge completion of each training course (whether provided through CDP or outside sources) as well as completion of annual training requirements and training on any new or substantially revised policies. These acknowledgements will be maintained in a format that allows for analysis by training type, training date, training source, and by individual officer name.*

CDP General Police Order, 1.03.08, Learning Management System, dated May 30, 2018, governs the documentation, acknowledgment and standard of usage for all training provided by CDP to its members. CDP has been using this system for several years. During a site visit, the Monitoring Team spent an extensive amount of time reviewing and navigating the LMS. The Monitoring Team also reviewed a roster of all current CDP police officers and compared it against documents provided by the City that show training courses completed for years 2023, 2024 and 2025. The Monitoring Team review confirmed the CDP Training Section is complying with the requirements of Paragraph 288. The Monitoring Team was provided information that the Training Section started entering recruit academy training into the system two academies ago and is working toward entering all recruit academy training retroactively for each employee. Additionally, all Field Training documentation is now captured within LMS.

The requirements of Paragraph 288 have been met over a period of many years and appear to have become a part of the accountability culture within the CDP Training Section. The Monitoring Team finds this paragraph to be in **Substantial and Effective Compliance (rating 6).**


## U.  Paragraph 289

> *Within 540 days of the Effective Date, CDP will develop and implement a system that will allow the Training Section to electronically track, maintain, and produce complete and accurate records of current curricula, lesson plans, training delivered, and other training materials in a centralized electronic file system.*

CDP General Police Order, 1.03.08, Learning Management System, dated May 30, 2018, governs the documentation, acknowledgment and standard of usage for all training provided by CDP to its members. Specifically, the Order states, "Learning Management System is a software application used for the administration, documentation, tracking, reporting and delivery of educational courses or training programs. The CDP LMS helps trainers deliver materials to their students, administer tests and other assignments, track student progress, and manage record keeping."

During a site visit, the Monitoring Team spent an extensive amount of time reviewing and navigating the LMS. Through the review of LMS, the Monitoring Team can confirm CDP is using the system appropriately to track, maintain, and produce complete and accurate records of current curricula, lessons plans and training delivered within the requirements outlined in Paragraph 289.

CDP has met and sustained the requirements of Paragraph 289. The Monitoring Team finds this paragraph to be **Substantial and Effective Compliance (rating 6).**

### V.  Paragraph 290

> *The City will develop and implement accountability measures, including disciplinary and non-disciplinary corrective action, to ensure that all officers successfully complete all required training programs in a timely manner.*

CDP General Police Order, 1.07.06, Disciplinary Guidance, dated November 12, 2019, established guidelines for the imposition of corrective action within CDP. This includes accountability measures related to training requirements. On site, the Monitoring Team found that LMS and DTCs let the Training Section track training accountability both by District and for the entire CDP. More often than not, if employees are late completing training or miss training courses, it is due to being out on extended leave for sickness, injury, or Family Medical Leave. When these instances occur, the DTCs along with the LMS administrator are responsible for ensuring the officers complete their required training. In the case of state mandated training such as firearm qualification, if officers do not qualify within a timely manner, they are removed from working their assignment until the training is completed.

The Monitoring Team has observed several Force Review Boards in which re-training was required of officers as both discipline and non-disciplinary measures. These cases are documented within IAPro. Accountability related to training, whether related to formal discipline or non-disciplinary in nature, is tracked by Internal Affairs and used by the Training Section in the annual Training Needs Assessment. The Monitoring Team confirmed that CDP developed and implemented accountability measures related to training in compliance with Paragraph 290.

The Monitoring Team finds this paragraph to be in **Substantial and Effective Compliance (rating 6).**

### W. Paragraph 367(f)

> *In addition to compliance reviews and audits, the Monitor will conduct qualitative and quantitative assessments to measure whether implementing this Agreement has resulted in constitutional policing. The measurements relating to use of force; addressing individuals in crisis; and stop, search, and arrest are not intended to expand the City's data collection requirements set forth elsewhere in the Agreement. These outcome assessments will include collecting and analyzing, at least annually, the following outcome data, trends, and patterns:*

> *f.  Training measurements, including:*

*1. number and percentage of officers provided training pursuant to this Agreement, broken down by the type of training provided;*
*2. students' evaluations of the adequacy of training in type and frequency;*
*3. modifications or improvements to training resulting from the review and analysis required by this Agreement; and*
*4. prevalence of training deficiencies as reflected by problematic incidents or performance trends.*

1. "Number and percentage of officers provided training pursuant to this Agreement, broken down by the type of training provided;"

Table:

| Year | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| Number of officers provided training pursuant to the agreement | 1354 | 1363 | 1369 | 1,477 | 1,324 | 1,285 | 1,112 | 1,074 |
| Percentage of officers provided training pursuant to the agreement | 94% | 96% | 94% | 96.78 % | 97.35 % | 95.61 % | 96.86 % | 97.33 % |

2. "Students' evaluations of the adequacy of training in type and frequency;"

Table:

| Year | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| Instructor adequacy | 87% | | 74% | 77.80% | 83.16% | 73.46% | 81.40% | 79.70% |
| Content adequacy | 87% | | 77% | 80.50% | 83.85% | 74.50% | 87.90% | 82.20% |
| Future performance adequacy | 63% | | 43% | 53.23% | 63.80% | 70.57% | 84.40% | 73.10% |
| Overall adequacy | 79% | | 66% | 85.80% | 79.95% | 67.30% | 80.40% | 79.00% |

3. "Modifications or improvements to training resulting from the review and analysis required by this Agreement;    "

No data provided.

4. "Prevalence of training deficiencies as reflected by problematic incidents or performance trends.

No data provided.

There are required data collection points that are not being collected or not provided. The Division must develop methods of tracking and reporting on this data.


## IV.     ASSESSMENT SUMMARY AND CONCLUSION

The Cleveland Division of Police has made substantial efforts in complying with Paragraphs 269-290 and 367(f), the Training Section of the Consent Decree as part of the first assessment conducted.  Out of the 20 paragraphs that require a rating, the Monitoring Team found that CDP has 12 paragraphs in Substantial and Effective Compliance, 5 paragraphs in General Compliance, 2 paragraphs in Operational Compliance, and 1 paragraph in Partial Compliance-Implementation Phase.

Most impressive is CDPs thoroughness of thought and use of data to complete the annual Training Needs Assessment which then feeds into the overall Training Plan. It is evident that CDP values training at every level of the organization. There remains work to be done in updating the policy and manual for the Field Training Program as well as including community policing concepts into the program. There are other data collection requirements that need to be developed and reported relative to policy and training changes from analysis of data and training deficiencies as reflected by problematic incidents or detected patterns of behavior. The Monitoring Team observed that revisions and updates have been made within the Field Training Officer Program, however, the changes have not been formalized through policy which can lead to issues with compliance and enforcement of policies. With progress on the vast majority of training issues, the CDP is well positioned to successfully comply with all paragraphs related to training.

## V.    COMPLIANCE RATING SUMMARY

| ¶ | Consent Decree Requirement | Compliance Rating |
|---|---|---|
| 269 | The City will ensure that all officers receive adequate training to understand: (a) how to police effectively and safely in accordance with CDP policy; (b) the requirements of this Agreement, Ohio law, and the Constitution and laws of the United States. CDP training will reflect CDP's commitment to procedural justice, bias-free policing, and community policing, and will instill agency expectations that officers police diligently, and have an understanding of and commitment to the constitutional rights of the individuals they encounter. | **General Statement: Not Assessed** |
| | **Training Plan** | |
| 270 | CDP will expand the scope and membership of the Training Review Committee. The Training Review Committee, headed by the Commander responsible for Training, will include Training Section staff members, the District training coordinators, union representatives, and members of the Commission. | **Substantial and Effective Compliance (6)** |
| 271 | Within 365 days of the Effective Date, the Training Review Committee will develop a written training plan for CDP's recruit academy, probationary field training, and in-service training to ensure that recruits, and officers are trained to effectively and lawfully carry out their duties in accordance with CDP policy, the requirements and goals of this Agreement, Ohio law, and the Constitution and laws of the United States. The plan will: a. identify training priorities and broad training goals; b. require at least 960 hours of recruit training; c. fulfill all of the in-service training required by this Agreement, which will require at least 40 hours of in-service training annually; d. develop instructional strategies that incorporate active learning methods such as problem-solving and scenario-based activities, based on current theories of learning; and e. establish the frequency and subject areas for recruit and in-service training. | **Substantial and Effective Compliance (6)** |

| 272 | The Training Plan need not apply to personnel in the Communication Control Section. | **Substantial and Effective Compliance (6)** |
|---|---|---|
| 273 | Following approval by the City, including specifically the Chief, the City will submit the training plan and schedule of all training required by this Agreement to the Monitor and DOJ. The Monitor will review the training plan and provide the Parties with written comments within 30 days of receipt thereof. DOJ will have 30 days from receipt of the Monitor's comments on the training plan to determine whether the training plan is consistent with the requirements of this Agreement and to provide comments. Both the Monitor and DOJ will comment specifically on whether the proposed training is adequate in quantity, scope and type. If the Monitor or DOJ objects to any aspect of the training plan and schedule, they will note their objections to all Parties in writing. The City will have 15 days to resolve any objections to its training plan and schedule. If after this 15-day period has run, the Monitor or DOJ maintains its objection, then the Monitor will have an additional 15 days to resolve the objection. If either party disagrees with the Monitor's resolution of the objection, either party may ask the Court to resolve the matter. The training plan and schedule will be implemented once any objections have been resolved. | **Substantial and Effective Compliance (6)** |
| 274 | The City, including the Training Review Committee, will annually review and update CDP's training plan. To inform this update, the City and its Training Review Committee will conduct a needs assessment, taking into consideration: trends in misconduct complaints; problematic uses of force; analysis of officer safety issues; input from members at all levels of CDP; input from members of the community, including community concerns; court decisions; research reflecting the latest in law enforcement trends; individual District needs; and any changes to Ohio or federal law, and to CDP policy. The needs assessment also will identify trends and document officer reaction to and satisfaction with the training they received and officer learning as a result of training, including the extent to which officers are applying the knowledge and skills acquired in training to their jobs. | **Substantial and Effective Compliance (6)** |
| 275 | CDP's Commander responsible for training will continue to be responsible for overseeing and coordinating all CDP training, including recruit academy; probationary field training; in-service training, including firearms and other use | **General Compliance (5)** |

| | | |
|---|---|---|
| | of force training; roll-call training; supervisory training; and all elective training. | |
| 276 | CDP will designate a single training coordinator in each District. The Commander responsible for training will establish and maintain communications with each District training coordinator to ensure that all officers complete training as required and that documentation of training is provided to the Commander responsible for training. | **Substantial and Effective Compliance (6)** |
| 277 | Within 180 days of the Effective Date, CDP will develop recruit academy and in-service curricula that comport with CDP's training plan and that comprehensively address the requirements of this Agreement. | **Substantial and Effective Compliance (6)** |
| 278 | Unless otherwise noted, the training required under this Agreement, including training on all policies revised or developed pursuant to this Agreement, will be delivered within two years of the Effective Date. Any training provided to CDP officers beginning in January 2015 may be considered to fulfill training requirements under this Agreement for individual officers, if appropriate. | **Paragraph Not Assessed** |
| 279 | For all other substantive updates or revisions to policy or procedure, the City will ensure and document that all relevant CDP personnel have received and read the policy or procedure. Notification of each revision or update will include the rationale for the policy changes and the difference between the old and updated policy. Training beyond roll-call may be necessary for many policy updates and revisions to ensure officers understand and can perform their duties pursuant to the policy. | **Substantial and Effective Compliance (6)** |

| 280 | The Commander responsible for training will review all training curricula, lesson plans, and procedures for consistency, quality, accuracy, currency, completeness, and compliance with applicable law and CDP policy, and ensure that they effectively teach CDP personnel to understand and follow CDP policies. The Commander responsible for training will ensure that a variety of adult learning techniques, scenario-based training, and problem-solving practices, in addition to traditional lecture formats, are incorporated into all training. The Commander responsible for training also will ensure that all curricula, lesson plans, instructor's qualifications, and testing materials are reviewed by the Training Review Committee and, where appropriate, persons external to CDP with expertise in the relevant lesson areas. | **General Compliance (5)** |
| 281 | CDP will ensure that instructors are qualified and use only curricula and lesson plans that have been approved by the Commander responsible for training. CDP will actively seek out and retain qualified instructors from outside CDP to supplement the skills of its in-house training staff and adjunct instructors. As appropriate, CDP will incorporate experts and guest speakers, including judges, prosecutors, crime victims, and community members, to participate in relevant courses. | **Substantial and Effective Compliance (6)** |
| | **Field Training Program** | |
| 282 | Within 270 days of the Effective Date, CDP will revise, as necessary, its field training program for graduates of the police academy to comport with CDP's training plan and this Agreement. The field training program will follow academy training and will continue to be at least 26 weeks. | **Operational Compliance (4)** |
| 283 | The field training program will incorporate community and problem-oriented policing principles, and problem-based learning methods. | **Partial Compliance-Implementation Phase (3)** |
| 284 | Within 270 days of the Effective Date, CDP will review and revise as necessary its Field Training Officer ("FTO") participation policy to establish and implement a program that effectively attracts the best FTO candidates. CDP's policies and procedures on field training will delineate the criteria and methodology for selecting FTOs and field training sergeants. The City will work with the unions to allow only highly qualified officers to serve as FTOs and Field Training Sergeants. Taking into account the collective bargaining agreements with the unions, CDP will revise its | **General Compliance (5)** |

| | eligibility criteria to select FTOs and Field Training Sergeants based on their written applications, performance evaluations, previous performance as police officers, and complaint and disciplinary histories. | |
|---|---|---|
| 285 | The City will ensure that all new FTOs and Field Training Sergeants receive initial and in-service training that is adequate in quality, quantity, scope, and type, and that addresses management and supervision; community-oriented policing; effective problem solving techniques; and field communication. If current FTOs and Field Training Sergeants have received initial training that is sufficient to fulfill the requirements of this Agreement, they will not have to repeat the initial training. FTOs and Field Training Sergeants will receive the required in-service training at least every three years. FTOs and Field training Sergeants will be trained on any substantive changes to FTO policies and practices during the interim period. FTOs and Field Training Sergeants will be required to maintain, and demonstrate on a regular basis, their proficiency in managing recruits and subordinates, practicing and teaching community and problem-oriented policing, and solving problems effectively. CDP will maintain current documentation of FTOs' evaluations and training. | **General Compliance (5)** |
| 286 | Within 270 days of the Effective Date, CDP will create a mechanism for recruits to provide confidential feedback regarding the quality of their field training, including the extent to which their field training was consistent with what they learned in the academy, and suggestions for changes to academy training based upon their experience in the FTO program. CDP will document its response, including the rationale behind any responsive action taken or decision to take no action. | **General Compliance (5)** |
| 287 | The City and the Training Review Committee will, on an annual basis, analyze all aspects of CDP's FTO program and consider emerging national policing practices in this area. Based on this research and analysis, the City and the Training Review Committee will recommend, and CDP will institute, appropriate changes to policies, procedures, and training related to its FTO program. | **Operational Compliance (4)** |
| | **Documentation of Training** | |
| 288 | CDP will document all training provided to or received by CDP officers, whether required or otherwise. Officers will sign an acknowledgement of attendance or digitally | **Substantial and Effective Compliance (6)** |

| | | |
|---|---|---|
| | acknowledge completion of each training course (whether provided through CDP or outside sources) as well as completion of annual training requirements and training on any new or substantially revised policies. These acknowledgements will be maintained in a format that allows for analysis by training type, training date, training source, and by individual officer name. | |
| 289 | Within 540 days of the Effective Date, CDP will develop and implement a system that will allow the Training Section to electronically track, maintain, and produce complete and accurate records of current curricula, lesson plans, training delivered, and other training materials in a centralized electronic file system. | **Substantial and Effective Compliance (6)** |
| 290 | The City will develop and implement accountability measures, including disciplinary and non-disciplinary corrective action, to ensure that all officers successfully complete all required training programs in a timely manner. | **Substantial and Effective Compliance (6)** |