UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

On January 8, 2026, at 3:30 p.m., the court held a telephonic status conference in the above-captioned case, on the record, with the Monitor, Christine Cole ("Monitor"), Deputy Monitor, Melody Stewart, and counsel for the parties. During the teleconference, the Monitor briefly recapped the six compliance assessments completed between September and December 2025. These assessments covered the following Consent Decree subject areas: Crisis Intervention (ECF No. 661), Search and Seizure (ECF No. 672), Staffing (ECF No. 673), Recruitment and Hiring (ECF No. 674), Equipment and Resources (ECF No. 678), and Training (ECF No. 680). The Monitor also reported that she expects to file with the court the Use of Force assessment on or before February 2, 2026.

The Monitor also reviewed with the court an ambitious 2026 Monitoring Plan. The Monitor is still working with the parties to finalize the plan, but the current version calls for 15 assessments in 2026. The court is pleased to hear as well that the Monitor and City are working closely on finalizing a budget for the ambitious 2026 schedule.

The Deputy Monitor wrapped up the teleconference by sharing that the City is close to finalizing the appointment of a new, permanent Executive Director for the Community Police Commission, and that she and the Monitor anticipate meeting with Cleveland Mayor Justin Bibb in the next month. The Deputy Monitor reminded the court and parties that under paragraph 378 of the Consent Decree, the Monitor is expected to meet with the Mayor at least twice a year.

In closing, the court reminded the parties that if they intend to continue Ms. Cole's term as Monitor beyond April 1, 2026, they should file a motion to do so by February 15, 2026. The court once again thanks the parties and Monitoring Team for their committed participation in these monthly status conferences, and hereby sets the next one for February 20, 2026, at 11:00 a.m. The Monitor should confer with the parties and communicate to the court any specific agenda items for the February conference by February 18, 2026.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

January 9, 2026