IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | JOINT MOTION *INSTANTER* TO |
| | ) | EXCEED PAGE LIMITATIONS |
| Defendant. | ) | |

The United States of America and the City of Cleveland (collectively, "the Parties") jointly move, *instanter*, for leave to file a brief in support of their motion under Paragraph 401 of the Settlement Agreement and Fed. R. Civ. Pro. 60(b) that exceeds the limitations found in Local Rule 7.1(f).  The Parties seek to file a brief that is 39 pages instead of the twenty pages generally permitted for unassigned cases.  The additional pages are warranted given the complexity of the legal issues presented, the voluminous record in this case, and the significance of the issues that are addressed.  A copy of the motion, brief and materials in support thereof, and proposed Order are attached hereto.  For these reasons, the parties respectfully request that this Court grant leave, *instanter*, to file a brief in support of their motion to terminate the settlement agreement that exceeds twenty pages, and to deem the motion filed as of the date of this request.

Respectfully submitted,

| | |
|---|---|
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | DAVID M. TOEPFER<br>United States Attorney<br>Northern District of Ohio |
| R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br>Civil Rights Division | */s/ Patricia M. Fitzgerald*<br>PATRICIA M. FITZGERALD<br>Chief, Civil Division |
| PATRICK MCCARTHY<br>Chief<br>Special Litigation Section | SARA E. DECARO (OH: 0072485)<br>Assistant U.S. Attorney<br>United States Court House<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113 |
| SURAJ KUMAR<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 202-598-1211<br>Email: Suraj.Kumar@usdoj.gov | (216) 622-3779 (Fitzgerald)<br>(216) 622-3670 (DeCaro)<br>(216) 522-2404 (FAX)<br>Patricia.Fitzgerald2@usdoj.gov<br>Sara.DeCaro@usdoj.gov |

*Attorneys for the United States*


MARK D. GRIFFIN
Director of Law
City of Cleveland

*/s/ Mark D. Griffin*
MARK D. GRIFFIN (OH: 0064141)
DELANTE SPENCER THOMAS (OH: 0096349)
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov

*Attorneys for the City of Cleveland*