IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CV1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | [PROPOSED] ORDER GRANTING JOINT |
| | ) | MOTION *INSTANTER* TO EXCEED |
| Defendant. | ) | PAGE LIMITATIONS |
| | ) | |

The Parties' Joint Motion *Instanter* to Exceed Page Limitations is hereby GRANTED. The Parties may file a brief in support of their Joint Motion to Terminate the Settlement Agreement that exceeds twenty pages. The Joint Motion to Terminate the Settlement Agreement and supporting documents are deemed filed as of the date of this Order.

So Ordered this ___ day of _____, 2026.

_____
JUDGE SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE