UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is the parties' Joint Motion to Reappoint Christine Cole as Independent Monitor ("Motion") (ECF No. 691). Ms. Cole was initially appointed as Interim Monitor by the court on August 13, 2025, following then Monitor Karl Racine's resignation. (ECF No. 654.) Ms. Cole's interim status terminated in early October after the parties jointly moved to appoint her Independent Monitor for a six-month term, and the court granted the Motion. (ECF Nos. 663, 665.) In granting the first appointment motion, the court noted that full compliance with the Consent Decree will take longer than the six-month term provided by the Motion. As such, the court directed the parties to decide relatively quickly whether they would follow the more formal monitor appointment process stated in Paragraph 353, or continue with the appointment by joint motion.

On December 5, 2025, the court set a February 15, 2026 deadline, for the parties to file any motion seeking to continue Ms. Cole's position as Monitor beyond April 1. (ECF No. 671.) The parties jointly moved to extend the motion deadline on February 17, 2026—two days after the original deadline—which the court approved. (ECF Nos. 687; Feb. 18, 2026 Non-Doc Order.) Then, on February 19, 2026, four days prior to the revised deadline for the instant Motion, the parties

jointly moved to Terminate the Settlement Agreement ("Motion to Terminate") (ECF No. 688). The Motion to Terminate remains pending.

On February 23, 2026, the parties filed the Joint Motion considered herein. In it, they request the court reappoint Ms. Cole as Independent Monitor for an additional two months, thereby extending the appointment's expiration date from April 1 to June 1, 2026. It is not apparent from the Motion why the parties seek such a limited extension of Ms. Cole's appointment, especially since they have frequently, and recently, commended the pace at which the current monitoring team is completing compliance assessments. Indeed, as the parties stated in their first motion to appoint Ms. Cole, her "institutional memory as a current member of the monitoring team positions her to seamlessly continue the monitoring tasks already underway to ensure no loss in momentum toward resolution of this case." (First Motion to Appoint at PageID 14549–50, ECF No. 663.) Even so, the court grants the Motion (ECF No. 691) and reappoints Ms. Cole as Independent Monitor until June 1, 2026. Attorney Melody Stewart will continue as Deputy Monitor as well.

In the event that the court were to deny the Motion to Terminate, the parties would likely have only a brief period to determine the process for appointing an Independent Monitor after Ms. Cole's term expires June 1, 2026. Accordingly, should the court deny the Motion to Terminate, the parties shall notify the court by May 1, 2026, of their intent to either extend Ms. Cole's appointment, as the instant Motion does, or follow the lengthier process set forth in Paragraph 353.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 25, 2026