UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

At the 18th Semiannual Status Conference on March 18, 2026, at 3:00 p.m., counsel for the parties, and the Monitor, shall be prepared to discuss the following topics:

1. Monitor Overview of 18th Semiannual Report

2. Use of Force

3. Search and Seizure

4. Community Engagement

5. Civilian Oversight

6. Accountability

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 16, 2026