UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | ORDER APPROVING |
| Defendant | ) | 2026 MONITORING PLAN |

Currently pending before the court in the above-captioned case is Monitor Christine Cole's ("Monitor") Notice Submitting the Monitoring Team's 2026 Monitoring Plan (the "Monitoring Plan" or the "Plan") (ECF No. 701). The United States of America and the City of Cleveland have reviewed the Monitoring Plan and had the opportunity to weigh in on its content. The Monitoring Team therefore requests that the court approve the Plan and order it into effect.

After careful review, the court finds that the 2026 Monitoring Plan complies with the requirements of the Consent Decree. The Plan sets out a rigorous and ambitious schedule toward reaching compliance with Consent Decree requirements. Notably, it anticipates the completion of ten compliance assessments by the end of 2026, and an additional five by July 2027. The forthcoming assessments pertain to the following topics: Inspector General, Community and Problem-Oriented Policing ("CPOP"), Data Collection and Analysis, Officer of Professional Standards ("OPS") and the Civilian Police Review Board ("CPRB"), Discipline, Internal Affairs,

2026 Recruitment and Hiring, Performance and Promotions, the Community Police Commission ("CPC"), District Policing Committees ("DPC"), Training, Bias-Free Policing, Policies, Supervision, and Equipment and Resources. The Plan also includes the execution of a Community Survey and a report on its findings.

The court appreciates the breadth of the 2026 Monitoring Plan, and encourages the parties and Monitor to seek assistance from the court if any disputes concerning the Plan's deliverables and budget arise and the parties are unable to resolve them quickly by themselves.

Therefore, having considered the 2026 Monitoring Plan and the terms of the Consent Decree entered into by the parties, the court hereby approves the Monitor's Notice (ECF No. 701) and orders the 2026 Monitoring Plan effective immediately.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 23, 2026

-2-