IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15 CV 1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | JOINT MOTION TO REAPPOINT |
| | ) | CHRISTINE COLE AS INDEPENDENT |
| Defendant. | ) | MONITOR |

The United States of America and the City of Cleveland jointly and respectfully request that this Court enter an order reappointing Christine Cole as the Independent Monitor, pursuant to Paragraphs 350 and 353 of the Settlement Agreement and the Court's February 25, 2026 Order (ECF No. 692). A proposed order is attached.

On October 9, 2025, the Court granted the Parties' joint motion to appoint Ms. Cole as Independent Monitor for a six-month term, through April 1, 2026, as well as a subsequent joint motion to extend her appointment through June 1, 2026. ECF Nos. 665, 692. On February 19, 2026, the Parties filed a joint motion to terminate the Settlement Agreement, which is pending. ECF No. 688. The Court ordered the Parties to "continue working with the Monitoring Team as they would have had the Motion not been filed." ECF No. 690, Page ID# 15153. The Parties have continued collaborating with the Monitoring Team, including to facilitate the completion of compliance assessments. ECF No. 700, PageID# 15272.

Since her appointment, Ms. Cole and the Monitoring Team have completed seven compliance assessments, including assessments of Crisis Intervention, Searches and Seizures, and Use of Force. ECF Nos. 661-1, 672-1, 673, 674, 678, 680, 685. These assessments have demonstrated significant progress by the City and CDP in implementing the Settlement

Agreement.  The Monitoring Team is proceeding with other planned assessments.  ECF No. 703.

Accordingly, the Parties jointly request that the Court reappoint Ms. Cole as Independent Monitor through June 1, 2027.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

/s/ Suraj Kumar
SURAJ KUMAR
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 202-598-1211
Email: Suraj.Kumar@usdoj.gov

*Attorneys for the United States*

MARK D. GRIFFIN
Director of Law
City of Cleveland

/s/ Mark D. Griffin
MARK D. GRIFFIN (OH: 0064141)
DELANTE SPENCER THOMAS (OH: 0096349)
City Hall Room 106
Cleveland, OH 44114
(216) 664-2800
mgriffin@clevelandohio.gov
dthomas3@clevelandohio.gov

*Attorneys for the City of Cleveland*

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio

PATRICIA M. FITZGERALD
Chief, Civil Division

SARA E. DECARO (OH: 0072485)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779 (Fitzgerald)
(216) 622-3670 (DeCaro)
(216) 522-2404 (FAX)
Patricia.Fitzgerald2@usdoj.gov