UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is the parties' Joint Motion to Reappoint Christine Cole as Independent Monitor ("Motion") (ECF No. 706). Ms. Cole's current appointment is set to expire June 1, 2026. The Motion considered herein would continue Ms. Cole's role as Independent Monitor until June 1, 2027. (Mot. at PageID 15382.)

The parties acknowledge in their Motion the seven compliance assessments completed during Ms. Cole's term, as well as the Monitoring Team's work towards completing additional assessments consistent with the 2026 Monitoring Plan. The court is pleased to see the parties extend Ms. Cole's term for an additional year.

Therefore, the court grants the Motion (ECF No. 706) and reappoints Ms. Cole as Independent Monitor through June 1, 2027. Attorney Melody Stewart will continue as Deputy Monitor as well.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 30, 2026

-2-