IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15 CV 1046 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | ) | |

The United States of America hereby appeals to the United States Court of Appeals for the

Sixth Circuit from the May 8, 2026 Order denying the Joint Motion to Terminate the Settlement

Agreement in this case.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

*Attorneys for the United States*

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio