UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

On August 18, 2026, at 3:00 p.m., the court held a status conference in the above-captioned case, on the record, with counsel for the parties and the Monitor, Christine Cole ("Monitor"). At the hearing, the parties discussed the following topics: 1) Community Problem Oriented Policing ("CPOP"); 2) the status of compliance assessments; and 3) the Civilian Oversight Agencies.

The City of Cleveland (the "City") shared a number of positive updates regarding the Cleveland Division of Police's implementation of CPOP practices, including precinct-specific results. The Monitor noted that a compliance assessment of the CPOP paragraphs was in progress, and that the team was looking forward to reviewing the City's data regarding CPOP activities. The Monitoring Team also shared a list of nine other compliance assessments either in progress, or soon to have finalized methodology. An additional five compliance assessments are scheduled to be developed later this year.

As to the Civilian Oversight Agencies, which include the Community Police Commission ("CPC"), Community Police Relations Board/Office of Professional Standards ("CPRB/OPS"), and

the Public Safety Inspector General ("IG"), the City reported that it continues to work with consultant Jensen Hughes to develop and implement a framework for how these agencies interact. Additionally, the City represented that CPRB/OPS had 113 cases awaiting adjudication, and that the agencies had adjudicated more cases during the first half of 2026 than during all of 2025. The City further informed the court that the CPC had recently hired new staff, and that it was in the process of reviewing applications for the seven CPC commissioner positions opening at the end of the year.

In response, the Monitoring Team elaborated on concerns it has regarding the Public Safety Inspector General position and the outgoing IG's work during her 18-month tenure. The Monitoring Team additionally reported that interactions between the CPC and various departments within the City were increasing, and that such communications indicate that the relationship between the two is moving in a positive direction.

The court closed the status conference by acknowledging its commitment to helping the City come into full and substantial compliance with the Decree, and by reminding the parties and Monitor of its willingness to assist with any issues that arise.

The court's September status conference will be the 19th Semiannual Status Conference at which time the court will hear from the parties and Monitor about the findings in the 19th Semiannual Report. The court will release the date and time of the forthcoming Semiannual Status Conference by separate order.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 19, 2026