UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Having received the Monitor's 19th Semiannual Report (ECF No. 728) on September 10, 2026, the court hereby schedules the 19th Semiannual Status Conference in the above-captioned case for October 14, 2026, at 3:00 p.m. in courtroom 19A. The Monitor should confer with the parties regarding topics for discussion and then provide the court with a proposed agenda by October 9, 2026.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 15, 2026