UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CV 1046 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant | ) | ORDER |

At the 19th Semiannual Status Conference on October 14, 2026, at 3:00 p.m., the Monitor and counsel for the parties shall be prepared to discuss the following topics:

1. Overview of 19th Semiannual Report and Assessments
2. Crisis Intervention Team (CIT)
3. Community and Problem-Oriented Policing (CPOP)
4. Monitoring Plan
5. Community Police Commission (CPC)

The court hereby requests the presence of party-representatives with decision-making authority.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 13, 2026